**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| PALANTIR TECHNOLOGIES, INC., and PALANTIR USG, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 16-784 (Judge Marion Blank Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF SCHEDULE RE CONTRACT AWARD**

As directed in the status conference on July 13, 2016, defendant, the United States, respectfully gives notice that the Army will not make an award in the Distributed Common Ground System-Army, Increment 2, procurement before September 1, 2016.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Assistant Director

OF COUNSEL:
Scott A. MacGriff
Department of Justice

Scott N. Flesch
MAJ (P) Lawrence P. Gilbert
Frank A. March
U.S. Army Legal Services Agency
Fort Belvoir

Debra J. Talley
Army Material Command

July 15, 2016

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 307-1111
Fax. (202) 514-8624

Attorneys for Defendant