# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**PALANTIR TECHNOLOGIES, INC., and PALANTIR USG, INC.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 16-784C**
**Filed: July 20, 2016**

**O R D E R**

The court is in receipt of plaintiffs' July 19, 2016 response to defendant's motion to dismiss. In neither the motion to dismiss, nor the response, did either party address the recent Court of Federal Claims decision in National Air Cargo Group, Inc. v. United States, 126 Fed. Cl. 281 (2016). In defendant's July 22, 2016 reply brief defendant shall address the National Air Cargo decision. In addition, on or before **Friday, July 22, 2016**, plaintiffs shall file a stand-alone submission addressing the National Air Cargo decision and its impact on the above captioned protest.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**