# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **PALANTIR TECHNOLOGIES, INC., and PALANTIR USG, INC.,** | |
| **Protestors,** | **No. 16-784C** |
| **v.** | **Filed: July 26, 2016** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

**O R D E R**

On July 25, 2016, the court held a lengthy hearing in the above-captioned bid protest to discuss protestors' motion to supplement the Administrative Record, for leave to present testimony, and for limited discovery. At the status conference the court granted in part protestors' motion to supplement the Administrative Record, for leave to present testimony, and for limited discovery. On or before **Tuesday, July 26, 2016**, after consultation with protestors, and in accordance with the court's rulings at the July 25, 2016 hearing, defendant shall file the revised Administrative Record. As with the previous versions of the Administrative Record, the revised Administrative Record shall be appropriately indexed, tabbed, bate-stamped, and sequentially page numbered. The revised Administrative Record shall be text searchable, through use of optical character recognition software, if required. A courtesy electronic copy and a courtesy paper copy of the additions to the revised Administrative Record shall be provided to chambers on or before **Friday, July 29, 2016**.

On or before **Wednesday, July 27, 2016**, protestors shall file a response to defendant's cross-motion for Judgment on the Administrative Record, and a reply to protestors' Motion for Judgment on the Administrative Record. On or before **Monday, August 1, 2016**, defendant shall file a reply to its cross-motion for Judgment on the Administrative Record.

As discussed with the parties at the hearing, the court sets the following limited discovery schedule. On or before **Friday, August 5, 2016**, protestors shall file the revised declarations of Mr. Choung and Mr. Philippone, as well as protestors' expert report. On or before **Wednesday, August 10, 2016**, the parties shall take the depositions of former Lieutenant General Mary A. Legere and Ms. Lynn Schmurr. Additionally, on or before **Wednesday, August 10, 2016**, defendant shall identify an expert witness, and, if desired, file a motion to file any declarations. On or before **Friday, August 12, 2016**, defendant shall take the deposition of protestors' expert. Additionally, on or before **Friday, August 12, 2016,** defendant shall file a response to protestors' declarations as well as file defendant's expert report. On or before **Friday, August 19, 2016**, protestors shall take all depositions related to defendant's expert. The court shall consider any modifications

to the deposition schedule on a case by case basis. Defendant also shall review the Army file discussed at the hearing and turn over all relevant documents to protestors. On or before **Tuesday**, **September 6, 2016**, the parties shall file simultaneous briefs supplementing their briefs on the cross motions for Judgment on the Administrative Record incorporating any new information related to the limited discovery.

The court **SCHEDULES** oral argument for **Thursday, September 15, 2016, at 2:30 p.m. EDT**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The parties shall be prepared to address all issues related to the cross-motions for judgment on the Administrative Record as well as any issues raised in their supplemental filings. The courtroom number will be posted on the day of the oral argument. Defendant shall provide to chambers the names and telephone numbers of persons who will not participate in the argument in person, on or before for **Tuesday, September 13, 2016, at 12:00 p.m. EDT.**

The oral argument regarding all issues related to standing remains **SCHEDULED** for **Tuesday, August 2, 2016, at 10:30 a.m. EDT**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom number will be posted on the day of the oral argument. Defendant shall arrange for the contracting officer, agency counsel, and other relevant agency personnel to be available and shall provide to chambers the names and telephone numbers of persons who will not participate in the argument in person, on or before **Monday, August 1, 2016, at 12:00 p.m. EDT**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**