# VOLUME 2A, CHAPTER 1:  "GENERAL INFORMATION"

## SUMMARY OF MAJOR CHANGES

All changes are denoted by blue font.

Substantive revisions are denoted by an * symbol preceding the section, paragraph, table, or figure that includes the revision.

Unless otherwise noted, chapters referenced are contained in this volume.

Hyperlinks are denoted by ***bold, italic, blue, and underlined font***.

The previous version dated August 2007 is archived.

| PARAGRAPH | EXPLANATION OF CHANGE/REVISION | PURPOSE |
|-----------|-------------------------------|---------|
| Overall | Formatting and room location changes | Update |
| 010107 | Section B.  Item 28.  Expanded explanation of the full funding policy | Update |
| 010202 | Expanded explanation of full funding of procurement | Update |
| 010224 | Glossary of Terms – Expanded  explanation of full funding | Update |
| 010306 | Disaster Situations and Management of Disaster/Contingency Supplemental funds | Addition |

## Table of Contents

VOLUME 2A, CHAPTER 1: "GENERAL INFORMATION" ..................................................... 1

0101    GENERAL POLICIES ......................................................................................... 7

    010101.    Purpose .......................................................................................................... 7
    010102.    Organization .................................................................................................. 7
    010103.    Changes to Volume 2 ................................................................................... 7
    010104.    Reports Control Symbol ............................................................................... 7
    010105.    Requests for Exceptions to *OMB Circular A-11* ........................................ 7
    010106.    Proposed Changes in Budget Structure and Appropriation Language ................. 8
    010107.    Budget Terminology/Definitions .................................................................. 9
    010108.    Security Classifications ............................................................................... 17
    010109.    Budget and Performance Integration ......................................................... 18
    010110.    Combatant Command Business Rules (Joint Task Assignment Process    (JTAP)) ..
    .......................................................................................................................... 19

0102    FUNDING POLICIES ..................................................................................... 20

    010201.    Criteria for Determining Expense and Investment Costs ...................................... 20
    *010202.   Full Funding of Procurement Programs ...................................................... 25
    010203.    Multiyear Procurement ............................................................................... 28
    010204.    Buy-to-Budget for Acquisition of End Items .............................................. 31
    010205.    Transportation .............................................................................................. 31
    010206.    Engineering Change Orders ........................................................................ 33
    010207.    Factory Training ........................................................................................... 33
    010208.    Interim Contractor Support ......................................................................... 33
    010209.    Commercial Off-the-Shelf (COTS) and Non-Developmental Item (NDI)
    Procurement ................................................................................................................ 33
    010210.    Spares and Repair Parts .............................................................................. 34
    010211.    Direct and Reimbursable Budget Plans ...................................................... 34
    010212.    Budgeting for Information Technology and Automated Information Systems .... 36
    010213.    Research, Development, Test and Evaluation (RDT&E) - Definitions and Criteria
    .......................................................................................................................... 38
    010214.    RDT&E - Incremental Programming and Budgeting Basis ................................ 48
    010215.    Defense Working Capital Funds - Operating Budget ................................. 50
    010216.    Defense Working Capital Funds - Mobilization/Surge Costs ............................. 50
    010217.    Defense Working Capital Funds - War Reserve Materiel .................................... 51
    010218.    Defense Working Capital Funds - Military Personnel Costs ............................... 51
    010219.    Defense Working Capital Funds - Full Recovery of Costs/Setting Prices .......... 52
    010220.    Defense Working Capital Funds - Capital Budgeting .......................................... 54
    010221.    Defense Working Capital Funds - Base Support ........................................ 54
    010222.    Defense Working Capital Funds - Dual Funded Organizations .......................... 55
    010223.    Defense Working Capital Funds - Customer Mandated Schedule ...................... 55
    010224.    Glossary of Terms – Procurement .............................................................. 56
    010225.    Glossary of Terms – RDT&E ..................................................................... 59
    010226.    Prohibition on Parking of Funds ................................................................ 60

## Table of Contents (Continued)

0103    PROGRAM AND BUDGET REVIEW SUBMISSION .............................................. 61

010301.    General .................................................................. 61
010302.    Distribution ............................................................. 64
Table 1.    Justification Material Supporting the OSD/OMB Budget Submission Summary 67
Table 2.    Justification Material Supporting the OSD/OMB Budget Submission Operation and Maintenance, and Military Personnel Budget Material .................................................. 68
Table 3.    Justification Material Supporting the OSD/OMB Budget Submission Procurement Account Budget Material ................................................................... 69
Table 4.    Justification Material Supporting the OSD/OMB Budget Submission Research, Development Test & Evaluation Account Budget Material ............................................ 70
Table 5.    Justification Material Supporting the OSD/OMB Budget Submission Revolving and Management Fund Budget Material ................................................................ 71
Table 6.    Justification Material Supporting the OSD/OMB Budget Submission Military Construction & Family Housing Account Budget Material ............................................ 72
Table 7.    Justification Material Supporting the OSD/OMB Budget Submission Special Interest Requirements Budget Material.................................................................. 73
010303.    Preparation of the Biennial Budget Estimates ................................... 74
010304.    Second Year of the Department's Two-year Budget Review Cycle - Budget Material. ........................................................................................ 77
010305.    Budget Estimates Summaries and Transmittal ................................... 77
\*010306.    Supplemental Appropriations Submissions ...................................... 79
010307.    Additional Budget Submissions (ABS) .......................................... 80
010308.    Major Budget Issues (MBIs)................................................... 81
010309.    Budget Review Procedures ................................................... 82

0104    CONGRESSIONAL JUSTIFICATION/PRESENTATION ................................... 84

010401.    General.................................................................... 84
010402.    Supplemental and Amended Appropriations Requests........................... 89
010403.    Distribution/Internet Posting of Budget Material ................................ 91
Table 8.    Justification Material Supporting The President's Budget Request Military Personnel Accounts ...................................................................... 95
Table 9.  Justification Material Supporting the President's Budget Request Operation and Maintenance Accounts ....................................................................... 97
Table 10.  Justification Material Supporting the President's Budget Request All Military Department Procurement Accounts ...................................................... 100
Table 11.  Justification Material Supporting the President's Budget Request Procurement Accounts - Army ........................................................................ 101
Table 12.  Justification Material Supporting the President's Budget Request Classified Procurement Accounts -Navy ........................................................... 102
Table 13   Justification Material Supporting the President's Budget Request Procurement Accounts - Navy............................................................................ 103
Table 14.  Justification Material Supporting the President's Budget Request Procurement Accounts - Air Force ..................................................................... 104

Table 15.  Justification Material Supporting The President's Budget Request Procurement Accounts - Other ................................................................................................ 106
Table 16.  Justification Material Supporting the President's Budget Request Procurement Accounts - Defense-Wide ................................................................................. 107
Table 17.  Justification Material Supporting the President's Budget Request Research, Development Test & Evaluation Accounts .......................................................... 108
Table 18.  Justification Material Supporting the President's Budget Request Research, Development Test & Evaluation Accounts .......................................................... 109
Table 19.  Justification Material Supporting the President's Budget Request All Military Department Working Capital Fund Accounts ..................................................... 110
Table 20.  Justification Material Supporting the President's Request Revolving and Management Funds ............................................................................................. 111
Table 21.  Justification Material Supporting the President's Budget Request All Military Department Military Construction, Family Housing and BRAC Accounts .......................... 112
Table 22.  Justification Material Supporting the President's Request Military Construction & Family Housing Accounts ................................................................................ 113
Table 23.  Justification Material Supporting the President's Request Base Realignments And Closures (BRAC) .................................................................................... 115
Table 24.  Justification Material Supporting The President's Request Other Account Requirements ................................................................................................ 116
Table 25.  Justification Material Supporting the President's Request Special Interest Requirements ................................................................................................ 117
Table 26.  Justification Material Support Justification Material Supporting The President's Request Special Interest Requirements ................................................................ 118
010404.    Witness Statements ............................................................................. 120
010405.    Transcript Processing .......................................................................... 121
010406.    Appeal Process on Congressional Actions ............................................. 123

0105       BUDGET AUTOMATION REQUIREMENTS .................................................... 125

010501.    Automated Military Personnel Programs Database ................................. 125
010502.    Automated Operation and Maintenance Programs Databases ................. 126
010503.    Automated Procurement Programs Database ......................................... 129
010504.    Automated RDT&E Programs Database ................................................ 131
010505.    Automated Construction Program Database ......................................... 133
010506.    CIS Automation Requirements for the Biennial Program and Budget Review Submission ............................................................................................... 136
010507.    CIS Budget Structure Listing (BSL) ..................................................... 138

0106       UNIFORM BUDGET AND FISCAL ACCOUNTING CLASSIFICATIONS ......... 141

010601.    General ............................................................................................... 141
010602.    Functional Titles – Military Functions ................................................. 141
010603.    Definitions of Functional Titles and Subdivisions - Military .................. 141

0107       AUTOMATED FUTURE YEARS DEFENSE PROGRAM (FYDP) DATABASES .... ...................................................................................................... 153

**Table of Contents (Continued)**

010702.    FYDP Resource Structure Management (RSM) System ................................... 156

0108      AUTOMATED BUDGET, INTELLIGENCE, AND RELATED DATABASE (BIRD)
          158

0109      SELECT AND NATIVE PROGRAMMING (SNaP) DATA INPUT SYSTEM...... 158

010901.    Select and Native Programming (SNaP) Data Collection System..................... 158

0110      GENERAL GUIDANCE SUBMISSION FORMATS ............................................. 160

011001.    Purpose......................................................................................................... 160
011002.    Exhibits in Support of Section 0103 – Program and Budget Review Submission ...
          ........................................................................................................................ 160
011003.    Exhibits in Support of Section 0104 – Congressional Justification/Presentation 160
011004.    Exhibits in Support of Section 0105 ............................................................... 160
011005.    Exhibits in Support of Section 0107 ............................................................... 160

Exhibit PB-1A.    Fiscal Guidance Track ............................................................... 161

Exhibit PB-3.    Reprogramming/Transfers Between Appropriations..................... 162

Exhibit PB-4.    Schedule of Civilian and Military Personnel ................................ 164

Exhibit PB-8.    FY 20CY.  Supplemental Appropriation Requirements............... 168

Exhibit PB-10.    Additional FY 20BY Budget Estimates....................................... 170

Major Budget Issue Format ................................................................................. 172

Exhibit PB-37A.    Justification of Supplemental Requirements............................. 173

Exhibit PB-37R.    Budget Amendment Summary .................................................. 174

Exhibit PB-37S.    Program and Financing Schedule (Abbreviated)...................... 175

Exhibit PB-37T.    Narrative Justification ............................................................. 176

Exhibit PB-39A-1.    Format - Appeal Input (Program Adjustments)..................... 177

Exhibit PB-39A-2.    Format - Appeal Input (Language Items) .............................. 178

Exhibit DD 1587.    Record of Congressional Transcript Review........................... 179

Exhibit DD 1790.    Prepared Testimony Review .................................................. 180

HAC QFR ........................................................................................................... 181

## Table of Contents (Continued)

HASC QFR ........................................................................................................................ 182

SAC QFR .......................................................................................................................... 183

SASC QFR ........................................................................................................................ 184

INSERT - ALL COMMITTEES ........................................................................................ 185

# CHAPTER 1

## GENERAL INFORMATION

0101    GENERAL POLICIES

010101.    Purpose

A.    Volume 2 of the Financial Management Regulation (FMR) provides general guidance on the formulation and submission of the budget requests to the Office of the Secretary of Defense for the program and budget review submission and the presentation and justification of the budget requests to the Congress. This volume is established under the authority of DoD Instruction 7000.14.

B.    Volume 2 is intended as a comprehensive reference book on budget matters of the Department of Defense. Budget policy memoranda issued throughout the year will provide any necessary changes or revisions to this standing document, as well as special instructions and nonrecurring requirements unique to that year's budget cycle.

C.    The provisions of Volume 2 apply to all military and specified civil functions of the Department of Defense.

D.    An introduction to the total Financial Management Regulation, DoD 7000.14-R can be found in Volume 1.

010102.    Organization

Volume 2B is organized into 19 chapters that provide specific guidance, required budget exhibits and formats along with instructions for their preparation, and automated submission requirements.

010103.    Changes to Volume 2

A.    Changes to Volume 2 will be issued biennially, prior to the program and budget review of the initial biennial budget cycle. Pen and ink changes will not be issued.

B.    Generally, significant changes on a page will be indicated by ★ preceding the paragraph or section containing a change and the changed material will be printed in blue ink.

010104.    Reports Control Symbol

Data requirements established by this volume are exempt from the requirement for assignment of a Report Control Symbol.

010105.    Requests for Exceptions to *OMB Circular A-11*

A.    Each year the Office of Management and Budget (*OMB*) issues Circular No. A-11, which addresses the preparation and submission of budget estimates for all Federal agencies.

B.      Federal agencies are allowed to request exceptions to the requirements of Circular A-11 by submitting in writing to OMB all required exceptions by August 1.  Exceptions approved by OMB are valid only for 1 year.

C.      Each year the USD(Comptroller) requests certain exceptions to ***OMB Circular A-11***.  Generally, these exceptions concern special situations that are unique to the Department of Defense.

1.      Subsequent to the issuance of Circular A-11 by OMB each year, any DoD Component requiring an exception to the requirements of Circular A-11 should submit in writing the specific section for which an exception is required and provide adequate rationale to justify the exception.  The memorandum addressing the requested exceptions should be submitted directly to the Office of the USD(Comptroller), Program/Budget, Program and Financial Control Directorate (Room 3C689, telephone (703) 697-0021) no later than July 15 of each year.

2.      If the requested exception is acceptable to the USD(Comptroller), these proposals will be consolidated and forwarded to OMB for approval.  Components will be advised of any exceptions approved by OMB.

3.      All DoD Components are required to comply with any requested exceptions not approved and to properly reflect the information in the budget submissions.

010106.      Proposed Changes in Budget Structure and Appropriation Language

A.      Under the provisions of OMB Circular A-11, the following types of changes must be cleared with OMB:

1.      Changes in the appropriation pattern, including proposed new accounts and changes in the titles and sequence of existing accounts.

2.      Changes in the methods of funding a program.

3.      Changes in program or budget activity classifications for the program and financing schedules for all appropriation accounts and funds.

B.      Any proposed changes on the items listed above must be submitted by memorandum to the Office of the USD(Comptroller) that explains the proposal and the rationale for the changes.  If acceptable to the USD(Comptroller), these proposals will be forwarded to OMB for approval.

C.      Proposed changes in the wording of appropriation language should be submitted to the Office of the Deputy General Counsel (Fiscal) (Room 3B688, telephone (703) 697-7228) as soon as possible after the passage of the current year's appropriations acts.  ODGC(Fiscal) will coordinate changes with OMB.

010107.          Budget Terminology/Definitions

A.     Standard Government-wide definitions of budget terminology are provided in the Office of Management and Budget's issuances, most notably Circular A-11 (Section 20).

B.     For the Department of Defense, some of the more common budget concepts applicable to budget formulation follow:

1.     Accrual Basis of Accounting.  A method of accounting in which revenues are recognized in the period earned and costs are recognized in the period incurred, regardless of when payment is received or made.  There have been many initiatives over the years to convert the Federal Budget to an accrual accounting basis.  Although the budget is on a cash basis, DoD accounting is on the accrual basis.

2.     Advance Procurement.  Authority provided in an appropriations act to obligate and disburse during a fiscal year before that in which the related end item is procured.  The funds are added to the budget authority for the fiscal year and deducted from the budget authority of the succeeding fiscal year.  Used in major acquisition programs for advance procurement of components whose long-lead-times require purchase early in order to reduce the overall procurement lead-time of the major end item.   Advance procurement of long lead components is an exception to the DoD "full funding" policy and must be part of the President's budget request.

3.     Appeal.  A request for reconsideration of an action taken to adjust, reduce, or delete funding for an item during the congressional review of the Defense budget (authorization and appropriation).  This process is discussed in Section 010406.

4.     Apportionment.  A distribution by the Office of Management and Budget of amounts available for obligation in appropriation or fund accounts of the Executive Branch.   The distribution makes amounts available on the basis of specified time periods, programs, activities, projects, or combinations thereof.  The apportionment system is intended to achieve an effective and orderly use of funds.  The amounts so apportioned limit the obligations that may be incurred.

5.     Appropriations.  A provision of legal authority by an act of the Congress that permits Federal agencies to incur obligations and to make payments out of the Treasury for specified purposes.  An appropriation usually follows enactment of authorizing legislation.  An appropriation act is the most common means of providing budget authority (see Budget Authority).  Appropriations do not represent cash actually set aside in the Treasury for purposes specified in the appropriation act; they represent limitations of amounts which agencies may obligate during the time period specified in the respective appropriation acts.

6.     Authorization (Authorizing Legislation).   Basic substantive legislation enacted by the Congress which sets up or continues the legal operation of a Federal program or agency either indefinitely or for a specific period of time or sanctions a particular

type of obligation or expenditure within a program.  Such legislation is normally a prerequisite for subsequent appropriations or other kinds of budget authority to be contained in appropriation acts.  It may limit the amount of budget authority to be provided subsequently or may authorize the appropriation of "such sums as may be necessary."

7.    Biennial Budget.    The FY 1986 Department of Defense Authorization Act required the submission of two-year budgets for the Department of Defense and related agencies beginning with FY 1988/FY 1989.    The Department has fully institutionalized a biennial cycle for the Planning, Programming, Budgeting and Execution (PPBE) Process, including the Strategic Planning Guidance (SPG), the Program Objective Memorandum (POM), Volume 2 of the Financial Management Regulation (FMR) and budget formulation memoranda.  A biennial budget, as currently structured, represents program budget estimates for a two-year period in which fiscal year requirements remain separate and distinct.

8.    Budget Activity.  Categories within each appropriation and fund account which identify the purposes, projects, or types of activities financed by the appropriation or fund.

9.    Budget Amendment.  A formal request submitted to the Congress by the President, after his formal budget transmittal but prior to completion of appropriation action by the Congress, that revises previous requests, such as the amount of budget authority.

10.    Budget Authority.  The authority becoming available during the year to enter into obligations that result in immediate or future outlays of Government funds.

11.    Budget Deficit.  The amount by which the Government's budget outlays exceed its budget receipts for any given period.  Deficits are financed primarily by Treasury borrowing from the public.

12.    Budget Receipts.  Amounts received by the Federal Government from the public that arise from the exercise of governmental or sovereign power (primarily tax revenues, but also receipts from premiums of compulsory social insurance programs, court fines, license fees, etc.); premiums from voluntary participants in Federal social insurance programs; and gifts and contributions.  Excluded from budget receipts are collections resulting from business-type transactions and payments between government accounts as a result of intragovernmental transactions.

13.    Change Proposal.  Components use this mechanism to revise programs and approved budgets in the second year of the 2-year program and budget cycle, in lieu of submitting a Program Objective Memorandum and a Budget Estimate Submission with complete documentation.  A format will be provided with the annual program and budget guidance.  See "Two-year Program and Budget Cycle."

14.    Closed (Canceled) Appropriations.  An appropriation that is no longer available for the adjustment or payment of obligations.  Appropriation accounts are closed (canceled) after being in the expired status for five years.  A Comptroller General opinion has

provided the DoD with authority to make disbursement adjustments to closed appropriations to correct errors only.  (See Expired Appropriation.)

15.  <u>Concurrent Resolution</u>.  A resolution passed by both Houses of Congress, but not requiring the signature of the President, setting forth, reaffirming, or revising the congressional budget for the United States Government for a fiscal year.  A concurrent resolution on the budget, due by April 15, must be adopted before legislation providing new budget authority, new spending authority, new credit authority or changes in revenues or the public debt limit is considered.  Other concurrent resolutions for a fiscal year may be adopted at any time following the first required concurrent resolution for that fiscal year.

16.  <u>Constant Dollars</u>.  A dollar value adjusted for changes in prices. Constant dollar series are derived by dividing current dollar estimates by appropriate price indices, a process generally known as deflating.  The result is a time series as it would presumably exist if prices were the same throughout as in the base year - in other words, as if the dollar had constant purchasing power.  Any changes in such a series would reflect only changes in the real (physical) volume of output.  Constant dollar figures are commonly used for gross national product and its components.

17.  <u>Continuing Resolution</u>.  Legislation enacted by the Congress to provide budget authority for specific ongoing activities in cases where the regular fiscal year appropriation for such activities has not been enacted by the beginning of the fiscal year.  The continuing resolution usually provides formulas which the agency uses to compute amounts available for continuing programs at minimum levels. Formulas typically include obligation rates of the prior year, the President's budget request, or an appropriation bill passed by either or both Houses of the Congress.

18.  <u>Current Services Estimates</u>.  Estimated budget authority and outlays for the upcoming fiscal year based on continuation of existing levels of service, i.e., assuming that all programs and activities will be carried on at the same level as in the fiscal year in progress and without policy changes in such programs and activities.  These estimates of budget authority and outlays, accompanied by the underlying economic and programmatic assumptions upon which they are based (such as the rate of inflation, the rate of real economic growth, pay increases, etc.), are required to be transmitted by the President to the Congress.

19.  <u>Deferral of Budget Authority</u>.  Any action or inaction by any officer or employee of the United States that withholds, delays, or effectively precludes the obligation or expenditure of budgetary resources, including the establishment of reserves under the Antideficiency Act, as amended by the Impoundment and Control Act.  Section 1013 of the Impoundment Control Act of 1974 requires a special message from the President to the Congress reporting a proposed deferral of budget authority.  Deferrals may not extend beyond the end of the fiscal year in which the message reporting the deferral is transmitted and may be overturned by the passage of an impoundment resolution by either House of Congress.

20.  <u>Disbursements</u>.  In budgetary usage, gross disbursements represent the amount of checks issued, cash, or other payments made, less refunds received.  Net disbursements represent gross disbursements less income collected and credited to the appropriation or fund account, such as amounts received for goods and services provided.

21.    <u>Discretionary Authority</u>.  Budgetary resources (except those provided to fund mandatory spending) provided in appropriations acts.

22.    <u>Emergency Appropriations</u>.  Appropriations that have been designated by the Congress and the President as an emergency requirement under the Balanced Budget and Emergency Deficit Control Act of 1985, as amended.

23.    <u>End Strength</u>.  In general, strength at the end of a fiscal year.  Single point strengths for other points in time must be specified, such as end first-quarter strength.

24.    <u>Expenditures/Disbursements</u>.  A term generally used interchangeably with outlays (See outlays).

25.    <u>Expired Appropriation</u>.  An appropriation whose period of availability for incurring new obligations has expired but the appropriation is not closed (canceled).  During this period, the appropriation is available for adjustment to, or payment of, existing obligations.  Appropriations remain in an expired status for 5-years as shown in the table below.  At the end of the five-year expiration period, the appropriation is closed (canceled) and is no longer available for the payment of unliquidated obligations.  (See Closed (Canceled) Appropriations.)

Normal Life Cycle of Appropriations:

<u>**Years For**</u>

| <u>**Approp**</u> | **New Obliga-tions** <u>**Unexpired**</u> | **Obligation Adjust. & Disburse.** <u>**Expired**</u> | **Closed End of Year** <u>**Canceled**</u> |
|---|---|---|---|
| MilPers | 1 | 2-6 | 6 |
| O&M. | 1 | 2-6 | 6 |
| RDT&E | 2 | 3-7 | 7 |
| Proc. | 3 | 4-8 | 8 |
| SCN | 5 | 6-10 | *10 |
| Mil. Con. | 5 | 6-10 | 10 |

\*    Extended to 15-years under certain circumstances.

26.    <u>Federal Debt</u>.  Federal debt consists of public debt and agency debt.  Public debt is that portion of the Federal debt incurred when the Treasury Department or Federal Financing Bank (FFB) borrows funds directly from the public or another fund or account.  Agency debt is that portion of the Federal debt incurred when a Federal agency authorized by law, other than Treasury or the Federal Financing Bank, borrows funds directly from the public or another fund or account.

27.    <u>Fiscal Year</u>.  Any yearly accounting period without regard to its relationship to a calendar year.  The fiscal year for the Federal Government begins on October 1

and ends on September 30.  The fiscal year is designated by the calendar year in which it ends.  Fiscal years are further designated as follows:

Past Year-1:  Also referred to as Prior Year-1, the fiscal year immediately preceding the past year

Past Year (PY):  Also referred to as Prior Year, the fiscal year immediately preceding the current year; the last completed fiscal year.

Current Year (CY):  The fiscal year in progress.  Immediately precedes the budget year.  Budget Year (BY):  The next fiscal year for which estimates are submitted if not a biennial budget.

Budget Year 1 (BY1):  In a biennial budget submission (Department of Defense), the first fiscal year of a 2-year period for which the budget is being considered.

Budget Year 2 (BY2):  In a biennial budget submission (Department of Defense), the second fiscal year of a 2-year period for which the budget is being considered

Budget Year(s)+1 (BY(s)+1):  The fiscal year immediately following the budget year(s).  This format continues through Budget Year +5 (BY+5), the fifth fiscal year following the budget year(s).

\*       28.    <u>Full Funding Policy</u>.  The practice of funding the total cost of major procurement and construction projects in the fiscal year in which they will be initiated.  The full funding policy requires the total estimated cost of a complete, military useable end item or construction project funded in the year in which the item is procured.  If a future year's appropriation is required for delivery of an end item, the end item is not fully funded.   It prevents funding programs incrementally and provides a disciplined approach for program managers to execute their programs within cost.  See Section 010202 for further information.

29.    <u>Full-time Equivalent (FTE)</u>.  Reflects the total number of regular straight-time hours (i.e., not including overtime or holiday hours) worked by employees divided by the number of compensable hours applicable to each fiscal year.  Annual leave, sick leave and compensatory time off and other approved leave categories are considered to be "hours worked" for purposes of defining full-time equivalent employment.

30.    <u>Future Years Defense Program (FYDP)</u>.   The Future Years Defense Program is the program and financial plan for the Department of Defense as approved by the Secretary of Defense.  The FYDP arrays cost data, manpower and force structure over a 6-year period (force structure for an additional 3 years), portraying this data by major force program for DoD internal review for the program and budget review submission.  It is also provided to the Congress in conjunction with the President's budget.

31.    Impoundment.  Any action or inaction by an officer or employee of the United States that precludes the obligation or expenditure of budget authority provided by the Congress.

32.    Impoundment Resolution.    A resolution of the House of Representatives or the Senate disapproving a deferral of budget authority set forth in a special message ordinarily transmitted by the President under section 1013 of the Impoundment Control Act of 1974.  Passage of an impoundment resolution by either House of Congress has the effect of overturning the deferral and requires that such budget authority be made available for obligation.

33.    Incremental Funding.  The phasing of total funding of programs or projects over two or more fiscal years based upon levels and timing of obligational requirements for the funds.  Differs from full funding concept where total funds for an end item, program or project are provided in the fiscal year of program or project initiation, regardless of the obligational requirement for the funds.

34.    Mandatory Authority. (Also known as Entitlement Authority) Authority controlled by laws other than appropriations.

35.    Management Initiative Decision (MID).    A decision document similar to a Program Budget Decision, but designed to institutionalize management reform decisions.  A MID may be issued at any time during the year.  The Comptroller will incorporate any funding adjustments into the next President's Budget.

36.    Multiyear Procurement.  Procurement of a particular end item or system under a multiyear contract approved by specific provision of law.  For the Department of Defense, multiyear procurement contracting of military hardware or systems must generally be specifically, and individually, approved by the Congress (see 10 U.S.C. 2306b(1).

37.    Object Classification.  A uniform classification identifying the transactions of the Federal Government by the nature of the goods or services purchased without regard to the agency involved or the purpose of the programs for which they are used.

38.    Obligations.    Binding agreement that will result in outlays immediately or in the future.

39.    Offsetting Collections.  Payments to the Government that are credited directly to the expenditure account and deducted from gross budget authority and outlays of the expenditure account.  They result from business-type or market oriented activities with the public and intragovernmental transactions with other government accounts (commonly called reimbursable transactions).

40.    Outlays.  The amount of checks issued or other payments made (including advances to others), net of refunds and reimbursements collected.  Outlays are net of amounts that are adjustments to obligational authority.  The terms "expenditure" and "net

disbursement" are frequently used interchangeably with the term "outlay."  Gross outlays are disbursements and net outlays are disbursements (net of refunds) minus reimbursements collected.

41.  <u>President's Budget</u>.  The budget for a particular fiscal year transmitted to the Congress by the President in accordance with the Budget and Accounting Act of 1921, as amended.  Some elements of the budget, such as the estimates for the legislative branch and the judiciary, are required to be included without review by the Office of Management and Budget or approval by the President.

42  <u>Program Budget Decision (PBD)</u>.  A budget decision document issued during the joint review of Service budget submissions by analysts of the Office of the Secretary of Defense (OSD) and the Office of Management and Budget (**_OMB_**).  PBDs reflect the decisions of the Secretary of Defense as to appropriate program and funding to be included in the annual Defense budget request which, in turn, is included in the President's Budget.

43.  <u>Program Decision Memorandum (PDM)</u>.  A document containing the decisions by the Secretary of Defense reflecting broad strategic trades related to the program and resource levels identified in the Program Objectives Memorandum.

44.  <u>Program Objectives Memorandum (POM)</u>.  The final product of the programming process within the Department of Defense, the Components Program Objectives Memorandum (POM) displays the resource allocation decisions of the Military Departments in response to and in accordance with Strategic Planning Guidance (SPG) and Joint Programming Guidance (JPG).

45.  <u>Program Year</u>.  The fiscal year in which authorization was provided and in which funds were appropriated for a particular program, regardless of the fiscal year in which funds for that program might be obligated.

46.  <u>Reapportionment</u>.  A revision by the Office of Management and Budget of a previous apportionment of budgetary resources for an appropriation or fund account. A revision would ordinarily cover the same period, project, or activity covered in the original apportionment.

47.  <u>Reappropriation</u>.  Congressional action to restore the obligational availability, whether for the same or different purposes, of all or part of the unobligated portion of budget authority that has expired or would otherwise expire in an annual or multi-year account.  Obligational authority in a current appropriation may also be extended by a subsequent appropriation act.

48.  <u>Reconciliation Process</u>.  A process used by the Congress to reconcile amounts determined by tax, spending, and debt legislation for a given fiscal year with the ceilings enacted in the second and required concurrent resolution on the budget for that year. Section 310 of the Congressional Budget and Impoundment Control Act of 1974 provides that the second required concurrent resolution on the budget, which sets binding totals for the budget,

may direct committees to determine and recommend changes to laws, bills, and resolutions, as required to conform with the binding totals for budget authority, revenues, and the public debt.

49.    <u>Recovery of Prior Year Obligations</u>.  Amounts made available for obligation in no-year and unexpired multi-year accounts through downward adjustment of prior year obligations.

50.    <u>Reimbursable Obligation</u>.    Obligation financed by offsetting collections credited to an expenditure account in payment for goods and services provided by that account.  See Offsetting Collection.

51.    <u>Reprogramming</u>.  Utilization of funds in an appropriation account for purposes other than those contemplated at the time of appropriation.  Reprogramming is generally accomplished pursuant to consultation with and approval by appropriate congressional committees.  Instructions are contained in Volume 3.

52.    <u>Rescission</u>.  The consequence of enacted legislation which cancels budgetary resources previously provided by the Congress prior to the time when the authority would otherwise lapse.  Section 1012 of the Impoundment Control Act of 1974 requires a special message from the President to the Congress reporting any proposed rescission of budgetary resources.  These proposals may be accepted in whole or in part through the passage of a rescission bill by both Houses of the Congress.

53.    <u>Rescission Bill</u>.    A bill or joint resolution that provides for cancellation, in whole or in part, of budgetary resources previously granted by the Congress.  Under Section 1012 of the Impoundment Control Act of 1974, unless Congress approves a rescission bill within 45 days of continuous session after receipt of the proposal, the budgetary resources must be made available for obligation.

54.    <u>Revolving Fund</u>.    A fund established to finance a cycle of operations through amounts received by the fund.  Within the Department of Defense, such funds include the Defense Working Capital Fund, as well as other working capital funds.

55.    <u>Sequestration</u>.    The reduction or cancellation of new budget authority; unobligated balances, new loan guarantee commitments or limitations; new direct loan obligations, commitments, or limitations; spending authority; and obligation limitations.  OMB Circular A-11, section 20 provides additional information on sequestration rules of the Budget Enforcement Act of 1990 (BEA).

56.    <u>Supplemental Appropriation</u>.    An act appropriating funds in addition to those in an annual appropriation act.  Supplemental appropriations provide additional budget authority beyond original estimates for programs or activities (including new programs authorized after the date of the original appropriation act) for which the need for funds is too urgent to be postponed until enactment of the next regular appropriation act.

57. <u>Total Obligational Authority (TOA) Availability</u>.  The sum of (1) all budget authority granted (or requested) from the Congress in a given year, (2) amounts authorized to be credited to a specific fund, (3) budget authority transferred from another appropriation, and (4) unobligated balances of budget authority from previous years which remain available for obligation.  In practice, this term is used primarily in discussing the Department of Defense budget, and most often refers to TOA as "direct program" which equates to only (1) and (2) above.

58. <u>Transfer Authorities</u>.  Annual authorities provided by the Congress via annual appropriations and authorization acts to transfer budget authority from one appropriation or fund account to another.

59. <u>Two-year Program and Budget Cycle</u>.  For the budget review, this cycle coincides with the biennial budget process required by law.  It is part of the Department's internal 2-year Planning, Programming, Budgeting, and Execution (PPBE) process.  The first year of the cycle includes a full review of the budget for the following two years.  Full budget documentation is required.  The end result is a budget baseline for the next two years.  The second year of the cycle limits changes to the baseline program.  It focuses on fact-of-life changes to include congressional action and program execution.  Components will request adjustments to the baseline through Change Proposals (CP).  However, while the second year of the process will require only limited budget documentation for the internal review, full budget documentation is still required for the President's budget submission.

60. <u>User Fee</u>.  A fee, charge, or assessment levied on those directly benefiting from, or subject to regulation by, a Federal government program or activity, to be utilized solely to support the program or activity.  Collections from other Federal accounts are not user fees.  (See OMB Circular A-11, section 20.7)

010108.     Security Classifications

A.     <u>General</u>

1.     Instructions concerning premature disclosure of budget information prior to presentation to the Congress are contained in OMB Circular A-11.

2.     Instructions concerning security classification of the program and budget review submissions to OSD are contained in Section 010305.

3.     Paper copies of the P-1 and R-1 exhibits must be submitted by DoD Components with a certification signed by the Security Office confirming that all line items are classified properly.

4.     Instructions concerning security classification of congressional justification material are contained in Section 010401.

B.    Classification of Military Personnel M-1 line items, Operation and Maintenance O-1 line items, Procurement Exhibit P-1 line items, RDT&E Exhibit R-1 line items, and the Construction Programs (C-1):

1.    The Military Personnel Programs (M-1) is designed to be an unclassified document.  See Section 010501 for instructions.

2.    The Operation and Maintenance Exhibit O-1 line items will be unclassified to the maximum extent possible.  Classify only those line items for which the program's Security Classification Guide so dictates or when conditions in paragraph C. (below) apply.

3.    Procurement Exhibit P-1 line items:  P-1 line items will be unclassified to the maximum extent possible.  Classify only those line items for which the program's Security Classification Guide so dictates or when conditions in paragraph C. (below) apply.

4.    RDT&E Exhibit R-1 line items:  R-1 line items will be unclassified to the maximum extent possible.  Classify only those line items for which the program's Security Classification Guide so dictates or when conditions in paragraph C. (below) apply.

5.    The Construction Programs (C-1) is designed to be an unclassified document.  See Section 010505 for instructions.

C.    Security classification instructions for Intelligence Programs/Activities Resource Information are contained in Chapter 16.

010109.        Budget and Performance Integration

A.    The President's Management Agenda (PMA) targets the most apparent deficiencies in the government where the opportunity to improve performance is the greatest. The Office of Management and Budget (OMB) developed standards for success in the government-wide Budget and Performance Integration Initiative of the PMA.  As a result, the OMB requires federal agencies to use performance measures in managing and justifying program resources.

B.    Components shall use performance measures to justify 100 percent of the resources requested in the Budget Year. The Components shall comply with the performance measure requirements that are included in other chapters.  Additionally, OMB has directed the use of the Program Assessment Rating Tool (PART) for some programs.  The PART is a diagnostic tool that formalizes performance evaluation.  The Components shall comply with PART taskings and suspense dates.  For those programs that have been assessed using the PART, the Components shall include OMB's PART Summary (published in February each year) in congressional budget justification materials, press releases, testimony, and briefings to congressional committee staffs.  OMB Circular A-11, section 26 – Summary of Performance Information Requirements, and the OMB PART Web site (***www.whitehouse.gov/omb/part***), provide additional information about the PART and the PART process.  Absent a PART or

performance measures prescribed in other chapters, the Components may use existing, or create new, performance measures.

010110.          Combatant Command Business Rules (Joint Task Assignment Process (JTAP))

A.          The following business rules will be followed to govern the financial management arrangements between Combatant Command Support Agents (CCSAs) and Combatant Commands (COCOM).  The CCSA assignments are as follows:

1.          Initial funding for new COCOM missions will be established by OSD.  Funding for new missions assigned by the Secretary or Deputy Secretary will be established and provided for by OSD as part of the JTAP process and in conjunction with the Planning, Programming, Budgeting and Execution (PPBE) processes.

2.          It is the responsibility of the Combatant Command Support Agent (CCSA) to maintain funding for the directed COCOM missions.

a.          CCSAs will adjust COCOM accounts across the FYDP consistent with the OSD/OMB approved inflation indices.

b.          COCOMs will be subjected to a proportionate share (on a percentage basis) of total CCSA reductions from undistributed congressional and/or OSD general reductions.

3.          All Service business and efficiency reductions require prior COCOM or OSD approval to ensure they do not impede the conduct of directed missions.

CCSAs will pre-coordinate any Service-initiated reductions to COCOM resources with the COCOMs during each phase of the PPBE process for all years in the FYDP, and Service-initiated reductions will not be applied to any COCOM funds without the prior approval of the COCOM or the OSD staff.

4.          OUSD(C), PA&E, Joint Staff, Combatant Commands and Combatant Command Support Agents will meet annually to validate, and adjudicate as necessary, all adjustments to COCOM resources.

OUSD(C) will review and coordinate CCSA budget exhibits that specifically pertain to COCOM resources with COCOMS prior to approval and publication to ensure that CCSA's have fully complied with Program Budget Decision or Program Decision Memorandum direction.

B.          Combatant Command Support Agents must ensure adequate visibility of COCOM directed missions and other costs for each O&M funded COCOM.  A minimum of two Sub Activity Groups (SAG)s within each Military Department's active components' Operation and Maintenance Appropriation will be established as follows:

      1.     Mission Funding (one or more SAGs);

      2.     Headquarters (HQ) and Headquarters Support Funding: (single SAG)

     C.    Budget and execution structure for USTRANSCOM will continue to follow the normal Working Capital Fund business area structure.

     D.    USSOCOM budget structure is not governed by this guidance as USSOCOM resources are already visible in Major Force Program-11 (MPF-11).

**0102   FUNDING POLICIES**

   **010201.    Criteria for Determining Expense and Investment Costs**

     A.    Appropriation accounts form the structure for the President's budget request and are the basis for congressional action. The appropriations are further organized into budget activities of appropriations with programs, projects or activities of similar purposes. To support management of the Department of Defense's programs, projects or activities, resource requirements should be organized and categorized consistently within the appropriation and budget activity structure. The following sections provide guidance for categorizing resource requirements into the various appropriations.

     B.    <u>Basic Distinctions Between Expense and Investment Costs</u>. The criteria for cost definitions consider the intrinsic or innate qualities of the item such as durability in the case of an investment cost or consumability in the case of an operating cost and the conditional circumstances under which an item is used or the way it is managed. In all cases where the definitions appear to conflict, the conditional circumstances will prevail. The following guidance is provided to determine whether a cost is either an expense or an investment. All costs are classified as either an expense or an investment.

      1.    Expenses are the costs incurred to operate and maintain the organization, such as personal services, supplies, and utilities.

      2.    Investments are the costs that result in the acquisition of, or an addition to, end items. These costs benefit future periods and generally are of a long-term character such as real property and personal property.

     C.    Policy for Expense and Investment Costs

      1.    DoD policy requires cost definition criteria that can be used in determining the content of the programs and activities that comprise the Defense budget. The primary reasons for these distinctions are to allow for more informed resource allocation decisions and to establish criteria for determining which costs are appropriate to the various defense appropriations.

2.    The cost definition criteria contained in this policy are only applicable to the determination of the appropriation to be used for budgeting and execution.  Cost definitions for accounting purposes are contained in Volume 1.

3.    Costs budgeted in the Operation and Maintenance (O&M) and Military Personnel appropriations are considered expenses.  Costs budgeted in the Procurement and Military Construction appropriations are considered investments.  Costs budgeted in the Research, Development, Test and Evaluation (RDT&E), Base Realignment and Closure (BRAC), and Family Housing appropriations include both expenses and investments.  Definitions for costs within the Defense Working Capital Funds are provided in Chapter 9 and in Section 010214.

4.    Items procured from the Defense Working Capital Funds will be treated as expenses in all cases except when intended for use in weapon system outfitting, government furnished material (GFM) on new procurement contracts, or for installation as part of a weapon system modification, major reactivation, or major service life extension.

D.    Procedures for Determining Expenses Versus Investments.  The following criteria will be used to distinguish those types of costs to be classified as expenses from those to be classified as investments for budgeting purposes:

1.    Expenses.  Expenses are costs of resources consumed in operating and maintaining the Department of Defense.  When costs generally considered as expenses are included in the production or construction of an investment item, they shall be classified as investment costs.  Military personnel costs are an exception to this rule.  The following guidelines shall be used to determine expense costs:

a.    Labor of civilian, military, or contractor personnel.

b.    Rental charges for equipment and facilities.

c.    Food, clothing, and fuel.

d.    Supplies and materials designated for supply management of the Defense Working Capital Funds.

e.    Maintenance, repair, overhaul, rework of equipment.

f.    Assemblies, spares and repair parts, and other items of equipment that are not designated for centralized item management and asset control and which have a system unit cost less than the currently approved dollar threshold of $250,000 for expense and investment determinations.  This criterion is applied on the basis of the unit cost of a complete system rather than on individual items of equipment or components that, when aggregated, become a system.  The concept of a system must be considered in evaluating the procurement of an individual end item.  A system is comprised of a number of components that are part of and function within the context of a whole to satisfy a documented requirement.  In

this case, system unit cost applies to the aggregate cost of all components being acquired as a new system.

       g.     Cost of incidental material and items that are not known until the end item is being modified are conditional requirements and are considered expenses because the material is needed to sustain or repair the end item.

       h.     Engineering efforts to determine what a modification will ultimately be or to determine how to satisfy a deficiency are expenses.

       i.     Facilities sustainment, O&M-funded restoration and modernization projects. Planning and design costs are excluded from the cost determination for purposes of determining compliance with the amounts established in 10 U.S.C. 2805 for minor construction projects; however, design costs are not excluded from capitalization.

       2.     Investments.  Investments are costs to acquire capital assets such as real property and equipment. The following criteria shall be used to determine those costs to be classified as investments:

       a.     All items of equipment, including assemblies, ammunition and explosives, modification kits (the components of which are known at the outset of the modification), spares and repair parts not managed by the Defense Working Capital Funds, that are subject to centralized item management and asset control.

       b.     All equipment items that are not subject to centralized item management and asset control and have a system unit cost equal to or greater than the currently approved expense and investment dollar threshold of $250,000 (for working capital funds investment criteria see Volume 2B Chapter 9 section 090103C). The validated requirement may not be fragmented or acquired in a piecemeal fashion in order to circumvent the expense and investment criteria policy.

       c.     Construction, including the cost of land and rights therein (other than leasehold). Construction includes real property equipment installed and made an integral part of such facilities, related site preparation, and other land improvements. (See paragraph F below for special guidance concerning real property facilities.)

       d.     The costs of modification kits, assemblies, equipment, and material for modernization programs, ship conversions, major reactivations, major remanufacture programs, major service life extension programs, and the labor associated with incorporating these efforts into or as part of the end item are considered investments. All items included in the modification kit are considered investment even though some of the individual items may otherwise be considered as an expense. Components that were not part of the modification content at the outset and which are subsequently needed for repair are expenses. The cost of labor for the installation of modification kits and assemblies is an investment.

e.      Supply management items of the Defense Working Capital Funds designated for weapon system outfitting, government-furnished material on new procurement contracts, or for installation as part of a weapon system modification or modernization, major reactivation or major service life extension.

f.      Also considered as investments are support elements such as data, factory training, support equipment and interim contractor support (ICS), which are required to support the procurement of a new weapon system or modification.

3.      Conditional Cases.  The following are conditional cases that take precedence over the criteria contained in paragraphs 1 and 2 above:

a.      A major service-life extension program, financed in procurement, extends the life of a weapon system beyond its designed service life through large-scale redesign or other alteration of the weapon system.

b.      Depot and field level maintenance is the routine, recurring effort conducted to sustain the operational availability of an end item.  Depot and field level maintenance includes refurbishment and overhaul of end items, removal and replacement of secondary items and components, as well as repair and remanufacturing of reparable components. The maintenance effort may be performed by a depot maintenance activity in the Defense Working Capital Fund, by a direct funded DoD activity, by another government agency, or by a contractor.

c.      Maintenance, repair, overhaul, and rework of equipment are funded in the operation and maintenance appropriations.  However, maintenance of equipment used exclusively for research, development, test, and evaluation efforts will be funded by the RDT&E appropriations.  Continuous technology refreshment is the intentional, incremental insertion of newer technology to improve reliability, improve maintainability, reduce cost, and/or add minor performance enhancement, typically in conjunction with depot or field level maintenance.  The insertion of such technology into end items as part of maintenance is funded by the operation and maintenance appropriations. However, technology refreshment that significantly changes the performance envelope of the end item is considered a modification and, therefore, an investment (See section on "Product Improvement" 010212 C. 7.).  This definition applies equally to technology insertion by commercial firms as part of contractor logistics support, prime vendor, and similar arrangements and to technology insertion that is performed internally by the Department.

e.      Initial outfitting of an end item of investment equipment, such as a ship or aircraft, with the furnishings, fixtures, and equipment necessary to make it complete and ready to operate is a part of the initial investment cost.  Material procured through the Defense Working Capital Funds for initial outfitting will be financed by procurement appropriations when drawn from the supply system.  This concept includes changes to the allowance lists of ships, vehicles, and other equipment.  Changes to allowance lists will be budgeted as investment costs.  Procurement appropriations are not required to satisfy initial

outfitting requirements if assets are available for issue through reuse/redistribution programs, such as the Navy's Consumable Asset Reutilization Program.

      f.     Initial outfitting of a facility construction project financed by a Military Construction appropriation is financed as either expense or investment based on the general criteria.  Collateral equipment and furnishings are not considered construction costs since these items are movable and are not installed as an integral part of the facility.

      g.     When family housing is initially outfitted with kitchen equipment to include refrigerator, shades, carpeting, etc., these items are considered part of the construction costs.

      h.     Construction program costs, associated with construction management in general, as distinguished from supervision of specific construction projects, are expenses.  Costs incident to the acquisition (i.e., design, direct engineering, technical specifications) and construction of a specific project are investments.  The cost of administering the facilities sustainment program is an expense at all levels.

      i.     Costs of facilities restoration and modernization projects, not financed by Military Construction appropriations, meeting the current criterion for funding from appropriations available for operation and maintenance are considered expenses.  However, this definition does not abrogate the prohibition against the planned acquisition of, or improvements to, a real property facility through a series of minor construction projects (i.e., incremental construction).

      j.     The cost of civilian personnel compensation and other direct *costs* (i.e., travel, office equipment leasing, maintenance, printing and reproduction) incurred in support of procurement and/or production programs by departmental headquarters staff, contracting offices, contract audit offices, system project offices, and acquisition managers are expenses.  Procurement and/or production direct support costs such as production testing, quality assurance, production engineering, and equipment assembly, whether performed under contract or by in-house personnel funded on a reimbursable basis are investments.

      k.     When investment equipment is to be installed in a real property facility, the costs of both the equipment and its installation are considered investments.

     E.     Special Guidance Concerning Real Property Facilities

      1.     Construction includes real property equipment (often called installed equipment) which is affixed and built into a facility as an integral part of a facility.  The cost of this equipment and its installation is part of the construction cost.

      2.     Items of equipment that are movable in nature and not affixed as an integral part of a facility are not normally considered construction costs, except for initial outfitting of family housing, as detailed in paragraph D3 above.  This equipment includes all types of production, processing, technical, information systems, communications, training,

servicing and RDT&E equipment. The cost of this equipment is an expense or an investment according to the policy criteria above. In addition, modifications to an existing facility required to support the installation of movable equipment, such as the installation of false floors or platforms, prefabricated clean rooms, or utilities, will be considered an integral part of the equipment costs. As such, the costs are either expense or investment, as long as the modifications do not include structural changes to the building. If the modifications include structural changes, they will be considered investment costs and budgeted as construction.

F.    Expense/Investment Cost Determination

| Expense/Investment Cost Determination | | | | | | |
|---|---|---|---|---|---|---|
| **Is the item a** | **If** | **Then** | **If** | **Then** | **If** | **Then** |
| Centrally Managed/Asset Controlled Item? | Yes | Is the item purchased from DWCF? | Yes | Is the item part of a full funding effort? * | Yes | Classify as Investment |
| | | | | | No | Classify as Expense |
| | | | No | Classify as Investment | | |
| | No | Is the unit cost more than $250,000? | Yes | Classify as Investment | | |
| | | | No | Classify as Expense | | |
| *  When intended for use in weapon system outfitting, government furnished material on new procurement contracts or for installation as part of a weapon as part of a weapon system modification, major reactivation or major service life extension. | | | | | | |

*010202.    Full Funding of Procurement Programs

A.    General. A budgeting rule that requires the total estimated cost of a, military useable end item, be funded in the fiscal year in which the item is procured. Under the full funding policy, the entire procurement cost of a weapon or piece of military equipment is to be funded in the year in which the item is budgeted. An end item budgeted in a fiscal year cannot depend upon a future years funding to complete the procurement. Regulations governing the full funding policy are found in Office of Management and Budget (OMB) Circular A-11 and DoD Directive 7000.14-R

1.    The full funding policy is intended to prevent the use of incremental funding, under which the cost of a weapon system is divided into two or more annual portions or increments. Thus, full funding provides disciplined approach for program managers to execute their programs within cost and available funding.

2.    There are two general exceptions to the full funding policy: one permits the use of Advance Procurement (AP) funding for components or parts of an item that have long production lead times; the other permits advance procurement funding for economic order quantity (EOQ) procurement, which normally occurs in programs that have been approved for multiyear procurements (MYP). Advance Procurement funding is used routinely and

extensively in the procurement of components for major end items due to manufacturing and production lead times. The use of MYP has to be approved by the Congress on a program-by-program basis. Congressional approval permits DoD to use a single contract to procure multiple copies of a given item that are scheduled to be procured across a series of years. MYP arrangements are governed by 10 USC 2306(b). EOQ procurement involves procuring multiple copies of a key component of a weapon covered by an MYP at the start of the MYP period in order to achieve significantly reduced costs on that component.

      B. <u>Policy for Full Funding</u>. The total estimated cost of a complete, military useable end item or construction project must be fully funded in the year it is procured. There are 2 basic policies concerning full funding.

      1. To provide funds in the budget for the total estimated cost of a complete, military usable end item to document the dimensions and cost of a program.

      2. Exceptions to this policy are advance procurement for long lead-time items and advance economic order quantity (EOQ) procurement. EOQ may be used only in connection with multiyear procurements. Both efforts must be identified in an Exhibit P-10, Advance Procurement, for the Budget Estimate Submission and the President's Budget request.

      C. Procedures for Full Funding

      1. Cost Estimates. Full funding applies to an initial estimate and can exist only at a point in time because estimates change. However, the Future Years Defense Program (FYDP) shall be a consistently reliable foundation for stating the total cost of acquiring defense systems. Thus, the FYDP shall reflect a DoD Component's best estimate at completion of the program. The estimate should reflect the most likely cost of a procurement. Program estimates shall be kept current and fully financed through the Planning, Programming, Budgeting and Execution (PPBE) System process and established reprogramming procedures.

      2. Time-Phased Procurement. Within defense system acquisition programs, nonrecurring costs and costs of certain production items related to, but not integral to, the end item of equipment are considered part of the overall acquisition cost. DoD Components shall plan and budget in a manner to ensure completion of the nonrecurring effort or delivery of such production items consistent with the planned delivery of the associated end items. That is, the programming and budgeting shall be on a time-phased "lead-time away" or "need to commit" basis. The Funded Delivery Period is part of the process to determine the quantities required to be budgeted in a particular fiscal year. DoD Components may not budget funds for obligation for items such as support, trainers, or data before the design or specifications of such items are essentially complete. These items shall be budgeted on an "ability to contract" basis as well as on a "lead-time away" basis.

      3. Advance Procurement (Long Lead-time Items). Advance procurement requests for long lead-time items shall be limited to the end items in major procurement appropriations. Long lead-time procurements shall be for components, parts, and material whose lead-times are greater than the life of the appropriation (3-5 years). In some

circumstances, Advance Procurement is also warranted when items have significantly longer lead-times than other components, parts, and material of the same end item or when efforts must be funded in an advance procurement timeframe in order to maintain a planned production schedule. For new development programs, the planned production schedule should be based on a full funding basis without the use of long lead material. Planning the program content this way provides additional flexibility should development delays arise. When advance procurement is part of the program, however, the cost of components, material, parts, and effort budgeted for advance procurement shall be relatively low compared to the remaining portion of the cost of the end item. Each budget request for advance procurement shall represent, at a minimum, the termination liability associated with the total cost of the long lead-time components, material, parts, and effort for which the advance procurement request is being made. The termination liability should not cover the cost of the end item budgeted in the following fiscal year(s). The full cost of components, material, parts, and effort included in the advance procurement request should be budgeted in the FYDP consistent with full funding procedures. The budget requests will properly debit and credit advance procurement budget requests as defined in Exhibits P-1, P-5, P-10 and P-40 instructions.

4.      Economic Order Quantity (EOQ) Procurement. EOQ may be used only in connection with multiyear procurement. It is the general policy of the Department of Defense not to create unfunded contract liabilities for EOQ procurements. Rather, funding for EOQ procurements shall be included in advance procurement budget requests unless an exception to the general policy is granted by the USD(Comptroller). The EOQ procurement may satisfy procurement requirements for no more than the number of program years covered by the multiyear procurement contract. Unless it would be more effective to fully fund the EOQ, or the USD(Comptroller) has granted an exception to the general policy to allow inclusion of EOQ costs in a cancellation clause, the advance procurement funding for an EOQ procurement shall cover, at a minimum, the estimated termination liability of the EOQ procurement.

5.      Relationship of Budgeting and Contracting. An end item is fully funded only when funds are budgeted, programmed and available to cover the total estimated cost of the item at the time the procurement action is begun. Contracting, on the other hand, is a part of the execution phase or acquisition process within the framework of a program. The number of contracts required to procure a defense system, the type of contract awarded, and the timing of the award have no bearing upon whether or not an item is fully funded. In executing a program, no procurement of material or equipment, or work or services, therefore, shall be directed or implemented unless the full program amount is available, except for authorized economical order quantity (EOQ) and advance procurement. Similarly, the value of existing contracts for the procurement of material or equipment shall not be increased (through contract modifications) unless the funds are available to fully fund the new contract price. Limitations of funds clauses shall not be used as a mean of avoiding the requirement to fully fund procurement programs. (Note that this guidance does not affect the proper use of limitations of funds clauses in incrementally funded development contracts.) For multiyear contracts, the test of full funding does not include the cancellation ceiling associated with items in the FYDP to be procured in fiscal years not yet funded (that is, beyond the budget year). Multiyear contracts may not be awarded unless the contract and the multiyear program are fully funded within the approved FYDP funding.

010203.         Multiyear Procurement

A.         Multiyear procurement (MYP). This is a generic term describing the process, planning, and contract under which the government may contract for the purchase of supplies or services for more than one, but not more than five, program years. Such a contract may provide that performance during the second and subsequent years of the contract is contingent upon the appropriation of funds, and may provide for a cancellation payment to be made to the contractor if such appropriations are not made. Multiyear procurements are budgeted and funded annually.

B.         Statutory Requirements. Section 2306b of title 10 of the United States Code and section 8008 of the annual DoD Appropriations Act, require that approval, initiation, and execution of a multiyear contract follow certain guidelines.

1.         MYP approval is predicated on:

a.         Substantial Savings. The use of a multiyear contract will result in substantial savings of the total anticipated costs of carrying out the program through annual contracts.

b.         Stability of Requirement. The minimum need for the property to be purchased is expected to remain substantially unchanged during the contemplated contract period in terms of production rate, procurement rate, and total quantities.

c.         Stability of Funding. There is a reasonable expectation that throughout the contemplated contract period, the head of the agency will request funding for the contract at the level required to avoid contract cancellation.

d.         Stable Design. There is a stable design for the property to be acquired and the technical risks associated with such property are not excessive.

e.         Realistic Cost Estimates. The estimates of the cost of the contract and the anticipated cost avoidance through the use of a multiyear contract are realistic.

f.         National Security. Use of a multiyear contract will promote the national security of the United States.

2.         In addition to the approval criteria, Congress requires that:

a.         MYP contracts cannot be initiated for any system or component thereof if the value of the MYP contract would exceed $500.0 million unless specifically provided for in an Appropriations Act and an Act other than an Appropriations Act.

b.         Proposed legislation and funding must accompany the MYP request in the President's budget submission; or the MYP request must be formally submitted as a budget amendment.

c.      Funds appropriated for the purchase of an end item under a multiyear contract may only be used for a complete and usable end item.

d.      Funds appropriated for advanced procurement under a multiyear contract may only be used to fund the long lead items necessary for a complete and usable end item planned and budgeted for a subsequent fiscal year.  Advanced procurement funds may also be used for economic order quantity procurements in connection with a multi year contract when authorized by law.

e.      Congressional defense committees must be notified at least 30 days in advance of a proposed contract award that: employs economic order quantity procurements in excess of $20.0 million in any one year of the contract; employs advance procurement leading to a multiyear procurement contract that employs economic order quantity procurement in excess of $20.0 million in any one year; or includes an unfunded contingent liability in excess of $20.0 million.

f.      A multiyear procurement contract cannot be initiated for which the economic order quantity advance procurement is not funded at least to the limits of the government's liability.

g.      A multiyear procurement contract must provide for production at not less than the minimum economic rate given the existing tooling and facilities.

h.      A present value analysis must be used to determine the present value, or real worth, of the multiyear savings.  Comparing the multiyear contracting approach to a conventional annual-buy approach derives the savings (see section 8008 for additional (new) requirements.

i.      The Secretary of Defense must certify to the Congress that the support costs associated with the multiyear procurement with a value greater than $500 million are fully funded within the Future Years Defense Program (FYDP).  The Secretary of Defense in a March 23, 1998 memorandum delegated this certification to the USD Comptroller.  Components must submit the certification letter to the USD Comptroller at least 30 days prior to the anticipated contract award for approval, signature, and transmittal to the congressional defense committees.

j.      Multiyear procurement contracts may provide for cancellation provisions to the extent that such provisions are necessary and in the best interests of the United States.  The cancellation provisions may include consideration of both recurring and nonrecurring costs of the contractor associated with the production of the items to be delivered under the contract, but may not include recurring costs associated with unfunded units.  The Agency Head and the USD(C) must approve the inclusion of recurring costs in a cancellation ceiling (see paragraph C below).

k.      Before any multiyear procurement contract that contains a clause setting forth a cancellation ceiling in excess of $100.0 million may be awarded, the head of the agency concerned shall give written notification of the proposed contract and of the proposed cancellation ceiling for that contract to the congressional defense committees.  The

contract may not be awarded until the end of a 30-day waiting period beginning on the date of such notification.

l.    MYP contracts cannot be terminated without a 10-day prior notification to the congressional defense committees.

C.    DoD Requirements.

1.    The item should be technically mature, normally having completed RDT&E (including development testing, or equivalent) and Initial Operational, Test and Evaluation (IOT&E), with relatively few changes in item design anticipated.  Deliveries of production items will indicate that the underlying technology is stable.  This does not mean that changes will not occur but that the estimated cost of such changes is not anticipated to drive total costs beyond the proposed funding profile.

2.    Estimates should be based on prior cost history for the same or similar items or proven cost estimating techniques.  Normally, production assets should have been delivered in order to obtain actual costs for the comparisons (exceptions include satellites and ships).

3.    With the exception of funding for economic order quantity (EOQ) procurement and advance procurement for long lead-time items as defined in section 010202, multiyear procurement contracts will comply with full funding.  The full funding policy shall apply to each individual year of the multiyear contract.  Multiyear contracts shall not be used as a vehicle for incrementally funding the items across the fiscal years covered by the contract.  The production lots on the contract shall be the same as those described in the budget and advance procurement shall not be used to achieve a higher production rate for the end item.  Funds shall not be "borrowed" from the amounts budgeted for items in the early fiscal years of a multiyear contract to begin work on items not budgeted until later fiscal years of the contract.

4.    The inclusion of recurring costs in cancellation ceilings is an exception to normal contract financing arrangements and requires approval by the Agency Head (FAR 17.106-3(e)) and the USD Comptroller.

5.    An exception, to be approved by the USD Comptroller, is needed to structure a contract with an unfunded cancellation ceiling.  Justification explaining why an unfunded cancellation ceiling is the chosen acquisition strategy should be provided.  This justification should specify what costs comprise the unfunded cancellation ceiling and why these costs are not funded under the full funding policy.

6.    In keeping with the DoD policy of not relying upon industry to finance the cost of Defense programs, even on a temporary basis, the use of unfunded cancellation ceilings on multiyear contracts shall be rare and shall not be unreasonably large relative to the total budget for any individual fiscal year.

7.     Funds obligated for multiyear contracts must be sufficient to cover any potential termination costs.  The costs of cancellation or termination may be paid from (1) appropriations originally available for the performance of the contract concerned; (2) appropriations currently available for procurement of the type of property concerned, and not otherwise obligated; or (3) funds appropriated for those payments.

010204.     Buy-to-Budget for Acquisition of End Items

A.     In accordance with United States Code Title 10, Section 2308, the head of an agency making the acquisition may acquire a higher quantity of the end item than the quantity specified in applicable Appropriations Acts if the following conditions are met:

1.     The agency has an established requirement for the end item that is expected to remain substantially unchanged throughout the period of the acquisition.

2.     It is possible to acquire the higher quantity of the end item without additional funding because of production efficiencies or other cost reductions.

3.     The amount of the funds used for the acquisition of the higher quantity of the end item will not exceed the amount provided under that law for the acquisition of the end item.

4.     The amount provided is sufficient to ensure that each unit of the end item acquired within the higher quantity is fully funded as a complete end item.

B.     For noncompetitive acquisitions, the acquisition of additional quantities is limited to not more than 10 percent of the quantity approved in the justification and approval prepared in accordance with United States Code Title 10, Section 2304, and Federal Acquisition Regulation Part 6.

C.     The agency head must notify the congressional defense committees of a decision to buy more items than specified in an Appropriations Act not later than 30 days after the date of the decision.

010205.     Transportation

A.     First Destination Transportation (FDT) is that transportation required to deliver new, an upgraded model, or recapitalized production items from the manufacturer's plant or source of procurement to the first point of delivery where the Military Service or Defense Agency takes possession and/or ownership of that item.  The procurement source, as used herein, is any supplier outside the DoD supply system or any DoD industrial activity that fabricates new materiel.  The procurement source or the first point of delivery may be in the Continental United States (CONUS) or overseas.  FDT is not applicable to components or items reworked by an industrial activity.  In the case where the Government accepts the production item at the manufacturer's plant or source of production and legally owns the item, FDT extends to the first point of delivery for either use or storage by the Military Service or Defense Agency.  For

shipments destined to overseas locations that will enter the Defense Transportation System, FDT terminates at the port of embarkation (CONUS or overseas).

      B.      Second Destination Transportation (SDT) is any transportation other than FDT

      C.      Budgeting Responsibilities for Transportation

      1.      <u>Transportation of Supply Management Materiel of the Defense Working Capital Funds</u>.  Transportation among the 50 states is financed by the supply management business area responsible for the shipment. Transportation of supply management standard items overseas is financed by the appropriation or fund ordering the materiel if within the definition of FDT, otherwise it is financed as SDT.  Transportation of DWCF nonstandard items overseas is financed in the same manner as transportation of standard items overseas except for items that are shipped on a free-on-board (FOB) destination basis.  In this case, the overseas shipment transportation cost is included in the cost of the nonstandard item and no additional transportation charges should be incurred for the overseas shipment.

      2.      <u>Transportation of Items Procured by Other Than Procurement and O&M Appropriations, or Defense Working Capital Funds</u>.  In general, FDT is financed by the appropriation, which financed acquisition of the item, i.e., RDT&E appropriations for RDT&E materiel and Military Construction appropriations for items that are shipped to support such construction projects.  All over-ocean shipment of subsistence items financed by the Military Personnel appropriations is considered as an exception and is financed as SDT.

      3.      <u>Transportation of Items Procured by Procurement Appropriations</u>.  FDT is normally financed by the Procurement appropriation that financed acquisition of the item.  SDT is normally financed by the Operation & Maintenance (O&M) appropriations.  The following additional guidance applies:

      a.      Transportation costs integral to production contract price such as FOB destination charges are considered part of the end item unit price and are financed by the procurement appropriation that financed acquisition of the item.

      b.      All transportation of government furnished equipment (GFE) and government furnished materiel (GFM) prior to installation into an end item is considered FDT and is financed by the procurement appropriation that financed acquisition of the item.

      c.      The transportation of items that are not owned by DoD - such as nuclear materials and warheads that DOE provides to DoD but DOE retains ownership - is considered FDT and is financed by the procurement appropriation that financed the acquisition of the end item into which the item will be incorporated.

      4.      <u>Transportation of Items Procured by O&M Appropriations</u>.  Transportation is financed by the O&M appropriation according to the FDT and SDT definitions.

010206.        Engineering Change Orders

Engineering change orders should be funded commensurate with the level of risk in the program.

010207.        Factory Training

Factory training course costs for initial cadre training are considered investment costs and should be budgeted and funded in the investment appropriation and the specific program used to procure the development, acquisition, or modification of the related end item.  Temporary Duty (TDY) travel costs of military or civilian personnel attending factory training courses are funded in the Operation and Maintenance appropriations.  Factory training courses acquired for end items no longer in production are to be funded in the Operation and Maintenance appropriations.

010208.        Interim Contractor Support

Interim contractor support (ICS) is the maintenance and support of a new weapon system provided by a commercial vendor pending transition to organic support.  Because ICS is a major component of the initial logistics support of a newly fielded system and integral to program acquisition, ICS funding requirements should be budgeted in the Procurement appropriations. However, ICS is intended to provide support for the brief period between initial item deployment and the permanent organic support.  All acquisition strategies should attempt to minimize ICS requirements and duration.  ICS will only be funded in Procurement appropriations until the organic support date specified in the acquisition program baseline is achieved.  Continued funding of ICS after the baseline support transition date will be approved on an exception basis.

010209.        Commercial Off-the-Shelf (COTS) and Non-Developmental Item (NDI) Procurement

Items purchased directly from a commercial source that can be utilized without alteration or modification are classified as COTS or NDI.  All COTS and NDIs, including the first article and associated first article acceptance testing should be funded in the Procurement or O&M appropriations, as determined by the Expense and Investment criteria.  If an end item requires design and development in order to accept the COTS or NDI, or if Operational Test & Evaluation (OT&E) is required to determine military suitability and effectiveness; or if Live Fire Test & Evaluation (LFT&E) is required to determine whether the COT/NDI possesses survivability and lethality characteristics needed by operational forces, then the entire effort is not COTS or NDI, and funding for that effort should be budgeted in RDT&E.  If a COTS or NDI is required for RDT&E test purposes, the cost is funded in RDT&E.

010210.          Spares and Repair Parts

A.       This Section provides instructions applicable to funding requests for spares and repair parts procured with direct appropriations in the Procurement Title.

1.       Initial Spares and Repair Parts.  Initial spares and repair parts will include those repairable components, assemblies, and subassemblies required as initial stockage at all levels including the pipeline to permit fielding of new end items.  Whole spare engines will be classified as initial spares through the life of system.  Funding will be budgeted based on a first year obligation rate of 92 percent.

2.       War Reserve Spares and Repair Parts.  War reserve material (WRM) spares and repair parts for initial stockage will be budgeted in replenishment except for whole spare engines in accordance with the above definitions.  See Section 010215, Defense Working Capital Funds - War Reserve Materiel, for additional budgeting WRM policies.

B.       The Operation and Maintenance (O&M) accounts will finance the purchase of depot level reparables (DLRs) and consumable repair parts, primarily through the Defense Working Capital Fund (DWCF), for maintenance of all Class IX equipment (excluding medical peculiar repair parts).

C.       Spares budgeting can be aggregated by weapon system except for Selected Acquisition Report (SAR) systems.

010211.          Direct and Reimbursable Budget Plans

A.       Direct Budget Plan.  This plan includes those items of materiel to be purchased for delivery to service inventory and those procurement programs that support the acquisition of materiel for US forces.  Financing for the direct budget plan is derived from:  new budget authority provided by the Congress, the transfer of resources from other appropriations, and reimbursements.  When dealing with reimbursements involving the sale of materiel, three situations can arise:

1.       Replacement-in-Kind.  In this situation an item of materiel is sold and will require replacement with an item of the identical type, model, and series or modified version of the same basic model (i.e., the sale of C-130E aircraft and purchase of C-130E aircraft).  In this situation the reimbursement from the sale will be included in reimbursable financing and the buy-back of the item in the reimbursable program.  There will be no reflection of this transaction in the Direct Budget Plan.  For an ammunition item, the replacement-in-kind policy permits replacement of a round with any round that provides the same warfighting mission capability, providing the round to be purchased has been previously approved by the Congress for procurement, and the inventory objective presented to the Congress is not exceeded.

2.       Replacement.  In this situation an item of materiel is sold and will require replacement to compensate DoD inventories for the resultant loss of capability or readiness.  Because of one or more circumstances, the replacement item will not be identical to the item sold.  It must, however, be a later series or modified version of the same basic model (e.g., sale of a C-130A aircraft and purchase of a C-130E aircraft) or an acceptable substitute item used in the requirements computations (e.g. sale of an M-48 tank and purchase of an M-60 tank).  In this situation the reimbursement from the sale will be included under reimbursable

financing but the buy-back of the replacement item must be shown under the Direct Budget Plan and must comply with reprogramming requirements.

      a.    Items sold from inventory with a unit cost less than $5,000 will be treated as a replacement-in-kind if an improved model of the same end item is being procured, it provides the same warfighting capability, and the inventory objective presented to Congress is not exceeded.

      b.    If an item is eligible for replacement or replacement-in-kind and is not replaced, the reimbursement should be treated as a "free asset."

      3.    <u>Free Assets</u>.  In this situation an item of materiel is sold and will not require replacement.  All free assets from FMS transactions are required to be deposited into the Miscellaneous Receipts of the US Treasury in accordance with 10 U.S.C. 114(c)(2).

      B.    <u>Reimbursable Budget Plan</u>.  This plan includes those items of materiel to be purchased for delivery to and use by customers.  Financing for the reimbursable budget plan is derived from:

      1.    Anticipated reimbursement based upon customer orders received for items (not stocked by or purchased for procuring service use) to be purchased for direct delivery to a customer.  (Direct citation of customer funds for procurement against this type of order is encouraged where common components and/or common assembly with service production of similar items are not involved.)

      2.    Anticipated reimbursement based upon customer orders received or to be received for items common to the procuring service and customer, for direct delivery to the customer.

      3.    Where the materiel item is to be made available from on-order quantities under an existing contract of a Military Department, the sales transactions will be reflected as reimbursable transactions.  The quantities and costs of the replacement procurement will be included in the reimbursable program.

      4.    Where the materiel item is to be made available directly from a contract awarded after the date of the sales agreement and the contract includes a particular quantity of the item to fulfill the sales agreement, the transaction will be reflected as a direct cite transaction.

      5.    In "Replacement-in-Kind" situations, the proceeds from the sale will be included under reimbursable financing and the buy-back program will be included in the Reimbursable Budget Plan.

      6.    In "Replacement" situations, the proceeds from the sale will be included under reimbursable financing but the buy-back program will be included under the Direct Budget Plan (not the Reimbursable Budget Plan).

      7.    Reimbursements from customer orders for secondary items, because of the nature of such commodities and the way they must be managed, will always be treated as a generic category requiring, by definition, "replacement-in-kind."  Accordingly, the proceeds from such transactions will be included under reimbursable financing and the buy-back of an equivalent value of such commodities will be included in the Reimbursable Budget Plan.

010212.     Budgeting for Information Technology and Automated Information Systems

          A.     Information Technology and Automated Information Systems that are not embedded in weapons systems and/or major end item procurements are budgeted according to the investment and expense criteria (see 010201) and the appropriation or fund's purpose.

          B.     The correct appropriation for budgeting an IT effort is dependent on the activity and the underlying tasks that make up the IT effort.  RDT&E activities and Working Capital Fund activities follow unique procedures as noted in the following paragraphs.  All other activities budget for IT efforts based solely on the underlying purpose for the IT effort.

               1.     An IT effort may require funding for more than one appropriation. The underlying purpose for each discrete task within an IT effort determines the correct appropriation for budgeting of that task.  An effort that is so broadly defined that it contains separate tasks appropriate to budgeting in different appropriations should be separated into discrete tasks, each of which is budgeted in the correct appropriation.

               2.     The following guidelines are provided to help determine which appropriation to use:

               3.     RDT&E appropriations: Development, test and evaluation requirements, including designing prototypes and processes, should be budgeted in the RDT&E appropriations.  The RDT&E funds should be used to develop major upgrades increasing the performance envelope of existing systems, purchase test articles, and conduct developmental testing and/or initial operational test and evaluation prior to system acceptance.  In general, all developmental activities involved in bringing a program to its objective system are to be budgeted in RDT&E.

                    a.     Reaching the objective system, as defined in the requirements documents, is a critical determinate.  Some software programs, particularly those following a spiral or incremental development pattern, may be approved for initial fielding even though the early capability is below the objective system requirements.  The follow-on development and test activities required to reach the objective system performance will be budgeted in RDT&E.

                    b.     Commercial-off-the-shelf (COTS) systems that require engineering design, integration, test, and evaluation to achieve the objective performance will be budgeted in RDT&E.

                    c.     The acquisition, operation and maintenance of IT systems that are used exclusively to support RDT&E activities will be budgeted and funded within an RDT&E appropriation.

               4.     Procurement appropriations: Acquiring and deploying a complete system with a cost of $250,000 or more is an investment and should be budgeted in a Procurement appropriation.  Complete system cost is the aggregate cost of all components (e.g.,

equipment, integration, engineering support and software) that are part of, and function together, as a system to meet an approved documented requirement. For modification efforts, only the cost of the upgrade (e.g., new software, hardware, and technical assistance) is counted towards the investment threshold. The total cumulative cost of the system is not considered when deciding what appropriation to use to fund modernization.

        a.    Procurement of fully developed and tested modification kits and associated installation, including technical assistance is financed from Procurement appropriations. Equipment purchased after successful system testing and a favorable fielding decisions is funded with procurement dollars.

        b.    Proprietary software carries a copyright from the vendor that prohibits duplication or modification. Essentially, the purchaser is buying a license from the vendor to use the software on a particular system. Proprietary software is an investment, subject to the expense-investment criteria, unless it is financed on an "annual fee" basis. In the latter case, it is an expense item properly financed in RDT&E or O&M.

        5.    O&M appropriations: Expenses incurred in continuing operations and current services are budgeted in the O&M appropriations. Modernization costs under $250,000 are considered expenses, as are one-time projects such as developing planning documents and studies.

        a.    Software releases categorized as iterations on the basic release and not involving significant performance improvements or extensive testing are considered a maintenance effort. Minor improvements in software functionality which are accomplished during routine maintenance may also be O&M funded.

        b.    Items purchased from a commercial source that can be used without modification (e.g., COTS and nondevelopmental items) will be funded in either the Procurement or O&M appropriations, as determined by the expense and investment criterion.

        6.    The IT systems developed and acquired through the Defense Working Capital fund will be reflected in the Capital Budget if the system is $100,000 or more. Systems costing less than $100,000 are funded through the Operating Budget.

        7.    Capitalization of Software Cost. For accounting purposes, the total cost of software should be capitalized when the total cost of the system exceeds the Department's capitalization threshold amount, which is currently $100,000. Capitalization of software is not dependent on the appropriation used to fund its purchase or development. Further information on capitalization may be found in the DoD FMR, Volume 4, Chapter 6, paragraph 060210.

010213.    Research, Development, Test and Evaluation (RDT&E) - Definitions and Criteria

A.    Definitions.  The term "research and development (R&D)" is intended broadly to include the work performed by a government agency or by private individuals or organizations under a contractual or grant arrangement with the government.  It includes R&D in all fields, including the physical sciences, engineering, etc.

1.    Research is systematic study directed toward fuller scientific knowledge or understanding of the subject studied.

2.    Development is systematic use of the knowledge and understanding gained from research, for the production of useful materials, devices, systems, or methods, including the design and development of prototypes and processes.

B.    General Criteria.  When, after consideration of the following criteria, there is doubt as to the proper assignment of costs between appropriations, the issue should be resolved in favor of using RDT&E funding.  In general, the types of costs to be financed by RDT&E and related appropriations are:

1.    RDT&E Appropriations

a.    RDT&E will finance research, development, test and evaluation efforts performed by contractors and government installations, including procurement of end items, weapons, equipment, components, materials and services required for development of equipment, material, or computer application software; its Development Test and Evaluation (DT&E); and its Operational Test and Evaluation (OT&E) as provided for in paragraph C.5. (Test Articles and Test Support) below.

b.    The operation of R&D installations and activities engaged in the conduct of R&D programs, including direct and indirect efforts, expense and investment costs.

c.    The acquisition or construction of industrial facilities costing less than $750,000 at government owned, government operated (GOGO) facilities under the criteria of DoD Directive 4275.5 as provided for under 10 U.S.C. 2805 (unspecified minor construction).  Use of RDT&E funds for acquisition and construction at contractor owned or contractor operated government facilities is authorized under 10 U.S.C. 2353, Contracts; Acquisition, Construction, or Furnishings of Test Facilities and Equipment.

2.    Related Appropriations

a.    All construction at R&D installations and activities other than that covered above will be funded in the Military Construction appropriations.

b.    Equipment and material approved for production and intended for operational use or inventory upon delivery will be funded in the Procurement appropriations.  Product improvement within the current performance envelope on systems in production, will be funded in the Procurement appropriations as long as no development or operational tests by an independent operational test agency are required.

c.    Family housing construction, operation and maintenance at R&D installations and activities will be funded in the Family Housing appropriations.

d.    Expenses of Headquarters R&D management, organizational management analyses, test and evaluation for system sustainment personnel and command support, and product improvement within the current performance envelope for systems out of production will be funded in the Operation and Maintenance (O&M) appropriations.

C.    Specific Determinations.    Additional details on the determination of proper funding for specific items or efforts are provided in the following paragraphs.

1.    Organizational Funding Criteria

a.    The RDT&E appropriation will finance expenses and investments for the operation and maintenance of R&D organizations, equipment (including R&D aircraft, ships and ship-type vehicles), installations and activities (including those operated by contract).

b.    Expenses for the support of tenant activities will be funded in accordance with the following:

(1)    Expenses for the support of tenant activities at R&D installations and activities will be RDT&E funded by the host activity, pending the establishment of reimbursable arrangements.  Subsequent to the establishment of reimbursable arrangements, expenses for the support of the tenant will be funded by the tenant or as mutually agreed with the host.

(2)    Where reimbursable arrangements exist, expenses for the support of R&D activities or organizations that are tenant activities at installations having a primary function other than research, development, test and evaluation will be funded by RDT&E.

(3)    Expenses for the support of R&D activities or organizations which are tenant activities at installations having a primary function other than R&D will be funded by the host, pending the establishment of reimbursable arrangements.

c.    Expenses of R&D management and administrative organizations at major systems commands, headquarters organizations and administrative organizations at DoD component departmental headquarters levels (except for the Defense

Advanced Research Projects Agency and the Missile Defense Agency) will be financed in the Operation and Maintenance (O&M) appropriations.

    d.    Expenses and investments for the operation and maintenance of major range and test facilities, as defined under DoD Directive 3200.11, that conduct developmental and operational testing as a primary mission as determined by workload, will be financed by the RDT&E appropriation.  Major range and test facilities that primarily support testing after system acceptance for operational use or training exercises will be financed in the O&M appropriations.

    e.    Costs of evaluating organizational structure and distribution of function, administrative operating policies, procedures, methods and systems (management studies) and applications of the management sciences to improve effectiveness in carrying out assigned functions are financed in the O&M appropriations.

    f.    Expenses of operational military forces having a primary mission other than R&D and not specifically assigned to R&D that may, from time to time, be engaged in or support R&D activities, will be funded in the O&M appropriations.

    2.    <u>Facilities Construction and Modification</u>.  When it is determined that DoD financing of real property projects is required, the projects shall be programmed, budgeted, and financed as follows:

    a.    <u>Government-Owned, Government-Operated (GOGO) Facility on Government Land</u>.  When GOGO property is to be constructed on government-owned land, such construction will normally be financed as a Military Construction project. Construction of facilities for RDT&E costing $750,000 or less may be funded with RDT&E appropriations.  Such expenditures are authorized under 10 U.S.C. 2805 (unspecified minor construction).  All minor construction must result in a complete and usable facility.  In no event are two or more construction projects or minor and major construction projects to be contrived to be a usable facility.  Construction projects at R&D installations and activities whose costs are greater than $750,000 will be financed by the Military Construction appropriation in accordance with Chapter 6.

    b.    <u>Government-Owned, Contractor-Operated (GOCO) Facility</u>

    (1)    When the GOCO facility is on a military installation (post, camp or station) the primary funding is the Military Construction appropriation.  However, if the facilities are contractor-operated, and the contractor is solely responsible for the complete and total operation and maintenance of the facility complex, construction may be financed in Procurement or RDT&E in accordance with DoD Directive (DoDD) 4275.5 and 10 U.S.C. 2353 criteria.  New construction or improvements having general utility are not authorized under 10 U.S.C. 2353.

(2)    When GOCO facilities are constructed on government property other than a military installation, the Procurement or RDT&E appropriation will finance the construction in accordance with DoDD 4275.5 criteria.

c.    Contractor-Owned, Contractor-Operated Facility.    Under 10 U.S.C. 2353, a research or development contract may provide for the acquisition, construction, or furnishing of facilities and equipment that are necessary for the performance of the contract to the contractor.  Improvements having general utility or new construction are not authorized under 10 U.S.C. 2353.  Facilities that would not be readily removable or separable without unreasonable expense may not be installed or constructed on property not owned by the government, unless the contract contains:

(1)    A provision to reimburse the government for the fair value of the facilities;

(2)    An option for the government to acquire the underlying land; or

(3)    An alternative provision that protects the interests of the United States in the facilities.

d.    All proposed RDT&E real property facilities will be identified to Congress in accordance with Chapter 5, Section 050402.

e.    The Family Housing appropriation will provide for Family Housing construction and Family Housing O&M at R&D installations and activities.

3.    Equipment.  RDT&E appropriations will finance the development, design, purchase, installation, and acceptance testing of equipment or instrumentation required to support RDT&E activities.  Costs of specialized equipment and instrumentation required for the support of research, development, test and evaluation contractor effort at government-owned, contractor-operated (GOCO) activities will be financed in RDT&E.  DoD Directive 4275.5 applies.  Installation costs include directly related foundations, shielding, environmental control, weather protection, structural adjustments, utilities and assets.  Installation costs are excluded from RDT&E financing if the effort is accomplished concurrently with a military construction project, and in these instances, the military construction appropriation finances the installation cost.  To the extent that the equipment installation occurs at a government activity and the cost exceeds $500,000, no new facility or physical outer dimension expansion to an existing facility shall result from an RDT&E-funded equipment installation project.

4.    Establishment of Pilot Line and Tooling Requirements

a.    The costs associated with establishing an initial pilot line, which are necessary to acquire a limited number of representative items for test purposes, including the test items, will be financed by RDT&E.  All items and costs associated with

maintaining the initial pilot line beyond the quantity sufficient to test for operational acceptability will be financed from other appropriations.

           b.     When an end item under development has also been approved for procurement, operational use, or included in the force structure, then hard tooling requirements common to both the development and procurement phases will be financed by Procurement appropriations.  When an end item under development has not been approved for procurement, operational use, or included in the force structure, then tooling and other preliminary production facilities required to produce realistic development items for test and evaluation will be financed by RDT&E, even though such tooling and facilities might later be used for production.

     5.     Test Articles and Test Support

           a.     As a general rule, the procurement of test articles and test support, including "Special Support" costs and "Command Support" costs (see Glossary), for all RDT&E tests preceding and leading to acceptance for operational use will be RDT&E funded. Test articles and components or materials to be assembled into test articles shall be budgeted in accordance with the need for them in the development and test program.  Purchases of fully configured or near fully configured test articles (e.g., off-the shelf drones) should be budgeted in accordance with the need for full units to test.

           (1)     Development and preproduction prototypes (RDT&E financed) will be used for Developmental Test and Evaluation (DT&E), including scientific, technical and weapons effects tests.  DT&E programs must provide complete and reliable data that can be used to estimate the military utility of new items as a basis for considering decisions to continue engineering development.  To this end, it is essential to plan, program, budget and fund for an adequate number of R&D articles for development, test and evaluation that will be fabricated, manufactured or produced in a realistic preliminary production manner and thus provide such data.

           (2)     Development and preproduction prototypes (RDT&E financed) will be used for OT&E.  When so used, they must be sufficiently representative of the expected production items' to provide from OT&E a valid estimate of production items operational effectiveness and suitability (including compatibility, interoperability, reliability, maintainability, and logistic and training requirements).

           (3)     Low Rate Initial Production (LRIP) assets.  LRIP, as defined in DoD 5000.2-R, is to provide production configured or representative articles for operational test (RDT&E funded, see paragraph 2)); establish an initial production base for the system (procurement funded); and permit an orderly increase in production rate for the system (procurement funded).  If the asset will be used for developmental or operational testing by an independent operational test agency, then it should be procured with RDT&E funds.  The LRIP quantity will be determined as part of the Production and Deployment approval (Milestone C). RDT&E funds will be budgeted to procure the items required for operational test to facilitate the testing of LRIP assets.  LRIP test articles must be specifically identified in the budget

documentation. Should LRIP items beyond the test quantity be required, they would need to be included in the Milestone C decision and a determination made at that time. Ships and space systems do not have LRIP periods like other systems. Special guidance relating to the transition of ships and space systems from RDT&E to Procurement is provided in paragraph 9 of this section.

      b.      Conduct of testing that is not associated with RDT&E, or testing conducted after fielding or acceptance for operational use, such as the examples noted below, will be financed in the Procurement or O&M appropriations, as appropriate.

      (1)      Acceptance, quality control and surveillance testing of articles obtained for other than RDT&E purposes.

      (2)      Routine testing in connection with logistic support.

      (3)      Testing related to the operation and maintenance of equipment and material acquired for use under appropriations other than RDT&E.

      (4)      Testing required to prove the capability of facilities to produce items which have been approved for production will be funded by procurement as part of the initial acquisition cost.

      c.      The acquisition of commercial or nondevelopmental items for testing and operational evaluation that do not require RDT&E engineering, design or integration effort will be financed by O&M or Procurement appropriations (as determined by the Expense and Investment criteria). O&M appropriations will finance personnel and command support costs for test and evaluation of commercial and nondevelopmental items by field units for doctrine, operational, or organizational purposes. If the commercially available item is modified and requires testing prior to approval for service use or inventory it is to be funded in RDT&E as are all developmental items.

      d.      Articles (including end items, weapons, equipment, major test vehicles such as ballistic missile boosters or upper stages, components and materials) of types regularly procured to meet established general requirements such as operational training, operational use, or inventory which are assigned or allocated on a priority basis for use in support of approved R&D programs and which are not consumed in testing, may be financed by Procurement or O&M appropriations using the expense and investment criteria. In addition, excess items that can be made available on a priority basis from existing inventory will be reassigned for use in R&D test and evaluation programs without reimbursement. However, all items, expected to be consumed in R&D test and evaluation will be financed by RDT&E appropriations.

      e.      Consumable rounds of ammunition or rounds of similar tactical missiles otherwise procured in quantity for inventory under existing procedures, may be issued on a priority basis for use in R&D testing without reimbursement.

f.      The acquisition of test articles will be financed by O&M or Procurement appropriations (as determined by the Expense and Investment criteria), and personnel and command support costs will be financed by O&M appropriations for all test and evaluation (T&E) subsequent to acceptance for operational use and T&E to demonstrate the operational employment or develop operational tactics (i.e., subsequent to RDT&E efforts).

6.      Modification and Refurbishment of Test Articles

a.      Costs associated with modifying or reconfiguring an existing item for R&D test purposes will be funded in RDT&E. When an item that has been diverted from another use is not consumed in R&D testing, any costs necessary to return the item to serviceable condition or to its pre-existent configuration will be financed in RDT&E.

b.      If an article initially acquired with RDT&E funds as part of an RDT&E test effort is still available at the completion of the test program, it may be reassigned for operational use or inventory. The cost to modify such an article for operational use would be borne by the Procurement and O&M appropriations, as appropriate.

7.      Product Improvement

a.      "Product improvement" of major end items and major components of major end items currently in production or in the operational inventory, is subject to the following:

(1)      Redesign of an item to increase the current performance envelope, including related development, test and evaluation effort, will be financed in RDT&E.

(2)      Engineering services or related manufacturing efforts applied to an item currently in production to extend its useful military life within the current performance envelope should be funded by Procurement appropriations as long as no developmental testing (DT) or operational test and evaluation (OT&E) by an independent operational test agency is required. If DT or OT&E by an independent operational test agency is required, RDT&E finances the improvement. The phrase "an item currently in production" implies that the item has end item procurement funding in the year the product improvement effort is to take place.

(3)      Engineering services or related manufacturing efforts applied to an out-of-production, but still operational item to extend its useful military life within the current performance envelope should be financed by O&M appropriations as long as no developmental testing (DT) or operational test and evaluation (OT&E) by an independent operational test agency is required. If DT or OT&E is required by an independent operational test agency, RDT&E finances the improvement.

(4)      In both cases (2) and (3) above, the determination that the improvement is "within the current performance envelope" and that "no development

testing (DT) or operational test and evaluation (OT&E) by an independent operational test and evaluation agency is required" should be determined after formal coordination with the Director, Operational Test and Evaluation.

b.    While existing off-the-shelf equipment may be procured with Procurement funds, items that require engineering design, integration, test, or evaluation effort shall be procured with RDT&E funds in sufficient numbers to support such effort.

c.    Costs of fully developed and tested modification kits and associated installation costs should be financed from Procurement appropriations. If DT or OT&E by an independent operational test agency is required, RDT&E finances the RDT&E effort and the kits required for RDT&E testing. Procurement funds would then be used to procure the follow-on kits.

d.    Aircraft engine component improvement costs are budgeted in the RDT&E appropriations to provide for continuing improvements in the aircraft engines in the areas of reliability, maintainability, durability, correction of Service-revealed deficiencies, safety of flight, time-between-overhaul, etc. "Component Improvement" is established at the point in time when:

(1)    There has been a Government acceptance of the first procurement funded engine, and

(2)    The engine has successfully completed stringent qualification or verification testing to demonstrate initial production suitability subject to:

(a)    Compliance with contractual specifications, performance guarantees and military specifications, as applicable to individual Service requirements;

(b)    Completion of endurance testing representative of the anticipated Service use to include completion of specified post test inspections, certification, and penalty runs;

(c)    Demonstration of prescribed performance capability; and

(d)    Accomplishment of prescribed durability, reliability, and environmental testing.

8.    Ships and Ship-type Vehicles

a.    An experimental test bed type of ship or an experimental ship will be financed by RDT&E appropriations. This will include all such experimental ships required to support an approved R&D program or for the purpose of experimenting with new or radical ship concepts or to demonstrate the military usefulness of new ship designs,

configurations or fabrication techniques, when the ship-type test vehicle itself can be predicted to be consumed or expended in testing, or to have little or no operational usefulness in the force structure. Prototype ships, when designated by the Secretary of Defense, are included.

b.       A ship of demonstrated, conventional concept and design having a high probability of military usefulness and inclusion in the force structure, even though first of a class, will be constructed using procurement funds. A ship of demonstrated conventional concept and design temporarily or permanently assigned from inventory to support R&D effort will be furnished without reimbursement, but the cost of providing all R&D types of equipment or instrumentation, the cost of "nonstandard" modifications of the ship required to make the ship suitable for R&D support, as well as the cost of any related restoration to conventional or operational ship conditions upon release from assignment to R&D, will be financed by RDT&E appropriations.

c.       Preliminary or contract design for new ship construction will be financed by RDT&E appropriations, including contractor and "field activity" effort costs. Detail design for ships appropriate for procurement funding will be funded by procurement accounts.

d.       Land-based or sea-based combat system test installations will be financed by RDT&E appropriations.

9.     Space Systems.     The following guidance describes the circumstances in which RDT&E funds may be used for the acquisition of operational space systems.

a.       Expendable launch vehicles.     The first rocket of a new design is normally used to launch an operational satellite into orbit. This rocket may be financed with either RDT&E or Procurement appropriations. The second and subsequent expendable launch vehicles shall in all cases be financed with Procurement appropriations. The full funding policy shall apply to all expendable launch vehicles budgeted in Procurement appropriations.

b.       Satellites.     The first satellite of a new design is normally placed into operational use. For programs in which satellites are launched individually, the first two satellites may be financed with either RDT&E or Procurement appropriations. The third and subsequent satellites shall in all cases be financed with Procurement appropriations. For programs in which multiple satellites are launched with a single rocket, the satellites comprising the first launch may be financed with either RDT&E or Procurement appropriations depending upon which budgetary approach is most consistent with the contract structure. Satellites for the second and subsequent launches shall in all cases be financed with Procurement appropriations. The full funding policy shall apply to all satellites budgeted in Procurement appropriations. It is expected that satellite programs will make frequent use of advance procurement, combined parts buys, and multiyear contracts to efficiently use funds within the context of the full funding policy. To achieve these efficiencies, advance procurement funding may be budgeted two years (and, in rare instances, three years) prior to the year of full funding. The total advance procurement funding for a satellite should not exceed 20 percent of the unit cost of the satellite.

c. <u>Ground Control and Ground Processing Systems</u>. The design and implementation of ground control and ground processing systems is an integral part of the development of new satellite systems. The entire cost of the primary ground system (including off-the-shelf workstations, power supplies, etc., but not including military construction) shall normally be financed with RDT&E appropriations. The cost of backup ground systems shall be financed with Procurement appropriations, and the full funding policy shall apply.

d. <u>User Terminals</u>. User terminals for space systems shall transition from RDT&E to Procurement in the same manner as non-space-related communications and electronics equipment.

10. <u>Training Devices</u>. A training device is composed of components and software that have been designed or modified to demonstrate or illustrate a concept or simulate an operational circumstance or environment. The initial or prototype training device and all its support costs through service acceptance for operational use will be funded in RDT&E. RDT&E will not fund beyond the initial system unless more than one full system is required to demonstrate the training device performance. The initial or prototype training device that employs new or off-the-shelf computers and system components, but has training system unique software and interface components, will be developed and procured with RDT&E funds. Typically, these training devices have small quantity requirements and the initial or prototype device is used for operational training. Modifications or updates to existing training devices will normally be funded in the applicable Procurement or O&M appropriation, subject to the expense and investment criteria. Any necessary development effort for these modifications or updates will be funded in RDT&E.

11. <u>Joint Test and Evaluation</u>

a. The Joint Test and Evaluation (JT&E) program provides quantitative information used for analyses of joint military capabilities and to develop potential options for increasing military effectiveness, The program is complimentary to, rather than part of the acquisition process. A JT&E project brings two or more Military Services or other Components together to: assess Service system interoperability in joint operations; evaluate joint technical and operational concepts, and recommend improvements; increase joint mission capability, using quantitative data for analysis; validate testing methodologies that have joint applications; improve modeling and simulation validity with field exercise data; provide feedback to the acquisition and joint operations communities; and improve joint tactics, techniques, and procedures. JT&E projects focus on improving the warfighter's capability to conduct joint military operations with existing equipment. DOT&E manages the JT&E program and coordinates with Combatant Commanders, the Joint Staff, and the Services to ensure warfighter involvement.

b. The JT&E program is financed in the Operational Test and Evaluation (OT&E), Defense appropriation (program element 0605804D). DOT&E funds the costs incurred for the direction, supervision, and performance of activities that are unique to the needs of the JT&E projects. When directed as Executive Agent for a particular JT&E project,

the Component, Service or COCOM is responsible for ensuring that all resources necessary for the successful accomplishment of the JT&E project are available to the Joint Test Director (JTD). This includes administrative, management and facilities support for the JTD. The Executive Agent support costs (O&M, Procurement, and RDT&E) are to be programmed and budgeted in accordance with established procedures.

       12.   <u>Manufacturing Technology</u>.  The Department of Defense Manufacturing Technology program, which demonstrates factory application of new or improved technology in producing defense items, will be financed in the RDT&E appropriations.

       13.   <u>Development Efforts Related to Future Leased Services</u>. When the provider of a leased service that will ultimately be financed in O&M requires initial funding in order to design or develop major changes or improvements to meet the government's requirement for that service, then the costs of such development efforts will be financed in RDT&E.

       14.   <u>Subsystem Integration into Weapon Systems</u>.  Research and development necessary for the integration of subsystems into weapon systems should be financed from the weapon system program. For example, the R&D cost of integrating an electronic warfare black box into an aircraft should be borne by the aircraft R&D program.

       15.   Engineering change orders should be funded commensurate with the level of risk in the program.

   010214.    RDT&E - Incremental Programming and Budgeting Basis

       A.    Purpose

       This Chapter specifies the principles to be followed, and establishes the criteria and definitions to be used, in the preparation of the annual Research, Development, Test and Evaluation (RDT&E) budget estimates on an incrementally funded basis. The incremental budgeting policy provides that only those funds required for work in a given fiscal year shall be included in the RDT&E budget request for that fiscal year for most classes of effort.

       B.    Policy

       The annual budget estimates for Research, Development, Test and Evaluation (RDT&E) projects and programs, including developmental and operational test and evaluation programs, are to be prepared on an incrementally programmed basis (as opposed to the fully funded program basis used in preparing procurement budget estimates.)

       C.    Guidance

       1.    The budget request for DoD projects and programs will be developed and presented in accordance with the following principles:

a.      Annual estimates of initial financing needed for new major weapon systems and other development programs and projects requiring several years to complete, and which involve contracts spanning more than one year, should be formulated to cover costs expected to be incurred during each fiscal year.  Generally this will represent a 9-month or lesser period for the initial, first year increment of a new start program due to the nature and timing of the congressional budget approval.  The second and succeeding increments will be programmed and financed for the entire fiscal year.  However, the Service or Defense Agency Comptroller must approve extensions of up to 3 months beyond the end of the fiscal year for which funds are requested.  In this regard, DoD components should make every effort to align subsequent years' funding requirements on an annual basis coincident with the fiscal year, although it is recognized that there may be circumstances where this will not be feasible.  The estimate of the financing required in the budget year to continue development projects must always take into account any changes (such as slippage's) that have occurred.  RDT&E funding requirements should be based on forecasted obligations that consider costs and timelines for each milestone and other programmatic event.

b.      There are requirements in which there is no logical way to divide the work; it is clearly unfeasible to limit the contract to a shorter period; or the planned technical effort is such that no responsible contractor can be found who will accept a contract for a less-than-completion increment.  For these type efforts that take longer than 12 months but less than 18 months, the Service or Defense Agency Comptroller may approve financing the total requirement in one fiscal year.

c.      While it is intended that the foregoing guidelines will be applicable to program execution as well as program formulation, there may be circumstances that could delay the start of an annual increment (such as legal, administrative, or technical problems).  The 2-year availability of funds authorized for the Research, Development, Test and Evaluation appropriation provides the necessary flexibility for program execution in those circumstances.

d.      Engineering change orders should be funded commensurate with the level of risk in the program.

2.      Budgeting for Termination Liability on Incrementally Funded RDT&E Contracts.  The legal requirements of the Anti-Deficiency Act and the long-standing policy of not committing a successor Congress to a course of action both make it necessary that the unliquidated obligation for an incrementally-funded, multiple-year contract be sufficient at all times to cover the cost of terminating that contract for the convenience of the Government.  Budgeting to cover termination liability will not increase the total amount budgeted for the program.  It will require that the distribution of funds by fiscal year be shifted more towards the earlier years of the contract than if funds had been budgeted only to cover the actual bill to be paid in each year.  The distribution of funds by fiscal year shall be such that, if a contract is terminated at any point during the fiscal year, all termination costs can be financed from the unliquidated obligation on the contract without recourse to reprogramming of funds, supplemental appropriations, or awaiting the appropriation of funds for the succeeding fiscal

year's funding increment.  All programs shall adhere to this policy with the following two exceptions, both of which are to be used rarely.

a.    Special Termination Cost Clause (STCC).  DoD FAR Parts 249.50170 and 252.249-7000 permit the use of STCC in fixed-price incentive contracts and incrementally funded cost reimbursement contracts.  If contracts containing an STCC are terminated before completion, the special termination charges are covered by the unobligated balance of the applicable appropriation, subject to any congressional approval required for reprogramming.  The extent to which the STCC can be used is limited to the ability of the Service or Agency to cover expected termination costs from unobligated balances.  A recordable obligation under the STCC arises when the contract is actually terminated.  If a proposed STCC would require an above threshold reprogramming action when a program is terminated, the approval to use the STCC shall be obtained from the USD (Comptroller) before the contract or contract modification is awarded.   All STCCs, regardless of dollar amount, require prior notification of the House and Senate Appropriations Committees.

b.    Statutory Waivers.  The Department is not required to budget for, or obligate funds sufficient to cover, termination liability in connection with an incrementally-funded RDT&E contract if Congress has expressed exempted the program or contract from that requirement.  When this situation arises, however, the budget exhibits for the program shall clearly indicate the value of the unfunded termination liability by year for the current year, budget year, and the outyears covered by the FYDP.

010215.        Defense Working Capital Funds - Operating Budget

The operating budget represents the annual operating costs of an Activity or Component, including depreciation and amortization expenses.  Detailed requirements and guidance can be found in Chapter 9.

010216.        Defense Working Capital Funds - Mobilization/Surge Costs

A.    Separate funding is provided for those costs related to mobilization and wartime surge capacity that would not otherwise be incurred to meet peacetime requirements. The prices of services and products provided to peacetime customers exclude these costs to more appropriately reflect consistent pricing between competing activities.  Similarly, better visibility of surge or readiness requirements is provided to decision makers at every level.  These "mobilization" costs, although funded and justified as direct appropriations to Component budgets, are elements of business area costs and must be fully justified on the SM-3 and/or Fund-30 schedules.  Detailed requirements and guidance can be found in Chapter 9, section 090103.

B.    Unutilized capacity that is associated with the ability to satisfy a projected surge capability is considered a mobilization requirement that is to be funded by appropriated funds provided by the DoD Component having management responsibility for the Fund activity. Costs applicable to unutilized plant and equipment, such as depreciation, or maintenance, are not to be charged to the customers of the Fund activity.

C.    The justification for costs related to mobilization and wartime surge capacity must identify the scenario assumptions or other basis for the requirement under which these costs were calculated.  Additionally, a description of how these costs will be collected and accounted for in execution must be provided.  The UPC Funding Exhibit Fund-30 will be used to support the request for UPC Funding.

D.    Chapter 9 provides additional guidance and instructions associated with mobilization/surge requirements.

010217.        Defense Working Capital Funds - War Reserve Materiel

War reserves are procured and maintained to meet wartime requirements as determined by the Strategic Planning Guidance (SPG).  These costs will be funded with direct Working Capital Fund appropriations in the Components' budgets, not through customer rates.  However, since the war reserve materiel will be under the management of supply management businesses, war reserve requirements will also be described and justified on the SM-3.  In addition, exhibit SM-6 War Reserve Material, will be prepared by the Components to justify WRM Requirements.  Detailed requirements and guidance can be found in Chapter 9.

010218.        Defense Working Capital Funds - Military Personnel Costs

A.    Military personnel costs have been included in revolving funds since FY 1991.  This change was made to ensure that the total costs of the business were being captured. The cost of military personnel assigned to DWCF activities will be included in the total cost of operations of DWCF activities at civilian equivalent rates and reflected in the stabilized rates charged to customers.  This policy is based on the concept of total costing, which is designed to ensure that the total cost of producing products and services is being identified to both DWCF activities and customers.

B.    The amount expensed for military personnel by DWCF activities and the amount reimbursed to the appropriate military personnel will be the same as the amount budgeted.  The budget amount will equal the average end strength multiplied by the civilian equivalency rate for each grade.  The average end strength for the budget year(s) will be calculated using the average fill rate for the three prior years.  The fill rate is calculated by dividing actual average strength by the authorized end strength for each grade.  No adjustments will be made to the DWCF cost of operations to reflect the actual cost of military personnel employed by DWCF activities.

C.    See Chapter 9; section 090103G, for budget formulation, execution, and reimbursement procedures.

010219.        Defense Working Capital Funds - Full Recovery of Costs/Setting Prices

A.        General Guidelines

1.        All business areas in the Fund are required to set their prices based upon full cost recovery, including all general and administrative support provided by others. Prices are established through the budget process. Except for Depot Maintenance Groups, and under special circumstances as specified in Volume 2B Chapter 9 090103H, prices remain fixed during the year of execution; actual costs are evaluated against revenue generated by workload at established prices; and the financial condition of the business assessed accordingly. Volume 2B, Chapter 9, paragraph 090105, specifies pricing guidance for sales by DoD depot maintenance activities to private sector entities as part of depot maintenance public-private partnership agreements. Subparagraph C. below summarizes that guidance. Profits or losses will be determined at the end of the year and will be employed as a basis for evaluating operating efficiency.

2.        Prices for every Defense Component business activity are established for each fiscal year. Once established, these prices are held constant (stabilized) through program execution unless fund balances require an out-of-cycle rate change. This stabilized rate policy serves to protect customers from unforeseen inflationary increases and other cost uncertainties and better assures customers that they will not have to reduce programs to pay for potentially higher than anticipated prices. In turn, this policy allows activities to execute the budgeted program level and permits a more effective utilization of Fund resources.

3.        Prices for the budget year(s) will be set to recover costs over the long run. This means that prices will be set to achieve an Accumulated Operating Result (AOR) of zero. During budget execution, business areas will have either a positive or negative Net Operating Result. Accordingly, prices in the budget year will be set to either make up actual/projected losses or to give back actual/projected gains in the budget year(s).

4.        An activity group may request that AOR *variances* be recovered outside the budget year. This request must be included in the budget submission, and must demonstrate that the delay in the recovery of *variances* will not adversely affect the cash balance of the activity group. A phased recovery schedule must be provided with the budget. The Director for Revolving Funds will provide final approval for any extended AOR *variances* recovery plans.

5.        In the supply management businesses, the price setting process will be consistent with the rate changes approved during the budget review.

B.        Unplanned Gains/Losses

1.        Under Special Circumstances the DWCF rules for pricing and operating loss recovery or gain distribution may be waived if one or more of the following conditions exist.

a.  <u>Fund Liquidity</u>.  Fund managers are expected to maintain a monthly total fund cash balance between 7-10 days of operations (plus 6 months outlay for capital purchases).  However, several factors could cause the Funds to operate outside the target area.  Therefore, in order to prevent the build up of excess cash balances, or ensure fund solvency the Director for Revolving Funds or Fund Managers, with the written permission of the Director for Revolving Funds, may direct out of cycle rate adjustments at any time during the fiscal year.

b.  <u>Depot Maintenance Additional Requirements</u>.  As long as Fund cash balances are within 10% of targeted levels depot maintenance activities will recoup losses and return gains in the budget year.  However, if cash balances are outside the target areas the Director for Revolving Funds or Service Fund Managers, with the written permission of the Director for Revolving Funds, may direct out of cycle rate adjustments or surcharges at any time during the fiscal year to restore cash to the targeted levels.  Also unplanned depot losses recouped in subsequent years may be financed with prior year funds provided all other criteria associated with prior year upward obligations are met.

c.  <u>Contingency or Emergency Operations</u>.  DWCF pricing and financing requirements may be waived by Fund managers in order to facilitate Department operations during times of war or other national emergencies.  Notification of Fund Managers actions must be provided in writing to the Director for Revolving Funds within 30 days of the event.

C.  <u>Public-Private Partnerships at Defense Working Capital Fund Depot Maintenance Activities</u>

1.  Pricing guidance for sales of goods and services by DoD depot maintenance activities to private entities engaged in public-private partnerships is set forth in Volume 2B, Chapter 9, paragraph 090105.  In general, such prices are subject to the requirements of Chapter 9, with the exception that the prices may be based upon the most recent actual and projected costs applicable to the workload, rather than upon approved stabilized billing rates.  Rates and prices to private entity partners may also be tailored to include only those direct and indirect production overhead costs that contribute to the finished product or service.  However, full General and Administrative (G&A) costs shall continue to be allocated on the same basis as for DoD customers.

2.  Fixed pricing of sales to private party entity partners, including multiyear fixed price agreements, is authorized when production costs can be reasonably predicted and the risk of future operating losses is not significant.  Such fixed prices may include provisions for adjustments to accommodate the effect of scope-of-work changes, annual inflation, and specified contingencies.  When future production costs or risks cannot be reasonably predicted, cost reimbursable pricing is more appropriate.

D.  Detailed requirements and guidance can be found in Chapter 9.

010220.          Defense Working Capital Funds - Capital Budgeting

A.          Budgetary resources for capital investments will be separately identified in an approved capital budget.  Beginning in FY 2007, the Capital Budget will have two thresholds. For Real Property (Land, Buildings, and Minor Construction), capital assets with a useful life of two years or more, the capital threshold is $100,000 and above.  For all other capital assets including depreciable plant, equipment, and software developed, manufactured, transferred or acquired during a fiscal year with a useful life of two years or more , the capital threshold is $250,000 or more.  Once assets are capitalized by the DWCF activity, they will continue to be reported as a capital asset and depreciated until the book value of the asset reaches zero or its salvage value, as appropriate.  Changes in the capitalization threshold will not impact assets already capitalized unless directed by higher authority. These limits are consistent with accounting guidance published in Volume 4, Chapter 6

B.          Minor Construction

1.          Minor Construction projects costing $100,000 but less than or equal to $750,000 will be funded through the capital budget and depreciated.

2.          In the year of execution the Director of OUSD (Comptroller) Revolving Funds may approve a capital investment reprogram request for  Minor Construction projects costing up to $1,500,000 if the project is required to correct a deficiency that is life-threatening, health threatening, or safety threatening.

3.          Project planning and design costs are considered a capital investment cost that is capitalized by the DWCF activity and financed in the minor construction portion of the capital budget.  Planning and design costs are not included as part of the statutory threshold for minor construction projects.

4.          See Chapter 9, section 090103, for budget formulation and execution procedures.

C.          Depreciation

All capital assets owned by activities in the Fund will be depreciated or amortized by the individual Component business area.  Depreciation will be on a straight-line basis and based on the acquisition cost, less residual value when residual value is expected to be 10 percent or more of the acquisition cost, including installation and related costs.  Depreciation schedules may be found in Volume 4, Chapter 6, paragraph 060206I.

010221.          Defense Working Capital Funds - Base Support

A.          Interservice and intragovernmental support, as identified in DoDI 4000.19, is reimbursable by the DWCF activity to the extent that the specified support for the DWCF activity increases the host activity's direct costs (i.e., incremental direct cost).  Costs associated with common use infrastructure are non-reimbursable, except for support provided solely for the

benefit of one or more tenants.  Support costs that are charged to a tenant DWCF activity (i.e., reimbursable cost) must be measurable and directly attributable to the DWCF activity.  Indirect costs will not be included in reimbursement charges, except those included in stabilized rates charged for DWCF mission products and services.  Host activities (suppliers of base support) are permitted to waive reimbursement from tenants who use or benefit from available support without appreciably increasing the host activities' costs (i.e., revenues would be less than the anticipated expense of billing and disbursing funds).

    B. DWCF activities that use any of the common base support functions identified in DoDI 4000.19 (Interservice and Intragovernmental Support) are to reimburse host activities for this support.  Reimbursement for DWCF mission products and services (e.g., depot supply, depot maintenance, public works center services, information processing, communications, and software development) shall be based on the approved stabilized rate.  Other support incidental to the DWCF activity's primary mission or purpose is to be budgeted and reimbursed based on direct costs measurable and directly attributable to the DWCF activity.  Only the incremental change in cost attributable to the DWCF activity (incremental direct cost) shall be chargeable to the DWCF activity.  Indirect costs are not to be included as a cost to the DWCF activity.

    C. Chapter 9 provides budget formulation and execution procedures.

  010222. Defense Working Capital Funds - Dual Funded Organizations

    A. A dual funded organization is an organization that is funded (including reimbursable funding) by both the DWCF and other appropriations or accounts.  In those instances where a function is funded with a combination of both DWCF and appropriated funds, the function initially will be funded in its entirety either by the DWCF or by appropriated funds.  The determination of whether the particular function initially is to be funded by the DWCF or appropriated funds will be based on the predominance of definable units of measure for the function.  Examples of definable units of measure include work load, productive hours, outputs, or ultimate use.  The appropriation or account initially funding the function shall be reimbursed by the other account(s) at the same unit of measure as was used to determine the initial funding source.  The amount of reimbursement shall be determined based on the relative portion of that unit of measure attributable to each part of the organization (or funding source) involved.

    B. This policy does not change the policy for reimbursement for base support services provided by the DWCF to tenant activities.  The DoDI 4000.19 and sections 0102021 and 090103K provide guidance for funding base support services.

  010223. Defense Working Capital Funds - Customer Mandated Schedule

    A. When a job order is canceled or reduced in scope, after a DWCF activity has commenced work or incurred costs on the order, the costs incurred plus the applied overhead (that is indirect and other normally allocated overhead (G&A) costs)) plus costs associated with the cancellation or reduction shall be charged to the customer.

B.    Examples of directly associated cancellation or reduction costs to be charged to customers are advance planning costs, non-creditable direct material, special test equipment, necessary preservation and/or shipment effort, and any additional effort necessitated by the cancellation and/or reduction (e.g., salvaging of material).  In addition, costs charged to customers should include the costs of salaries payable to employees hired specifically to work on the canceled order until the employees are or could have been separated through a reduction in force or other appropriate action (taking into account appropriate administrative lead time), or reassigned to other direct jobs.  Costs which are indirectly associated with the cancellation or reduced customer orders, under-applied overhead costs that may result in a DWCF activity as a whole from a reduced work load base shall not be charged to the customer canceling or reducing their order but shall be recorded against the net operating results of the performing DWCF activity.

010224.          Glossary of Terms – Procurement

| **Term** | **Meaning/Funding Connotation** |
|---|---|
| Advance Procurement (Long Lead Items) | A pre-approved exception to the full funding policy that allows procurement of long lead-time components, material, parts, and effort in a fiscal year before that in which the related end item is to be procured. |
| Cancellation | Cancellation means the cancellation (within a contractually specified time) of the total requirements of all remaining program years. Cancellation results when the contracting officer notifies the contractor of nonavailability of funds for contract performance for any subsequent program year or fails to notify the contractor that funds are available for performance of the succeeding program year requirement. |
| Cancellation Ceiling | The maximum cancellation charge that the contractor can receive in the event of cancellation (reference Federal Acquisition Regulation (FAR) 17.103). |
| Cancellation Charge | The amount of unrecovered costs that would have been recouped through amortization over the full term of the contract, including the term canceled. |
| Contingent Liability | As a budgetary term, contingent liability represents variables that cannot be recorded as valid obligations.  Such variables include: (1) outstanding fixed price contracts containing escalation, price redetermination, potential liability under incentive clause; or (2) contracts authorizing variations on quantities to be delivered; or (3) contracts where allowable interest may become payable by the U.S. government on contractor claims supported by written appeals pursuant to the DISPUTES clause contained in the contract. |

| | |
|---|---|
| Centralized Item Management and Asset Control | The management in the central supply system or a DoD-wide or Service-wide acquisition and control system in which the manager has the authority for management and procurement of items of equipment. This includes such functions as requirement determination, distribution management, procurement direction, configuration control and disposal direction. Asset control includes the authority to monitor equipment availability and take such actions as necessary to restock to approved stockage levels. |
| Construction | The erection, installation, or assembly of a new facility; the addition, expansion, extension, alteration, conversion, or replacement of an existing facility; the acquisition of a facility; or the relocation of a facility from one installation to another. |
| Detail Design Costs | The final design effort on ships normally performed in conjunction with lead ship construction, is called "detail design." This effort is procurement funded (SCN). |
| Economic Order Quantity (EOQ) Procurement | An exception to the full funding policy that allows the use of advance procurement to purchase more than one fiscal year's program increment of components, materials, and parts in order to obtain the economical advantages, sustain a production line, etc. |
| Facility Modernization | The alteration or replacement of facilities solely to implement new or higher standards, to accommodate new functions, or to replace building components that typically last more than 50 years (such as the framework or foundation). |
| Facility Restoration | The restoration of real property to such a condition that it may be used for its designated purpose. Restoration includes repair or replacement work to restore facilities damaged by inadequate sustainment, excessive age, natural disaster, fire accident, or other causes . |
| Facility Sustainment | The maintenance and repair activities necessary to keep an inventory of facilities in good working order. Examples include regular roof replacement, refinishing of wall surfaces, repair and replacement of heating and cooling systems, and replacement of tile and carpeting. |
| Full Funding | Requires the total estimated cost of a complete, military useable end item or construction project funded in the year in which the item is procured. If a future year's appropriation is required for delivery of an end item, the end item is not fully funded. It prevents funding programs incrementally and provides a disciplined approach for program managers to execute their programs within cost. |
| Funded Delivery Period (FDP) | A funded delivery period encompasses a 12-month period that begins when the contractor delivers the first item of a fiscal year procurement. Confusion exists regarding this time period because, in many instances, accurate administrative and production lead-times (ALT/PLT) have not been included in the calculation. The calculation should begin with October 1. From this point in time, the ALT and PLT should be added. |

This amount of time plus the next 12 months are included in the funded delivery period. When excessive lead-times are included in the calculation, additional quantities are procured that could have been funded in the following fiscal year with no change in the delivery schedule.

| | |
|---|---|
| Lead-times | Administrative Lead-time (ALT). This is the amount of time required to complete the administrative actions leading to contract award. In most cases, ALT actions do not require funding and can therefore be accomplished prior to October 1, at which time the next fiscal year's funding is appropriated. The ALT is used to forecast contract awards. Longer lead-times require that a larger quantity be purchased to support yearly requirements. Lead-times should therefore reflect an accurate assessment of the time required to process the administrative actions. Production Lead-time (PLT). This is the amount of time required by a contractor to produce the first item after contract award until deliveries begin. Procurement Lead-time. This is the total of ALT and PLT. When used to determine quantity requirements, calculations should begin when the first ALT action begins. |
| Modification | The alteration, conversion, or modernization of an end item of investment equipment which changes or improves the original purpose or operational capacity in relation to effectiveness, efficiency, reliability or safety of that item. |
| Maintenance | The routine, recurring effort conducted to maintain an end item of investment equipment at its intended capability or designed performance level. |
| Nonrecurring Costs | Nonrecurring costs are generally incurred on a one-time basis. Costs may include: plant or equipment relocation; plant rearrangement; special tooling and test equipment; preproduction engineering; initial spoilage and rework; pilot runs; allowable portions of the costs of facilities acquired or established to conduct the work; costs incurred for the assembly, training, and transportation of a specialized work force to and from the job site; and unrealized labor learning. |
| Production Rates | Minimum Sustaining Rate is the production rate for each budget year that is necessary to keep production lines open while maintaining a base of responsive vendors and suppliers; the quantity that will preclude start-up costs in the case of a production break; or the quantity that the contractor is willing to accept and produce at a reasonable cost. Economical Production Rate is the most efficient production rate for each budget year at which the item can be produced with existing or planned plant capacity and tooling, with one shift a day running for eight hours a day and five days a week (1-8-5). Maximum Production Rate is the maximum capacity rate that a contractor can produce with extant or prior year funded tooling. |
| Recurring Costs | Production costs that vary with the quantity being produced, such as labor and materials. |
| System | The combination of a number of components that are functioning with the context of a whole to satisfy a documented requirement. |

Termination    The right of the government to terminate the performance of work in whole or part under a contract as specified by the contract's Termination for Convenience or Default provisions.  Unlike cancellation, which is effected between fiscal years and must apply to all subsequent fiscal years' quantities of items, termination may be effected at any time during the life of a contract and may apply to the total quantity or to a partial quantity of items.


010225.    Glossary of Terms – RDT&E

**Term**    **Meaning/Funding Connotation**

Accepted for Service Use    This is the major milestone in a development program that represents the formal acceptance of an item for operational use by the Service.  In some instances items are approved for Service use with qualifying restrictions or provisions pending completion of specific development deficiencies. In such instances the appropriation to fund the correction and test must be determined on a case-by-case basis, according to the expense and investment criteria.  Typically, all post-Service acceptance effort will be funded in Procurement appropriations.

Command Support Costs    This term also is used in the context of the T&E programs.  It refers to the "people-related" costs of the command and operational units providing collateral support to the T&E effort.  These are additional costs incurred because of this test support.    Examples are per diem pay, travel allowances, overtime, etc.

Contract Design Costs    The contract design phase of shipbuilding programs follows the preliminary design phase and results in a design that carries the equipment specifications necessary to meet the Navy requirements.  These costs are RDT&E-funded.

Developmental Test and Evaluation (DT&E)    DT&E is that test and evaluation conducted to assist the engineering design and development process and to verify attainment of technical performance specifications and objectives.

Government Acceptance of the First Procurement-Funded Engine    This term, which is one of the two minimum requirements for initiation of engine component improvement funding, refers to the date the Government formally accepts delivery (DD Form 250) of the first engine funded under procurement appropriations.

Initial Operational Test and Evaluation (IOT&E)    It is DoD policy that there shall be conducted, before commitment of a system to production, at least an initial phase of operational test and evaluation (OT&E) adequate to provide a valid estimate of expected system operational effectiveness and suitability (including compatibility, interoperability, reliability, maintainability, and logistic and training requirements).  This early phase of the normally longer, overall OT&E program is known as IOT&E.

Operational Test and Evaluation (OT&E)    OT&E is that test and evaluation conducted to estimate a system's operational suitability, identify needed modifications, and provide information on tactics, doctrine, organization, and personnel requirements.

| | |
|---|---|
| Performance Envelop | The demonstrated capability of a system, system components, and special purpose software to perform its mission in relation to essential characteristics such as: speed, range, payload, altitude, rate of fire, etc. |
| Preliminary Design Costs | This term refers to those costs incurred in shipbuilding programs in the early stages of the cycle. They should result in a design that, on a performance or requirement basis, approaches the Navy's goal. These costs are RDT&E funded. |
| Product Improvement | This term embraces all efforts of a research, development, design, or engineering nature that have the objective of improving major end items or major components of major end items. The improvement may involve expanding the useful life of the end item or component, or it may increase the performance capability. |
| Prototype | This term connotes an item from an R&D program and also connotes RDT&E financing. |
| R&D Installation or Activity | This term refers to those installations or activities whose support and operating costs are financed predominantly with RDT&E funds. |
| Special Support Costs | This term, as used in the context of test and evaluation programs, refers to those acquisition or hardware costs, other than those associated with the item that is the subject of the test, which are incurred in direct support of the T&E effort. A good example would be special range instrumentation costs. |
| Test Article | A system representative prototype designed to obtain, verify or provide data for the evaluation of research and development or evaluate progress in accomplishing development objectives. |
| Unique Joint Test and Evaluation (JT&E) Costs | This refers to costs such as: feasibility determinations of proposed joint tests; the provision for test design and planning support for joint tests selected; the development, procurement, installation, and operation of special instrumentation; transportation, travel, and per diem costs for the Test Director's staff; the modification of test articles as surrogates and to permit obtaining test data; transportation of equipment from permanent bases to the test site and return; and the provision for data collection/collectors, data reduction, analysis, and test reporting services. Transportation and per diem of participating personnel and maintenance and supply costs are not considered unique. |

010226.    Prohibition on Parking of Funds

Section 1053 of the National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2007, to be codified in title 10, United States Code, specifically prohibits an officer or employee of the Department of Defense (DoD) from directing the designation of funds for a particular purpose in the President's budget submission, or in the budget justification materials submitted in support of the budget, with the knowledge or intent that such funds will not be used for the designated purpose. Further, violation of this prohibition will be treated as a violation of the Anti-Deficiency Act (section 1341(a)(1)(A) of title 31, United States Code).

010227.                    Use of Operation and Maintenance Funds under Contingency Construction Authority (CCA)

The criteria and procedures for the use of O&M funds under CCA (also known as Section 2808 Authority) are listed in Volume 3, Chapter 17, Section 170102(L).

0103    PROGRAM AND BUDGET REVIEW SUBMISSION

010301.          General

A.          This section provides guidance for the development and submission of the biennial budget estimates to OSD as part of the program and budget review process.  The internal 2-year Planning, Programming, Budgeting, and Execution (PPBE) process will guide the Department's strategy development, identification of needs for military capabilities, program planning, resource estimation and allocation, acquisition, and other decision processes.  The Quadrennial Defense Review (QDR) will continue to serve as the department's major statement of defense strategy and business policy.  It also will continue to be the single link throughout DoD that integrates and influences all internal decision processes.

1.          The first year of the 2-year cycle will include the Strategic Planning Guidance (SPG), a Joint programming Guidance (JPG), a Program Objective Memorandum (POM), and a Budget Estimate Submission (BES).  Program Decision Memoranda (PDMs) will implement POM decisions; Program Budget Decisions (PBDs) will implement BES decisions.

2.          The second year of the internal Defense Department 2-year cycle, or the off-year, will include an SPG, if the Secretary of Defense decides an SPG is necessary.  If an off-year SPG is issued, it will not introduce major changes to the defense program, except as specifically directed by the Secretary or Deputy Secretary of Defense.  Rather than a POM during the off-year, the Components will submit Change Proposals to accommodate real world changes, and as part of the continuing need to align the defense program with the defense strategy.  Instead of full budget documentation, the change proposals will accommodate fact-of-life changes (e.g., cost increases, schedule delays, management reform savings, workload changes, etc.) as well as changes resulting from congressional actions.  The off-year also includes execution reviews that will provide the opportunity to make assessments concerning current and previous resource allocations and whether the Department achieved its planned performance goals.  Performance metrics will be the analytical underpinning to ascertain whether an appropriate allocation of resources exists in current budgets.

B.          The USD(Comptroller) guidance memorandum, transmitted in June of each year will provide specialized instructions such as program basis for the estimates, key assumptions to be used, and special supporting material requirements.    In addition, "supplementary instructions" memoranda issued on an "as needed" basis (usually in July/August) will be limited to specific instructions which amplify guidance included in the OUSD

(Comptroller) memorandum and in this volume. The use of other memoranda to transmit program and budget guidance will be restricted to new or nonrecurring requirements.

   C. Guidance for development of the National Intelligence Program and budget review submission will be issued by the Director of National Intelligence. Additional detail is found in Chapter 16.

   D. The instructions for submitting certain summary schedules are provided in Section 010305. The instructions for back-up material tailored to each appropriation or fund category are provided in subsequent chapters. Materials required by OMB Circular A-11, which are not otherwise required by this manual, will be submitted in accordance with that Circular, unless specific exception is granted by the OMB. This is covered in Section 010105.

   E. A budget work schedule will be forwarded by a separate memorandum at the beginning of each budget formulation cycle. This schedule will show the dates to be used for planning the various phases involved in the formulation process.

   F. Common Program and Budget Review Exhibits – a number of exhibits will be identified subsequent chapters and in the annual call memorandum that will be common to both the program and budget review. In most cases this will involve Web based input through the Select and Native Programming (SNaP) data Input System. The process is addressed in section 0109.

   G. Budget Material

    1. As stated in section 010302, <u>limited paper copies</u> of unclassified budget documents will be provided to the primary OUSD (Comptroller) reviewing Directorate and to OMB. <u>This section also provides detailed distribution guidance on classified material as well as certain summary material.</u>

    2. All budget material required in a paper format for the budget submission will be prepared in the formats prescribed in this section. Also, while the unclassified material is to be posted on the Internet, the format size/margins described below should be adhered to. Material submitted in accordance with OMB Circular A-11 will follow the format prescribed by that Circular. All material, with the exception of fold-in charts and tables which may be included, will be prepared on 8.5" x 11" paper. Material fulfilling Circular A-11 requirements will be bound on the left side. All exhibit books, except for Military Construction, Family Housing, Base Closure, and Information Technology, will be printed horizontally (landscape) on 11" x 8½" paper. Addressees will reduce all larger pages to the standard 11" x 8.5" size. All pages in each book are to be consistent in size. The following identifies specific requirements:

     a. <u>Military Personnel</u> - Material to be printed on both sides of the page with a maximum range of 600-650 pages where possible (300-325 sheets of paper printed on both sides.) Print horizontally (landscape) on 11"x8.5" paper using a 1" margin on the side to be bound and 1/2" for other edges. <u>Use at least font size 10.</u> All material will be

printed head to toe with 3 holes punched across the top margin with staples, screw posts or ACCO fasteners. Use of adhesive binding (glue or tape) is discouraged because it may prevent recycling.

     b. <u>Operation and Maintenance (to include the Defense Health Program)</u> - Material to be printed on both sides of the page with a maximum range of 600-650 pages where possible (300-325 sheets of paper printed on both sides.) Print horizontally (landscape) on 11"x8.5" paper using a 1" margin on the side to be bound and 1/2" for other edges. <u>Use at least font size 10</u>. All material will be printed head to toe with 3 holes punched across the top margin with staples, screw posts or ACCO fasteners. Use of adhesive binding (glue or tape) is discouraged because it may prevent recycling.

     c. <u>Research, Development, Test and Evaluation</u> - Material to be printed on both sides of the page with a maximum range of 600-650 pages where possible (300-325 sheets of paper printed on both sides.) Begin each program element on a facing page. Print horizontally (landscape) on 11"x8.5" paper using a 1" margin on the side to be bound and 1/2" for other edges. All material will be printed head to toe with 3 holes punched across the top margin with staples, screw posts or ACCO fasteners. Use of adhesive binding (glue or tape) is discouraged because it may prevent recycling.

     d. <u>Procurement</u>. Material to be printed on both sides of the page with a maximum range of 600-650 pages where possible (300-325 sheets of paper printed on both sides.) Print horizontally (landscape) on 11"x8.5" paper using a 1" margin on the side to be bound and 1/2" for other edges. All material will be printed head to toe with 3 holes punched across the top margin with staples, screw posts or ACCO fasteners. Use of adhesive binding (glue or tape) is discouraged because it may prevent recycling.

     e. <u>Military Construction</u>. The justification material for Military Construction will be provided on 8.5" x 11" paper, typed across the short dimension of the paper (portrait) with 3 holes punched on the left margin and bound with screw posts or Acco fasteners. Material is to be printed on both sides of the page using 1" margins. Use of adhesive binding (glue or tape) is not acceptable because it may prevent recycling.

     f. <u>Family Housing</u>. The justification material for Family Housing will be provided on 8.5" x 11" paper, typed across the short dimension of the paper (portrait) with 3 holes punched on the left margin and bound with screw posts or Acco fasteners. Material is to be printed on both sides of the page using 1" margins. Use of adhesive binding (glue or tape) is not acceptable because it may prevent recycling.

     g. <u>Base Closure</u>. The justification material for Base Closure will be provided on 8.5" x 11" paper, typed across the short dimension of the paper (portrait) with 3 holes punched on the left margin and bound with screw posts or Acco fasteners. Material is to be printed on both sides of the page using 1" margins. Use of adhesive binding (glue or tape) is not acceptable because it may prevent recycling.

        h.    <u>Facility Sustainment, Restoration and Modernization</u> (FSRM)</u>. Provide justification material in accordance with Chapter 8.

        i.    <u>Revolving Funds</u>. Material submitted for the budget estimate submission for **revolving funds** is to be submitted by business area on 8.5"x 11" paper, with 3 holes punched along the 11 inch side to fit standard three-hole binders. Capital Investment Program exhibits will be prepared in landscape format. Budget submitting offices should ensure that all narrative type is consistent. Revolving funds justification books prepared by the Components are to be unclassified. Classified exhibits will be submitted under separate cover.

        j.    <u>Information Technology</u>. Provide justification material in accordance with Chapter 18 Section 180202.

        3.    Whenever revisions or correction sheets are necessary, the revised pages showing the date of the change will be inserted in each budget book by a staff member of the DoD Component submitting the change. OUSD (Comptroller) Program/Budget staff will instruct the DoD Component's staff member as to the location of the budget books. Corrections should be held to a minimum and are not necessary for minor typographical errors which make no material difference in the analysis and evaluation of the estimates.

        H.    Second Year of the Department's Two-year Budget Review Cycle - Budget Material. Budget documentation will be limited in the second year of the 2-year cycle. The primary budget document is the Change Proposal. Other budget exhibit requirements will be determined as this review process evolves. The specific requirements will be identified in the annual Program and Budget Review call memorandum.

        010302.    Distribution

        Limited paper copies of unclassified budget documents will be provided to the primary OUSD (Comptroller) reviewing Directorate and to OMB. <u>Additionally, classified budget exhibits, the transmittal memorandum with attachments to the Secretary of Defense, and the budget overview booklets, will be provided in paper format</u>. Submitting Components will also post all unclassified budget material to an access controlled Internet site unless provided for otherwise in the annual budget call memorandum. This will allow all OSD staff offices access to Component budgets while minimizing the need for hard copies of the submissions. Under current procedures, each submitting Component will individually post unclassified budget justification material on an OUSD (Comptroller) hosted NIPRNET site. Additional guidance on accessing this site and content guidance and restrictions will be provided annually. Paper copy <u>distribution of classified/unclassified program and budget review submission</u> material will be made in accordance with the charts on the following pages for the first year of the 2-year budget cycle. Guidance for distribution of paper copies of Component BCPs in the second year of the 2-year budget review cycle will be provided in the annual call memorandum. All required copies will be delivered directly by each Military Department/Defense Agency to the appropriate offices at the room numbers listed on the following page unless guidance elsewhere in this volume or in the annual call memorandum indicates otherwise. <u>However, because of numerous</u>

room changes during the Pentagon Renovation and building access changes at non-Pentagon locations, call the listed office prior to delivery of budget material:

### * Distribution Delivery Points

| | | |
|---|---|---|
| SecDef (OSD Correspondence Control) | 3A1066 | |
| USD(Comptroller) | | |
|     Budget & Appropriations Affairs (BAA) | 3D755 | (703) 697-1101 |
|     Operations | 3C710 | (703) 697-2609 |
|     Investment (INV) | 3C749 | (703) 695-2235 |
|     Military Personnel & Construction (MPC) | 3C654 | (703) 697-9198 |
|     Revolving Funds (REV FUNDS) | 3D755 | (703) 697-4210 |
|     Program & Financial Control (P&FC) | 3C689 | (703) 697-0021 |
|     Office of the Deputy Chief Financial Officer | 3C653A | (703) 695-7000 |
| Director, PA&E | 2D309 | (703) 697-0395 |
| USD(Acquisition, Technology & Logistics) Mail Room | 3C136 | (703) 695-4060 |
| USD(Policy) | 5E635 | (703) 571-9248 |
| ASD(NII)/DoD CIO) Resource Program Budget Office | 3D228 | (703) 695-3937 |
| USD(Intelligence) Requirements and Resources | 2E258 | (703) 692-5186 |
| USD(Personnel & Readiness) | 3D258 | (703) 614-5133 |
| ASD(Health Affairs) | 3E1082 | (703) 697-2111 |
| ASD(Reserve Affairs) | 2E195 | (703) 693-7495 |
| The Joint Staff (J-8) | 1E963 | (703) 695-7066 |

**DOT&E**
    Attn: Resource Manager
    4850 Mark Center Dr
    Suite 1000
    Alexandria, VA  22301                                                    (703) 681-4012/13

**OIG, DoD**
    Attn:  Comptroller Room 470                                  (703) 604-9761 /6
    400 Army Navy Drive
    Arlington, VA   22202-2884

**DARPA**
    Comptroller                                                              (703) 696-2393
    3701 North Fairfax Drive., 9th Floor
    Arlington, VA 22203-1714

**\*October 2008**

**Executive Office of the President**
  **Office of Management and Budget (OMB)**                    (202) 395-3777
    National Security Division
    NEOB, Room 10001
    725 17th St
    Washington, D.C.  20503

  Office of the Director of National Intelligence              (202) 201-1835
  Chief Financial Officer (CFO)
  Washington, D. C.  20511

**Because of numerous room changes during the Pentagon Renovation and building access changes at non-Pentagon locations, call the listed office prior to delivery of budget material.**

**Because of mail handling procedures, many offices require courier delivery/pickup in lieu of U.S. Postal Service delivery.  Please call offices prior to mailing <u>any</u> material to the above organizations.**

Table 1.        Justification Material Supporting the OSD/OMB Budget Submission Summary

**\* JUSTIFICATION MATERIAL SUPPORTING THE OSD/OMB BUDGET SUBMISSION
SUMMARY DATA REQUIREMENTS**

| | CHAPTER | USD(Comptroller) | | | | | | | | | PA&E | OMB | AT&L | USD(P) | NII | P&R | HA | USD(I) | | RA | TJS | DOT&E | | S3EAC9D4E8F | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BA | OPS | INV | MPC | REVFUNDS | P&FC | | | | | | | | | | | | | | | | | | |
| Transmittal Memorandum to SecDef **with each of the following attachments:**<br><br>**Fiscal Guidance Track- TOA in Millions of Dollars (PB-1A)**<br>**Current Year Reprogrammings/Transfers (PB-3)**<br>**Schedule of Military and Civilian Personnel (PB-4),**<br>**Supplemental Appropriation Requirements (PB-8)** | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | | 6 | 22 |
| **Overview Booklets** | 1 | 5 | 5 | 1 | 1 | 1 | 1 | | | | 5 | 4 | 1 | 1 | 1 | 5 | 1 | 1 | | 1 | 1 | 1 | | | 36 |
| **Additional Budget Submission (PB-10)** | 1 | 1 | 2 | 2 | 1 | 1 | 1 | | | | 1 | 2 | 1 | 1 | 1 | 1 | | 1 | | 1 | 1 | | | | 18 |
| **Automation Submission Requirements** | 1 | | | | | | ** | | | | | | | | | | | | | | | | | | ** |

** See Section 0105 for the Budget Automation Submission requirements.
<u>Note:</u>  Defense Agencies material <u>must</u> be packaged in sets with the originating agency <u>clearly identified on each page</u> of each exhibit.

**Based on exhibit requirements, it is expected that all submissions will be unclassified, "For Official Use Only" with the exception of submissions by CIFA, NGA, NSA, and DIA**

Table 2.        Justification Material Supporting the OSD/OMB Budget Submission Operation and Maintenance, and Military Personnel Budget Material

**JUSTIFICATION MATERIAL SUPPORTING THE OSD/OMB BUDGET SUBMISSION**
**OPERATION AND MAINTENANCE, AND MILITARY PERSONNEL BUDGET MATERIAL**

| Appropriation | CHAPTER | USD(Comptroller) | | | | | | | | | | | | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BA | OPS | INV | MPC | REVFUND | P&FC | | | | PA&E | OMB | AT&L | USD(P) | NII | P&R | HA | USD(I) | | RA | TJS | | | |
| **MilPers Title Appropriations** | 2 | | | | | | | | | | | | | | | | | | | | | | | |
| *Classified budget material* | | *1* | | | *2* | *1* | | | | | *1* | *1* | *1* | *1* | *1* | *1* | | *1* | | *1* | *1* | | | *13* |
| ***Unclassified budget material*** | | | | | *2* | | | | | | *1* | | | | | | | | | | | | | *3* |
| **O&M Title Appropriations** | 3/8 | | | | | | | | | | | | | | | | | | | | | | | |
| *Classified budget material* | | 1 | 2 | | 1 | 1 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | | 1 | 1 | | | 14 |
| ***Unclassified budget material*** | | | 2 | | 1 | | | | | | | 1 | | | | | | | | | | | | 4 |
| **Drug Interdiction & Counterdrug Activities** | 14 | | | | | | | | | | | | | | | | | | | | | | | |
| *Classified budget material* | | 1 | 2 | 1 | | 1 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | | 15 |
| Unclassified budget material | | | 2 | | | | | | | | | 1 | | | | | | | | | | | | 3 |
| **Overseas Contingencies Operations Transfer Fund** | 17 | | | | | | | | | | | | | | | | | | | | | | | |
| *Classified budget material* | | 1 | 2 | 1 | | 1 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | | 15 |
| *Unclassified  budget material* | | | 2 | | | | | | | | | 1 | | | | | | | | | | | | 3 |

<u>Note:</u>  Defense Agencies material <u>must</u> be packaged in sets with the originating agency <u>clearly identified on each page</u> of each exhibit.

**Classified exhibits should be submitted only when adequate information cannot be provided in an unclassified format to support budget estimates**
**Based on exhibit requirements, it is expected that all submissions will be unclassified, "For Official Use Only" with the exception of submissions for Drug Interdiction and Counterdrug Activities, Overseas Contingencies Operations Transfer Fund, and Defense Agency submissions by CIFA, NGA, NSA, and DIA.**

Table 3.        Justification Material Supporting the OSD/OMB Budget Submission Procurement Account Budget Material

### JUSTIFICATION MATERIAL SUPPORTING THE OSD/OMB BUDGET SUBMISSION PROCUREMENT ACCOUNT BUDGET MATERIAL

| Appropriation | CHAPTER | USD(Comptroller) | | | | | | | | | | | | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BAA | OPS | INV | MPC | REVFUNDS | P&FC | | | | PA&E | OMB | AT&L | USD(P) | NII | P&R | USD(I) | | | RA | TJS | DOT&E | | |
| **Procurement Title Appropriations** *Classified budget material* Unclassified budget material | 4 | 1 | | 2 2 | | | | | | | 1 | 1 1 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | | 13 3 |

**Classified submissions should include all associated exhibits for an individual P-1 line item whether associated exhibit is classified or unclassified.**

**Defense Agencies classified material _must_ be packaged in sets with the originating agency _clearly identified on each page_ of each exhibit.**

**DoD 7000.14-R**  **Financial Management Regulation**  **Volume 2A, Chapter 1**
**\*October 2008**

Table 4.     Justification Material Supporting the OSD/OMB Budget Submission Research, Development Test & Evaluation Account Budget Material

### JUSTIFICATION MATERIAL SUPPORTING THE OSD/OMB BUDGET SUBMISSION RESEARCH, DEVELOPMENT TEST & EVALUATION ACCOUNT BUDGET MATERIAL

| Appropriation | CHAPTER | USD(Comptroller) | | | | | | | | | | | | | | | | | | | | | TOTAL |
| | | BA | OPS | INV | MPC | REVFUNDS | P&FC | | | | PA&E | OMB | AT&L | USD(P) | NII | P&R | USD(I) | | | RA | TJS | DOT&E | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **RDT&E Appropriation Title**<br>*Classified budget material*<br>Unclassified budget material | 5 | 1 | | 2 3 | 1 | 1 | | | | | 1 | 1 1 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 15 4 |

**Classified submissions should include all associated exhibits for an individual R-1 line item whether associated exhibit is classified or unclassified.**

**Defense Agencies material <u>must</u> be packaged in sets with the originating agency <u>clearly identified on each page</u> of each exhibit.**

Table 5.        Justification Material Supporting the OSD/OMB Budget Submission Revolving and Management Fund Budget Material

**JUSTIFICATION MATERIAL SUPPORTING THE OSD/OMB BUDGET SUBMISSION
REVOLVING AND MANAGEMENT FUND BUDGET MATERIAL**

| Appropriation | C H A P T E R | | B A A | O P S | I N V | M P C | R E V F U N D S | P & F C | | | | P A & E | O M B | A T & L | U S D (P) | N I I | P & R | H A | U S D (I) | | R A | T J S | D O T & E | | T O T A L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | USD(Comptroller) | | | | | | | | | | | | | |
| **Revolving Fund Title**<br>*Classified budget material*<br>*Unclassified budget material* | 9 | | | | | | 3 | | | | | 1 | | 1 | | | | | | | | | | | 5 |

Defense Agencies material **<u>must</u>** be packaged in sets with the originating agency <u>clearly identified on each page</u> of each exhibit.

Table 6.    Justification Material Supporting the OSD/OMB Budget Submission Military Construction & Family Housing Account Budget Material

### JUSTIFICATION MATERIAL SUPPORTING THE OSD/OMB BUDGET SUBMISSION
### MILITARY CONSTRUCTION & FAMILY HOUSING ACCOUNT BUDGET MATERIAL

| Appropriation | CHAPTER | USD(Comptroller) | | | | | | | | | | | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BAA | OPS | INV | MPC | REV FUNDS | P&FC | | | | PA&E | OMB | AT&L | USD(P) | NII | P&R | HA | USD(I) | | RA | TJS | DOT&E | | |
| Revolving Fund Title<br>*Classified budget material* | 6 | 1 | | | 22 | | | | | | 11 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | | 133 |

**Classified submissions should include all associated exhibits for an individual C-1 line item/family Housing Projects whether associated exhibit is classified or unclassified.**

Defense Agencies material **must** be packaged in sets with the originating agency <u>clearly identified on each page</u> of each exhibit.

Table 7.      Justification Material Supporting the OSD/OMB Budget Submission Special Interest Requirements Budget Material

**JUSTIFICATION MATERIAL SUPPORTING THE OSD/OMB BUDGET SUBMISSION
SPECIAL INTEREST REQUIREMENTS BUDGET MATERIAL**

| PROGRAM | CHAPTER | USD(Comptroller) | | | | | | | | | | PA&E | OMB | AT&L | USD(P) | NII | P&R | HA | USD(I) | | RA | TJS | DOT&E | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BAA | OPS | INV | MPC | REV FUND | P&FC | | | | | | | | | | | | | | | | | | |
| Intelligence Programs (NIP & MIP) (IP-1) | 16 | 1 | | 1 | 1 | | | | | | | 1 | 1 | 1 | 1 | | 1 | | 1 | | 1 | | | | 10 |
| Special Interest Exhibits Chapter 19<br><br>*Classified budget material*<br>*Unclassified budget material* | 19 | 1 | 2<br>1 | 2<br>1 | 1<br>1 | 1<br>1 | | | | | | 1 | 1<br>1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | | 19<br>5 |

<u>Note</u>:  Defense Agencies material <u>**must**</u> be packaged in sets with the originating agency <u>clearly identified on each page</u> of each exhibit.

010303.                    Preparation of the Biennial Budget Estimates

A.          Underline: General Guidance

1.          The Office of the Under Secretary of Defense (Comptroller) (OUSD(C)) will send, in June or July, a budget guidance memorandum establishing submission requirements not included in this volume.  Included in this guidance will be budget material due dates and instructions for preparing estimates for the prior year (PY), current year (CY), budget years BY1, and BY2 (in the biennial budget year), and the outyears.

2.          Estimates for the biennial budget years and outyears will be based upon the force levels, program decisions, and the TOA levels contained in the Program Objective Memorandums (POMs).  The current review schedule provides for concurrent program and budget reviews.  If the program review ever precedes the budget review, the TOA levels should reflect the POM levels as modified by any Program Decision Memorandums (PDMs).

3.          At various organizational levels throughout the Department of Defense, a systematic cost-benefit analysis of proposed expenditures can be of significant value in program formulation.  Investments and expenditures in each appropriation category will normally be supported by an analysis which matches estimated costs with benefits (outputs), subject to the following criteria:

a.          Funding is, for the first time, shown as required in the period covered by the fiscal guidance, or

b.          Previously established funding requirements in these years are significantly altered by changed program or project plans.

c.          The criteria in DoDI 7041.3, "Economic Analysis for Decisionmaking," will apply.  Budget submissions will, as a minimum, be accompanied by a statement that (1) the submission is supported by an economic analysis, or (2) an economic analysis is not required, citing the reason.  Submission of detailed backup information to OSD will be on "as requested" basis.

4.          Transfers of functions between DoD Components will not be reflected in the program and budget review submissions unless they have been approved by the Component Head and the dollar amounts and personnel spaces to be transferred in the current year are fully decided upon by all DoD Components concerned when the estimates are prepared.  Under these circumstances, both the gaining and losing Components will reflect the decisions in their estimates with equal and offsetting manpower and dollar amounts.  The gaining DoD Component is responsible to confirm that this is the case.  If this cannot be confirmed, then neither Component will reflect the transfer in their budget estimates.  The exhibit PB-14, Functional Transfers, found in Chapter 19 will identify all functional transfers included in the budget.  Each Component will also notify OUSD (Comptroller) Program/Budget of the planned functional transfers not reflected in the budget.

5.      Adjustments necessary to properly reflect functional transfers agreed upon by the parties, but not included in the Program and budget review submission, may be accomplished in the budget review process.  Functional transfers not submitted in the program and budget review submission or incorporated during the budget review process will be financed by transfer in the current year and the budget year.  Necessary exceptions to this general rule will be authorized on a case-by-case basis.  Functional transfers during the budget review process should be kept to a minimum.

6.      Material should be "Unclassified" and "For Official Use Only" unless contents otherwise require a higher classification.  All Program and budget review submission material is subject to DoD 5400.7-R, DoD Freedom of Information Act Program, Chapter II, Exemptions and in particular exemption number 5.  Hard copy revised Procurement (P-1 exhibit) and RDT&E Program (R-1 exhibit) must be submitted by the DoD Components with a certification, signed by the Security Officer, confirming that all line items are classified properly.

B.      Pricing in the Biennial Budget Estimates

1.      It is DoD policy to reflect the most likely or expected full costs (including military and civilian personnel pay) for the current year, the biennial budget years, and outyear estimates for all appropriations.

2.      Estimated price level changes will be based on data provided by OUSD (Comptroller).  These indices, which will be updated as economic conditions warrant, will be used to (1) determine the amount of price escalation for a procurement line item, major RDT&E system, or construction item over a given time period, and (2) project inflation in other noncompensation areas of all other appropriations.

3.      Military and civilian personnel compensation will be fully funded in the biennial budget estimates using the rates provided by the OUSD (Comptroller).

4.      Biennial budget estimates for goods and services will in all cases reflect the following considerations:

a.      Cost-quantity relationships as they affect unit prices -- e.g., the unit price forecast in the biennial budget estimates will be higher or lower than the unit price current when the estimates are prepared, if differences in the quantities involved are price-significant.

b.      The state of development or production and the learning curve.

c.      Specific price changes, to take effect at a future date -- e.g., a specific and authoritative rate or tariff schedule to take effect on a definite future date, which may involve higher or lower prices than those in effect at the time estimates are prepared.

d.      Predictable cost increases due to risk.

C.      Preparation of Biennial Budget Estimates - Multiple Appropriations

1.      Section 0110 contains formats for those exhibits applicable to more than one appropriation.

2.      In addition to those exhibits identified in Section 0110, there are exhibits required by other chapters which require identification of budget estimates/requirements for more than one appropriation.  This is particularly true of requirements discussed in Chapter 19 and personnel exhibits required in Chapter 3.  Offices responsible for budget submissions must ensure that all such exhibits reflect total requirements for all appropriations.

D.      Preparation of Biennial Budget Estimates - Operations

1.      Separate identification and justification (including cost- benefit studies) is required for management actions such as data automation and systems engineering. The development, implementation and expansion of automated data systems will be based on an economic analysis which should show that the proposed management action will produce an early and demonstrably high return on investment or result in substantial increases in mission performance and effectiveness.  Savings from previously approved investments and management actions will be separately identified.

2.      The Dependents' Education Program in the budget years would be based on the best estimate of student load and planned at the current year program level in accordance with the criteria for the regular school program established by USD(P&R).

E.      Preparation of Biennial Budget Estimates - Procurement

1.      In development of requirements for procurement of modern equipment to offset consumption or attrition of older items, all assets of the older items, as well as acceptable substitutes, will be applied against gross requirements in determining net procurement requirements.

2.      Administrative lead-time requirements in the budget years for any principal item should not exceed the lead-time used in the development of the current year budget program.

3.      Production lead-times utilized in preparation of estimates for the budget years should be based on the latest contract experience and current conditions, and generally should not be greater than those used for the same item in the development of the current year budget program.  Any increases should be clearly identified and accompanied by an explanation of the reason along with an identification of the pricing components/manufacturers used causing the increase.

4.      Use of long lead-time component procurement will be consistent with the full funding policy expressed in OMB Circular A-11.  In this regard, long lead-time

component procurement will be limited to those few critical components whose lead-times exceed the obligation availability of the appropriation or are significantly longer than other components of the same end item.

        5.     Budget estimates will reflect economic production rates, unless there is strong justification (other than funding constraints) for the use of other rates.

        F.     <u>Preparation of Biennial Budget Estimates - Research, Development, Test and Evaluation</u>

        1.     In the development and review of RDT&E programs, special attention will be devoted to the numbers of civilian and military personnel required for support of those programs.

        2.     Increased emphasis will be placed on application of standards and austere limitations to housekeeping and support activities including facilities sustainment, facilities operations, equipment replacement and maintenance, and supply inventory levels.

        G.     <u>Preparation of Biennial Budget Estimates - Revolving Funds</u>

        1.     Revolving fund programs and biennial budget estimates will be consistent with, and justified by, related support requirements; that is, program and budget estimates will be based on anticipated customer needs for associated supplies, equipment, and services, loan purchase requirements for production guarantee accounts, scope of operations to be financed through management funds, etc.  Biennial budget estimates will be consistent with the anticipated customer needs that can be financed by the related program included in the customers' budget estimates.  Increased emphasis should be directed toward assuring that customers are getting maximum value for their appropriated funds.

        2.     Appropriations funded requirements for the Defense Working Capital Fund will be computed under the same guidance as outlined above for the specific appropriations.

    010304.     Second Year of the Department's Two-year Budget Review Cycle - Budget Material.

    Budget documentation will be limited in the second year of the 2-year cycle.  The specific requirements will be identified in the annual Program and Budget Review call memorandum.

    010305.     Budget Estimates Summaries and Transmittal

        A.     <u>Budget Estimates Transmittal</u>

        1.     The budget estimates will be transmitted by memorandum to the Secretary of Defense from the Secretary of each Military Department, the Director of each

Defense Agency, the Under Secretary, Assistant Secretary or Deputy Assistant Secretary of Defense submitting a Defense-wide budget estimate, and the Director, The Joint Staff. While it is mandatory that the exhibits below be submitted in the precise formats specified, any explanations or highlight information that the submitting official considers appropriate may accompany the transmittal. Exhibits PB-1A, PB-3, PB-4, and PB-8 include budget estimates summary data and will be "Unclassified" "For Official Use Only" unless the contents otherwise require a higher classification.

        PB-1A.      Fiscal Guidance Track – TOA in Millions of Dollars. (FY 20BY1 thru 20BY2+4) [Section 0110]

        PB-3.      Current Year Reprogramming/Transfers Between Appropriations – TOA in Thousands of Dollars. [Section 0110]

        PB-4      FY 20BY1and 20BY2 Budget Estimates – Schedule of Civilian and Military Personnel (FY 20PY through 20BY2+4) [Section 110]

        PB-8      FY 20CY Supplemental Appropriation Requirements (Described in Section 010306). [Section 0110]

    2.      The specified exhibits, transmittal memorandum to the Secretary of Defense, and other explanatory or highlight information will be submitted as follows:

        a.      Secretary of Defense transmittal memorandum, with exhibits PB-1A, PB-3, PB-4, and PB-8 attached. Deliver six copies to OSD Correspondence Control, Room 3A948. Other copy requirements are identified in Section 010302.

        b.      Overview booklets, such as the Air Force "Highlights," Navy "Blue Book," etc. Copy requirements are identified in Section 010302.

    3.      Budget estimates for the Defense portion of the National Intelligence Program will be submitted as prescribed by the Director of National Intelligence (DNI). In addition to budget exhibits specified by the DCI, the Office of the Secretary of Defense requires certain other materials as outlined in Chapter 16.

    4.      Electronic data will be submitted to support Exhibit PB-4 (see Section 010505). Extreme care must be exercised to assure that the submission and the exhibits are identical in data content. As described in Section 010506, the electronic data submissions are the basis for the OSD budget review.

    B.      <u>Program and Financing (P&F) Schedules</u>

    1.      The P&F schedule consists of a budget plan, obligations by object class, and an expenditure tail. For multi-year accounts, the P&F schedule will also include an obligation plan. See Section 010505, CIS Automation Requirements for the Biennial Budget Submission, for guidance on submitting a P&F schedule.

2.    Program data will be presented in the Program and Financing schedule on an obligation basis consistent with the presentation in the President's Budget of previous years, unless other directions are transmitted by separate memorandum.

3.    Components will not submit prior year data in the program and budget review submission.  Components will submit an actual prior year object class and manpower data update when available in accordance with specific update instructions issued separately.

4.    Special Program Categories will be shown on Program and Financing schedules in all cases as they appear in the CIS Budget Structure Listing referenced in Section 010506.

5.    Special care should be taken to assure that data presented in the object classification schedule (Section 010506) is consistent with information required on special exhibits.  For example, object class data provided for advisory and assistance services (CIS Object Class Direct/Reimb. 25110) is the basis for Exhibit PB-15 (Chapter 19).

\*010306.    Supplemental Appropriations Submissions

A.    Budget Estimates Transmittal

1.    Supplemental appropriations are normally allowed to meet unforeseen contingencies or national emergencies of a magnitude that cannot be absorbed or accommodated through reprogrammings and transfers.  Specific guidance on this will be provided on a case-by-case basis.

2.    OMB Circular A-11 provides additional policy guidance on supplemental estimates.

B.    Supplemental appropriation requirements will be submitted on a schedule in the format of Exhibit PB-8, provided in Section 0110 or as prescribed in specific or separate guidance.  This exhibit will be transmitted in the same manner as the budget estimate summaries (see Section 010305).

C.    Material Included for Informational Purposes

1.    Under the 41 U.S. Code authorizations (formerly Section 3732 of the revised statute), the law provides that the President may exempt appropriations, funds, and contract authorizations which are available for military functions under the Department of Defense from the antideficiency provisions of 31 U.S. Code 1517 (formerly Section 3679 of the revised statute) whenever he deems such action necessary in the interests of national defense. Upon determination by the President, that such action is necessary, the Secretary of Defense is authorized to provide for the cost as an accepted expense.  For example, if the President determines that it is necessary to increase the number of military personnel on active duty beyond the number for which funds are provided in the annual appropriation act, the Secretary of

Defense is authorized to provide for the cost of such increased military personnel as an accepted expense. Obligations are then authorized to be incurred in excess of amounts appropriated. After substantially all obligations have been liquidated, an appropriation is requested to liquidate any unfinanced balances.

2. The law provides essentially that, notwithstanding the balances available, revolving funds may incur obligations to provide for making issues through the production lead-time period (10 U.S.C. 2210(b)). As a technical matter, this constitutes a form of contract authority, and is so displayed in the President's Budget.

D. Disaster Situations and Management of Disaster/Contingency Supplemental Funds

1. In the event of a disaster or emergency situation, Components will notify OUSD(C), as soon as possible, of needs resulting from the event. Components must be able to quantify the need for disaster relief by providing the OUSD(C) with adequate information for determining that funds are needed to protect people, restore facilities, and/or save lives. If required, OUSD(C) will issue specific guidance and instruction for collecting requirements information. OUSD(C) will review cost and requirements data submitted by the Components to determine if the Department requires additional funding and/or if the appropriate spending authorities are available to support the emergency situation.

2. Supplemental appropriations provided to the Department for war-related costs, and/or costs associated with international or domestic disasters will often have unusual periods of availability for a particular appropriation (for example, Operation and Maintenance appropriations may have a period of availability of more than one year). The emergency funds may be provided in a transfer account that would have an extended period of availability (for example, a three year transfer account). Funds control issuing agents and appropriation managers should ensure that the period of availability of the funds is optimized, to include obligating the amounts in a timely manner, and returning unused or unneeded funds to a transfer account immediately upon becoming available. For example, funds transferred from a three year transfer account to an Operation and Maintenance appropriation will take on the period of availability of the account where transferred, which is one year for Operation and Maintenance. If the funds are not used before the end of the period of availability and if statutory transfer authority is available, the Component's funds control agent should initiate a reprogramming action to transer those funds back to the transfer account where they, once again, take on the remainer of three-year period of availability. This practice ensures the funds provided by the Congress are optimized and are available to support the disaster or emergency event in subsequent years in accordance with Congressional intent.

010307. Additional Budget Submissions (ABS)

A. General Guidance. Following the initial program and budget review submission (initial submit), Additional Budget Submissions may be made, where warranted by specific changes in circumstances, within approved TOA control totals established by the USD(Comptroller) and under the following restrictions:

        1.      Additional Budget Submissions must be submitted as adjustments to, not substitutes for, the initial submit.

        2.      Unless otherwise directed by the USD(Comptroller), Additional Budget Submissions must be offset with equal or greater cost tradeoffs, and must clearly indicate the areas of increase and decrease consistent with the justifications submitted as part of the initial submit.

        3.      Proposed decreases may not consist of reductions already effected or imminently planned to be effected as part of the budget review.

        4.      Additional Budget Submissions may not be used to compensate for incomplete or inadequate initial submits.

        5.      Additional Budget Submissions may not be used to appeal budget decisions.

        6.      If an additional budget submission results in an impact on revolving funds, those related requirements must be incorporated in the additional budget submission.

        B.    <u>Submission Requirements</u>.  In order to be considered during the budget review, all additional budget submissions must be received no later than the date specified in the annual guidance.  Additional budget estimates for the biennial years 1 and 2 will be accompanied by Exhibit PB-10, provided in Section 011002, plus the necessary justification material.  This should take the form of a complete narrative justification and may be included on the transmittal memorandum or as an attachment to Exhibit PB-10.  The applicable out-year impact of the Additional Budget Submission will also be shown on Exhibit PB-10.  The additional estimates will be transmitted in two copies (plus two additional copies for each appropriation affected) by memorandum to the USD(Comptroller) and signed by the same official who submitted the initial budget estimates or his appointed deputy.  All Additional Budget Submissions will be hand carried to the Office of the USD(Comptroller), Directorate for Program and Financial Control, Room 3C689, for OSD processing.  The Additional Budget Submission will be addressed in subsequent budget decision document(s).

        010308.      Major Budget Issues (MBIs)

        Near the end of the budget review process, the Secretary of Defense and the Deputy Secretary of Defense <u>may</u> provide for the review of Component major policy or budget issues that have not yet been resolved.  Resolution of these issues may displace other programs within the fixed DoD topline.  Copy requirements of Component issues will be provided if an MBI review is scheduled.  A general format is provided in Section 011002.

010309.          Budget Review Procedures

A.          Comptroller Information System (CIS).  The automated CIS is the official OSD record of the budget estimates as submitted by the DoD Components and adjusted by Secretary of Defense decisions known as Program Decision Memorandums (PDMs) and Program Budget Decisions (PBDs).  The data contained in the CIS is the base for data required for the OMB MAX Budget System, as required by OMB Circular No. A-11.  CIS data is electronically transmitted to OMB for preparation of the President's Budget.  In addition, CIS is used to prepare a comprehensive set of management information summaries to support the budget press release, statements to the Congress and other information requirements.  Financial data, military end strength, and civilian full time equivalent (FTE) data are provided.  Program and Budget Review Submissions are entered into the system through electronic submissions from the DoD Components or through on-line interaction with the system.  During the joint OMB/OSD Program and Budget Review, program and budget decision documents are recorded into CIS and the current status of the program and budget review is readily available soon after the data are processed.

B.          Development of Out-year Data During the Program and Budget Review

1.          Throughout the Program and Budget Review a continuing update of the out-year TOA and manpower is performed to reflect the extension of CY, BY1, and BY2 decisions made during the budget review.

2.          TOA, military end strength and civilian FTE data for the initial out-year database are provided by each of the DoD Components.  During the program and budget review, as program and budget decision documents are approved and recorded into CIS, the TOA and manpower out-year impact of each decision is addressed on the decision document and is also entered into CIS.  The program and budget decision document will contain one of the following descriptors of out-year impact:

a.          The estimated out-year impact for each year in thousands of dollars and full-time equivalents/end strength.

b.          Substantive program direction for the out-years as a basis for DoD Component determination of dollar amounts and manpower involved (to be used if out-years are not specifically addressed in a budget decision document).

c.          No known out-year impact

3.          As with the CY, BY1, and BY2 decisions, the out-year adjustments approved in the Secretary of Defense decisions are entered into the CIS.  TOA adjustments are recorded at the appropriation account level, Budget Activity/Special Program Category, and by Program Budget Decision number.  Manpower data is recorded at the appropriation account level, by Program Budget Decision number and special program code with active military manpower detailed by officer, enlisted and cadets; selected reserve manpower detailed by officer and enlisted personnel category; and civilian FTE detailed by U.S. direct hire

(direct and reimbursable), foreign national direct hire (direct and reimbursable), and foreign national indirect hire (direct and reimbursable).

            4.    The CIS produces Out-year Impact Status Reports on a recurring basis throughout the *program and* budget review.  These reports, which are *available* to the applicable DoD Components, show TOA & manpower data by appropriation, special program code and personnel category for the budget submission base and all adjustments to the base resulting from decisions made during the budget review.  The final reports at the conclusion of the budget review reflect the out-year numbers (TOA and manpower) which are the control numbers for the President's Budget update of the Future Years Defense Program (FYDP).  It is essential that the Out-year Impact Status Reports be reviewed by the DoD Components on a recurring basis during the budget review so the out-year numbers are under continuous scrutiny and the President's Budget update for the FYDP may proceed in a timely manner.

        C.    Printing Schedule for Budget Material

            1.    OMB Circular No. A-11 prescribes the requirements for materials to be included in the President's Budget document.  Annually, the ODC(P/B), OUSD (Comptroller) publishes instructions on the procedures to be followed during the budget review. These instructions detail the sequence of events necessary to finalize the budget review and complete the printing phase of the budget.  All actions concerning printing of budget material will be accomplished in accordance with these references and the following paragraphs.

            2.    Electronic galleys

                a.    The OMB will provide OUSD (Comptroller) and Office of the Deputy General Counsel (Fiscal) within the OSD, General Counsel with an electronic copy of the galleys based on the previous year's President's Budget document.  The OMB electronic galley version is divided into two parts, Appropriation Language and Narrative Language.  The OSD, General Counsel is responsible for all Appropriation Language galleys (except for the dollar amounts); the OUSD (Comptroller) is responsible for all Narrative Language galleys.  The Narrative Language galleys include any "text tables" such as Active/Reserve End Strength Forces tables and Defense Health Program Eligible Beneficiary Category tables.

                b.    The dollar amounts contained in the Appropriation Language galleys such as the amount to be appropriated are the responsibility of the OUSD (Comptroller), Program and Financial Control Directorate.  In most cases, these dollar amounts are generated electronically from the Comptroller Information System (CIS) and loaded directly into OMB budget system.  However, amounts for Emergencies and Extraordinary Expenses need to be posted to the electronic galleys.  The Program and Financial Control Directorate (P&FC) will identify these items, coordinate with other OUSD (Comptroller) Directorates, and ensure that accurate dollar amounts are reflected in the OSD, General Counsel version submitted to OMB.

                c.    Both Appropriation Language and Narrative Language galleys are updated and submitted electronically to OMB.  The Appropriation Language galleys

will be electronically updated by the OSD, General Counsel and coordinated with the OUSD (Comptroller) around mid-December. The Narrative Language galleys are updated within OUSD (Comptroller) in the same timeframe. New accounts, accounts with supplementals requiring separate schedules, rescission proposals and other material to be presented in the President's Budget document will also be accomplished electronically. The submission of electronic galleys is intended to fill technical budget preparation needs (i.e., determine that all lines, account titles, text, and appropriation language are correct and that all required schedules are in print). The OMB will post the electronic submission along with OMB-initiated changes for OSD, General Counsel, and OUSD (Comptroller) review until the Department has made the final submission to OMB's MAX system in early January.

0104    CONGRESSIONAL JUSTIFICATION/PRESENTATION

    010401.    General

        A.    Purpose

        1.    This section provides instructions for the preparation of justification material for presentation to congressional committees. Justification material should be developed using the guidelines established herein as the <u>minimum</u> requirements to be included in the Justification Books. Any exception to these minimum requirements must be cleared with OUSD (Comptroller) Program/Budget.

        2.    Justification of proposed supplemental appropriations and budget amendments are covered in OMB Circular A-11 and Section 010402; however, separate instructions will be issued by OUSD (Comptroller) Program/Budget as the need arises.

        3.    General preparation and submission instructions pertaining to individual appropriations, Intelligence Programs and Communications, Command and Control ($C^3$) Programs are contained in Chapters 2 thru 7, 9, 10, 12, 13, 16 and 19.

        4.    All congressional budget/presentation material is subject to DoD 5400.7-R, <u>DoD Freedom of Information Act (FOIA) Program requirements</u>. Chapter 3, Exemptions, should be reviewed carefully before denial of any FOIA request. Exemptions will generally fall into exemption 5. Use of For Official Use Only (FOUO) must meet the requirements of DoD 5400.7-R, Chapter 4.

        B.    <u>Preparation of Material</u>

        1.    Separate Justification Books will be furnished for each appropriation relating to each Military Department. Material prepared by individual Defense Agencies and Office of the Secretary of Defense organizations will be consolidated by OUSD (Comptroller) Program/Budget into a single Justification Book for each appropriation. Material for the Operation and Maintenance, Defense-wide; U.S. Court of Appeals for the Armed Forces, Defense; Environmental Restoration, Defense; Office of the Inspector General; Overseas Humanitarian Disaster and Civic Aid; and other operation and maintenance type appropriations

will be consolidated into a single Justification Book. The OUSD (Comptroller) Program/Budget will also develop an O&M Overview book as well as a consolidated overview of Multiyear Procurement programs based on submissions of the Military Departments and Defense-wide components. Additionally, information technology budget material prepared by the Military Departments and other DoD Components will be consolidated by the Office of the ASD(NII)/DoD CIO Resource Management Directorate into a single Justification Book. Combating Terrorism budget material prepared by DoD Components will be consolidated into a single justification book by the assistant secretary of Defense for Special Operations and Low Intensity Conflict (SO/LIC). The Department of the Army will prepare a justification book for Chemical Demilitarization programs and will consolidate material for the Army Family Housing and Homeowners' Assistance Fund, Defense appropriations into a single Justification Book. Each Department will prepare a Justification Book for each Base Closure Account. In addition, separate Justification Books will be prepared for Intelligence-Related Activities and the Defense portion of the National Intelligence Program, the latter as prescribed by the Director of National Intelligence. All other Justification Books will be annotated as appropriate to indicate items and resources supported in Intelligence Program Justification Books. Also, separate Justification Books will be prepared for NIP/MIP program aggregations as prescribed in Chapter 16.

2. Classified and unclassified data will be included in the single volume or set of volumes for each appropriation with the classified pages bearing the appropriate security classification, except that all materials contained in the Military Personnel and Operation and Maintenance justification books will be unclassified. Classified exhibits will be submitted separately and explanation provided for their being classified. Fiscal data pertaining to explicitly identified portions of the National Intelligence Program shall be classified in accordance with instructions in Chapter 16.

3. The highest security classification of data included in Justification Books will be SECRET. Information requiring a higher classification will be discussed with OUSD (Comptroller) Program/Budget on an individual situation basis. All classified data will be bracketed by pencil [ ] to permit the congressional committees to publish an unclassified version. Data not bracketed will be assumed to be unclassified. In bracketing classified columnar data, each column will be individually bracketed. Care must be taken to assure that unclassified data are not bracketed. Security classification markings should be centered at the top and bottom of applicable pages to assure clarity. The appropriate automatic downgrading notation will be used in accordance with DoD 5200.1-R, <u>Information Security Regulation</u>. The appropriate classification cover sheet must be utilized.

4. Military Departments and Defense Agencies will be responsible for clearing the justification material with the Washington Headquarters Services, Directorate for Freedom of Information and Security Review, prior to transmittal to OMB and the congressional committees.

5. The Program and Financing, Object Classification and Personnel Summary schedules will reflect current year program supplemental appropriation requirements as directed by OMB.

      6.      Reports of the Program and Financing and Object Classification Schedules will be available from OUSD (Comptroller) Comptroller Information System (CIS) and will be used in the Justification and Backup Books as specified for each appropriation title in the following chapters.

      7.      Printing of Congressional Budget Material:

      a.      <u>General</u>.  Tabs will be used only where specified by OSD; McCall (edge) indexing will be used as appropriate.  Justification material should be printed on both sides of the page wherever feasible.  Headings for an appropriation or budget activity will appear on the initial page of the subdivision and will not be repeated on subsequent pages, except RDT&E Program Element Listings.  The Components will work with Defense Automation and Production Service (DAPS) to determine the most appropriate and quickest method of printing and fastening each of the books subject to the guidance by appropriation title below.

      b.      <u>Military Personnel</u>.  Material to be printed on both sides of the page with a maximum range of 600-650 pages where possible (300-325 sheets of paper printed on both sides.)  Print horizontally (landscape) on 11"x8.5" paper using a 1" margin on the side to be bound and 1/2" for other edges.  All material will be printed head to toe with 3 holes punched across the top margin with staples, screw posts or ACCO fasteners.  Use of adhesive binding (glue or tape) is discouraged because it may prevent recycling.  Font size must be at least size 10.

      c.      <u>Operation and Maintenance</u>.  Material to be printed on both sides of the page with a maximum range of 600-650 pages where possible (300-325 sheets of paper printed on both sides.)  Print horizontally (landscape) on 11"x8.5" paper using a 1" margin on the side to be bound and 1/2" for other edges.  All material will be printed head to toe with 3 holes punched across the top margin with staples, screw posts or ACCO fasteners.  Use of adhesive binding (glue or tape) is discouraged because it may prevent recycling.  Font size must be at least size 10.

      d.      <u>Research, Development, Test and Evaluation</u>.  Material is to be printed horizontally (landscape) on both sides of the page on 11" x 8.5" paper using a 1" margin on the side to be bound and 1/2" for other edges.  Components will request DAPS to reduce all larger pages to the standard 11" x 8.5" size so that all of the pages in each book are consistent in size.  The material will be printed head to toe with 3 holes punched across the top margin.  The following is the fastening preference:  staples, screw posts, ACCO fasteners, etc..  Use of adhesive binding (glue or tape) is discouraged because it may prevent recycling.  Books are to be a maximum range of about 600-650 pages where possible (300-325 sheets of paper printed both sides).

      1.      Since the justification material is printed double sided, then each PE package must begin on the front side of a new page.  When the last page of a PE package does not end on the backside of the paper, then a blank page must be inserted with the wording "This page intentionally left blank" in bold letters, centered on the page.  The reason for this is so

that the justification material can be easily broken apart and sorted by PE with all of the pertinent exhibits.

          2.     For those Components that have a large number of PEs and printing the material all in one volume is impractical, it is preferred that the justification material be submitted by budget activity with the Science and Technology budget activities (BA 1 through BA 3) printed in one volume and the remaining budget activities printed in a separate volume or in individual volumes. Each separate book should include an R-1 listing and a table of content indicating which volume and page the applicable program element can be found.

          e.     <u>Procurement</u>. Material to be printed on both sides of the page with a maximum range of 600-650 pages where possible (300-325 sheets of paper printed on both sides.) Print horizontally (landscape) on 11"x8.5" paper using a 1" margin on the side to be bound and 1/2" for other edges. All material will be printed head to toe with 3 holes punched across the top margin with staples, screw posts or ACCO fasteners. Use of adhesive binding (glue or tape) is discouraged because it may prevent recycling.

          f.     <u>Military Construction</u>. The justification material for Military Construction will be provided on 8.5" x 11" paper, typed across the short dimension of the paper (portrait) with 3 holes punched on the left margin and bound with screw posts or Acco fasteners. Material is to be printed on both sides of the page using 1" margins. <u>All exhibits will be printed utilizing white paper</u>. Use of adhesive binding (glue or tape) is not acceptable because it may prevent recycling.

          g.     <u>Family Housing</u>. The justification material for Family Housing will be provided on 8.5" x 11" paper, typed across the short dimension of the paper (portrait) with 3 holes punched on the left margin and bound with screw posts or Acco fasteners. Material is to be printed on both sides of the page using 1" margins. Use of adhesive binding (glue or tape) is not acceptable because it may prevent recycling.

          h.     <u>Base Closure</u>. The justification material for Base Closure will be provided on 8.5" x 11" paper, typed across the short dimension of the paper (portrait) with 3 holes punched on the left margin and bound with screw posts or Acco fasteners. Material is to be printed on both sides of the page using 1" margins. Use of adhesive binding (glue or tape) is not acceptable because it may prevent recycling.

          i.     <u>Revolving Funds</u>. Justification books for revolving funds are to be submitted in one volume with 3 sections: Component Overview; Operating Budget and Capital Budget. Component Overview and Operating Budget sections are to be printed in portrait format (vertically) on 8.5" x 11" paper head to head on 2 sides. Capital budget exhibits are to be printed in landscape format (horizontally) on 11" x 8.5" paper head to toe on 2 sides. Budget submitting offices should ensure that all narrative type is consistent. All justification material will be punched to fit standard three-hole binders. Use of adhesive binding (glue or tape) is not acceptable because it may prevent recycling.

        j.    <u>Intelligence Programs</u>.  Instructions for these books are contained in Chapter 16.

        k.    <u>Information Technology</u>.  Provide material in accordance with guidance contained in Chapter 18.

        7.    Justification book cover inserts will be 220 index stock using the following colors:  **Army - <u>green</u>**; **Navy - <u>buff</u>**; **Air Force - <u>blue</u>**; **Defense-wide justification material (Agencies, Office of the Secretary of Defense, Defense Health Program, and Commander In Chiefs to include the U.S. Special Operations Command) - <u>white</u>**.  Covers will bear the appropriate security markings, title of the volume as specified herein, the phrase "Submitted to Congress February 20...," and the appropriations included.

        8.    The use of acronyms and abbreviations in the justification material should be held to a minimum.  However, where acronyms and abbreviations are used, they must be identified on the page on which they appear.

        9.    The exhibit numbers used in this section are for reference purposes only and should not be used in the Justification Books.

      C.    <u>Submission of Justification Books for Review</u>

        1.    Before the justification material can be released to the Congress, it must be reviewed by the appropriate OUSD (Comptroller) or OASD(NII) /DoD CIO to ensure that policies and decisions made by the President and Secretary of Defense are fully reflected.  Accordingly, three advance sets of Justification Books will be forwarded to the appropriate OUSD (Comptroller) Directorate for review or for Information Technology exhibits as directed by OASD(NII)/DoD CIO.  The following is a list of the directorates:

Directorate for Operations 3C710, 697-2609

Directorate for Investment, 3C749, 695-2235

Directorate for Revolving Funds, 3D755, 697-4210

Directorate for Military Personnel and Construction, 3C654, 697-6359

Office of the ASD(NII)/DoD CIO Resource Management Directorate, 3D228, 695-3937 (For IT Justification)

        a.    In addition, one set of the Military Personnel and Operation and Maintenance Justification Books for the Reserve Components will be delivered to OASD(RA), Room 2E195.

        b.    The Military Departments should also send two copies of advance sets of justification books to Washington Headquarters Services, Directorate for Freedom of Information and Security Review ((703) 696-4538) for clearance.  Clearing material through this Directorate should be accomplished piecemeal to expedite the final review.

Clearance by OUSD (Comptroller) P/B will be evidenced by an approval from the applicable Program/Budget Directorate designated official, initialed on one of the advance copies of each Justification Book and returned to the applicable service. The OUSD (Comptroller) Directorate having cognizance over the budget material will obtain any necessary clearance from the Office of Management and Budget (OMB). Upon advice from OUSD (Comptroller) P/B and Washington Headquarters Services, Directorate for Freedom of Information and Security Review that the advance sets of justification books are acceptable, the DoD Components will complete preparation and assembly of Justification Books.

        c.     Under no circumstances will justification material be released to congressional committees or the public prior to receipt of these clearances.

        2.     Except as specified herein, submission dates will be provided in separate correspondence from OUSD (Comptroller) Program/Budget.

        010402.     Supplemental and Amended Appropriations Requests

        A.     Organization of Supplemental Appropriations Requests Justification Books

        1.     Justification Books in support of supplemental appropriations requests will be prepared by OUSD (Comptroller) P/B, based on material furnished by the DoD Components. Justification materials will be addressed in separate correspondence from OUSD (Comptroller) P/B.

        2.     The Justification Book will generally be arranged as follows:

        a.     Table of Contents and Summaries. These items will be prepared by OUSD (Comptroller), P/B.

        b.     Section 1 – Narrative Justification. This section will contain narrative justifications, and any special exhibits in support of program supplemental requests. Supplemental appropriation requests related to all program supplementals will be supported by a narrative justification.

        c.     Section 2 – Appropriation Act language. This section will contain required appropriation act language. The appropriation language will be extracted by OUSD (Comptroller) P/B from the Budget Appendix.

        B.     Organization of Amended Appropriations Requests Justification Books

        1.     A separate abbreviated Justification Book will be prepared by OUSD (Comptroller) and/or each Military Department for each affected appropriation title; e.g., Operation and Maintenance; Procurement; RDT&E; etc. (Additional justification materials required of Defense Agencies and for Defense-wide accounts will be identified in separate correspondence from OUSD (Comptroller). Related Justification Books will be prepared by

OUSD (Comptroller) P/B.)  Justification books will be organized by supplemental category (e.g., contingencies, natural disasters, etc.)  Each Book should be stapled but must contain holes punched to fit existing Justification Book binders.  (NOTE:  Depending on the magnitude of a particular budget amendment; i.e., number of DoD components and appropriation accounts affected, single Justification Books may be prescribed for each DoD Component, or a single Justification Book may be prepared by OUSD (Comptroller) P/B with input from the affected DoD Components.)

  2.  Each Justification Book will contain the following, as a minimum:

    a.  A single Table of Contents

    b.  By individual appropriation account:

      (1)  Revised appropriation language (retyped from Budget Appendix to reflect revised request).

      (2)  Budget Amendment Summary, in the format of Exhibit PB-37R (see Sec 0110), highlighting changes to the pending request.

      (3)  Program and Financing Schedule (abbreviated) in the format of Exhibit PB-37S (see Section 0110).  Both the Budget Plan and Obligation Plan will be shown for multi-year accounts.

      (4)  Narrative Justification by Budget Activity in the format of Exhibit PB-37T (see Section 0110).  Narrative will discuss dollar, quantity, personnel changes, etc., at least at the level of changes indicated on the Budget Amendment Summary (Exhibit PB-37R).

      (5)  Existing P-1 and R-1 Exhibits will be marked up to indicate changes resulting from the proposed amendment.

      (6)  Procurement and RDT&E Justification material will be retyped, where applicable, to encompass changes resulting from the proposed amendment.

  3.  When prepared by a Military department, three advance sets of materials will be forwarded to the Directorate for Budget and Appropriations Affairs, OUSD (Comptroller), Room 3D755.  Two copies should also be submitted at that time to Washington Headquarters Services, Directorate for Freedom of Information and Security Review, (703) 696-4538, for security clearance.  Other appropriate provisions of Section 010401 pertain.  Military Departments will make the same distribution of above Books as for regular congressional justification materials.

  C.  <u>References</u>.  Additional instructions are contained in OMB Circular A-11.

010403.          Distribution/Internet Posting of Budget Material

A.          Copies of **OSD-generated** justification materials for congressional distribution will be delivered to OUSD (Comptroller), Budget & Appropriations Affairs, Room 3D755 for delivery to the congressional committees.

B.          Each Military Department will deliver copies of its justification material to congressional committees, GAO, Library of Congress, CBO, and OMB, etc. The OUSD (Comptroller) (P/B) will distribute copies of the consolidated Defense-wide justification material unless assigned to a Military Department. The Office of the ASD(NII)/DoD CIO Resource Management Directorate will distribute copies of the consolidated Information Technology Justification.

C.          Copies of classified material and other backup documentation for OSD will be delivered directly by each Military Department to the offices listed. Total distribution including the number of copies is also provided on the following tables. Advance books (40) are required to be produced by the due dates so that immediate distribution may be made to the congressional committees. The remaining quantities will be delivered/distributed 3 to 5 days thereafter.

D.          Internet Posting of Unclassified Budget Justification Material

1.          Justification material for the President's budget will have limited paper copy distribution as shown on the distribution charts. No internal DoD distribution will be made of unclassified justification material that is provided to the Congress, OMB and other non-DoD organizations. This justification material will be available solely through posting to Component Internet sites.

2.          However, classified budget justification and budget backup material as identified in the distribution tables will be provided in paper copy to the organizations listed. Appropriate OUSD (Comptroller) directors should be consulted prior to distribution of material not listed.

3.          Internet posting on Component Web Sites.

(a)          Web pages presenting Defense budget documents must be designed to facilitate user discovery of the information. These pages will be used extensively by Congressional staffs, the media, and the public, and the presentation of material reflects upon the organization sponsoring the site. Budget documentation should be logically grouped, and link names should be clear and concise, to allow the user to rapidly navigate to the document of interest. Graphical content should be limited, to allow reasonable download times when accessed via modem. The Military Departments must ensure that established web pages meet these criteria.

(b)          Defense Agencies and managers of Defense-wide accounts will be provided separate guidance for the submission of budget justification in an electronic

format. OUSD (Comptroller) will consolidate Defense-wide justification and distribute/post to the Comptroller Internet site.

(c)    Posting of justification material on Component web pages should occur no later than 5 working days after delivery of the paper copies to the Congress, but not prior to delivery to the Congress.

(d)    As a reminder, for Freedom of Information requests received prior to posting the unclassified budget material on the Internet , it is the responsibility of the DoD component to comply with the request in accordance with DoD 5400.7-R.

E.    CD-ROM Production.    Upon completion of the posting of budget justification material to the Component Internet site, a CD-ROM containing all of this material will be produced and distributed in accordance with the distribution tables that follow. This CD-ROM should be distributed not later than 45 days after the Budget of the United States Government is presented to the Congress. This process will make budget material available for those that lack Internet access and for historical purposes.

**\*    Distribution Delivery Points**

| | | |
|---|---|---|
| SecDef (OSD Correspondence Control) | 3A1066 | |
| USD(Comptroller) | | |
|   Budget & Appropriations Affairs (BAA) | 3D755 | (703) 697-1101 |
|   Operations | 3C710 | (703) 697-2609 |
|   Investment (INV) | 3C749 | (703) 695-2235 |
|   Military Personnel and Construction (MPC) | 3C654 | (703) 697-6359 |
|   Revolving Funds (REV FUNDS) | 3D755 | (703) 697-4210 |
|   Program & Financial Control (P&FC) | 3C689 | (703) 697-0021 |
|   Office of the Deputy Chief Financial Officer | 3C653A | (703) 695-7000 |
| Director, PA&E | 2D309 | (703) 697-0395 |
| USD(Acquisition, Technology & Logistics) Mail Room | 3C136 | (703) 695-4060 |
| USD(Policy) | 5E635 | (703) 571-9248 |
| ASD(NII)/DoD CIO) Resource Program Budget Office | 3D228 | (703) 695-3937 |
| USD(Intelligence) Requirements and Resources | 2E258 | (703) 692-5186 |
| USD(Personnel & Readiness) | 3D258 | (703) 614-5133 |
| ASD(Health Affairs) | 3E1082 | (703) 697-2111 |
| ASD(Reserve Affairs) | 2E195 | (703) 693-7495 |
| The Joint Staff (J-8) | 1E963 | (703) 695-7066 |

DOT&E
   Attn: Resource Manager
   4850 Mark Center Dr
   Suite 1000
   Alexandria, VA  22301                                   (703) 681-4012/13


OIG, DoD
   Attn:  Comptroller Room 470                             (703) 604-9761/62
   400 Army Navy Drive
   Arlington, VA   22202-2884


DARPA
   Comptroller                                             (703) 696-2393
   3701 North Fairfax Drive., 9th Floor
   Arlington, VA 22203-1714


Executive Office of the President
   Office of Management and Budget (OMB)                    (202) 395-3777
   National Security Division
   NEOB, Room 10001
   725 17th St
   Washington, D.C.  20503


GAO
   U.S. Government Accountability Office

   NSIAD/TIC
   Attn:  Nadine Furr (DCM, Room 4035) (Unclassified Material)   (202) 512-4361
   Backup: Sharon Pickup (DCM Director, Room 4033)              (202) 512-9619
   US GAO
   441 G Street, NW
   Washington, DC 20548

   NSIAD Document Control Office
   Attn:  Wanda Beasley (Classified Material)                   (202) 512-5810
   441 G Street, NW --Room 4035
   Washington, DC 20548


Congressional Budget Office (CBO)
   Ford House Office Building
   Rm. 428 (Attn: Sarah Jennings)                          (202) 226-2840
   2nd and D Streets, S.W.                                 (202)          225-3185
(FAX)
   Washington D.C. 20515


Library of Congress
   Rm. LM-208 (stop 7500)                                  (202) 707-8845
   Attn:  Bruce Krafte
   James Madison Library Bldg.
   101 Independence Ave., S.E.
   Washington, D.C.    20540

Because of numerous room changes during the Pentagon Renovation, call the listed office prior to delivery of budget material.

Because of mail handling procedures, many offices require courier delivery/pickup in lieu of U.S. Postal Service delivery.  Please call offices prior to mailing **<u>any</u>** material to the above organizations.

**DoD 7000.14-R**                **Financial Management Regulation**                **Volume 2A, Chapter 1**
*October 2008*

Table 8.        Justification Material Supporting The President's Budget Request Military Personnel Accounts

### JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST MILITARY PERSONNEL ACCOUNTS

| Appropriation | C H A P T E R | USD(Comptroller) | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B A A | O P S | I N V | M P C | R E V F U N D | P & F C | | | | P A & E | A T & L | P O L I C Y | N I I | P & R | U S D (I) | | R A | T J S | | | O I G | D E T F O E T E N T S A E L |
| **Military Personnel, Active, Guard and Reserve**<br>In-house Backup Exhibits (MP/MPR)<br>*Justification Book* | 2 | 1 | | | 4 2 | | | | | | 1 | 1 | 1 | 1 | 4 | 1 | | 1 | 1 | | | 1 | 17 2 |

**DoD 7000.14-R**          **Financial Management Regulation**          **Volume 2A, Chapter 1**
**\*October 2008**

JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST MILITARY PERSONNEL ACCOUNTS (Continued)

JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST
MILITARY PERSONNEL ACCOUNTS

| Appropriation | CHAPTER | OMB | | GAO | HAC DEF SUB | HAC DEF SMIN | HAC QOL SUB | HAC QOL SMIN | SAC DEF SUB | SAC DEF SMIN | MCCN | MCCN | HASCC | SASCC | HPSCCI | SSCI | HBCC | SBCC | CBO | C LONG BRRA ERS YS | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Military Personnel, Army** Justification Book | 2 | 2 | | 3 | 3 | 1 | 1 | 1 | 2 | 1 | | | 5 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 34 |
| **Military Personnel, Navy** Justification Book | 2 | 2 | | 3 | 3 | 1 | 1 | 1 | 2 | 1 | | | 5 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 34 |
| **Military Personnel, MC** Justification Book | 2 | 2 | | 3 | 3 | 1 | 1 | 1 | 2 | 1 | | | 5 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 34 |
| **Military Personnel, AF** Justification Book | 2 | 2 | | 3 | 3 | 1 | 1 | 1 | 2 | 1 | | | 5 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 34 |
| **Reserve Personnel, Army** Justification Book | 2 | 2 | | 2 | 3 | 1 | 1 | 1 | 2 | 1 | | | 5 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 34 |
| **Reserve Personnel, Navy** Justification Book | 2 | 2 | | 2 | 3 | 1 | 1 | 1 | 2 | 1 | | | 5 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 34 |
| **Reserve Personnel, MC** Justification Book | 2 | 2 | | 2 | 3 | 1 | 1 | 1 | 2 | 1 | | | 5 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 34 |
| **Reserve Personnel, AF** Justification Book | 2 | 2 | | 2 | 3 | 1 | 1 | 1 | 2 | 1 | | | 5 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 34 |
| **Nat'l Guard Personnel, Army** Justification Book | 2 | 2 | | 2 | 3 | 1 | 1 | 1 | 2 | 1 | | | 5 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 34 |
| **Nat'l Guard Personnel, AF** Justification Book | 2 | 2 | | 2 | 3 | 1 | 1 | 1 | 2 | 1 | | | 5 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 34 |

**DoD 7000.14-R**                      **Financial Management Regulation**                      **Volume 2A, Chapter 1**
**\*October 2008**

Table 9.  Justification Material Supporting the President's Budget Request Operation and Maintenance Accounts

### JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST
### OPERATION AND MAINTENANCE ACCOUNTS

| Appropriation | CHAPTER | USD(Comptroller) | | | | | | | | | PA&E | AT&L | POLICY | NII | P&R | USD(I) | LA | | RA | TJS | | OIG | | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BAA | OPS | INV | MPC | REV FUND | P&FC | | | | | | | | | | | | | | | | | |
| **O&M, Active, Guard & Reserve** <br> **In-house Exhibits** <br> *All Justification Book Volumes (Volumes 1, 2, and 3)* | 3 | 1 | 5 2 | | 1 1 | | | | | | 1 | 1 | 1 | 1 | 3 | 1 | | | 1 | | | 1 | | 16 2 |
| **O&M, Defense-wide** <br> **In-house Exhibits** <br> *Classified Justification Book Volumes 1 (Classified DIA/NSA/DISA)\*\** | 3 | 1 1 | 3 3 | | 1 1 | | | | | | 1 1 | 1 1 | 1 1 | 1 1 | 3 3 | 1 1 | 1 | | 1 | | | 1 1 | | 13 14 |

**\*\* Required distribution will be made by USD(Comptroller).  Components should provide required exhibits directly to the appropriate USD(Comptroller) Directorate for consolidation and subsequent distribution.**

**DoD 7000.14-R**    **Financial Management Regulation**    **Volume 2A, Chapter 1**
*October 2008*

Justification Material Supporting the President's Budget Request Operation and Maintenance Accounts (Continued)

**JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST**
**OPERATION AND MAINTENANCE ACCOUNTS**

| Appropriation | CHAPTER | OMB | GAO | HAC DEF SUB | HAC DEF MIN | HAC QOL SUB | HAC QOL MIN | SAC DEF SUB | SAC DEF MIN | SAC MCN SUB | SAC MCN MIN | HASC | SASC | HPSCI | SSCI | HBC | SBC | CBO | C LIBRARYS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **O&M, Army** | 3 | | | | | | | | | | | | | | | | | | | |
| Justification Book (Vol. 1) | | 2 | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | 37 |
| Data Book (Vol. 2) | | 2 | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | 37 |
| Facilities Sustainment, Restoration and Modernization (Vol. 3) | | 2 | 3 | 3 | 1 | 1 | 1 | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | 39 |
| **O&M, Navy** | 3 | | | | | | | | | | | | | | | | | | | |
| Justification Book (Vol. 1) | | 2 | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | 37 |
| Data Book (Vol. 2) | | 2 | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | 37 |
| Facilities Sustainment, Restoration and Modernization (Vol. 3) | | 2 | 3 | 3 | 1 | 1 | 1 | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | 39 |
| **O&M, Marine Corps** | 3 | | | | | | | | | | | | | | | | | | | |
| Justification Book (Vol. 1) | | 2 | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | 37 |
| Data Book (Vol. 2) | | 2 | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | 37 |
| Facilities Sustainment, Restoration and Modernization (Vol. 3) | | 2 | 3 | 3 | 1 | 1 | 1 | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | 39 |
| **O&M, Air Force** | 3 | | | | | | | | | | | | | | | | | | | |
| Justification Book (Vol. 1) | | 2 | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | 37 |
| Data Book (Vol. 2) | | 2 | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | 37 |
| Facilities Sustainment, Restoration and Modernization (Vol. 3) | | 2 | 3 | 3 | 1 | 1 | 1 | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | 39 |

**DoD 7000.14-R**  **Financial Management Regulation**  **Volume 2A, Chapter 1**
*October 2008*

Justification Material Supporting the President's Budget Request Operation and Maintenance Accounts (Continued)

**JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST**
**OPERATION AND MAINTENANCE ACCOUNTS**

| Appropriation | C H A P T E R | O M B | | | G A O | HAC | | | | SAC | | | | H A S C | S A S C | H P S C I | S S C I | H B C | S B C | C B O | C L I N G E R E Y S | | | T O T A L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | D E F S U B | D E F M I N | Q O L S U B | Q O L M I N | D E F S U B | D E F M I N | M C N S U B | M C N M I N | | | | | | | | | | | |
| **O&M, Defense-wide** | 3 | | | | | | | | | | | | | | | | | | | | | | | |
| Justification Book (Vol. 1)-Unclassified** | | 2 | | | 3 | 3 | 1 | | | 2 | 1 | | | 5 | 4 | | | | | 2 | 1 | | | 24 |
| Justification Book (Vol. 1)-Classified** | | 2 | | | 3 | 3 | 1 | | | 2 | 1 | | | 5 | 4 | | | | | 2 | | | | 23 |
| Data Book (Vol. 2)** | | 2 | | | 3 | 3 | 1 | | | 2 | 1 | | | 5 | 4 | | | | | 2 | 1 | | | 24 |
| Facilities Sustainment, Restoration and Modernization (Vol. 3)** | | 2 | | | 3 | 3 | 1 | 1 | 1 | 2 | 1 | | | 5 | 4 | | | | | 2 | 1 | | | 26 |
| **O&M, Army Reserve** Justification Book | 3 | 2 | | | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | 37 |
| **O&M, Navy Reserve** Justification Book | 3 | 2 | | | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | 37 |
| **O&M, Marine Corps Reserve** Justification Book | 3 | 2 | | | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | 37 |
| **O&M, Air Force Reserve** Justification Book | 3 | 2 | | | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | 37 |
| **O&M, Army National Guard** Justification Book | 3 | 2 | | | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | 37 |
| **O&M, Air National Guard** Justification Book | 3 | 2 | | | 3 | 3 | 1 | | | 2 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 2 | 1 | | | 37 |
| **Operation & Maintenance Overview** ** | 3 | 10 | | | 3 | 5 | 1 | | | 5 | 1 | | | 10 | 10 | | | | | 1 | 2 | | | 48 |

** Required distribution will be made by USD(Comptroller).  Components should provide required exhibits directly to the

   appropriate USD(Comptroller) Directorate for consolidation and subsequent distribution.

Table 10.          Justification Material Supporting the President's Budget Request All Military Department Procurement Accounts

**JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST
ALL MILITARY DEPARTMENT PROCUREMENT ACCOUNTS**

| Appropriation | C H A P T E R | USD(Comptroller) | | | | | | | | | | | | | | | | | | | | | | D E T F O E T N T S A E L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B A A | O P S | I N V | M P C | R E V F U N D | P & F C | | | | P A & E | A T & L | P O L I C Y | N I I | P & R | U S D (I) | | | R A | T J S | | | | O I G | |
| **ALL Procurement Accounts** *Unclassified Committee Staff Procurement Backup Book* | 4 | | | 2 | | | | | | | | | | | | | | | | | | | | | 2 |

Table 11.     Justification Material Supporting the President's Budget Request Procurement Accounts - Army

### JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST PROCUREMENT ACCOUNTS - ARMY

| Appropriation | CHAPTER | OMB | | GAO | HAC DEF SUB | DEF MIN | QOL SUB | QOL MIN | SAC DEF SUB | DEF MIN | MCN SUB | MCN MIN | HASC | SASC | HPSCI | SSCI | HBC | SBC | CBO | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Aircraft Procurement, Army** Committee Staff Procurement Backup Book | 4 | 2 | | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **Missile Procurement, Army** Committee Staff Procurement Backup Book | 4 | 2 | | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **Proc of W&TCV, Army** Committee Staff Procurement Backup Book | 4 | 2 | | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **Proc of Ammunition, Army** Committee Staff Procurement Backup Book | 4 | 2 | | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **Other Procurement, Army** Committee Staff Procurement Backup Book | 4 | 2 | | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |

**DoD 7000.14-R**            **Financial Management Regulation**            **Volume 2A, Chapter 1**
*October 2008*

Table 12.        Justification Material Supporting the President's Budget Request Classified Procurement Accounts -Navy

**JUSTIFICATION MATERIAL SUPPORTING
THE PRESIDENT'S BUDGET REQUEST
CLASSIFIED PROCUREMENT ACCOUNTS -NAVY**

| Appropriation | C H A P T E R | BA | OPS | INV | MPC | REV FUND | P& FC | | | | | PA& E | AT& L | POLI CY | NII | P& R | USD (I) | LA | PA* | RA | TJS | | | OIG | | DET FO ET NA SLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Aircraft Procurement, Navy** <br> Classified Committee Staff Proc. Backup Book | 4 | 1 | | 3 | | | | | | | | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | | | 1 | 16 |
| **Other Procurement, Navy** <br> Classified Committee Staff Proc.  Backup Book | 4 | 1 | | 3 | | | | | | | | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | | | 1 | 16 |

*Column group header: USD(Comptroller) spans BA, OPS, INV, MPC, REVFUND, P&FC.*

Table 13      Justification Material Supporting the President's Budget Request Procurement Accounts - Navy.

### JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST PROCUREMENT ACCOUNTS - NAVY

| Appropriation | CHAPTER | OMB | GAO | HAC DEF SUB | HAC DEF MIN | HAC QOL SUB | HAC QOL MIN | SAC DEF SUB | SAC DEF MIN | SAC MCCN SUB | SAC MCCN MIN | HASC | SASC | HPSCI | SSCI | HBC | SBC | CBO | CLOSING BRR AE RR Y S | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Aircraft Procurement, Navy** <br> Committee Staff Proc. Backup Book | 4 | 2 | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **Weapons Procurement, Navy** <br> Committee Staff Proc. Backup Book | 4 | 2 | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **Shipbuilding & Conversion, Navy** <br> Committee Staff Proc. Backup Book | 4 | 2 | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **Proc of Ammunition, Navy and MC** <br> Committee Staff Proc. Backup Book | 4 | 2 | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **Other Procurement, Navy** <br> Committee Staff Proc. Backup Book | 4 | 2 | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **Procurement, MC** <br> Committee Staff Proc. Backup Book | 4 | 2 | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **National Defense Sealift Fund** <br> Committee Staff Proc. Backup Book | 4 | 2 | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |

**DoD 7000.14-R**                    **Financial Management Regulation**                    **Volume 2A, Chapter 1**
*October 2008*

Table 14.    Justification Material Supporting the President's Budget Request Procurement Accounts - Air Force

### JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST PROCUREMENT ACCOUNTS - AIR FORCE

| Appropriation | CHAPTER | BA | OPS | INV | MPC | REVFUND | P&FC | | | PA&E | AT&L | POLICY | NII | P&R | USD(I) | | RA | TJS | | | OIG | DET FONASLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Aircraft Procurement, AF** Classified Committee Staff Proc. Backup Book | 4 | 1 | | 3 | | | | | | 2 | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | | | 1 | 15 |
| **Missile Procurement, AF** Classified Committee Staff Proc. Backup Book | 4 | 1 | | 3 | | | | | | 2 | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | | | 1 | 15 |
| **Proc of Ammunition, AF** Classified Committee Staff Proc. Backup Book | 4 | 1 | | 3 | | | | | | 2 | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | | | 1 | 15 |
| **Other Procurement, AF** Classified Committee Staff Proc. Backup Book | 4 | 1 | | 3 | | | | | | 2 | 2 | 1 | 1 | 2 | 1 | | 1 | 1 | | | 1 | 15 |

*(USD(Comptroller) spans the BA through P&FC columns)*

DoD 7000.14-R                 **Financial Management Regulation**                 Volume 2A, Chapter 1
*October 2008*

Justification Material Supporting The President's Budget Request Procurement Accounts - Air Force (Continued)

JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST
PROCUREMENT ACCOUNTS - AIR FORCE

| Appropriation | CHAPTER | OMB | | GAO | HAC | | | | SAC | | | | HASC | SASC | HPSCI | SSCI | HBC | SBC | CBO | CLINBG RRAE RYS | | | | TCOUTMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | DEF SUB | DEF MIN | QOL SUB | QOL MIN | DEF SUB | DEF MIN | MCN SUB | MCN MIN | | | | | | | | | | | | |
| **Aircraft Procurement, AF** <br> Committee Staff Procurement Backup Book | 4 | 2 | | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **Missile Procurement, AF** <br> Committee Staff Procurement Backup Book | 4 | 2 | | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **Proc of Ammunition, AF** <br> Committee Staff Procurement Backup Book | 4 | 2 | | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |
| **Other Procurement, AF** <br> Committee Staff Procurement Backup Book | 4 | 2 | | 3 | 4 | 1 | | | 3 | 1 | | | 6 | 6 | | | 2 | 2 | 2 | | | | | 32 |

DoD 7000.14-R                  **Financial Management Regulation**                  Volume 2A, Chapter 1
*October 2008

Table 15.      Justification Material Supporting The President's Budget Request Procurement Accounts - Other

**JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST**
**PROCUREMENT ACCOUNTS - OTHER**

| Appropriation | CHAPTER | USD(Comptroller) | | | | | | | | | PA&E | AT&L | POLICY | NII | P&R | USD(I) | | RA | TJS | DOT&E | | OIG | | DEF OET NA SLE |
| | | BA | OPS | INV | MPC | REV FUND | P&FC | | | | | | | | | | | | | | | | | |
| **Procurement, Def-wide** | 4 | | | | | | | | | | | | | | | | | | | | | | | |
| Classified Committee Staff Proc. Backup Book | | 1 | | | | | | | | | | | | | | | | | | | | | | 1 |
| **Classified P-1, Procurement Programs** | 1 | 1 | | 17 | 4 | | | | | | 2 | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | | 1 | | 34 |

** Required distribution will be made by USD(Comptroller).  Components should provide required exhibits directly to the appropriate USD(Comptroller) Directorate for
   consolidation and subsequent distribution.

DoD 7000.14-R **Financial Management Regulation** Volume 2A, Chapter 1
*October 2008*

Table 16.    Justification Material Supporting the President's Budget Request Procurement Accounts - Defense-Wide

### JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST PROCUREMENT ACCOUNTS - DEFENSE-WIDE

| Appropriation | CHAPTER | OMB | GAO | HAC DEFF SUB | HAC DEFF MIN | HAC QOL SUB | HAC QOL MIN | SAC DEFF SUB | SAC DEFF MIN | SAC MCN SUB | SAC MCN MIN | HASC | SASC | HPSCI | SSCI | HBC | SBC | CBO | CLO IN BG RR AE RS YS | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Procurement, Def-wide** Committee Staff Procurement Backup Book** | 4 | 2 | 3 | 4 | 1 | | | 4 | 1 | | | 4 | 4 | | | 1 | 1 | 1 | | | | | 26 |
| **Chemical Agents & Munitions Destruction** Committee Staff Procurement Backup Book | 4 | 2 | 3 | 4 | 1 | | | 2 | 1 | | | 3 | 3 | | | 2 | 2 | 2 | | | | | 25 |
| **Nat'l Guard & Reserve Eq** Justification Book** | 4 | 2 | | 3 | 1 | | | 3 | 1 | | | | | | | | 2 | 1 | | | | | 13 |
| **Defense Production Act** Justification Book | 4 | 2 | | 2 | 1 | | | 2 | 1 | | | 3 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 23 |
| **Multiyear Procurement** Justification Book** | 4 | 2 | 3 | 5 | 1 | | | 3 | 1 | | | 7 | 5 | | | | 2 | 1 | | | | | 32 |
| **P-1, Procurement Programs**** | 1 | 6 | 3 | 13 | 1 | 2 | 1 | 10 | 1 | 1 | 1 | 50 | 20 | 2 | 2 | 2 | 2 | 3 | 2 | | | | 122 |
| **P-1, Classified **** | 1 | 6 | 3 | 5 | 1 | | | 5 | 1 | | | 5 | 5 | 2 | 2 | | | 3 | | | | | 38 |
| **P-1R**** | 1 | 6 | 3 | 3 | 1 | | | 3 | 1 | | | 10 | 10 | 2 | 2 | | | 3 | 1 | | | | 45 |
| **Program Acquisition Costs by Weapon System **** | 1 | | | 13 | 1 | 2 | 1 | 10 | 1 | 1 | 1 | 50 | 20 | 2 | 2 | 2 | 2 | 3 | 1 | | | | 112 |

** Required distribution will be made by USD(Comptroller).  Components should provide required exhibits directly to the appropriate USD(Comptroller) Directorate
for consolidation and subsequent distribution.

DoD 7000.14-R     **Financial Management Regulation**     Volume 2A, Chapter 1
*October 2008*

Table 17.     Justification Material Supporting the President's Budget Request Research, Development Test & Evaluation Accounts

**JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST
RESEARCH, DEVELOPMENT TEST & EVALUATION ACCOUNTS**

| Appropriation | CHAPTER | USD(Comptroller) | | | | | | PA&E | AT&L | POLICY | NII | P&R | USD(I) | RA | TJS | DOT&E | OIG | DARPA | DET FO ET NAS LE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BA | OPS | INV | MPC | REVFUND | P&FC | | | | | | | | | | | | |
| **RDT&E, Army** | 5 | | | | | | | | | | | | | | | | | | |
| Classified Budget Item Justification Book | | 1 | | 3 | 1 | | | 2 | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | | 1 | 1 | 17 |
| Project Listing | | | | 2 | | | | 2 | | | | | | | | | | | | 4 |
| *Unclassified Budget Item Justification Book* | | | | 2 | | | | | | | | | | | | | | | | 2 |
| **RDT&E, Navy** | 5 | | | | | | | | | | | | | | | | | | |
| Classified Budget Item Justification Book | | 1 | | 3 | 1 | | | 2 | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | | 1 | 1 | 17 |
| Classified Project Listing | | | | 2 | | | | 2 | | | | | | | | | | | | 4 |
| *Unclassified Budget Item Justification Book* | | | | 2 | | | | | | | | | | | | | | | | 2 |
| **RDT&E, AF** | 5 | | | | | | | | | | | | | | | | | | |
| Classified Budget Item Justification Book | | 1 | | 3 | 1 | | | 2 | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | | 1 | 1 | 17 |
| Project Listing | | | | 2 | | | | 2 | | | | | | | | | | | | 4 |
| *Unclassified Budget Item Justification Book* | | | | 2 | | | | | | | | | | | | | | | | 2 |
| **RDT&E, Defense Agencies** | 5 | | | | | | | | | | | | | | | | | | |
| Classified Budget Item Justification Book | | 1 | | 3 | 1 | | | 2 | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | | 1 | 1 | 17 |
| Project Listing** | | | | 2 | | | | 2 | | | | | | | | | | | | 4 |
| **Classified R-1, RDT&E Programs**** | 1 | 1 | | 17 | 4 | | | 2 | 2 | 1 | 1 | 1 | 1 | | 1 | 1 | | 1 | 1 | 34 |

** Required distribution will be made by USD(Comptroller). Components should provide required exhibits directly to the appropriate USD(Comptroller) Directorate for consolidation and subsequent distribution.

**DoD 7000.14-R**          **Financial Management Regulation**          **Volume 2A, Chapter 1**
*October 2008*

Table 18.  Justification Material Supporting the President's Budget Request Research, Development Test & Evaluation Accounts

## JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST
## RESEARCH, DEVELOPMENT TEST & EVALUATION ACCOUNTS

| Appropriation | CHAPTER | OMB | GAO | HAC DEF SUB | HAC DEF MIN | HAC QOL SUB | HAC QOL MIN | SAC DEF SUB | SAC DEF MIN | SAC MCN SUB | SAC MCN MIN | HASC | SASC | HPSCI | SSCI | HBC | SBC | CBO | CONGR LIBRARYS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RDT&E, Army**<br>Budget Item Justification Book | 5 | 3 | 3 | 4 | 1 | | | 3 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 3 | 1 | 41 |
| **RDT&E, Navy**<br>Budget Item Justification Book | 5 | 3 | 3 | 4 | 1 | | | 3 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 3 | 1 | 41 |
| **RDT&E, AF**<br>Budget Item Justification Book | 5 | 3 | 3 | 4 | 1 | | | 3 | 1 | | | 10 | 6 | 1 | 1 | 2 | 2 | 3 | 1 | 41 |
| **RDT&E, Defense Agencies**<br>Budget Item Justification Book** | 5 | 3 | 3 | 2 | 1 | | | 2 | 1 | | | 5 | 4 | | | | | 2 | 1 | 24 |
| **R-1, RDT&E Programs**** | 1 | 6 | 3 | 13 | 1 | 2 | 1 | 10 | 1 | 1 | 1 | 50 | 20 | 2 | 2 | 2 | 2 | 3 | 2 | 122 |
| **R-1, Classified** | 1 | 6 | 3 | 5 | 1 | | | 5 | 1 | | | 5 | 5 | 2 | 2 | | | 3 | | 38 |

** Required distribution will be made by USD(Comptroller).  Components should provide required exhibits directly to the appropriate USD(Comptroller) Directorate for consolidation and subsequent distribution.

Table 19.    Justification Material Supporting the President's Budget Request All Military Department Working Capital Fund Accounts

**JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST**
**ALL MILITARY DEPARTMENT WORKING CAPITAL FUND ACCOUNTS**

| Appropriation | CHAPTER | BAA | OPS | INV | MPC | REVFUND | P&FC | | | | PA&E | AT&L | POLICY | NII | P&R | USD(I) | | RA | TJS | | | OIG | DEFOETNSAEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | USD(Comptroller) | | | | | | | | | | | | | | | | | | | |
| **Defense Working Capital Funds**<br>Justification Book -Army, Navy, Air Force | 9 | | | | | 3 | | | | | 1 | 1 | | | | | | | | | | | 5 |

DoD 7000.14-R                    **Financial Management Regulation**                    Volume 2A, Chapter 1
*October 2008*

Table 20.        Justification Material Supporting the President's Request Revolving and Management Funds

**JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S REQUEST
REVOLVING AND MANAGEMENT FUNDS**

| Appropriation | C H A P T E R | O M B | | G A O | HAC | | | | SAC | | | | H A S C | S A S C | H P S C I | S S C I | H B C | S B C | C B O | LIBRARY CONG. | | | | T O T A L |
| | | | | | D E F S U B | D E F M I N | Q O L S U B | Q O L M I N | D E F S U B | D E F M I N | M C N S U B | M C N M I N | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Defense Working Capital Funds** Justification Book -Army, Navy, Air Force, Defense-wide | 9 | 2 | | 3 | 3 | 1 | | | 3 | 1 | | | 10 | 5 | | | | | 3 | 1 | | | | 32 |
| **Public Enterprise, Management Fund, and Trust Fund** Justification Book | 10 | 2 | | 3 | 2 | 1 | | | 2 | 1 | | | 5 | 2 | | | | | 2 | 1 | | | | 21 |

Table 21.    Justification Material Supporting the President's Budget Request All Military Department Military Construction, Family Housing and BRAC Accounts

**JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S BUDGET REQUEST
ALL MILITARY DEPARTMENT MILITARY CONSTRUCTION, FAMILY HOUSING AND BRAC ACCOUNTS**

| Appropriation | CHAPTER | | BAA | OPS | INV | MPC | REVFUND | P&FC | | | | | | PA&E | AT&L | POLICY | NII | P&R | USD(I) | RA | TJS | | | OIG | | DET FOET SA EL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | USD(Comptroller) | | | | | | | | | | | | | | | | | | | | | | | | |
| Military Construction/Family Housing/BRAC Justification Book -Army, Navy, Air Force | 6 | | | | | 2 | | | | | | | | | | | | | | | | | | | | | 2 |

Table 22.          Justification Material Supporting the President's Request Military Construction & Family Housing Accounts

## JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S REQUEST
## MILITARY CONSTRUCTION & FAMILY HOUSING ACCOUNTS

| Appropriation | CHAPTER | OMB | GAO | HAC DEF SUB | HAC DEF MIN | HAC QOL SUB | HAC QOL MIN | SAC DEF SUB | SAC DEF MIN | SAC MCN SUB | SAC MCN MIN | HASC | SASC | HPSCI | SSCI | HBC | SBC | CB0 | CLO INBG RAERS YS | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MilCon, Family Hsg, Homeowners Assist, Army** - Justification Book | 6 | 2 | 3 | | | 1 | 1 | | | 1 | 1 | 7 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 27 |
| **Mil Const & Family Housing, N & MC** Justification Book | 6 | 2 | 3 | | | 1 | 1 | | | 1 | 1 | 7 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 27 |
| **Mil Const & Family Housing, AF** Justification Book | 6 | 2 | 3 | | | 1 | 1 | | | 1 | 1 | 7 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 27 |
| **Mil Const & Family Housing, Defense-wide** ** - Justification Book ** | 6 | 2 | 2 | | | 2 | 1 | | | 1 | 1 | 7 | 5 | | | | | 2 | 1 | | | | 24 |
| **Military Construction, Army Reserve** Justification Book | 6 | 2 | 2 | | | 1 | 1 | | | 1 | 1 | 7 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 26 |
| **Military Construction, N & MC Reserve** - Justification Book | 6 | 2 | 2 | | | 1 | 1 | | | 1 | 1 | 7 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 26 |
| **Military Construction, AF Reserve** Justification Book | 6 | 2 | 2 | | | 1 | 1 | | | 1 | 1 | 7 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 26 |
| **Military Const, Army National Guard** Justification Book | 6 | 2 | 2 | | | 1 | 1 | | | 1 | 1 | 7 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 26 |
| **Military Const, Air National Guard** Justification Book | 6 | 2 | 2 | | | 1 | 1 | | | 1 | 1 | 7 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 26 |
| ***Chemical Demilitarization Construction, Defense*** *Justification Book* | 6 | 2 | 2 | | | 1 | 1 | | | 1 | 1 | 7 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | | | | 26 |
| **NATO Security Investment Program** Justification Book | 6 | | | | | 2 | 1 | | | 1 | 1 | | | | | | | 3 | 1 | | | | 9 |

**DoD 7000.14-R**                **Financial Management Regulation**                **Volume 2A, Chapter 1**
*October 2008*

| Appropriation | CHAPTER | OMB | GAO | HAC DEF SUB | HAC DEF MIN | HAC QOL SUB | HAC QOL MIN | SAC DEF SUB | SAC DEF MIN | SAC MCN SUB | SAC MCN MIN | HASC | SASC | HPSCI | SSCI | HBC | SBC | CBO | CONG LIBRARYS | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **C-1, Construction Program** | 1 | 2 | 3 | 1 | 5 | 1 | | 1 | 5 | 1 | | 15 | 7 | | | | | 2 | 1 | | | | 44 |

** Required distribution will be made by USD(Comptroller).  Components should provide required exhibits to the appropriate USD(Comptroller) Directorate for consolidation and subsequent distribution.

**DoD 7000.14-R**     **Financial Management Regulation**     **Volume 2A, Chapter 1**

Table 23.     Justification Material Supporting the President's Request Base Realignments And Closures (BRAC)

### JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S REQUEST
### BASE REALIGNMENTS AND CLOSURES (BRAC)

| Appropriation | CHAPTER | OMB | | GAO | HAC DEF SUB | HAC DEF MIN | QOL SUB | QOL MIN | SAC DEF SUB | SAC DEF MIN | MCN SUB | MCN MIN | HASC | SASC | HPSCI | SSCI | HBC | SBC | CBO | CLOBNGRAERYS | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BRAC - Army** Justification Book | 7 | 2 | | | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 8 | 10 | | | | | 3 | 1 | | | | 35 |
| **BRAC - Navy** Justification Book | 7 | 2 | | | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 8 | 10 | | | | | 3 | 1 | | | | 35 |
| **BRAC - Air Force** Justification Book | 7 | 2 | | | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 8 | 10 | | | | | 3 | 1 | | | | 35 |
| **BRAC - DLA** Justification Book | 7 | 2 | | | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 8 | 10 | | | | | 3 | 1 | | | | 35 |
| **BRAC - DISA** Justification Book | 7 | 2 | | | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 8 | 10 | | | | | 3 | 1 | | | | 35 |

**DoD 7000.14-R**          **Financial Management Regulation**          **Volume 2A, Chapter 1**
**\*October 2008**

Table 24.        Justification Material Supporting The President's Request Other Account Requirements

### JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S REQUEST
### OTHER ACCOUNT REQUIREMENTS

| PROGRAM | CHAPTER | BAA | OPS | INV | MPC | REVFUND | P&FC | | | | PA&E | AT&L | POLICY | NII | P&R | USD(I) | | RA | TJS | | | OIG | | DET FO ET NA SL E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Intelligence Programs (NIP/MIP)** Classified Justification | 16 | 1 | | 1 | 2 | | | | | | 1 | 1 | 1 | | 1 | 1 | | | 1 | | | 1 | | 11 |
| **Drug Interdict. & Counter-drug Actvs** Classified Justification Book | 14 | 1 | 2 | 1 | 1 | | | | | | 1 | | | 1 | 1 | 1 | | 1 | 1 | | | 1 | | 12 |
| **CD-ROM**: All unclassified budget material that has been posted to Internet site | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | | 1 | | 15 |

Table 25.    Justification Material Supporting the President's Request Special Interest Requirements

### JUSTIFICATION MATERIAL SUPPORTING THE PRESIDENT'S REQUEST SPECIAL INTEREST REQUIREMENTS

| PROGRAM | CHAPTER | OMB | | GAO | HAC DEF SUB | HAC DEF MIN | HAC QOL SUB | HAC QOL MIN | SAC DEF SUB | SAC DEF MIN | SAC MCN SUB | SAC MCN MIN | HASC | SASC | HPSCI | SSCI | HBC | SBC | CBO | LIBRARY CONGRESS | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Information Technology Distribution made by NII/DOD CIO** — Justification Book | 18 | 2 | | | 1 | | | | 1 | | | | 1 | 1 | | | | | | | | | | 6 |
| **Intelligence Programs (NIP/MIP) (IP-1)** — Justification Book | 16 | | | | 1 | 1 | | | 1 | 1 | | | 2 | 2 | 1 | 1 | | | 1 | 1 | | | | 12 |
| **Defense Health Programs** — Justification Book | 12 | 2 | | | | | 2 | 1 | | | 2 | 1 | | | | | | | 3 | 1 | | | | 12 |
| **Drug Interdiction & Counter-drug Actvs** — Justification Book | 14 | 2 | | | 2 | 1 | | | 2 | 1 | | | | | | | | | 3 | 1 | | | | 12 |
| **Overseas Cost Report (OP-53)** — Report** | 15 | 2 | | | 3 | 1 | | | 3 | 1 | | | 10 | 5 | | | | | 3 | 1 | | | | 29 |
| **Overseas Contingency Operations** | 17 | 2 | | | 2 | 1 | | | 2 | 1 | | | 2 | 2 | | | | | 3 | 1 | | | | 16 |
| **Advisory and Assistance Services (PB-15)** — Exhibit (**incl. in O&M Data Book, Vol. II**) | 19 | | | | | | | | | | | | | | | | | | | | | | | |
| **Military Department Overview Booklets** — Army, Navy, and Air Force | 1 | 2 | | | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 5 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | | | | 27 |
| **Combating terrorism** — Justification Book | 19 | 2 | | | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | | | | | 23 |
| **CD-ROM**: All unclassified budget material that has been posted to Internet site | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 18 |

** Required distribution will be made by USD(Comptroller). Components should provide required exhibits to the appropriate USD(Comptroller) Directorate for consolidation and subsequent distribution.

DoD 7000.14-R    **Financial Management Regulation**    Volume 2A, Chapter 1
*October 2008*

Table 26.    Justification Material Support Justification Material Supporting The President's Request Special Interest Requirements

**JUSTIFCATION MATERIAL SUPPORT JUSTIFCATION MATERIAL SUPORTING THE PRESIDENT'S REQUEST SPECIAL INTEREST REQUIREMENTS**

| PROGRAM | CHAPTER | USD(Comptroller) | | | | | | | | | PA&E | AT&L | POLICY | NII | P&R | USD(I) | LA | | TJS | | | OIG | DET NAS LE |
| | | BA | OPS | INV | MPC | REVFUND | P&FC | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Functional Transfers (PB-14)** <br> In-house Backup Exhibit | 19 | 1 | 1 | | | | 1 | | | | | | | | | | | | | | | | 3 |
| **Advisory and Assistance Services (PB-15)** <br> In-house Backup Exhibit | 19 | 1 | 1 | | | | | | | | | | | | | | | | | | | | 2 |
| **Legislative Proposals (PB-16)** <br> In-house Backup Exhibit | 19 | 1 | 1 | 1 | | | | | | | | | | | 1 | | | | | | | | 4 |
| **Employee Relocation Expenses (PB-17)** <br> In-house Backup Exhibit | 19 | 1 | 2 | | | | | | | | | | | | 1 | | | | | | | | 4 |
| **Foreign Currency Exch. Data (PB-18)** <br> In-house Backup Exhibit | 19 | 1 | 2 | | | | | | | | 1 | | | | 2 | | | | 2 | | | 1 | 9 |
| **Major DoD HQ Activities (PB-22)** <br> In-house Backup Exhibit | 19 | 1 | 1 | | | | | | | | 1 | 1 | | | 1 | | | | | | | | 5 |
| **AT&L Workforce Transformation Prg. (PB-23)** <br> In-house Backup Exhibit | 19 | 1 | 1 | | | | | | | | 1 | 1 | | | 1 | | | | | | | | 5 |
| **Professional Military Education (PB-24)** <br> In-house Backup Exhibit | 19 | 1 | 1 | | | | | | | | 1 | 1 | | | 1 | | | | | | | | 5 |
| **Host Nation Support Costs (PB-25)** <br> In-house Backup Exhibit | 19 | 1 | 3 | | | | | | | | 1 | | | | 1 | | | | 1 | | | 1 | 8 |
| **Environmental Quality/Security/Mgt (PB-28/28A/28B)** <br> In-house Backup Exhibit | 19 | 1 | 1 | 1 | | | | | | | 1 | 1 | | | | | | | | | | | 5 |
| **Competition and Privatization (PB-42)** <br> In-house Backup Exhibit | 19 | 1 | 2 | | | | | | | | 1 | 1 | | | 2 | | | | 1 | | | 1 | 10 |

| PROGRAM | CHAPTER | USD(Comptroller) | | | | | | PA&E | AT&L | POLICY | NII | P&R | USD(I) | LA | TJS | OIG | DET FO ENABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BA | OPS | INV | MPC | REVFUND | P&FC | | | | | | | | | | |
| **Administrative Motor Vehicle Operations (PB-41)** In-house Backup Exhibit | 19 | 1 | 2 | | | | | 1 | 1 | | | 1 | | | 1 | 1 | 9 |
| **Child Dev., School Age Care, Family Centers, and Family Advocacy Programs (PB-50)** In-house Backup Exhibit | 19 | 1 | 2 | | | | | 1 | | | | 2 | | | 1 | 1 | 9 |
| **Aeronautical & Space Programs (PB-52A/B)** In-house Backup Exhibit | 19 | 1 | | 2 | | | | 1 | 1 | | | 1 | | | 1 | 1 | 8 |
| **Budgeted Mil & Civilian Pay Raise (PB-53)** In-house Backup Exhibit | 19 | 1 | 1 | | 1 | | | 1 | | | | 2 | | | 1 | 1 | 10 |
| **Civilian Personnel Hiring Plan (PB-54)** In-house Backup Exhibit | 19 | 1 | 2 | | | | | | | | | 1 | | | | | 4 |
| **International Military Headquarters (PB-55)** In-house Backup Exhibit | 19 | 1 | 1 | | | | | 1 | 1 | | | 1 | | | | | 5 |
| **Combatant Command Direct Funding** (PB-58) In-house Backup Exhibit | 19 | 1 | 1 | 1 | | | | 1 | | | | 1 | | | | | 5 |
| **DoD Overseas Staffing Report (PB-59)** In-house Backup Exhibit | 19 | 1 | 2 | | | | | 1 | | | | | | | 1 | | 4 |

010404.          Witness Statements

A.    Purpose.          This section provides instructions for preparation of witness statements for testimony at hearings before congressional committees.

B.    Preparation

1.    Each witness statement should contain a cover page that includes the name, grade/rank, and position title of the witness; the full title of the congressional committee or subcommittee before which the witness is to appear; the date the witness is to testify; the subject of the hearing; and an embargo statement "Not for Publication Until Released by the Committee" (or Subcommittee, if applicable).

2.    The various congressional committees publish instructions for preparation of witness statements for their committee.  These instructions, unique to each committee, are available from the following offices:

a.    House and Senate Defense, House Military Quality of Life and Veterans Affairs and Related Agencies, and Senate Military Construction Appropriations Subcommittees – Budget and Appropriations Affairs Directorate, USD(Comptroller) and Service Budget Liaison offices.

b.    House and Senate Armed Services Committees and House and Senate Budget Committees - Office of the Assistant Secretary of Defense (Legislative Affairs) and Service Legislative Affairs offices.

c.    Other congressional committees - Instructions are normally included in the letter requesting the hearing.  First time before the committee.

C.    Security Review

1.    DoD Directive 5400.4 calls for DoD witnesses to submit their prepared statements to Washington Headquarters Services, Office of Security Review, (703) 696-4538, for clearance.

2.    This should be done as far in advance of the required date of transmittal to a congressional committee as possible, usually 5 or more working days prior to the date clearance is desired.

D.    Number of Copies

1.    Upon completion of the security review process, the originating office should ensure that 75 copies of unclassified statements are delivered to the Directorate for Defense Information, Office of the Assistant to the Secretary of Defense (Public Affairs), Room 2E565, Pentagon.  This should be done at least 24 hours in advance of the scheduled appearance

of the witness before the congressional committee.  Be prepared to provide additional copies on short notice.

2.      These procedures will allow the Office of the Assistant Secretary of Defense (Public Affairs) to meet news media requirements as soon as statements are released by the congressional committee or subcommittee.

3.      A chart identifying the various oversight committees' copy requirements for witness statements and the date that the statements are due to the committee is republished periodically by the Budget and Appropriations Affairs Directorate, USD(Comptroller), as committee requirements change.  Be careful to use the most recent chart.

4.      Special care should be exercised to ensure that specified due dates are met.  The committees use the witness statement in preparing for the hearing and so suspense dates are important.  Committees will routinely predicate cooperation in discussing or releasing possible hearing questions or topics on the timely delivery of these statements.

5.      Offices responsible for arranging the attendance of principal and supporting witnesses at a hearing normally prepare a listing of witnesses known as the Witness List.  These offices will contact all involved parties to obtain the names and positions of the witnesses for the Witness List.

010405.      Transcript Processing

A.      Purpose.      This section provides instructions for processing transcripts of witness testimony at hearings before congressional committees.

B.      Initial Receipt

1.      The House and Senate Appropriations Subcommittees on Defense, the House Subcommittee on Military Quality of Life and Veterans Affairs and Related Agencies, and the Senate Military Construction Appropriations Subcommittee provide hearing transcripts directly to Budget Liaison offices of the Services and to the Director for Budget and Appropriations Affairs, Under Secretary of Defense (Comptroller).  All other hearing transcripts are provided directly to the Legislative Affairs office of the Services and to the Office of the Assistant Secretary of Defense (Legislative Affairs).

2.      The original copy of the transcript is then provided to the office of the principal witness utilizing DD Form 1587, Record of Congressional Transcript Review, as the transmittal document.  To meet committee requirements and allow time for final review by Washington Headquarters Services, Security Review, each element in the review process must give cooperative consideration to the time requirements of all elements in meeting due out dates.  DoD Directive 5400.4 provides guidance in utilizing DD Form 1587.  Instructions are also printed on DD Form 1587.

3.      The various committees publish instructions for processing transcripts for their committee hearings.  These instructions, unique to each committee, are available from the following offices:

a.      House and Senate Defense, House Military Quality of Life and Veterans Affairs and Related Agencies, and Senate Military Construction Appropriations Subcommittees - Directorate for Budget and Appropriations Affairs, USD(Comptroller) and Service Budget Liaison offices.

b.      House and Senate Armed Services Committees and House and Senate Budget Committees - Office of the Assistant Secretary of Defense (Legislative Affairs) and Service Legislative Affairs offices.

c.      Other congressional committees - Instructions are normally included in the letter requesting the hearing.

C.      Processing Procedures

1.      Upon receipt of the transcript in the office of the primary witness, that office will review and edit the transcript and prepare the necessary inserts including questions for the record.  At the same time, those staff offices required to provide input to the transcript should be tasked, in writing, for their specific portion.  Page and line number/question number should be referenced when tasking inserts for the record.

2.      Offices providing input to transcripts should clear their internal security review office prior to providing their input to the principal witness' office.  After consolidation of the edit/review of the transcript and inclusion of necessary inserts, the office of the principal witness will then need to obtain the proper security clearance for the transcript and inserts from Washington Headquarters Services, Directorate for Freedom of Information and Security Review.  A DD 1790, Prepared Testimony Review must be used.  DoD Directive 5400.4 provides instructions to be followed in processing the transcript through the security review process.

3.      Plain bond (8.5" x 11.0" with left and right margins of 1.5") Insert for the Record, will be utilized for all inserts to congressional testimony and questions/answers for the record. Formats for completing these for the four oversight committees are provided in Section 0110.

4.      After completing the security review process and required coordination's, the completed transcript should be returned to the office from which the transcript was received (Transcript Action Monitor) for final review and delivery to the congressional committee.

5.      Special care should be exercised to ensure that transcript processing suspense dates are met.  The committees emphasize that the deadline dates imposed by them <u>must</u> be met.  As the committees approach mark-up, the importance of meeting deadlines becomes even more critical.  Transcripts should not be unduly delayed while gathering

information for the record.  If a delay is encountered, a note that the data will be furnished at some specified date should accompany the transcript and processing should proceed.

D.    Congressional Hearings and Reporting Requirements Tracking System (CHARRTS).  CHARRTS is an OUSD (Comptroller) web based application for tasking Hearing transcripts, inserts for the record, and questions for the record.  Components will be notified by email for each tasking for which they are responsible to complete.  CHARRTS is a controlled site accessed through http://charrts.ousdc.osd.mil and requires an access password for each user. Components will input all responses to both inserts and questions for the record directly into CHARRTS.  Formats have been established within CHARRTS for each Committee for these responses and must be used.  Input that does not follow the established standards will be rejected by the system.  Contact the OUSD (Comptroller), Budget and Appropriations Affairs Directorate at (703) 697-1101 for all questions related to CHARRTS.

E.    Page Proofs/Galleys.  Often committees allow DoD to review page proof/galleys of congressional testimony to ensure that changes have been incorporated and that if classified data has been included that it be deleted from the version that will be made public. Extreme care must be exercised to ensure that all classified data have been excised.

010406.    Appeal Process on Congressional Actions

A.    Purpose.    Each year the actions taken by congressional committees during consideration of the DoD authorization and appropriation bills are reviewed by DoD components.    This Section provides policy guidance and procedures for appealing such congressional actions.

B.    Scope of Material

1.    DoD appeals to congressional committees may be in the form of a letter to the appropriate committee chairman (or chairmen in the case of appeals to joint conferees), which sets forth the Department's position on the most significant programs/items impacted by congressional actions.  This letter is prepared for the signature of the Secretary of Defense.  Only the Secretary will provide the Department's position on appeal items.

2.    DoD appeals also may be in the form of an appeal package consisting of one page for each action being appealed.  This package is submitted to the appropriate committee by the USD(Comptroller).  It is not submitted as an enclosure to an appeal letter, but may be referred to in the letter.

3.    The submission of appeal material can vary each year and is primarily dependent upon the timing of each committee's actions on the budget request.  The preparation of appeal items begins when the actions of the committees become known, usually with release of the committee's report.  Normally, appeal material will be modified to reflect final floor action since amendments adopted on the floor can significantly change positions reported out by the committees.  In most cases, the process is as follows:

        a.    <u>To Authorization Conferees</u>.  This appeal is based on the actions of both the House and Senate Armed Services Committees, as modified by House and Senate floor action.

        b.    <u>To Appropriations Conferees</u>.  This appeal is based on the actions of both the House and Senate Appropriations Committees, as modified by House and Senate floor actions.

      C.    <u>Preparation of Appeals</u>

        1.    Once the actions of an oversight committee become known, DoD components normally will be requested to provide input on high priority items for incorporation into the Secretary's appeal letter or appeal package.  Appeal input will be submitted in the general format of Exhibit PB-39A-1 and PB-39A-2 (provided in Section 0110) in both hard copy and by e-mail in Microsoft Word format (with no graphics).  Components may be asked to assign a priority to the actions they want appealed.

        2.    All appeal materials must be unclassified.  Verification that materials are entirely unclassified must be obtained by the DoD component from the component's security review prior to submission to OSD.  USD(Comptroller) will obtain clearance of the consolidated appeal package from the Washington Headquarters Services, Directorate for Freedom of Information and Security Review,  (703) 696-4538.

      D.    <u>Policy Guidance, Preparation and Coordination of Budget Appeals</u>

        1.    By memorandum of May 27, 1983, Subject: "Congressional Justification of the President's Annual Defense Budget," the Secretary of Defense charged the Comptroller with the responsibility to coordinate all justification actions for his consideration that may be interpreted as reprogramming, supplementals, amendments, or appeals to the Defense budget.  Therefore, in order to ensure that the Department speaks to the Congress in this area with one voice and remains consistent with the Secretary's policy direction, all appeals to congressional committees will be prepared by the USD(Comptroller).

        2.    The Directorate for Budget and Appropriations Affairs, within the Office of the USD(Comptroller) (Program/Budget), will issue instructions for submission of appeal input.  Along with other Comptroller directorates, Budget and Appropriations Affairs will review the input and prepare a draft appeal letter and appeal package.  Normally, these drafts will be sent for comments to the appropriate DoD offices.  Clearance on all appeal materials will be requested from the Office of Management and Budget.

        3.    While responsibility for consolidation and coordination of appeal materials resides with the USD(Comptroller), all offices are responsible for ensuring that the materials they submit remain up to date.  Submitting components, e.g. The Joint Staff, should provide only one position on each issue submitted.

E.    <u>Classified Appeals</u>.  Actions of congressional committees documented in classified annexes (such as by the Intelligence Committees) to reports or classified letters may be addressed in classified appeals prepared by the OUSD(I).  Further guidance is contained in Chapter 16.

0105    BUDGET AUTOMATION REQUIREMENTS

010501.    Automated Military Personnel Programs Database

A.    <u>Purpose and Objectives</u>.  The purpose of the Military Personnel Programs database is to provide supporting budgetary documentation to the Congress, OMB and the public with each year's President's Budget.    Data submission is through the Program Resources Collection Process (PRCP) System.  The Military Personnel Programs database supports, and must be consistent with, other budgetary data in the Comptroller Information System (CIS).  This section provides for the maintenance of the Military Personnel Programs as an automated database that is the primary structure for budget activity and budget subactivity level of detail.  The Military Personnel Programs (M-1) (unclassified) is produced from the Military Personnel Programs database.

B.    <u>Applicability</u>.  The provisions of this section apply to the Office of the Secretary of Defense (OSD) and the Military Departments.

C.    <u>Reporting Requirements</u>.  The automated database was established for the FY 2005 President's budget.  Subsequent updates will be required coincident with the (1) Program and Budget Review and (2) the President's Budget.  Specific guidance relative to approved changes, due dates and special requirements is provided in a memorandum from the Office of the Under Secretary of Defense (Comptroller) announcing each update.

D.    <u>General Instructions - Preparing the Detailed Military Personnel Programs (M-1)</u>.  The Military Personnel Programs provide resources in a budget activity and budget subactivity line item level of detail with appropriation identification consistent with other budgetary data in the CIS database.  A detailed description of line item entries is listed in Volume 2A, Chapter 2.  The minimum information required in the Military Personnel Programs is as follows:

1.    A summary by appropriation account with subtotals for DOD Components.

2.    A summary of each appropriation account by budget activity/budget subactivity with budget activity subtotals and an appropriation total.

3.    Entries for the individual line items should be on the same basis as that used for program and budget submissions.

4.    Costs of prior year programs will be adjusted annually to reflect actual obligations, including deobligations, recoveries of prior year obligations, upward

obligation adjustments, transfers, and rescissions, as appropriate, and must match prior year values in the Comptroller Information System.

        5.      The OUSD(C) P/B Military Personnel and Construction Directorate will obtain the Security classification review certification.

        E.      General Instructions - Preparing the Military Personnel Programs (M-1). The M-1 document is derived from and consistent with other budgetary data in the CIS database. The M-1 is provided annually to the DoD oversight committees of the Congress coincident with the transmittal of the President's Budget.  The minimum information required in the M-1 is as follows:

        1.      Identification codes and a detailed description of line item entries are explained in paragraph F below.

        2.      The line item data provided is PY, CY, BY1 (and BY2 if biennial submission).

        3.      The security classification will be in accordance with the criteria set forth in Section 010108.

        F.      Military Personnel Data Elements and Record Formats

        1.      Appropriation codes, Component codes, and budget activity codes are as specified in the Budget Structure Listing which can be viewed on the SIPRNet home page of the OUSD (Comptroller).

        2.      Other Military Personnel Data Elements and Record Formats. Components must follow the guidance and use the data elements and record layouts for submission of updates to the Military Personnel Programs database as prescribed in the instructions on the SIPRNet home page of the OUSD (Comptroller).

        010502.      Automated Operation and Maintenance Programs Databases

        A.      Purpose and Objectives.  The purpose of the Operation and Maintenance Programs databases are to provide supporting budgetary documentation to the Congress, OMB and the public with each year's President's Budget.  Data submission is through the Program Resources Collection Process (PRCP) System.  The Operation and Maintenance Programs databases support, and must be consistent with, other budgetary data in the Comptroller Information System (CIS).  This section provides for the maintenance of the Operation and Maintenance Programs as an automated database that is the primary structure for budget activity and activity group cost at the Program Element and expense aggregate level of detail.  The O-1 reports are produced from the Operation and Maintenance Programs database.  Operation and Maintenance Programs data extracts are provided to the Office of the Director, Program Analysis and Evaluation (hereafter referred to as "OD,PA&E") to update the Future Years Defense Program database.  In addition, the Civilian Personnel Costs and O&M Summary of Price and

Program Changes automated exhibits are processed through this system.  The Civilian Personnel Costs exhibit is required for each appropriation/fund, not limited to O&M appropriations, in which civilian personnel are funded.  Updates and documents produced include:

  1.  Operation and Maintenance Programs (O-1) (classified)

  2.  Operation and Maintenance Programs (O-1) (unclassified)

  3.  Future Years Defense Program Update Data for OD,PA&E

  4.  Civilian Personnel Costs (OP-8) (classified)

  5.  Civilian Personnel Costs (OP-8) (unclassified)

  6.  Summary of Price and Program Changes (OP-32) (classified)

  7.  Summary of Price and Program Changes (OP-32) (unclassified)

  B.  Applicability.  The provisions of this section apply to the Office of the Secretary of Defense (OSD), the Military Departments, the Defense Agencies, and any other DoD Component that contribute data to the Operation and Maintenance Programs.

  C.  Reporting Requirements.  The initial Operation and Maintenance Programs automated database was established for the FY 2005 President's budget.  Subsequent updates will be required coincident with the (1) Program and Budget Review and (2) the President's Budget.  Specific guidance relative to approved changes, due dates and special requirements is provided in a memorandum from the Office of the Under Secretary of Defense (Comptroller) announcing each update.

  D.  General Instructions - Preparing the Detailed Operation and Maintenance Programs.  The Operation and Maintenance Programs provide resources in a budget activity and activity group line item level of detail with appropriation identification consistent with other budgetary data in the CIS database.  A detailed description of line item entries is listed in Volume 2B, Chapter 3, Section 030402.  The minimum information required in the Operation and Maintenance Programs is as follows:

  1.  A summary by appropriation account with subtotals for DOD Components.

  2.  A summary of each appropriation account by budget activity/activity group/sub-activity group with budget activity/activity group subtotals and an appropriation total.

  3.  A detailed sub-activity group by program element and expense aggregate listing in budget activity/activity group sequence.

4.    Entries for the individual line items should be on the same basis as that used for program and budget submissions.

5.    Costs of prior year programs will be adjusted annually to reflect actual obligations, including deobligations, recoveries of prior year obligations, upward obligation adjustments, transfers, and rescissions, as appropriate, and must match prior year values in the Comptroller Information System.

6.    Security classification of line items is determined by the submitting Component subject to OSD Security review.  DoD Components must provide a security classification review certification to OUSD(C) P/B P&FC.  Except for information published in the unclassified version of the O-1 Report, data contained in the Operation and Maintenance Programs may not be released outside the DoD without the expressed written consent of the Under Secretary of Defense (Comptroller).

E.    General Instructions - Preparing the Operation and Maintenance Programs (O-1).  The O-1 document is derived from and consistent with other budgetary data in the CIS database.  The O-1 is provided annually to the DoD oversight committees of the Congress coincident with the transmittal of the President's Budget.  An unclassified version is provided to OASD(PA) for use by non-DoD activities.  The minimum information required in the O-1 is as follows:

1.    Identification codes and a detailed description of line item entries are explained in paragraph F below.

2.    The line item data provided is PY, CY, BY1 (and BY2 if biennial submission) for the O-1 production, and outyears for the FYDP update.

3.    The security classification will be in accordance with the criteria set forth in Section 010108.

F.    Operation and Maintenance Data Elements and Record Formats

1.    Appropriation codes, Component codes, and budget activity codes are as specified in the Budget Structure Listing which can be viewed on the SIPRNet home page of the OUSD (Comptroller).

2.    Program element codes and titles are as prescribed by DoD 7045.7-H (FYDP Program Structure Handbook. This publication is available at http://www.dtic.mil/whs/directives under "Publications," and in approved decision documents posted to the FYDP Resource Structure Management (RSM) web site (see Section 010702) but not yet reflected in DoD 7045.7-H.  A listing of expense aggregate codes is available at the SIPRNET home pages of the OUSD (Comptroller) and OD, PA&E.

3.    Other Operation and Maintenance Program Data Elements and Record Formats.  Components must follow the guidance and use the data elements and record

layouts for submission of updates to the Operation and Maintenance Programs database as prescribed in the instructions on the SIPRNet home page of the OUSD (Comptroller).

G.     Instructions on OP-32 and OP-8 are at Section 030201.G. Automated Submission and 0304 Operation and Maintenance Appropriation Submission Formats.  Detailed guidance on the automated submission is provided on the OUSD (Comptroller) home page of the SIPRNET at http://cisweb.ousdc.osd.smil.mil.

010503.          Automated Procurement Programs Database

A.     Purpose and Objectives.     The purpose of the Procurement Programs database is to provide supporting budgetary documentation to the Congress, OMB and the public with each year's President's Budget.   Data submission is through the Program Resources Collection Process (PRCP) System.  The Procurement Programs database supports, and must be consistent with, other budgetary data in the Comptroller Information System (CIS).  This section provides for the maintenance of the Procurement Programs as an automated database that is the primary structure for quantity and program cost at the line item and Program Element level of detail for a number of related Procurement Program documents. The following are produced from the Procurement Programs database:

1.     Detailed Procurement Programs (classified)

2.     Procurement Programs (P-1) (classified)

3.     Procurement Programs (P-1/P-1R) (unclassified)

4.     Program Acquisition Costs by Weapon System (unclassified)

5.     P-1/P-1R database for the Senate Appropriations Committee, the House Appropriations  Committee, the Senate Armed Services Committee, and the House Armed Services Committee

6.     Future Years Defense Program Update Data for OD,PA&E

7.     Data for USD(AT&L), USD(I), ASD(NII)/DoD CIO, Director, PA&E, The Joint Staff, OMB, and GAO.

B.     Applicability.     The provisions of this section apply to the Office of the Secretary of Defense (OSD), the Military Departments, the Defense Agencies, and any other DoD Component that contribute data to the Procurement Programs.

C.     Reporting Requirements.     The initial automated database was established consistent with the procurement data submitted to the Congress in support of the FY 1974 Budget.  Since that time subsequent updates have been required coincident with submission of the (1) Program and Budget Review and (2) the President's Budget.  Specific guidance relative

to approved changes, due dates and special requirements is provided in a memorandum from the Office of the Under Secretary of Defense (Comptroller) announcing each update.

      D.    <u>General Instructions - Preparing the Detailed Procurement Programs</u>.  The Procurement Programs provide resources in a line item level of detail with appropriation identification consistent with other budgetary data in the CIS database.  A detailed description of line item entries is listed in Volume 2B, Chapter 4, Section 0402.  The minimum information required in the Procurement Programs is as follows:

      1.    A summary by appropriation account with subtotals for DOD Components.

      2.    A summary of each appropriation account by budget activity with an appropriation total.

      3.    A detailed line item listing in budget activity/budget subactivity sequence.

      4.    Entries for the individual line items should be on the same basis as that used for budget submissions.  Multiyear procurements (MYP) are identified for P-1 line items with MYP as defined in Section 010203.  Advance procurement entries should be used as specified in Volume 2B, Section 040502.  Initial spares listed with the procurement item (post delivery and outfitting costs for Shipbuilding and Conversion, Navy) should be shown immediately following the line as a memorandum entry--non-add to the budget activity total.

      5.    Costs of prior year programs will be adjusted annually to reflect actual obligations, including deobligations, recoveries of prior year obligations, upward obligation adjustments, transfers, and rescissions, as appropriate.

      6.    The cost to complete column provides the data necessary to obtain the total procurement cost for acquisition of weapon items.  It is necessary to estimate the cost of completing the approved program for major weapon systems included in the Selected Acquisition Report (SAR) reporting system and for multiyear contracts utilizing economic order quantity advance procurement.  Such costs will be entered in the "cost to complete" column of the Procurement Programs.  Entries in the "cost to complete" column are not required for other procurement line entries.  The "cost to complete" estimate will include:  (1) the portion of the "approved quantity" to be procured beyond the FYDP, and  (2) costs to complete acquisition of units procured in prior years such as outfitting and post delivery requirements for ships which will not deliver during the FYDP.

      7.    Security classification of line items is determined by the submitting Component subject to OSD Security review.  DoD Components must provide a security classification review certification to OUSD(C) P/B P&FC.  Except for information published in the unclassified version of the P-1 Report, data contained in the Procurement Programs may not be released outside the DoD without the expressed written consent of the Under Secretary of Defense (Comptroller).

E.    Underline{General Instructions - Preparing the Procurement Programs (P-1)}.  The P-1 document is derived from and consistent with other budgetary data in the CIS database.  The P-1 is provided annually to the DoD oversight committees of the Congress coincident with the transmittal of the President's Budget.  An unclassified version is provided to OASD(PA) for use by non-DoD activities.  The minimum information required in the P-1 is as follows:

1.    Identification codes and a detailed description of line item entries are explained in paragraph F below.

2.    The line item data provided is PY, CY, BY1 (and BY2 if biennial submission).

3.    The security classification will be in accordance with the criteria set forth in Section 010108.

F.    Underline{Procurement Data Elements and Record Formats}

1.    Appropriation codes, Component codes, and budget activity codes are as specified in the Budget Structure Listing which can be viewed on the SIPRNet home page of the OUSD (Comptroller).

2.    Program element codes and titles are as prescribed by DoD 7045.7-H (FYDP Program Structure Handbook.  This publication is available at http://www.dtic.mil/whs/directives under "Publications," and in approved decision documents posted to the FYDP Resource Structure Management (RSM) web site (see Section 010702) but not yet reflected in DoD 7045.7-H.

3.    Other Procurement Program Data Elements and Record Formats. Components must follow the guidance and use the data elements and record layouts for submission of updates to the Procurement Programs database as prescribed in the instructions on the SIPRNet home page of the OUSD (Comptroller).

010504.    Automated RDT&E Programs Database

A.    Underline{Purpose and Objectives}.  The purpose of the RDT&E Programs database is to provide supporting budgetary documentation to the Congress, OMB and the public with each year's President's Budget.  Data submission is through the Program Resources Collection Process (PRCP) System.  The RDT&E Programs database supports, and must be consistent with, other budgetary data in the Comptroller Information System (CIS).  This section provides for the maintenance of the RDT&E Programs as an automated database that will be the primary structure for program element and project level detail for a number of related RDT&E Program documents. The following are produced from the RDT&E Programs database:

1.      Detailed RDT&E Programs (classified)

2.      RDT&E Programs (R-1) (classified)

3.      RDT&E Programs (R-1) (unclassified)

4.      R-1 database for the Senate Appropriations Committee, the House Appropriations Committee, the Senate Armed Services Committee, and the House Armed Services Committee

5.      Future Years Defense Program Update Data for OD,PA&E

6.      Data for USD (AT&L), USD(I), ASD (NII)/DoD CIO, Director, PA&E, The Joint Staff, OMB, and GAO.

B.      <u>Applicability</u>.  The provisions of this section apply to the Office of the Secretary of Defense (OSD), the Military Departments, the Defense Agencies, and any other DoD Component that contribute data to the Procurement Programs.

C.      <u>Reporting Requirements</u>.  The initial automated database was established consistent with the RDT&E data submitted to the Congress in support of the FY 1976/197T Budget.  Since that time subsequent updates have been required coincident with submission of the (1) Program and Budget Review, and (2) President's Budget.  Specific guidance relative to approved changes, due dates and special requirements is provided in a memorandum from the Office of the Under Secretary of Defense (Comptroller) announcing each update.

D.      <u>General Instructions - Preparing the Detailed RDT&E Programs</u>.  The RDT&E Programs is consistent with the program element identification of resources contained in the Future Years Defense Program Summary and Program Element Detail.  Data in the RDT&E Programs is summarized by appropriation account with recaps by budget activity and FYDP programs.  Security classification of line items is determined by the submitting Component subject to OSD Security review.  DoD Components must provide a security classification review certification to OUSD(C) P/B P&FC.

E.      <u>General Instructions - Preparing the R-1 Document</u>.  The R-1 document is derived from, and consistent with, other budgetary data in the CIS database.  The R-1 is provided annually to the DoD Oversight Committees of the Congress coincident with the transmittal of the President's Budget.  An unclassified version is provided to OASD(PA) for use by non-DoD activities.  The unclassified R-1 is the only document from the RDT&E Programs database available for public distribution.  The minimum information required in the R-1 is as follows:

1.      The program element line item data provided is PY, CY, BY1 (and BY2 if biennial submission).

2.      The security classification shall be in accordance with the criteria set forth in Section 010108.

3.        A detailed program element listing in budget activity sequence.

F.        RDT&E Data Elements and Record Formats

1.        Appropriation codes, Component codes, and budget activity codes are as specified in the Budget Structure Listing which can be viewed on the SIPRNet home page of the OUSD (Comptroller).

2.        Other RDT&E Program Data Elements and Record Formats. Components must follow the guidance and use the data elements and record layouts for submission of updates to the RDT&E Programs database as prescribed in the instructions on the SIPRNet home page of the OUSD (Comptroller).

010505.        Automated Construction Program Database

A.        Purpose and Objectives.        This section provides guidelines for the Automated Construction Program Database to supplement the Defense Components' military construction justification materials.  Data submission is through the Program Resources Collection Process (PRCP) System.  The Construction Program also will be used to track Program Budget Decisions at the project level, track congressional action on the President's Budget submission, and provide the baseline data required for special analysis such as the facilities recapitalization metric.

B.        Applicability.  The provisions of this section apply to all requirements financed by the Military Construction, NATO Security Investment Program, Base Realignment and Closure, Family Housing, DoD Family Housing Improvement Fund and Homeowners Assistance appropriations of the DoD Components as applicable.

C.        Responsibilities.        The DoD Components will submit Construction Program data for their Active, Guard and Reserve Forces construction projects, their portions of the Family Housing, DoD Family Housing Improvement Fund and Homeowners Assistance programs.  DoD Components will also submit Construction Programs data for multi-service or national level projects for which they are the executive agent as described in Volume 2B, Chapter 6, Section 060301.

D.        Reporting Requirements.        Update submissions will coincide with the Program and Budget Review submissions and the January budget presentation. Detailed requirements not contained herein will be specified by memorandum for all update submissions. Data will be consistent with budgetary data in the CIS database.

E.        Construction Data Elements and Record Formats

1.        Appropriation codes, Component codes, and budget activity codes are as specified in the Budget Structure Listing which can be viewed on the SIPRNet home page of the OUSD (Comptroller).

2.      Program element codes and titles are as prescribed by DoD 7045.7-H (FYDP Program Structure Handbook.    This publication is available at http://www.dtic.mil/whs/directives under "Publications," and in approved decision documents posted to the FYDP Resource Structure Management (RSM) web site (see Section 010702) but not yet reflected in DoD 7045.7-H.

3.      Other Construction Program Data Elements and Record Formats. Components must follow the guidance and use the data elements and record layouts for submission of updates to the Construction Programs database as prescribed in the instructions on the SIPRNet home page of the OUSD (Comptroller).

    F.      Level of Detail

1.      Data will be reported at the level specified for the justification material [(DD Form 1391) in Volume 2B, Chapters 6 and 7].  A summary of the levels required follows:

2.      Military Construction 1/

a.      Major Construction - project detail

b.      Minor Construction - lump-sum for exigent minor construction

c.      Planning and Design - lump-sum

d.      Supporting Activities - project detail

e.      Program Element

3.      NATO Security Investment Program - lump-sum 1/

4.      Base Realignment and Closure - lump-sum 1/

5.      Family Housing Construction 1/

a.      Construction of new housing - project detail.  A separate data element will be used to identify the number of units being constructed for each project.

b.      Construction Improvements - lump-sum.

c.      Planning and Design - lump-sum.

6.      Family Housing, Operation & Maintenance 1/    Lump-sum for each budget activity except the Operating Expenses budget activity will be reported by subaccount.  The Family Housing Operation and Maintenance entries are shown below:

    a.      Management Account

    b.      Services Account

    c.      Furnishings Account

    d.      Miscellaneous Account

    e.      Utilities Account

    f.      Leasing

    g.      Maintenance of Real Property

    h.      Interest Payments

    i.      Mortgage Insurance Premiums

    j.      Housing Privatization Support

7.      Homeowners Assistance Fund 1/

    a.      Payment to Homeowners

    b.      Other Operating Costs

    c.      Acquisition of Real Property

    d.      Mortgages Assumed

8.      DoD Family Housing Improvement Fund - lump sum 1/

1/      Nomenclature records for all lump-sum values will be generated by the automated Construction Programs database system; DoD Components should not submit nomenclature records for lump-sum values.

G.      Security Classification.  A project may be classified due to the nature of the project, the location of the project, or both.  Since the Construction Programs (C-1) is an unclassified document generated from an unclassified database, use the conventions provided in the instructions for submission of updates to the Construction Programs database on the SIPRNet home page of the OUSD (Comptroller).

010506.          CIS Automation Requirements for the Biennial Program and Budget Review Submission

A.          Purpose.     Electronic data are the basis for the OSD budget review. Components' program and budget review submission form the baseline from which all Program Budget Decision dollar and manpower deltas are made.  The program and budget review submission is entered into Comptroller Information System (CIS) by the Military Departments and Defense Agencies.  This chapter outlines the requirements for submission of the data.

B.          Requirement for the CIS Budget Structure.  DoD must comply with the budget submission requirements in OMB Circular A-11, "Preparation, Submission, and Execution of the Budget," which applies to all Executive Branch agencies.  OMB's MAX budget system provides the structure for the data that must be submitted to OMB for each appropriation and receipt account.  The data is published annually in the Budget of the United States Government, commonly referred to as the President's Budget.  OMB publishes detailed account data for each Federal agency in a separate "Appendix" of the Budget.  The OUSD (Comptroller)'s CIS database is designed to satisfy the annual submission of Defense Budget data to OMB's automated MAX budget system.  The CIS budget structure for an account is the Program and Financing (P&F) Schedule.  The P&F Schedule consists of a budget plan, object class, and expenditure tail for all accounts, except for multi-year accounts that also have a separate obligation plan in addition to the budget plan.

C.          Submission Requirements:

1.          Submission of Budget Estimates for Budget Years (BY1) and BY2:

a.          Budget Submission (Dollars).   Military Departments and Defense Agencies, as applicable, will submit budget plan, and object class data entries for all applicable appropriation and receipt accounts which are consistent with and reconcilable to hard copy submission of budget estimates exhibits required by other sections of the Financial Management Regulation.  Budget plan data must be submitted for all years by period of obligational availability.  Object class entries will be at the summary level (not by period of obligational availability) and exclude the outyears.  Detailed data entries only will be submitted since subtotals and summary totals are CIS computer generated.  All TOA values by Component by fiscal year will agree with budget submission TOA dollars on Exhibit PB-1A

b.          Budget Submission (Personnel Data).  Budget submission of on-board year end personnel data entries for military end strength and civilian full-time equivalents (FTEs) will be in exact agreement with the PB-4 exhibit.

c.          Budget Submission for Prior Year (PY).  The Directorate for Program and Financial Control, OUSD (Comptroller)(P/B) will replicate PY from the CY column of the previous year's budget.  Components may make limited changes as part of the program and budget review submission.  The PY will be updated once accounting and manpower actuals are available.

d. <u>Obligation Plan Data for Multi-Year Accounts</u>. Obligation plans for the program and budget review submissions will be computer generated in CIS once PY accounting actuals are input and as budget adjustments are recorded in CIS. Components will be asked to review obligations by budget activity after the updated rates have been implemented in CIS.

e. <u>Expenditure Tail Data</u>. Components are not required to submit expenditure tail data. Expenditure tail data for the program and budget review submissions will be computer generated in CIS. Outlay rates used in the previous year's Defense Budget will generate outlays as part of the baseline submission. The Directorate for Program and Financial Control will adjust outlay rates later in the budget review process once PY accounting actuals are available.

2. Submission of Outyear Estimates:

a. <u>Budget Submission (Dollars)</u>. The submission of TOA (Direct Program) for appropriation accounts (general fund and revolving fund) and concept obligations for trust revolving fund, trust fund, special fund, and receipt accounts for BY2+1 through BY2+4 will be made at the same time as the budget submission. Input to the database for the outyears will be formatted in accordance with the CIS Budget Structure, by appropriation account at the budget activity/special program category level. Budget plan outyear entries for TOA for applicable appropriation accounts and concept obligations for trust revolving fund, trust fund, special fund, and receipt accounts are the only dollar data to be submitted by Components for the outyears. TOA dollars must agree with Exhibit PB-1A.

b. <u>Budget Submission (Personnel Data)</u>. Budget estimates for BY2+1 through BY2+4 military end strength and civilian full-time equivalents (FTEs) will be made coincident with the budget submission. Input to the database for the outyears will be formatted in accordance with the CIS Budget Structure Listing and will be in exact agreement with the PB-4 exhibit.

3. <u>Account Data Elements and Account Structure</u>. Program and budget review submissions will be in thousands of dollars for all data elements for each account's budget plan, obligation plan, and object classification schedules and must be submitted in accordance with the CIS Budget Structure Listing. (Expenditure tail for CY through the outyears will be computer generated in CIS.) Personnel data for applicable accounts will be submitted for all years in accordance with the detail prescribed by the CIS Budget Structure Listing. The Budget Structure Listing may be generated by running the BATF1 through BATF6 reports from the CIS Report Processor subsystem. Questions and changes to the CIS Budget Structure Listing should be directed to the Directorate for Program and Financial Control, OUSD (Comptroller)(P/B), phone 703-697-7564.

4. <u>Data Submission</u>. Guidance is provided on the SIPRNET home page of the OUSD (Comptroller) on "Coding CIS Transactions for FY BY1/BY2 Budget." Components must use the record layouts and file formats prescribed in this guidance.

010507.        CIS Budget Structure Listing (BSL)

    A.        <u>Purpose</u>.  The BSL reflects the official Department of Defense budget account structure for Component submission of the budget estimates in machine readable form. The BSL contains the following sections:

    1.        <u>Appropriation Account Names/Codes</u>.  This section lists all the valid and active codes in the CIS database.  Appropriation accounts have four-digit to six-digit numeric plus one-digit Treasury agency alpha account code.  Receipt accounts have six-digit numeric plus one-digit Treasury agency alpha account code.  Account coding in CIS agrees with codes used in OMB's MAX automated budget system for compatibility in the Department's electronic submission of the Defense Budget to OMB.

    2.        <u>Budget Plan and Obligation Plan Name Codes</u>.  This section provides the detailed budget structure for data elements in the budget plan and obligation plan of all appropriation and receipt accounts in CIS.  In this section of the BSL, the presence of a "P" and/or "$" in the "PER/$$ Inputs" column indicates those budget activities/special program codes against which resources ($ or personnel) may be entered in the CIS database.  Requests to add "P" or a "$" to an existing line may be made to the Directorate for Program and Financial Control, OUSD (Comptroller)(P/B), through the respective Program/Budget Directorate responsible for that appropriation.

    3.        <u>Financing, Budget Authority, and Expenditure Tail Name/Codes</u>. This section lists the financing (FIN), budget authority breakout (BAB), and expenditure tail (EXP) codes used in the Program and Financing Schedule for each appropriation and receipt account.

    4.        <u>Object Classification Codes</u>.  OMB Circular A-11 requires agencies to report account obligations by object class for PY, CY, BY1 and BY2.  This section aligns Program and Financing Schedule obligations with the object class codes in OMB Circular A-11.

    B.        <u>Input Requirements</u>

    1.        Input coding for all budget estimates will be entered in accordance with guidance provided on the SIPRNET OUSD (Comptroller) home page.  Features that should be considered in the preparation of data are:

    a.        Military Personnel Accounts:

    (1)        The Military Departments will prepare and submit the military personnel account data (see Budget Structure Listing on the SIPRNET home page of the OUSD (Comptroller)).  Input for military personnel dollars <u>should not</u> be submitted by Defense Agencies.

    (2)        The Military Departments will prepare and submit end strength data on a Component basis; i.e., Army submits data on personnel assigned to Army

as well as Army personnel assigned to each Defense Agency (see Budget Structure Listing on the SIPRNet home page of the OUSD (Comptroller)). The Defense Agencies must coordinate their end strength requirements with the Military Departments prior to the Military Departments' data submissions.

b.    Input coding for Working Capital Fund must include the appropriate three-position special program code assigned to each business area for operating and capital expenses, civilian full-time equivalents (FTEs), and military end strengths.

C.    Object Classification Schedules

1.    Object class definitions are provided in OMB Circular A-11, Section 83. The major object class categories are:

a.    10  Personnel compensation and benefits

b.    20 Contractual services and supplies

c.    30 Acquisition of assets

d.    40 Grants and fixed charges

e.    90 Other

2.    DoD-unique object class major/minor codes include:

a.    12.210 Military – accrued retirement benefits

b.    12.220 Military – other personnel benefits

c.    12.230 Military – accrued health care Military benefit categorization guidance for the three above is provided in Chapter 2, Section 020202.

d.    25.320 Payments to foreign national indirect hire

e.    25.330 Purchases from revolving funds. Obligations for purchases from Defense Working Capital Funds and other DoD revolving and management accounts. Differentiate from object class 25.310 purchases of goods and services from other government agencies (examples include non-revolving fund support agreement obligations)

3.    The object classification codes specified in OMB Circular A-11 are augmented in CIS by type that identifies Direct Obligations (type = "1"), Reimbursable Obligations (type = "2"), Allocation Accounts (type = "3"), and Receipt Obligations (type = "4").

4.      All revolving and management accounts will be coded in the reimbursable (type = "2") object class series followed by the appropriate object class number.

5.      Object class data will be submitted for all accounts (including concept obligations) in the Program and Financing schedules in the PY, CY, BY1 or BY2.

6.      <u>Object Class Default Major/Minor Codes</u>.  When an obligation adjustment occurs in CIS and an object class is not specified for the obligation change, CIS will automatically make an adjustment in the amount of the obligation to the default object class for the account.  For example, if a TOA delta is made to an annual account in a Program Budget Decision (PBD) and if an object class obligation delta is not coded and included as part of the PBD transaction, CIS will automatically generate an object class delta in the default object class code for the account.  Components must redistribute obligations by object class for each of their accounts after PY actuals are available, and before the budget review process has been completed, to provide consistent and explainable object class amounts from PY through BY2.  A chart displaying CIS object class default Major/Minor code for each account is available on the SIPRNet home page of the OUSD (Comptroller).

D.      <u>CIS P&F Schedule Diagnostics Rules and Report</u>.  CIS Report 22 has been developed to provide diagnostic and balancing checks for appropriation and receipt accounts.  Report 22 provides a listing of balance diagnostic errors and warnings for each appropriation account and supplemental account as well as for each defense agency within a defense-wide account where appropriate.  An example of a balancing requirement checked in this report is: Total Direct Program (Total Obligational Authority (TOA)) in the P&F section must equal total Direct Obligations in the Object Classification section for each year within a defense agency or appropriation account (for annual accounts).

E.      <u>Update of the PY Column</u>

1.      OMB Circular A-11 requires agencies to submit PY data to OMB's MAX budget system which is based on Treasury certified accounting actuals.  The update of PY dollars in CIS is accomplished using data from the SF Form 133 and the DD Comp 1002 plus AR 1307 for Revolving Funds.  PY amounts must reconcile to Treasury's yearend annual report called the Treasury Alignment Statement

2.      Components will be requested to validate budget activity data and update object class obligations and manpower actuals once accounting data has been certified by Treasury for each Defense account.  All PY actuals updates for budget plans, obligations plans and expenditure tail data will be done electronically by the Directorate for Program and Financial Control.  Business rules used by CIS for updating PY actuals for an account's budget plan, obligation plan and expenditure tail are available on the SIPRNet home page of the OUSD (Comptroller).

0106    UNIFORM BUDGET AND FISCAL ACCOUNTING CLASSIFICATIONS

      010601.    General

      A.    This Section establishes the functional title classifications and subdivisions by which appropriation and fund accounts of the Department of Defense are required to be arranged, grouped, or classified in budgetary and fiscal presentations. These classifications are designed to permit consolidation of budget and fiscal data for the several Components of the Department of Defense into over-all Departmental summaries.

      B.    These instructions cover all appropriation and receipt accounts for military functions of the Department of Defense. Detailed DoD budget account structure used in the Comptroller Information System is displayed in the Budget Structure Listing available on the SIPRNet home page of the
OUSD (Comptroller).

      010602.    Functional Titles – Military Functions

The following functional titles are to be used in appropriate budgetary and fiscal presentations:

      A.    Military Personnel

      B.    Operation and Maintenance

      C.    Procurement

      D.    Research, Development, Test, and Evaluation

      E.    Military Construction

      F.    Family Housing

      G.    Revolving and Management Funds

      H.    Defense-Wide Contingencies

      I.    Offsetting Receipts

      J.    Trust and Trust Revolving Funds

      K.    Interfund Transactions

      010603.    Definitions of Functional Titles and Subdivisions - Military

This Section lists currently active appropriations within each functional title. Budget activities for Procurement and RDT&E titles are also listed. Budget activities for other

appropriations are displayed in the Budget Structure Listing available on the SIPRNet home page of the OUSD (Comptroller).

    A.    <u>Functional Title-Military Personnel</u>

        1.    The functional title "Military Personnel" for military functions is defined as comprising the accounts listed below.

        a.    <u>Active Forces</u>

| | |
|---|---|
| 21_2010 | Military Personnel, Army |
| 21_1004 | Medicare-Eligible Retiree Health Fund Contribution, Army |
| 17_1453 | Military Personnel, Navy |
| 17_1000 | Medicare-Eligible Retiree Health Fund Contribution, Navy |
| 17_1105 | Military Personnel, Marine Corps |
| 17_1001 | Medicare-Eligible Retiree Health Fund Contribution, Marine Corps |
| 57_3500 | Military Personnel, Air Force |
| 57_1007 | Medicare-Eligible Retiree Health Fund Contribution, Air Force |

        b.    <u>Reserve and Guard Forces</u>

| | |
|---|---|
| 21_2070 | Reserve Personnel, Army |
| 21_1005 | Medicare-Eligible Retiree Health Fund Contribution, Reserve Personnel, Army |
| 17_1405 | Reserve Personnel, Navy |
| 17_1002 | Medicare-Eligible Retiree Health Fund Contribution, Reserve Personnel, Navy |
| 17_1108 | Reserve Personnel, Marine Corps |
| 17_1003 | Medicare-Eligible Retiree Health Fund Contribution, Reserve Personnel, Marine Corps |
| 57_3700 | Reserve Personnel, Air Force |
| 57_1008 | Medicare-Eligible Retiree Health Fund Contribution, Reserve Personnel, Air Force |
| 21_2060 | National Guard Personnel, Army |
| 21_1006 | Medicare-Eligible Retiree Health Fund Contribution, National Guard Personnel, Army |
| 57_3850 | National Guard Personnel, Air Force |
| 57_1009 | Medicare-Eligible Retiree Health Fund Contribution, National Guard Personnel, Air Force |
| 97 0041 | Concurrent Receipt Accrual Payments to the Military Retirement Fund |

        2.    Lower level subdivisions susceptible to consolidation are available under the uniform budget and accounting structure prescribed for these appropriations in Chapter 2 of Volume 2A.

B.    FUNCTIONAL TITLE - OPERATION AND MAINTENANCE

The functional title "Operation and Maintenance" for military functions is defined as comprising the accounts listed below:

| | |
|---|---|
| 21_2020 | Operation and Maintenance, Army |
| 17_1804 | Operation and Maintenance, Navy |
| 17_1106 | Operation and Maintenance, Marine Corps |
| 57_3400 | Operation and Maintenance, Air Force |
| 97_0100 | Operation and Maintenance, Defense-Wide |
| 21_2080 | Operation and Maintenance, Army Reserve |
| 17_1806 | Operation and Maintenance, Navy Reserve |
| 17_1107 | Operation and Maintenance, Marine Corps Reserve |
| 57_3740 | Operation and Maintenance, Air Force Reserve |
| 21_2065 | Operation and Maintenance, Army National Guard |
| 57_3840 | Operation and Maintenance, Air National Guard |
| 97_0104 | United States Court of Appeals for the Armed Forces |
| 97_0105 | Drug Interdiction and Counter-Drug Activities, Defense |
| 97_/_0107 | Office of the Inspector General |
| 97X0118 | Overseas Contingency Operations Transfer Fund |
| 97_/_0130 | Defense Health Program |
| 97_/_0134 | Former Soviet Union Threat Reduction |
| 97_0141 | Iraq Freedom Fund |
| 97_/_0143 | Strategic Reserve Readiness Fund |
| 97X0801 | Foreign Currency Fluctuations, Defense |
| 21X0810 | Environmental Restoration, Army |
| 17X0810 | Environmental Restoration, Navy |
| 57X0810 | Environmental Restoration, Air Force |
| 97X0810 | Environmental Restoration, Defense |
| 97X0811 | Environmental Restoration, Formerly Used Defense Sites |
| 97_/_0819 | Overseas Humanitarian, Disaster and Civil Aid |
| 97X0833 | Emergency Response Fund |
| 97X0838 | Support for International Sporting Competitions |
| 97_/_0839 | Quality of Life Enhancements |
| 97X0840 | OPPLAN 34A - 35 P.O.W. Payments |
| 97X0842 | Defense Vessels Transfer Program Account |
| 17X1236 | Payment to Kaho'olawe Island Conveyance, Remediation, and Environmental Restoration Fund |
| 21_/_2091 | Afghanistan Security Forces Fund |
| 21_/_2092 | Iraq Security Forces Fund |
| 97X4965 | Emergency Response Fund |
| 21X5098 | Restoration of the Rocky Mountain Arsenal |
| 17X5185 | Kaho'Olawe Island Conveyance Remedediation, and Environmental Restoration Fund |
| 97X5187 | Defense Cooperation Account |
| 97X5188 | Disposal of Department of Defense Real Property |

| | |
|---|---|
| 97X5189 | Lease of Department of Defense Real Property |
| 97X5193 | Overseas Military Facility Investment Recovery Account |
| 21X5194 | DoD 50th Anniversary of World War II Commemoration |
| 97X5195 | Use of Proceeds from the Transfer or Disposal of Commissary Facilities |
| 21X5286 | National Science Center, Army |
| 97X5394 | Use of Proceeds from Cash Equalization Payments from Acquisition of Facilities |
| 97X5441 | Burdensharing Contribution |

D.    FUNCTIONAL TITLE – PROCUREMENT

The functional title "Procurement" for military functions is defined as comprising the following appropriations and budget activities:

21_/_2031    Aircraft Procurement, Army
-Aircraft
-Modification of Aircraft
-Spares and Repair Parts
-Support Equipment and Facilities

21_/_2032    Missile Procurement, Army
-Other Missiles
-Modification of Missiles
-Spares and Repair Parts
-Support Equipment and Facilities

21_/_2033    Procurement of Weapons and Tracked Combat Vehicles, Army
-Tracked Combat Vehicles
-Weapons and Other Combat Vehicles
-Spares and Repair Parts

21_/_2034    Procurement of Ammunition, Army
-Ammunition
-Ammunition Production Base Support

21_/_2035    Other Procurement, Army
-Tactical and Support Vehicles
-Communications and Electronics Equipment
-Other Support Equipment
-Spares and Repair Parts

21_/_2093    Joint Improvised Explosive Device Defeat Fund

17_/_1506    Aircraft Procurement, Navy

              -Combat Aircraft
              -Airlift Aircraft
              -Trainer Aircraft
              -Other Aircraft
              -Modification of Aircraft
              -Aircraft Spares and Repair Parts
              -Aircraft Support Equipment and Facilities

17_/_1507    Weapons Procurement, Navy
              -Ballistic Missiles
              -Other Missiles
              -Torpedoes and Related Equipment
              -Other Weapons
              -Other Ordnance
              -Spares and Repair Parts

17_/_1508    Procurement of Ammunition, Navy and Marine Corps
              -Procurement of Ammunition, Navy
              -Procurement of Ammunition, Marine Corps

      E.      FUNCTIONAL TITLE – PROCUREMENT (CONTINUED)

17_/_1611    Shipbuilding and Conversion, Navy
              -Fleet Ballistic Missile Ships
              -Other Warships
              -Amphibious Ships
              -Mine Warfare and Patrol Ships
              -Auxiliaries, Craft and Prior-Year Program Costs

17_/_1810    Other Procurement, Navy
              -Ships Support Equipment
              -Communications and Electronics Equipment
              -Aviation Support Equipment
              -Ordnance Support Equipment
              -Civil Engineering Support Equipment
              -Supply Support Equipment
              -Personnel and Command Support Equipment
              -Spares and Repair Parts

17_/_0380    Coastal Defense Augmentation
              -Coast Guard Support

17_/_1109    Procurement, Marine Corps
              -Weapons and Combat Vehicles
              -Guided Missiles and Equipment
              -Communications and Electronics Equipment

    -Support Vehicles
    -Engineer and Other Equipment
    -Spares and Repair Parts

57_/_3010    Aircraft Procurement, Air Force
             -Combat Aircraft
             -Airlift Aircraft
             -Trainer Aircraft
             -Other Aircraft
             -Modification of In-Service Aircraft
             -Aircraft Spares and Repair Parts
             -Aircraft Support Equipment and Facilities

57_/_3011    Procurement of Ammunition, Air Force
             -Procurement of Ammunition, Air Force
             -Weapons

57_/_3020    Missile Procurement, Air Force
             -Ballistic Missiles
             -Other Missiles
             -Modification of In-Service Missiles
             -Spares and Repair Parts
             -Other Support
             -Munitions and Related Equipment

57_/_3080    Other Procurement, Air Force
             -Munitions and Associated Equipment
             -Vehicular Equipment
             -Electronics and Telecommunications Equipment
             -Other Base Maintenance and Support Equipment
             -Spares and Repair Parts

97_/_0300    Procurement, Defense-Wide
             -Major Equipment
             -Special Operations Command
             -Chemical/Biological Defense

97_/_0303    Rapid Acquisition Fund

97_/_0350    National Guard and Reserve Equipment
             -Reserve Equipment
             -National Guard Equipment

97_/_0360    Defense Production Act Purchases

97_/_0390    Chemical Agents and Munitions Destruction, Defense

-Operation and Maintenance
-Research, Development, Test, and Evaluation
-Procurement

F.    FUNCTIONAL TITLE - RESEARCH, DEVELOPMENT, TEST AND EVALUATION

The functional title "Research, Development, Test and Evaluation" for military functions is defined as comprising the following accounts and budget activities:

| | |
|---|---|
| 21_/_2040 | Research, Development, Test, and Evaluation, Army |
| 17_/_1319 | Research, Development, Test, and Evaluation, Navy |
| 57_/_3600 | Research, Development, Test, and Evaluation, Air Force |
| 97_/_0400 | Research, Development, Test, and Evaluation, Defense-Wide |
| 97_/_0460 | Operational Test and Evaluation, Defense |
| 57_/_3024 | Tanker Replacement Transfer Fund, Air Force |

Budget Activities for RDT&E Accounts

01 - Basic Research
02 - Applied Research
03 - Advanced Technology Development
04 - Advanced Component Development and Prototypes
05 - System Development and Demonstration
06 - RDT&E Management Support
07 - Operational System Development

G.    FUNCTIONAL TITLE - MILITARY CONSTRUCTION

1.    The functional title "Military Construction" for military functions is defined as comprising the accounts listed below.

| | |
|---|---|
| 21_/_2050 | Military Construction, Army |
| 17_/_1205 | Military Construction, Navy |
| 57_/_3300 | Military Construction, Air Force |
| 97_/_0500 | Military Construction, Defense-Wide |
| 97X0510 | Base Realignment and Closure Account, Part II, Defense |
| 051001 | Base Realignment and Closure Account, Army |
| 051002 | Base Realignment and Closure Account, Navy |
| 051003 | Base Realignment and Closure Account, Air Force |
| 051004 | Base Realignment and Closure Account, Defense |
| 97X0512 | Base Realignment and Closure Account, 2005 |
| 051201 | Base Realignment and Closure Account, 2005, Army |
| 051202 | Base Realignment and Closure Account, 2005, Navy |
| 051203 | Base Realignment and Closure Account, 2005, Air Force |
| 051204 | Base Realignment and Closure Account, 2005, Defense |

|          |                                                              |
|----------|--------------------------------------------------------------|
| 97X0803  | Foreign Currency Fluctuations, Construction, Defense          |
| 97X0804  | North Atlantic Treaty Organization Security Investment Program |
| 21_/_2085 | Military Construction, Army National Guard                  |
| 57_/_3830 | Military Construction, Air National Guard                   |
| 21_/_2086 | Military Construction, Army Reserve                         |
| 17_/_1235 | Military Construction, Naval Reserve                        |
| 57_/_3730 | Military Construction, Air Force Reserve                    |
| 97_/_0391 | Chemical Demilitarization Construction, Defense             |

2.      Lower level subdivisions susceptible to consolidation are available under the uniform accounting classifications prescribed for these appropriations in Chapter 6, Section 0602, and Chapter 7, Section 0702.

## FUNCTIONAL TITLE - FAMILY HOUSING

The functional title "Family Housing" for military functions is defined as comprising the accounts listed below:

|          |                                                              |
|----------|--------------------------------------------------------------|
| 97X0834  | Department of Defense Family Housing Improvement Fund         |
| 97X0836  | Department of Defense Military Unaccompanied Housing Improvement Fund |
| 21_/_0720 | Family Housing, Construction, Army                          |
| 21_0725   | Family Housing, Operation and Maintenance, Army            |
| 17_/_0730 | Family Housing, Construction, Navy and Marine Corps        |
| 17_0735   | Family Housing, Operation and Maintenance, Navy and Marine Corps |
| 57_/_0740 | Family Housing, Construction, Air Force                    |
| 57_0745   | Family Housing, Operation and Maintenance, Air Force       |
| 97_/_0760 | Family Housing, Construction, Defense-Wide                 |
| 97_0765   | Family Housing, Operation and Maintenance, Defense-Wide    |
| 97X4090  | Homeowners' Assistance Fund, Defense                        |
| 97X4166  | Family Housing Improvement Fund, Direct Loan, Financing Account |
| 97X4167  | Family Housing Improvement Fund, Guaranteed Loan, Financing Account |

## FUNCTIONAL TITLE - REVOLVING AND MANAGEMENT FUNDS

The functional title "Revolving and Management Funds" for military functions is defined as comprising the accounts listed below.  Since each account, in its entirety, is classified within a single first level subdivision of the functional title, the accounts are grouped by the subdivisions.

Public Enterprise Funds

|          |                                                    |
|----------|----------------------------------------------------|
| 97X4555  | National Defense Stockpile Transaction Fund         |
| 97X4950  | Pentagon Reservation Maintenance Revolving Fund    |
| 17X4557  | National Defense Sealift Fund                       |

21X4275                Arms Initiative, Guaranteed Loan Financing Account, Army
97X4282                Defense Coalition Support Fund

Intragovernmental Funds

97X493001    Defense Working Capital Fund, Army
97X493002    Defense Working Capital Fund, Navy
97X493003    Defense Working Capital Fund, Air Force
97X493004    Defense Working Capital Fund, Defense Agencies
97X493005    Defense Working Capital Fund, Defense Commissary Agency
97X4179            Reserve Mobilization Income Insurance Fund
21X4528            Army Conventional Ammunition Working Capital Fund *
97X4931            Buildings Maintenance Fund

* Closing after existing orders are completed


## FUNCTIONAL TITLE - DEFENSE-WIDE CONTINGENCIES

The functional title "Defense-Wide Contingencies" for military functions is defined as comprising the accounts listed below:

97 9912            Other Legislation (including Management Improvements)
97 9918            General Transfer Authority Outlay Allowance

## FUNCTIONAL TITLE - OFFSETTING RECEIPTS

The functional title "Offsetting Receipts" for military functions is defined as comprising the accounts listed below:

General Fund Proprietary Offsetting Receipts

184000A            Offsetting Receipts, Rent of Equipment and Other Personal Property, Army
184000N                    Offsetting Receipts, Rent of Equipment and Other Personal Property, Navy
184000F            Offsetting Receipts, Rent of Equipment and Other Personal Property, Air Force
184000D            Offsetting Receipts, Rent of Equipment and Other Personal Property, Defense
246200A            Offsetting Receipts, Deposits for Survivors Annuity Benefits, Army
246200N            Offsetting Receipts, Deposits for Survivors Annuity Benefits, Navy
246200F            Offsetting Receipts, Deposits for Survivors Annuity Benefits, Air Force

| 246200D | Offsetting Receipts, Deposits for Survivors Annuity Benefits, Defense |
| 223600D | Sales of Certain Material in National Defense Stockpile |
| 264400D | Defense Vessels Transfer Receipt Account |
| 265100D | Sale of Scrap and Salvaged Materials, Defense |
| 262100D | Sale of Lands, Etc., Mil Post Construction Fund |
| 301900A | Offsetting Receipts, Recoveries for Government Property Lost or Damaged, Army |
| 301900N | Offsetting Receipts, Recoveries for Government Property Lost or Damaged, Navy |
| 301900F | Offsetting Receipts, Recoveries for Government Property Lost or Damaged, Air Force |
| 301900D | Offsetting Receipts, Recoveries for Government Property Lost or Damaged, Defense |
| 304100A | Offsetting Receipts, Recoveries Under FMS Program, Army |
| 304100N | Offsetting Receipts, Recoveries Under FMS Program, Navy |
| 304100F | Offsetting Receipts, Recoveries Under FMS Program, Air Force |
| 304100D | Offsetting Receipts, Recoveries Under FMS Program, Defense |
| 321000A | Offsetting Receipts, General Fund Propriety Receipts, Army |
| 321000N | Offsetting Receipts, General Fund Propriety Receipts, Navy |
| 321000F | Offsetting Receipts, General Fund Propriety Receipts, Air Force |
| 321000D | Offsetting Receipts, General Fund Propriety Receipts, Defense |

Special Fund Proprietary Offsetting Receipts

| 509810A | Rocky Mountain Arsenal Offsetting Receipts |
| 518510N | Offsetting Receipts, Kaho' Olawe Island Fund |
| 518710D | Defense Cooperation Receipts |
| 518720D | Earnings on Investments, Defense Cooperation Account (Non-051) |
| 518821D | Offsetting Receipts, Disposal of DoD Real Property, Army |
| 518817D | Offsetting Receipts, Disposal of DoD Real Property, Navy |
| 518857D | Offsetting Receipts, Disposal of DoD Real Property, Air Force |
| 518897D | Offsetting Receipts, Disposal of DoD Real Property, Defense Agencies |
| 518921D | Offsetting Receipts, Lease of DoD Real Property, Army |
| 518917D | Offsetting Receipts, Lease of DoD Real Property, Navy |
| 518957D | Offsetting Receipts, Lease of DoD Real Property, Air Force |
| 518997D | Offsetting Receipts, Lease of DoD Real Property, Defense Agencies |
| 519321D | Deposits, DoD Overseas Military Facility Investment Recovery Account, Army |
| 519317D | Deposits, DoD Overseas Military Facility Investment Recovery Account, Navy |
| 519357D | Deposits, DoD Overseas Military Facility Investment Recovery Acct, Air Force |

| | |
|---|---|
| 519397D | Deposits, DoD Overseas Military Facility Investment Recovery Account |
| 519410A | Royalties for Use of DoD Military Insignia and Trademarks |
| 519510D | Proceeds from the Transfer or Disposition of Commissary Facilities |
| 528610A | Fees Collected for the Use of the National Science Center |
| 539421A | Cash Equalization Proceeds from Acquisition of Facilities, Army |
| 539417N | Cash Equalization Proceeds from Acquisition of Facilities, Navy |
| 539457F | Cash Equalization Proceeds from Acquisition of Facilities, Air Force |
| 539497D | Cash Equalization Proceeds from Acquisition of Facilities, Defense |
| 544110D | Burdensharing Contribution, Defense, Kuwait |
| 544130D | Burdensharing Contribution, Defense, Japan |
| 544140D | Burdensharing Contribution, Defense, South Korea |
| 544150D | Burdensharing Contribution, Defense, Qatar |
| 544210D | Proceeds DoD Korean War Commemoration Account |
| 556210N | Ford Island Improvement Account, Net Sale of Assets |

Trust Fund Receipts (Non-Function 051)

| | |
|---|---|
| 806310A | Bequest of Major General Fred C. Ainsworth, Library, Walter Reed General Hospital Trust Fund |
| 806320A | Earnings on Investments, Ainsworth Library Trust Fund |
| 817410A | Collections for the National Science Center Gift Fund |
| 892710A | Deposits, Dept. of the Army General Gift Fund |
| 892720A | Earnings on Investments, Dept. of the Army General Gift Fund |
| 873310N | Contributions to U.S. Naval Academy Gift and Museum Fund |
| 873320N | Earnings on Investments, U.S. Naval Academy Gift and Museum Fund |
| 871610N | Deposits, Dept. of the Navy General Gift Fund |
| 871620N | Earnings on Investments, Dept. of the Navy General Gift Fund |
| 892810F | Deposits, Dept. of Air Force General Gift Fund |
| 892820F | Earnings on Investments, Dept. of Air Force General Gift Fund |
| 833710D | Contributions from Kuwait, Host Nation Support for U.S. Relocation Activities |
| 833720D | Earnings on Investments, Host Nation Support for U.S. Relocation Activities |
| 833730D | Contributions from Japan, Host Nation Support for U.S. Relocation Activities |
| 833740D | Contributions from S. Korea, Host Nation Support for U.S. Relocation Activities |
| 833750D | Contributions from Qatar, Host Nation Support for U.S. Relocation Activities |
| 816310D | Contributions to the DoD General Gift Fund |

|  |  |
|---|---|
| 835810D | Contributions from Japan, Support for U.S. Relocation to Guam Activities |
| 835820D | Earnings on Investments, Support for U.S. Relocation to Guam Activities |

## FUNCTIONAL TITLE - TRUST AND TRUST REVOLVING FUNDS

**The functional title "Trust Funds" for military functions is defined as comprising the accounts listed below:**

| | |
|---|---|
| 21X8063 | Ainsworth Library (Trust) |
| 97X8335 | Voluntary Separation Incentive Fund |
| 21X8927 | Army General Gift Fund |
| 17X8733 | USN Academy Gift and Museum Fund |
| 17X8716 | Navy General Gift Fund |
| 17X8723 | Ships Stores Profit, Navy |
| 57X8928 | Air Force General Gift Fund |
| 17X8423 | Midshipmen's Store, USN Academy (Trust Revolving) |
| 57X8418 | Air Force Cadet Fund (Trust Revolving) |
| 97X8164 | Surcharge Collections, Sales of Commissary Stores, Defense (Trust Revolving) |
| 97X8165 | Foreign National Employees Separation Pay, Defense |
| 97X8168 | National Security Education Trust Fund, Defense |
| 21X8174 | National Science Center Gift Fund, Army |
| 97X8337 | Host Nation Support for U.S. Relocation Activities, Defense |
| 97X8163 | Department of Defense General Gift Fund |
| 97X8358 | Support for U.S. Relocation to Guam Activities |

## FUNCTIONAL TITLE - INTERFUND TRANSACTIONS

**The functional title "Interfund Transactions" for military functions is defined as comprising the accounts listed below:**

| | |
|---|---|
| 872310N | Interfund Transactions, Profits from Sales of Ship Stores, Navy |
| 816810D | Interfund Transactions, Payment from General Fund, National Security Education Trust Fund, Defense |
| 816820D | Interfund Transactions, Earnings on Investments, National Security Education Trust Fund, Defense (Non-051) |
| 816830D | Interfund Transactions, Recoveries, National Security Education Trust Fund, Defense |
| 816510D | Interfund Transactions, Employing Agency Contributions, Foreign National Employee Separation Pay, Defense |
| 833510D | Interfund Transactions, Employing Agency Contributions, Voluntary Separation Incentive, Defense |

833520D          Interfund Transactions, Earnings on Investments, Voluntary Separation Incentive Trust Fund, Defense (Non-051)

010604.          Functional Titles and Definitions – Other Defense Civil Programs

## **FUNCTIONAL TITLE – OTHER DEFENSE CIVIL PROGRAMS**

The function title "Other Defense Civil Programs" is defined as comprising the accounts listed below:

| | |
|---|---|
| 97X8097 | Military Retirement Fund |
| 97 0040 | Payments to Military Retirement Fund, Defense |
| 97 0041 | Concurrent Receipt Accrual Payments to the Military Retirement Fund |
| 97X8098 | Education Benefits Fund |
| 97X5472 | Uniformed Services Retiree Health Care Fund |
| 97 0850 | Payment to DoD Medicare Eligible |
| 21X5095 | Wildlife Conservation, etc., Military Reservation, Army |
| 17X5095 | Wildlife Conservation, etc., Military Reservation, Navy |
| 57X5095 | Wildlife Conservation, etc., Military Reservation, Air Force |
| 21X5285 | Department of Defense, Forest Products Program, Army |

Trust Fund Receipts and Special Fund Offsetting Receipts include:

| | |
|---|---|
| 809710D | Employing Agency Contributions, DoD Military Retirement Fund |
| 809720D | Earnings on Investments, DoD Military Retirement Fund |
| 809730D | Federal Contribution, DoD Military Retirement Fund |
| 809740D | Offsetting Receipts, Payment to Military Retirement Fund |
| 809810D | Employing Agency Contribution, DoD Education Benefits Fund |
| 809820D | Earnings on Investments, DoD Education Benefits Fund |
| 547210D | Employing Agency Contributions, DoD Retiree Health Care Fund |
| 547220D | Earnings on Investment, DoD Retiree Health Care Fund |
| 547230D | Federal Contribution, DoD Retiree Health Care Fund |
| 509510A | Sale of Hunting and Fishing Permits, Military Reservations, Army |
| 509510N | Sale of Hunting and Fishing Permits, Military Reservations, Navy |
| 509510F | Sale of Hunting and Fishing Permits, Military Reservations, Air Force |
| 528510A | Reserve Account, Department of Defense, Forest Products Program, Army |

0107     AUTOMATED FUTURE YEARS DEFENSE PROGRAM (FYDP) DATABASES

010701.          Standard Data Collection System (SDCS)

A.          Purpose and Objectives

1.    This Section provides for the maintenance of the FYDP.  The FYDP is a series of reports that record and display resource decisions made during the biennial Planning, Programming, Budgeting and Execution (PPBE) cycle.  The FYDP contains defense resources—people, forces (equipment and organizations), and dollars—categorized by programs and related to the budget's appropriation structure.  The FYDP provides a record of past decisions that assists senior leaders in deciding on future issues such as operations tempo, force structure size and composition, and investment strategies.

2.    Data are entered into the FYDP through the SDCS system.  SDCS allows all DoD organizations to submit FYDP data electronically, receiving real-time feedback on their inputs.  SDCS is a web-based application hosted on the Secret Internet Protocol Router Network (SIPRNet).  It allows users to update, correct, and view their organization's portion of the FYDP.

3.    The OUSD (Comptroller) maintains databases consisting of Operation and Maintenance TOA data, Procurement TOA data, RDT&E TOA data and Military Construction TOA data at a more detailed level than used in the FYDP.  All DoD organizations reporting FYDP data will submit these appropriations through the OUSD (Comptroller) automated programs databases as outlined in sections 010502, 010503, 010504, and 010505.  The SDCS will rollup up these appropriations to the proper level for inclusion in the FYDP report.  Formats for Operation and Maintenance TOA, Procurement TOA data, RDT&E TOA data and Military Construction TOA data are the same as required for the automated programs databases, covered in sections 010502, 010503, 010504, and 010505.

4.    Amounts entered for TOA, military endstrength, and civilian Full-Time Equivalents (FTE's) by Program Element must agree with the amounts submitted for the budget.  POM submissions for TOA must adhere to controls established by Fiscal Guidance or other controls as announced in subsequent guidance.

B.    Applicability and Scope

The provisions of this Section apply to the Office of the Secretary of Defense (OSD), the Military Departments, the Combatant Commands and the Defense Agencies/Field Activities (hereafter referred to as "DoD Components") that contribute data to the FYDP.  The Office of the Director, Program Analysis and Evaluation (hereafter referred to as "OD, PA&E") administers updating and general management of the FYDP.  OD, PA&E controls access to SDCS, for the purpose of providing data.

C.    Reporting Requirements

Updates to the FYDP are required coincident with the (1) Program and Budget Review and (2) the President's Budget (PB), and (3) for major restructures of the FYDP itself when directed by the OD, PA&E.  Specific guidance relative to approved changes, due dates, and special requirements is provided in a memorandum from OD, PA&E announcing each update.  In the Program and Budget Review FYDP submissions, acceptable update years are normally limited to the budget years and programming years (generally six years for TOA and

manpower, and nine years for forces).  In the PB FYDP submission, acceptable update years include the most recent prior year of the budget cycle to the end of the programming cycle (generally eight years for TOA and manpower, and 11 years for forces).  Since some appropriations—procurement, RDT&E, and military construction—are authorized for obligation over multiple years, it is periodically necessary to update historical years (the years prior to the first year of a PB FYDP update).  Historical changes will be accepted once during the PPBE cycle—usually during the President's Budget FYDP update—but only when explicitly directed by OD, PA&E.  These updates enable the FYDP to reflect transfers, rescissions, supplemental appropriations, reappropriations, and other authorized adjustments to total obligational authority, which might occur in multiyear appropriations, as well as to reflect actual accounting data.  Particular instructions for conducting historical-year updates will be issued by OD, PA&E as required.

      D.     Publication of FYDP Related-Information

      1.     Section 221 of Title 10 of the United States Code (U.S.C.) requires that:

      2.     "The Secretary of Defense shall submit to Congress each year, at or about the time that the President's budget is submitted to Congress that year under section 1105(a) of title 31, a future-years defense program (including associated annexes [now called "programs"]) reflecting the estimated expenditures and proposed appropriations included in that budget."

      3.     In accordance with the U.S.C., OD, PA&E will prepare the President's Budget FYDP Summary and Program Element Detail for transmission to the Congress.  In addition, OD, PA&E will provide FYDP-related information at all other updates for within DoD.  Historical updates, if collected at the time of the President's Budget FYDP update, will be issued with the subsequent PPBE cycle.

      E.     <u>Other Databases Related to the FYDP.</u>  Consistent with the FYDP are separate but related databases and documents constituting, the Operation and Maintenance Program, the Procurement Program, the RDT&E Program and the Military Construction Program.  These databases produce the Operation and Maintenance programs Report (O-1), the Procurement Programs Report (P-1), the RDT&E Programs Report (R-1) and the Military Construction Programs report (C-1).  Detailed information regarding these databases is provided in section 0105.  The FYDP Resource Structure Management (RSM) database maintains information about the program elements and other related attributes critical to the production of the FYDP.  Detailed information regarding this database is provided in Section 010702.

      F.     Instructions for Updating the FYDP

      1.     <u>General</u>

      a.  FYDP Forces, Manpower, Military Pay Rates, and remaining appropriations data not elsewhere submitted shall be submitted by DoD Components to the Programming and Fiscal Economics Division, OD, PA&E, over the SIPRNet, as directed.

      (1)  Operation and Maintenance, Procurement, RDT&E, and Military Construction appropriations data included in the FYDP will be submitted to OUSD (Comptroller) and forwarded to OD, PA&E for inclusion in the FYDP.  Reference section 0105 for further instructions.

      (2)  All FYDP data provided directly to OD, PA&E will be input into the SDCS system on the SIPRNet.  The following file formats may be used to submit data to SDCS.  Specific information and examples of these formats may be found on the SDCS web page located on the SIPRNet at https://dpd.pae.osd.smil.mil.

      (a)  Standard ASCII text file, fixed record length, with either single year per row or multiple years per row

      (b)  Excel spreadsheet file with either single year per row or multiple years per row

      b.  All resource changes to the data file shall be on a net change basis; that is, data currently in the file shall be revised (plus or minus) by an incremental amount to reflect the new approved position.

      c.  Program element codes and titles, resource identification codes, and DoD Component identifier codes are as prescribed by DoD 7045.7-H (FYDP Program Structure Handbook).  This publication is available at http://www.dtic.mil/whs/directives under "Publications," and in approved decision documents posted to the FYDP Resource Structure Management (RSM) web site (see Section 010702) but not yet reflected in DoD 7045.7-H.

      2.  Submission of Changes.  Changes submitted for net change/add record resource data (Data Format as prescribed in Section 010701F1) must provide specific identification of quantitative resource information by program element, resource identification code, and fiscal year.

      3.  Military Pay Rates.  Submission of each FYDP update should include average annual military pay rates which shall include permanent change of station (PCS) data, rounded to the nearest dollar for each fiscal year for each military personnel end-strength category identified in the FYDP.  Pay rates are used in updating the FYDP, and are also a FYDP data end-product in their own right.  It is the intent of OD, PA&E to reflect the most accurate pay rates available in each update to the FYDP.

  010702.  FYDP Resource Structure Management (RSM) System

      A.  <u>Purpose and Objectives.</u>  This section provides for the maintenance of the automated database of the FYDP's structure, and describes the procedures used for requesting

changes to the FYDP's structure, such as establishing new program element codes and definitions or changing program element titles and definitions. The primary information resource in the DoD for FYDP structure is the FYDP Resource Structure Management (RSM) web site https://rsm.pae.osd.smil.mil/RSM located on the SIPRNet.

B.    Applicability and Scope.    The provisions of this section apply to the Office of the Secretary of Defense (OSD), the Military Departments, the Combatant Commands and the Defense Agencies/Field Activities (hereafter referred to as "DoD Components") that contribute data to the FYDP. Updating and general management of the FYDP structure is administered by OD, PA&E.

C.    Reporting Requirements.    New program elements must be created when PPBE decisions shift resources among DoD Components or fund new programs. It is the responsibility of the DoD Components and the OUSD (Comptroller), Program/Budget to recommend changes to the FYDP structure via the RSM web site as the need arises. In addition, OUSD (Comptroller), Program/Budget will work with OD, PA&E in the establishment of new TOA Resource Identification Codes (RICs) to coincide with new Treasury Codes created by the Office of Management and Budget, or as otherwise required by PPBE decisions.

D.    Update and Publication of FYDP Structure Management Handbook, DoD 7045.7-H.    DoD 7045.7-H will be revised periodically (typically *two* times a year or with each update of the FYDP), as specified in DoDI 7045.7, Implementation of the Planning, Programming, and Budgeting System (PPBS), May 23, 1984. The RSM and DefenseLink web site will contain the most recent version to 7045.7-H, updated to reflect the Program and Budget Review, and President's Budget phases of the PPBE. FYDP Structure Coordination Documents (which are approved and placed on the RSM web site) should be used to supplement the most recent version of DoD 7045.7-H; they reflect the latest approved changes to the FYDP's structure.

E.    Other Databases Related to RSM.    The FYDP report, which is managed by OD, PA&E and updated by the components via the SDCS system, is referenced in Section 010701. The Operation and Maintenance Program, the Procurement Program, the RDT&E Program and the Military Construction Program are referenced in Section 0105.

F.    Instructions for Making Changes to the FYDP Structure on RSM.    Requests for changes to the FYDP's program structure, such as establishing new program element codes and definitions or clarifying program element titles and definitions, shall be submitted to OD, PA&E for coordination with the DoD Components. The primary instrument for submitting change requests is the RSM web site. The RSM web site provides instructions for formatting and submitting change requests. Each DoD Component has a designated representative authorized to submit change requests. Coordination cycles run continually throughout the year. Approved changes are reported periodically in the FYDP Structure Coordination Documents. These documents are posted on the RSM web site, and the approved structure changes are incorporated in the RSM database.

0108    AUTOMATED BUDGET, INTELLIGENCE, AND RELATED DATABASE (BIRD)

The Budget, Intelligence, and Related database (BIRD) maintained by OUSD(I) is the most complete, automated source of resource data for Intelligence and related activities for use by the Office of the Secretary of Defense and the Joint Staff.  The BIRD database is essential to the preparation of the Military Intelligence Program (MIP) justification books.  It facilitates functional analyses for OSD and the Joint Staff, and is compatible with the NIP resources database used by the Director of National Intelligence.  It is also fully consistent with data contained in the FYDP, R&D and Procurement Annexes, and budget databases, and is electronically matched to relevant data in these databases prior to use.  OUSD(I) collects MIP narrative data to support Program Budget Review and publication of the MIP Congressional Justification Book (CJB).  Specific instructions for the update of the BIRD database are contained in Chapter 16, Volume 2B.

0109    SELECT AND NATIVE PROGRAMMING (SNaP) DATA INPUT SYSTEM

Basic guidance for input through SNaP of programming detail data and selected budget exhibits for joint use of the program and budget review

010901.        Select and Native Programming (SNaP) Data Collection System

A.    <u>Purpose</u>.  This section provides the instructions for electronic submission of all programming detail data; and certain budget data requirements that have been combined with the corollary programming requirement.  The combined program/budget requirements are identified in the FMR issued by the OUSD (Comptroller), and the Programming and Budgeting Data Requirements (PBDR) instruction issued by the Office of the Director, Program Analysis and Evaluation, (OD, PA&E).  SNaP is a web based data collection and review system designed to collect and validate designated data for the combined Program and Budget review, and in some cases it is used to update the program and budget detail for the President's Budget.  SNaP is available on the SIPRNet at https://SNaP.pae.osd.smil.mil; and the unclassified NIPRNet at https://SNaP.pae.osd.mil.

B.    <u>Applicability and Scope.</u>  The provisions of this section apply to the Office of the Secretary of Defense (OSD), the Military Departments, the Combatant Commands, and the Defense Agencies/Field Activities (here after referred to as "DoD Components") that provide either a POM or a Budget to OSD.  Updating and general management of the data collected through SNaP is administered by the OD, PA&E.  OD, PA&E, Program Resources and Information Systems Management (PRISM) Division controls access to SNaP, for the purpose of submitting data.

C.    <u>Reporting Requirements.</u>  Updates to SNaP are required coincident with the Program and Budget Review, and for some requirements the President's Budget (PB).  Specific guidance relative to approved changes, due dates, and special requirements is provided in a memorandum announcing each update.  In all submissions, acceptable update years may include the two most recent prior years of the budget cycle to the end of the programming cycle (generally nine years for TOA and manpower, and 12 years for forces).

D.    Instructions for submitting designated programming and budgeting data in SNaP

1.    System and Software Requirements.  To interface with SNaP, users must have access to the NIPRNet and the SIPRNet (If the DoD Components' submission is classified).  Windows 95 or higher, and either the Microsoft Internet Explorer 4.x or Netscape Communicator 4.x or higher browser.  All narrative files must be in Microsoft Word format.  Any supporting files such as the cover letter or executive summary must be in Microsoft Word, Excel, or PowerPoint.

2.    Submission.  SNaP will be available through password and user id to all those designated by the Primary Point of Contact (POC) from your organization. You may submit, edit, and share your data with other members of your organization for a set period of time prior to the Program/Budget due date.  Once your data requirements are complete, (or by the due date) the Primary POC for your organization is responsible for making the submission official.  This action is completed on-line.

3.    Your work-in-progress.  Your work-in-progress is only available to your organization.  Programming and Budgeting Data requiring edits after the official due date will occur through permission granted by the system administrator.

4.    Preparing Data Structure and Format.  SNaP provides pre-formatted Microsoft Excel data files and on-line standard formats to assist you in building your data submission.  Wherever possible you are given a standard option menu to describe the data you are providing.  Each SNaP data requirement outlined in the PBDR and FMR identifies the data elements, and provides data definitions, instructions and business rules that will assist you in filling out the data tables accurately.  All required narrative is submitted as Microsoft Word documents, unless an alternative is specified in the specific data requirement

5.    Each of the data requirements collected.  SNaP has specific formats that will be used throughout this information management process.  Use of the pre-formatted data tables and on-line upload minimizes error.  Data ownership is created as soon as you log in and upload a file or submit data on-line.

6.    Review & Edit.  SNaP validates and verifies the information and rejects incorrect records.  A transaction summary is available for each batch upload submitted and an instant message is provided for each on-line transaction.  Once data is submitted it is instantly available for review in the format in which it will be displayed.  This may include any necessary data calculations or regroupings.  Users can go back and edit any part of their submission prior to official submission, and other members of the organization can also review it.

7.    Final Displays.  Official Program/Budget submissions through SNaP are available for the Program and Budget Review in the password protected Defense Programming Database Warehouse (DPD DW).

0110    GENERAL GUIDANCE SUBMISSION FORMATS

        011001.        Purpose

        The formats provided on the following pages reflect guidance presented in previous sections.  Unless modified in a submission budget call, these formats should be adhered to.

        011002.        Exhibits in Support of Section 0103 – Program and Budget Review Submission

PB-1A Fiscal Guidance Track...................................................................................... 161
PB-3 Reprogramming/Transfers Between Appropriations................................................. 162
PB-4 Schedule of Civilian and Military Personnel .......................................................... 165
PB-8  FY 20CY Supplemental Appropriation Requirements ............................................. 168
PB-10  Additional FY 20BY Budget Estimates................................................................ 170
Major Budget Issue Format....................................................................................... 172

        011003.        Exhibits in Support of Section 0104 – Congressional Justification/Presentation

PB-37A Justification of Supplemental Requirements.......................................................... 173
PB-37R  Budget Amendment Summary ........................................................................ 174
PB-37S  Program and Financing Schedule (Abbreviated)................................................. 175
PB-37T  Narrative Justification................................................................................... 176
PB-39A-1 Format - Appeal Input (Program Adjustments)................................................. 177
PB-39A-2 Format - Appeal Input (Language Items) ........................................................ 178
DD 1587 Record of Congressional Transcript Review........................................................ 179
DD 1790 Prepared Testimony Review............................................................................ 180
HAC QFR .............................................................................................................. 181
HASC QFR ............................................................................................................ 182
SAC QFR .............................................................................................................. 183
SASC QFR ............................................................................................................ 184
Insert - All Committees ............................................................................................ 185

        011004.        Exhibits in Support of Section 0105

        Budget Automation Requirements (See Section 0105)

        011005.        Exhibits in Support of Section 0107

        Automated FYDP Databases Requirements (See Section 0107)

Exhibit PB-1A.          Fiscal Guidance Track

**Fiscal Guidance Track**
(See Note 4)
**DoD Component**_____

(TOA in millions of dollars)

| | **FY 20BY1** | **FY 20BY2** | **FY 20BY2+1** | **FY 20BY2+2** | **FY 20BY2+3** | **FY 20BY2+4** |
|---|---|---|---|---|---|---|
| **POM FISCAL GUIDANCE** | | | | | | |
| **FUNCTIONAL TRANSFERS** (See Note 1) | | | | | | |
| **OTHER** (See Note 2) | _____ | _____ | _____ | _____ | _____ | _____ |
| **TOTAL PROGRAM AND BUDGET REVIEW SUBMISSION** (See Note 3) | | | | | | |

**APPROPRIATION TITLE**
    **Mil Pers**
    **Operation and Maintenance**
    **Procurement**
    **RDT&E**
    **Military Construction**
    **Family Housing**
    **Revolving Funds**
  **Total by Appropriation**

Notes:
1.  **Must be identified by appropriation and totals must agree with PB-14.**
2.  **Use of this entry must be fully explained.  Use "Other" to identify Military Personnel Appropriations**
3.  **Totals must agree with TOA in PB-1 Exhibit.  Totals should be separately displayed by Appropriation.**
4.  **This exhibit not required for President's Budget submission.**

Exhibit PB-3.  Reprogramming/Transfers Between Appropriations

**FY CY REPROGRAMMING/TRANSFERS BETWEEN APPROPRIATIONS**
**FY BY Program and Budget Review Submission**

Component:  _____

**FY CY**

**PROPOSED REPROGRAMMING INCREASES\*:**

**Appropriation**

　　**Program** (Identify each program by P-1, R-1, O-1, M-1, C-1 line item.  For Procurement programs identify the applicable quantities; for the RDT&E programs identify the applicable project; for personnel programs include military and civilian end strength, military average strength, and civilian full-time equivalents; for O&M programs include applicable force data, etc.)

　　　Justification for Increase:  Provide a detailed explanation as to why the increase is required and include an impact statement on the program if reprogramming is not approved.

　　**Program**
　　Justification for Increase**:**

　　　**Total for Appropriation**

**Appropriation**

　　**Program**
　　Justification for Increase**:**

　　**Program**
　　Justification for Increase**:**

　　　**Total for Appropriation**

**TOTAL PROPOSED REPROGRAMMING INCREASES**

**\***　　　**Use financing code 42000 for proposed budget authority transfer to an appropriation (increase)**

(Page 1 of 2)

**DoD 7000.14-R**                    **Financial Management Regulation**                    **Volume 2A, Chapter 1**

Exhibit PB-3.  Reprogramming/Transfers Between Appropriations (Continued)

**FY CY REPROGRAMMING/TRANSFERS BETWEEN APPROPRIATIONS**
**FY BY Program and Budget Review Submission**

Component:  _____
**FY CY**

**PROPOSED REPROGRAMMING DECREASES**\*\***:**

**Appropriation**

    **Program** (Identify each program by P-1, R-1, O-1, M-1, C-1 line item.  For Procurement programs identify the applicable quantities; for the RDT&E programs identify the applicable project; for personnel programs include military and civilian end strength, military average strength, and civilian full-time equivalents; for O&M programs include applicable force data, flying hours, etc.)

        Justification for Decrease:  Provide a detailed explanation as to why the reduction is possible.

    **Program**

        Justification for Increase:

        **Total for Appropriation**

**Appropriation**
    **Program**
        Justification for Decrease:

    **Program**
        Justification for Decrease:

        **Total for Appropriation**

 **TOTAL PROPOSED REPROGRAMMING DECREASES**

For these proposed reprogrammings/transfers, Components must also update the OUSD (Comptroller) automated budget system database with the necessary adjustments to include financing adjustments.

**\*\* Use financing code 41000 for proposed budget authority transfers from an appropriation (decrease)**

(Page 2 of 2)

Exhibit PB-4.  Schedule of Civilian and Military Personnel

(DoD Component - Army is Illustrated)
FY BY Budget Estimates

**SCHEDULE OF CIVILIAN AND MILITARY PERSONNEL**

| | FY PY | FY CY | FY BY1 | FY BY2 | FY BY2+1 | FY BY2+2 | FY BY2+3 | FY BY2+4 |
|---|---|---|---|---|---|---|---|---|

I. CIVILIAN PERSONNEL (Full-time Equivalents (FTEs))
Operation and Maintenance, Army
Direct Funded
 U.S. Direct Hire
 Foreign National Direct Hire
  Total Direct Hire
 Foreign National Indirect Hire
  Total, Direct O&M Army

 Reimbursable
 U.S. Direct Hire
 Foreign National Direct Hire
  Total Direct Hire
 Foreign National Indirect Hire
  Total, Reimbursable O&M Army

O&M Total
 U.S. Direct Hire
 Foreign National Direct Hire
  Total Direct Hire
 Foreign National Indirect Hire
  Total, O&M Army

RDT&E, Army
Direct Funded
 U.S. Direct Hire
 Foreign National Direct Hire
  Total Direct Hire

(page 1 of  4)

**DoD 7000.14-R**          **Financial Management Regulation**          **Volume 2A, Chapter 1**

Exhibit PB-4.  Schedule of Civilian and Military Personnel (Continued)

**(DoD Component - Army is Illustrated**
**FY BY Budget Estimates**

**SCHEDULE OF CIVILIAN AND MILITARY PERSONNEL**

| | FY PY | FY CY | FY BY1 | FY BY2 | FY BY2+1 | FY BY2+2 | FY BY2+3 | FY BY2+4 |
|---|---|---|---|---|---|---|---|---|
| I.  CIVILIAN PERSONNEL FTEs (Cont'd) | | | | | | | | |
| Foreign National Indirect Hire | | | | | | | | |
| Total, Direct RDT&E Army | | | | | | | | |
| | | | | | | | | |
| Reimbursable | | | | | | | | |
| U.S. Direct Hire | | | | | | | | |
| Foreign National Direct Hire | | | | | | | | |
| Total Direct Hire | | | | | | | | |
| Foreign National Indirect Hire | | | | | | | | |
| Total, Reimbursable RDT&E, Army | | | | | | | | |
| | | | | | | | | |
| RDT&E Total | | | | | | | | |
| U.S. Direct Hire | | | | | | | | |
| Foreign National Direct Hire | | | | | | | | |
| Total Direct Hire | | | | | | | | |
| Foreign National Indirect Hire | | | | | | | | |
| Total, RDT&E Army | | | | | | | | |

List appropriations/accounts in the normal budget order on the basis of where personnel are budgeted.

ARMY TOTAL CIVILIAN PERSONNEL FTEs
 U.S. Direct Hire
 Foreign National Direct Hire
  Total Direct Hire
 Foreign National Indirect Hire
  Total Army

II. ACTIVE MILITARY PERSONNEL (End Strength)
Military Personnel, Army
 Officers
 Enlisted
 Cadets
  Total Military Personnel

(page 2 of 4)

Exhibit PB-4.  Schedule of Civilian and Military Personnel (Continued)

**(DoD Component - Army is Illustrated)**
**FY BY Budget Estimates**

**SCHEDULE OF CIVILIAN AND MILITARY PERSONNEL**

| | FY PY | FY CY | FY BY1 | FY BY2 | FY BY2+4 |
|---|---|---|---|---|---|
| III. SELECTED RESERVE PERSONNEL (End Strength) | | | | | |
| | | | | | |
| Reserve Personnel, Army | | | | | |
| Trained in Units | | | | | |
| Officers | | | | | |
| Enlisted | | | | | |
| Total Trained in Units | | | | | |
| | | | | | |
| Individual Mobilized Augmentees | | | | | |
| Officers | | | | | |
| Enlisted | | | | | |
| Total Individual Mobilized Augmentees | | | | | |
| | | | | | |
| Training Pipeline | | | | | |
| Officers | | | | | |
| Enlisted | | | | | |
| Total Training Pipeline | | | | | |
| | | | | | |
| Full-time Active Duty | | | | | |
| Officers | | | | | |
| Enlisted | | | | | |
| Total Full-time Active Duty | | | | | |
| | | | | | |
| TOTAL ARMY RESERVE PERSONNEL | | | | | |
| Officers | | | | | |
| Enlisted | | | | | |
| Total Reserve Personnel, Army | | | | | |

(page 3 of 4)

Exhibit PB-4.  Schedule of Civilian and Military Personnel (Continued)

**(DoD Component - Army is Illustrated)**
**FY BY Budget Estimates**

**SCHEDULE OF CIVILIAN AND MILITARY PERSONNEL**

| | FY PY | FY CY | FY BY1 | FY BY2 | FY BY2+1 | FBY2+4 |
|---|---|---|---|---|---|---|
| III. SELECTED RESERVE PERSONNEL (Cont'd) | | | | | | |
| | | | | | | |
| National Guard Personnel, Army | | | | | | |
| Trained in Units | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Total Trained in Units | | | | | | |
| | | | | | | |
| Training Pipeline | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Total Training Pipeline | | | | | | |
| | | | | | | |
| Full-time Active Duty | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Total Full-time Active Duty | | | | | | |
| | | | | | | |
| TOTAL ARMY NATIONAL GUARD PERSONNEL | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Total National Guard Personnel, Army | | | | | | |
| | | | | | | |
| ARMY TOTAL SELECTED RESERVE | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Total | | | | | | |

(page 4 of 4)

Exhibit PB-8.  FY 20CY.  Supplemental Appropriation Requirements

**(Component)**
**FY 20CY SUPPLEMENTAL APPROPRIATION REQUIREMENTS**
**($ Thousands)**

| Appropriation Account Title | Existing Availability FY 20CY | Supplemental Budget Authority (BA) Requirements | | | |
|---|---|---|---|---|---|
| | | Military Pay | Civilian Pay | Other | Total |
| (1) | (2) | (3) | (4) | (5) | (6) |
| Mil. Pers., Army | | | | | |
| Budget Authority ($) | | | | | |
| Outlays ($) | | | | | |
| Military E/S | | | | | |
| O&M, Army | | | | | |
| Budget Authority ($) | | | | | |
| Outlays ($) | | | | | |
| Civilian FTE | | | | | |
| RDT&E, Army | | | | | |
| Budget Authority ($) | | | | | |
| Outlays ($) | | | | | |
| Civilian FTE | | | | | |

<u>INSTRUCTIONS</u>

Column (1):    Stub lines will be the same as those on Exhibit PB-1 on a budget basis.  Three lines of data (BA, outlays and military/civilian personnel impacts) are required for each account included in the supplemental proposal.

Column (2):    The dollar amounts in this column for BA and outlays must agree with FY 20CY amounts submitted in the automated Comptroller Information System (CIS) database for the Program and budget review submission.  Likewise, civilian FTE and Military E/S data must agree with amounts reported in the Component's automated CIS for the Program and budget review submission.

(Page 1 of 2)

Exhibit PB-8.  FY 20CY Supplemental Appropriation Requirements (Continued)


Columns (3),................................................................................................................    Show supplemental requirements (BA, military E/S, and civilian
(4) and (5):...............................................................................................................    FTE) by program.
Column (6):        Represents the sum of Columns (3), (4) and (5).  The BA, outlay, military E/S and civilian FTE amounts in these columns represent the
                   total supplemental request impacting FY 20CY.


TOTALS
    BA ($)
    Outlays ($)
    Mil E/S
    Civ FTE

(Page 2 of 2)

Exhibit PB-10.        Additional FY 20BY Budget Estimates

(Name of Component)
**ADDITIONAL FY 20BY BUDGET ESTIMATES**

Date_____

Component Control No._____

USD (Comptroller) Serial No._____

| Appropriation | | | | _Change ($000)_ | | | | | | Change Personnel | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Budget Subactivity Number | | | | | | | | | 20CY Change | | | 20BY1 Change | | | 20BY2 Change | | |
| Line Items | 20CY | 20BY1 | 20BY2 | | Category | ES | AS/FTE | Rate | ES | AS/FTE | Rate | ES | AS/FTE | Rate |
| _(1)_ | (2) | (3) | (4) | | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) |
| INCREASES | | | | | | | | | | | | | | |
| Military Personnel, Army | | | | | | | | | | | | | | |
| 777 Budgeted Amounts (ES & AS) | - | XX | XX | | XX | - | - | - | XX | XX | XX | XX | XX | XX |
| 540 Retired Pay Accrual ($) | - | XX | XX | | | | | | | | | | | |
| Operation and Maintenance, Army | | | | | | | | | | | | | | |
| 350 Info Security ($ and FTE) | | | | | | | | | | | | | | |
| 777 Budgeted Amounts ($ and FTE) | | | | | | | | | | | | | | |
| Total Increases | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| DECREASES | | | | | | | | | | | | | | |
| Other Procurement, Army | | | | | | | | | | | | | | |
| 777 Budgeted Amounts ($) | | | | | | | | | | | | | | |
| Maintenance Kit, MK-673 | | | | | | | | | | | | | | |
| Total Decreases | | | | | | | | | | | | | | |
| Outyear Impact | | | | | | | | | | | | | | |

| | | Change $000 | | |
|---|---|---|---|---|
| INCREASES | | | | |
| Military Personnel, Army | 20BY2+1 | 20BY2+2 | 20BY2+3 | 20BY2+4 |
| 777 Budgeted Amounts (ES) | | | | |
| 540 Retired Pay Accrual ($) | | | | |
| Operation & Maintenance, Army | | | | |
| 350 Info Security ($ and FTE) | | | | |
| Total Increases | | | | |
| | | | | |
| DECREASES | | | | |
| Other Procurement, Army | | | | |
| 777 Budgeted Amounts ($) | | | | |
| Total Decreases | | | | |

Notes:
   ES = Military end-strengths
   FTE = Civilian full time equivalents
   $ = Dollars in thousands

**(page 1 of 2)**

Exhibit PB-10.  Additional FY 20BY Budget Estimates (Continued)

<u>INSTRUCTIONS FOR PREPARATION</u>
<u>OF EXHIBIT PB-10</u>

The following instructions apply to all appropriations and funds:

Indicate in the heading the name of the submitting component, subject, date, and component submission control number.  Leave "USD (Comptroller) Serial No." blank.

Column (1):  List the appropriation or fund and the Budget Subactivity Number.  For the procurement appropriations, P-1 line items will be shown.  For the RDT&E appropriations, program elements will be shown.

Columns (2), (3) and (4):  List the TOA changes.  If there are also changes in financing adjustments, show these separately and then show the change in budget authority.  The military personnel amount to be used here will be the sum of the products of the workyears/$ rates shown to the right, using the standard rate.

Column (5):  List the military or civilian personnel categories affected by the change.  Military personnel change will be in end-strength (E/S) and civilian personnel change in full time equivalent (FTE). Use the categories illustrated in Exhibit PB-4.

Columns (6), (7), (9), (l0), (l2) and (l3):  List the military end strength and workyear changes, by activity.  Likewise, list civilian FTE changes by activity.

Columns (8), (11) and (14):  Show the average salary at which these changes were priced.

If there are no personnel changes, Columns (5) through (14) will be left blank.

Show a total for increases and decreases.

The outyear impact of the additional budget submission will be included at the end of Exhibit PB-10.  This will show the net change by appropriation budget subactivity number for each of the applicable outyears.

Narrative justification must also accompany Exhibit PB-10.

**Exhibit PB-10   (page 2 of 2)**

Major Budget Issue Format

**DEPARTMENT/AGENCY**  _____

**MAJOR BUDGET ISSUE**

**PBD No.**  _____                    **Subject**  _____

**(BA, $ in Millions)**

|                                                      | **FY BY1** | **FY BY2** | **FY BY2+1** | **FY BY2+2** | **FY BY2+3** | **FY BY2+4** |
|------------------------------------------------------|:----------:|:----------:|:------------:|:------------:|:------------:|:------------:|
| Component Budget<br>(As Adjusted by PDM)             |     xx     |     xx     |      xx      |      xx      |      xx      |      xx      |
| PBD Adjustment                                       |     xx     |     xx     |      xx      |      xx      |      xx      |      xx      |
| Amount Approved in PBD                               |     xx     |     xx     |      xx      |      xx      |      xx      |      xx      |
| Amount Appealed<br>(Change to amount approved in PBD)|     xx     |     xx     |      xx      |      xx      |      xx      |      xx      |

**Brief Description of Issue:**

(Limit entire issue to one page.)

**Component Recommendation:**

Exhibit PB-37A.        Justification of Supplemental Requirements

**Department of the _____**
**Military Personnel,_____**

(Dollars in Thousands)

FY CY Presently Available
FY CY Revised Estimate
FY CY Proposed Supplemental

Budget Activity:  <u>Subsistence of Enlisted Personnel</u>

<u>Justification of Supplemental Requirements</u>.

For increased feeding costs resulting from rising food prices.  Ration rates increased from $x.xx to $x.xx in CONUS, and from $x.xx to $x.xx Overseas.

Exhibit PB-37R.        Budget Amendment Summary

## DEPARTMENT OF THE AIR FORCE

**WEAPONS PROCUREMENT, AIR FORCE
BUDGET AMENDMENT SUMMARY
(Dollars in Thousands)**

FY BY Pending Request

      SRAM

      ALCM

FY BY Revision                                                                                        _____

FY BY Revised Request

**Financial Management Regulation**

Exhibit PB-37S.    Program and Financing Schedule (Abbreviated)

**DEPARTMENT OF THE AIR FORCE**

**WEAPONS PROCUREMENT, AIR FORCE**
**PROGRAM AND FINANCING SCHEDULE (abbreviated)**
**(Dollars in thousands)**

| | BUDGET PLAN | | | OBLIGATION PLAN | | |
|---|---|---|---|---|---|---|
| | FY BY Pending Request | FY BY Proposed Amendment | FY BY Revised Request | FY BY Pending Request | FY BY Proposed Amendment | FY BY Revised Request |
| Program by Activities | | | | | | |
| Direct: | | | | | | |
| 1. Ballistic Missiles | | | | | | |
| 2. Other Missiles | | | | | | |
| 3. Modification of In-Service Missiles | | | | | | |
| 4. Spares and Repair Parts | | | | | | |
| 5. Other Support | | | | | | |
| 6. Ammunition | _____ | _____ | _____ | _____ | _____ | _____ |
| TOTAL DIRECT | | | | | | |
| Reimbursable (Total) | _____ | _____ | _____ | _____ | _____ | _____ |
| TOTAL | | | | | | |
| Financing (Net) | _____ | _____ | _____ | _____ | _____ | _____ |
| BUDGET AUTHORITY OUTLAYS | | | | | | |

1/ Object Class 31.0: Equipment

Exhibit PB-37T.      Narrative Justification

**DEPARTMENT OF AIR FORCE**
**WEAPONS PROCUREMENT, AIR FORCE**
**NARRATIVE JUSTIFICATION**

(Dollars in Thousands)

FY BY Pending Request
FY BY Proposed Amendment
FY BY Revised Request

Budget Activity: <u>Other Missiles</u>

<u>Justification of proposed amendment.</u>

<u>AGM-69B SRAM</u>. Deletes the $xx,xxx,xxx FY BY requirement.  Due to the recent evolution of the Air Launch Cruise Missile (ALCM) as an effect weapon system and the continued ability to use the B-52 bomber well into the 1980's, the President directed the B-1 production be halted.  With the decision to not deploy the B-1, the Air Force requirement for the SRAM-B which was to be used on the B-1 is no longer valid.

<u>Air Launched Cruise Missile</u>.  The Air Launched Cruise Missile (ALCM) is an aerodynamic air-to-ground strategic missile propelled by a turbo-fan engine.  It has a high degree of accuracy through the combination of inertial guidance and terrain correlation update.  The missile is designed to be carried internally and/or externally on the B-52.  The ALCM is to be employed from a stand-off position against a wide variety of pre-selected lightly or undefended ground hard targets.  This budget amendment requests an additional $xx,xxx,xxx to accelerate the ALCM Initial Operating Capability (IOC).

Exhibit PB-39A-1.      Format - Appeal Input (Program Adjustments)

**Department of Defense Appeal**
**FY _____ Defense (Authorization or Appropriation) Bill**
**Appeal**


<u>Subject</u>:

<u>Appropriation</u>(s):

<u>Summary</u>:

　　　　Briefly describe the congressional action and the apparent reasons behind it.


| | | Budget Authority (Dollars in Millions) | | |
| --- | --- | --- | --- | --- |
| <u>Item</u> | <u>Request</u> | <u>House</u> | <u>Senate</u> | <u>Appeal</u> |


<u>DoD Position</u>:

　　　　The Department urges…


Concise description of our rationale for restoration.
Continuations and supplements are not necessary and will not be used.


**<u>Comptroller Internal Control Notes</u>**
Submitter:
Page/Section References:
Reviewing Directorate/Analyst:
Director's Recommendation:

Exhibit PB-39A-2.    Format - Appeal Input (Language Items)

## Department of Defense Appeal
## FY _____ Defense (Authorization or Appropriation) Bill

Subject:

Language/Provision:

    Briefly describe language or general provision and its apparent intent.

DoD Position:

    The Department opposes…
    The Department urges the exclusion of this provision.

Concise description of our rationale for revision or removal of language/general provision item as proposed.

**Comptroller Internal Control Notes**
Submitter:
Page/Section References:
Reviewing Directorate/Analyst:
Director's Recommendation:

Exhibit DD 1587.    Record of Congressional Transcript Review

---

**RECORD OF CONGRESSIONAL TRANSCRIPT REVIEW**

| TRANSCRIPT ACTION MONITOR *(Name, agency and telephone number)* | DATE RECEIVED FROM CONGRESS |
|---|---|

**To:** *(In turn)* | **DATE ACTION MUST BE COMPLETED**

1. _____  1. _____
2. _____  2. _____
3. DIRECTOR, FREEDOM OF INFORMATION
   AND SECURITY REVIEW    3. _____

| DESCRIPTION OF DOCUMENT COMMITTEE/SUBCOMMITTEE | HEARING DATE AND SUBJECT | PAGES ____ THRU ____ |
|---|---|---|
| | | HEARING: |
| | | CLASSIFICATIO |

The attached transcript of testimony is forwarded for editorial and security review in accordance with DoD Directive 5400.4. To meet committee requirements and allow time for final review by the Directorate for Freedom of Information and Security Review, OASD(PA), your action must be completed as indicated. Each element in the review process must give cooperative consideration to the time requirements of all elements in meeting due out dates. An advance copy of this DD Form has been sent to DFOISR, OASD(PA).

**GUIDELINES**

**I.    SECURITY**

   A.  GENERAL.  Review must be accomplished by officials competent to judge the security aspects of the subjects involved and to provide a consistent and defensible security position.

   B.  MARKING
      1.  Use black lead pencil.
      2.  Enclose with brackets [      ] information to be deleted.
      3.  Make deletions as limited as possible, considering whether the total context may contain clues to the information deleted.

**II    EDITORIAL**

   A.  GENERAL.  Edit to correct inaccuracies.

   B.  MARKING.
      1.  Use black lead pencil.
      2.  Line through all words or figures for which substitute language or figures are entered.  Do *not* use brackets.
      3.  Print or write all entries legibly.
      4.  Use standard proofreaders markings.
      5.  Do not change statements by committee members.  Note inaccuracies in the margin.

**REMARKS**

**FORWARDING**

**TO:** Director, Freedom of Information and Security Review    **Date:** _____

   Portions of the attached transcript which require deletion in the interests of national security before publication have been bracketed.  This action represents the considered judgement of this department/agency that the information so marked warrants the protection of security classification.

| SIGNATURE | OFFICE |
|---|---|

**DD Form 1587, MAR 78**    REPLACES DD FORM 1587, 1 APR 74, WHICH IS OBSOLETE.
**DD 1587  Record of Congressional Transcript Review**

Exhibit DD 1790.        Prepared Testimony Review

<table>
<tr><td colspan="2" align="center"><strong>PREPARED TESTIMONY REVIEW</strong></td></tr>
<tr><td><strong>TO:</strong><br>   DIRECTOR, FREEDOM OF INFORMATION AND SECURITY REVIEW</td><td><strong>DATE</strong></td></tr>
<tr><td colspan="2">The attached document is forwarded for review in accordance with paragraph D.2.a.(2), DoD Directive 5400.4.</td></tr>
<tr><td colspan="2"><strong>DESCRIPTION OF DOCUMENT</strong></td></tr>
<tr><td colspan="2"><strong>WITNESS</strong></td></tr>
<tr><td colspan="2"><strong>COMMITTEE/SUBCOMMITTEE</strong></td></tr>
<tr><td colspan="2"><strong>HEARING DATE AND SUBJECT</strong></td></tr>
<tr><td colspan="2"><strong>PAGE COUNT</strong>    THIS DOCUMENT IS FOR ☐ CLASSIFIED ☐ UNCLASSIFIED PRESENTATION <em>(Check applicable term)</em></td></tr>
<tr><td colspan="2"><strong>UPON COMPLETION NOTIFY</strong> <em>(Name, agency and telephone number)</em></td></tr>
<tr><td colspan="2"><strong>DIRECT QUESTIONS TO</strong> <em>(Name, agency and telephone number)</em></td></tr>
<tr><td colspan="2"><strong>REQUEST CLEARANCE NLT</strong> <em>(Date)</em></td></tr>
<tr><td colspan="2">The attached material has department/agency approval for the purpose specified. Any portions requiring security protection have been appropriately marked.</td></tr>
<tr><td><strong>ATTACHMENT</strong></td><td><strong>SIGNATURE</strong></td></tr>
</table>

**DD Form 1790, MAR 78**        **REPLACES DD FORM 1790, JAN 71, WHICH IS OBSOLETE**
**DD 1790 Prepared Testimony Review**

HAC QFR

Committee:  HAC Defense Subcommittee
Hearing Date:
Hearing:
Member:
Witness:
Question #:

Subtitle

Question:

Answer:

**All input is via CHARRTS**

HASC QFR

Committee:  House Armed Services
Hearing Date:
Subject:
Member:
Witness
Question #:

Question:

Answer:

**All input is via CHARRTS
when tasked by OUSD (Comptroller)**

SAC QFR

Committee:  SAC, Defense Subcommittee
Hearing Date:
Hearing:
Member:
Witness:
Question #


[Subject]

Question.
Answer.


**All input is via CHARRTS**

SASC QFR

Committee:  Senate Armed Services
Hearing Date:
Subject:
Question #:

Senator:
Witness:

**All input is via CHARRTS
when tasked by OUSD (Comptroller)**

INSERT - ALL COMMITTEES

## Insert - All Committees

Committee:
Hearing Date:
Hearing:
Member:
Witness:
Insert (Page#, Line#):

The information follows:

## All input is via CHARRTS

### VOLUME 2A, CHAPTER 2:  "MILITARY PERSONNEL APPROPRIATIONS"

### SUMMARY OF MAJOR CHANGES TO

All changes are denoted by blue font.

Substantive revisions are denoted by an \* symbol preceding the section, paragraph, table, or figure that includes the revision.

Unless otherwise noted, chapters referenced are contained in this volume.

**Hyperlinks are denoted by _bold, italic, blue and underlined font_.**

The previous version dated August 2010 is archived.

| PARA | EXPLANATION OF CHANGE/REVISION | PURPOSE |
|---|---|---|
| 020202 | Added Special Compensation for Assistance with Activities of Daily Living (SCAADL), Officer and Enlisted (1-L and 2-P) to Chart of Accounts; added authorities for Special Pay (1-D and 2-D), Reenlistment and Enlistment Bonus (2-F and 2-G), Temporary Early Retirement Authority (TERA) (1-K and 2O) and severance pay (2-O); added Reserve Income Replacement (6-I) to the BA/BSA list; and added SCAADL and Stop Loss Special Pay to Object Classification list | Added |
| 020202 | Revised authorities for Station Allowances, Overseas (1-G and 2-K); Object Classification for Basic Allowance for Housing changed from 11.710 to 11.610, and separated Incentive Pay and Special Pay for Aviation Career Duty (1-C-2) and Incentive Pay for Submarine Duty (1-C-3 and 2-C-3) from Incentive for Hazardous Duty (1-C-1 and 2-C-1) | Update |
| 020203 | Added Medical Pay - Critical Skills Accession Bonus, Dental Pay - Dental Critical Skills Retention Bonus, Special Pay for Pharmacists: Accession Bonus and Special Pay, Special Pay - Submarine Support Incentive Pay, and Special Compensation for Assistance with Activities of Daily Living, Officer and Enlisted to the BA/BSA list | Added |

**DoD 7000-R**        **Financial Management Regulation**        **Volume 2A, Chapter 2**
**\* November 2012**

| PARA | EXPLANATION OF CHANGE/REVISION | PURPOSE |
|------|-------------------------------|---------|
| 020203/ 020602 | Deleted "On permanent change of station with dependents not authorized, Government quarters not available" from Family Separation Allowance (FSA) and clarified three remaining types of FSA on the BA/BSA list | Update |
| 020203 | Revised authorities for Non-temporary Storage, Temporary Lodging Expense (and max amount), and Pet Quarantine Fees | Update |
| 020204/ 020303 | Removed Exhibit PB-30Y - Performance Measures and Evaluation Summary from Section 5 (Remains in Section 2) | Deleted |
| 020302 | Added CONUS COLA (1-H-30) and Mass Transit Benefit, Officer (1-H-31) and Enlisted (1-H-32) to the Chart of Accounts | Added |
| 020302 | Revised Definitions/Descriptions of Platoon Leaders Class, Branch Officer Basic Course, Chaplain Candidate Program, Incentive Pay for Hazardous Duty, and Special Pay | Update |
| 020303 | Deleted reference to Training and Administration of Reserves (TAR) on MPR-6 – Active Guard and Reserve Costs | Deleted |
| 020602 | Added Selected Reserve 12304b Authority to Exhibit PB-30E | Added |
| 020602/ 020603 | New exhibit format for existing requirement – PB-30X Subactivity Detail Justification (Active & Reserve) | Added |
| 020603 | Exhibit MPR-10 – Monthly Obligation Phasing Plan | Added |
| 0207 | Added guidance and formats for Overseas Contingency Operations (OCO) budget submissions | Added |

# Table of Contents

VOLUME 2A, Chapter 2: "MILITARY PERSONNEL APPROPRIATIONS"............................1

0201      GENERAL.......................................................................................................6

  020101.  Purpose...................................................................................................6

0202      ACTIVE  MILITARY  PERSONNEL  AND  MEDICARE-ELIGIBLE  RETIREE
HEALTH FUND CONTRIBUTION APPROPRIATIONS...........................................7

  020201.   General...................................................................................................7
  \* 020202.  Uniform Budget and Fiscal Accounting Classification..........................7
  \* 020203.  Budget Presentation Structure Requirements.......................................21
  \* 020204.  Program and Budget Review Submission.............................................29
  020205.   Congressional Justification/Presentation .............................................32

0203      RESERVE  MILITARY  PERSONNEL  AND  MEDICARE-ELIGIBLE  RETIREE
HEALTH FUND CONTRIBUTION APPROPRIATIONS ........................................32

  020301.   General.................................................................................................32
  \* 020302.  Uniform Budget and Fiscal Accounting Classification........................32
  \* 020303.  Program and Budget Review Submission.............................................44
  020304.   Congressional Justification/Presentation .............................................47

0204      DoD MILITARY PERSONNEL RETIREMENT REQUIREMENTS ...................47

  020401.  Uniform Budget and Fiscal Accounting Classifications..........................47

0205      DoD MILITARY PERSONNEL - CIVIL FUNCTIONS.........................................50

  020501.  Purpose.................................................................................................50
  020502.  Military Retirement Fund/Education Benefits Fund/Retiree Health Care Fund .....50

0206      BASELINE   MILITARY   PERSONNEL   APPROPRIATION   SUBMISSION
FORMATS .................................................................................................................50

  020601.    Purpose...............................................................................................50
  \* 020602.  Exhibits in Support of Section 0202 - Active Military Personnel Appropriations51
  \* 020603.  Exhibits  in  Support  of  Section  0203  –  Reserve  Military  Personnel
Appropriations.................................................................................................52

Exhibit PB-30A Summary of Requirements by Budget Program (Active)................................53
Exhibit PB-30B Summary of Military Personnel Strength (Active)..........................................55
Exhibit PB-30C Military Personnel End Strength by Grade (Active).......................................57
Exhibit PB-30D Military Personnel Average Strength by Grade (Active) ................................58

**Table of Contents (Continued)**

Exhibit PB-30E Active Duty Strengths by Month (Active) ........................................................59
Exhibit PB-30F Gains and Losses by Source and Type (Active)................................................60
Exhibit PB-30J Summary of Entitlements by Subactivity (Active) ...........................................63
Exhibit PB-30K Analysis of Appropriation Changes and Supplemental Requirements (Active)68
Exhibit PB-30O Schedule of Increases and Decreases Summary (Active & Reserve).............72
Exhibit PB-30P Schedule of Increases and Decreases (Active & Reserve)..............................73
Exhibit PB-30Q Military Personnel Assigned Outside DoD (End Strength) (Active) .............74
Exhibit PB-30R Reimbursable Program (Active & Reserve) ....................................................76
Exhibit PB-30S Reserve Officer Candidates (ROTC) Enrollment (Active) .............................77
Exhibit PB-30T Reserve Officer Candidates (ROTC) Program (Active) .................................78
Exhibit PB-30V Incentive/Bonus Payment Stream (Active & Reserve) ...................................79
Exhibit PB-30X  Subactivity Detailed Justification (Active)....................................................81
Exhibit PB-30Y Performance Measures and Evaluation Summary............................................82
Exhibit PB-30Z Monthly End Strengths by Pay Grade (Active) ..............................................83
Exhibit MP-2, Part 1 Dependents, Housing and BAH Estimates...............................................84
Exhibit MP-2, Part 2, Basic Allowance for Housing Costs Summary .......................................86
Exhibit MP-3 Summary of Outyear Data ...................................................................................89
Exhibit MP-4 Military Personnel by Region and Country (End Strength) .................................90
Exhibit MP-6 Education Benefits................................................................................................96
Exhibit MP-7 Aviation Retention Bonus....................................................................................98
Exhibit MP-9 Summary of Basic Pay and Retired Pay Accrual Costs ....................................101
Exhibit MP-11 Gains Phased by Month ...................................................................................102
Exhibit MP-12 Pay Raise Data .................................................................................................103
Exhibit MP-13 - Medicare-Eligible Retiree Health Fund Contributions .................................104
Exhibit MP-14 - Selected Officer Occupation Specialties .......................................................105
Exhibit MP-15 Monthly Obligation Phasing Plan ...................................................................109
Exhibit MP-16 – Recruiting and Retention Data......................................................................110
Exhibit MP-17 – Reimbursable Program (Reimbursing Customers)........................................112
Exhibit PB-30A Summary of Requirements by Budget Program (Reserves)...........................113
Exhibit PB-30F Schedule of Gains and Losses to Selected Reserve Strength .........................115
Exhibit PB-30F Schedule of Gains and Losses to Selected Reserve Strength .........................116
Exhibit PB-30G Summary of Personnel (Reserves)..................................................................117
Exhibit PB-30H Reserve On Active Duty - Strength by Grade (Reserves) ..............................118
Exhibit PB-30I Strength by Month (Reserves)..........................................................................119
Exhibit PB-30J Summary of Entitlements by Subactivity (Reserves) ......................................120
Exhibit PB-30K Analysis of Appropriation Changes (Reserves) .............................................125
Exhibit PB-30L Summary of Basic Pay and Retired Pay Accrual Costs (Reserves)..............130
Exhibit PB-30M Summary of BAH Costs (Reserves) ..............................................................132
Exhibit PB-30N Summary of Travel Costs (Reserves) .............................................................134
Exhibit PB-30U Summary of BAS AND SIK Costs (Reserves)...............................................136
Exhibit PB-30W Full-Time Support Personnel (Reserves) ......................................................138
Exhibit PB-30X  Subactivity Detailed Justification (Reserve) ................................................139

## Table of Contents (Continued)

Exhibit PB-30Y Performance Measures and Evaluation Summary (Reserves)......................140
Exhibit MPR-1 IADT Program and Prior Service Enlistments..................................141
Exhibit MPR-2 Basic Allowance for Housing Costs Summary..............................143
Exhibit MPR-3 Summary of Outyear Data .....................................................144
Exhibit MPR-4 Education Benefits (Title 10 USC, Chapter 1606 & 1607) ..........................146
Exhibit MPR-5 Summary of Basic Pay and Retired Pay Accrual Costs................................148
Exhibit MPR-6 Active Reserve/Guard (AGR) Personnel Cost................................149
Exhibit MPR-7 Pay Raise Data .......................................................................150
Exhibit MPR-8 Medicare-Eligible Retiree Health Fund Contributions ...................................151
Exhibit MPR-9 -  Selected Officer Occupation Specialties ...................................154
Exhibit MPR-10- Monthly Obligation Phasing Plan.........................................158
Exhibit MPR-11 – Recruiting and Retention Data .......................................................159
Exhibit MPR-12 – Reimbursable Program (Reimbursing Customers) ...................................161

*0207      OVERSEAS CONTINGENCY OPERATIONS (OCO) MILITARY PERSONNEL
APPROPRIATION SUBMISSION FORMATS ........................................................162

    020701.  Purpose.................................................................................162
    020702.  Exhibits in support of Military Personnel OCO Request.....................................163

Exhibit OCO-1..........................................................................................164
Exhibit OCO-2..........................................................................................168
Exhibit OCO-3..........................................................................................170

# CHAPTER 2

## MILITARY PERSONNEL APPROPRIATIONS

0201     GENERAL

    020101.     Purpose

    A.     This Chapter prescribes the justification materials required for the Military Personnel and Medicare-Eligible Retiree Health Fund Contribution appropriations for both the Active and the Reserve Forces to support the program and budget review submission and the presentation of the President's budget submission to the Congress.

    B.     The following appropriations and accounts are covered:

        1.     In Section 0202:  Active Personnel, Army, Navy, Marine Corps, Air Force and Medicare-Eligible Retiree Health Fund Contribution, Army, Navy, Marine Corps, Air Force.

        2.     In Section 0203:  Reserve Personnel, Army, Navy, Marine Corps, Air Force; National Guard Personnel, Army, Air Force; Medicare-Eligible Retiree Health Fund Contribution, Reserve Personnel, Army, Navy, Marine Corps, Air Force and Medicare-Eligible Retiree Health Fund Contribution, National Guard Personnel, Army, Air Force.

        3.     In Section 0204:  Military Personnel Retirement Requirements.

        4.     In Section 0205:  Military Retirement Fund, Education Benefits Fund, and Retiree Health Care Fund

    C.     Fund requirements for the Military Personnel and Medicare-Eligible Retiree Health Fund Contribution appropriations will be presented using the budget and fiscal accounting classifications as set forth below in sections 0202 and 0203.  Program and Budget estimates will be based upon approved military personnel/strength programs as contained in the exhibits required in this Chapter, and in accordance with such special instructions as may be issued by the Office of the Under Secretary of Defense (P&R) as part of the call for the services' military strength programs.

    D.     Budgeting for Inflation.  Anticipated inflation will be included in the Program and Budget Review Submission for clothing, subsistence-in-kind, basic allowances for housing and subsistence, the commercial portions of permanent change of station travel, and temporary lodging allowances overseas.  The inflation rates to be used will be based upon approved price escalation indices provided as an enclosure to the annual FY 20CY revised and FY 20BY Program and Budget Review Guidance memorandum.

0202    ACTIVE MILITARY PERSONNEL AND MEDICARE-ELIGIBLE RETIREE HEALTH FUND CONTRIBUTION APPROPRIATIONS

020201.    General

A.    The purpose of this section is to provide general information applicable to the Active Military Personnel and Medicare-Eligible Retiree Health Fund Contribution appropriations including funding policies, classifications, and definitions unique to these accounts.  Generic policies and requirements are addressed in Volume 2A, Chapter 1.  The Military Components should consult <u>all</u> of the other chapters for exhibit requirements that are not specifically addressed in this chapter including the Other Special Analysis chapter (See Volume 2A, Chapter 1 and Volume 2B, Chapter 19).

B.    This section provides the budget and fiscal accounting classifications for the military personnel and Medicare-Eligible Retiree Health Fund Contribution appropriations for uniform application by the Military Departments and the Office of the Secretary of Defense, pursuant to the provisions of Title 10, United States Code (U.S.C.), section 115.  The objective is to establish the basis for uniform budget presentations and a standard budget and fiscal accounting classification, which shall be used on a uniform basis for the military personnel and Medicare-Eligible Retiree Health Fund Contribution appropriations throughout the Department of Defense in submitting budget estimates and in accounting and reporting on the status of funds for the Military Personnel and Medicare-Eligible Retiree Health Fund Contribution appropriations.

\* 020202.    Uniform Budget and Fiscal Accounting Classification

A.    The budget and accounting classification prescribed herein shall be the official classification for use in preparing budget estimates, accounting for budgetary and financial transactions, and in submitting reports on the applicable appropriation accounts.  Individual budget activity and subactivity accounts shall be established as required for the accounts listed in paragraph 020101, above.  Variations in the activity and subactivity classification and titles shall not be made, <u>except</u> that additional accounts consistent with this budget and accounting classification may be established in order to meet administration requirements of the various elements of the Military Departments.  The scope of each account is described below.

B.    Symbol numbers shall be assigned to each of the budget activities and subactivities listed below in the same manner and the same sequence and will be consistent with the fiscal codes for all appropriations and funds, as published in the respective Military Department fiscal code manuals.

C.    Chart of Accounts - The chart of accounts that follows represents a summary of the accounting and reporting structure under the Active Military Personnel and Medicare-Eligible Retiree Health Fund Contribution appropriations.  However, for purposes of presentation of budget estimates, as distinguished from monthly reporting, additional statistical breakdown will be required as shown in paragraph 020203, below.

CHART OF ACCOUNTS DEFINITIONS/DESCRIPTIONS
Budget Activity (BA) and Budget Subactivity (BSA) [a/]

BA/BSA – Active Military Personnel Appropriations
1           Pay and Allowances of Officers
1-A        Basic Pay
1-B        Retired Pay Accrual
1-C        Incentive Pay for Hazardous Duty
1-D        Special Pay
1-E        Basic Allowance for Housing
1-F        Basic Allowance for Subsistence
1-G        Station Allowances, Overseas
1-H        CONUS COLA
1-I        Clothing Allowances
1-J        Family Separation Allowances
1-K        Separation Payments
1-L        Special Compensation for Assistance with Activities of Daily Living - Officer
1-M        Social Security Tax - Employer's Contribution

2           Pay and Allowances of Enlisted Personnel
2-A        Basic Pay
2-B        Retired Pay Accrual
2-C        Incentive Pay for Hazardous Duty
2-D        Special Pay
2-E        Special Duty Assignment Pay
2-F        Reenlistment Bonus
2-G        Enlistment Bonus
2-H        Education Benefits (College Fund)
2-I        Loan Repayment Program
2-J        Basic Allowance for Housing
2-K        Station Allowances, Overseas
2-L        CONUS COLA
2-M        Clothing Allowances
2-N        Family Separation Allowances
2-O        Separation Payments
2-P        Special Compensation for Assistance with Activities of Daily Living - Enlisted
2-Q        Social Security Tax - Employer's Contribution

3           Pay and Allowances of Cadets and Midshipmen
3-A        Academy Cadets and Midshipmen

4           Subsistence of Enlisted Personnel
4-A        Basic Allowance for Subsistence
4-B        Subsistence in Kind
4-C        Family Subsistence Supplemental Allowance (FSSA)

5           Permanent Change of Station Travel
5-A        Accession Travel
5-B        Training Travel
5-C        Operational Travel Between Duty Stations (within CONUS and within Overseas)
5-D        Rotational Travel to and from Overseas
5-E        Separation Travel
5-F        Travel of Organized Units

| 6 | Other Military Personnel Costs |
| 6-A | Apprehension of Military Deserters, Absentees, and Escaped Military Prisoners |
| 6-B | Interest on Uniformed Services Savings Deposits |
| 6-C | Death Gratuities |
| 6-D | Unemployment Benefits |
| 6-E | Education Benefits |
| 6-F | Adoption Expenses |
| 6-G | Mass Transportation Benefit |
| 6-H | Partial Dislocation Allowance |
| 6-I | Servicemembers' Group Life Insurance (SGLI) / T-SGLI |
| 6-J | Reserve Officers Training Corps (ROTC) |
| 6-K | Junior Reserve Officers Training Corps (JROTC) |
| 6-L | Stop Loss Retroactive Pay |
| 6-M | Preventive Health Allowance |

BA/BSA – Medicare-Eligible Retiree Health Fund Contribution Appropriations

| 1 | Officers |
| 2 | Enlisted |

a/          Proper coding will be assigned to each Military Department in accordance with fiscal codes for all appropriation activities.

        D.    Chart of Accounts Budget Activities and Subactivities Definitions/Descriptions are provided on the following pages.

        E.    Object Classification - The object classifications that follow the Chart of Accounts Budget Activities and Subactivities Definitions/Descriptions shall be the official classifications for use in preparing budget estimates, accounting for budgetary and financial transactions, and in submitting reports on the applicable appropriation accounts.

BA/BSA – Active Military Personnel Appropriations

1.    Pay and Allowances of Officers - For the pay and allowances authorized by law to be paid to officers, including commissioned and warrant of the Regular Forces and officers of the Reserve Components on extended active duty.  In accordance with the provisions of 31 U.S.C. 371(b), officers may not receive a bonus or incentive pay under both subchapter I and subchapter II of Chapter 5 of title 37, USC (37 U.S.C. §§301-330 and 31 U.S.C. §§331-355, respectively) for the same activity, skill, or period of service.

1-A.    Basic Pay:  For basic compensation of officers, including length of service increments, under provisions of Title 37, United States Code (U.S.C.), sections 201, 203 and 205.

1-B.    Retired Pay Accrual: For the Department of Defense's Contribution to its Military Retirement Fund under provisions of 10 U.S.C. 1466.  Retired pay accrual amounts will be precisely the specified percent of basic pay.  Retired pay accrual does not apply to academy cadets or midshipmen.

1-C-1.    Incentive Pay for Hazardous Duty:  For pay of officers for performance of hazardous duty required by competent authority under provisions of 37 U.S.C. 301 or  37 U.S.C. 351. Includes:

      a.     Duty as a crew member as determined by the Secretary concerned, involving frequent and regular participation in aerial flight.

      b.     Duty involving frequent and regular participation in aerial flights not as a crew member pursuant to paragraph a, above.

      c.     Duty involving parachute jumping as an essential part of military duty.

      d.     Duty involving the demolition of explosives as a primary duty, including training for such duty.

      e.     Duty inside a high or low pressure chamber.

      f.     Duty as a human acceleration or deceleration experimental subject.

      g.     Duty as human test subject in thermal stress experiments.

      h.     Duty involving frequent and regular participation in flight operations on the flight deck of an aircraft carrier or of a ship other than an aircraft carrier from which aircraft are launched.

      i.     Duty involving service as an air weapons controller.

      j.     Duty involving use of toxic fuel or waste.

      k.     Duty involving highly toxic pesticides or live, hazardous organisms.

      l.     Duty involving visit, board, search and seizure.

1-C-2.   Incentive and Special Pay for Aviation Career Duty:  For pay of officers for performance of aviation duty required by competent authority under provisions of 37 USC 301a, 301b, and 334.  Includes:

      a.     For the frequent and regular performance of operational or proficiency flying duty required by orders.

      b.     For the written agreement to remain on active duty in aviation service for at least 1 year in an aviation specialty designated as critical.

1-C-3.   Incentive Pay for Submarine Duty:  For pay of officers for performance of duty required by competent authority under provision of 37 USC 301c. while attached under competent orders to a submarine, while serving as an operator or crew member of an operational submersible (including an undersea exploration or research vehicle), while undergoing training preliminary to assignment to a nuclear-powered submarine, while undergoing rehabilitation after assignment to a nuclear-powered submarine, or, in the case of a member qualified in submarines, while attached as a member of a submarine operational command staff whose duties require serving on a submarine during underway operations.

1-D.    Special Pay:  For special and incentive pay to officers on active duty as physicians, dentists, optometrists, pharmacists, veterinarians, nurses and psychologists under the provisions of 37 U.S.C. 301d, 301e, 302, 302a, 302b, 302c, 302d, 302e, 302h, 302i, 302j, 302k, 303, and 335; certain designated officers in positions of unusual responsibility which are of a critical nature to the Service concerned under provisions of 37 U.S.C. 306; officers on duty subject to hostile fire or imminent danger under provisions of 37 U.S.C. 310 or 37 U.S.C. 351; personal

money allowance to certain Generals and Admirals under provisions of 37 U.S.C. 414; for diving duty pay under the provisions of 37 U.S.C. 304;  for hardship duty pay while assigned to locations or duties designated by the Secretary of Defense under the provisions of 37 U.S.C. 305; for career sea pay under the provisions of 37 U.S.C. 305a; for nuclear officer incentive pay under the provisions of 37 U.S.C. 312, 312b, 312c, or 333; for members extending duty at designated overseas locations under the provisions of 37 U.S.C. 314; for engineering and scientific duty performed by officers under the provisions of 37 U.S.C. 315;  for foreign language proficiency under the provisions of 37 U.S.C. 316 or 353; for special warfare officers extending period of active duty under the provisions of 37 U.S.C.318; for surface warfare continuation pay under the provisions of 37 U.S.C.  319; for judge advocate continuation pay under the provisions of 37 U.S.C. 321; for assignment incentive pay under the provisions of 37 U.S.C. 307a; for retention incentives for members qualified in critical military skills under the provisions of 37 U.S.C. 332 or 355; for accession bonus for new officers in critical skills under the provisions of 37 U.S.C. 324 or 332; for incentive bonuses to transfer between armed forces under the provisions of 37 U.S.C. 327 or 332; and for continuation of pays during hospitalization and rehabilitation under the provisions of 37 U.S.C. 372.

1-E.    Basic Allowance for Housing:  For housing allowances payable to officers under the provisions of 37 U.S.C. 403. BAH is comprised of BAH-Domestic and BAH-Overseas.

1-F.    Basic Allowance for Subsistence:  For subsistence allowances payable to officers under the provisions of 37 U.S.C. 402.

1-G.    Station Allowances, Overseas:  For per diem allowances payable to officers stationed outside the Continental  United States or in Hawaii or Alaska  based on cost of living for members stationed outside the United States as prescribed by Joint Federal Travel Regulations and authorized under the provisions of 37 U.S.C. 475.

1-H.    CONUS Cost of Living Allowance: For payments to eligible officers assigned to high cost areas under the provisions of 37 U.S.C. 403b.

1-I.    Clothing Allowances:  For payments to officers for purchase of required uniform under the provisions of 37 U.S.C. 415 - 419

1-J.    Family Separation Allowances:  For family separation allowances payable to officers under the provision of 37 U.S.C. 427.

1-K.    Separation Payments:

       a.    For payments to officers for accumulated annual leave under the provisions of 37 U.S.C. 501.

       b.    For severance pay to officers, including elimination severance pay to officers not eligible for retirement under any provision of law on the date of elimination by promotion list passover, under the provisions of 10 U.S.C. 1174; elimination severance pay for cause under the provisions of 10 U.S.C. 1181; disability severance pay under the provisions of 10 U.S.C. 1212.

       c.    For lump sum readjustment payments to Reserve officers under the provisions of 10 U.S.C. 12312.

       d.    Voluntary Separation Incentive (VSI) - For payment of an annuity to officers voluntarily separating from active duty during the drawdown under the provisions of 10 U.S.C. 1175.

e.    Voluntary Separation Pay (VSP) – For a lump sum payment to officers who have served on active duty or full-time National Guard duty for more than 6 years but not more than 12 years and voluntarily separate under the provisions of 10 U.S.C. 1175a.

f.    Special Separation Benefit (SSB) - For a lump sum payment to officers separating from active duty during the drawdown under the provisions of 10 U.S.C. 1174a.

g.    Temporary Early Retirement Authority (TERA) - For payment of retired pay to selected active duty officers who retire with between 15 and 20 years of service under the provisions of 10 U.S.C. 1293, 3911, 3914, 6323, 6330, 8911 and 8914.  Section 504(b) of the FY 2012 National Defense Authorization Act (NDAA), P.L. 112-81, reinstates temporary retirement authorities in section 4403 of the FY 1993 NDAA (P.L. 102-484) from fiscal year 2012 to December 31, 2018.

h.    $30,000 Lump Sum Bonus – For payment to service members who entered the uniformed service on or after August 1, 1986, who opt to retire under the Redux retirement plan (40 percent retirement benefit at 20 years of service with partial COLA) under the provisions of 37 U.S.C. 354.

1-L.    Special Compensation for Assistance with Activities of Daily Living For payment of monthly compensation to an officer with catastrophic injuries or illnesses requiring assistance in everyday living under the terms and conditions specified by 37 U.S.C. 439.

1-M.    Social Security Tax Employer's Contribution: For payment of tax of employer to Social Security Administration as provided by Federal Insurance Contributions Act (FICA).

2.    Pay and Allowances of Enlisted Personnel - For the pay and allowances authorized by law to be paid to enlisted personnel of the Regular forces and enlisted members of the Reserve Components on extended active duty.  In accordance with the provisions of 31 U.S.C. 371(b), enlisted members may not receive a bonus or incentive pay under both subchapter I and subchapter II of Chapter 5 of title 37, USC (37 U.S.C. §§301-330  and 31 U.S.C. §§331-355, respectively) for the same activity, skill, or period of service.

2-A.    Basic Pay:  For basic compensation of enlisted personnel, including length of service increments, under the provisions of 37 U.S.C. 201, 203 and 205.

2-B.    Retired Pay Accrual:  For the Department of Defense's Contribution to its Military Retirement Fund, under provisions of 10 U.S.C. 1466.  Retired pay accrual amounts will be precisely the specified percent of basic pay.

2-C-1.    Incentive Pay for Hazardous Duty:  For pay of enlisted personnel for performance of hazardous duty required by competent authority under the provisions of 37 U.S.C. 301 and 37 U. S.C. 351.  Includes:

a.    Duty as a crew member as determined by the Secretary concerned, involving frequent and regular participation in aerial flight.

b.    Duty involving frequent and regular participation in aerial flights not as a crew member pursuant to paragraph a, above.

c.    Duty involving parachute jumping as an essential part of military duty.

d.    Duty involving the demolition of explosives as a primary duty, including training for such duty.

e.      Duty inside a high or low pressure chamber.

f.      Duty as a human acceleration or deceleration experimental subject.

g.      Duty as human test subject in thermal stress experiments.

h.      Duty involving frequent and regular participation in flight operations on the flight deck of an aircraft carrier or of a ship other than an aircraft carrier from which aircraft are launched.

i.      Duty involving service as an air weapons controller.

j.      Duty involving use of toxic fuel or waste.

k.      Duty involving highly toxic pesticides or live, hazardous organisms.

l.      Duty involving Visit, Board, Search and Seizure.

2-C-2.   Career Enlisted Flyer Pay:  For career enlisted flyer pay under the provisions of 37 U.S.C. 320.  To be paid to an enlisted member of the armed forces who holds an enlisted military occupational specialty or enlisted military rating designated as career enlisted flyer specialty or rating by the Secretary concerned, performs duty as a dropsonde system operator, or is in training leading to qualification and designation of such a specialty or rating or the performance of such duty and meets the other requirements as designated in 37 U.S.C. 320 or 353 outlined in DoD Instruction 7730.67.

2-C-3.   Incentive Pay for Submarine Duty:  For enlisted submarine pay under provision of 37 USC 301c. for performance of duty while attached under competent orders to a submarine, while serving as an operator or crew member of an operational submersible (including an undersea exploration or research vehicle), while undergoing training preliminary to assignment to a nuclear-powered submarine, while undergoing rehabilitation after assignment to a nuclear-powered submarine, or, in the case of a member qualified in submarines, while attached as a member of a submarine operational command staff whose duties require serving on a submarine during underway operations.

2-D.     Special Pay:  For hardship duty pay while assigned to locations or duties designated by the Secretary of Defense under the provisions of 37 U.S.C. 305; for career sea pay under the provisions of 37 U.S.C. 305a; for diving duty pay under the provisions of 37 U.S.C. 304; for assignment incentive pay under the provisions of 37 U.S.C. 307a; for duty subject to hostile fire or imminent danger under the provisions of 37 U.S.C. 310 or 37 U.S.C. 351; for nuclear-trained and qualified, and for nuclear career accession and annual incentive bonuses under the provisions of 37 U.S.C. 312b; for qualified enlisted members extending duty at designated locations overseas under the provisions of 37 U.S.C. 314; for foreign language proficiency under the provisions of 37 U.S.C. 316 or 353; for retention incentives for members qualified in a critical military skill under the provisions of 37 U.S.C. 355; for conversion to military occupational specialty to ease personnel shortage under the provisions of 37 U.S.C. 326; for transfer between armed forces under the provisions of 37 U.S.C. 327; and for continuation of pays during hospitalization and rehabilitation  under the provisions of 37 U.S.C. 372.

2-E.     Special Duty Assignment Pay:  For pay to enlisted personnel for possessing special proficiency in a military skill, under the provisions of 37 U.S.C. 307 or 352.

2-F.    Reenlistment Bonus:  For payment to enlisted personnel of a bonus for reenlistment, under the provisions of 37 U.S.C. 308 or 331.

2-G.    Enlistment Bonus:  For payment to enlisted personnel of a bonus for enlistment (or extension) in a skill designated as critical, in accordance with the provisions of 37 U.S.C. 309 or 331.

2-H.    Education Benefits:  For payment to the Department of Defense Education Benefits Fund, a trust fund, in accordance with 38 U.S.C. Chapter 30.  This program funds the additional and supplemental benefit payments above a basic benefit (the Montgomery GI Bill) to be budgeted by the Department of Veteran Affairs (DVA).  The program is budgeted on an accrual basis by the Department of Defense.

2-I.    Loan Repayment Program:  For payment to enlisted personnel to repay education loans, in accordance with the provisions of 10 U.S.C. 2171.

2-J.    Basic Allowance for Housing:  For housing allowances payable to enlisted personnel under the provisions of 37 U.S.C. 403.  BAH is comprised of BAH-Domestic and BAH-Overseas.

2-K.    Station Allowances, Overseas:  For per diem allowances payable to enlisted personnel stationed outside the United States or in Hawaii or Alaska based on cost of living for members stationed outside the Continental United States as prescribed by Joint Federal Travel Regulations and authorized under the provisions of 37 U.S.C. 475.

2-L.    CONUS Cost of Living Allowance:  For payments to eligible members assigned to high cost areas under the provisions of 37 U.S.C. section 403b**.**

2-M.    Clothing Allowances**:**  For payment to enlisted personnel of cash allowance for purchase of prescribed clothing, for cost of clothing issued in kind, and for cash payment of maintenance allowances for clothing under the provisions of 37 U.S.C. 418.  (Excludes replacement of clothing lost, damaged, or destroyed.)

2-N.    Family Separation Allowances:  For family separation allowances payable to enlisted personnel under the provisions of 37 U.S.C. 427.

2-O.    Separation Payments:

    a.    For payments to enlisted personnel for accumulated unused annual leave under the provisions of 37 U.S.C. 501.

    b.    For severance pay to enlisted personnel who are denied retention or continuation for non-disability reasons under the provisions of 10 U.S.C. 1174; for disability severance pay under the provisions of 10 U.S.C. 1212.

    c.    For authorized donations for discharge under certain conditions under the provisions of 10 U.S.C. 1048.

    d.    Voluntary Separation Incentive (VSI) - For payment of an annuity to enlisted members voluntarily separating from active duty under the provisions of 10 U.S.C. 1175.

    e.    Special Separation Benefit (SSB) - For a lump sum payment to enlisted members separating from active duty under the provisions of 10 U.S.C. 1174a.

f.     Temporary Early Retirement Authority (TERA) - For payment of retired pay to selected active duty enlisted members who retire with between 15 and 20 years of service under the provisions of 10 U.S.C. 1293, 3911, 3914, 6323, 6330, 8911 and 8914.  Section 504(b) of the FY 2012 National Defense Authorization Act (NDAA), P.L. 112-81, reinstates temporary retirement authorities in section 4403 of the FY 1993 NDAA (P.L. 102-484) from fiscal year 2012 to December 31, 2018.

g.     $30,000 Lump Sum Bonus – For payment to service members who entered the uniformed service on or after August 1, 1986 who opt to retire under the Redux retirement plan (40 percent retirement benefit at 20 years of service with partial COLA) under the provisions of 37 U.S.C. 354.

2-P.     Special Compensation for Assistance with Activities of Daily Living -  For payment of monthly compensation to an enlisted service member with catastrophic injuries or illnesses requiring assistance in everyday living under the terms and conditions specified by 37 U.S.C. 439.

2-Q.     Social Security Tax - Employer's Contribution:  For payment of tax on employer to Social Security Administration as provided by Federal Insurance Contributions Act (FICA).

3.     Pay and Allowances of Cadets and Midshipmen - For the pay and allowances of cadets and midshipmen at the United States Military Academy, United States Naval Academy, and the United States Air Force Academy.

a.     For basic pay, commuted ration allowance, and employer's share of FICA tax for cadets and midshipmen appointed to the United States Military Academy, United States Naval Academy, and United States Air Force Academy, under the provisions of 37 U.S.C. 203 and 422.

b.     For payment of nuclear accession bonus under the provisions of 37 U.S.C. 312b.

c.     For the difference between the value of the commuted ration allowance and the cost of operational rations.

4.     Subsistence of Enlisted Personnel - For the payment of authorized basic allowances for subsistence to enlisted personnel and for the cost of procuring food and beverage supplies for issue as rations to enlisted personnel on extended active duty, including emergency and operational rations; also includes the payment of meals furnished under contract (when approved by competent authority) at commercial facilities where the payment of commuted rations would create an individual hardship and/or the costs for establishment of a Government mess facility are prohibitive or the contract feeding of enlisted personnel is determined to be more economical or advantageous.

4-A.     Basic Allowance for Subsistence:  For subsistence allowances payable to enlisted personnel under the provisions of 37 U.S.C. 402.

4-B.     Subsistence in Kind:  For cost of subsistence issued as rations to enlisted personnel, including emergency and operational rations, and for payment of meals furnished under contract by commercial facilities under the provisions of 10 U.S.C. 4561, 6081 and 9561.

4-C.     Family Subsistence Supplemental Allowance (FSSA):  For members eligible for food stamps, a supplemental allowance is provided not to exceed $500 per month under the provisions of 37 U.S.C. 402a.

5. <u>Permanent Change of Station (PCS) Travel</u> - For expenses incident to permanent change of station travel of military personnel, individually or as part of organized units. The PCS travel costs include mileage; monetary allowance in lieu of transportation; transportation by common carrier (rail, bus, air, or water, including Air Mobility Command and Military Sealift Command); per diem allowances, actual and necessary expenses and cost of subsistence while in a PCS travel status; issue of meal tickets in lieu of subsistence; temporary lodging expense; travel of dependents and transportation of baggage and household goods, port handling charges for personnel, their household goods, baggage and privately owned automobiles passing through CONUS MTMC terminals; payments of dislocation allowances; authorized transportation of dependents and personal and household effects of deceased military personnel; costs of contract packing, crating, handling and temporary storage of household goods; cost of non-temporary storage of household goods; cost of trailer allowances; travel incident to organizational movements on permanent change of station whether for training or non-training purposes; expenses incident to PCS movement of any military group traveling under one order from the same point of origin to the same destination; minor supplies and services incident to troop or organizational PCS movements; expenses and allowances incident to separation travel, discharge or release. Also included is all authorized Temporary Duty Travel directly related to and an integral part of PCS movement of individuals or organizational units. <u>Excludes</u> Temporary Duty Travel other than that directly related to and an integral part of PCS movements. All authorized PCS travel expenses provided for under this budget program account shall be charged to the same subprogram account cited in PCS travel order of the military member. The term "CONUS" (Continental United States) referred to herein applies to the United States Territory, "including the adjacent territorial waters located within the North American Continent between Canada and Mexico."

5-A.      Accession Travel:

         a.      <u>Officers.</u>      Covers PCS movements of (1) officers appointed to a commissioned grade from civil life, military academies or ROTC/NROTC, Reserve and National Guard officers called or recalled to extended active duty from home or a point where orders were received to first permanent duty station or training school of 20 weeks or more duration and (2) officers or warrant officers appointed or recalled from enlisted status from station where they served as enlisted to new permanent duty station or training school of 20 weeks or more duration. (Includes officers appointed from enlisted status upon graduation from Officer Candidate School (OCS), Officer Training School (OTS), or basic flying training.) (Marine Corps basic military training for officers will be a part of an accession move; this is the only exception to the 20-week rule.)

         b.      <u>Enlisted.</u>      Covers PCS movements of (1) enlistees, reenlistees, and prior service personnel from recruiting station or place of enlistment to first permanent duty station or training school of 20 weeks or more duration and (2) recalled enlisted reservists from home to first permanent duty station or training school of 20 weeks or more.

         c.      <u>Cadets and Midshipmen.</u>      Covers PCS movements of (1) individuals selected as academy cadets or midshipmen upon entry into the academies and (2) individuals who travel to the academies but fail to pass the entrance physical examinations and are required to return home.

5-B.      Training Travel:

         a.      <u>Officers.</u>      Covers PCS movements of (1) officers and warrant officers from previous CONUS permanent duty station to formal service or civilian schools, including technical schools, flying training schools, factory training, and other approved courses of instruction of 20 weeks duration or more; and (2) officer and warrant officer school graduates

and eliminates from school to their next permanent CONUS duty station.  (Excludes academy graduates, OCS or OTC graduates, flying training graduates, ROTC graduates and others chargeable to Accession Travel.)

b.      Enlisted.  Covers PCS movements of (1) enlisted personnel from previous CONUS permanent duty station to formal service or civilian schools, including technical schools, flying training schools, factory training, and other approved courses of instruction, of 20 weeks duration or more; (2) enlisted school graduates and eliminates from school to their next CONUS permanent duty station; and (3) enlisted personnel ordered to training leading to a commission if such training period is of 20 weeks duration or more.

5-C.      Operational Travel:  Between Duty Stations (within CONUS and within Overseas):

a.      Officers.  Covers PCS movements of (1) officers, and warrant officers to and from permanent duty stations located within the United States; (2) officers and warrant officers to and from permanent duty stations located within an overseas area when no transoceanic travel is involved; and (3) dependents, household goods, personal effects and privately owned vehicles of officers and warrant officers who are interned, missing, or captured when no transoceanic travel is involved.

b.      Enlisted.  Covers PCS movements of (1) enlisted personnel to and from permanent duty stations located within the United States; (2) enlisted personnel to and from permanent duty stations located within an overseas area when no transoceanic travel is involved; and (3) dependents, household goods, personal effects and privately owned vehicles of enlisted personnel who are interned, missing, or captured when no transoceanic travel is involved.

5-D.      Rotational Travel to and from Overseas:

a.      Officers.   Covers PCS movements of (1) officers and warrant officers from permanent duty stations in CONUS, or training of 20 weeks or more duration, to permanent duty stations overseas; (2) officers and warrant officers from permanent duty stations overseas to permanent duty stations in CONUS, or training of 20 weeks or more duration; (3) officers and warrant officers from permanent duty stations in one overseas area to permanent duty stations in another overseas area when transoceanic travel is involved; and (4) dependents, household goods, personal effects and privately owned vehicles of officers and warrant officers who are interned, missing or captured when transoceanic travel is involved.

b.      Enlisted.    Covers PCS movements of (1) enlisted personnel from permanent duty stations in CONUS, or training of 20 weeks or more duration, to permanent duty stations overseas; (2) enlisted personnel from permanent duty stations overseas to permanent duty stations in CONUS, or training of 20 weeks or more duration; (3) enlisted personnel from permanent duty stations in one overseas area to permanent duty stations in another overseas area when transoceanic travel is involved; and (4) dependents, household goods, personal effects, and privately owned vehicles of enlisted personnel who are interned, missing, or captured when transoceanic travel is involved**.**

5-E.      Separation Travel:

a.      Officers.  Covers PCS movements of (1) officers and warrant officers upon release or separation from the Service from last permanent duty station to home of record or point of entry into service, or to home of selection when authorized by law; and (2) dependents, household goods, trailer allowances, and personal effects of officers and warrant officers who are deceased.

        b.    <u>Enlisted</u>.  Covers PCS movements of (1) enlisted personnel upon release or separation from the Service from last permanent duty station to home of record or point of entry into service or to home of selection when authorized by law; and (2) dependents, household goods, trailer allowances, and personal effects of enlisted personnel who are deceased**.**

        c.    <u>Cadets and Midshipmen</u>.  Covers PCS movements of eliminated academy cadets/midshipmen to home of record or point of entry into service.

5-F. Travel of Organized Units:

        a.    <u>Officers</u>.  Covers PCS movements of (1) officers and warrant officers directed to move as members of an organized unit movement; and (2) officer and warrant officer fillers and replacements directed to move as part of the unit move.

        b.    <u>Enlisted.</u>  Covers PCS movements of (1) enlisted personnel directed to move as members of an organized unit movement; and (2) enlisted fillers and replacements directed to move as part of the unit move.

6.    <u>Other Military Personnel Costs</u> **-** For costs incident to the apprehension of military deserters, absentees, and escaped prisoners; interest on uniformed services savings deposits*;* death gratuities; unemployment benefits; education benefits; adoption expenses; mass transportation benefits; partial dislocation allowance payments; servicemembers' group life insurance; reserve officer training corps; and junior reserve officer training corps*.*

6-A.    Apprehension of Military Deserters, Absentees, and Escaped Military Prisoners:  For the expenses of apprehension and delivery of military deserters, absentees, and escaped military prisoners, including the payment for travel of guards; payment of rewards or reimbursement of reasonable and actual expenses to persons or agencies apprehending and detaining or delivering absentees or deserters to military control.

6-B.    Interest on Uniformed Services Savings Deposits:  For the payment of interest at a rate not to exceed 10 percent per annum on any sum of not less than $5 deposited by members of the uniformed services under the provisions of 10 U.S.C. 1035.

6-C.    Death Gratuities:  For the payment of death gratuities to beneficiaries of military personnel under the provisions of 10 U.S.C. 1475-80.

6-D.    Unemployment Benefits:  For the payment of unemployment benefits to ex-service members who are discharged or released under honorable conditions under the provisions of Title 5, United States Code (U.S.C.), section 8521.

6-E.    Education Benefits:  For amortization payments to the DoD Education Benefits Fund, a trust fund, as prescribed by 10, U.S.C., 2006.  This program is governed by 38 U.S.C. Chapter 30 and is budgeted on an accrual basis by the Department of Defense.

6-F    Adoption Expenses:  To provide reimbursement for qualifying adoption expenses under the provisions of 10 U.S.C. 1052.

6-G.    Mass Transportation Benefit:  For payment of mass transportation benefits as required by Executive Order 13150 on federal workforce transportation, dated April 21, 2000.

6-H.    Partial Dislocation Allowance:  To provide payment for either vacating or moving into quarters for renovation purposes under the provision of the FY 2002 National Defense Authorization Act, Section 636.

6-I.    Reserve Income Replacement:  For the payment of monthly active-duty income differential of a Reserve Component member when the total monthly military compensation of the member is less than the average monthly civilian income of the member under the provisions of 37 U.S.C 910.  Unless extended by law, this authority will end on December 31, 2012.

6-J.    Servicemembers' Group Life Insurance:  To provide Extra Hazard reimbursement for Servicemembers' Group Life Insurance (SGLI) under the provisions of 38 U.S.C. 1969, payment for Traumatic Injury Protection Coverage under the SGLI (T-SGLI) program under the provisions of 37 U.S.C. 437, and payment for SGLI/T-SGLI insurance premium allowance under provisions of 37 U.S.C. 437.

6-K.    ROTC:  All the military personnel-type costs associated with the Senior Reserve Officers' Training Corps (except the scholarship program) of an armed force, provided for in 10 U.S.C. 2101-2111.  All the military personnel costs associated with the financial assistance program for specially selected members of the Senior R.O.T.C. program.  This program is intended to offer regular commissions to cadets and midshipmen successfully completing the academic and military requirements of the 4-year program.  Authority for the program is contained in 10 U.S.C. 2107.  Retired pay accrual does <u>not</u> apply to R.O.T.C. personnel.  Costs include the subsistence allowance per month authorized by 37 U.S.C. 209, costs of uniform clothing authorized by 10 U.S.C. 2109-2110, pay and allowances authorized by 37 U.S.C. 209, incentive pay for members of precommissioning programs pursuing foreign language proficiency under the provisions of 37 U.S.C. 316a, and the cost of subsistence issued as rations to enlisted personnel including emergency and operational rations authorized by 10 U.S.C. 2109-2110.

6-L.    JROTC:  All the military personnel costs associated with the Junior R.O.T.C. units at public and private secondary educational institutions provided for in 10 U.S.C. 2031.  Retired pay accrual does <u>not</u> apply to J.R.O.T.C. personnel.

BA/BSA – Medicare-Eligible Retiree Health Fund Contribution Appropriations

1.    <u>Officers</u> - For the Department of Defense's contribution to the Medicare-Eligible Retiree Health Care Fund for the future Medicare-Eligible health care costs for current military officers in accordance with 10 U.S.C. Chapter 56.  Defense Health Care Accrual amounts are to be paid into the fund based upon approved actuarial rate multiplied by the expected average force strength for each fiscal year.  The Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (P.L. 108-375) provided permanent, indefinite appropriations to finance the cost of accruing TRICARE benefits for uniformed service member.  These costs are included in the DoD discretionary total.

2.    <u>Enlisted</u> - For the Department of Defense's contribution to the Medicare-Eligible Retiree Health Care Fund for the future Medicare-Eligible health care costs for current military enlisted personnel in accordance with 10 U.S.C. Chapter 56.  Defense Health Care Accrual amounts are to be paid into the fund based upon approved actuarial rate multiplied by the expected average force strength for each fiscal year.  The Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (P.L. 108-375) provided permanent, indefinite appropriations to finance the cost of accruing TRICARE benefits for uniformed service member.  These costs are included in the DoD discretionary total.

## OBJECT CLASSIFICATION
## ACTIVE MILITARY PERSONNEL APPROPRIATIONS

| Budget Subactivity | Object Class |
|---|---|
| Accrued Retirement Benefits | 12.210 |
| Accrued Health Care Benefits (Medicare-Eligible Retiree Health Fund Contributions) | 12.230 |
| Adoption Expenses | 12.220 |
| Apprehension of Military Deserters, Absentees, and | |
|   Escaped Military Prisoners:  Rewards and Expenses | 11.810 |
|               Travel of Guards | 21.010 |
| Basic Allowance for Housing | 11.610 |
| Basic Allowance for Subsistence | 11.710 |
| Basic Pay | 11.710 |
| CONUS Cost of Living Allowance | 11.710 |
| Death Gratuities | 42.010 |
| Education Benefits | 12.220 |
| Enlistment Bonuses | 12.220 |
| Family Separation Allowances | 12.220 |
| Family Subsistence Supplemental Allowance | 11.710 |
| Incentive Pay | 11.710 |
| Interest on Uniformed Services Savings Deposits | 43.010 |
| Loan Repayment Program | 12.220 |
| Mass Transit Subsidy | 21.010 |
| Permanent Change of Station, Travel: | |
|       Dislocation Allowance | 12.220 |
|       Global POV Storage | 25.710 |
|       Non-temporary Storage | 25.710 |
|       Port Handling Charges | 25.710 |
|       Trailer Allowances | 22.010 |
|       Transportation of Household Goods | 22.010 |
|       Transportation of POVs | 22.010 |
|       Travel of Military Members and Dependents | 21.010 |
|       Temporary Lodging Expense | 12.220 |
|       Monetary Allowance in Lieu of Transportation | 21.010 |
| Reenlistment Bonuses | 12.220 |
| Separation Payments:  Lump Sum Terminal Leave Payments | 11.710 |
|               All Others | 12.220 |
| SGLI (Extra Hazard Payments for survivor claims) | 42.010 |
| SGLI/T-SGLI Insurance Premium Allowance | 42.010 |
| T-SGLI | 42.010 |
| Social Security Tax-Employer's Contribution | 12.220 |
| Special Compensation for Assistance with Activities of Daily Living | 12.220 |
| Special Duty Assignment Pay | 11.710 |
| Special Pay:  Medical, Dental, Nurse, Optometrists and | |
|   Veterinarians Pay, Nuclear Officer Incentive Pay, Nuclear | |
|   Accession Bonus, Aviation Retention Bonus, Scientific/Engineering | |
|   Bonus, and Personal Money Allowances for General/Flag Officers | 12.220 |
| Special Pay:  All Others | 11.710 |
| Station Allowances, Overseas | 12.220 |
| Stop Loss Special Pay | 13.010 |
| Subsistence Allowance (ROTC) | 11.710 |

## OBJECT CLASSIFICATION
## ACTIVE MILITARY PERSONNEL APPROPRIATIONS

| Budget Subactivity | Object Class |
|---|---|
| Subsistence:  In Kind | 11.710 |
|            Monetary Allowances | 11.710 |
| Unemployment Compensation | 13.010 |
| Uniform and Clothing Allowances:  In Kind | 26.010 |
|            Monetary Allowances | 12.220 |
| $30,000 Lump Sum Bonus | 11.710 |

      * 020203.        Budget Presentation Structure Requirements

         A.     For purposes of preparing certain material for presentation and justification of program and budget estimates, the following budget activities will be used for the Active Military Personnel Appropriations:

           1.      Pay and Allowances of Officers

           2.      Pay and Allowances of Enlisted

           3.      Pay and Allowances of Cadets and Midshipmen

           4.      Subsistence of Enlisted Personnel

           5.      Permanent Change of Station Travel

           6.      Other Military Personnel Costs

         B.     The following additional breakdown of each budget activity is required to be shown in the applicable justification exhibits:

         BA/BSA

           1.      Pay and Allowances of Officers:

                a.      Basic Pay
                b.      Retired Pay Accrual
                c.      Incentive Pay for Hazardous Duty
                    (1)     Flying Duty
                         (a)     Crew
                         (b)     Noncrew
                         (c)     Aviation Continuation Pay
                         (d)     Crew (Nonrated)
                    (2)     Submarine Duty
                    (3)     Parachute Jumping
                         (a)     Parachute Jumping (regular)
                         (b)     Parachute Jumping (High Altitude/Low Opening)

                         (c)     Other Incentive Pay
                    (4)     Duty inside a high or low pressure chamber inside observer, human acceleration or deceleration, experimental subject and test subject in thermal

**DoD 7000-R**          **Financial Management Regulation**          **Volume 2A, Chapter 2**

stress experiments

|       |      |                                                 |
|-------|------|-------------------------------------------------|
|       | (5)  | Demolition Duty                                 |
|       | (6)  | Flight Deck Duty                                |
|       | (7)  | Air Weapons Controller Duty                     |
|       | (8)  | Duty Involving Toxic Fuel/Waste                 |
|       | (9)  | Duty Involving Live/Hazardous Biological        |

Organisms

|       |      |                                                 |
|-------|------|-------------------------------------------------|
|       | (10) | Visit, Board, Search and Seizure                |
| d.    |      | Special Pay                                      |
|       | (1)  | Medical Pay                                      |
|       |      | (a)   Variable Special Pay                       |
|       |      | (b)   Additional Special Pay                     |
|       |      | (c)   Board Certified Pay                        |
|       |      | (d)   Medical Incentive Pay                      |
|       |      | (e)   Multi-Year Retention Bonus                 |
|       |      | (f)   Critically Short Wartime Specialties       |

Accession Bonus

|       |      |                                                 |
|-------|------|-------------------------------------------------|
|       | (2)  | Dental Pay                                       |
|       |      | (a)   Variable Special Pay                       |
|       |      | (b)   Additional Special Pay                     |
|       |      | (c)   Board Certified Pay                        |
|       |      | (d)   Accession Bonus                            |
|       |      | (e)   Multi-Year Retention Bonus                 |
|       |      | (f)   Dental Critical Skills Retention Bonus     |
|       | (3)  | Nurse Pay                                        |
|       |      | (a)   Accession Bonus                            |
|       |      | (b)   Anesthetist Pay                            |
|       | (4)  | Special Pay for Optometrists                     |
|       | (5)  | Special Pay for Pharmacists                       |
|       |      | (a)   Accession Bonus                            |
|       |      | (b)   Special Pay                                |
|       | (6)  | Special Pay for Veterinarians                    |
|       | (7)  | Board Certified Pay for Non-Physician Health Care |

Providers

|       |      |                                                 |
|-------|------|-------------------------------------------------|
|       | (8)  | Personal Money Allowances - General/Flag        |

Officers

|       |       |                                                |
|-------|-------|------------------------------------------------|
|       | (9)   | Responsibility Pay                             |
|       | (10)  | Diving Duty                                    |
|       | (11)  | Special Pay - Nuclear Officer Incentive Pay    |
|       | (12)  | Scientific/Engineering Bonus                   |
|       | (13)  | Sea Duty Pay                                    |
|       |       | (a)   Career Sea Pay                           |
|       |       | (b)   Premium Sea Pay                          |
|       | (14)  | Overseas Extension Pay                          |
|       | (15)  | Foreign Language Proficiency Pay               |
|       | (16a) | Hostile Fire Pay                               |
|       | (16b) | Imminent Danger Pay                            |
|       | (17)  | Hardship Duty Pay                              |
|       | (18)  | Judge Advocate Continuation Pay                |
|       | (19)  | Special Warfare Officer Pay (extend period of  |

active duty)

|       |       |                                                |
|-------|-------|------------------------------------------------|
|       | (20)  | Surface Warfare Officer Continuation Pay       |
|       | (21)  | Critical Skills Retention Bonus                |
|       | (22)  | New Officers in Critical Skills Accession Bonus|

            (23)     Transfer between Armed Forces Incentive Bonus
            (24)     Hospitalization and Rehabilitation Pay
            (25)     Assignment Incentive Pay

e.     Basic Allowance for Housing
            (1)     With Dependents – Domestic
            (2)     Without Dependents – Domestic
            (3)     Partial Allowance – Bachelor – Domestic
            (4)     Substandard Housing - Domestic
            (5)     With Dependents – Overseas
            (6)     Without Dependents – Overseas

f.     Basic Allowance for Subsistence

g.     Station Allowances, Overseas
            (1)     Cost of Living
            (2)     Temporary Lodging

h.     CONUS Cost of Living Allowances

i.     Clothing Allowances
            (1)     Initial Military Allowance
            (2)     Additional Military Allowance
             (3)     Civilian Clothing Allowance

j.     Family Separation Allowances
            (1)     On permanent change of station with dependents not authorized, Government quarters not available.
            (2)     On permanent change of station with dependents not authorized.
            (3)     On board ship for more than 30 days.
            (4)     On temporary duty for more than 30 days with dependents not residing near temporary duty station.

k.     Separation Payments
            (1)     Lump sum terminal leave payments.
            (2)     Lump sum readjustment payments.
            (3)     Lump sum payments to reservists
            (4)     Severance pay, failure of promotion.
            (5)     Severance pay, disability.
            (6)     Severance pay, non-disability.
            (7)     Voluntary Separation Incentive (VSI)
            (8)     Voluntary Separation Pay (VSP)
            (9)     Special Separation Benefit (SSB)
            (10)    15 Year Temporary Early Retirement Authority
            (11)    $30,000 Lump Sum Bonus

l.     Special Compensation for Assistance with Activities of Daily Living

m.     Social Security Tax - Employer's Contribution

2.     Pay and Allowances of Enlisted Personnel:
a.     Basic Pay
b.     Retired Pay Accrual
c-1.    Incentive Pay for Hazardous Duty
            (1)     Flying Duty
                (a)    Crew
                (b)    Noncrew
             (2)     Submarine Duty
             (3)     Parachute Jumping
                (a)    Parachute Jumping (regular)
                (b)    Parachute Jumping (High Altitude/Low

Opening)

           (c)     Other Incentive Pay

        (4)     Duty inside a high or low pressure chamber inside observer, human acceleration or deceleration, experimental subject and test subject in thermal stress experiments

        (5)     Demolition Duty
        (6)     Flight Deck Duty
        (7)     Air Weapons Controller Duty
        (8)     Duty Involving Toxic Fuel/Waste
        (9)     Duty Involving Live/Hazardous Biological Organisms

        (10)    Visit, Board, Search, and Seizure
c-2.     Career Enlisted Flyer Pay
d.     Special Pay
        (1)     Diving Duty
        (2)     Sea Duty Pay
            (a)     Career Sea Pay
            (b)     Premium Sea Pay
        (3)     Overseas Extension Pay
        (4)     Nuclear Accession Pay
        (5)     Foreign Language Proficiency Pay
        (6a)    Hostile Fire Pay
        (6b)    Imminent Danger Pay
        (7)     Hardship Duty Pay
        (8)     Critical Skill Retention Bonus
        (9)     Conversion to Military Occupational Specialty to ease personnel shortage

        (10)    Transfer Between Armed Forces Incentive Bonus
        (11)    Hospitalization and Rehabilitation Pay
        (12)    Assignment Incentive Pay
e.     Special Duty Assignment Pay
f.     Reenlistment Bonus
g.     Enlistment Bonus
        (1)     New Payments
        (2)     Residual New
        (3)     Anniversary
h.     Education Benefits (College Fund)
i.     Loan Repayment Program
j.     Basic Allowance for Housing
        (1)     With Dependents – Domestic
        (2)     Without Dependents – Domestic
        (3)     Partial Allowance – Bachelor – Domestic
        (4)     Substandard Housing  - Domestic
        (5)     With Dependents – Overseas
        (6)     Without Dependents - Overseas
k.     Station Allowances, Overseas
        (1)     Cost of Living
        (2)     Temporary Lodging
l.     CONUS Cost of Living Allowances
m.     Clothing Allowances
        (1)     Initial
            (a)     Military
            (b)     Civilian

    (2)    Maintenance Allowances
        (a)    Basic Allowance
        (b)    Standard Allowance
        (c)  Special Allowance
    (3)    Supplementary Allowances
    (4)    Other Allowances

n.    Family Separation Allowances
    (1)    FSA-R - On permanent change of station with dependents not authorized.
    (2)    FSA-S - On board ship for more than 30 days.
    (3)    FSA-T - On temporary duty for more than 30 days with dependents not residing near temporary duty station.

o.    Separation Payments
    (1)    Lump sum terminal leave payments.
    (2)    Severance pay, disability
    (3)    Severance pay, non-disability
    (4)    Authorized donations
    (5)    Voluntary Separation Incentive (VSI)
    (6)    Special Separation Benefit (SSB)
    (7)    15 Year Temporary Early Retirement Authority
    (8)    $30,000 Lump Sum Bonus

p.    Special Compensation for Assistance with Activities of Daily Living

q.    Social Security Tax - Employer's Contribution

3.    Pay and Allowances of Cadets and Midshipmen: Academy Cadets and Midshipmen

a.    Basic Pay
b.    Subsistence - Commuted Ration
c.    Operational rations
d.    Social Security Tax - Employer's Contribution
e.    Nuclear Accession Bonus

4.    Subsistence of Enlisted Personnel:
a.    Basic Allowance for Subsistence
    (1)    When Authorized to Mess Separately
    (2)    When Rations in Kind Not Available
    (3)    Augmentation of Commuted Ration Allowance for Meals Taken Separately
    (4)    Less Collections

b.    Subsistence in Kind
    (1)    Subsistence in Messes
        (a)    Trainee/NP Status
        (b)    Members Taking Meals in Mess
        (c)    Reimbursable
    (2)    Operational Rations
        (a)    MREs
        (b)    Unitized Rations
        (c)    Other Package of Rations
        (d)    Reimbursable
    (3)    Augmentation Rations/Other Programs
        (a)    Augmented Rations
        (b)    Other - Region

(c)      Other – Messing
c.      Family Subsistence Supplemental Allowance

5.      Permanent Change of Station Travel:
         a.      Summary of Move Requirements.  For each type of move reflected in c through h below, show the number of moves and the dollar amount for the PY, CY, and BY at the aggregate level (combine officers, enlisted and officer candidates).
         b.      Summary of Requirements by Types of Costs.  Show the number and amount of the following entries for the PY, CY, and BY, regardless of the type of move.

                 (1)      Travel of Military Members (include cadets and midshipmen)

                          Mileage and Per Diem 1/
                          AMC 2/
                          Commercial Air 3/
                 (2)      Travel of Dependents (family)
                          Mileage 4/
                          AMC 5/
                          Commercial Air 6/
                 (3)      Transportation of Household Goods
                          M Tons - MSC
                          S Tons - AMC
                          Other Shipments
                 (4)      Dislocation Allowance
                 (5)      Trailer Allowance
                 (6)      Transportation of POVs
                 (7)      Port Handling Charges
                 (8)      Non-temporary storage
                 (9)      Temporary Lodging Expense
                 (10)     Pet Quarantine Fees
                 (11)     Total Obligations
                 (12)     Less Reimbursements
                 (13)     Total Direct Obligations
         c.      Accession Travel 7/
                 (1)      Officers
                 (2)      Enlisted
                 (3)      Officer Candidates
         d.      Training Travel 7/
                 (1)      Officers
                 (2)      Enlisted
         e.      Operational Travel Between Duty Station 7/
                 (1)      Officers
                 (2)Enlisted
         f.      Rotational Travel to and from Overseas 7/
                 (1)Officers
                 (2)Enlisted
         g.      Separation Travel 7/
                 (1)      Officers
                 (2)      Enlisted
                 (3)      Officer Candidates
         h.      Travel of Organized Units 7/
                 (1)      Officers
                 (2)      Enlisted

1.      Mileage and Per Diem - The costs of travel relating to use of privately owned vehicle or commercial modes other than air or sea.  Includes per diem paid to the individual member.  It <u>excludes</u> movement of mobile trailers even if the trailer is moved by the member.  The unit of measurement is number of member moves.

2.      Air Mobility Command (AMC) - The costs of travel for movement of an individual member reimbursed to AMC.  The unit of measurement is number of member moves.

3.      Commercial Air - The costs for movement of an individual member paid directly to a commercial company.  (Excludes any costs paid to AMC.)  The unit of measurement is number of member moves.

4.      Mileage - The costs of travel relating to the use of privately owned vehicles or commercial modes other than air or sea for the dependents of an individual member.  Includes per diem paid to dependents.  The unit of measurement is number of family moves.

5.      Air Mobility Command (AMC) - The costs of travel for movement of dependents reimbursed to AMC.  The unit of measurement is number of dependents.

6.      Commercial Air - The costs for movement of dependents paid directly to a commercial company (excludes any costs paid to AMC).  The unit of measurement is number of dependents.

7.      For each permanent change of station travel account, the following data will be shown, as applicable, for officers, enlisted and cadets/midshipmen:

(1)      Member Travel - Costs related to the movement of each member of a military service making a permanent change of station move.

(2)      Dependent Travel - Costs related to the movement of dependents when authorized as part of a permanent change of station of a member of a military service.  The number of dependent moves should reflect the number of families moved as a unit of measure.

(3)      Transportation of Household Goods - Costs related to movement of household goods as authorized by Joint Federal Travel Regulations including shipment of unaccompanied baggage.

(a)      Land Shipments, CONUS and Overseas - The costs of shipment of goods for the portion in CONUS and overseas of shipments other than International Through Government Bill of Lading (ITGBL).  The unit of measurement is member move.

(b)      ITGBL - The costs of shipment from point of origin to destination on ITGBL.  Includes both land and overwater portion of the movement.  The unit of measurement is member move.

(c)      Overseas - The costs of shipments, including unaccompanied and excess baggage, either reimbursed to the Military Sealift Command (MSC), Air Mobility Command (AMC), or paid directly to a commercial company.

(4)      Dislocation Allowance - The costs of dislocation allowance as authorized in the JTR.  The unit of measurement is number of members paid.

(5)     Trailer Allowance - The costs of movement of mobile trailers whether moved by commercial contract or moved by the individual member.  The unit of measurement is number of trailer moves.

(6)     Privately Owned Vehicles (POV) - The costs to the Government of transporting or storing a POV to or from overseas.

(a)     Military Sealift Command (MSC) - The cost of shipping POVs reimbursed to MSC.  The unit of measurement is number of POVs shipped.  If number of POVs shipped is not available, use 11.2 measurement tons per vehicle to convert measurement tons to vehicles.

(b)     Military Traffic Management Command (MTMC) – The cost of storing POVs reimbursed to MTMC.  The unit of measurement is number of POVs stored.

(c)     Port Handling (Military Traffic Management Command) - The cost of port processing of vehicles reimbursed to MTMC.  The unit of measurement is number of POVs processed.  If number of POVs processed is not available, use 11.2 measurement tons per vehicle to convert measurement tons to vehicles.

(7)     Port Handling Costs (HHGs) - The port handling costs for household goods and unaccompanied baggage reimbursed to MTMC.  The unit of measure is measurement tons.

(8)     Non-temporary Storage - The costs to the government of placing goods in storage or moving them to another specified destination under the provisions of 37 U.S.C. 476 when a member entitled to a PCS move is ordered to a duty station to which the shipment of household goods is not authorized.  No unit of measure will be shown for non-temporary storage, only costs.

(9)     Temporary Lodging Expense (TLE) - The cost of reimbursing the member for expenses incurred as a result of a PCS move, not to exceed $290 per day for up to 10 days under the provisions of 37 U.S.C. 474a.  TLE requirements should reflect members paid as the unit of measure.

(10)     Pet Quarantine Fees – The cost of reimbursing the member for mandatory pet quarantine fees incident to a Permanent Change of Station under the provisions of 37 U.S.C. 476(a)(1).

6.     Other Military Personnel Costs:

a.     Apprehension of Military Deserters, Absentees, and Escaped Military Prisoners

b.     Interest on Uniformed Services Savings Deposits

c.     Death Gratuities

(1)     Officers

(2)     Enlisted

(3)     Cadets and Midshipmen

d.    Unemployment Benefits

e.    Education Benefits (Amortization Payments)

f.    Adoption Expenses

g.    Mass Transportation Benefit

h.    Partial Dislocation Allowance

i.    Reserve Income Replacement

j.    SGLI/T-SGLI

(1)    SGLI Extra Hazard Payments

(2)    Traumatic Injury Protection Coverage (T-SGLI)

(3)    SGLI/T-SGLI Insurance Premium Allowance

k.    ROTC

l.    JROTC

* 020204.          Program and Budget Review Submission

A.    This section prescribes the justification materials required for the Active Military Personnel appropriations to support budget estimates. Fund requirements for these appropriations will be presented using those budget and accounting classifications set forth in paragraphs 020202 and 020203, above.

B.    Exhibits in Support of Program and Budget Estimates - The following justification exhibits will be prepared and submitted in support of the program and budget review for the OSD/OMB program and budget review submission. These exhibits will be organized by Service military personnel account. Examples of the required exhibits are provided in paragraph 020602. The required justification material will be organized in a single unclassified volume with the unclassified data displayed in the sequence shown below:

Table of Contents

Section 1 - Summary of Requirements by Budget Program (PB-30A)

The Summary of Requirements will include a Medicare-Eligible Retiree Health Fund Contribution Appropriation line displaying the total amounts budgeted as shown in section 020602 of this chapter. These amounts will be supported by detailed calculations provided in the MP-13 Exhibit included in the separate backup justification book.

Section 2 - Introduction and Performance Measures

1.    The Introductory Statement should provide the highlights of the budget submission and a general discussion of the relationship of the resources requested to the proposed military strength program. This should include a discussion of the military strength characteristics in terms of gains and losses and promotion and assignments policies. It also

should address strength changes in programmatic terms such as force structure and other matters of an overall nature as considered appropriate by the Service.

2.  Performance Measures and Evaluation Summary (PB-30Y) (example provided in paragraph 020602)

Section 3 - Summary Tables (examples provided in paragraph 020602, below)

1.  Personnel Summaries (PB-30B through PB-30F)

2.  Summary of Entitlements by Subactivity (PB-30J)

3.  Analysis of Appropriation Changes and Supplemental Requirements (PB-30K)

4.  Schedule of Increases and Decreases (PB- 30O)

Section 4 - Detail of Military Personnel Entitlements

Justification materials will be provided for each entitlement as prescribed in paragraphs 020202 and 020203, above for each of the following six budget activities for military personnel:

1.  Pay and Allowances of Officers

2.  Pay and Allowances of Enlisted Personnel

3.  Pay and Allowances of Cadets/Midshipmen

4.  Subsistence of Enlisted Personnel

5.  Permanent Change of Station Travel

6.  Other Military Personnel Costs

Each of the military personnel budget activities above will be introduced by a schedule of increases and decreases (PB-30P).  The Incentive/Bonus Payment Stream exhibit (PB-30V) will be included in Section 4, Detail of Military Personnel Entitlements (See paragraph 020602, below for format).

Section 5 - Special Analyses (examples provided in paragraph 020602, below)

1.  Schedule of Military Assigned Outside DoD (PB-30Q)

2.  Reimbursable Programs (PB-30R)

3.  Reserve Officer Training Corps Enrollment (PB-30S)

4.  Reserve Officer Training Corps Program (PB-30T)

5.  Monthly End Strength by Pay Grade (PB-30Z)

A.  Justification material for each subactivity will contain a purpose and scope as well as a justification of funds requested.  The requirements for each entitlement under each military personnel category will be justified on a gross basis to include total obligations for both

direct and reimbursable personnel. For each subactivity/entitlement, include an explanation to justify the requested change. The explanation should be specific with regard to what the increases will provide for (i.e., statutory, program enhancements, solving deficiencies, etc.). Also provide a general explanation for each type of entitlement. The computation for each entitlement will display data for the prior year (PY), current year (CY), and budget year (BY). An example of the exhibit to meet this requirement is Exhibit PB-30X in section 020602.

     B.     The following exhibits will be provided in a separate backup justification book in support of the budget estimate. Examples of these exhibits are provided in paragraph 020602, below:

MP-2     Dependents, Housing, and BAH Estimates

MP-3     Summary of Outyear Data

MP-4     Military Personnel by Region and Country

MP-6     Education Benefits - Additional Basic Benefits (38, U.S.C. Chapter 30)

MP-7     Aviation Retention Bonus

MP-9     Summary of Basic Pay and Retired Pay Accrual Costs

MP-11     Gains Phased by Month

MP-12     Pay Raise Data

MP-13     Medicare-Eligible Retiree Health Fund Contributions

     For the Department of Defense's contribution to the Medicare-Eligible Retiree Health Care Fund for the future Medicare-Eligible health care costs for current military personnel in accordance with 10 U.S.C. Chapter 56. Defense Health Care Accrual amounts are to be paid into the fund based upon approved actuarial rates.

MP-14     Selected Officer Occupation Specialties

MP-15     Monthly Obligation Phasing Plan

MP-16     Summary of Recruiting and Retention Data

MP-17     Reimbursable Program (Reimbursing Customers)

PB-16     Legislative Proposals (See Volume 2B, Chapter 19, paragraph 191205 for format)

PB-18     Foreign Currency Exchange Data (See Volume 2B, Chapter 19, paragraph 191205 for format)

     A submission is **required** for all components approved to participate in the foreign currency account. These components must submit a PB-18 for all appropriations to include an estimate of military spendable income, COLA and OHA estimates, and troop strength. It is submitted in conjunction with and in support of the OSD Program and Budget Review Submission and the President's Budget submission for the four active military personnel appropriations.

020205.          Congressional Justification/Presentation

A.          Justification books will be organized by Service military personnel account.

B.          Justification Book, other exhibit requirements, and electronic data submissions in support of the congressional submission are identical to what is shown in paragraph 020204, Program and Budget Review Submission. Exhibits provided to OUSD(C), consistent with subparagraph 020204.D, above will **not** be provided to Congress but will be provided under separate cover to OUSD(C) at the time of the President's budget submission.

C.          M-1 Exhibit. Since FY 1998, appropriations language has required the submission of an M-1 exhibit in support of the President's budget. The Military Departments are required to submit M-1 data through the Program Resources Collection Process (PRCP) system consistent with paragraph 010501 of Chapter 1.

0203   RESERVE MILITARY PERSONNEL AND MEDICARE-ELIGIBLE RETIREE HEALTH FUND CONTRIBUTION APPROPRIATIONS

020301.          General

A.          The purpose of this chapter is to provide general information applicable to the Reserve Military Personnel and Medicare-Eligible Retiree Health Fund Contribution appropriations including funding policies, classifications, and definitions unique to these accounts. Generic policies and requirements are addressed in Chapter 1. The Military Components should consult all of the other chapters for exhibit requirements that are not specifically addressed in this chapter including the Other Special Analysis chapter (See Volume 2B, Chapter 19).

B.          This section provides the budget and fiscal accounting classifications for the Reserve and National Guard Personnel and Medicare-Eligible Retiree Health Fund Contribution appropriations for uniform application by the Military Departments and the Office of the Secretary of Defense, pursuant to the provisions of 10 U.S.C. 115. The objective is to establish the basis for uniform budget presentations and a standard budget and fiscal accounting classification, which shall be used on a uniform basis for the Reserve Component personnel and Medicare-Eligible Retiree Health Fund Contribution appropriations throughout the Department of Defense in submitting budget estimates and in accounting and reporting on the status of funds for the Reserve and National Guard Personnel and Medicare-Eligible Retiree Health Fund Contribution appropriations.

\* 020302.          Uniform Budget and Fiscal Accounting Classification

A.          The budget and accounting classification prescribed herein shall be the official classification for use in preparing budget estimates, accounting for budgetary and financial transactions, and in submitting reports on the applicable appropriation accounts. Individual budget activity and subactivity accounts shall be established as required for the accounts listed in this section. Variations in the budget program, activity, and subactivity classification and titles shall not be made, except that additional accounts consistent with this budget and accounting classification may be established in order to meet administration requirements of the various elements of the Military Departments. The scope of each account is described below.

B.     Symbol numbers shall be assigned to each of the budget activities and subactivities listed below in the same manner and in the same sequence and will be consistent with the fiscal codes for all appropriations and funds, as published in the respective Military Department fiscal code manuals.

C.     Chart of Accounts - The chart of accounts represents a summary of the accounting and reporting structure under the Reserve Components' Personnel and Medicare-Eligible Retiree Health Fund Contribution appropriations.  Obligations and disbursements for individual clothing and uniform allowances, and for subsistence of enlisted personnel may be allocated by activity on a statistical basis if not reported by the different types of training.  Subactivities may be combined in reporting on the status of funds, provided the subactivity is maintained for program and budget review and presentation purposes:

<u>CHART OF ACCOUNTS DEFINITIONS/DESCRIPTIONS</u>
<u>Budget Activity (BA) and Budget Subactivity (BSA)</u>

<u>BA/BSA – Reserve and National Guard Personnel Appropriations</u>

The joint explanatory statement accompanying the DoD Appropriations Act, 2009 (P.L. 110-329, Division C) requested that the DoD make permanent the consolidated budget structure for Reserve and Guard personnel appropriations; therefore, the budget justification material shall reflect only one budget activity.

1.   Reserve Component Training and Support

1-A     Training - Pay Group A

| | |
|---|---|
| 1-A-1 | Basic pay, active duty for training, officers |
| 1-A-2 | Other pay and allowances, active duty for training, officers |
| 1-A-3 | Basic pay, active duty for training, enlisted |
| 1-A-4 | Other pay and allowances, active duty for training, enlisted |
| 1-A-5 | Basic pay, inactive duty training, officers |
| 1-A-6 | Basic pay, inactive duty training, enlisted |
| 1-A-7 | Individual clothing and uniform allowances, officers |
| 1-A-8 | Individual clothing and uniform allowances, enlisted |
| 1-A-9 | Subsistence of enlisted personnel |
| 1-A-10 | Travel, active duty for training, officers |
| 1-A-11 | Travel, active duty for training, enlisted |
| 1-A-12 | Retired pay accrual, officers |
| 1-A-13 | Retired pay accrual, enlisted |

1-B     Training - Pay Group B

| | |
|---|---|
| 1-B-1 | Basic pay, active duty for training, officers |
| 1-B-2 | Other pay and allowances, active duty for training, officers |
| 1-B-3 | Basic pay, active duty for training, enlisted |
| 1-B-4 | Other pay and allowances, active duty for training, enlisted |
| 1-B-5 | Basic pay, inactive duty training, officers |
| 1-B-6 | Basic pay, inactive duty training, enlisted |
| 1-B-7 | Individual clothing and uniform allowances, officers |
| 1-B-8 | Individual clothing and uniform allowances, enlisted |
| 1-B-9 | Subsistence of enlisted personnel |
| 1-B-10 | Travel, active duty for training, officers |
| 1-B-11 | Travel, active duty for training, enlisted |

1-B-12    Retired pay accrual, officers
1-B-13    Retired pay accrual, enlisted

1-C      Training - Pay Group F

1-C-1    Basic pay, active duty for training, enlisted
1-C-2    Other pay and allowances, active duty for training, enlisted
1-C-3    Individual clothing and uniform allowances, enlisted
1-C-4    Subsistence of enlisted personnel
1-C-5    Travel, active duty for training, enlisted
1-C-6    Retired pay accrual, enlisted

1-D      Training - Pay Group P

1-D-1    Basic pay, inactive duty training, enlisted
1-D-2    Individual clothing and uniform allowances, enlisted
1-D-3    Subsistence of enlisted personnel
1-D-4    Retired pay accrual, enlisted

1-E      Mobilization Training

1-E-1    Basic pay, active duty for training, officers
1-E-2    Other pay and allowances, active duty for training, officers
1-E-3    Basic pay, active duty for training, enlisted
1-E-4    Other pay and allowances, active duty for training, enlisted
1-E-5    Individual clothing and uniform allowances, officers
1-E-6    Individual clothing and uniform allowances, enlisted
1-E-7    Subsistence of enlisted personnel
1-E-8    Travel, active duty for training, officers
1-E-9    Travel, active duty for training, enlisted
1-E-10   Retired pay accrual, officers
1-E-11   Retired pay accrual, enlisted
1-E-12   Muster pay stipend, officers
1-E-13   Muster pay stipend, enlisted

1-F      School Training

1-F-1    Basic pay, active duty for training, officers
1-F-2    Other pay and allowances, active duty for training, officers
1-F-3    Basic pay, active duty for training, enlisted
1-F-4    Other pay and allowances, active duty for training, enlisted
1-F-5    Individual clothing and uniform allowances, officers
1-F-6    Individual clothing and uniform allowances, enlisted
1-F-7    Subsistence of enlisted personnel
1-F-8    Travel, active duty for training, officers
1-F-9    Travel, active duty for training, enlisted
1-F-10   Retired pay accrual, officers
1-F-11   Retired pay accrual, enlisted

1-G      Special Training

1-G-1    Basic pay, active duty for training, officers
1-G-2    Other pay and allowances, active duty for training, officers
1-G-3    Basic pay, active duty for training,  enlisted

1-G-4    Other pay and allowances, active duty for training, enlisted
1-G-5    Individual clothing and uniform allowances, officers
1-G-6    Individual clothing and uniform allowances, enlisted
1-G-7    Subsistence of enlisted personnel
1-G-8    Travel, active duty for training, officers
1-G-9    Travel, active duty for training, enlisted
1-G-10   Retired pay accrual, officers
1-G-11   Retired pay accrual, enlisted

1-H        Administration and Support

1-H-1    Basic pay of officers
1-H-2    Other pay and allowances of officers
1-H-3    Basic pay of enlisted
1-H-4    Other pay and allowances of enlisted
1-H-5    Subsistence of enlisted personnel
1-H-6    Permanent change of station travel
1-H-7    Death gratuities, officers
1-H-8    Death gratuities, enlisted
1-H-9    Disability and hospitalization benefits, officers
1-H-10   Disability and hospitalization benefits, enlisted
1-H-11   Reenlistment Bonus
1-H-12   Enlistment Bonus
1-H-13   Educational Assistance (Other than Montgomery G.I. Bill)
1-H-14   Loan Repayment
1-H-15   NROTC Nuclear Bonus
1-H-16   Affiliation Bonus
1-H-17   Individual Ready Reserve Enlistment/Reenlistment Bonus (PS)
1-H-18   Individual Ready Reserve Enlistment Program Bonus (NPS)
1-H-19   Critical Skills Retention Bonus (CSRB)
1-H-20   Health Professionals Stipend (SELRES)
1-H-21   Health Professionals Stipend (IRR)
1-H-22   Health Professionals Loan Repayment
1-H-23   Specialized Training Assistance Program (STRAP)
1-H-24   Health Professionals Medical Officer Recruiting Program (HPMORP)
1-H-25   Retired pay accrual, officers
1-H-26   Retired pay accrual, enlisted
1-H-27   Adoption Expenses
1-H-28   $30,000 Lump Sum Bonus, officers
1-H-29   $30,000 Lump Sum Bonus, enlisted
1-H-30   CONUS Cost of Living Allowances (COLA)
1-H-31   Mass Transportation Benefit, Officer
1-H-32   Mass Transportation Benefit, Enlisted

1-I        Education Benefits

1-I-1    MGIB-SR (Chap 1606), Per Capita Normal Cost
1-I-2    MGIB-SR (Chap 1606), Critical Skill or Critical Unit Benefit
1-I-3    MGIB-SR (Chap 1606), Amortization
1-I-4    Reserve Educational Assistance Program (REAP) (Chap 1607), Per Capita Normal
1-I-5    REAP (Chap 1607), Amortization

1-J        Platoon Leaders Class or Reserve Officer Candidates

| | |
|---|---|
| 1-J-1 | Uniforms -- issue in kind |
| 1-J-2 | Basic pay (Summer training camp) |
| 1-J-3 | Other pay and allowances (Summer training camp) |
| 1-J-4 | Subsistence of reserve officer candidates |
| 1-J-5 | Travel of reserve officer candidates |
| 1-J-6 | Retired pay accrual |

1-K        Branch Officer Basic Course

| | |
|---|---|
| 1-K-1 | Basic pay, active duty for training |
| 1-K-2 | Other pay and allowances, active duty for training |
| 1-K-3 | Uniform allowances |
| 1-K-4 | Travel and per diem |
| 1-K-5 | Retired pay accrual |

1-L        Armed Forces Health Professions Scholarship/Financial Assistance Program

| | |
|---|---|
| 1-L-1 | Stipend |
| 1-L-2 | Individual clothing and uniform allowances, officers |
| 1-L-3 | Basic pay, active duty for training, officers |
| 1-L-4 | Other pay and allowances, active duty for training, officers |
| 1-L-5 | Travel, active duty for training, officers |
| 1-L-6 | Retired pay accrual, officers |
| 1-L-7 | Financial Assistance Grant |
| 1-L-8 | Nurse Candidate Bonus |
| 1-L-9 | Accession Bonus |

1-M    Chaplain Candidate Program

| | |
|---|---|
| 1-M-1 | Basic pay, active duty for training |
| 1-M-2 | Other pay and allowances, active duty for training |
| 1-M-3 | Uniform allowances |
| 1-M-4 | Travel |
| 1-M-5 | Retired pay accrual |

BA/BSA – Medicare-Eligible Retiree Health Fund Contribution Appropriations

1.        Reserve Component Training and Support

        A.        Chart of Accounts, Budget Activities, and Subactivities Definitions/Descriptions are provided on the following pages.

        B.        Object Classification - The object classifications that follow the Chart of Accounts, Budget Activities, and Subactivities Definitions/Descriptions shall be the official classifications for use in preparing budget estimates, accounting for budgetary and financial transactions, and in submitting reports on the applicable appropriation accounts.

CHART OF ACCOUNTS DEFINITIONS/DESCRIPTIONS

A.        Budget Program

        There will be a separate budget program for each Reserve Component of the Department of Defense and for each military service having those programs listed in paragraph 020302, as appropriate.

B.    Budget Activities

    The budget activities are established to present all of the military type costs associated with a particular type of training within the unit and individual training or other training and support programs.  The following descriptions are for the chart of accounts listed in paragraph 020302.

BA/BSA – Reserve and National Guard Personnel Appropriations

    The joint explanatory statement accompanying the DoD Appropriations Act, 2009 (P.L. 110-329, Division C) requested that the DoD make permanent the consolidated budget structure for Reserve and Guard personnel appropriations; therefore, the budget justification material shall reflect only one budget activity.

    1.    Reserve Component Training and Support

        a.    Training, Pay Groups A, B, F and P

            The Pay Group activities contained in paragraph 020302 are for costs, including retired pay accrual associated with the uniform training/pay categories within the National Guard and Reserve Personnel programs as defined in DoD Instruction 1215.06, "Uniform Reserve, Training and Retirement Categories."

        b.    Mobilization Training

            Costs, including retired pay accrual, associated with the readiness training and mission support training of the Individual Ready Reserve (IRR) and Merchant Marine Training.  Also included are costs associated with the allowance for annual muster duty as provided by 37 U.S.C. 433.

        c.    School Training

            Include tours of paid active duty for training as students at regular, refresher and technical courses of service schools, area schools, unit schools, officer candidate schools, and other schools that provide training.  Retired pay accrual costs are included.

        d.    Special Training

            Include all authorized paid active duty for training, other than those covered by pay groups, mobilization, and school training.  These include the staff and faculty for schools; special field, fleet and joint exercises; indoctrination training; promoting or policy boards; administrative support of training programs; and tours of not more than 45 days for failure to perform reserve training duty satisfactorily.  Retired pay accrual costs are included.

        e.    Administration and Support

            Include the costs, including retired pay accrual, of active duty military personnel authorized to be funded in the Reserve Component personnel appropriations, death and disability gratuities for officer and enlisted Reserve Component personnel injured or killed while in a Reserve or Guard training status, and reserve incentive and bonus programs.

        f.    Platoon Leaders Class (PLC)

            All military personnel costs, including retired pay accrual, associated with

the Marine Corps Reserve PLC.

        g.      Branch Officer Basic Course

             Costs associated with ROTC graduates designated for Reserve Forces Duty, including retired pay accrual, to attend full-length resident Branch Officer Basic Courses of the active components.

        h.      Armed Forces Health Profession Scholarship and Financial Assistance Program

             All the military personnel costs, including retired pay accrual, associated with the financial assistance program to obtain adequate numbers of officers for the active forces who are qualified in various health professions.  Qualifications are that the candidate be a citizen of the United States, be accepted for or be enrolled in an accredited institution in a course of study designated for a health profession, and meet moral and physical qualifications for an officer.  Such recipients are commissioned as a Second Lieutenant and remain in that grade for the duration of the scholarship program.  Authority for the program is contained in 10 U.S.C. 2120-2128.  In addition to the stipend, also provides for the annual grant authorized under 10 U.S.C. 2121 and financial assistance to nurse officer candidates under 10 U.S.C. 2130a.

        i.      Chaplain Candidate Program

             All military personnel costs, including retired pay accrual, for the Chaplain Officer Basic Course and Chaplain Active Duty for Training Practicum to qualify officers commissioned as Chaplain Candidates for future service as chaplains in either the Active or Reserve Component.

        j.      Education Benefits (New G.I. Bill)

             Includes funds for payment to the DoD Education Benefits Fund, a trust fund, as prescribed by 10 U.S.C. 2006.  The program is governed by 10 U.S.C. Chapter 1606 and 1607 and is budgeted on an accrual basis.  Also includes payments for vocational/technical training under the Reserve Compensation G.I. Bill as provided by 10 U.S.C. 2131.

C.      Budget Subactivities

      The budget subactivities are grouped to present all of the military personnel-type costs for the particular activity.  Rather than repeat the same definitions for each activity, the descriptions of the subactivities are shown below by their various titles:

        1.      Pay and Allowances, Active Duty for Training, Officers

             For the pay and allowances of commissioned and warrant officers of the Reserve Components on active duty for training.  These include:

        a.      Basic Pay

             For basic compensation, including length of service increments, under the provision of 37 U.S.C. 201 and 203-205.

        b.      Retired Pay Accrual

             For the Department of Defense contribution to its Military Retirement

Fund, under the provisions of 10 U.S.C. 1466. Retired pay accrual amounts will be precisely the specified percent of basic pay.

c.      Incentive Pay for Hazardous Duty

Refer to the descriptions of the subactivities in paragraph 020202, 1-C, as applicable, as well as involving use of ski-equipped aircraft on the ground in Antartica or the Artic ice-pack. Also includes incentive pay for hazardous duty for members of a Weapons of Mass Destruction Civil Support Team under the provisions of 37 U.S.C. 305b.

d.      Special Pay

Refer to the descriptions of the subactivities in paragraph 020202, 1-D as applicable. Includes selected reserve officers receiving an affiliation bonus under the provisions of 37 U.S.C. 308j and 332; also includes selected reserve health care professionals in critically short wartime specialties under provisions of 37 U.S.C. 302g.

e.      Basic Allowance for Housing

For housing allowances payable to officers under the provisions of 37 U.S.C. 403.

f.      Family Separation Allowances

For family separation allowances payable to officers under the provisions of 37 U.S.C. 427.

g.      Basic Allowance for Subsistence

For subsistence allowances payable to officers under the provisions of 37 U.S.C. 402.

h.      Separation Payments

Payments for accumulated annual leave under the provisions of 37 U.S.C. 501.

i.      Social Security (FICA Tax) -- Employers' Share

For payment of tax of employer to the Social Security Administration as provided by the Federal Insurance Contributions Act.

2.      Pay and Allowances, Active Duty for Training, Enlisted

For the pay and allowances of enlisted personnel of the Reserve Components on active duty for training. These include:

a.      Basic Pay

For basic compensation, including length of service increments, under the provision of 37 U.S.C. 203-205.

b.    <u>Retired Pay Accrual</u>

For the Department of Defense contribution to its Military Retirement Fund, under the provisions of 10 U.S.C. 1466.  Retired pay accrual amounts will be precisely the specified percent of basic pay.

c.    <u>Incentive Pay for Hazardous Duty</u>

Refer to the descriptions of the subactivities in paragraph 020202, 2-C-1 and 2-C-2 as applicable as well as involving use of ski-equipped aircraft on the ground in Antartica or the Artic ice-pack. Also includes incentive pay for hazardous duty for members of a Weapons of Mass Destruction Civil Support Team under the provisions of 37 U.S.C. 305b.

d.    <u>Special Pay</u>

Refer to the descriptions of the subactivities in paragraph 020202, 2-D and 2-E, as applicable.  Includes affiliation, enlistment, and reenlistment bonuses for selected reserve enlisted members under the provisions of 37 U.S.C. 308b, 308c, 308d, 308g, 308h, 308i, and 331.

e.    <u>Basic Allowance for Housing</u>

For housing allowances payable to enlisted personnel under the provisions of 37 U.S.C. 403.

f.    <u>Family Separation Allowances</u>

For family separation allowances payable to enlisted personnel under the provisions of 37 U.S.C. 427.

g.    <u>Separation Payments</u>

For accumulated unused annual leave under the provisions of 37 U.S.C. 501.

3.    <u>Pay, Inactive Duty Training, Officers</u>

a.    <u>Basic Pay</u>

For basic compensation, including length of service increments, under the provisions of 37 U.S.C. 201-203, 205, and 206.

b.    <u>Retired Pay Accrual</u>

For the Department of Defense contribution to its Military Retirement Fund, under the provisions of 10 U.S.C. 1466.  Retired pay accrual amounts will be precisely the specified percent of basic pay.

c.    <u>Incentive Pay for Hazardous Duty</u>

For performance of hazardous duty required by competent authority under the provisions of 37 U.S.C. 301 or 37 U.S.C. 351. Also includes incentive pay for hazardous duty for members of a Weapons of Mass Destruction Civil Support Team under the provisions of 37 U.S.C. 305b.

      d.      <u>Social Security (FICA Tax) -- Employers' Share</u>

For payment of tax of employer to the Social Security Administration as provided by the Federal Insurance Contributions Act.

      4.      <u>Pay, Inactive Duty Training, Enlisted</u>

      a.      <u>Basic Pay</u>

For basic compensation, including length of service increments, under the provisions of 37 U.S.C. 203 and 206.

      b.      <u>Retired Pay Accrual</u>

For the Department of Defense contribution to its Military Retirement Fund, under the provisions of 10 U.S.C. 1466. Retired pay accrual amounts will be precisely the specified percent of basic pay.

      c.      <u>Incentive Pay for Hazardous Duty</u>

For performance of hazardous duty required by competent authority under the provisions of 37 U.S.C. 301 or 37 U.S.C. 351. Also includes incentive pay for hazardous duty for members of a Weapons of Mass Destruction Civil Support Team under the provisions of 37 U.S.C. 305b.

      d.      <u>Social Security (FICA Tax) -- Employers' Share</u>

For payment of tax of employer to the Social Security Administration as provided by the Federal Insurance Contributions Act.

      5.      <u>Individual Clothing and Uniform Allowances, Officers</u>

Payments of allowances to officers for the purchase of required uniforms under the provisions of 37 U.S.C 415-417.

      6.      <u>Individual Clothing and Uniform Allowances, Enlisted</u>

For the costs of uniform clothing authorized to be issued in kind to enlisted personnel under the provisions of 37 U.S.C. 418.

      7.      <u>Subsistence of Enlisted Personnel</u>

For the cost of subsistence issued as rations to enlisted personnel including emergency and operational rations under the provisions of 37 U.S.C. 402.

      8.      <u>Travel, Active Duty Training, Officers, and Travel, Active Duty for Training, Enlisted</u>

For expenses incident to training travel of Reserve Component officer or enlisted member, individually or as an organized unit. Travel costs include mileage; per diem; transportation by common carrier (rail, bus, air, water including Air Mobility Command and Military Sealift Command); actual and necessary expenses and costs of subsistence while in a travel status; issue of meal tickets; transportation of baggage; port handling charges; and expenses incident to movement of any military group traveling under one order from the same

point of origin to the same destination.

9.    Pay and Allowances of Officers, Enlisted and Permanent Change of Station Travel for Active Guard and Reserve (AGR)

These subactivities are to provide for the AGR military personnel expenses financed from the Reserve Components personnel appropriations.  The descriptions of these subactivities are identical to those shown for the activities with the same titles in paragraph 020202, above.

10.    Death Gratuities, Officers, and Death Gratuities, Enlisted

For the payment of death gratuities to beneficiaries of Reserve Component personnel under the provisions of 10 U.S.C. 1475-1480.

11.    Disability and Hospitalization Benefits, Officers, and Disability and Hospitalization Benefits, Enlisted

For payment of disability and hospitalization benefits for Reserve Component personnel, except for costs covered by orders to active duty for training or inactive duty training under the provisions of 37 U.S.C. 204 and 206.

12.    Reserve Incentives

For Reenlistment Bonus for Selected Reserves under the provisions of 37 U.S.C. 308b; Affiliation or Enlistment in the Selected Reserves under the provisions of 37 U.S.C. 308c; Non-Prior Service Enlistment Bonus for the Individual Ready Reserve under the provisions of 37 U.S.C. 308g; Individual Ready Reserve Enlistment, Reenlistment or Extension Bonus under the provisions of 37 U.S.C 308h; Prior Service Enlistment Bonus under the provisions of 37 U.S.C 308i; Accession or Affiliation Bonus for New Reserve Component Officers under the provisions of 37 U.S.C. 308j; and any other bonus incentive listed in section 020202, as applicable.

13.    Other

Items that are not accounted for in numbers 1 through 12.

14.    Health Professions Scholarship Program

a.    Stipend

For the allowances of commissioned officers while attending school under the Armed Forces Health Professions Scholarship Program under the provisions of 10 U.S.C. 2120-2122.  This includes a monthly allowance (stipend) as authorized by 10 U.S.C. 2121 and payment of FICA tax of employer to the Social Security Administration as provided by the Federal Insurance Contributions Act.

b.    Financial Assistance Grant

For an annual grant for persons participating in specialized training under the provisions of 10 U.S.C. 2127.

    c.    <u>Accession Bonus</u>

    Bonus to persons entering into an agreement under 10 U.S.C. 2122(a)(2).

    d.    <u>Nurse Candidate Bonus Program</u>

    For an accession bonus paid in periodic installments and a monthly stipend for nurse officer candidates under the provisions of 10 U.S.C. 2130a.

    e.    <u>Individual Clothing and Uniform Allowances, Officers</u>

    Payments of allowances for the purchase of required uniforms under the provisions of 37 U.S.C. 415-417.

    f.    <u>Pay and Allowances, Active Duty for Training, Officers</u>

    For the pay and allowances of commissioned officers of the Reserve Components on active duty for training.

    g.    <u>Travel, Active Duty Training, Officers</u>

    For expenses incident to travel of Reserve Component officers.

BA/BSA – Medicare-Eligible Retiree Health Fund Contribution Appropriations

    1.    <u>Reserve Component Training and Support</u> - For the Department of Defense's contribution to the Medicare-Eligible Retiree Health Care Fund for the future Medicare-Eligible health care costs for current military personnel in accordance with 10 U.S.C. Chapter 56. Defense Health Care Accrual amounts are to be paid into the fund based upon approved actuarial rate multiplied by the expected average force strength for each fiscal year. The Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (P.L. 108-375) provided permanent, indefinite appropriations to finance the cost of accruing TRICARE benefits for uniformed service member. These costs are included in the DoD discretionary total.

## OBJECT CLASSIFICATION
## RESERVE PERSONNEL APPROPRIATIONS

In addition to the object classifications prescribed in paragraph 020202, above, the object classifications prescribed herein shall be the official classifications for use in preparing budget estimates, accounting for budgetary and financial transactions, and in submitting reports on the applicable appropriation accounts:

Object Class

| | |
|---|---|
| Disability and Hospitalization Benefits<br>(See the various components of this pay,<br>i.e., basic pay, BAH, BAS, etc.) | - |
| Education Benefits (MGIB-SR and Reserve Education<br>Assistance Program (REAP) | 12.220 |
| Financial Assistance Grant | 41.010 |
| Inactive Duty Pay (Exclusive of Incentive and Special Pays) | 11.710 |
| Reserve Incentives (Reenlistment, Enlistment, and Educational Bonuses) | 12.220 |
| Stipend (Health Professions Scholarship Program) | 11.710 |
| Subsistence Allowance (Platoon Leaders Course (PLC), etc.) | 11.710 |
| Uniform, Commutations | 26.010 |

\* 020303.          Program and Budget Review Submission

A.          This section prescribes the justification materials required for the Reserve Components' Military Personnel appropriations to support budget estimates. Fund requirements for these appropriations will be presented using those budget and accounting classifications set forth in paragraph 020302, above.

B.          Exhibits in Support of Budget Estimates - The following justification exhibits will be prepared and submitted in support of program and budget review submission for the OSD/OMB program and budget review. These exhibits will be organized by Service military personnel account. Examples of the required exhibits are provided in paragraph 020602 and 020603, below. The required justification material will be organized in a single unclassified volume with the unclassified data displayed in the sequence shown below:

Table of Contents

Section 1 - Summary of Requirements by Budget Program (PB-30A)

The Summary of Requirements will include a Medicare-Eligible Retiree Health Fund Contribution Appropriation line displaying the total amounts budgeted as shown in section 020602 of this chapter. These amounts will be supported by detailed calculations provided in the MPR-8 Exhibit included in the separate backup justification book.

Section 2 - Introduction and Performance Measures.

    1.  The statement should provide the highlights of the budget submission and a general discussion of the relationship of the resources requested to the proposed military strength program. This should include a discussion of the military strength characteristics in terms of gains and losses and promotion and assignment policies. It also should address strength changes in programmatic terms such as force structure and other matters of an overall nature as considered appropriate by the Service.

    2.  Performance Measures and Evaluation Summary (PB-30Y) (example provided in paragraph 020603)

Section 3 - Summary Tables (examples provided paragraph 020602/3, below)

    1.  Personnel Summaries (PB-30G, PB-30H, PB-30I, PB-30F)

    2.  Summary of Entitlements by Subactivity (PB-30J)

    3.  Analysis of Appropriation Changes and Supplemental Requirements (PB-30K)

    4.  Summary of Basic Pay and Retired Pay Accrual Costs (Reserve Components Only) (PB-30L)

    5.  Summary of Basic Allowance for Housing (BAH) Costs (Reserve Components Only) (PB-30M)

    6.  Summary of Travel Costs (Reserve Components Only) (PB-30N)

    7.  Schedule of Increases and Decreases (PB-30O)

Section 4 - Detail of Reserve Personnel Entitlements

    Justification materials will be provided in support of entitlements for each of the following applicable Reserve Component activities:

    1.  Training - Pay Group A
    2.  Training - Pay Group B
    3.  Training - Pay Group F
    4.  Training - Pay Group P
    5.  Mobilization Training
    6.  School Training
    7.  Special Training
    8.  Administration and Support
    9.  AGR Personnel
    10. Death and Disability Gratuities
    11. Reserve Incentives and Bonuses
    12. Education Benefits
    13. Platoon Leaders Class
    14. Reserve Officer Candidates
    15. Branch Officers Basic Course
    16. Health Professions Scholarship
    17. Chaplain Candidate Program

    Justification material for each activity will contain a purpose and scope section, a

schedule of increases and decreases (PB-30P), as well as data in support of the funds requested.  Generally, this data will include appropriate narrative comments relative to program/pricing as well as supporting computational data.  For each subactivity/entitlement, include an explanation to justify the requested change.  The explanation should be specific with regard to what the increases will provide for (i.e., statutory change, program enhancements, solving deficiencies, etc.) and should also explain decreases programmatically.  Also provide a general explanation for each type of entitlement.  Data should be shown for the prior year (PY), current year (CY), and budget year (BY).  School, Special, and Mobilization Training data will be grouped by similar types of training and will be fully explained and justified.  At the end of each section for School, Special, and Mobilization Training provide a total that summarizes the training categories.  Within the Administration and Support subactivity, subtotals are required for AGR personnel and for total incentives and bonuses.  See paragraph 020603, below for format.

Section 5 - Special Analyses (examples provided in paragraph 020602 and 020603, below)

    1.  Reimbursable Programs (PB-30R)

    2.  Selective Reenlistment Bonuses (PB-30V) Use this form for other applicable bonus programs.

    3.  Full-Time Support Personnel (PB-30W)

C.    Justification material for each subactivity will contain a purpose and scope section as well as a justification of funds requested.  The requirements for each entitlement under each military personnel category will be justified on a gross basis to include total obligations for both direct and reimbursable personnel.  For each subactivity/entitlement, include an explanation to justify the requested change.  The explanation should be specific with regard to what the increases will provide for, i.e., statutory, program enhancements, solving deficiencies, etc. and should also explain decreases programmatically.  Also provide a general explanation for each type of entitlement.  The computation for each entitlement will display data for the prior year (PY), current year (CY), and budget year (BY).  An example of the exhibit to meet this requirement is Exhibit PB-30X in section 020603.

    D.    The following exhibits will be provided in a separate backup justification book in support of the budget estimate.  Examples of these exhibits are provided in paragraph 020603, below:

| | |
|---|---|
| MPR-1 | Initial Active Duty for Training Program |
| MPR-2 | Basic Allowance for Housing Costs |
| MPR-3 | Summary of Outyear Data |
| MPR-4 | Education Benefits (Title 10 USC, Chapter 1606 and 1607) |
| MPR-5 | Retired Pay Accrual Costs |
| MPR-6 | Active Guard and Reserve (AGR) Costs |
| MPR-7 | Pay Raise Data |
| MPR-8 | Medicare-Eligible Retiree Health Fund Contributions |

MPR-9          Occupational Specialties

MPR-10          Monthly Obligation Phasing Plan

MPR-11          Summary of Recruiting and Retention Data

MPR-12          Reimbursable Program (Reimbursing Customers)

PB-16          Legislative Proposals (See Volume 2B, Chapter 19, paragraph 191205 for format)

020304.          Congressional Justification/Presentation

A.          Justification books will be organized by Service military personnel account.

B.          Justification Book and other exhibit requirements in support of the congressional submission are identical to those shown above in paragraph 020302 and 020303, Program and Budget Review Submission. Exhibits provided to OUSD(C), consistent with paragraph 020303 D. will **not** be provided to Congress but will be provided under separate cover to OUSD(C) at the time of the President's budget submission.

C.          M-1 Exhibit. Since FY 1998, appropriations language has required the submission of an M-1 exhibit in support of the President's budget. The Military Departments are required to submit M-1 data through the Program Resources Collection Process (PRCP) system consistent with paragraph 010501, above.

0204     DoD MILITARY PERSONNEL RETIREMENT REQUIREMENTS

020401.          Uniform Budget and Fiscal Accounting Classifications

A.          This Section prescribes the budget and fiscal accounting classifications for the Military Retirement Fund for uniform application by the Military Departments and the Office of the Secretary of Defense, pursuant to the provisions of 10 U.S.C. 1461-1467.

B.          The objective is to establish the basis for uniform budget presentations and a standard budget and fiscal accounting classification which shall be used on a uniform basis for military retired pay throughout the Department of Defense in submitting budget estimates and in accounting and reporting on the status of funds under this Trust Fund as required by Volume 4, of this Regulation.

C.          The budget and accounting classification prescribed herein shall be the official classification for use in preparing budget estimates, accounting for budgetary and financial transactions, and in submitting reports on the applicable accounts. Individual budget activity and subactivity accounts shall be established as required for the accounts listed in paragraph E below. Variations in the activity and subactivity classification and titles shall not be made except that additional accounts consistent with this budget and accounting classification may be established in order to meet administrative requirements of the various elements of the Military Departments. The scope of each account is described in later in this section.

D.          Symbol numbers shall be assigned to each of the budget activities and subactivities listed below in the same manner and in the same sequence as will be consistent with the fiscal codes for all appropriations and funds, as published in the respective Military Department fiscal code manuals.

E.    The chart of accounts represents a summary of the accounting and reporting structure under the Military Retirement Fund arranged in the order and in the detail for which reporting in accordance with DoD 7000.14R, Financial Management Regulation, is required.

Budget Activity and Subactivity

1.  Nondisability

1-A - Regular Officers
1-B - Regular Enlisted
1-C - Nonregular Officers
1-D - Nonregular Enlisted

2.  Temporary Disability

2-A - Regular Officers
2-B - Regular Enlisted
2-C - Nonregular Officers
2-D - Nonregular Enlisted

3.  Permanent Disability

3-A - Regular Officers
3-B - Regular Enlisted
3-C - Nonregular Officers
3-D - Nonregular Enlisted

4.  Fleet Reserve

4-A - Regular Enlisted
4-B - Nonregular Enlisted

5.  Survivors' Benefits

5-A - Old Plan, Retired Servicemen's Family Protection Plan (RSFPP)
5-B - New Plan, Survivor Benefits Plan (SBP)
5-C - Guaranteed Minimum
      Income
5-D – Dependence and Indemnity Compensation (DIC) Supplemental
      Payments

BA/BSA

A.    Budget Activities.  The budget activities are established to present the retirement benefits associated with a particular type of retirement.  The following descriptions are for the chart of accounts as listed above.

1.    Nondisability retirements, under applicable statutes, are given on the following basis:

a.    Voluntarily on or after completion of the required length of service.

   b. Involuntarily because of attainment of statutory age or completion of the maximum length of service authorized by law for the several grades.

   c. Automatically upon completion of 30 years of combined active service and service in the Fleet Reserve.

   2. Temporary Disability retirements, under Title IV of the Career Compensation Act of 1949 (10, U.S.C., 1201-1221), are given on the following basis:

   Interim classification in cases where there is doubt as to the degree or permanence of disability.  Persons on temporary disability rolls are given periodic physical examinations at least once every 18 months and may be:

    a. Restored to active duty.

    b. Separated from the service with severance pay.

    c. Transferred to permanent disability retired list.

    d. Continued on temporary list for another 18-month period.

   B. Final determination is required within 5 years of initial classification and temporary disability retirement.

   3. Permanent Disability retirements, under Title IV of the Career Compensation Act of 1949 (10, U.S.C., 1201-1221), are given when:

    a. There is no doubt as to the degree or permanence of the disability at the time of initial retirement.

    b. By periodic examination of temporary disability and Fleet Reserve rolls, it is determined that permanent disability exists.

   4. Fleet Reserve status, under Title II of the Naval Reserve Act of 1938, as amended (10 U.S.C., 6330, 6331), is given when:    Enlisted personnel of the Navy and Marine Corps having 20 but less than 30 years service may be transferred to the inactive Fleet Reserve with retainer pay at rates prescribed by law.  They remain in the Fleet Reserve until their status is changed by reason of:

    a. Completion of 30 years' service.

    b. Recall to active duty.

    c. Physical unfitness for further military service.

    d. Death.

   5. Survivors' Benefits payments, under the old Retired Serviceman's Family Protection Plan, and the new Survivor Benefit Plan (SBP), are provided on the following basis:

    a. Two of the benefits are contributory:  the old Serviceman's Family Protection Plan and the new Survivor Benefit Plan (SBP).  Under both of the contributory benefits, a member of the uniformed services may elect to receive a reduced amount of any

retired pay that may be awarded him/her in order to provide one or more annuities to his/her survivors, as specified by law. The basic options include the choice of annuities to provide for (1) surviving spouse, (2) surviving children, (3) surviving family, including both spouse and children, or (4) other persons with insurable interest (under the new plan only).

      b.    The other two benefits are noncontributory, both the Guaranteed Minimum Income and the Dependency and Indemnity Compensation (DIC) Supplemental Payments. The Guaranteed Minimum Income has a special provision benefiting women who are _now_ widows of deceased members of the Uniformed Services who were receiving, or were entitled to receive, retired pay. The provision that guarantees these widows annual incomes will not fall below a certain amount. The DIC Supplemental Payments provide supplemental payments to widows of retirement-eligible members who die on active duty if DIC payments (by VA) are less than the maximum payments that the widow would have received if the member had been retired. The SBP payments covering the difference between the two will be paid.

      B.    <u>Budget Subactivities.</u>  The budget subactivities are established to show the retirement benefits associated with a particular personnel classification. Subactivities for Regular Officers, Regular Enlisted, Nonregular Officers, and Nonregular Enlisted are used for Budget Activities 1, 2 and 3; Budget Activity 4 has only the two enlisted classifications; and Budget Activity 5 now has four subactivities showing survivors covered under (1) the Old Plan (RSFPP), (2) the New Plan (SBP), (3) Guaranteed Minimum Income (to current widows), and (4) DIC Supplemental Payments (to future widows).

## 0205   DoD MILITARY PERSONNEL - CIVIL FUNCTIONS

    020501.    Purpose

    This Section prescribes the justification material required for the Military Personnel civil function trust fund accounts.

    020502.    Military Retirement Fund/Education Benefits Fund/Retiree Health Care Fund

      A.    Appropriate exhibits and schedules will be prepared by OUSD(C) P/B, Military Personnel and Construction Directorate unless specified otherwise in the annual OUSD(C) guidance memorandum.

      B.    Unless otherwise specified, exhibit requirements will only include the Program and Financing Schedule and a Status of Fund for the Military Retirement Fund, the Education Benefits Fund, and the Uniformed Services Retiree Health Care Fund.

## 0206   BASELINE MILITARY PERSONNEL APPROPRIATION SUBMISSION FORMATS

    020601.    Purpose

    The formats provided on the following pages reflect guidance presented in previous sections of this chapter. Unless modified in a submission budget call, these formats should be adhered to.

* 020602.    Exhibits in Support of Section 0202 - Active Military Personnel Appropriations

Exhibit PB-30A Summary of Requirements by Budget Program (Active)**Error! Bookmark not defined.**

Exhibit PB-30B Summary of Military Personnel Strength (Active) ........................................... 55

Exhibit PB-30C Military Personnel End Strength by Grade (Active)......................................... 57

Exhibit PB-30D Military Personnel Average Strength by Grade (Active)................................. 58

Exhibit PB-30E Active Duty Strengths by Month (Active) ...................................................... 59

Exhibit PB-30F Gains and Losses by Source and Type (Active)............................................... 60

Exhibit PB-30J Summary of Entitlements by Subactivity (Active) ........................................... 63

Exhibit PB-30K Analysis of Appropriation Changes and Supplemental Requirements (Active) 68

Exhibit PB-30O Schedule of Increases and Decreases Summary (Active & Reserve)............... 72

Exhibit PB-30P Schedule of Increases and Decreases (Active & Reserve) .............................. 73

Exhibit PB-30Q Military Personnel Assigned Outside DoD (End Strength) (Active)................ 74

Exhibit PB-30R Reimbursable Program (Active & Reserve)..................................................... 76

Exhibit PB-30S Reserve Officer Candidates (ROTC) Enrollment (Active) .............................. 77

Exhibit PB-30T Reserve Officer Candidates (ROTC) Program (Active) .................................. 78

Exhibit PB-30V Incentive/Bonus Payment Stream (Active & Reserve)..................................... 79

Exhibit PB-30X  Subactivity Detailed Justification (Active) ........**Error! Bookmark not defined.**

Exhibit PB-30Y Performance Measures and Evaluation Summary ............................................ 82

Exhibit PB-30Z Monthly End Strengths by Pay Grade (Active)................................................ 83

Exhibit MP-2, Part 1 Dependents, Housing and BAH Estimates ............................................... 84

Exhibit MP-3 Summary of Outyear Data .................................................................................. 89

Exhibit MP-4 Military Personnel by Region and Country (End Strength)................................. 90

Exhibit MP-6 Education Benefits .............................................................................................. 96

Exhibit MP-7 Aviation Retention Bonus ................................................................................... 98

Exhibit MP-9 Summary of Basic Pay and Retired Pay Accrual Costs ..................................... 101

Exhibit MP-11 Gains Phased by Month .................................................................................. 102

Exhibit MP-12 Pay Raise Data ............................................................................................... 103

Exhibit MP-13 - Medicare-Eligible Retiree Health Fund Contributions.................................. 104

Exhibit MP-14 - Selected Officer Occupation Specialties ....................................................... 105

Exhibit MP-15 Monthly Obligation Phasing Plan ................................................................... 109

Exhibit MP-16 – Recruiting and Retention Data...................................................................... 110

Exhibit MP-17 – Reimbursable Program (Reimbursing Customers) ........................................ 112

\* 020603.    Exhibits in Support of Section 0203 – Reserve Military Personnel Appropriations

Exhibit PB-30A Summary of Requirements by Budget Program (Reserves) ............................ 113

Exhibit PB-30F Schedule of Gains and Losses to Selected Reserve Strength ........................... 115

Exhibit PB-30G Summary of Personnel (Reserves)......................**Error! Bookmark not defined.**

Exhibit PB-30H Reserve On Active Duty - Strength by Grade (Reserves) .............................. 118

Exhibit PB-30I Strength by Month (Reserves).............................................................. 119

Exhibit PB-30J Summary of Entitlements by Subactivity (Reserves)...................................... 120

Exhibit PB-30K Analysis of Appropriation Changes (Reserves).................................................. 125

Exhibit PB-30L Summary of Basic Pay and Retired Pay Accrual Costs (Reserves) ................ 130

Exhibit PB-30M Summary of BAH Costs (Reserves)................................................................ 132

Exhibit PB-30N Summary of Travel Costs (Reserves) ............................................................ 134

Exhibit PB-30U Summary of BAS AND SIK Costs (Reserves)................................................ 136

Exhibit PB-30W Full-Time Support Personnel (Reserves) ...................................................... 138

Exhibit PB-30X  Subactivity Detailed Justification (Reserve)................................................ 139

Exhibit PB-30Y Performance Measures and Evaluation Summary (Reserves) ......................... 140

Exhibit MPR-1 IADT Program and Prior Service Enlistments.................................................. 141

Exhibit MPR-2 Basic Allowance for Housing Costs Summary ................................................ 143

Exhibit MPR-3 Summary of Outyear Data.............................................................................. 144

Exhibit MPR-4 Education Benefits (Title 10 USC, Chapter 1606 & 1607).............................. 146

Exhibit MPR-4 Education Benefits (Title 10 USC, Chapter 1606 & 1607).............................. 147

Exhibit MPR-5 Summary of Basic Pay and Retired Pay Accrual Costs ................................... 148

Exhibit MPR-6 Active Reserve/Guard (AGR) Personnel Cost ................................................ 149

Exhibit MPR-7 Pay Raise Data.............................................................................................. 150

Exhibit MPR-8 Medicare-Eligible Retiree Health Fund Contributions .................................... 151

Exhibit MPR-9 - Selected Officer Occupation Specialties........................................................ 154

Exhibit MPR-10 - Monthly Obligation Phasing Plan .............................................................. 160

Exhibit MPR-11 – Recruiting and Retention Data .................................................................. 159

Exhibit MPR-12 – Reimbursable Program (Reimbursing Customers)....................................... 161

**DoD 7000.14-R**　　　　　　**Financial Management Regulation**　　　　　　**Volume 2A, Chapter 2**

Exhibit PB-30A Summary of Requirements by Budget Program (Active)

**MILITARY PERSONNEL, _____**
**SUMMARY OF REQUIREMENTS BY BUDGET PROGRAM**
**($ in Thousands)**

|  | FY 20PY<br>Actual | FY 20CY<br>Estimate | FY 20BY<br>Estimate |
|---|---|---|---|

**DIRECT BASELINE PROGRAM FUNDING**
　Pay and Allowances of Officers
　Pay and Allowances of Enlisted Personnel
　Pay and Allowances of Cadets and Midshipmen
　Subsistence of Enlisted Personnel
　Permanent Change of Station Travel
　Other Military Personnel Costs
　Total Direct Baseline Program Funding

**REIMBURSABLE BASELINE PROGRAM FUNDING**
　Pay and Allowances of Officers
　Pay and Allowances of Enlisted Personnel
　Subsistence of Enlisted Personnel
　Permanent Change of Station Travel
　Total Reimbursable Baseline Program Funding

**TOTAL BASELINE PROGRAM FUNDING**
　Pay and Allowances of Officers
　Pay and Allowances of Enlisted Personnel
　Pay and Allowances of Cadets and Midshipmen
　Subsistence of Enlisted Personnel
　Permanent Change of Station Travel
　Other Military Personnel Costs
　Total Baseline Program Funding

(Page 1 of 2)

**DoD 7000.14-R**          **Financial Management Regulation**          **Volume 2A, Chapter 2**
<span style="color:blue">**\* November 2012**</span>

**MILITARY PERSONNEL, _____**
**SUMMARY OF REQUIREMENTS BY BUDGET PROGRAM**
**($ in Thousands)**

|  | FY 20PY<br>Actual | FY 20CY<br>Estimate | FY 20BY<br>Estimate |
|---|---|---|---|

**OCO Funding -- FY 200X (P.L. XXX-XXX); FY 200X (P.L. XXX-XXX)**
Pay and Allowances of Officers
Pay and Allowances of Enlisted Personnel
Pay and Allowances of Cadets and Midshipmen
Subsistence of Enlisted Personnel
Permanent Change of Station Travel
Other Military Personnel Costs
Total OCO Program Funding

**TOTAL PROGRAM FUNDING**
Pay and Allowances of Officers
Pay and Allowances of Enlisted Personnel
Pay and Allowances of Cadets and Midshipmen
Subsistence of Enlisted Personnel
Permanent Change of Station Travel
Other Military Personnel Costs
Total Program Funding

Medicare-Eligible Retiree Health Fund Contribution, (Army, Navy, etc.)

TOTAL MILITARY PERSONNEL PROGRAM COST

LEGISLATIVE PROPOSALS:
The following legislative proposals are included in the above estimate and submitted for FY BY consideration.
(List proposals and funding requested.)

**Exhibit PB-30A Summary of Requirements by Budget Program (Active) Continued**

(Page 2 of 2)

**DoD 7000.14-R**          **Financial Management Regulation**          **Volume 2A, Chapter 2**

**\* November 2012**

Exhibit PB-30B Summary of Military Personnel Strength (Active)

**MILITARY PERSONNEL, _____**
**SUMMARY OF MILITARY PERSONNEL STRENGTH**

| | FY 20PY Actual | | FY 20CY Planned | | FY 20BY Planned | |
|---|---|---|---|---|---|---|
| | Average Strength | End Strength 30 Sep 20PY | Average Strength | End Strength 30 Sep 20CY | Average Strength | End Strength 30 Sep 20BY |
| DIRECT BASELINE PROGRAM | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Academy (Cadets/Midshipmen) | | | | | | |
| Total Direct Program | | | | | | |
| REIMBURSABLE PROGRAM | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Total Reimbursable | | | | | | |
| TOTAL BASLINE PROGRAM | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Academy (Cadets/Midshipmen) | | | | | | |
| Total Program | | | | | | |
| OCO PROGRAM [1/ 2/] | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| OCO Funded Strength | | | | | | |
| REVISED TOTAL PROGRAM | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Academy (Cadets/Midshipmen) | | | | | | |
| Revised Total Program | | | | | | |

> *End strength on this exhibit and in supporting budget exhibits must match the end strength in the Comptroller Information System (CIS) by category of personnel.*

/1 FY PY average strength includes # officer and # enlisted mobilized Reserve Component personnel in support of OEF or OND
/2 FY CY (if applicable) average strength includes # officer and # enlisted mobilized Reserve Component personnel in support of OEF or OND

**(Page 1 of 2)**

**DoD 7000.14-R**          **Financial Management Regulation**          **Volume 2A, Chapter 2**

**\* November 2012**

**MILITARY PERSONNEL, _____**
**SUMMARY OF MILITARY PERSONNEL STRENGTH**

**\*The [Service name] is required to document the number of Reserve and National Guard members who have performed operational support duty for the [Service name] for 1) a period greater than 1,095 consecutive days, or 2) cumulatively for 1,095 days out of the previous 1,460 days (and thereby exceed the threshold).**

|  | FY 20 PY Actuals | FY 20 CY Projected | FY 20 BY Projected |
|---|---|---|---|
| **XXXX Reserve** |  |  |  |
| **XXXX Guard** |  |  |  |

**These totals are/are not part of the end strength figures that are displayed throughout the justification material.**

**Exhibit PB-30B Summary of Military Personnel Strength (Active) Continued**

**(Page 2 of 2)**

**DoD 7000.14-R**          **Financial Management Regulation**          **Volume 2A, Chapter 2**
                                                                        **\* November 2012**

Exhibit PB-30C Military Personnel End Strength by Grade (Active)

**MILITARY PERSONNEL, _____**
**END STRENGTH BY GRADE 1/**
**TOTAL PROGRAM**

|  | FY 20PY | | FY 20CY | | FY 20BY | |
|---|---|---|---|---|---|---|
|  | Total | Reimb Incl 2/ | Total | Reimb Incl 2/ | Total | Reimb Incl 2/ |
| Commissioned Officers | | | | | | |
| 0-10 (enter rank) | | | | | | |
| 0-9 " " | | | | | | |
| 0-8 " " | | | | | | |
| 0-7 " " | | | | | | |
| 0-6 " " | | | | | | |
| 0-5 " " | | | | | | |
| 0-4 " " | | | | | | |
| 0-3 " " | | | | | | |
| 0-2 " " | | | | | | |
| 0-1 " " | | | | | | |
| Total | | | | | | |
| Warrant Officers | | | | | | |
| W-4 (enter rank) | | | | | | |
| W-3 " " | | | | | | |
| W-2 " " | | | | | | |
| W-1 " " | | | | | | |
| Total | | | | | | |
| Total Officers | | | | | | |
| Enlisted Personnel | | | | | | |
| E-9 (enter rank) | | | | | | |
| E-8 " " | | | | | | |
| E-7 " " | | | | | | |
| E-6 " " | | | | | | |
| E-5 " " | | | | | | |
| E-4 " " | | | | | | |
| E-3 " " | | | | | | |
| E-2 " " | | | | | | |
| E-1 " " | | | | | | |
| Total Enlisted | | | | | | |
| Cadets/Midshipmen | | | | | | |
| Total End Strength | | | | | | |

1/    Excludes active duty personnel paid from Civil Functions, Reserve, and Guard appropriations.
2/    Show the total number of reimbursable end strength included in the total end strength.

**DoD 7000.14-R**          **Financial Management Regulation**          **Volume 2A, Chapter 2**

Exhibit PB-30D Military Personnel Average Strength by Grade (Active)

**MILITARY PERSONNEL, _____**
**AVERAGE STRENGTH BY GRADE 1/**
**TOTAL PROGRAM**

|  | FY 20PY | | FY 20CY | | FY 20BY | |
|---|---|---|---|---|---|---|
|  | Total | Reimb Incl 2/ | Total | Reimb Incl 2/ | Total | Reimb Incl 2/ |
| **Commissioned Officers** | | | | | | |
| 0-10  (enter rank) | | | | | | |
| 0-9      "   " | | | | | | |
| 0-8      "   " | | | | | | |
| 0-7      "   " | | | | | | |
| 0-6      "   " | | | | | | |
| 0-5      "   " | | | | | | |
| 0-4      "   " | | | | | | |
| 0-3      "   " | | | | | | |
| 0-2      "   " | | | | | | |
| 0-1      "   " | | | | | | |
|          Total | | | | | | |
| **Warrant Officers** | | | | | | |
| W-4  (enter rank) | | | | | | |
| W-3      "   " | | | | | | |
| W-2      "   " | | | | | | |
| W-1      "   " | | | | | | |
|          Total | | | | | | |
| **Total Officers** | | | | | | |
| **Enlisted Personnel** | | | | | | |
| E-9  (enter rank) | | | | | | |
| E-8      "   " | | | | | | |
| E-7      "   " | | | | | | |
| E-6      "   " | | | | | | |
| E-5      "   " | | | | | | |
| E-4      "   " | | | | | | |
| E-3      "   " | | | | | | |
| E-2      "   " | | | | | | |
| E-1      "   " | | | | | | |
|          Total | | | | | | |
| **Cadets/Midshipmen** | | | | | | |
| **Total Average Strength** | | | | | | |

1/    Excludes active duty personnel paid from Civil Functions, Reserve, and Guard appropriations.
2/    Separately display the total number of average strength included in the total average strength.

**DoD 7000.14-R**        **Financial Management Regulation**        **Volume 2A, Chapter 2**

Exhibit PB-30E Active Duty Strengths by Month (Active)

**MILITARY PERSONNEL, _____**
**ACTIVE DUTY STRENGTHS BY MONTHS 1/**

| | FY 20PY[2/] | | | | FY 20CY[2/3/] | | | | FY 20BY[2/3/] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Off | Enl | Cadet/Mid | Total | Off | Enl | Cadet/Mid | Total | Off | Enl | Cadet/Mid | Total |
| September | | | | | | | | | | | | |
| October | | | | | | | | | | | | |
| November | | | | | | | | | | | | |
| December | | | | | | | | | | | | |
| January | | | | | | | | | | | | |
| February | | | | | | | | | | | | |
| March | | | | | | | | | | | | |
| April | | | | | | | | | | | | |
| May | | | | | | | | | | | | |
| June | | | | | | | | | | | | |
| July | | | | | | | | | | | | |
| August | | | | | | | | | | | | |
| September | | | | | | | | | | | | |

Average End Strength    **\*Calculation:  (PY SEP + (CY OCT through CY AUG)\*2 + CY SEP)/24**

Active Duty for Operational Support (ADOS)        *formerly known as Active Duty for Special Work (ADSW),*
Average Strength                                     *Temporary Tour of Active Duty (TTAD), or Manday Program*
Dollars in Millions

Total Average
    Strength   **\*Average End Strength plus ADOS Average Strength**

Selected Reserve 12304b Authority (if applicable)
Average Strength
Dollars in Millions
Total Average Strength  \*Average End Strength plus ADOS Average Strength plus 12304b Average Strength

\*Strength in the FY CY and FY BY Baseline Request
End Strength
Average Strength

1/      Includes reimbursable active duty military pay strengths, but excludes active duty personnel paid from Civil Functions, Reserve, and National Guard Appropriations.
2/      Table must be footnoted to indicate the month through which actual data is contained.
\*3/    Table should include OCO funded active duty strength.
Note:  Do not round strength figures

**DoD 7000.14-R**          **Financial Management Regulation**          **Volume 2A, Chapter 2**
**\* November 2012**

Exhibit PB-30F Gains and Losses by Source and Type (Active)

**MILITARY PERSONNEL, _____**
**GAINS AND LOSSES BY SOURCE AND TYPE**

**<u>OFFICERS</u>**

| | <u>FY 20PY</u> | <u>FY 20CY</u> | <u>FY 20BY</u> |
|---|---|---|---|
| **BEGINNING STRENGTH** | | | |
| | | | |
| **<u>GAINS</u>** | | | |
| Service Academies | | | |
| Reserve Officers Training Corps | | | |
|   Senior ROTC | ( ) | ( ) | ( ) |
|   Scholarship | ( ) | ( ) | ( ) |
| Health Professions Scholarships | | | |
| Platoon Leaders Class | | | |
| Reserve Officer Candidates | | | |
| Other Enlisted Commissioning Programs | | | |
| Voluntary Active Duty | | | |
| Direct Appointments | | | |
| Warrant Officer Programs | | | |
| Other | | | |
| Gain Adjustments | | | |
|     **TOTAL GAINS** | | | |
| | | | |
| **<u>LOSSES</u>** | | | |
| Expiration of Contract/Obligation | | | |
| Normal Early Release | | | |
|   Disability | ( ) | ( ) | ( ) |
|   Nondisability | ( ) | ( ) | ( ) |
| Voluntary Separations - VSI | | | |
| Voluntary Separations - SSB | | | |
| Involuntary Separation - Reserve Officers | | | |
| Involuntary Separation - Regular Officers | | | |
| 15-Year Temporary Early Retirement | | | |
| Reduction-in-Force | | | |
| Attrition | | | |
| Other | | | |
| Loss Adjustments | | | |
|     **TOTAL LOSSES** | | | |
| | | | |
| **END STRENGTH** | | | |

(Page 1 of 2)

**MILITARY PERSONNEL, _____**
**GAINS AND LOSSES BY SOURCE AND TYPE**

### ENLISTED

| | FY 20PY | FY 20CY | FY 20BY |
|---|---|---|---|
| **BEGINNING STRENGTH** | | | |
| **GAINS** | | | |
| Non-prior Service Enlistments | | | |
|     Male | ( ) | ( ) | ( ) |
|     Female ( ) | ( ) | ( ) | ( ) |
| Prior Service Enlistments | | | |
| Reenlistments | | | |
| Reserves | | | |
| Officer Candidate Programs | | | |
| Returned from Dropped from Rolls | | | |
| Other | | | |
| Gain Adjustments | | | |
|     **TOTAL GAINS** | | | |

**LOSSES**
Expiration of Term of Service (ETS)
Normal Early Release
Programmed Early Release
Separations – VSI
Separations - VSP
Separations - SSB
To Commissioned Officer
To Warrant Officer
Reenlistment
Retirement
15-Year Temporary Early Retirement
Dropped from Rolls (Deserters)
Attrition (Adverse Causes)
Attrition (Other)
Reserve Components
Other
  Loss Adjustments
    **TOTAL LOSSES**

**END STRENGTH**

### CADETS/MIDSHIPMEN

**BEGINNING STRENGTH**

**GAINS**
  Entering Cadets/Midshipmen
**LOSSES**
  Attrition
  Graduates
    **TOTAL LOSSES**

**END STRENGTH**

**Exhibit PB-30F Gains and Losses by Source and Type (Active) Continued**
(Page 2 of 2)

Exhibit PB-30J Summary of Entitlements by Subactivity (Active)

**MILITARY PERSONNEL, _____**
**SUMMARY OF ENTITLEMENTS BY SUBACTIVITY**
**($ in Thousands)**

|  | FY 20PY | | | FY 20CY | | | FY 20BY | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Officers | Enlisted | Total | Officers | Enlisted | Total | Officers | Enlisted | Total |

1.  Basic Pay

2.  Retired Pay Accrual

3.  Basic Allowance for Housing
    a.  With Dependents – Domestic
    b.  Without Dependents - Domestic
    c.  Substandard Family Housing - Domestic
    d.  Partial – Domestic
    e.  With Dependents – Overseas
    f.  Without Dependents – Overseas

4.  Subsistence
    a.  Basic Allowance for Subsistence
        1.  Authorized to Mess Separately
        2.  Leave Rations
        3.  BAS II
        4.  Augmentation for Separate Meals
    b.  Subsistence-In-Kind
        1.  Subsistence in Messes
        2.  Special Rations
        3.  Operational Rations
        4.  Augmentation Rations
        5.  Other Programs
        6.  Less Cash Collections
    c.  Family Subsistence Supplemental Allowance

NOTE:  Line items to include both direct and reimbursable costs.

(Page 1 of 5)

MILITARY PERSONNEL, _____
SUMMARY OF ENTITLEMENTS BY SUBACTIVITY (Continued)
($ in Thousands)

| | FY 20PY | | | FY 20CY | | | FY 20BY | | |
|---|---|---|---|---|---|---|---|---|---|
| | Officers | Enlisted | Total | Officers | Enlisted | Total | Officers | Enlisted | Total |

5. Incentive Pay, Hazardous Duty,
   and Aviation Career

   a.  Flying Duty Pay
       1.  Aviation Career, Officers
       2.  Crew Members, Enlisted
       3.  Noncrew Member
       4.  Aviation Continuation Pay
       5.  Career Enlisted Flyer Pay

   b.  Submarine Duty Pay
   c.  Parachute Jumping Pay
   d.  Demolition Pay
   e.  Other Pays

6. Special Pays
   a.  Medical Pay
   b.  Dental Pay
   c.  Optometrists Pay
   d.  Veterinarians Pay
   e.  Board Certified Pay for
       Non-Physician Health Care Providers
   f.  Nurses Pay
   g.  Nuclear Officer Incentive Pay
   h.  Nuclear Accession Bonus
   i.  Scientific/Engineering Bonus
   j.  Responsibility Pay
   k.  Sea and Foreign Duty, Total
       1.  Sea Duty
       2.  Duty at Certain Places
       3.  Overseas Extension Pay
   l.  Diving Duty Pay
   m.  Foreign Language Proficiency Pay
   n.  Hostile Fire Pay
   o.  Hardship Duty Pay
   p.  Judge Advocate Continuation Pay
   q.  Special Warfare Officer Pays (extend period of active duty)
   r.  Surface Warfare Officer Continuation Pays

**Exhibit PB-30J Summary of Entitlements by Subactivity (Active) Continued**
(Page 2 of 5)

DoD 7000.14-R                  **Financial Management Regulation**                  Volume 2A, Chapter 2
                                                                                    * November 2012

**MILITARY PERSONNEL, _____**
**SUMMARY OF ENTITLEMENTS BY SUBACTIVITY (Continued)**
**($ in Thousands)**

|  | FY 20PY | | | FY 20CY | | | FY 20BY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Officers | Enlisted | Total | Officers | Enlisted | Total | Officers | Enlisted | Total |

   s.   Critical Skill Retention Bonus
   t.   Conversion to Military Occupational Specialty to ease personnel shortage
   u.   New Officers in Critical Skills Accession Bonus
   v.   Transfer Between Armed Forces Incentive Bonus
   w.  Reenlistment Bonus
      1.  Regular
      2.  Selective
   x.   Special Duty Assignment Pay
   y.   Enlistment Bonus
   z.   Education Benefits (College Fund)
  aa.  Loan Repayment Program
  bb.  Assignment Incentive Pay
  cc.  Other Special Pays

7.   Allowances
   a.  Uniform or Clothing Allowances
      1.  Initial Issue
         1.  Military
         2.  Civilian
      2.  Additional
      3.  Basic Maintenance
      4.  Standard Maintenance
      5.  Supplementary
      6.  Civilian Clothing Maintenance

   b.  Station Allowance Overseas
      1.  Cost-of-Living
      2.  Temporary Lodging

**Exhibit PB-30J Summary of Entitlements by Subactivity (Active) Continued**
(Page 3 of 5)

MILITARY PERSONNEL, _____
SUMMARY OF ENTITLEMENTS BY SUBACTIVITY (Continued)
($ in Thousands)

| | FY 20PY | | | FY 20CY | | | FY 20BY | | |
|---|---|---|---|---|---|---|---|---|---|
| | Officers | Enlisted | Total | Officers | Enlisted | Total | Officers | Enlisted | Total |

c.   Family Separation Allowance
   1.  On PCS, Dependents Not Authorized (FSA-R)
   3.  Afloat (FSA-S)
   4.  On TDY (FSA-T)

d.  Special Comp for Assist with Act of Daily Living (SCAADL)

e.  Personal Money Allowance, General & Flag Officers

f.  CONUS COLA

8.  Separation Payments
   a.  Terminal Leave Pay
   b.  Lump-Sum Readjustment Pay
   c.  Donations
   d.  Severance Pay, Disability
   e.  Severance Pay, Nonpromotion
   f.  Severance Pay, Invol Half (5%)
   g.  Severance Pay, Invol Full (10%)
   h.  Severance Pay, VSI
   i.  Severance Pay, VSP
   j.  Severance Pay, SSB
   k.  15-Year Temporary Early Retirement
   l.  $30,000 Lump Sum Bonus

9.  Social Security Tax Payment

10. Permanent Change of Station Travel

11. Other Military Personnel Costs
   a.  Apprehension of Deserters
   b.  Interest on Uniformed Services
      Savings Deposits (MIA)
   c.  Death Gratuities
   d.  Unemployment Compensation
   e.  Education Benefits
   f.  Adoption Expenses

Exhibit PB-30J Summary of Entitlements by Subactivity (Active) Continued
(Page 4 of 5)

MILITARY PERSONNEL, _____
SUMMARY OF ENTITLEMENTS BY SUBACTIVITY (Continued)
($ in Thousands)

| | FY 20PY | | | FY 20CY | | | FY 20BY | | |
|---|---|---|---|---|---|---|---|---|---|
| | Officers | Enlisted | Total | Officers | Enlisted | Total | Officers | Enlisted | Total |
| g.  Mass Transportation Benefit | | | | | | | | | |
| h.  Partial Dislocation Allowance | | | | | | | | | |
| i.  SGLI | | | | | | | | | |
| j.  T-SGLI | | | | | | | | | |
| k.  ROTC | | | | | | | | | |
| l.  JROTC | | | | | | | | | |
| 12.  Cadets/Midshipmen | | | | | | | | | |

**Military Personnel Appropriation Total**

13.  Less Reimbursables:    Retired Pay Accrual
Other

**Military Personnel Appropriation Total, Direct**

**Exhibit PB-30J Summary of Entitlements by Subactivity (Active) Continued**
(Page 5 of 5)

Exhibit PB-30K Analysis of Appropriation Changes and Supplemental Requirements (Active)

**MILITARY PERSONNEL, _____**
**ANALYSIS OF APPROPRIATION CHANGES AND SUPPLEMENTAL REQUIREMENTS**
**FY 20CY**
**($ in Thousands)**

| | FY 20CY PRESIDENT'S BUDGET | CONGRES-SIONAL ACTION | APPRO-PRIATION | INTERNAL REALIGNMENT/ REPROGRAMMING | SUBTOTAL | PROPOSED DD 1415 ACTIONS | FY 20CY COLUMN FY 20BY PRES. BUDGET |
|---|---|---|---|---|---|---|---|
| PAY AND ALLOWANCES OF OFFICERS | | | | | | | |
| Basic Pay | | | | | | | |
| Retired Pay Accrual | | | | | | | |
| Incentive Pay | | | | | | | |
| Special Pay | | | | | | | |
| Basic Allowance for Housing | | | | | | | |
| Basic Allowance for Subsistence | | | | | | | |
| Station Allowances Overseas | | | | | | | |
| CONUS Cost of Living Allowances | | | | | | | |
| Uniform Allowances | | | | | | | |
| Family Separation Allowances | | | | | | | |
| SCAADL - Officer | | | | | | | |
| Separation Payments | | | | | | | |
| Social Security Tax-Employer's Contribution | | | | | | | |
| Reimbursables | | | | | | | |
| Total Obligations | | | | | | | |
| Less Reimbursements | | | | | | | |
| Total Direct Obligations | | | | | | | |
| | | | | | | | |
| PAY AND ALLOWANCES OF ENLISTED PERSONNEL | | | | | | | |
| Basic Pay | | | | | | | |
| Retired Pay Accrual | | | | | | | |
| Incentive Pay | | | | | | | |
| Special Pay | | | | | | | |
| Special Duty Assignment Pay | | | | | | | |
| Reenlistment Bonus | | | | | | | |
| Enlistment Bonus | | | | | | | |
| Education Benefits (College Fund) | | | | | | | |
| Loan Repayment Program | | | | | | | |
| Basic Allowance for Housing | | | | | | | |

> *Note:  Budget Subactivity values reflect **direct** dollars only.*
>
> *\*Reimbursable funding should be reflected as shown on this exhibit as a separate line for each budget activity.*

(Page 1 of 4)

MILITARY PERSONNEL, _____
ANALYSIS OF APPROPRIATION CHANGES AND SUPPLEMENTAL REQUIREMENTS (Continued)
FY 20CY
($ in Thousands)

| | FY 20CY PRESIDENT'S BUDGET | CONGRES-SIONAL ACTION | APPRO-PRIATION | INTERNAL REALIGNMENT/ REPROGRAMMING | SUBTOTAL | PROPOSED DD 1415 ACTIONS | FY 20CY COLUMN FY 20BY PRES. BUDGET |
|---|---|---|---|---|---|---|---|
| Station Allowances Overseas | | | | | | | |
| CONUS Cost of Living Allowances | | | | | | | |
| Clothing Allowances | | | | | | | |
| Family Separation Allowances | | | | | | | |
| SCAADL - Enlisted | | | | | | | |
| Separation Payments | | | | | | | |
| Social Security Tax-Employer's Contribution | | | | | | | |
| Reimbursables | | | | | | | |
| Total Obligations | | | | | | | |
| Less Reimbursements | | | | | | | |
| Total Direct Obligations | | | | | | | |

PAY AND ALLOWANCES OF CADETS/MIDSHIPMEN
  Academy Cadets/Midshipmen

SUBSISTENCE OF ENLISTED PERSONNEL
  Basic Allowance for Subsistence
  Subsistence-In-Kind
  Family Subsistence Supplemental Allowance
  Reimbursables

  Total Obligations
  Less Reimbursements
  Total Direct Obligations

PERMANENT CHANGE OF STATION TRAVEL
  Accession Travel
  Training Travel
  Operating Travel
  Rotational Travel
  Separation Travel

> *Note:  Budget Subactivity values reflect **direct** dollars only.*
>
> *\*Reimbursable funding should be reflected as shown on this exhibit as a separate line for each budget activity.*

**Exhibit PB-30K Analysis of Appropriation Changes and Supplemental Requirements (Active) Continued**
(Page 2 of 4)

MILITARY PERSONNEL, _____
**ANALYSIS OF APPROPRIATION CHANGES AND SUPPLEMENTAL REQUIREMENTS (Continued)**
**FY 20CY**
**($ in Thousands)**

|  | FY 20CY PRESIDENT'S BUDGET | CONGRES-SIONAL ACTION | APPRO-PRIATION | INTERNAL REALIGNMENT/ REPROGRAMMING | SUBTOTAL | PROPOSED DD 1415 ACTIONS | FY 20CY COLUMN FY 20BY PRES. BUDGET |
|---|---|---|---|---|---|---|---|
| Travel of Organized Units |  |  |  |  |  |  |  |
| Non-temporary Storage |  |  |  |  |  |  |  |
| Temporary Lodging Expense |  |  |  |  |  |  |  |
| Reimbursables |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| Total Obligations |  |  |  |  |  |  |  |
| Less Reimbursements |  |  |  |  |  |  |  |
| Total Direct Obligation |  |  |  |  |  |  |  |

OTHER MILITARY PERSONNEL COSTS
  Apprehension of Military Deserters,
    Absentees and Escaped Military Prisoners
  Interest on Uniform Svcs Savings (MIA)
  Death Gratuities
  Unemployment Compensation
  Education Benefits
  Adoption Expenses
  Mass Transportation Benefit
  Partial Dislocation Allowance
  SGLI/T-SGLI
  ROTC
  JROTC
  Reimbursables
  Total Obligations
  Less Reimbursements
  Total Direct Obligations
  Total Direct Obligations
  Amounts Available to Finance
    Increased Costs
  Supplemental Request(s)/Transfers

> *Note: Budget Subactivity values reflect **direct** dollars only.*
>
> ***\*Reimbursable funding should be reflected as shown on this exhibit as a separate line for each budget activity.***

**Exhibit PB-30K Analysis of Appropriation Changes and Supplemental Requirements (Active) Continued**
(Page 3 of 4)

**INSTRUCTIONS FOR COMPLETION OF EXHIBIT**
**ANALYSIS OF APPROPRIATION CHANGES AND SUPPLEMENTAL REQUIREMENTS**

FY 20CY President's Budget - Show costs as included in the underlined{original} FY 20CY President's Budget request.  The total of all such costs should equal the FY 20CY appropriation request.

Congressional Action - Show the delta(s) associated with final congressional action on the FY 20CY appropriations request.
Appropriation – Show the final funding level appropriated by Congress for the FYCY.  This value should tie explicitly by budget activity and total to the values reported on the DD 1414 Base for Reprogramming.

Internal Realignment/Reprogramming - Include those adjustments, which are necessary to align the amounts shown in the appropriation column of this exhibit with the FY 20CY column of the FY 20BY President's Budget exclusive of other price/program changes described below.

Subtotal – Should include the appropriated amount plus or minus internal realignments/reprogrammings.

Proposed DD 1415 Actions - Amounts shown in this column would include approved reprogrammings/transfers.

FY 20CY Column of FY 20BY President's Budget - Show amounts as included in the FY 20BY President's Budget request.  These amounts should be equal to the sum of the amounts shown in the preceding two columns.

NOTE:  An explanation should be provided for each adjustment in excess of $1 million included in the column showing realignments and reprogramming.  Such explanation should not be included as part of this exhibit, but rather should be submitted separately to the OUSD(C) (P/B) Military Personnel and Construction Directorate, Room 3C654, Pentagon.

**Exhibit PB-30K Analysis of Appropriation Changes and Supplemental Requirements (Active) Continued**
(Page 4 of 4)

Exhibit PB-30O Schedule of Increases and Decreases Summary (Active & Reserve)

**MILITARY PERSONNEL, _____**
**SCHEDULE OF INCREASES AND DECREASES - SUMMARY**
**($ in Thousands)**

|  | Amount $ |
|---|---|

**FY 20CY Direct Program** [1/]
**Increases:**
    Pricing Increases (List separately):
        Annualization of CY Pay Raise (Identify rate and effective date)
        BY Pay Raise (Identify rate and effective date)
        Inflation Rate (Identify rate)
        BAH Rates (Identify rate)
        FICA Rates (Identify ceiling and rate changes)
        Other Pricing Increases (List separately)
        **Total Pricing Increases**

    **Program Increases (List separately):**
        Strength Related
        New or Projected Increases to Programs/Compensation
        Other (List separately, include grade structure and longevity, if significant)
        **Total Program Increases**

**Total Increases**
**Decreases:**
    Pricing Decreases (List separately):
        Retired Pay Accrual (Percentage change)
        Other Pricing Decreases (List separately)
        **Total Pricing Decreases**

    **Program Decreases (List separately):**
        Strength Related
        Other (List separately)
        **Total Program Decreases**

**Total Decreases**

**FY 20BY Direct Program**

NOTE:  This schedule will address principal pricing and program changes as well as other actions resulting in increases or decreases between the current year and budget year funds in the applicable categories shown above.  Show increases and decreases at the Total Direct Program (appropriation) level.  Each increase and decrease should be followed by a narrative statement explaining the change.

[1/]   The funding shown for the FY 20CY Direct Program is the amount included in the FY 20CY column of the FY 20BY President's budget submission.

Exhibit PB-30P Schedule of Increases and Decreases (Active & Reserve)

**MILITARY PERSONNEL, _____**
**SCHEDULE OF INCREASES AND DECREASES – (Budget Activity or Pay Group Summary)**
**($ in Thousands)**

| | BA 1 | BA 2 | BA 3 | BA 4 | BA 5 | BA 6 | Amount |
|---|---|---|---|---|---|---|---|
| **FY 20CY Direct Program** [1/] | | | | | | | $ |
| **Increases:** | | | | | | | |
|    **Pricing Increases (List separately):** | | | | | | | |
|       Annualization of CY Pay Raise (Identify rate and effective date) | | | | | | | |
|       BY Pay Raise (Identify rate and effective date) | | | | | | | |
|       Inflation Rate (Identify rate) | | | | | | | |
|       BAH Rates (Identify rate) | | | | | | | |
|       FICA Rates (Identify ceiling and rate changes) | | | | | | | |
|       Other Pricing Increases (List separately) | | | | | | | |
|          **Total Pricing Increases** | | | | | | | |
|    **Program Increases (List separately):** | | | | | | | |
|       Strength Related | | | | | | | |
|       New or Projected Increases to Programs/Compensation | | | | | | | |
|       Other (List separately, include grade structure and longevity, if significant) | | | | | | | |
|          **Total Program Increases** | | | | | | | |
| **Total Increases** | | | | | | | |
| **Decreases:** | | | | | | | |
|    **Pricing Decreases (List separately):** | | | | | | | |
|       Retired Pay Accrual (Percentage change) | | | | | | | |
|       Other Pricing Decreases (List separately) | | | | | | | |
|          **Total Pricing Decreases** | | | | | | | |
|    **Program Decreases (List separately):** | | | | | | | |
|       Strength Related | | | | | | | |
|       Other (List separately) | | | | | | | |
|          **Total Program Decreases** | | | | | | | |
| **Total Decreases** | | | | | | | |
| **FY 20BY Direct Program** | | | | | | | |

NOTE:  This schedule will address principal pricing and program changes as well as other actions resulting in increases or decreases between the current year and budget year funds in the applicable categories shown above.  Show increases and decreases at the Total Direct Program (appropriation) level.  Each increase and decrease should be followed by a narrative statement explaining the change.

1/   The funding shown for the FY 20CY Direct Program is the amount included in the FY 20CY column of the FY 20BY President's Budget submission.

Exhibit PB-30Q Military Personnel Assigned Outside DoD (End Strength) (Active)

**MILITARY PERSONNEL, _____**
**MILITARY PERSONNEL ASSIGNED OUTSIDE DoD**
(End Strength)

|  | FY 20PY | FY 20CY | FY 20BY |
|---|---|---|---|

**Assigned Outside DoD**

Non-reimbursable Personnel
   Executive Office of the President
   Vice President's Office
   State Department
   State Department (U.N. Truce Supervision)
   Transportation Department
   Commerce Department (NOAA)
   Justice Department
   Interior Department
   Labor Department
   Environmental Protection Agency
   Energy Department
   Federal Emergency Management Agency
   National Aeronautics & Space Administration
   National Oceanic & Atmospheric Administration
   National Intelligence Board
   National Science Council
   National Narcotics Border Interdiction
   Radio Technical Committee on Aeronautics
   Classified Activities
      **Subtotal - Non-reimbursable Program**

Reimbursable Personnel
   Executive Office of the President (OMB)
   Agency for International Development
   State Department
   U.S. Arms Control & Disarmament Agency
   Transportation Department
   Commerce Department
   Interior Department
   Energy Department
   Federal Emergency Management Agency
   Justice Department
   National Aeronautics & Space Administration
   Canal Zone Government
   Selective Service System
   American Battle Monuments Commission
   U.S. Soldiers' & Airmen's Home
   Environmental Protection Agency
   Office of the Attending Physician to
     Congress
   Classified Activities

      **Subtotal - Reimbursable Personnel**

      **Total Outside DoD**

(Page 1 of 2)

MILITARY PERSONNEL, _____
**MILITARY PERSONNEL ASSIGNED OUTSIDE DOD (Continued)**
(End Strength)

|  | FY 20PY | FY 20CY | FY 20BY |
|---|---|---|---|

**Assigned Outside DoD Activities in Support of**

    **Non-DoD Functions**

Non-reimbursable Personnel
  State Department
  (Embassy Security Guards)
    **Subtotal Non-reimbursable Non-DoD Functions**

Reimbursable Personnel
  State Department
  (Construction Battalions)
  Justice Department (LEAA)
  National Science Foundation
  (Antarctic Program)
  Memorial Affairs
  (Cemeterial Expense, Army)
  General Services Administration (FEDSIM)
  Foreign Military Sales
  Military Assistance Program
    **Subtotal Reimbursable Non-DoD Functions**

    **Total Assigned Outside DoD Activities in Support of Non-DoD Functions**

**Assigned to DoD Activities in Support of Non-DoD Functions (Reimbursable)**
  NASA
  Foreign Military Sales
    **Subtotal Assigned to DoD Activities in Support of Non-DoD Functions**

**Assigned to Working Capital Fund Organizational Elements of DoD Activities in Support of DoD Functions (Reimbursable)**
  Working Capital Funds (WCF)
  Information Services Activity Group (ISAG)
  HQ US Transportation Command (TRANSCOM)
  Military Traffic Management Command (MTMC)
  Defense Courier Service (DCS)
  Defense Commissary Agency (DeCA)
  Defense Finance & Accounting Service (DFAS)
  Defense Information Systems Agency (DISA)
  Defense Logistics Agency (DLA)
  Depot Maintenance Activity Group (DMAG)
  Joint Logistics Systems Center (JLSC)
  Supply Management Activity Group (SMAG)
    **Subtotal Assigned to DoD Activities in Support of DoD Functions**

**Grand Total Reimbursable**

**Grand Total Non-reimbursable**

**Grand Total**

        **Exhibit PB-30Q Military Personnel Assigned Outside DoD (End Strength) (Active)**
(Page 2 of 2)

Exhibit PB-30R Reimbursable Program (Active & Reserve)

**MILITARY PERSONNEL, _____**
**REIMBURSABLE PROGRAM**
**($ in Thousands)**

|  | FY 20PY | FY 20CY | FY 20BY |
|---|---|---|---|
| SUBSISTENCE | | | |
| (Specify source-Reserves, individual, etc.) | | | |
| MEDICAL | | | |
| FOREIGN MILITARY SALES | | | |
| OTHER NON-STRENGTH | | | |
| *(Specify source-surcharge, clothing, etc.) | | | |
| STRENGTH RELATED | | | |
| Officer    Basic Pay | | | |
| Other Pays and Allowances | | | |
| Enlisted    Basic Pay | | | |
| Other Pays and Allowances | | | |
| Retired Pay Accrual (Officer and Enlisted) | | | |
| PCS Travel | | | |
| SUBTOTAL | | | |
| TOTAL PROGRAM | | | |

\*    Include reimbursements from administrative surcharge, training cases, etc.  Exclude Technical Assistance Field Teams (TAFTS) or other programs for which end strength is specifically programmed.  These should be included in the strength-related entry.

Exhibit PB-30S Reserve Officer Candidates (ROTC) Enrollment (Active)

**MILITARY PERSONNEL, _____**

**RESERVE OFFICER CANDIDATES (ROTC) ENROLLMENT**

|  | FY 20PY Actual | | | FY 20CY Estimate | | | FY 20BY Estimate | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Begin | Average | End | Begin | Average | End | Begin | Average | End |

Senior ROTC (Excluding Scholarship Program)
  First Year
  Second Year
    Total Basic ROTC
  Third Year
  Fourth Year
    Total Advanced ROTC
    Total Senior ROTC Enrollment

Scholarship Program
  First Year
  Second Year
    Total Basic ROTC
  Third Year
  Fourth Year
    Total Advanced ROTC
    Total Scholarship Enrollment

Total Enrollment
  First Year
  Second Year
    Total Basic ROTC
  Third Year
  Fourth Year
    Total Advanced ROTC
    Total ROTC Enrollment

Completed ROTC and Commissioned:

Completed ROTC Commission Deferred:

Exhibit PB-30T Reserve Officer Candidates (ROTC) Program (Active)

**MILITARY PERSONNEL, _____**
**RESERVE OFFICER CANDIDATES (ROTC) PROGRAM**

Number of schools and the civilian and military personnel associated with the ROTC program follow:

| | FY 20PY | FY 20CY | FY 20BY |
|---|---|---|---|
| Schools | | | |
| Civilian Personnel (End Strength) | | | |
| Military Personnel (End Strength) | | | |

Note:    Civilian personnel are funded by Active O&M and military personnel are funded by Active Military Personnel appropriations.

Exhibit PB-30V Incentive/Bonus Payment Stream (Active & Reserve)

**MILITARY PERSONNEL, _____**

**SELECTED REENLISTMENT BONUS (SRB)**
**($ in Thousands)**

| | FY 20PY | | FY 20CY | | FY 20BY | | FY 20BY+1 | | FY 20BY+2 thru 4* | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Amount | Number | Amount | Number | Amount | Number | Amount | Number | Amount |
| Prior Obligations | xxx | 300.0 | xxx | 300.0 | xxx | 250.0 | xxx | 250.0 | - | - |
| Accelerated Payments | | 5.0 | | 5.0 | | 5.0 | | - | | - |
| **Prior Year** | | | | | | | | | | |
|   Initial Payments | xxx | 40.0 | - | - | - | - | - | - | - | - |
|   Anniversary Payments | - | - | xxx | 10.0 | xxx | 10.0 | xxx | 10.0 | xxx | 10.0 |
| **Current Year** | | | | | | | | | | |
|   Initial Payments | - | - | xxx | 40.0 | - | - | - | - | - | - |
|   Anniversary Payment | - | - | - | - | xxx | 10.0 | xxx | 10.0 | xxx | 10.0 |
| **Budget Year** | | | | | | | | | | |
|   Initial Payments | - | - | - | - | xxx | 60.0 | - | - | - | - |
|   Anniversary Payments | - | - | - | - | - | - | xxx | 20.0 | xxx | 20.0 |
| **Total** | | | | | | | | | | |
|   Initial Payments | xxx | 40.0 | xxx | 40.0 | xxx | 60.0 | xxx | -0 | - | - |
|   Anniversary Payments | xxx | 305.0 | xxx | 315.0 | xxx | 275.0 | xxx | 290.0 | xxx | 40.0 |
|    Total SRB | | 345.0 | | 355.0 | | 335.0 | | 290.0 | | 40.0 |

-   <u>A **_separate_** similar exhibit must be prepared for enlistment bonuses and other incentive/bonuses not covered by other formats </u>(i.e., Active bonuses exceeding $5,000 and Reserve component incentives and bonuses addressed in the Administration and Support subactivity).
  **Examples:  Enlistment Bonus (EB), Critical Skills Retention Bonus (CSRB), Assignment Incentive Pay (AIP), Loan Repayment Program (LRP)**
-   This exhibit should be incorporated into the detailed justification material within the appropriate subactivity detail (i.e., Active within BA 2, Pay and Allowances of Enlisted, and Reserve Component within BA 2, Administration and Support subactivity).
- \*   <u>**Additional columns must show thru FY 20BY+4 so that the outyear payment stream of bonus contracts granted in FY 20PY thru FY 20BY is shown.**</u>

(Page 1 of 2)

**MILITARY PERSONNEL, _____**

**SELECTED REENLISTMENT BONUS (SRB)**
**($ in Thousands)**

NOTE:    1.    Prior obligations are only anniversary payments associated with contracts entered into during preceding years.
         2.    Number of bonus recipients (initial or anniversary payments) must be entered in any year funds are entered.
         3.    Add additional BY columns as required for the total bonus contract period.
         4.    Initial payments are <u>not</u> to be shown in the outyears.
         5.    Accelerated payments are the remainder of entitlements due to enlisted personnel when separating early (not due to voluntary reasons or misconduct) and for advance payments related to financial hardship.

**Exhibit PB-30V Incentive/Bonus Payment Stream (Active & Reserve) Continued**
(Page 2 of 2)

**\* November 2012**

Exhibit PB-30X  Subactivity Detailed Justification (Active)

**(\$ in Thousands)**

**Program: \* (e.g., Basic Pay)**

| | |
|---|---|
| **FY 20BY Estimate** | **\$xxx,xxx** |
| **FY 20CY Estimate** | **\$xxx,xxx** |
| **FY 20PY Estimate** | **\$xxx,xxx** |

**\*A separate exhibit must be prepared for each M-1 line item reflecting subactivity detail.  See sections 020204 C. and 020303 C. for more guidance.**

## Part I – Purpose and Scope

Include a description of what the funds requested are for to include any references to legislative authorities.

## Part II – Justification of Funds Required

Include an explanation to justify the requested change.  The explanation should be specific with regard to what the increases will provide for (i.e., statutory, program enhancements, solving deficiencies, etc.).

| | FY 20PY | | | FY 20CY Est | | | FY 20BY Est | |
|---|---|---|---|---|---|---|---|---|
| Number | Rate | Amount | Number | Rate | Amount | Number | Rate | Amount |

Program (e.g., Basic Pay)
**Total**

Note:  Average number may represent the number of workyears or average number of personnel budgeted to receive a particular type of pay.

Exhibit PB-30Y Performance Measures and Evaluation Summary

**MILITARY PERSONNEL, _____**
**Performance Measures and Evaluation Summary**

Activity:  Active Military Personnel

Activity Goal:  Maintain the correct Active Military Personnel to execute the National Strategy.

Description of Activity:  The Active Military Personnel appropriations provide resources necessary to compensate military personnel required to man approved force structure and support infrastructure, which include pay, allowances, individual clothing, subsistence, and permanent change of station.

**PERFORMANCE MEASURES:**

|  | PY Actual | CY Planned | BY Planned |
|---|---|---|---|
| **Average Strength** | xxx,xxx | xxx,xxx | xxx,xxx |
| **End Strength** | xxx,xxx | xxx,xxx | xxx,xxx |
| **Authorized End Strength** | xxx,xxx | | |

Include a narrative section after each measure to provide any important information concerning the data reflected, explanations for variances from targets, and a subjective assessment of the program's performance and outlook.  The narrative should also explain any differences in how the Services define these items.  Include a statement referencing that this display provides the information to meet the Office of Management and Budget requirement for PART - Program Assessment Rating Tool.

**Recruiting**

| | | | |
|---|---|---|---|
| 1. Numeric goals | xx,xxx | xx,xxx | xx,xxx |
|    Actual | xx,xxx | | |

   - Total recruiting mission is compared to actual accessions for the fiscal year.  The percent of goal accomplished is the measurement.

| | | | |
|---|---|---|---|
| 2. Quality goals | | | |
|    a.   HSDG percent | xx% | xx% | xx% |
|         Actual | xx% | | |
|    b.   Test Score Category I-IIIA percent | xx% | xx% | xx% |
|         Actual | xx% | | |

   a.   The percent Tier 1 High School Degree Graduate (HSDG) is the measure, which is a measure of educational achievement - Total number of Tier 1 HSDG non-prior service accessions + Delayed Entry Program (DEP) is compared to total number of non-prior service accessions + DEP for the fiscal year.  ( DoD target is 90% )

   b.   The percent CAT I-IIIA is the measure - Total number of non-prior service accessions + DEP who scored at or above 50th percentile (CAT I-IIIA) is compared to total number of non-prior service accessions + DEP for the fiscal year.  ( DoD target is 60%.  CAT I-IIIA - scores at or above 50 on the Armed Forces Qualification Test (measure of aptitude).  CAT IV - percentages are not shown as the Services historically have no difficulty meeting the 4% limitation.)

The narrative for recruiting should explain that the numeric goals will change between budget and fiscal year completion and why Services resource to quality levels while the DoD benchmarks are lower.

Exhibit PB-30Z Monthly End Strengths by Pay Grade (Active)

**MILITARY PERSONNEL, _____**
**MONTHLY END STRENGTHS BY PAY GRADE**
**FY 20XX** [1]

| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Commissioned Officers** | | | | | | | | | | | | |
| O-10  (enter rank) | | | | | | | | | | | | |
| O-9         "    " | | | | | | | | | | | | |
| O-8         "    " | | | | | | | | | | | | |
| O-7         "    " | | | | | | | | | | | | |
| O-6         "    " | | | | | | | | | | | | |
| O-5         "    " | | | | | | | | | | | | |
| O-4         "    " | | | | | | | | | | | | |
| O-3         "    " | | | | | | | | | | | | |
| O-2         "    " | | | | | | | | | | | | |
| O-1         "    " | | | | | | | | | | | | |
|     Total | | | | | | | | | | | | |

> [1] *A separate exhibit should be prepared for each fiscal year presented in the Justification Book.*

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Warrant Officers** | | | | | | | | | | | | |
| W-5  (enter rank) | | | | | | | | | | | | |
| W-4         "    " | | | | | | | | | | | | |
| W-3         "    " | | | | | | | | | | | | |
| W-2         "    " | | | | | | | | | | | | |
| W-1         "    " | | | | | | | | | | | | |
|     Total | | | | | | | | | | | | |

Total Officers

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Enlisted Personnel** | | | | | | | | | | | | |
| E-9  (enter rank) | | | | | | | | | | | | |
| E-8         "    " | | | | | | | | | | | | |
| E-7         "    " | | | | | | | | | | | | |
| E-6         "    " | | | | | | | | | | | | |
| E-5         "    " | | | | | | | | | | | | |
| E-4         "    " | | | | | | | | | | | | |
| E-3         "    " | | | | | | | | | | | | |
| E-2         "    " | | | | | | | | | | | | |
| E-1         "    " | | | | | | | | | | | | |
|     Total Enlisted | | | | | | | | | | | | |

Cadets/Midshipmen

Total End Strength

Exhibit MP-2, Part 1 Dependents, Housing and BAH Estimates

**MILITARY PERSONNEL, _____**
**DEPENDENTS, HOUSING AND BASIC ALLOWANCE FOR HOUSING ESTIMATES**
**FY 20 __**

|  |  |  | Number with Dependents | | | | Number of Dependents | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Occupying Housing Units | | | Receiving | | |
| Pay Grade | Average Number[1] | Percent With Dependents | Total | Adequate | Inadequate | BAH[2] | Average Per Sponsor | Total |
| (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) |
|  |  |  |  |  |  | (2) |  |  |
| Total | ____ | ___ | _____ | _____ | _____ | _____ | ____ | _____ |

Average Strength

| Personnel occupying adequate and inadequate quarters | (3) |
|---|---|
| Personnel occupying other Services' quarters | -(4) |
| Controlled units occupied by others | +(5) |
| Inactive Units | +(6) |
| Average Unoccupied Units | +(7) |
| Total Owned and Controlled Units | (8) |

Notes:
[1] Average Strength by Pay Grade should match PB30-D exhibit
[2] BAH numbers should match budget for Domestic/Overseas BAH with dependents.

(Page 1 of 5)

**INSTRUCTIONS FOR COMPLETION OF EXHIBIT MP-2, Part 1**

1.      Data should be provided for each officer and enlisted grade.  Appropriate subtotals should be shown for officers and enlisted.

2.      Exclude from "receiving BAH" those personnel occupying inadequate quarters and receiving BAH at the reduced rate.

3.      Enter the total number of personnel with dependents occupying adequate and inadequate quarters.

4.      Enter the number of personnel with dependents occupying units of other Service or agencies.

5.      Enter the number of personnel, military and civilian, occupying family housing units who are members of another Service or agency.

6.      Enter the number of inactive family housing units.

7.      Enter the number of unoccupied family housing units.

8.      Enter the total number of owned, leased, and contracted units.  This should be equal to the sum of (3) through (7) and agree with family housing data provided in support of the Family Housing account.

NOTE:  This exhibit should be provided for the prior year (PY), the current year (CY), and budget year (BY).

The MP-2 exhibit, Part 2, outyear data, must be provided for the BES and the President's Budget Submission.  It is <u>not</u> to be provided to Congress as is <u>not</u> included in the justification books.  It is to be provided separately.

**Exhibit MP-2, Part 1 Dependents, Housing and BAH Estimates (Continued)**
(Page 2 of 5)

Exhibit MP-2, Part 2, Basic Allowance for Housing Costs Summary

**MILITARY PERSONNEL, _____**
**BASIC ALLOWANCE FOR HOUSING COSTS SUMMARY**

**($ in Thousands)**

| | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|
| **DIRECT BASELINE PROGRAM FUNDING** | | | | | | | |
|   <u>**Basic Allowance for Housing Officers**</u> | | | | | | | |
|   Domestic | | | | | | | |
|   Overseas | | | | | | | |
|     Total Officer | | | | | | | |
|   <u>**Basic Allowance for Housing Enlisted**</u> | | | | | | | |
|   Domestic | | | | | | | |
|   Overseas | | | | | | | |
|     Total Enlisted | | | | | | | |
|   <u>**Basic Allowance for Housing Total**</u> | | | | | | | |
|   Domestic | | | | | | | |
|   Overseas | | | | | | | |
|     Grand Total | | | | | | | |
| **REIMBURSABLE BASELINE PROGRAM FUNDING** | | | | | | | |
|   <u>**Basic Allowance for Housing Officers**</u> | | | | | | | |
|   Domestic | | | | | | | |
|   Overseas | | | | | | | |
|     Total Officer | | | | | | | |
|   <u>**Basic Allowance for Housing Enlisted**</u> | | | | | | | |
|   Domestic | | | | | | | |
|   Overseas | | | | | | | |
|     Total Enlisted | | | | | | | |
|   <u>**Basic Allowance for Housing Total**</u> | | | | | | | |
|   Domestic | | | | | | | |
|   Overseas | | | | | | | |
|     Grand Total | | | | | | | |

(Page 3 of 5)

**DoD 700.14-R**    **Financial Management Regulation**    **Volume 2A, Chapter 2**
**\* November 2012**

**MILITARY PERSONNEL, _____**
**BASIC ALLOWANCE FOR HOUSING ESTIMATES**

|  | **($ in Thousands)** | | | | | | |
|---|---|---|---|---|---|---|---|
| | <u>PY</u> | <u>CY</u> | <u>BY</u> | <u>BY+1</u> | <u>BY+2</u> | <u>BY+3</u> | <u>BY+4</u> |

**TOTAL BASELINE PROGRAM FUNDING**
    <u>**Basic Allowance for Housing Officers**</u>
    Domestic
    Overseas
       Total Officer

    <u>**Basic Allowance for Housing Enlisted**</u>
    Domestic
    Overseas
       Total Enlisted

    <u>**Basic Allowance for Housing Total**</u>
    Domestic
    Overseas
       Grand Total
**OCO FUNDING**
    <u>**Basic Allowance for Housing Officers**</u>
    Domestic
    Overseas
       Total Officer

    <u>**Basic Allowance for Housing Enlisted**</u>
    Domestic
    Overseas
       Total Enlisted

    <u>**Basic Allowance for Housing Total**</u>
    Domestic
    Overseas
       Grand Total

**Exhibit MP-2, Part 2, Basic Allowance for Housing Costs Summary (Continued)**
(Page 4 of 5)

**MILITARY PERSONNEL, _____**
**BASIC ALLOWANCE FOR HOUSING ESTIMATES**

**($ in Thousands)**

| | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|
| **TOTAL PROGRAM FUNDING** | | | | | | | |
| **Basic Allowance for Housing Officers** | | | | | | | |
| Domestic | | | | | | | |
| Overseas | | | | | | | |
| Total Officer | | | | | | | |
| **Basic Allowance for Housing Enlisted** | | | | | | | |
| Domestic | | | | | | | |
| Overseas | | | | | | | |
| Total Enlisted | | | | | | | |
| **Basic Allowance for Housing Total** | | | | | | | |
| Domestic | | | | | | | |
| Overseas | | | | | | | |
| Grand Total | | | | | | | |

**Exhibit MP-2, Part 2, Basic Allowance for Housing Costs Summary (Continued)**
(Page 5 of 5)

Exhibit MP-3 Summary of Outyear Data

**MILITARY PERSONNEL, _____**
**SUMMARY OF OUTYEAR DATA**

| | *PY | *CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|
| **End Strength** | | | | | | | |
| Officer | | | | | | | |
| Enlisted | | | | | | | |
| Cadets/Midshipmen | | Note: **"Do not round strength numbers".** Strength numbers should agree with request in the applicable budget submission. | | | | | |
| Total | | | | | | | |
| **Average Strength** | | | | | | | |
| Officer | | | | | | | |
| Enlisted | | | | | | | |
| Cadets/Midshipmen | | | | | | | |
| Total | | | | | | | |
| **Gains** | | Note: Gains and Losses on this exhibit should agree with the Gains and Losses on PB-30F. | | | | | |
| **Officer** | | | | | | | |
| Academy | | | | | | | |
| ROTC | | | | | | | |
| OCS/OTS | | | | | | | |
| HPSP | | | | | | | |
| Other | | | | | | | |
| Total Officer Gains | | | | | | | |
| **Enlisted** | | | | | | | |
| Non Prior Service | | | | | | | |
| Prior Service | | | | | | | |
| Other | | | | | | | |
| Total Enlisted Gains | | | | | | | |
| **Total Officer and Enlisted Gains** | | | | | | | |
| **Losses** | | | | | | | |
| **Officer** | | | | | | | |
| Voluntary Separation | | | | | | | |
| Retirement | | | | | | | |
| 15-Year Temporary Early Retirement | | | | | | | |
| Other | | | | | | | |
| Total Officer Losses | | | | | | | |
| **Enlisted** | | | | | | | |
| ETS | | | | | | | |
| Retirement | | | | | | | |
| 15-Year Temporary Early Retirement | | | | | | | |
| Attrition | | | | | | | |
| Other | | | | | | | |
| Total Enlisted Losses | | | | | | | |
| **Total Officer and Enlisted Losses** | | | | | | | |
| **Obligations ($ in Thousands) (Provide by Budget Activity and in total)** | | | | | | | |
| Direct | | | | | | | |
| Reimbursable | | | | | | | |
| Total | | | | | | | |

**DoD 7000.14-R**     Case 1:16-cv-00784-MBH    Document 105-1    Filed 10/19/16    Page 275 of 608
**Financial Management Regulation**     **Volume 2A, Chapter 2**
**\* November 2012**

Exhibit MP-4 Military Personnel by Region and Country (End Strength)

**MILITARY PERSONNEL, _____**
**MILITARY PERSONNEL BY REGION AND COUNTRY (END STRENGTH)**

| | FY 20PY | | | FY 20CY Est | | | FY 20BY Est | | |
|---|---|---|---|---|---|---|---|---|---|
| | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total |
| <u>Western & Southern Europe</u> | | | | | | | | | |
|   Austria | | | | | | | | | |
|   Belgium | | | | | | | | | |
|   Cyprus | | | | | | | | | |
|   Denmark | | | | | | | | | |
|   Finland | | | | | | | | | |
|   France | | | | | | | | | |
|   Germany | | | | | | | | | |
|   Gibraltar | | | | | | | | | |
|   Greece (including Crete) | | | | | | | | | |
|   Greenland | | | | | | | | | |
|   Iceland | | | | | | | | | |
|   Ireland | | | | | | | | | |
|   Italy | | | | | | | | | |
|   Luxemburg | | | | | | | | | |
|   Malta | | | | | | | | | |
|   Netherlands | | | | | | | | | |
|   Norway | | | | | | | | | |
|   Portugal (including Azores) | | | | | | | | | |
|   Spain | | | | | | | | | |
|   Sweden | | | | | | | | | |
|   Switzerland | | | | | | | | | |
|   Turkey | | | | | | | | | |
|   United Kingdom (excluding Ireland) | | | | | | | | | |
|   Afloat | | | | | | | | | |
|     Total | | | | | | | | | |
| <u>Africa, Near East, & South Asia</u> | | | | | | | | | |
|   Afghanistan | | | | | | | | | |
|   Algeria | | | | | | | | | |
|   Bahrain | | | | | | | | | |
|   Bangladesh | | | | | | | | | |
|   Botswana | | | | | | | | | |
|   Burundi | | | | | | | | | |
|   British Indian Ocean Territory (Includes Diego Garcia) | | | | | | | | | |
|   Cameroon | | | | | | | | | |

(Page 1 of 6)

**MILITARY PERSONNEL,**
**MILITARY PERSONNEL BY REGION AND COUNTRY (END STRENGTH)**

| | FY 20PY | | | FY 20CY Est | | | FY 20BY Est | | |
|---|---|---|---|---|---|---|---|---|---|
| | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total |
| Chad | | | | | | | | | |
| Congo | | | | | | | | | |
| Djibouti | | | | | | | | | |
| Egypt | | | | | | | | | |
| Eritrea | | | | | | | | | |
| Ethiopia | | | | | | | | | |
| Gabon | | | | | | | | | |
| Ghana | | | | | | | | | |
| Guinea | | | | | | | | | |
| India | | | | | | | | | |
| Israel | | | | | | | | | |
| Ivory Coast | | | | | | | | | |
| Jordan | | | | | | | | | |
| Kenya | | | | | | | | | |
| Kuwait | | | | | | | | | |
| Lebanon | | | | | | | | | |
| Liberia | | | | | | | | | |
| Madagascar | | | | | | | | | |
| Malawi | | | | | | | | | |
| Mali | | | | | | | | | |
| Mauritius | | | | | | | | | |
| Morocco | | | | | | | | | |
| Mozambique | | | | | | | | | |
| Nepal | | | | | | | | | |
| Niger | | | | | | | | | |
| Nigeria | | | | | | | | | |
| Oman | | | | | | | | | |
| Pakistan | | | | | | | | | |
| Qatar | | | | | | | | | |
| St. Helena (Includes Ascension Island) | | | | | | | | | |
| Saudi Arabia | | | | | | | | | |
| Senegal | | | | | | | | | |
| Seychelles | | | | | | | | | |
| Somalia | | | | | | | | | |
| South Africa | | | | | | | | | |
| Sri Lanka | | | | | | | | | |
| Sudan | | | | | | | | | |

**Exhibit MP-4 Military Personnel by Region and Country (End Strength) Contiued**
(Page 2 of 6)

**MILITARY PERSONNEL, _____**
**MILITARY PERSONNEL BY REGION AND COUNTRY (END STRENGTH)**

|  | FY 20PY | | | FY 20CY Est | | | FY 20BY Est | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total |
| Syria |  |  |  |  |  |  |  |  |  |
| Tanzania, United Republic of |  |  |  |  |  |  |  |  |  |
| Togo |  |  |  |  |  |  |  |  |  |
| Tunisia |  |  |  |  |  |  |  |  |  |
| Uganda |  |  |  |  |  |  |  |  |  |
| United Arab (Emirates) |  |  |  |  |  |  |  |  |  |
| Burkina Faso |  |  |  |  |  |  |  |  |  |
| Yemen (Sanaa) |  |  |  |  |  |  |  |  |  |
| Zaire |  |  |  |  |  |  |  |  |  |
| Zambia |  |  |  |  |  |  |  |  |  |
| Zimbabwe |  |  |  |  |  |  |  |  |  |
| Afloat |  |  |  |  |  |  |  |  |  |
| Total |  |  |  |  |  |  |  |  |  |
| East Asia & Pacific |  |  |  |  |  |  |  |  |  |
| Australia |  |  |  |  |  |  |  |  |  |
| Burma |  |  |  |  |  |  |  |  |  |
| Cambodia |  |  |  |  |  |  |  |  |  |
| China |  |  |  |  |  |  |  |  |  |
| Figi |  |  |  |  |  |  |  |  |  |
| Hong Kong |  |  |  |  |  |  |  |  |  |
| Indonesia |  |  |  |  |  |  |  |  |  |
| Japan (Including Okinawa) |  |  |  |  |  |  |  |  |  |
| Laos |  |  |  |  |  |  |  |  |  |
| Malaysia |  |  |  |  |  |  |  |  |  |
| New Zealand |  |  |  |  |  |  |  |  |  |
| Philippines |  |  |  |  |  |  |  |  |  |
| Republic of Korea |  |  |  |  |  |  |  |  |  |
| Singapore |  |  |  |  |  |  |  |  |  |
| Thailand |  |  |  |  |  |  |  |  |  |
| Tonga |  |  |  |  |  |  |  |  |  |
| Vietnam |  |  |  |  |  |  |  |  |  |
| Afloat |  |  |  |  |  |  |  |  |  |
| Total |  |  |  |  |  |  |  |  |  |

**Exhibit MP-4 Military Personnel by Region and Country (End Strength) Continued**
(Page 3 of 6)

**MILITARY PERSONNEL, _____**
**MILITARY PERSONNEL BY REGION AND COUNTRY (END STRENGTH)**

|  | FY 20PY | | | FY 20CY Est | | | FY 20BY Est | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total |

**Western Hemisphere**

Antigua
Argentina
Bahamas, The
Barbados
Belize
Bermuda
Bolivia
Brazil
Canada
Chile
Colombia
Costa Rica
Cuba (Guantanamo)
Dominican Republic
Ecuador
El Salvador
Grenada
Guatemala
Guyana
Haiti
Honduras
Jamaica
Mexico
Nicaragua
Panama
Paraguay
Peru
St. Christopher-Nevis-Anguilla
Suriname
Uruguay
Venezuela
Afloat

    Total

**Exhibit MP-4 Military Personnel by Region and Country (End Strength) Continued**
(Page 4 of 6)

**MILITARY PERSONNEL, _____**
**MILITARY PERSONNEL BY REGION AND COUNTRY (END STRENGTH)**

| | FY 20PY | | | FY 20CY Est | | | FY 20BY Est | |
|---|---|---|---|---|---|---|---|---|
| Off | Enl | Total | Off | Enl | Total | Off | Enl | Total |

Antarctica

Eastern Europe
   Albania
   Bosnia and Herzegovinia
   Bulgaria
   Croatia
   Czech Republic
   Estonia
   Hungary
   Lituania
   Macedonia
   Poland
   Romania
   Serbia (includes Kosovo)
   Slovenia
      Total

Former Soviet Union
   Armenia
   Azerbaijan
   Belarus
   Georgia
   Kazakhstan
   Kyrgyzstan
   Moldova
   Russia
   Tajikistan
   Turkmenistan
   Ukraine
   Uzbekistan
      Total

**Exhibit MP-4 Military Personnel by Region and Country (End Strength) Continued**
(Page 5 of 6)

**MILITARY PERSONNEL, _____**
**MILITARY PERSONNEL BY REGION AND COUNTRY (END STRENGTH)**

| | FY 20PY | | | FY 20CY Est | | | FY 20BY Est | |
|---|---|---|---|---|---|---|---|---|
| Off | Enl | Total | Off | Enl | Total | Off | Enl | Total |

U. S. Territory and Special Locations
   Continental United States (CONUS)
   Alaska
   Hawaii
   American Samoa
   Guam
   Kwajalein Atoll
   Midway Islands
   Puerto Rico
   Trust Territory of the Pacific Islands
   Virgin Islands of the U.S.
   Wake Island
   Transients, Patients
   Prisoners
   Afloat
      Total

Total End Strength
     (to include reimbursable end strength)
   - Total End Strength should match PB-30B Exhibit

**Exhibit MP-4 Military Personnel by Region and Country (End Strength) Continued**
(Page 6 of 6)

Exhibit MP-6 Education Benefits

**MILITARY PERSONNEL, _____**
**EDUCATION BENEFITS**
**(Title 38 USC, Chapter 30)**
**($ in Thousands)**

| <u>COLLEGE FUND</u> | <u>FY 20PY</u> | <u>FY 20CY</u> | <u>FY 20BY</u> | <u>FY 20BY+1</u> | <u>FY 20BY+2</u> | <u>FY 20BY+3</u> | <u>FY 20BY+4</u> |
|---|---|---|---|---|---|---|---|

(Army Specific "X" – Insert "2", "3", "4", "5," or "6" Year Enlistment)
(Navy Specific "X" – Insert "4" Year Enlistment)
(Marine Corps Specific "X" – Insert "4" or "5" Year Enlistments)

<u>"X" Year Enlistment</u>
# of Participants
$150 per month
Amount

<u>"X" Year Enlistment</u>
# of Participants
$250 per month
Amount

<u>"X" Year Enlistment</u>
# of Participants
$350 per month
Amount

<u>"X" Year Enlistment</u>
# of Participants
$450 per month
Amount

<u>"X" Year Enlistment</u>
# of Participants
$550 per month
Amount

<u>"X" Year Enlistment</u>
# of Participants
$650 per month
Amount

<u>"X" Year Enlistment</u>
# of Participants
$750 per month
Amount

(Page 1 of 2)

**MILITARY PERSONNEL, _____**
**EDUCATION BENEFITS**
**(Title 38 USC, Chapter 30)**
**($ in Thousands)**

| | FY 20PY | FY 20CY | FY 20BY | FY 20BY+1 | FY 20BY+2 | FY 20BY+3 | FY 20BY+4 |
|---|---|---|---|---|---|---|---|

"X" Year Enlistment
# of Participants
$850 per month
Amount

"X" Year Enlistment
# of Participants
$950 per month
Amount

**TOTAL COLLEGE FUND**
# of Participants
Amount

**Amortization Payment – Unfunded Liability**
**Amortization Payment – Involuntary Separatees**

**NATIONAL CALL TO SERVICE**
# of Participants
Rate
Amount

**TOTAL EDUCATION BENEFITS**
 (Total of College Fund, Amortization and National Call to Service)

**NOTE:**  Per capita cost rates will be provided annually subsequent to approval of the DoD Education Benefits Board of Actuaries.  Total program cost must match data provided in PB Exhibits including justification for Budget Activity 2 and Budget Activity 6, Education Benefits.  Format may be altered to account for categories not listed.

**Exhibit MP-6 Education Benefits (Continued)**

(Page 2 of 2)

DoD 7000.14-R                **Financial Management Regulation**                Volume 2A, Chapter 2
*November 2012*

Exhibit MP-7 Aviation Retention Bonus

**MILITARY PERSONNEL, _____**
**AVIATION RETENTION BONUS (ARB)**
**($ in Thousands)**

| | FY 20PY (Actual) | | FY 20CY (Est.) | | FY 20BY (Est.) | | FY 20BY+1 (Est.) | | FY 20BY+2 thru +4 | |
|---|---|---|---|---|---|---|---|---|---|---|
| FY 20PY | Number | Amount | Number | Amount | Number | Amount | Number | Amount | 7/Number | Amount |
| 2-Year Contract | *xxx | * | xxx | xxx | - | - | - | - | - | - |
| 3-Year Contract | *xxx | * | xxx | xxx | xxx | xxx | - | - | - | - |
| 4-Year Contract | *xxx | * | xxx | xxx | xxx | xxx | xxx | xxx | - | - |
| 5-Year Contract | *xxx | * | xxx | xxx | xxx | xxx | xxx | xxx | xxx | xxx |
| 6-Year Contract | *xxx | * | xxx | xxx | xxx | xxx | xxx | xxx | xxx | xxx |
| 7-Year Contract | *xxx | * | xxx | xxx | xxx | xxx | xxx | xxx | xxx | xxx |
| FY 20CY | | | | | | | | | | |
| 2-Year Contract | - | - | *xxx | * | xxx | xxx | - | - | - | - |
| 3-Year Contract | - | - | *xxx | * | xxx | xxx | xxx | xxx | - | - |
| 4-Year Contract | - | - | *xxx | * | xxx | xxx | xxx | xxx | xxx | xxx |
| 5-Year Contract | - | - | *xxx | * | xxx | xxx | xxx | xxx | xxx | xxx |
| 6-Year Contract | - | - | *xxx | * | xxx | xxx | xxx | xxx | xxx | xxx |
| 7-Year Contract | - | - | *xxx | * | xxx | xxx | xxx | xxx | xxx | xxx |
| FY 20BY | | | | | | | | | | |
| 2-Year Contract | - | - | - | - | *xxx | * | xxx | xxx | - | - |
| 3-Year Contract | - | - | - | - | *xxx | * | xxx | xxx | xxx | xxx |
| 4-Year Contract | - | - | - | - | *xxx | * | xxx | xxx | xxx | xxx |
| 5-Year Contract | - | - | - | - | *xxx | * | xxx | xxx | xxx | xxx |
| 6-Year Contract | - | - | - | - | *xxx | * | xxx | xxx | xxx | xxx |
| 7-Year Contract | - | - | - | - | *xxx | * | xxx | xxx | xxx | xxx |

(Page 1 of 3)

FY 20BY+1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2-Year Contract | - | - | - | - | - | - | *xxx | * | xxx | xxx |
| 3-Year Contract | - | - | - | - | - | - | *xxx | * | xxx | xxx |
| 4-Year Contract | - | - | - | - | - | - | *xxx | * | xxx | xxx |
| 5-Year Contract | - | - | - | - | - | - | *xxx | * | xxx | xxx |
| 6-Year Contract | - | - | - | - | - | - | *xxx | * | xxx | xxx |
| 7-Year Contract | - | - | - | - | - | - | *xxx | * | xxx | xxx |
| Total | | | | | | | | | | |
| Initial Payments | xxx | xxx | xxx | xxx | xxx | xxx | xxx | xxx | xxx | xxx |
| Anniversary Payments | xxx | __ | xxx | xxx | xxx | xxx | xxx | xxx | xxx | xxx |
| Total ARB | | | | | | | | | | |

\*  Initial payments.

**Exhibit MP-7 Aviation Retention Bonus (Continued)**

(Page 2 of 3)

**MILITARY PERSONNEL, _____**
**AVIATION RETENTION BONUS**
**($ in Thousands)**

|  | FY 20PY (Actual) Number | FY 20CY (Est.) Number | FY 20BY (Est.) Number | FY 20BY+1 (Est.) Number | FY 20BY+2 thru +4 Number 5/ |
|---|---|---|---|---|---|
| Peacetime Requirements 1/ 2/ Total | | | | | |
| Projected Inventory 2/ Total | | | | | |
| Projected New Bonus Eligibles 2/ 3/ Total | | | | | |
| Projected Bonus Acceptance 2/ 4/ Total | | | | | |

**Page 1 NOTES:**
1. Anniversary payments should reflect contracts entered into during preceding years.
2. Number of bonus recipients (initial or anniversary payments) must be entered in any year that funds are entered.
3. Add additional BY columns as required for the total bonus contract period.
4. Initial payments are <u>not</u> to be shown in the outyears.
5. Exhibit to be included in budget submission to support Aviation Retention Bonus (ARB).
6. Navy should submit a separate MP-7 for pilot and non-flying officer (NFO) requirements.
7. Identify data for FY 20BY+2 thru FY 20BY+4 in separate columns

**Page 2 NOTES:**
1. Provide explanation as to the content of numbers. For example: total requirements including funded and unfunded manpower authorizations, funded manpower authorizations, etc.
2. In support of Aviation Retention Bonus, Navy should provide break by pilot and NFO totals.
3. Projected to be newly eligible in fiscal year.
4. To reflect the numbers of individuals accepting bonuses during the fiscal year.
5. Identify data for FY 20BY+2 thru FY 20BY+4 in separate columns

**Exhibit MP-7 Aviation Retention Bonus (Continued)**
(Page 3 of  3)

Exhibit MP-9 Summary of Basic Pay and Retired Pay Accrual Costs

**MILITARY PERSONNEL, _____**
**SUMMARY OF BASIC PAY AND RETIRED PAY ACCRUAL COSTS**
**($ in Thousands)**

| | FY 20PY | | FY 20CY | | FY 20BY | | FY 20BY+1 | |
|---|---|---|---|---|---|---|---|---|
| | Basic Pay | Retired Pay | Basic Pay | Retired Pay | Basic Pay | Retired Pay | Basic Pay | Retired Pay |
| Total Direct Program | | | | | | | | |
| Officer | | | | | | | | |
| Enlisted | | | | | | | | |
| Total ADOS Program | | | | | | | | |
| Officer | | | | | | | | |
| Enlisted | | | | | | | | |
| Total Reimbursable Program | | | | | | | | |
| Officer | | | | | | | | |
| Enlisted | | | | | | | | |
| Total Program | | | | | | | | |
| Officer | | | | | | | | |
| Enlisted | | | | | | | | |

| | FY 20BY+2 | | FY 20BY+3 | | FY 20BY+4 | |
|---|---|---|---|---|---|---|
| | Basic Pay | Retired Pay | Basic Pay | Retired Pay | Basic Pay | Retired Pay |
| Total Direct Program | | | | | | |
| Officer | | | | | | |
| Enlisted | | | | | | |
| Total ADOS Program | | | | | | |
| Officer | | | | | | |
| Enlisted | | | | | | |
| Total Reimbursable Program | | | | | | |
| Officer | | | | | | |
| Enlisted | | | | | | |
| Total Program | | | | | | |
| Officer | | | | | | |
| Enlisted | | | | | | |

<u>Note</u>:  Retired pay accrual amounts, as a percentage of basic pay, should agree with the Normal Cost Percentages (NCPs) provided in the budget guidance.

Exhibit MP-11 Gains Phased by Month

**MILITARY PERSONNEL, _____**

**GAINS PHASED BY MONTH**
(End Strength)

|  | FY 20PY | FY 20CY | FY 20BY |
|---|---|---|---|
| OFFICER GAINS PHASED BY MONTH |  |  |  |
| September |  |  |  |
| October |  |  |  |
| November |  |  |  |
| December |  |  |  |
| January |  |  |  |
| February |  |  |  |
| March |  |  |  |
| April |  |  |  |
| May |  |  |  |
| June |  |  |  |
| July |  |  |  |
| August |  |  |  |
| September |  |  |  |
| Total |  |  |  |
|  |  |  |  |
| ENLISTED NON-PRIOR SERVICE (NPS) ACCESSIONS PHASED BY MONTH |  |  |  |
| September |  |  |  |
| October |  |  |  |
| November |  |  |  |
| December |  |  |  |
| January |  |  |  |
| February |  |  |  |
| March |  |  |  |
| April |  |  |  |
| May |  |  |  |
| June |  |  |  |
| July |  |  |  |
| August |  |  |  |
| September |  |  |  |
| Total |  |  |  |

Exhibit MP-12 Pay Raise Data

**MILITARY PERSONNEL, _____**
**PAY RAISE DATA**
**($ in Thousands)**

|  | **FY 20PY** | **FY 20CY** | **FY 20BY** |
|---|---|---|---|

DIRECT AND REIMBURSABLE
Basic Pay (including Cadets/Midshipmen)
Retired Pay Accrual
FICA
Separation Pay **Minus VSI & $30K Bonuses**
SRB – **New Payments Only**          NOTE: **This exhibit should reflect only the amounts budgeted that are affected by the pay raise.**
Station Allowances –COLA only                **The numbers in this exhibit will be used to develop pay raise estimates. The total should not add to**
PCS – Dislocation Allowance                   **the total appropriation amount**.
  TOTAL

DIRECT
Basic Pay (including Cadets/Midshipmen)
Retired Pay Accrual
FICA
Separation Pay **Minus VSI & $30K Bonuses**
SRB – **New Payments Only**
Station Allowances –COLA only
PCS – Dislocation Allowance
  TOTAL

REIMBURSABLE
Basic Pay
Retired Pay Accrual
FICA
Separation Pay **Minus VSI & $30K Bonuses**
SRB – **New Payments Only**
Station Allowances –COLA only
PCS – Dislocation Allowance
  TOTAL

Exhibit MP-13 - Medicare-Eligible Retiree Health Fund Contributions

**Medicare-Eligible Retiree Health Fund Contribution, (Army, Navy, …)_____**
(In Thousands of Dollars)

| | FY 20PY Actual | | | FY 20CY Estimate | | | FY 20BY Estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Avg. Rate | Amount | Number | Avg. Rate | Amount | Number | Avg. Rate | Amount |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Subtotal | | | | | | | | | |
| | | | | | | | | | |
| CIS Control | | | | | | | | | |
| Delta from CIS | | | | | | | | | |

| | FY 20BY+1 Estimate | | | FY 20BY+2 Estimate | | | FY 20BY+3 Estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Avg. Rate | Amount | Number | Avg. Rate | Amount | Number | Avg. Rate | Amount |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| | | | | | | | | | |
| CIS Control | | | | | | | | | |
| Delta from CIS | | | | | | | | | |

| | FY 20BY+4 Estimate | | |
|---|---|---|---|
| | Number | Avg. Rate | Amount |
| Officer | | | |
| Enlisted | | | |
| Total | | | |
| | | | |
| CIS Control | | | |
| Delta from CIS | | | |

**NOTE:   NUMBER SHOULD REFLECT TOTAL AVERAGE STRENGTH MINUS AVERAGE STRENGTH FOR THE MANDAY/ADOS/TTAD PROGRAM.**

Exhibit MP-14 - Selected Officer Occupation Specialties

## Selected Officer Occupation Specialties
## SNAP DATA REQUIREMENT

| Component | Specialty | Grade | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|---|---|
| Active | Pilot | CWO | # | # | # | # | # | # | # |
| Guard | All other Aviation Pay Eligible | O-1 | # | # | # | # | # | # | # |
| Reserve | Medical Corps | O-2 | # | # | # | # | # | # | # |
| | Dental Corps | O-3 | # | # | # | # | # | # | # |
| | Nurse Corps | O-4 | # | # | # | # | # | # | # |
| | Medical Service Corps | O-5 | # | # | # | # | # | # | # |
| | Army Medical Specialist Corps | O-6 | # | # | # | # | # | # | # |
| | USAF Biomedical Service Corps | O-7/10 | # | # | # | # | # | # | # |
| | Veterinary Corps | | # | # | # | # | # | # | # |
| | Non-Medical Officers in the Medical Program | | # | # | # | # | # | # | # |
| | Judge Advocate General/Legal Officers | | # | # | # | # | # | # | # |
| | Nuclear Qualified | | # | # | # | # | # | # | # |
| | Chaplains | | # | # | # | # | # | # | # |
| | Musicians | | # | # | # | # | # | # | # |
| | Other Combat/ Combat Arms Officers | | # | # | # | # | # | # | # |
| | Other Non-Combat | | # | # | # | # | # | # | # |

**Instructions for Completing the Officer Selected Specialties**

1)  Each Component should report the end-strength associated with the selected specialties for the designated grades.

Report all officer personnel including those programmed by the Defense Health Program, joint commands, and other non-service entities

2)  Provide narrative stating the rationale for significant increases and decreases in the end-strength in listed specialty relative to overall officer end-strength.

3)  Flight Surgeons should be included in the Medical Corps category only to preclude double counting.

(Page 1 of 4)

**Selected Officer Occupation Specialties**

**SNAP DATA REQUIREMENT**

**Definitions**

<u>Organization:</u> The Military Departments, all components: Active, Guard, Reserve

<u>Specialty:</u> Occupational areas of interest designated above

<u>Grade:</u> Report occupational specialties by rank of officer

**Business Rules**

N/A

**Subject Matter Experts:** Questions regarding this data requirement should be directed to OSD CAPE at 703-697-2982.

**Technical Issues:** If you are having Difficulty with the data collection system—SNaP, contact the SNaP administrators via the email link at the web site.

---

The MP-14 data, to include outyear data, will be submitted via the Select and Native Programming Data Input System (SNaP) located at https://snap.pae.osd.mil.  The most current version of this exhibit will be found at this site.

---

**MP-14, Selected Officer Occupation Specialties (Continued)**

(Page 2 of 4)

**Selected Officer Occupation Specialties**
**ADDITIONAL EXHIBIT DISPLAY**

Selected Officer Occupation Specialties --Military
Air Force

| | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|
| Active | | | | | | | |
| Pilot | | | | | | | |
| All other Aviation Pay Eligible | | | | | | | |
| Medical Corps | | | | | | | |
| Dental Corps | | | | | | | |
| Nurse Corps | | | | | | | |
| Medical Service Corps | | | | | | | |
| Army Medical Specialist Corps | | | | | | | |
| USAF Biomedical Service Corps | | Numbers will reflect all grades summed and displayed by specialty. | | | | | |
| Veterinary Corps | | | | | | | |
| Non-Medical Officers in the Medical Program | | | | | | | |
| Judge Advocate General/Legal Officers | | | | | | | |
| Nuclear Qualified | | | | | | | |
| Chaplains | | | | | | | |
| Musicians | | | | | | | |
| Other Combat/ Combat Arms Officers | | | | | | | |
| Other Non-Combat | | | | | | | |
|    Total Active Officers by Selected Specialty | | | | | | | |

**MP-14, Selected Officer Occupation Specialties (Continued)**
(Page 3 of 4)

**DoD 7000.14-R**                 **Financial Management Regulation**                 **Volume 2A, Chapter 2**
                                                                        **\* November 2012**

**Selected Officer Occupation Specialties**
**ADDITIONAL EXHIBIT DISPLAY**

**Instructions for creating the display**

1) **Display the Organization**
2) **For each component display specialty summed for grade, total for component, create grand total for organization by specialty**

Crystal Reports Sort Order: Organization, Program, Category, Activity and Detail
Data Center: Manpower and Personnel, Program/Budget
Data Source: SNaP
**Display Variations for Warehouse: No additional Requirements**
Database Requirement: One XLS of all data for all organizations as provided-- no calculations
**Business Rules:**

**MP-14, Selected Officer Occupation Specialties (Continued)**

(Page 4 of 4)

Exhibit MP-15 Monthly Obligation Phasing Plan

**MONTHLY OBLIGATION PHASING PLAN (FY CY)**
**Appropriation:** _____

**(Dollars in Thousands)**

| Budget Activity | Description | Budget Subactivity (Example) | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | Pay and Allowances of Officers | **Basic Pay** | Month Cum. | | | | | | | | | | | | |
| | | **Retired Pay Accrual** | Month Cum. | | | | | | | | | | | | |
| | | Total | Month Cum. | | | | | | | | | | | | |
| 02 | Pay and Allowances of Enlisted | Total | Month Cum. | | | | | | | | | | | | |
| 03 | Pay and Allowances of Cadets/ Midshipmen | Total | Month Cum. | | | | | | | | | | | | |
| 04 | Subsistence of Enlisted Personnel | Total | Month Cum. | | | | | | | | | | | | |
| 05 | Permanent Change of Station | Total | Month Cum. | | | | | | | | | | | | |
| 06 | Other Military Personnel Costs | Total | Month Cum. | | | | | | | | | | | | |
| Total | Direct Program | | Month Cum. | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| Total | Reimbursable Program | | Month Cum. | | | | | | | | | | | | |
| Total | Gross Program | | Month Cum. | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |

Directions:

For each military personnel appropriation, provide estimated monthly **direct** obligations for the current year **by each budget subactivity**.

Include lines for both incremental monthly obligations and cumulative (Cum.) obligations year-to-date for each budget subactivity.

Include a monthly phasing of reimbursable obligations and a total gross program at the bottom of the phasing.

Budget activity totals must match the current year (CY) amounts reflected in the Comptroller Information System (CIS).

Exhibit MP-16 – Recruiting and Retention Data

**MILITARY PERSONNEL, _____**
**SUMMARY OF RECRUITING AND RETENTION DATA**

**Recruiting and Retention Goals:**

|  | FY 20PY | FY 20CY | FY20BY | FY20BY+1 | FY20BY+2 | FY20BY+3 | FY20BY+4 |
|---|---|---|---|---|---|---|---|
| Number of Recruiters |  |  |  |  |  |  |  |
| Number of Accessions |  |  |  |  |  |  |  |
| Officer |  |  |  |  |  |  |  |
| Enlisted |  |  |  |  |  |  |  |
| Non-Prior Service |  |  |  |  |  |  |  |
| Prior Service |  |  |  |  |  |  |  |
| Number of Reenlistments |  |  |  |  |  |  |  |
| Initial |  |  |  |  |  |  |  |
| Mid-Career |  |  |  |  |  |  |  |
| Career |  |  |  |  |  |  |  |

**Recruiting and Retention Funding:**
**(Dollars in Thousands)**

| Main Category | Appropriation | Officer/ Enlisted | Entitlement | Entitlement Sub-Category | New, Anniversary or Lump Sum Payment | FY 20PY through FY20BY+4 | |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Number | Amount |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |

(Page 1 of 2)

(1)    Main Category:  This should list either Recruiting or Retention.

(2)    Appropriation:  MPA, MPN, MPMC or MPAF

(3)    Officer/Enlisted:  This should list the applicable personnel receiving the recruiting/retention funding – Officer, Enlisted or Cadets/Midshipmen

(4)    Entitlement:  The following is a list of recruiting and retention programs previously reported to OUSD(C) Military Personnel and Construction Directorate (MPC).  Please use this list and include any additional programs not identified that should be captured under recruiting and retention.   These additional items should be highlighted to the OSD analyst for future inclusion.

| | |
|---|---|
| College First | Loan Repayment Program |
| College Fund | Matching Thrift Saving Plan |
| Critical Skills Accession Bonus | Montgomery GI Bill (MGIB) |
| Critical Skills Retention Bonus | National Call to Service |
| Enlistment Bonus | Recruitment Referral Bonus |
| Health Profession (HP) Accession Bonus | Selective Reenlistment Bonus |
| Health Profession (HP) Retention Bonus | |

(5)    Entitlement Sub-Categories:  The following is a list of examples of further breakout of specific entitlements previously reported to OUSD(C) Military Personnel and Construction Directorate (MPC).  Please use this list and include any additional breakouts not identified that should be captured under each entitlement.

| Critical Skills Accession Bonus | Critical Skills Retention Bonus | HP Accession Bonus | HP Retention Bonus |
|---|---|---|---|
| Dentist | Medical CSRB | Dentist Accession Bonus | Dental Multi-Year Retention Bonus |
| Nuclear Accession Bonus | Dental CSRB | Nurse Accession Bonus | Optometrist Multi-Year Retention Bonus |
| SPECWAR | Physician Asst CSRB | Pharmacy Accession Bonus | Optometry Retention |
| Warrant Officers, CID | Psych Diplomate & Non-Physician | Physician Accession Bonus | Physician Multi-Year Special Pay |
| Warrant Officers, Military Intel | Company Grade/Captain CSRB | Physician – Critical War Skills Accession Bonus | |
| Warrant Officers, Special Forces | Enlisted Supervisor Retention Pay | Psychologist Accession Bonus | |
| | EOD/Seal/Master Diver | Public Health Officer Accession Bonus | |
| | Intel | | |
| | NSW | | |

**Additional Instructions:  This exhibit is to be included in the backup justification book.  Additionally, OSD(C) will provide each Component with their specific MP-16 spreadsheet and each Component must submit it electronically to OUSD(C) Military Personnel and Construction Directorate.**

**Exhibit MP-16 – Recruiting and Retention Data (Continued)**
(Page 2 of 2)

Exhibit MP-17 – Reimbursable Program (Reimbursing Customers)

**MILITARY PERSONNEL, _____**
**Reimbursable Program (Reimbursing Customers)**
**($ in Thousands)**

| Category | Customer | Mission Description [1] | Reimbursing Account [2] | FY 20PY | | | FY 20CY | | | FY 20BY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Rate | Amt | Number | Rate | Amt | Number | Rate | Amt |
| **Examples** | | | | | | | | | | | | |
| Pay and Allowances | Army Working Capital Fund | Supply Management | WCF, Army | | | | | | | | | |
| Pay and Allowances | DIA | Intelligence Related | O&M, Defense-Wide | | | | | | | | | |
| Subsistence-in-Kind | Dept of State | MREs for Humanitarian Mission (specify) | Dept of State | | | | | | | | | |
| **Total [3]** | | | | | | | | | | | | |

[1] Mission Description must be unclassified.  For intelligence related activities, the mission description should simply state "Intelligence Related".
[2] Only specify account if within DoD (e.g., Army Working Capital Fund), otherwise specify reimbursing organization.
[3] Total must match CIS controls and Justification Book amounts for reimbursable authority.

Exhibit PB-30A Summary of Requirements by Budget Program (Reserves)

**RESERVE PERSONNEL, _____**
**SUMMARY OF REQUIREMENTS BY BUDGET PROGRAM**
**($ in Thousands)**

|  | FY 20PY Actual | FY 20CY Estimate | FY 20BY Estimate |
|---|---|---|---|
| Reserve Component Training and Support | | | |
| Direct Program | | | |
| Reimbursable Program | | | |
| OCO Funding | | | |
| Subtotal Reserve Personnel, xxxx | | | |
| Medicare-Eligible Retiree Health Fund Contribution, (Army, Navy, etc.) | | | |
| TOTAL PROGRAM COST | | | |

LEGISLATIVE PROPOSALS:
The following legislative proposals are included in the above estimate and submitted for FY BY consideration:
(List proposals and funding requested for each fiscal year.)

(Page 1 of 2)

**RESERVE PERSONNEL, _____**
**TOTAL RESERVE PAY AND BENEFITS FUNDED FROM MILITARY PERSONNEL ACCOUNTS**
**($ in Thousands)**

**The following information is submitted in accordance with the FY 2008 Appropriation Conference Report 110-434 and the FY 2008 House appropriation Committee Report 110-279.**

| | FY 20PY Actual | FY 20CY Estimate | FY 20BY Estimate |
|---|---|---|---|
| **RESERVE PERSONNEL, XXX (RPX)** | | | |
| DIRECT PROGRAM | | | |
| REIMBURSABLE PROGRAM | | | |
| OCO AND OTHER SUPPLEMENTAL FUNDING 1/ | | | |
|     TOTAL RESERVE PERSONNEL, XXX (RPX) | | | |
| MEDICARE-ELIGIBLE RETIREE HEALTH FUND CONTRIBUTION (MERHFC) | | | |
|     **TOTAL RESERVE PERSONNEL, XXX   PROGRAM COST** | | | |
| | | | |
| **MILITARY PERSONNEL, XXX (MPX)** | | | |
| OCO PAY AND ALLOWANCES, MOBILIZATION | | | |
| ACTIVE DUTY FOR OPERATIONAL SUPPORT (ADOS) PAY AND ALLOWANCES | | | |
|     **TOTAL FUNDING FROM ACTIVE MILITARY PERSONNEL, XXX** | | | |
| **TOTAL RESERVE PAY AND BENEFITS FUNDED FROM MILITARY PAY ACCOUNTS** | | | |

**1/ FY 20CY and FY 20BY reflects amounts requested in the FY 20CY OCO request and the FY 20BY OCO request.**

**Exhibit PB-30A Summary of Requirements by Budget Program (Reserves) Continued**

**Congressional Reporting Requirements**
(Page 2 of 2)

Exhibit PB-30F Schedule of Gains and Losses to Selected Reserve Strength

**RESERVE PERSONNEL, _____**
**SCHEDULE OF GAINS AND LOSSES TO SELECTED RESERVE STRENGTH**

**<u>OFFICERS</u>**

|                                          | <u>FY 20PY</u> | <u>FY 20CY</u> | <u>FY 20BY</u> |
|------------------------------------------|----------------|----------------|----------------|
| **BEGINNING STRENGTH**                   |                |                |                |

**<u>GAINS</u>**
   Non-prior Service Personnel
     Male
     Female
   Prior Service Personnel
     Civilian Life
     Active Component
     Enlisted Commissioning Programs
     Pay Group B (IMA)
     Other Reserve Status/Component
     All Other
     Full-Time Active Duty

    **TOTAL GAINS**

**<u>LOSSES</u>**
   Civilian Life
   Active Component
   Retired Reserves
   Pay Group B (IMA)
   Other Reserve Status/Component
   All Other
   Full-Time Active Duty

    **TOTAL LOSSES**

Accounting Adjustment

**END STRENGTH**

NOTE:  This exhibit should include both part-time and full-time personnel.

(Page 1 of 2)

Exhibit PB-30F Schedule of Gains and Losses to Selected Reserve Strength

**RESERVE PERSONNEL, _____**
**SCHEDULE OF GAINS AND LOSSES TO SELECTED RESERVE STRENGTHS**

**ENLISTED**

|                              | FY 20PY | FY 20CY | FY 20BY |
|------------------------------|---------|---------|---------|
| **BEGINNING STRENGTH**       |         |         |         |
| **GAINS**                    |         |         |         |
| Non-prior Service Personnel  |         |         |         |
|    Male       |         |         |         |
|    Female     |         |         |         |
| Prior Service Personnel      |         |         |         |
|    Civilian Life |      |         |         |
|    Active Component |    |         |         |
|    Reenlistments/Extensions |  |   |         |
|    Pay Group B (IMA) |   |         |         |
|    Other Reserve Status/Component | | | |
|    All Other  |         |         |         |
|    Full-Time Active Duty | |      |         |
|     **TOTAL GAINS** | |      |         |
| **LOSSES**                   |         |         |         |
| Expiration of Selected Reserve Service | | |     |
| Active Component             |         |         |         |
| To Officer Status            |         |         |         |
| Retired Reserves             |         |         |         |
| Reenlistments/Extensions     |         |         |         |
| Attrition                    |         |         |         |
| Pay Group B (IMA)            |         |         |         |
| Other Reserve Status/Component | |     |         |
| All Other                    |         |         |         |
| Full-Time Active Duty        |         |         |         |
|     **TOTAL LOSSES** | |     |         |
| Accounting Adjustment        |         |         |         |
| **END STRENGTH**             |         |         |         |

NOTE:  This exhibit should include both part-time and full-time personnel.

(Page 2 of 2)

Exhibit PB-30G Summary of Personnel (Reserves)

**RESERVE PERSONNEL, _____**
**SUMMARY OF PERSONNEL**

| | No. of Drills | No. of A/D Days Training | FY 20PY Begin Average End | FY 20CY Begin Average End | FY 20BY Begin Average End |
|---|---|---|---|---|---|
| | | | | (Strength) | |
| **Paid Drill/Individual Training** | | | | | |
| Pay Group A - Officers | 48 | 1/ | | | |
| Pay Group A - Enlisted | 48 | 1/ | | | |
|    Subtotal Pay Group A | | | | | |
| Pay Group B - Officers | 2/ | 1/ | | | |
| Pay Group B - Enlisted | 2/ | 1/ | | | |
|    Subtotal Pay Group B | | | | | |
| Pay Group F - Enlisted | -- | 1/ | | | |
| Pay Group P - Enlisted- Paid | 3/ | -- | | | |
| Pay Group P - Enlisted- Non Paid | | | | | |
|    Subtotal Pay Group F/P | | | | | |
|    Subtotal Paid Drill/Indiv Tng | | | | | |
| **Full-time Active Duty** | | | | | |
|   Officers | | | | | |
|   Enlisted | | | | | |
|    Subtotal Full-time | | | | | |
| **Total Selected Reserve** | | | | | |
|   Officers | | | | | |
|   Enlisted | | | | | |
|    Total | | | | | |
| **Individual Ready Reserve/Inactive National Guard** | | | | | |
|   Officers | | | | | |
|   Enlisted | | | | | |
|   Total | | | | | |

> **End strength data must agree by category of personnel with the end strength data reflected in the Comptroller Information System (CIS).**
>
> **\*Averages are computed as follows:  (PY SEP + (CY OCT through CY AUG)\*2 + CY SEP)/24**

**GRAND TOTAL**

1/   Show average length of training in days for the budget year (BY).
2/   Combine all IMAs into training category B.  Components should reflect weighted average of drills performed by all IMAs under "No. of Drills" that support the funds requested.
3/   Show average number of drills for the budget year (BY).
NOTE: Data should reflect total direct and reimbursable funded end strength.

Exhibit PB-30H Reserve On Active Duty - Strength by Grade (Reserves)

**RESERVE PERSONNEL, _____**
**RESERVE COMPONENT PERSONNEL ON TOURS OF FULL-TIME ACTIVE DUTY**
**STRENGTH BY GRADE**

|  | FY 20PY | | FY 20CY | | FY 20BY | |
|---|---|---|---|---|---|---|
|  | Average | End | Average | End | Average | End |

Commissioned Officers

| | |
|---|---|
| 0-8 | (enter rank) |
| 0-7 | "   " |
| 0-6 | "   " |
| 0-5 | "   " |
| 0-4 | "   " |
| 0-3 | "   " |
| 0-2 | "   " |
| 0-1 | "   " |
| Total | |

Warrant Officers

| | |
|---|---|
| W-4 | (enter rank) |
| W-3 | "   " |
| W-2 | "   " |
| W-1 | "   " |
| Total | |

Total Officers

Enlisted Personnel

| | |
|---|---|
| E-9 | (enter rank) |
| E-8 | "   " |
| E-7 | "   " |
| E-6 | "   " |
| E-5 | "   " |
| E-4 | "   " |
| E-3 | "   " |
| E-2 | "   " |
| E-1 | "   " |
| Total Enlisted | |

Total Personnel
  on Active Duty

Exhibit PB-30I Strength by Month (Reserves)

**RESERVE PERSONNEL, _____**
**FY 20___ STRENGTH**

| | Pay Group A | | | Pay Group B (IMA) | | | Pay Group F | Pay Group P | | Total Drill | Full-Time | | | Total Selected Reserve |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Officer | Enlisted | Total | Officer | Enlisted | Total | | Paid | Non-Paid | | Officer | Enlisted | Total | |
| September 30, 20__ | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | |
| January | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | |
| September 30, 20__ | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Average | | | | | | | | | | | | | | |

**Note:** **A separate Exhibit will be prepared for the prior year, current year, and budget year. The Exhibit displaying current data will be footnoted to indicate the month through which actual date is reflected.**

**RESERVE COMPONENT MEMBERS PERFORMING OPERATIONAL SUPPORT DUTY AND EXCEEDING 1,095 DAY THRESHOLD**
**(ACTUAL, FY 20XX)**

| **AC FUNDED** | **RC FUNDED** | **TOTAL** | **Primary Missions Being Performed** |
|---|---|---|---|
| Count Against Active Component End Strength | Count Against Reserve Component (AGR) End Strength | Count Against AD (AC + AGR) End Strength | |
| - | - | - | 1. |
| - | - | - | 2. |
| - | - | - | 3. |
| - | - | - | 4. |
| - | - | - | 5. |
| | | | **Congressional Reporting Requirement** |

Exhibit PB-30J Summary of Entitlements by Subactivity (Reserves)

**RESERVE PERSONNEL, _____**
**SUMMARY OF ENTITLEMENTS BY SUBACTIVITY**
**($ in Thousands)**

| | FY 20PY | | | FY 20CY | | | FY 20BY | | |
|---|---|---|---|---|---|---|---|---|---|
| | Officers | Enlisted | Total | Officers | Enlisted | Total | Officers | Enlisted | Total |

**RESERVE COMPONENT TRAINING AND SUPPORT**

PAY GROUP A
Active Duty Training
Inactive Duty Training
   Unit Training Assemblies
   Flight Training
   Training Preparation
   Military Funeral Honors
   Civil Disturbance
   Jump Proficiency
Clothing
Subsistence of Enlisted Personnel
Travel
   TOTAL DIRECT OBLIGATIONS

PAY GROUP B
Active Duty Training
Inactive Duty Training
Clothing
Subsistence of Enlisted Personnel
Travel
   TOTAL DIRECT OBLIGATIONS

PAY GROUP F
Active Duty Training
Clothing
Subsistence of Enlisted Personnel
Travel
   TOTAL DIRECT OBLIGATIONS

PAY GROUP P
Inactive Duty Training
Clothing
Subsistence of Enlisted Personnel
   TOTAL DIRECT OBLIGATIONS

> The PB-30J data, **to include outyear** data, will be submitted via the Select and Native Programming Data Input System (SNaP) located at https://snap.pae.osd.mil.  The most current version of this exhibit will be found at this site.

(Page 1 of 5)

RESERVE PERSONNEL, _____
SUMMARY OF ENTITLEMENTS BY SUBACTIVITY
($ in Thousands)

|  | FY 20PY | | | FY 20CY | | | FY 20BY | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Officers | Enlisted | Total | Officers | Enlisted | Total | Officers | Enlisted | Total |
| MOBILIZATION TRAINING |  |  |  |  |  |  |  |  |  |
| IRR Muster/Screening |  |  |  |  |  |  |  |  |  |
| IRR Mission Support |  |  |  |  |  |  |  |  |  |
| IRR Readiness Training |  |  |  |  |  |  |  |  |  |
| Merchant Marine Training |  |  |  |  |  |  |  |  |  |
| TOTAL DIRECT OBLIGATIONS |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| SCHOOL TRAINING |  |  |  |  |  |  |  |  |  |
| Career Development Training |  |  |  |  |  |  |  |  |  |
| Initial Skill Acquisition Training |  |  |  |  |  |  |  |  |  |
| Officer Candidate/Training School |  |  |  |  |  |  |  |  |  |
| Refresher and Proficiency Training |  |  |  |  |  |  |  |  |  |
| Undergraduate Pilot/Navigator Training |  |  |  |  |  |  |  |  |  |
| Unit Conversion Training |  |  |  |  |  |  |  |  |  |
| TOTAL DIRECT OBLIGATIONS |  |  |  |  |  |  |  |  |  |
| SPECIAL TRAINING |  |  |  |  |  |  |  |  |  |
| Competitive Events |  |  |  |  |  |  |  |  |  |
| Command/Staff Supervision |  |  |  |  |  |  |  |  |  |
| Drug Interdiction Activity |  |  |  |  |  |  |  |  |  |
| Exercises |  |  |  |  |  |  |  |  |  |
| Management Support |  |  |  |  |  |  |  |  |  |
| Operational Training |  |  |  |  |  |  |  |  |  |
| Recruiting/Retention |  |  |  |  |  |  |  |  |  |
| Service Mission/Mission Support |  |  |  |  |  |  |  |  |  |
| Unit Conversion Training |  |  |  |  |  |  |  |  |  |
| Active Duty for Operational Support (ADOS) |  |  |  |  |  |  |  |  |  |
| Active Duty Special Training (ADST) |  |  |  |  |  |  |  |  |  |
| TOTAL DIRECT OBLIGATIONS |  |  |  |  |  |  |  |  |  |

**Exhibit PB-30J Summary of Entitlements by Subactivity (Reserves) Continued**
(Page 2 of 5)

**RESERVE PERSONNEL, _____**
**SUMMARY OF ENTITLEMENTS BY SUBACTIVITY**
**($ in Thousands)**

| | FY 20PY | | | FY 20CY | | | FY 20BY | | |
|---|---|---|---|---|---|---|---|---|---|
| | Officers | Enlisted | Total | Officers | Enlisted | Total | Officers | Enlisted | Total |
| ADMINISTRATION AND SUPPORT | | | | | | | | | |
| Full Time Pay and Allowances | | | | | | | | | |
| Clothing | | | | | | | | | |
| Subsistence | | | | | | | | | |
| Travel/PCS | | | | | | | | | |
| Death Gratuities | | | | | | | | | |
| Disability and Hospitalization Benefits | | | | | | | | | |
| Reserve Incentive Programs | | | | | | | | | |
| Transition Benefits | | | | | | | | | |
| Adoption Expenses | | | | | | | | | |
| $30,000 Lump Sum Bonus | | | | | | | | | |
| TOTAL DIRECT OBLIGATIONS | | | | | | | | | |
| | | | | | | | | | |
| EDUCATION BENEFITS | | | | | | | | | |
| Basic Benefit | | | | | | | | | |
| Kicker Program | | | | | | | | | |
| Amortization Payment | | | | | | | | | |
| TOTAL DIRECT OBLIGATIONS | | | | | | | | | |

**Exhibit PB-30J Summary of Entitlements by Subactivity (Reserves) Continued**
(Page 3 of 5)

RESERVE PERSONNEL, _____
SUMMARY OF ENTITLEMENTS BY SUBACTIVITY
($ in Thousands)

| | FY 20PY | | | FY 20CY | | | FY 20BY | | |
|---|---|---|---|---|---|---|---|---|---|
| | Officers | Enlisted | Total | Officers | Enlisted | Total | Officers | Enlisted | Total |

PLATOON LEADERS' CLASS OR RESERVE OFFICER CANDIDATES
Subsistence Allowance (Stipend)
Uniforms
   Commutation
   Issue-In-Kind
Summer Camp Training
Subsistence-in-Kind
Travel
Tuition Assistance Program
     TOTAL DIRECT OBLIGATIONS

BRANCH OFFICER BASIC COURSE -RESERVE COMPONENTS
Active Duty Training
Uniform Allowance
Travel
     TOTAL DIRECT OBLIGATIONS

HEALTH PROFESSIONS SCHOLARSHIP PROGRAM
Stipend
Uniform Allowance
Active Duty Training
Travel
     TOTAL DIRECT OBLIGATIONS

MEDICAL FINANCIAL ASSISTANCE PROGRAM (FAP)
Stipend
Financial Assistance Grant
Uniform Allowance
Active Duty Training
Travel
     TOTAL DIRECT OBLIGATIONS

**Exhibit PB-30J Summary of Entitlements by Subactivity (Reserves) Continued**
(Page 4 of 5)

**RESERVE PERSONNEL, _____**
**SUMMARY OF ENTITLEMENTS BY SUBACTIVITY**
**($ in Thousands)**

| | FY 20PY | | | FY 20CY | | | FY 20BY | | |
|---|---|---|---|---|---|---|---|---|---|
| | Officers | Enlisted | Total | Officers | Enlisted | Total | Officers | Enlisted | Total |
| **NURSE CANDIDATE BONUS PROGRAM** | | | | | | | | | |
| Nurse Candidate Bonus | | | | | | | | | |
| Accession Bonus | | | | | | | | | |
|     TOTAL DIRECT OBLIGATIONS | | | | | | | | | |
| | | | | | | | | | |
| **CHAPLAIN CANDIDATE PROGRAM** | | | | | | | | | |
| Active Duty Training | | | | | | | | | |
| Uniform Allowance | | | | | | | | | |
| Travel | | | | | | | | | |
|     TOTAL DIRECT OBLIGATIONS | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL DIRECT PROGRAM** | | | | | | | | | |

**Exhibit PB-30J Summary of Entitlements by Subactivity (Reserves) Continued**
(Page 5 of 5)

Exhibit PB-30K Analysis of Appropriation Changes (Reserves)

**RESERVE PERSONNEL, _____**
**ANALYSIS OF APPROPRIATION CHANGES AND SUPPLEMENTAL REQUIREMENTS**
**FY 20CY ($ in Thousands)**

| | FY 20CY PRESIDENT'S BUDGET | CONGRES-SIONAL ACTION | APPROPRI-ATION | INTERNAL REALIGNMENT/ REPROGRAMMING | SUB TOTAL | PROPOSED DD 1415 ACTIONS | FY 20CY COL. FY 20BY PRES. BUDGET |
|---|---|---|---|---|---|---|---|

**RESERVE COMPONENT TRAINING AND SUPPORT**

PAY GROUP A
Active Duty Training
Inactive Duty Training
   Unit Training Assemblies
   Flight Training
   Training Preparation
   Military Funeral Honors
   Civil Disturbance
   Jump Proficiency
Clothing
Subsistence of Enlisted Personnel
Travel
    TOTAL DIRECT OBLIGATIONS

PAY GROUP B
Active Duty Training
Inactive Duty Training
Clothing
Subsistence of Enlisted Personnel
Travel
    TOTAL DIRECT OBLIGATIONS

PAY GROUP F
Active Duty Training
Clothing
Subsistence of Enlisted Personnel
Travel
    TOTAL DIRECT OBLIGATIONS

PAY GROUP P
Inactive Duty Training
Clothing
Subsistence of Enlisted Personnel
    TOTAL DIRECT OBLIGATIONS

(Page 1 of 5)

**RESERVE PERSONNEL, _____**
**ANALYSIS OF APPROPRIATION CHANGES AND SUPPLEMENTAL REQUIREMENTS**
**FY 20CY ($ in Thousands)**

| | FY 20CY PRESIDENT'S BUDGET | CONGRES-SIONAL ACTION | APPROPRI-ATION | INTERNAL REALIGNMENT/ REPROGRAMMING | SUB TOTAL | PROPOSED DD 1415 ACTIONS | FY 20CY COL. FY 20BY PRES. BUDGET |
|---|---|---|---|---|---|---|---|

**MOBILIZATION TRAINING**

IRR Muster/Screening
IRR Mission Support
IRR Readiness Training
Merchant Marine Training
    TOTAL DIRECT OBLIGATIONS

**SCHOOL TRAINING**
Career Development Training
Initial Skill Acquisition Training
Officer Candidate/Training School
Refresher and Proficiency Training
Undergraduate Pilot/Navigator Training
Unit Conversion Training
    TOTAL DIRECT OBLIGATIONS

**SPECIAL TRAINING**
Competitive Events
Command/Staff Supervision
Drug Interdiction Activity
Exercises
Management Support
Operational Training
Recruiting/Retention
Service Mission/Mission Support
Unit Conversion Training
Active Duty for Operational Support (ADOS)
Active Duty Special Training (ADST)
    TOTAL DIRECT OBLIGATIONS

**Exhibit PB-30K Analysis of Appropriation Changes (Reserves) Continued**
(Page 2 of 5)

RESERVE PERSONNEL, _____
**ANALYSIS OF APPROPRIATION CHANGES AND SUPPLEMENTAL REQUIREMENTS**
**FY 20CY ($ in Thousands)**

| | FY 20CY PRESIDENT'S BUDGET | CONGRES-SIONAL ACTION | APPROPRI-ATION | INTERNAL REALIGNMENT/ REPROGRAMMING | SUB TOTAL | PROPOSED DD 1415 ACTIONS | FY 20CY COL. FY 20BY PRES. BUDGET |
|---|---|---|---|---|---|---|---|
| **ADMINISTRATION AND SUPPORT** | | | | | | | |
| Full Time Pay and Allowances | | | | | | | |
| Clothing | | | | | | | |
| Subsistence | | | | | | | |
| Travel/PCS | | | | | | | |
| Death Gratuities | | | | | | | |
| Disability and Hospitalization Benefits | | | | | | | |
| Reserve Incentive Programs | | | | | | | |
| Transition Benefits | | | | | | | |
| Adoption Expenses | | | | | | | |
| $30,000 Lump Sum Bonus | | | | | | | |
| TOTAL DIRECT OBLIGATIONS | | | | | | | |
| | | | | | | | |
| **EDUCATION BENEFITS** | | | | | | | |
| Basic Benefit | | | | | | | |
| Kicker Program | | | | | | | |
| Amortization Payment | | | | | | | |
| TOTAL DIRECT OBLIGATIONS | | | | | | | |
| | | | | | | | |
| **PLATOON LEADERS' CLASS OR RESERVE OFFICER CANDIDATES** | | | | | | | |
| Subsistence Allowance (Stipend) | | | | | | | |
| Uniforms | | | | | | | |
| Commutation | | | | | | | |
| Issue-In-Kind | | | | | | | |
| Summer Camp Training | | | | | | | |
| Subsistence-in-Kind | | | | | | | |
| Travel | | | | | | | |
| Tuition Assistance Program | | | | | | | |
| TOTAL DIRECT OBLIGATIONS | | | | | | | |
| | | | | | | | |
| **BRANCH OFFICER BASIC COURSE -RESERVE COMPONENTS** | | | | | | | |
| Active Duty Training | | | | | | | |
| Uniform Allowance | | | | | | | |
| Travel | | | | | | | |
| TOTAL DIRECT OBLIGATIONS | | | | | | | |

**Exhibit PB-30K Analysis of Appropriation Changes (Reserves) Continued**
(Page 3 of 5)

RESERVE PERSONNEL, _____
ANALYSIS OF APPROPRIATION CHANGES AND SUPPLEMENTAL REQUIREMENTS
FY 20CY ($ in Thousands)

| | FY 20CY PRESIDENT'S BUDGET | CONGRES-SIONAL ACTION | APPROPRI-ATION | INTERNAL REALIGNMENT/ REPROGRAMMING | SUB TOTAL | PROPOSED DD 1415 ACTIONS | FY 20CY COL. FY 20BY PRES. BUDGET |
|---|---|---|---|---|---|---|---|
| **HEALTH PROFESSIONS SCHOLARSHIP PROGRAM** | | | | | | | |
| Stipend | | | | | | | |
| Uniform Allowance | | | | | | | |
| Active Duty Training | | | | | | | |
| Travel | | | | | | | |
| TOTAL DIRECT OBLIGATIONS | | | | | | | |
| | | | | | | | |
| **MEDICAL FINANCIAL ASSISTANCE PROGRAM (FAP)** | | | | | | | |
| Stipend | | | | | | | |
| Financial Assistance Grant | | | | | | | |
| Uniform Allowance | | | | | | | |
| Active Duty Training | | | | | | | |
| Travel | | | | | | | |
| TOTAL DIRECT OBLIGATIONS | | | | | | | |
| | | | | | | | |
| **NURSE CANDIDATE BONUS PROGRAM** | | | | | | | |
| Nurse Candidate Bonus | | | | | | | |
| Accession Bonus | | | | | | | |
| TOTAL DIRECT OBLIGATIONS | | | | | | | |
| | | | | | | | |
| **CHAPLAIN CANDIDATE PROGRAM** | | | | | | | |
| Active Duty Training | | | | | | | |
| Uniform Allowance | | | | | | | |
| Travel | | | | | | | |
| TOTAL DIRECT OBLIGATIONS | | | | | | | |
| | | | | | | | |
| **TOTAL DIRECT PROGRAM** | | | | | | | |

**Exhibit PB-30K Analysis of Appropriation Changes (Reserves) Continued**
(Page 4 of 5)

### INSTRUCTIONS FOR COMPLETION OF EXHIBIT
### ANALYSIS OF APPROPRIATION CHANGES AND SUPPLEMENTAL REQUIREMENTS

FY 20CY President's Budget - Show costs as included in the original FY 20CY President's Budget request.  The total of all such costs should equal the FY 20CY appropriation request for each line item.

Congressional Action - Show the delta(s) associated with final congressional action on the FY 20CY appropriations request.

Appropriation – Show the final funding level appropriated by Congress for the FY CY.  This value should tie explicitly by budget activity and total to the values reported on the DD 1414 Base for Reprogramming.

Internal Realignment/Reprogramming - Include those adjustments, which are necessary to align the amounts shown in the appropriation column of this exhibit with the FY 20CY column of the FY 20BY President's Budget exclusive of other price/program changes described below.

Subtotal – Should include the appropriated amount plus or minus internal realignments/reprogrammings.

Proposed DD 1415 Actions - Amounts shown in this column would include approved reprogrammings/transfers.

FY 20CY Column of FY 20BY President's Budget - Show amounts as included in the FY 20BY President's Budget request.  These amounts should be equal to the sum of the amounts shown in the preceding two columns.

NOTE:  An explanation should be provided for each adjustment in excess of $1 million included in the column showing realignments and reprogramming.  Such explanation should not be included as part of this exhibit, but rather should be submitted separately to the OUSD(C) (P/B) Military Personnel and Construction Directorate, Room 3C654, Pentagon.

**Exhibit PB-30K Analysis of Appropriation Changes (Reserves) Continued**
(Page 5 of 5)

Exhibit PB-30L Summary of Basic Pay and Retired Pay Accrual Costs (Reserves)

**RESERVE PERSONNEL, _____**
**SUMMARY OF BASIC PAY AND RETIRED PAY ACCRUAL COSTS**
**($ in Thousands)**

|  | FY 20PY | | FY 20CY | | FY 20BY | |
|---|---|---|---|---|---|---|
|  | Basic Pay | Retired Pay | Basic Pay | Retired Pay | Basic Pay | Retired Pay |
| Pay Group A |  |  |  |  |  |  |
| Officers |  |  |  |  |  |  |
| Enlisted |  |  |  |  |  |  |
| Subtotal |  |  |  |  |  |  |
| Pay Group B |  |  |  |  |  |  |
| Officers |  |  |  |  |  |  |
| Enlisted |  |  |  |  |  |  |
| Subtotal |  |  |  |  |  |  |
| Pay Group F |  |  |  |  |  |  |
| Officers |  |  |  |  |  |  |
| Enlisted |  |  |  |  |  |  |
| Subtotal |  |  |  |  |  |  |
| Pay Group P |  |  |  |  |  |  |
| Enlisted |  |  |  |  |  |  |
| Mobilization Training |  |  |  |  |  |  |
| Officers |  |  |  |  |  |  |
| Enlisted |  |  |  |  |  |  |
| Subtotal |  |  |  |  |  |  |
| School Training |  |  |  |  |  |  |
| Officers |  |  |  |  |  |  |
| Enlisted |  |  |  |  |  |  |
| Subtotal |  |  |  |  |  |  |
| Special Training |  |  |  |  |  |  |
| Officers |  |  |  |  |  |  |
| Enlisted |  |  |  |  |  |  |
| Subtotal |  |  |  |  |  |  |
| Administration and Support |  |  |  |  |  |  |
| Officers |  |  |  |  |  |  |
| Enlisted |  |  |  |  |  |  |
| Subtotal |  |  |  |  |  |  |

**NOTE:  Retired pay accrual amounts, as a percentage of basic pay, should agree with the Normal Cost Percentages (NCPs) provided in the budget guidance. Retired and Basic Pay should match the amounts on the MPR-5.**

(Page 1 of 2)

**RESERVE PERSONNEL, _____**
**SUMMARY OF BASIC PAY AND RETIRED PAY ACCRUAL COSTS (Continued)**
**($ in Thousands)**

| | FY 20PY | | FY 20CY | | FY 20BY | |
|---|---|---|---|---|---|---|
| | Basic Pay | Retired Pay | Basic Pay | Retired Pay | Basic Pay | Retired Pay |
| <ins>Full-time Support (Non-Add)</ins> | | | | | | |
| (Officer) | | | | | | |
| (Enlisted) | | | | | | |
| Subtotal | | | | | | |
| | | | | | | |
| <ins>Other</ins> | | | | | | |
| Platoon Leaders Class (Enlisted) | | | | | | |
| Branch Officers Basic Course (Officer) | | | | | | |
| Health Professions Scholarship (Officer) | | | | | | |
| Financial Assistance Program (Officer) | | | | | | |
| Chaplain Candidate Program (Officer) | | | | | | |
| Subtotal | | | | | | |
| | | | | | | |
| <ins>Total Direct Program</ins> | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Total | | | | | | |
| | | | | | | |
| <ins>Total Reimbursable Program</ins> | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Total | | | | | | |
| | | | | | | |
| <ins>Total Program</ins> | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Total | | | | | | |

NOTE:  Accrual costs as a percent of basic pay to be used for each year will be provided separately.

**Exhibit PB-30L Summary of Basic Pay and Retired Pay Accrual Costs (Reserves) Continued**
(Page 2 of 2)

Exhibit PB-30M Summary of BAH Costs (Reserves)

**RESERVE PERSONNEL, _____**
**SUMMARY OF BASIC ALLOWANCE FOR HOUSING (BAH)**
**($ in Thousands)**

|  | FY 20PY<br>BAH | FY 20CY<br>BAH | FY 20BY<br>BAH |
|---|---|---|---|
| Pay Group A |  |  |  |
|   Officers |  |  |  |
|   Enlisted |  |  |  |
|     Subtotal |  |  |  |
| Pay Group B |  |  |  |
|   Officers |  |  |  |
|   Enlisted |  |  |  |
|     Subtotal |  |  |  |
| Pay Group F |  |  |  |
|   Officers |  |  |  |
|   Enlisted |  |  |  |
|     Subtotal |  |  |  |
| Pay Group P |  |  |  |
|   Enlisted |  |  |  |
| Mobilization Training |  |  |  |
|   Officers |  |  |  |
|   Enlisted |  |  |  |
|     Subtotal |  |  |  |
| School Training |  |  |  |
|   Officers |  |  |  |
|   Enlisted |  |  |  |
|     Subtotal |  |  |  |
| Special Training |  |  |  |
|   Officers |  |  |  |
|   Enlisted |  |  |  |
|     Subtotal |  |  |  |
| Administration and Support |  |  |  |
|   Officers |  |  |  |
|   Enlisted |  |  |  |
|     Subtotal |  |  |  |

(Page 1 of 2)

**RESERVE PERSONNEL, _____**
**SUMMARY OF BASIC ALLOWANCE FOR HOUSING (BAH) (Continued)**
**($ in Thousands)**

| | FY 20PY BAH | FY 20CY BAH | FY 20BY BAH |
|---|---|---|---|
| Other | | | |
|   Branch Officers Basic Course | | | |
|   Health Professions Scholarship | | | |
|   Financial Assistance Program | | | |
|   Chaplain Candidate Program | | | |
|    Subtotal | | | |
| | | | |
| Total Direct Program | | | |
|   Officers | | | |
|   Enlisted | | | |
|   Other | | | |
|    Total | | | |
| | | | |
| Total Reimbursable Program | | | |
|   Officers | | | |
|   Enlisted | | | |
|   Other | | | |
|    Total | | | |
| | | | |
| Grand Total Program | | | |
|   Officers | | | |
|   Enlisted | | | |
|   Other | | | |
|    Total | | | |

**Exhibit PB-30M Summary of BAH Costs (Reserves)  Continued**
(Page 2 of 2)

Exhibit PB-30N Summary of Travel Costs (Reserves)

**RESERVE PERSONNEL,** _____
**SUMMARY OF TRAVEL COSTS**
**($ in Thousands)**

|  | FY 20PY | FY 20CY | FY 20BY |
|---|---|---|---|
| **Pay Group A** | | | |
| Officers | | | |
| Enlisted | | | |
| Subtotal | | | |
| **Pay Group B** | | | |
| Officers | | | |
| Enlisted | | | |
| Subtotal | | | |
| **Pay Group F** | | | |
| Officers | | | |
| Enlisted | | | |
| Subtotal | | | |
| **Pay Group P** | | | |
| Enlisted | | | |
| **Mobilization Training** | | | |
| Officers | | | |
| Enlisted | | | |
| Subtotal | | | |
| **School Training** | | | |
| Officers | | | |
| Enlisted | | | |
| Subtotal | | | |
| **Special Training** | | | |
| Officers | | | |
| Enlisted | | | |
| Subtotal | | | |

(Page 1 of 2)

**RESERVE PERSONNEL, _____**
**SUMMARY OF TRAVEL COSTS (Continued)**
**($ in Thousands)**

|                                          | FY 20PY | FY 20CY | FY 20BY |
|------------------------------------------|---------|---------|---------|
| <u>Administration and Support</u>        |         |         |         |
| Officers                                 |         |         |         |
| Enlisted                                 |         |         |         |
|   Subtotal                     |         |         |         |
|                                          |         |         |         |
| <u>Other</u>                             |         |         |         |
| Branch Officers Basic Course             |         |         |         |
| Health Professions Scholarship           |         |         |         |
| Financial Assistance Program             |         |         |         |
| Chaplain Candidate Program               |         |         |         |
|   Subtotal                     |         |         |         |
|                                          |         |         |         |
| <u>Total Direct Travel</u>               |         |         |         |
| Officers                                 |         |         |         |
| Enlisted                                 |         |         |         |
| Other                                    |         |         |         |
|   Total                        |         |         |         |
|                                          |         |         |         |
| <u>Total Reimbursable Travel</u>         |         |         |         |
| Officers                                 |         |         |         |
| Enlisted                                 |         |         |         |
| Other                                    |         |         |         |
|   Total                        |         |         |         |
|                                          |         |         |         |
| <u>Grand Total Reimbursable Travel</u>   |         |         |         |
| Officers                                 |         |         |         |
| Enlisted                                 |         |         |         |
| Other                                    |         |         |         |
|   Total                        |         |         |         |

**Exhibit PB-30N Summary of Travel Costs (Reserves) Continued**
(Page 2 of 2)

Exhibit PB-30U Summary of BAS AND SIK Costs (Reserves)

**RESERVE PERSONNEL, _____**
**SUMMARY OF BASIC ALLOWANCE FOR SUBSISTENCE (BAS) AND SUBSISTENCE-IN-KIND (SIK)**
**($ in Thousands)**

| | FY 20PY BAS | FY 20PY SIK | FY 20CY BAS | FY 20CY SIK | FY 20BY BAS | FY 20BY SIK |
|---|---|---|---|---|---|---|
| Pay Group A | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Subtotal | | | | | | |
| Pay Group B | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Subtotal | | | | | | |
| Pay Group F | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Subtotal | | | | | | |
| Pay Group P | | | | | | |
| Enlisted | | | | | | |
| Mobilization Training | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Subtotal | | | | | | |
| School Training | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Subtotal | | | | | | |
| Special Training | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Subtotal | | | | | | |
| Administration and Support | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Subtotal | | | | | | |

**(Page 1 of 2)**

**DoD 7000.14-R**          Financial Management Regulation          **Volume 2A, Chapter 2**
                                                                   **\* November 2012**

RESERVE PERSONNEL, _____
SUMMARY OF BASIC ALLOWANCE FOR SUBSISTENCE (BAS) AND SUBSISTENCE-IN-KIND (SIK)
($ in Thousands)

| | FY 20PY BAS | FY 20PY SIK | FY 20CY BAS | FY 20CY SIK | FY 20BY BAS | FY 20BY SIK |
|---|---|---|---|---|---|---|
| **Other** | | | | | | |
| Branch Officers Basic Course | | | | | | |
| Health Professions Scholarship | | | | | | |
| Financial Assistance Program | | | | | | |
| Chaplain Candidate Program | | | | | | |
| Subtotal | | | | | | |
| | | | | | | |
| **Total Direct Program** | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Other | | | | | | |
| Total | | | | | | |
| | | | | | | |
| **Total Reimbursable Program** | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Other | | | | | | |
| Total | | | | | | |
| | | | | | | |
| **Grand Total Program** | | | | | | |
| Officers | | | | | | |
| Enlisted | | | | | | |
| Other | | | | | | |
| Total | | | | | | |

**Exhibit PB-30U Summary of BAS AND SIK Costs (Reserves) Continued**

(Page 2 of 2)

Exhibit PB-30W Full-Time Support Personnel (Reserves)

**RESERVE PERSONNEL, _____**
**FULL-TIME SUPPORT PERSONNEL**
**(End Strength)**

**FY _____**

| ASSIGNMENT | AGR/TAR OFFICERS | AGR/TAR ENLISTED | AGR/TAR TOTAL | MILITARY TECHNICIANS* | MILITARY | CIVILIAN | TOTAL |
|---|---|---|---|---|---|---|---|
| Individuals | | | | | | | |
| Pay/Personnel Centers | | | | | | | |
| Recruiting/Retention | | | | | | | |
| Units: | | | | | | | |
|   Units | | | | | | | |
|   RC Unique Mgmt Hqs | | | | | | | |
|   Unit Spt-Navy RC | | | | | | | |
|   Maint Act (non-unit) | | | | | | | |
|    Subtotal | | | | | | | |
| Training: | | | | | | | |
|   RC Non-unit Institutions | | | | | | | |
|   RC Schools | | | | | | | |
|    Subtotal | | | | | | | |
| Headquarters: | | | | | | | |
|   Service Hqs | | | | | | | |
|   AC Hqs | | | | | | | |
|   AC Instal/Activities | | | | | | | |
|   RC Chiefs Staff | | | | | | | |
|   Others | | | | | | | |
|    Subtotal | | | | | | | |
| Other | | | | | | | |
|   TOTAL | | | | | | | |

*Excludes military technicians assigned to USSOCOM who are associated with the Special Operations Forces.

Notes:   Exhibit should be provided for each Reserve Component justification book.  Data must be provided for prior year (PY), current year (CY), and budget
         year (BY).  Civilian end strength should <u>exclude</u> military technicians.

Exhibit PB-30X  Subactivity Detailed Justification (Reserve)


**($ in Thousands)**

**Program: * (e.g., Special Training)**                    **FY 20BY Estimate    $xxx,xxx**
                                                           **FY 20CY Estimate    $xxx,xxx**
                                                           **FY 20PY Estimate    $xxx,xxx**


**\*A separate exhibit must be prepared for each M-1 line item reflecting subactivity detail.  See section 020303 C. for more guidance.**

### Part I – Purpose and Scope

Include a description of what the funds requested are for to include any references to legislative authorities.

### Part II – Justification of Funds Required

Include an explanation to justify the requested change.  The explanation should be specific with regard to what the increases will provide for (i.e., statutory, program enhancements, solving deficiencies, etc.).

|  | FY 20PY | | | FY 20CY Est | | | FY 20BY Est | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Number | Rate | Amount | Number | Rate | Amount | Number | Rate | Amount |
| Program (e.g., Exercises) | | | | | | | | |
| Program (e.g., Operational Training) | | | | | | | | |
| Program (e.g., Competitive Events) | | | | | | | | |
| **Total** | | | | | | | | |

Note:  Average number may represent the number of workyears or average number of personnel budgeted to receive a particular type of pay.

Exhibit PB-30Y Performance Measures and Evaluation Summary (Reserves)

**RESERVE PERSONNEL, _____**
**Performance Measures and Evaluation Summary**

<u>Activity</u>:  Active Reserve/Guard Military Personnel

<u>Activity Goal</u>:  Maintain the correct Reserve/Guard Active Military Personnel to execute the National Strategy.

<u>Description of Activity</u>:  The Reserve/Guard Active Military Personnel appropriations provide resources necessary to compensate military personnel required to provide trained units and qualified personnel in the Armed Forces in time of war, or national emergency, and at such other times as the national security requires. The Reserve/Guard also fill the needs of the Armed Forces whenever more units and persons are needed than are in the Active component to achieve the planned mobilization.

**<u>PERFORMANCE MEASURES</u>:**

|  | FY 20xx Actual | FY 20xx Planned | FY 20xx Planned |
|---|---|---|---|
| **Average Strength** | xxx,xxx | xxx,xxx | xxx,xxx |
| **End Strength** | xxx,xxx | xxx,xxx | xxx,xxx |
| **Authorized End Strength** | xxx,xxx | | |

Include a narrative section after <u>each</u> measure to provide any important information concerning the data reflected, explanations for variances from targets, and a subjective assessment of the program's performance and outlook.  The narrative should also explain any differences in how the Services define these items. Include a statement referencing that this display provides the information to meet the Office of Management and Budget requirement for PART -  Program Assessment Rating Tool.

Exhibit MPR-1 IADT Program and Prior Service Enlistments

**RESERVE PERSONNEL, _____**
**INITIAL ACTIVE DUTY FOR TRAINING (IADT) PROGRAM**
**AND PRIOR SERVICE ENLISTMENTS**

**FY 20_____**

| | Nonprior Service Enlistments * | Losses Prior to IADT | Awaiting IADT "L" | "P" | Total | Enter IADT | Losses During IADT | Completed IADT | In IADT End Month | Prior Service Enlistments |
|---|---|---|---|---|---|---|---|---|---|---|
| Begin Strength | | | | | | | | | | |
| October | | | | | | | | | | |
| November | | | | | | | | | | |
| December | | | | | | | | | | |
| January | | | | | | | | | | |
| February | | | | | | | | | | |
| March | | | | | | | | | | |
| April | | | | | | | | | | |
| May | | | | | | | | | | |
| June | | | | | | | | | | |
| July | | | | | | | | | | |
| August | | | | | | | | | | |
| September | | | | | | | | | | |
| Total | | | | | | | | | | |

Average Strength _____ Average Length of IADT _____ in days   Average Number of Trainees _____

NOTE:       For ease in reading, a blank space of one or more lines should be left between each line where data is shown on a monthly basis.

* Include only initial enlistments.

(Page 1 of 2)

**Instructions for the Completion of Exhibit MPR-1**

1.    Separate exhibits should be prepared for the Prior Year (PY), Current Year (CY), and Budget Year (BY).

2.    Prior Year or Current Year Exhibits, as appropriate, should be footnoted to indicate the month through which actual data is shown.

3.    If separate exhibits are prepared for male, female, etc. for any year, an additional exhibit which summarizes and combines the data from these separate exhibits will also be prepared for that year.

4.    Accounting adjustments necessary to allow begin strength plus gains less losses to equal end strength for those months where actual data is shown should be included in the loss column(s).  The exhibit should be footnoted to indicate that such an adjustment is included in the loss column and the amount of the adjustment for that fiscal year.

5.    Monthly strength shown for personnel "awaiting IADT" in a "P" status and "in IADT End of Month ("F" status) will agree with monthly strength for Training Categories/Pay Groups "P" and "F", respectively, as shown on the PB-30I.

6.    Average number of trainees will be determined by dividing the average strength for Pay Group F by the result of the average length of IADT
in days divided by 360 days, i.e.:

$$\frac{\text{Average Strength}}{\underline{\underline{\text{Average Length of IADT in days}}}}$$
$$\text{360 days}$$

   **\*The number of personnel reflected on the Pay Group F detail calculation exhibit shall equal the average number of trainees derived by this formula.**

**Exhibit MPR-1 IADT Program and Prior Service Enlistments, (Contiued)**
(Page 2 of 2)

Exhibit MPR-2 Basic Allowance for Housing Costs Summary

**RESERVE OR NATIONAL GUARD PERSONNEL, _____**
**BASIC ALLOWANCE FOR HOUSING COSTS SUMMARY**

| | ($ in Thousands) | | | | | | |
|---|---|---|---|---|---|---|---|
| | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
| **DIRECT BASELINE PROGRAM FUNDING** | | | | | | | |
| Officers | | | | | | | |
| Enlisted | | | | | | | |
| Total | | | | | | | |
| | | | | | | | |
| **REIMBURSABLE BASELINE PROGRAM FUNDING** | | | | | | | |
| Officers | | | | | | | |
| Enlisted | | | | | | | |
| Total | | | | | | | |
| | | | | | | | |
| **TOTAL BASELINE PROGRAM FUNDING** | | | | | | | |
| Officers | | | | | | | |
| Enlisted | | | | | | | |
| Total | | | | | | | |
| | | | | | | | |
| **OCO FUNDING** | | | | | | | |
| Officers | | | | | | | |
| Enlisted | | | | | | | |
| Total | | | | | | | |
| | | | | | | | |
| **TOTAL PROGRAM FUNDING** | | | | | | | |
| Officers | | | | | | | |
| Enlisted | | | | | | | |
| Total | | | | | | | |

Exhibit MPR-3 Summary of Outyear Data

**RESERVE PERSONNEL, _____**
**SUMMARY OF OUTYEAR DATA**

|  | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|
| **End Strength** | | | | | | | |

Pay Group A Officers
Pay Group A Enlisted
 Subtotal Pay Group A          **Note:  "Do not round strength numbers".  Strength numbers should agree with request in the applicable budget submission.**

Pay Group B Officers
Pay Group B Enlisted
 Subtotal Pay Group B

Pay Group F Enlisted
Pay Group P Enlisted – Paid
Pay Group P Enlisted – Non Paid
 Subtotal Pay Group F/P

Subtotal Drill/Individual Training

**Full Time Active Duty**
 Officers
 Enlisted
 Subtotal Full-Time

**Total Selected Reserve**
 Officers
 Enlisted
 Total

**Individual Ready Reserve/Inactive National Guard**
 Officers
 Enlisted
 Total

**GRAND TOTAL**

**(Page 1 of 2)**

**RESERVE PERSONNEL, _____**
**SUMMARY OF OUTYEAR DATA**

|  | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|

**Average Strength**
Pay Group A Officers
Pay Group A Enlisted
  Subtotal Pay Group A          Note:  **"Do not round strength numbers".**  Strength numbers should agree with request in the applicable budget submission.

Pay Group B Officers
Pay Group B Enlisted
  Subtotal Pay Group B

Pay Group F Enlisted
Pay Group P Enlisted – Paid
Pay Group P Enlisted – Non Paid
  Subtotal Pay Group F/P

Subtotal Drill/Individual Training

**Full Time Active Duty**
  Officers
  Enlisted
  Subtotal Full-Time

**Total Selected Reserve**
  Officers
  Enlisted
  Total

**Individual Ready Reserve/Inactive National Guard**
  Officers
  Enlisted
  Total

**GRAND TOTAL**


**Obligations ($ in Thousands)**
  Direct
  Reimbursable
  Total

**Exhibit MPR-3 Summary of Outyear Data (Continued)**
**(Page 2 of 2)**

Exhibit MPR-4 Education Benefits (Title 10 USC, Chapter 1606 & 1607)

**RESERVE PERSONNEL, _____**
**EDUCATION BENEFITS**
**(Title 10 USC, Chapter 1606 and 1607)**
**($ in Thousands)**

|  | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|
| **MGIB-SR (CHAPTER 1606)** | | | | | | | |
| | | | | | | | |
| PER CAPITA NORMAL COST | | | | | | | |
| Enlistments (6-Year Contracts) | | | | | | | |
| Reenlistments (6-Year Contracts) | | | | | | | |
| Extensions (6-Year Contracts) | | | | | | | |
|   Total Six Year Commitments | | | | | | | |
| Per Capita Rate ($) | | | | | | | |
| Total Per Capita Amount ($000) | | | | | | | |
| | | | | | | | |
| CRITICAL SKILL OR CRITICAL UNIT BENEFIT | | | | | | | |
| Participants ($100 Kicker) | | | | | | | |
| Per Capita Rate | | | | | | | |
| Amount ($000) | | | | | | | |
| | | | | | | | |
| Participants ($200 Kicker) | | | | | | | |
| Per Capita Rate | | | | | | | |
| Amount ($000) | | | | | | | |
| | | | | | | | |
| Participants ($350 Kicker) | | | | | | | |
| Per Capita Rate | | | | | | | |
| Amount ($000) | | | | | | | |
| | | | | | | | |
| Participants (Total) | | | | | | | |
| Amount (Total) | | | | | | | |
| | | | | | | | |
| Chapter 1606 Amortization | | | | | | | |
| Amount ($000) | | | | | | | |

**(Page 1 of 2)**

**RESERVE PERSONNEL, _____**
**EDUCATION BENEFITS**
**(Title 10 USC, Chapter 1606 and 1607)**
**($ in Thousands)**

|  | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|

**RESERVE EDUCATIONAL ASSISTANCE PROGRAM (REAP) (CHAPTER. 1607)**

Participants (Mobilized 90 days)
Per Capita Rate
Amount ($000)

Participants (Mobilized 1 Year)
Per Capita Rate
Amount ($000)

Participants (Mobilized 2 Years)
Per Capita Rate
Amount ($000)

Chapter 1607 Amortization
Amount ($000)

**NOTE:** Per capita cost rates for the Basic Benefit and Critical Skill/Critical Unit Benefit and the amortization payment amount will be provided annually subsequent to approval of the DoD Education Benefits Board of Actuaries. Total program cost must match data provided in PB Exhibits.

**Exhibit MPR-4 Education Benefits (Title 10 USC, Chapter 1606 & 1607) Continued**

(Page 2 of 2)

Exhibit MPR-5 Summary of Basic Pay and Retired Pay Accrual Costs

**RESERVE PERSONNEL, _____**
**SUMMARY OF BASIC PAY AND RETIRED PAY ACCRUAL COSTS**
**($ in Thousands)**

| | FY 20PY | | | | | | FY 20CY | | | | | | FY 20BY | | | | | | FY 20BY+1 | | | | | |
| | Basic Pay | | | Retired Pay | | | Basic Pay | | | Retired Pay | | | Basic Pay | | | Retired Pay | | | Basic Pay | | | Retired Pay | | |
| | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Direct Program | | | | | | | | | | | | | | | | | | | | | | | | |
| Full-time | | | | | | | | | | | | | | | | | | | | | | | | |
| Part-time | | | | | | | | | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Reimbursable Program | | | | | | | | | | | | | | | | | | | | | | | | |
| Full-time | | | | | | | | | | | | | | | | | | | | | | | | |
| Part-time | | | | | | | | | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Program | | | | | | | | | | | | | | | | | | | | | | | | |
| Full-time | | | | | | | | | | | | | | | | | | | | | | | | |
| Part-time | | | | | | | | | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | | | | | | | | | |

| | FY 20BY+2 | | | | | | FY 20BY+3 | | | | | | FY 20BY+4 | | | | | |
| | Basic Pay | | | Retired Pay | | | Basic Pay | | | Retired Pay | | | Basic Pay | | | Retired Pay | | |
| | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total | Off | Enl | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Direct Program | | | | | | | | | | | | | | | | | | |
| Full-time | | | | | | | | | | | | | | | | | | |
| Part-time | | | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | | | |
| Total Reimbursable Program | | | | | | | | | | | | | | | | | | |
| Full-time | | | | | | | | | | | | | | | | | | |
| Part-time | | | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | | | |
| Total Program | | | | | | | | | | | | | | | | | | |
| Full-time | | | | | | | | | | | | | | | | | | |
| Part-time | | | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | | | |

Note:  Retired pay accrual amounts, as a percentage of basic pay, should agree with the Normal Cost Percentages (NCPs) provided in the budget guidance.

Exhibit MPR-6 Active Reserve/Guard (AGR) Personnel Cost

**RESERVE PERSONNEL, _____1/**
**ACTIVE RESERVE/GUARD (AGR) PERSONNEL COSTS**
**($ in Thousands)**
**OFFICERS**

| | PY Actual | | | CY Estimate | | | BY Estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | Average Strength | Rate | Amount | Average Strength | Rate | Amount | Strength | Rate | Amount |

**Basic Pay By Grade**
  0-8
  0-7
  0-6
  etc.
    Subtotal

**Retired Pay 2/**

**Special/Incentive**
  Pay  2/
  Clothing Allowances  2/
  BAS  2/
  BAH  2/
  FICA  2/
  Other (Specify by listing separately) 2/
    Subtotal
**TOTAL DIRECT  3/**

**REIMBURSABLE**

**TOTAL PROGRAM**

**ENLISTED** (Same format as for Officers)

1/  Required for Reserve and Guard personnel appropriations.
2/  Composite total.  By grade data not required except for basic pay.
3/  Total must be consistent with total Pay and Allowances included in Administration and Support section of justification book.

Exhibit MPR-7 Pay Raise Data

**RESERVE PERSONNEL, _____**

**PAY RAISE DATA**
**($ in Thousands)**

| | FY 20PY | FY 20CY | FY 20BY |
|---|---|---|---|

DIRECT AND REIMBURSABLE
  Basic Pay
  Retired Pay Accrual
  FICA
  Separation Pay
  SRB – New Payments
  Station Allowances –COLA
  PCS – Dislocation Allowance
  Health Profession Scholarship Program (HPSP) Stipend and Financial Assistance Program (FAP) Grant
    TOTAL

DIRECT
  Basic Pay
  Retired Pay Accrual          **NOTE:  This exhibit should reflect only the amounts budgeted that are affected by the pay raise.**
  FICA                              **The numbers in this exhibit will be used to develop pay raise estimates.  The total should not add to**
  Separation Pay                     **the total appropriation amount.**
  SRB – New Payments
  Station Allowances –COLA
  PCS – Dislocation Allowance
  Health Profession Scholarship Program (HPSP) Stipend and Financial Assistance Program (FAP) Grant
    TOTAL

REIMBURSABLE
  Basic Pay
  Retired Pay Accrual
  FICA
  Separation Pay
  SRB – New Payments
  Station Allowances –COLA
  PCS – Dislocation Allowance
  Health Profession Scholarship Program (HPSP) Stipend and Financial Assistance Program (FAP) Grant
    TOTAL

COUNTERDRUG (MEMO ENTRY ONLY)
  Basic Pay
  Retired Pay Accrual
  FICA
  Separation Pay
  Station Allowances –COLA
  PCS – Dislocation Allowance
    TOTAL

DoD 7000.14-R                    **Financial Management Regulation**                    Volume 2A, Chapter 2

Exhibit MPR-8 Medicare-Eligible Retiree Health Fund Contributions

**Medicare-Eligible Retiree Health Fund Contribution, (Army, Navy, …)_____**
(In Thousands of Dollars)

|  | FY 20PY Actual | | | FY 20CY Estimate | | | FY 20BY Estimate | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Number | Avg. Rate | Amount | Number | Avg. Rate | Amount | Number | Avg. Rate | Amount |
| Pay Group A | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| Pay Group B | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| Pay Group F | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| Pay Group P | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| Part-Time - Summary | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| Full-Time | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| Total | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| CIS Controls | | | | | | | | | |
| Delta from Controls | | | | | | | | | |

(Page 1 of 3)

**Medicare-Eligible Retiree Health Fund Contribution, (Army, Navy, …)_____**

(In Thousands of Dollars)

| | FY 20BY+1 Estimate | | | FY 20BY+2 Estimate | | | FY 20BY+3 Estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Avg. Rate | Amount | Number | Avg. Rate | Amount | Number | Avg. Rate | Amount |
| Pay Group A | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| Pay Group B | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| Pay Group F | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| Pay Group P | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| Part-Time - Summary | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| Full-Time | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| Total | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| Total | | | | | | | | | |
| CIS Controls | | | | | | | | | |
| Delta from Controls | | | | | | | | | |

**Exhibit MPR-8 Medicare-Eligible Retiree Health Fund Contributions (Continued)**

(Page 2 of 3)

**Medicare-Eligible Retiree Health Fund Contribution, (Army, Navy, …)_____**
(In Thousands of Dollars)

FY 20BY+4 Estimate

| | Number | Avg. Rate | Amount |
|---|---|---|---|
| Pay Group A | | | |
| Officer | | | |
| Enlisted | | | |
| Total | | | |
| Pay Group B | | | |
| Officer | | | |
| Enlisted | | | |
| Total | | | |
| Pay Group F | | | |
| Officer | | | |
| Enlisted | | | |
| Total | | | |
| Pay Group P | | | |
| Officer | | | |
| Enlisted | | | |
| Total | | | |
| Part-Time – Summary | | | |
| Officer | | | |
| Enlisted | | | |
| Total | | | |
| Full-Time | | | |
| Officer | | | |
| Enlisted | | | |
| Total | | | |
| Total | | | |
| Officer | | | |
| Enlisted | | | |
| Total | | | |
| CIS Controls | | | |
| Delta from Controls | | | |

**Exhibit MPR-8 Medicare-Eligible Retiree Health Fund Contributions (Continued)**

(Page 3 of 3)

Exhibit MPR-9 -  Selected Officer Occupation Specialties

**SNAP DATA REQUIREMENT**

| Component | Specialty | Grade | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|---|---|
| Active | Pilot | CWO | # | # | # | # | # | # | # |
| Guard | All other Aviation Pay Eligible | O-1 | # | # | # | # | # | # | # |
| Reserve | Medical Corps | O-2 | # | # | # | # | # | # | # |
| | Dental Corps | O-3 | # | # | # | # | # | # | # |
| | Nurse Corps | O-4 | # | # | # | # | # | # | # |
| | Medical Service Corps | O-5 | # | # | # | # | # | # | # |
| | Army Medical Specialist Corps | O-6 | # | # | # | # | # | # | # |
| | USAF Biomedical Service Corps | O-7/10 | # | # | # | # | # | # | # |
| | Veterinary Corps | | # | # | # | # | # | # | # |
| | Non-Medical Officers in the Medical Program | | # | # | # | # | # | # | # |
| | Judge Advocate General/Legal Officers | | # | # | # | # | # | # | # |
| | Nuclear Qualified | | # | # | # | # | # | # | # |
| | Chaplains | | # | # | # | # | # | # | # |
| | Musicians | | # | # | # | # | # | # | # |
| | Other Combat/ Combat Arms Officers | | # | # | # | # | # | # | # |
| | Other Non-Combat | | # | # | # | # | # | # | # |

**Instructions for Completing the Officer Selected Specialties**

1)   Each Component should report the end-strength associated with the selected specialties for the designated grades.

Report all officer personnel including those programmed by the Defense Health Program, joint commands, and other non-service entities

2)   Provide narrative stating the rationale for significant increases and decreases in the end-strength in listed specialty relative to overall officer end-strength.

3)   Flight Surgeons should be included in the Medical Corps category only to preclude double counting.

(Page 1 of 4)

**Selected Officer Occupation Specialties**
**SNAP DATA REQUIREMENT**

**Definitions**
Organization: The Military Departments, all components: Active, Guard, Reserve
Specialty: occupational areas of interest designated above
Grade: Report occupational specialties by rank of officer

**Business Rules**
N/A
**Subject Matter Experts:** Substance Questions regarding this data requirement should be directed to OSD CAPE at 703-697-2982.
**Technical Issues:** If you are having Difficulty with the data collection system—SNaP, contact the SNaP administrators via the email link at the web site.

> The MPR-9 data, to include outyear data, will be submitted via the Select and Native Programming Data Input System (SNaP) located at https://snap.pae.osd.mil. The most current version of this exhibit will be found at this site.

**Exhibit MPR-9-  Selected Officer Occupation Specialties (Continued)**
**(Page 2 of 4)**

**Selected Officer Occupation Specialties**
**ADDITIONAL EXHIBIT DISPLAY**

Selected Officer Occupation Specialties --Military
Air Force Reserve

|  | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|
| Guard or Reserve | | | | | | | |
| Pilot | | | | | | | |
| All other Aviation Pay Eligible | | | | | | | |
| Medical Corps | | | | | | | |
| Dental Corps | | | | | | | |
| Nurse Corps | | | | | | | |
| Medical Service Corps | | | | | | | |
| Army Medical Specialist Corps | | | | | | | |
| USAF Biomedical Service Corps | Numbers will reflect all grades summed and displayed by specialty. | | | | | | |
| Veterinary Corps | | | | | | | |
| Non-Medical Officers in the Medical Program | | | | | | | |
| Judge Advocate General/Legal Officers | | | | | | | |
| Nuclear Qualified | | | | | | | |
| Chaplains | | | | | | | |
| Musicians | | | | | | | |
| Other Combat/ Combat Arms Officers | | | | | | | |
| Other Non-Combat | | | | | | | |
|    Total Active Officers by Selected Specialty | | | | | | | |

**Exhibit MPR-9-  Selected Officer Occupation Specialties (Continued)**
**(Page 3 of 4)**

**Selected Officer Occupation Specialties**
**ADDITIONAL EXHIBIT DISPLAY**

**Instructions for creating the display**


1)  **Display the Organization**
2)  **For each component display specialty summed for grade, total for component, create grand total for organization by specialty**
Crystal Reports Sort Order: Organization, Program, Category, Activity and Detail
Data Center: Manpower and Personnel, Program/Budget
Data Source: SNaP
**Display Variations for Warehouse: No additional Requirements**
Database Requirement: One XLS of all data for all organizations as provided-- no calculations
**Business Rules:**

**Exhibit MPR-9-  Selected Officer Occupation Specialties (Continued)**
**(Page 4 of 4)**

Exhibit MPR-10- Monthly Obligation Phasing Plan

**MONTHLY OBLIGATION PHASING PLAN (FY CY)**
**Appropriation:** _____

**(Dollars in Thousands)**

| Budget Activity | Description | Budget Subactivity (Example) | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | Reserve Component Training & Support | **Pay Group A** | Month Cum. | | | | | | | | | | | | |
| | | **Pay Group B** | Month Cum. | | | | | | | | | | | | |
| | | **Pay Group F** | Month Cum. | | | | | | | | | | | | |
| | | **Mob. Training** | Month Cum. | | | | | | | | | | | | |
| | | **School Training** | Month Cum. | | | | | | | | | | | | |
| | | **Special Training** | Month Cum. | | | | | | | | | | | | |
| | | **Admin and Support** | Month Cum. | | | | | | | | | | | | |
| | | Etc. | Month Cum. | | | | | | | | | | | | |
| | | Total | | | | | | | | | | | | | |
| Total | Direct Program | | Month Cum. | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| Total | Reimbursable Program | | Month Cum. | | | | | | | | | | | | |
| Total | Gross Program | | Month Cum. | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |

Directions:

For each military personnel appropriation, provide estimated monthly **direct** obligations for the current year **by each budget subactivity**.

Include lines for both incremental monthly obligations and cumulative (Cum.) obligations year-to-date for each budget subactivity.

Include a monthly phasing of reimbursable obligations and a total gross program at the bottom of the phasing.

Budget activity totals must match the current year (CY) amounts reflected in the Comptroller Information System (CIS).

**(Page 1 of 1)**

Exhibit MPR-11 – Recruiting and Retention Data

RESERVE PERSONNEL, _____
SUMMARY OF RECRUITING AND RETENTION DATA

**Recruiting and Retention Goals:**

|  | FY 20PY | FY 20CY | FY20BY | FY20BY+1 | FY20BY+2 | FY20BY+3 | FY20BY+4 |
|---|---|---|---|---|---|---|---|
| Number of Recruiters |  |  |  |  |  |  |  |
|     Part-Time |  |  |  |  |  |  |  |
|     Full-Time |  |  |  |  |  |  |  |
| Number of Accessions |  |  |  |  |  |  |  |
|     Officer |  |  |  |  |  |  |  |
|         Non-Prior Service |  |  |  |  |  |  |  |
|         Prior Service |  |  |  |  |  |  |  |
|     Enlisted |  |  |  |  |  |  |  |
|         Non-Prior Service |  |  |  |  |  |  |  |
|         Prior Service |  |  |  |  |  |  |  |
| Number of Reenlistments |  |  |  |  |  |  |  |
| Attrition Rate |  |  |  |  |  |  |  |

**Recruiting and Retention Funding:**
**(Dollars in Thousands)**

| Main Category | Appropriation | Officer/ Enlisted | Entitlement | Entitlement Sub-Category | New, Anniversary or Lump Sum Payment | FY 20PY through FY20BY+4 | |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Number | Amount |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |

(Page 1 of 2)

(1)    Main Category:  This should list either Recruiting or Retention.

(2)    Appropriation:  RPA, RPN, RPMC, RPAF, NGPA, or NGPAF

(3)    Officer/Enlisted:  This should list the applicable personnel receiving the recruiting/retention funding – Officer or Enlisted

(4)    Entitlement:  The following is a list of recruiting and retention programs previously reported to OUSD(C) Military Personnel and Construction Directorate (MPC).  Please use this list and include any additional programs not identified that should be captured under recruiting and retention.   These additional items should be highlighted to the OSD analyst for future inclusion.

| | |
|---|---|
| Accession Bonus | Loan Repayment Program |
| Affiliation Bonus | Medical Recruiting Bonus |
| AFHPSP Critical Skills Accession Bonus (CSAB) | Medical Stipend/Recruiting Bonus Test |
| College First | Montgomery GI Bill Selected Reserve (MGIB-SR) (Chapter 1606) |
| College Fund | MOS Conversion Bonus |
| Critical Skill Retention Bonus (CSRB) | Nurse Candidate Program (Bonus & Stipend) |
| Critically Short Wartime Health Specialist | Nurse Candidate Program Accession Bonus |
| Reserve Educational Assistance Program (REAP) (Chapter 1607) | Officer Deferment Bonus |
| Enlistment Bonus (EB) | Prior Service Bonus (new payments) |
| Health Professional (HP) Cash Bonus | Prior Service Bonus (anniversary payments) |
| Health Professional (HP) Loan Repayment Program | Recruitment Referral Bonus |
| Health Professional Medical Officer Recruiting Program (HPMORP) | Specialized Training Assistance Program |
| Health Professional (HP) Stipend Bonus | Selective Reenlistment Bonus (SRB) |
| IRR Bonus | Tuition Assistance |

(5)    Entitlement Sub-Categories:  The following is a list of examples of further breakout of specific entitlements previously reported to OUSD(C) Military Personnel and Construction Directorate (MPC).  Please use this list and include any additional breakouts not identified that should be captured under each entitlement.

| Critical Skills Accession Bonus | Enlistment Bonus | Selective Reenlistment Bonus (SRB) | Chapter 1606/1607 |
|---|---|---|---|
| AGR | Non-Prior Service | 3 yr and 6 yr | Basic Benefit |
| Physicians | Non-Prior Service (FTS) | AGR | Kickers |
| FTS NSW | Non-Prior Service (SELRES) | FTS | Amortization |
| FTS SWO – Junior | Prior Service | SELRES | |
| FTS SWO – LCDR | | SELRES – Prior Service | |
| FTS SWO – Senior | | | |
| Nurses | | | |

**Additional Instructions:  This exhibit is to be included in the backup justification book.  Additionally, OSD(C) will provide each Component with their specific MPR-11 spreadsheet and each Component must submit it electronically to OUSD(C) Military Personnel and Construction Directorate.**

                            **Exhibit MPR-11 – Recruiting and Retention Data (Continued)**
                                                                    (Page 2 of 2)

Exhibit MPR-12 – Reimbursable Program (Reimbursing Customers)

**RESERVE PERSONNEL, _____**
**Reimbursable Program (Reimbursing Customers)**
**($ in Thousands)**

| Category | Customer | Mission Description [1] | Reimbursing Account [2] | FY 20PY Mandays | Rate | Amt | FY 20CY Mandays | Rate | Amt | FY 20BY Mandays | Rate | Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Examples** | | | | | | | | | | | | |
| Special Training | FEMA | Disaster Support | FEMA | | | | | | | | | |
| Special Training | DIA | Intelligence Related | O&M, Defense-Wide | | | | | | | | | |
| **Total [3]** | | | | | | | | | | | | |

[1] Mission Description must be unclassified.  For intelligence related activities, the mission description should simply state "Intelligence Related".

[2] Only specify account if within DoD, otherwise specify reimbursing organization.

[3] Total must match CIS controls and Justification Book amounts for reimbursable authority.

\*0207   OVERSEAS CONTINGENCY OPERATIONS (OCO) MILITARY PERSONNEL APPROPRIATION SUBMISSION FORMATS

020701.    Purpose

A.    The formats provided on the following pages reflect required exhibits for the Overseas Contingency Operations (OCO) justification book.  Unless modified in a submission budget call, these formats should be adhered to.  Justification material for the OCO Request is to be submitted under separate cover.

B.    In addition to deployed strength, estimates should include required levels of Reserve Component personnel who are called to active duty in support of approved contingency operations, but not deployed OCONUS.  This includes not only those preparing for deployment (e.g., training) but personnel in a leave status upon return.

C.    Operational changes driving force level changes from the current year budgeted OCO level to the budget year OCO estimate must be fully explained and consistent with the approved troop strength planning assumptions (provided in separate guidance).

D.    Each Service is required to provide a single justification book, with sections for the Active, Reserve, and National Guard appropriations.  The M-1 exhibits and overview explanations must include all Components (i.e., Active, Reserve, and National Guard).

E.    Microsoft Excel tables reflecting all of the tables in the submission must be provided for OSD analysts review.  The justification books must include the following:

1.    Table of Contents

2.    Overview

3.    M-1 Detail

4.    Detailed exhibits by the following major categories in the order of the M-1 line items.

a.    Reserve and Guard Mobilization

b.    Active Deployment Costs

c.    Overstrength Costs

d.    Subsistence-in-Kind

e.    Permanent Change of Station (PCS)

f.    Casualty and Disability Benefits

g.    Additional Mobilization/Deployment Costs

h.    Pre and Post Mobilization Training

5.    The justification material for the OCO estimate must be presented at the M-1 line item level and further broken down by major category such as mobilization, active deployment, and overstrength.  Generally, the exhibits will mirror the regular justification book submission for the Active Components.  One exception is that by-grade-level detail will not be required.

6.    Costs for mobilization, Active deployment, and overstrength must be separately identified on each exhibit as applicable (e.g., basic pay, retired pay accrual, basic allowance for housing, etc.).  All Active special pays will be categorized as active deployment costs in the summary tables.

7.    For the Reserve Components, the level of detail is also at the M-1 level.  For all budget line items, Part II, Justification of Funds Required, must describe specific details of the OCO requirements and should not be general in nature.

8.    Each OCO exhibit will reflect prior year, current year, and budget year.  The prior year amount should match projected obligations that will be reported on the Cost of War report for the Program/Budget submission (BES) and actual obligations on the Cost of War report for the President's Budget submission.  The current year column will reflect total projected obligations in support of approved contingency operations.  The budget year column will reflect the total requested amount for approved contingency operations.  The budget year request must display total requirements for approved contingency operations consistent with the Program Resources Collection Process (PRCP) system.

020702.    Exhibits in support of Military Personnel OCO Request.

The following exhibit formats are provided for the combined Active Military Personnel and Reserve Component Personnel Appropriations justification book.

Exhibit OCO-1 (Page 1 of 4)............................................................................................ 164

Exhibit OCO-2 (Page 1 of 2)............................................................................................ 168

Exhibit OCO-3 (Page 1 of 1)............................................................................................ 170

Exhibit OCO-1

# MILITARY PERSONNEL OVERVIEW

**Introduction**

Provide explanation of why this request is necessary.

The FY 20BY request includes $x,xxx million for the (Service) military personnel costs as shown in the following table:

**Summary by Appropriation ($ in Thousands)**

| | FY 20PY Actuals | FY 20CY..............FY 20BY Estimate................Request |
|---|---|---|
| Military Personnel, xxxx | | |
| Reserve Personnel, xxxx | | |
| National Guard Personnel, xxxx | | |
| **Total** | | |

**Average Strength**

| | FY 20PY Actuals | FY 20CY..............FY 20BY Estimate................Request |
|---|---|---|
| Active Deployment by IDP Payment | | |
| Reserve Component Deployment by IDP Payment | | |
| **Total Imminent Danger Pay** | | |
| | | |
| Reserve Mobilization | | |
| National Guard Mobilization | | |
| **Total Reserve Component Mobilization** | | |
| | | |
| Active Overstrength | | |

**(Page 1 of 4)**

**FY 20PY Summary by Appropriation by Category ($ in Thousands)**

|  | Active | Reserve.........................Guard | Total |
|---|---|---|---|

**FY 20PY Actuals**
Reserve & Guard Mobilization
AC Deployment Costs
Additional Mobilization/Deployment Costs *
Active Component Overstrength
Subsistence-in-Kind (SIK)
Permanent Change of Station
Casualty and Disability
Pre and Post Mobilization Training
  **Subtotal**
Stop Loss Special Pay (Note: this is a 2009/XXXX year account)
  **Total Military Personnel**

* Includes Unemployment Compensation, Reserve Income Replacement Program (RIRP) and Interest on Uniformed Services Savings Deposits.

**FY 20CY Summary by Appropriation by Category ($ in Thousands)**

|  | Active | Reserve.........................Guard | Total |
|---|---|---|---|

**FY 20CY Estimate**
Reserve & Guard Mobilization
AC Deployment Costs
Additional Mobilization/Deployment Costs *
Active Component Overstrength
Subsistence-in-Kind (SIK)
Permanent Change of Station
Casualty and Disability
Pre and Post Mobilization Training
  **Subtotal**
Stop Loss Special Pay (Note: this is a 2009/XXXX year account)
  **Total Military Personnel**

* Includes Unemployment Compensation, Reserve Income Replacement Program (RIRP) and Interest on Uniformed Services Savings Deposits.

**Exhibit OCO-1 (Page 2 of 4)**

**FY 20BY Summary by Appropriation by Category ($ in Thousands)**

|  | Active | Reserve.........................Guard | Total |
|---|---|---|---|

**FY 20BY Request**
Reserve & Guard Mobilization
AC Deployment Costs
Additional Mobilization/Deployment Costs *
Active Component Overstrength
Subsistence-in-Kind (SIK)
Permanent Change of Station
Casualty and Disability
Pre and Post Mobilization Training
  **Subtotal**
Stop Loss Special Pay (Note: this is a 2009/XXXX year account)
  **Total Military Personnel**

\* Includes Unemployment Compensation, Reserve Income Replacement Program (RIRP) and Interest on Uniformed Services Savings Deposits.

**Exhibit OCO-1 (Page 3 of 4)**

**FY 20BY Request Summary**
The FY BY military personnel request of $x,xxx million is comprised of the following major costs:

**Reserve & Guard Mobilization ($x,xxx million)**
Provide explanation of why this request is necessary.

**AC Deployment Costs ($x,xxx million)**
Provide explanation of why this request is necessary.

**Other Mobilization and Deployment Costs ($x,xxx million)**
Provide explanation of why this request is necessary.

**Active Component Overstrength ($x,xxx million)**
Provide explanation of why this request is necessary.

**Subsistence-in-Kind (SIK) ($x,xxx million)**
Provide explanation of why this request is necessary.

**Permanent Change of Station ($x,xxx million)**
Provide explanation of why this request is necessary.

**Casualty and Disability($x,xxx million)**
Provide explanation of why this request is necessary.

**Pre and Post Mobilization Training($x,xxx million)**
Provide explanation of why this request is necessary.

**Exhibit OCO-1 (Page 4 of 4)**

Exhibit OCO-2

# M-1 Exhibit

**MILITARY PERSONNEL, XXXX**

**BUDGET ACTIVITY 1: PAY AND ALLOWANCES OF OFFICERS**
BASIC PAY
RETIRED PAY ACCRUAL
BASIC ALLOWANCE FOR HOUSING
BASIC ALLOWANCE FOR SUBSISTENCE
INCENTIVE PAYS
SPECIAL PAYS
ALLOWANCES
SEPARATION PAY
SOCIAL SECURITY TAX

**TOTAL BUDGET ACTIVITY 1**


**BUDGET ACTIVITY 2: PAY AND ALLOWANCES OF ENLISTED**
BASIC PAY
RETIRED PAY ACCRUAL
BASIC ALLOWANCE FOR HOUSING
BASIC ALLOWANCE FOR SUBSISTENCE
INCENTIVE PAYS
SPECIAL PAYS
ALLOWANCES
SEPARATION PAY
SOCIAL SECURITY TAX

**TOTAL BUDGET ACTIVITY 2**


**BUDGET ACTIVITY 4: SUBSISTENCE OF ENLISTED PERSONNEL**
BASIC ALLOWANCE FOR SUBSISTENCE
SUBSISTENCE-IN-KIND
**TOTAL BUDGET ACTIVITY 4**


**BUDGET ACTIVITY 5: PERMANENT CHANGE OF STATION TRAVEL**
ACCESSION TRAVEL
OPERATIONAL TRAVEL
SEPARATION TRAVEL
**TOTAL BUDGET ACTIVITY 5**

**(Page 1 of 2)**

**Financial Management Regulation**
**\* November 2012**

**BUDGET ACTIVITY 6: OTHER MILITARY PERSONNEL COSTS**
RESERVE INCOME REPLACEMENT PROGRAM
UNEMPLOYMENT COMPENSATION
DEATH GRATUITIES
SGLI EXTRA HAZARD PAYMENTS
TRAUMATIC SGLI
STOP-LOSS RETROACTIVE PAY
**TOTAL BUDGET ACTIVITY 6**

**TOTAL MILITARY PERSONNEL, XXXX**


**RESERVE PERSONNEL, XXXX**

**BUDGET ACTIVITY 1: RESERVE COMPONENT TRAINING AND SUPPORT**
PAY GROUP A TRAINING
SCHOOL TRAINING
SPECIAL TRAINING

**TOTAL BUDGET ACTIVITY 1**

**TOTAL RESERVE PERSONNEL, XXXX**


**NATIONAL GUARD PERSONNEL, XXXX**

**BUDGET ACTIVITY 1: RESERVE COMPONENT TRAINING AND SUPPORT**
PAY GROUP A TRAINING
SCHOOL TRAINING
SPECIAL TRAINING

**TOTAL BUDGET ACTIVITY 1**

**TOTAL NATIONAL GUARD PERSONNEL, XXXX**


**GRAND TOTAL XXXX MILITARY PERSONNEL**


**Exhibit OCO-2 (Page 2 of 2)**

Exhibit OCO-3

**Appropriation:**                                                                              **FY 20BY**
**Budget Activity x:  Title (e.g. Budget Activity 1:  Pay and Allowance of Officers)          ($ in Thousands)**
**Budget Line Item: * (e.g., Basic Pay)                                                        $xxx,xxx**


**\*A separate exhibit must be prepared for each M-1 line item.  See M-1 exhibit  (Exhibit OCO-2)**


**Part I – Purpose and Scope**

Include a description of what the funds requested are for to include any references to legislative authorities.


**Part II – Justification of Funds Required**

Include an explanation to justify the requested change.  The explanation should be specific with regard to what the increases will provide for (i.e., statutory, program enhancements, solving deficiencies, etc.).

| | FY 20PY Actual | | | FY 20CY Estimate | | | FY 20BY Estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Rate | Amount | Number | Rate | Amount | Number | Rate | Amount |
| M-1 line (e.g., Basic Pay) | | | | | | | | | |
| Guard/Reserve Mobilization | | | | | | | | | |
| Active Component Overstrength | | | | | | | | | |
| **Total** | | | | | | | | | |

Note:  Average number may represent the number of workyears or average number of personnel budgeted to receive a particular type of pay.


**(Page 1 of 1)**

**VOLUME 2A, CHAPTER 3: "OPERATION AND MAINTENANCE APPROPRIATIONS**

**SUMMARY OF MAJOR CHANGES**

All changes are denoted by blue font.

Substantive revisions are denoted by an * symbol preceding the section, paragraph, table, or figure that includes the revision.

Unless otherwise noted, chapters referenced are contained in this volume.

Hyperlinks are denoted by ***bold, italic, blue, and underlined font***.

The previous version dated June 2007 is archived.

| PARAGRAPH | EXPLANATION OF CHANGE/REVISION | PURPOSE |
|-----------|-------------------------------|---------|
| Overall | Formatting and room location changes. | Refresh |
| *030303 | Added Volume III to the Justification Books for the Overseas Contingency Operations request for O-1, OP- 5, and OP-32 | Update |
| *030303 | Removed PB-22 from the Volume II – Data Book | Update |
| *030303 | Added PBA-27 Psychological Operations | Update |
| *030303 | Added PBA 28 Body Armor and Other Protective Gear | Update |
| 030403 | Updated OP-32 Exhibit Instructions and added Crosswalk of OP-32 Line Items to CIS Object Classes | Update |

## Table of Contents

VOLUME 2A, CHAPTER 3: "OPERATION AND MAINTENANCE APPROPRIATIONS ................... 1

0301      GENERAL ........................................................................................................ 6

    030101.    Purpose ............................................................................................ 6
    030102.    Submission Requirements ................................................................ 6
    030103.    Preparation of Material .................................................................... 7
    030104.    References ......................................................................................... 7

0302      PROGRAM AND BUDGET REVIEW SUBMISSION ................................ 7

    030201.    Operations Accounts ....................................................................... 7
    030202.    U.S. Court of Military Appeals for the Armed Forces ..................... 11
    030203.    Civil Functions-Operation and Maintenance ................................. 11

0303      CONGRESSIONAL JUSTIFICATION/PRESENTATION ...................... 14

    030301.    Purpose .......................................................................................... 14
    030302.    Submission Requirements .............................................................. 14
    \*030303.   Organization of Justification Books .............................................. 14

0304      OPERATION    AND    MAINTENANCE    APPROPRIATION    SUBMISSION
FORMATS ...................................................................................................................... 19

    030401.    Purpose .......................................................................................... 19
    030402.    Exhibits in Support of Section 0302 - Program and Budget Review Submission
    19
    030403    Additional    Exhibits    in    Support    of    Section    0303    –    Congressional
Justification/Presentation ............................................................................................. 21

Exhibit O-1 O&M Funding by Budget Activity/Activity Group/Subactivity Group ................ 22

Exhibit OP-5 Instructions ...................................................................................................... 23

Exhibit OP-5 Detail by Subactivity Group .............................................................................. 25

Exhibit OP-5 Flying Hours (Attachment 1) ............................................................................. 34

Exhibit OP-5 Ship Operations (Attachment 2) ....................................................................... 37

Exhibit OP-5 Land Forces – Army Ground & Air OPTEMPO (Attachment 3) ....................... 39

Exhibit OP-5 Facilities Sustainment and Restoration/Modernization (Attachment 4) ............ 43

Exhibit OP-5 Depot Maintenance (Attachment 5) ................................................................. 44

Exhibit OP-5 Defense Health Program (Attachment 6) .......................................................... 46

## Table of Contents (Continued)

Exhibit OP-5 CE2T2 Program (Attachment 7) .......................................................... 49

Exhibit OP-5 Base Support Program (Attachment 8) ............................................... 50

Exhibit OP-5 Transportation Program (Attachment 9) ............................................ 53

Exhibit OP-5 Training (Attachment 10) ................................................................... 55

Exhibit OP-5 Navy Shipyards (Attachment 11) ...................................................... 56

Exhibit OP-5 Overseas Contingency Operations (Attachment 12) ......................... 66

Exhibit OP-8 Part 1, Civilian Personnel Costs ........................................................ 71

Exhibit OP-9 Analysis of Changes in FTE Costs .................................................... 77

Exhibit OP-14 Part A: Service Academy Attrition by Class ................................... 82

Exhibit OP-14 Part B: Training Manpower .............................................................. 83

Exhibit OP-14 Part C: Undergraduate Flight Training Requirements ..................... 84

Exhibit OP-14 Part D: ROTC Program Data ........................................................... 88

Exhibit OP-14 Part E: Junior ROTC Data ............................................................... 92

Exhibit OP-14 Part F: Off Duty and Voluntary Education ...................................... 93

Exhibit OP-14 Attachment 1: Individual Training Program Elements .................... 95

Exhibit OP-14 Attachment 2: DoD Institutions ....................................................... 96

Exhibit OP-15 DoD Dependents Education Cost Summary ..................................... 98

Exhibit OP-15A DoD Dependents Education:  Schools and Enrollment Data ....... 105

Exhibit OP-15B DoD Dependents Education:  Pupil/Teacher Ratio ..................... 108

Exhibit OP-16 DoD Defense Agencies Section 6 Schools ..................................... 109

Exhibit OP-20 Flying Hours Program .................................................................... 114

Exhibit OP-24 Emergency and Extraordinary Expense Limitation ....................... 117

Exhibit OP-25 Ground Vehicle Operations ........................................................... 121

Exhibit OP-26A POL Consumption and Costs (Flying Hours) ............................. 124

## Table of Contents (Continued)

Exhibit OP-26B POL Consumption and Costs (Unit Cost) ..................................................... 125

Exhibit OP-26C Sources of Purchases for POL Consumption................................................. 126

Exhibit OP-30 Depot Maintenance Program.......................................................................... 127

Exhibit OP-30S Ship Depot Maintenance Program ............................................................... 130

Exhibit OP-31 Spares and Repair Parts ................................................................................. 132

Exhibit OP-32 Summary of Price and Program Change ......................................................... 133

CROSSWALK OF OP32 LINE ITEMS/CIS OBJECT CLASS............................................. 146

Exhibit OP-34 Fund Support for Selected Quality of Life Activities ..................................... 152

Exhibit OP-34(MWR) Appropriated Fund Support for Morale, Welfare and Recreation
(MWR) Activities ................................................................................................................. 158

Exhibit OP-40 Ship Fuel and Operating Tempo Data ........................................................... 165

Exhibit OP-41 Ship Operations Program ............................................................................... 166

Exhibit OP-50 Units by Program Element ............................................................................. 169

Exhibit OP-58 Analysis of Aircraft POL ............................................................................... 170

Exhibit OP-73 Repair Parts, Army Reserve Components ....................................................... 172

Exhibit OP-78 Force Structure Data....................................................................................... 174

Exhibit OP-80 Aircraft Repair/Modification and Engine Overhaul....................................... 175

Exhibit OP-81 O&M Monthly Obligation Phasing Plan........................................................ 177

Exhibit PBA-2 Air Operations ............................................................................................... 179

Exhibit PBA-3 Ship Operations ............................................................................................. 182

Exhibit PBA-4 Land Forces ................................................................................................... 186

Exhibit PBA-5 Depot Maintenance ....................................................................................... 189

Exhibit PBA-7 Facilities Sustainment and Restoration/Modernization and Demolition
Programs ............................................................................................................................... 191

Exhibit PBA-8 Training and Education................................................................................... 196

* **December 2010**

### Table of Contents (Continued)

Exhibit PBA-9 Defense Health Program ................................................................................. 200

Exhibit PBA-10 Base Operations Support ............................................................................. 204

Exhibit PBA-11 Reserve Forces ............................................................................................. 207

Exhibit PBA-12 Command, Control, and Communications .................................................. 210

Exhibit PBA-13 Transportation .............................................................................................. 212

Exhibit PBA-17 Recruiting, Advertising, and Examining .................................................... 214

Exhibit PBA-19 Appropriation Highlights ............................................................................ 216

Exhibit PBA-20A Civilian Manpower Tables ....................................................................... 217

Exhibit PBA-22 Mobilization ................................................................................................ 220

Exhibit PBA-26 Special Operations Forces .......................................................................... 225

Exhibit PBA-27 Psychological Operations ............................................................................ 228

Exhibit PBA-28 Body Armor and Other Personal Protective Gear ...................................... 232

Exhibit PB-20 Aircraft Inventory .......................................................................................... 233

Exhibit PB-31D Summary Increases/Decreases .................................................................... 235

Exhibit PB-31Q Manpower Changes in Full-Time Equivalent ............................................ 237

Exhibit PB-31R Personnel Summary ..................................................................................... 238

Exhibit PB-58 COCOM Direct Funding ............................................................................... 240

# CHAPTER 3

## OPERATION AND MAINTENANCE APPROPRIATIONS

0301    GENERAL

030101.        Purpose

A.        This Chapter covers the budget formulation and congressional justification requirements for operation and maintenance appropriations for the baseline and overseas contingency operations (OCO) requirements.  Volume 12 chapter 23 section 2309 provides the guidelines for determining war/overseas contingency operations costs

B.        The following appropriations and accounts are covered:

Paragraph

030201.

    Operation and Maintenance, Army
    Operation and Maintenance, Army Reserve
    Operation and Maintenance, Army National Guard
    Operation and Maintenance, Navy
    Operation and Maintenance, Navy Reserve
    Operation and Maintenance, Marine Corps
    Operation and Maintenance, Marine Corps Reserve
    Operation and Maintenance, Air Force
    Operation and Maintenance, Air Force Reserve
    Operation and Maintenance, Air National Guard
    Operation and Maintenance, Defense-Wide
    Office of the Inspector General
    Defense Health Program
    Former Soviet Union Threat Reduction
    Overseas Contingency Operations Transfer Fund
    Overseas Humanitarian, Disaster Assistance, and Civic Aid
    Support of International Sporting Competition, Defense

030202.        United States Court of Military Appeals for the Armed Forces

030102.        Submission Requirements

A.        General guidance with regard to submission requirements is presented in Chapter 1.  Chapter 3 covers specific back-up material requirements for the above accounts.  The Components should also consult all of the other chapters for exhibit requirements for the above appropriations/accounts that are not specifically addressed in this chapter including Chapter 19 - Other Special Analyses.  (See Volume 2A, Chapter 1, and Volume 2B, Chapter 19)

B.     For designated exhibits, the Department will collect both POM and budget data through the SNaP (Select & Native Programming Data Input System) process.  In addition, the Military Departments and applicable Defense Agencies shall develop and submit to the Comptroller separate narrative justification material (including any program increases and decreases) for their respective programs as part of their Program and Budget Review Submission.

030103.          Preparation of Material

General guidance with regard to format and preparation of material is presented in Chapter 1.  Chapters 8 (Facilities Sustainment and Restoration/Modernization), 12 (Defense Health Program), and 19 provide additional specific guidance with regard to the back-up material required in this section of the manual.  (See Volume 2A, Chapter 1 and Volume 2B, Chapters 8, 12 and 19)

030104.          References

Paragraph 010212 provides policies and definitions concerning costs that are to be financed by the O&M appropriations as opposed to other appropriations in the Research, Development, Test and Evaluation (RDT&E) area.  Paragraph 010201 provides policies and definitions regarding the application of expense and investment criteria for budgetary purposes.

0302   PROGRAM AND BUDGET REVIEW SUBMISSION

030201.          Operations Accounts

A.     <u>Purpose</u>.   This Section prescribes justification materials required to support the budget estimates for the following operations accounts:

Operation and Maintenance, Army; Army Reserve; and Army National Guard
Operation and Maintenance, Navy and Navy Reserve
Operation and Maintenance, Marine Corps and Marine Corps Reserve
Operation and Maintenance, Air Force; Air Force Reserve; and Air National Guard

Operation and Maintenance, Defense-Wide
Office of the Inspector General
Defense Health Program
Former Soviet Union Threat Reduction
Support for International Sporting Competitions, Defense
U.S. Court of Appeals for the Armed Forces
Overseas Contingency Operations Transfer Fund
Overseas Humanitarian, Disaster Assistance, and Civic Aid

B.     <u>Submission Requirements</u>.   All Operation and Maintenance appropriations are required to submit the back-up exhibits listed in the following table, if appropriate.  An exception is that the OP 50 and OP 78 exhibits will be submitted on an as needed basis. Examples of these exhibits, along with instructions for their preparation, are provided in Section 0304.  The Components should also consult all of the other chapters for exhibit requirements which are not specifically addressed in this chapter including Chapter 19 - Other Special Analyses.  (See section 0304, below and Chapter 19)

OPERATIONS ACCOUNTS EXHIBITS

| Exhibit Number | Exhibit Title | Components Required to Submit * |
|---|---|---|
| *O-1 | O&M Funding by Budget Activity/Activity Group/Subactivity Group | All including DW, baseline and OCO |
| OP-5 | Detail by Subactivity Group | All |
| OP-5 | Attachment 1  Flying Hours | All |
| OP-5 | Attachment 2  Ship Operations | All |
| OP-5 | Attachment 3  Land Forces | All |
| OP-5 | Attachment 4  Facilities Sustainment and Restoration/ Modernization (Chapter 8) | All |
| OP-5 | Attachment 5  Depot Maintenance | All |
| OP-5 | Attachment 6  Defense Health Program | All |
| OP-5 | Attachment 7  JCS Exercise Program | All |
| OP-5 | Attachment 8  Base Operation Support | All |
| OP-5 | Attachment 9  Transportation Costs | All |
| OP-5 | Attachment 10  Training | All |
| OP-5 | Attachment 11 Navy Shipyards | Navy |
| *OP-5 | Attachment 12 Overseas Contingency Operations | All |
| OP-8 | Civilian Personnel Costs | All** |
| OP-8 | Reimbursable Civilian Personnel Costs, Part 2 | All** |
| OP-9 | Analysis of Changes in Full-Time Equivalent (FTE) Costs | All** |
| OP-14 | Individual Training Data (Parts A – F, Attachments 1 & 2) | All |
| OP-15,A,B | Department of Defense Overseas Dependents' Schools | OUSD(P&R) |
| OP-16 | Department of Defense Section 6 Schools | OUSD(P&R) |
| OP-20 | Analysis of Flying Hour Program | All |
| OP-24 | Emergency and Extraordinary Expense Limitation | All |
| OP-25 | Ground Vehicles Operation | Army/Navy |
| OP-26 | POL Consumption and Costs | All** |
| OP-30 | Depot Maintenance Program | All |
| OP-30S | Ship Depot Maintenance Program | Navy |
| OP-31 | Spares and Repair Parts | All |
| *OP-32 | Summary of Price and Program Changes, baseline and OCO | All |
| OP-34 | Appropriated Fund Support for Morale, Welfare, & Recreation (MWR) Activities | All |
| OP-40 | Ship Fuel and Operating Tempo Data | Navy |
| OP-41 | Ship Operating Cost Data | Navy |
| OP-50 | Operation and Maintenance, Air Force – Units by Program Element | Air Force |
| OP-53 | Overseas Cost Report for the OSD Program/Budget Estimates Submission | All*** |
| OP-58 | Operation and Maintenance, Air Force – Analysis of Air Force POL | Air Force |
| OP-73 | Repair Parts | Army Reserve/Guard |
| OP-78 | Force Structure Data | Air Force |
| OP-80 | Aircraft Repair/Modification and Engine Overhaul | Air Force |
| OP-81 | O&M Monthly Obligation Phasing Plan | All |
| PB-20 | Aircraft Inventory | All |
| PB-31D | Summary of Increases and Decreases | All |
| PB-31R | Personnel Summary | All |
| PB-58 | Combatant Command Direct Funding | All**** |
| PBA-7 | Facilities Sustainment and Restoration/Modernization and *Demolition Programs* | All |

**\* December 2010**

\*    In instances where a specific component is designated as required to submit, this includes the Reserve Components of that Service.  (e.g. The OP-80 should be submitted by Active Air Force, Air Force Reserve and Air National Guard.)

\*\*   Also required to be submitted by applicable RDT&E, Military Construction, Family Housing, Defense Working Capital Fund, etc., accounts.

\*\*\* Refer to Volume 2B, Chapter 15.

\*\*\*\*COCOM should only submit if unable to provide OP-5.

Note: Additional budget exhibit requirements can be found in other chapters to include Chapters 8 and 19.  (See Volume 2B, Chapters 8 and 19)

        C.    <u>Preparation of Material</u>.  The following instructions pertain to the back-up material required by this Section.

        1.    The information will cover the prior year (PY), current year (CY), and budget year (BY), unless otherwise indicated.

        2.    Operation and Maintenance data will be submitted in terms of obligations.

        3.    Additional data may be provided by expanding the prescribed formats and exhibits, or by cross-referencing to additional exhibits, where prescribed material is considered inadequate to justify requested programs or estimates.  No prescribed material may be omitted unless inapplicable or unless the omission is specifically approved by the OUSD (Comptroller) P/B.  The inapplicable stubs and column headings may be omitted but will not be redesignated when completing standard exhibits.

        4.    The purpose of the back-up exhibits is to describe the program and justify the estimates.  If the data collection systems or management systems utilized provide for cost accounts or program units or workload indicators different from those specified in this section, Components should request OUSD (Comptroller) P/B to change the provisions of this regulation.

        5.    The use of annex exhibits to reduce bulk is encouraged providing the required material is fully covered and presented in a logical manner.  Machine printouts of required data will be accepted but should be designed to minimize bulk.  Narrative data related to machine printouts should be assembled with the most appropriate page of the printout in a consistent manner.

        D.    <u>OMB Circular No. A-11</u>

        The Components must submit any additional exhibits required by OMB Circular No. A-11.  Consult OMB Circular No. A-11 for instructions pertaining to the completion of the required exhibits.

        E.    <u>Facilities Sustainment and Restoration/Modernization (FSRM) and Demolition</u>

        Each Component must ensure that the OP-5, Attachment 4 (Facilities Sustainment and Restoration/Modernization (SRM), and Demolition) and PBA-7 FSRM and

Demolition in section 030402 of this chapter are submitted to the Military Personnel and Construction Directorate (Room 3C654) on the same date as all other submissions required under this chapter. (See Volume 2B, Chapter 8) Each Defense Agency is required to complete these exhibits. Data used to develop estimates should be consistent with data identified in the automated OP-32 for the Facilities Sustainment, Restoration & Modernization subactivity and data contained in the Facilities Data Quality Assurance.

F.      Copies of back-up material in support of budget estimates will be submitted as identified in Section 010302. Two additional copies of the OP-5 exhibits for Security Programs will be delivered to Director for Military Personnel and Construction, OUSD (COMPTROLLER) P/B, Room 3C654, Pentagon, on the same date as all other submissions required under this Chapter.

G.      <u>Automated Submissions</u>

1.      Automated submissions are required for the following exhibits for both the OSD/OMB Budget Estimate Submission and the President's budget request:

O-1   O&M   Funding   by   Budget   Activity/Activity Group/Subactivity Group (PRCP)
OP-8  Civilian Personnel Costs (PRCP)
OP-20 Flying Hours Program (SNaP)
OP-30 Depot Maintenance Program (SNaP)
OP-32 Price and Program Growth by Subactivity Group (PRCP)
OP-41 Ship Operating Cost Data (SNaP)
PB-20 Aircraft Inventory (Excel Spreadsheet)

Additional guidance on the automated submission requirements is provided in Chapter 1, sections 010502 and 0109 and in this chapter, section 0304.

2.      In addition to the appropriations and accounts listed in paragraph 030201, an OP-32, Price and Program Growth Exhibit for BOTH the OSD/OMB submission and the President's budget request will be submitted for the following appropriations and accounts with the Program Managers annotated in parentheses:

Environmental Restoration, Army (Department of Army)
Environmental Restoration, Navy (Department of Navy)
Environmental Restoration, Air Force (Department of Air Force)
Environmental   Restoration,   Defense-Wide   (ODASD(ES), OUSD(AT&L)
Environmental   Restoration,   Formerly   Used   Defense   Sites (Department of Army)
Defense Against Weapons of Mass Destruction (OUSD(C)/PB/O&P)
Emergency Response Fund, Defense (OUSD(C)/PB/O&P)
OPPLAN 34 A-35 P.O.W. (OUSD(C)/PB/O&P)
Special Olympics World Games (Department of Army)
Quality-of-Life Enhancements, Defense (OUSD(C)/PB/MILCON)
Drug Interdiction/Counterdrug Activities, Defense

Payment to Kaho'Olawe (Department of Navy)

Pentagon Renovation Transfer Fund (Washington Headquarters Service)

3.    The electronic submission will be the official submission of these exhibits.  Hard copies of the exhibits should be generated from the PRCP or SNaP electronic database.

030202.          U.S. Court of Military Appeals for the Armed Forces

A.    <u>Purpose</u>.    This Chapter prescribes budget justification backup requirements for the appropriation "United States Court of Appeals for the Armed Forces."

B.    <u>Submission Requirements</u>

1.    See Chapter 1 for general guidance concerning submission requirements.  Submit separate exhibits for each of the following:  (See Vol. 2A, Chapter 1)

<u>Appropriation Language</u>.  Submit justification for proposed changes.

<u>Purpose and Scope</u>.  Describe the missions and functions of the Court of Military Appeals.

<u>Summary of Obligations by Object Classification</u>.

<u>Summary of Personnel by Grades</u>.  Show the number of civilian positions in each grade, the number of statutory positions, total permanent positions, lapse, and workyears.

<u>Summary of Price and Program Changes</u>.

<u>Explanation of Estimate</u>.  Explain changes in costs and provide a statement of case workload and opinions rendered.

Also include applicable exhibits required by Section 030201 and any of the other chapters of this regulation including Chapter 19 – Other Special Analyses.  (See Vol. 2B, Chapter 19)

2.    Chapter 1 identifies copies of the above material required.

030203.          Civil Functions-Operation and Maintenance

A.    <u>Purpose</u>.    This Chapter prescribes budget justification backup requirements for the civil functions appropriations.

B.    <u>Cemeterial Expenses (Department of the Army)</u>.

1.      See Chapter 1 for general guidance concerning submission requirements.  Submit separate exhibits for each of the following.  All data will be provided for the past (PY), current (CY), and budget year (BY) fiscal years.  (See Volume 2A, Chapter 1)

a.      <u>Appropriation Language</u>.  Submit justification for proposed changes.

b.      <u>Multiyear Financial Plans</u>.  Show budget authority and outlays by budget project and in total for the past (PY), current (CY), and budget year (BY) fiscal years and for 4 subsequent fiscal years.  Also show planned end-of-year employment (permanent positions and other positions) by budget project and in total for the same years.

c.      <u>Analysis of Budget Authority (BA) and Outlays</u>.  Show BA and outlays by budget project and in total.  Also show the difference between the budget year (BY) and the current year (CY) and the outlays in the budget year (BY) resulting from BA in the budget year (BY).

d.      <u>Program and Performance</u>.  Describe the major workload considerations and activity factors on which the estimates for each budget project have been based.

e.      <u>Summary of Obligations by Object Classification</u>.

f.      <u>Statement Relating Past Year (PY), Current Year (CY), Budget Year (BY) Programs</u>.  List the increases and decreases necessary to reconcile the obligations incurred in each year with an analysis by budget project showing the obligations for each year and the related increases and decreases between each year.

g.      <u>Project 0861 - Operation and Maintenance</u>.  Provide narrative justification and amounts for each project classification within the project. Separately identify yearend employment (end strength) and workyears for supervisory, interment and maintenance categories.

h.      <u>Project 0864 - Administration</u>.  Provide narrative justification and amounts for each object classification within the project.  Separately identify yearend employment (end strength) and workyears for National Cemetery activities, headstone activities, and administrative services and staff planning.

i.      <u>Project 0865 - Special Construction, Arlington National Cemetery</u>.

(1)      Provide amounts by each object classification within the project.  Separately identify yearend employment (end strength) and workyears.

(2)      List and provide a narrative justification and amount for each planned construction or development project.

j.      Report of Motor Vehicle Data.    Provide the following summary:

        (1)      Fleet as of October 1.

        (2)      Acquisitions:

            (a)      New orders placed

            (b)      By forfeiture

            (c)      By transfer

        (3)      Number disposed of (deduct):

            (a)      Disposals accomplished (carryover)

            (b)      Disposals accomplished (newly scheduled)

        (4)      Vehicles replaced (newly scheduled).

        (5)      Active fleet, September 30 (a + b + c).

        (6)      Vehicles unused on a term basis (add).

        (7)      Total vehicles available full-time (e + f).

        (8)      Obligations for vehicles ordered.

Personnel Justification.    Submit Exhibit OP-8 and OP-9 which are described in Section 030201 and an example of which is found in Section 0304  (See section 030201, above  and section 0304, below)

    2.      Chapter 1 identifies copies required of the above material.

    C.      Wildlife Conservation, Etc., Military Reservations; Forestry Program (Department of Army).

    1.      In addition to the Program and Financing Schedule and Personnel Summary, submit an Exhibit OP-5 prescribed in Section 030201 and an example of which is provided in Section 0304. (See section 030201, above and section 0304, below)

    2.      Chapter 1 identifies copies required of the above material.

0303    CONGRESSIONAL JUSTIFICATION/PRESENTATION

030301.    Purpose

This Section presents the justification book organization and the exhibit requirements for submission to Congress.  Examples of budget exhibits can be found in Section 0304.

030302.    Submission Requirements

For designated exhibits, the Military Departments and applicable Defense Agencies will update the SNaP immediately upon completion of the Program Budget Decisions and budget lock by the Department.  In addition, the Military Departments and applicable Defense Agencies shall provide the USD(Comptroller) with a revised narrative justification for their respective programs reflecting any changes from the program and budget review.  The SNaP system will reformat the data into congressional justification exhibits, which can be printed out by the respective Components and included in their justification materials.

All O&M overview exhibits are to be submitted via email to **_OPSMAIL@osd.mil_** in a MICROSOFT WORD format. Submit each Overview exhibit as a separate file.  Embedded Excel Spreadsheets should be used for tables included in the Word document as required.

\*030303.    Organization of Justification Books

A.    Justification Books will be organized into separate books for each appropriation.  The only exceptions to organizing justification books into separate books for each appropriation are for the United States Court of Military Appeals for the Armed Forces and the Office of the Inspector General appropriations.  These should be included in the same book as the Defense-Wide.  The Defense Health Program (DHP) will be a separate justification book.  The procurement and RDT&E DHP budget activities will follow the organization prescribed for the procurement and RDT&E appropriations in Chapters 4 and 5, respectively.  (See Vol. 2B, Chapters 4 and 5)

B.    Justification books for the Active Component of each Military Service should be organized into three volumes (in separate books) as follows:

1.    Volume I - "Justification of Estimates"

2.    Volume II - "Data Book"

3.    Volume III – "Overseas Contingency Operations Request" for Operations Enduing Freedom and Operations New Dawn

4.    Reserve and National Guard Components should combine the above volumes into one book for each Component.

C.    The justification books for the Operation and Maintenance, Defense-Wide appropriation will include a Volume III classified volume in addition to the volumes for "Justification of Estimates" and "Data Book".

D.  Volume I - Justification of O&M Estimates.  The Operation and Maintenance (O&M) Justification Books will be submitted on an operations basis to include active military force personnel strength, Reserve and National Guard personnel strength, and civilian personnel.  (Related dollars financed from the active and Reserve military personnel appropriations, however, should not be included.)  The content and arrangement of exhibits for the operations accounts are indicated at the end of this section.  Applicable exhibits for the Reserve and Guard Component operations accounts will be consistent with the active operations accounts.  Exhibit formats are provided in Section 0304.  Separate volumes for active and reserve component operation appropriations will be submitted.  Funds for the National Intelligence Program (NIP) or Military Intelligence Program (MIP) will be specifically identified.  Justification classification will not exceed that required for other operations funds.  (See section 0304, below)

E.  Volume II - Data Book.  The Data Book will include summary and special interest exhibits as well as the Facilities Sustainment and Restoration/Modernization (FSRM), and Demolition exhibits.  The content and arrangement of exhibits for the operations accounts are included at the end of this section.

Two copies of the FSRM OP-5 and FSRM PBA-7 exhibits will be submitted to the Directorate for Military Personnel and Construction, OUSD (COMPTROLLER), P/B, Pentagon, Room 3C654 for review and approval.

F.  Volume III – Overseas Contingency Operation (OCO).  The OCO request will include the O-1 Line Item Summary, the OP-32 Price and Program Growth by Appropriation summary, the OCO OP-5, performance criteria, and the OP-32 Price and Program Growth by Subactivity Group for the operations defined in Volume 12 Chapter 23 Section 2309 or in the budget guidance.

G.  Additional Accompanying Exhibits.  Although not to be included in any of the Justification Books submitted to Congress, the exhibits at the end of this section are required to be submitted to the OUSD (Comptroller) P/B Directorate for Operations, Pentagon, Room 3C749, simultaneously with the submission of the other budget justification material.  THESE EXHIBITS ARE NOT TO BE INCLUDED IN JUSTIFICATION BOOKS SUBMITTED TO THE CONGRESS.  Examples are provided in Section 0304 (O&M), Chapter 13 (Defense Environmental Restoration Program), or Chapter 19 (Other Special Analyses).  (See Vol. 2B, Chapters 13 and 19) (See section 0304, below)

H.  O&M Overview.  The Operation and Maintenance Overview exhibits (PBA-xx) are required for submission to the OUSD (Comptroller) P/B Directorate for Operations, Pentagon, Room 3C749, and the OUSD (Comptroller) P/B Military Personnel and Construction Directorate, Pentagon, Room 3C654.  Specific suspense dates will be furnished in the annual budget justification call memorandum supporting the President's budget request.  The parent service is responsible for ensuring that ALL required data including Reserve Component appropriations are submitted.

1.  Exhibit formats are provided in Section 0304.  Each exhibit must provide narrative data to explain price and program changes between all fiscal years displayed.  In addition, Components are responsible for cross checking data among the exhibits to ensure data provided is consistent among all PBA exhibits and all other exhibits supporting the President's budget request, including the backup exhibits.  (See section 0304, below)

2.      Two copies of each exhibit are required and will identify the Component, exhibit number and title, date prepared, and name/telephone number of the responsible point of contact for the exhibit.  The exhibits will be consolidated at the Operation & Maintenance title level for printing and submission to the Congress.  The Defense Agencies should provide as a minimum the PBA-7, PBA-19 and the PBA-20 exhibits and address resource requirements in one or more of the major mission categories as appropriate.


ORGANIZATION/EXHIBIT REQUIREMENTS
(Exhibits should be ordered as shown below)

VOLUME I - JUSTIFICATION OF O&M ESTIMATES

Table of Contents

Introductory Statement (use the PBA 19 exhibit - Appropriation Highlights)

| | |
|---|---|
| O-1* | O&M Funding by Budget Activity/Activity Group/Subactivity Group |
| OP-32* | Appropriation Summary of Price/Program Growth |
| PB-31R | Personnel Summary |
| PB-31D | Summary of Funding Increases and Decreases |
| OP-5 | Operation and Maintenance Detail by Subactivity Group (Exhibit formats are provided in Section 0304) |
| PB-58 | Combatant Command Direct Funding (Only submit if unable to provide OP-5). |

VOLUME II - DATA BOOK


Table of Contents

| | | |
|---|---|---|
| PB-31Q** | Manpower Changes in FTEs | |
| PB-55 | International Military Headquarters | (CH. 19) |
| PB-24 | Professional Military Education | (CH. 19) |
| PB-15 | Advisory and Assistance Services | (CH. 19) |
| OP-34 | Appropriated Fund Support for MWR Activities (SNaP Budget Years only) | |
| OP-30* | Depot Maintenance Program (SNaP Summary exhibit only) | |
| Env-30A-C | Defense Environmental Restoration Program | (CH. 13) |
| PB-28/28A | Summary of Budgeted Environmental Projects | (CH. 19) |
| OP-31 | Spares and Repair Parts | |
| PB-34A | Revenue from Leasing Out DoD Assets | (CH. 8) |
| PB-34B | Proceeds from Transfer or Disposal of DoD Real Property | (CH. 8) |

\*      Automated submission is also required.
\*\*      Input from Reserve and Guard organizations are to be consolidated by the parent Component (i.e., Army, Navy, Air Force) for submission to OSD.  Guard and Reserve organizations should not include these exhibits in their submission.

**DoD 7000.14-R**    **Financial Management Regulation**    **Volume 2A, Chapter 3**
**\* December 2010**

\*VOLUME III – OVERSEAS CONTINGENCY OPERATIONS REQUEST

Table of Contents

O-1\*            O&M Funding by Budget Activity/Activity Group/Subactivity Group
OP-32\*          Price and Program Growth by Appropriation
OP-5            O&M Detail by Overseas Operation, Subactivity Group and Cost Breakdown
                Structure
OP-32           Price and Program Growth by Subactivity Group

ADDITIONAL ACCOMPANYING EXHIBITS *
(Submission is required in both hard copy and electronic formats)

| | | |
|---|---|---|
| OP-8** | Civilian Personnel Costs (All Appropriations/Funds) | |
| OP-9 | Analysis of Changes in FTE Costs (All Appropriations/Funds) | |
| OP-14 | Individual Training Data (Parts A – F, Attachments 1 & 2) | |
| OP-15,A,B | Department of Defense Overseas Dependents' Schools | |
| OP-16 | Department of Defense Section 6 Schools | |
| OP-20** | Analysis of Flying Hour Program | |
| OP-24 | Emergency and Extraordinary Expense Limitation | |
| OP-25 | Ground Vehicle Operations | |
| OP-26 | POL Consumption and Costs (All Appropriations/Funds) | |
| OP-30S** | Ship Depot Maintenance Program | |
| OP-34 | Appropriated Fund Support for Morale, Welfare, and Recreation Activities | |
| OP-40 | Ship Fuel Data | |
| OP-41** | Ship Operating Data | |
| OP-50 | Operation and Maintenance, Air Force – Units by Program Element | |
| OP-53, 53A | Overseas Cost Report | (CH. 15) |
| OP-58 | Operation and Maintenance, Air Force – Units by Program Element | |
| OP-73 | Repair Parts – Army Reserve | |
| OP-78 | Force Structure Data | |
| OP-80 | Aircraft Repair/Modification & Engine Overhaul | |
| OP-81 | O&M Monthly Obligation Phasing Plan | |
| PB-14 | Functional Transfers | (CH. 19) |
| PB-16 | Legislative Proposals | (CH. 19) |
| PB-18 | Foreign Currency Exchange Data | (CH. 19) |
| PB-20** | Aircraft Inventory | |
| PB-23 | Acquisition and Technology Work Force | (CH. 19) |
| PB-25 | Host Nation Support | (CH. 19) |
| PB-28b | Operational Range Sustainment and Environmental Management | (CH. 19) |
| PB-50 | Child Development, School-Age Care (SAC), Family Centers, and Family Advocacy Programs | (CH. 19) |
| PB-53 | Budgeted Military and Civilian Pay Raise | (CH. 19) |
| PB-54 | Civilian Personnel Hiring Plan | (CH. 19) |

*  To be submitted separately to OUSD (COMPTROLLER) P/B, Operations Directorate (Pentagon, Room 3C749)
**  Automated submission is also required.

* **December 2010**

<u>O&M OVERVIEW</u>

| PBA # | TITLE |
|-------|-------|
| PBA-2 | Air Operations |
| PBA-3 | Ship Operations |
| PBA-4 | Land Forces |
| PBA-5 | Depot Maintenance Program |
| PBA-7 | Facilities Sustainment and Restoration/Modernization (FSRM), and Demolition Programs (Chapter 8) |
| PBA-8 | Training and Education |
| PBA-9 | Defense Health Program |
| PBA-10 | Base Support |
| PBA-11 | Reserve Forces |
| PBA-12 | Command, Control, and Communications |
| PBA-13 | Transportation |
| PBA-17 | Recruiting, Advertising, and Examining |
| PBA-19* | Appropriation Highlights |
| PBA-20A | Manpower Data (Civilian) |
| PBA-22 | Mobilization |
| PBA-26 | Special Operations Forces (USSOCOM only) |
| *PBA-27 | Psychological Operations |
| *PBA-28 | Body Armor and Other Protective Gear |

* Every Component (Active, Guard, Reserve and Defense Agency) is required to submit.
** All O&M overview exhibits are to be submitted via email to *OPSMAIL@osd.mil* in a MICROSOFT WORD format. Embedded Excel Spreadsheets should be used for tables included in the Word document as required. Submit each Overview exhibit as a separate file.

0304    OPERATION AND MAINTENANCE APPROPRIATION SUBMISSION FORMATS

030401.    Purpose

The formats provided on the following pages reflect guidance presented in previous sections of this chapter. Unless modified in submission budget call memoranda, these formats should be utilized.

030402.    Exhibits in Support of Section 0302 - Program and Budget Review Submission

Exhibit O-1 O&M Funding by Budget Activity/Activity Group/Subactivity Group……....22
Exhibit OP-5 Instructions…………………………………………………………………23
Exhibit OP-5 Detail by Subactivity Group……………………………………………….25
Exhibit OP-5 Flying Hours (Attachment 1)………………………………………………34
Exhibit OP-5 Ship Operations (Attachment 2)………………………………………....37
Exhibit OP-5 Land Forces – Army Ground & Air OPTEMPO (Attachment 3)…………39
Exhibit OP-5 Facilities Sustainment and Restoration/Modernization (Attachment 4)…....43
Exhibit OP-5 Depot Maintenance (Attachment 5)………………………………………..44
Exhibit OP-5 Defense Health Program (Attachment 6)…………………………………..46

Exhibit OP-5 Base Support Program (Attachment 8)……………………………………50
Exhibit OP-5 Transportation Program (Attachment 9)……………………………………..53
Exhibit OP-5 Training (Attachment 10)……………………………………………………55
Exhibit OP-8 Part 2, Reimbursable Civilian Personnel Costs……………………………74
Exhibit OP-9 Analysis of Changes in FTE Costs……………………………………...77
Exhibit OP-14 Part A: Service Academy Attrition by Class……………………………82
Exhibit OP-14 Part B: Training Manpower……………………………………………83
Exhibit OP-14 Part C: Undergraduate Flight Training Requirements………………………84
Exhibit OP-14 Part D: ROTC Program Data………………………………………………88
Exhibit OP-14 Part E: Junior ROTC Data…………………………………………………92
Exhibit OP-14 Part F: Off Duty and Voluntary Education…………………………………93
Exhibit OP-14 Attachment 1: Individual Training Program Elements…...…………………95
Exhibit OP-14 Attachment 2: DoD Institutions……………………………………………96
Exhibit OP-15 DoD Dependents Education Cost Summary…………………………………98
Exhibit OP-15A DoD Dependents Education:  Schools and Enrollment Data……………105
Exhibit OP-15B DoD Dependents Education:  Pupil/Teacher Ratio………………………108
Exhibit OP-16 DoD Defense Agencies Section 6 Schools…………………………………109
Exhibit OP-20 Flying Hours Program…………………………………………………...114
Exhibit OP-24 Emergency and Extraordinary Expense Limitation…………………………117
Exhibit OP-25 Ground Vehicle Operations (Page 1 of 3)…………………………………121
Exhibit OP-26A POL Consumption and Costs (Flying Hours)…………………………...124
Exhibit OP-26B POL Consumption and Costs (Unit Cost)…………………………………125
Exhibit OP-26C Sources of Purchases for POL Consumption……………………………126
Exhibit OP-30 Depot Maintenance Program……………………………………………...127
Exhibit OP-30S Ship Depot Maintenance Program………………………………………130
Exhibit OP-31 Spares and Repair Parts……………………………………………………132
Exhibit OP-32 Summary of Price and Program Change…………………………………...133
Exhibit OP-34 Fund Support for Selected Quality of Life Activities………………………152
Exhibit  OP-34  Appropriated  Fund  Support  for  Morale,  Welfare  and  Recreation  (MWR)
Activities………………………………………………………………………………158
Exhibit OP-40 Ship Fuel and Operating Tempo Data………………………………………165
Exhibit OP-41 Ship Operations  (Page 1 of 3)……………………………………………166
Exhibit OP-50 Units by Program Element…………………………………………………169
Exhibit OP-58 Analysis of Aircraft POL…………………………………………………170
Exhibit OP-73 Repair Parts, Army Reserve Components…………………………………172
Exhibit OP-78 Force Structure Data………………………………………………………174
Exhibit OP-80 Aircraft Repair/Modification and Engine Overhaul………………………175
OP-81  O&M Monthly Obligation Phasing Plan…………………………………………177
Exhibit PBA-2 Air Operations……………………………………………………………179
Exhibit PBA-3 Ship Operations……………………………………………………………182
Exhibit PBA-4 Land Forces………………………………………………………………186
Exhibit PBA-5 Depot Maintenance………………………………………………………...189
Exhibit PBA-8 Training and Education……………………………………………………196
Exhibit PBA-9 Defense Health Program…………………………………………………200
Exhibit PBA-10 Base Operations Support…………………………………………………204
Exhibit PBA-11 Reserve Forces………………………………………………………...207
Exhibit PBA-12 Command, Control, and Communications………………………………210

Exhibit PBA-13 Transportation ............................................................................. 212
Exhibit PBA-17 Recruiting, Advertising, and Examining ...................................... 214
Exhibit PBA-19 Appropriation Highlights ............................................................. 216
Exhibit PBA-20A Civilian Manpower Tables ......................................................... 217
Exhibit PBA-22 Mobilization ................................................................................. 220
Exhibit PBA-26 Special Operations Forces ............................................................ 225
Exhibit PB-20 Aircraft Inventory ........................................................................... 233
Exhibit PB-31D Summary Increases/Decreases ..................................................... 235
Exhibit PB-31Q Manpower Changes in Full-Time Equivalent ............................... 237
Exhibit PB-31R Personnel Summary ...................................................................... 238
Exhibit PB-58 COCOM Direct Funding ................................................................. 240

030403          Additional Exhibits in Support of Section 0303 – Congressional Justification/Presentation

PBA-2 Air Operations ............................................................................................179
PBA-3 Ship Operations ..........................................................................................182
PBA-4 Land Forces ................................................................................................186
PBA-5 Depot Maintenance .....................................................................................189
PBA-7 Facilities Sustainment and Restoration/Modernization, and Demolition Program........191
PBA-8 Training and Education ...............................................................................196
PBA-9 Defense Health Program .............................................................................200
PBA-10 Base Operations Support ...........................................................................204
PBA-11 Reserve Forces ..........................................................................................207
PBA-12 Command, Control, and Communications ..................................................210
PBA-13 Transportation ...........................................................................................212
PBA-17 Recruiting, Advertising, and Examining ....................................................214
PBA-19 Appropriation Highlights ...........................................................................216
PBA-20A Civilian Manpower Tables .......................................................................217
PBA-22 Mobilization ..............................................................................................220
PBA-26 Special Operations Forces .........................................................................225
PBA-27 Psychological Operations ...........................................................................228
PBA-28 Body Armor and Other Protective Gear .....................................................232
PB-20 Aircraft Inventory ........................................................................................233
PB-31D Summary Increases/Decreases ...................................................................235
PB-31Q Manpower Changes in Full-Time Equivalent .............................................237
PB-31R Personnel Summary ...................................................................................238
PB-58 COCOM Direct Funding ..............................................................................240

Exhibit O-1 O&M Funding by Budget Activity/Activity Group/Subactivity Group

FY ___ Budget Estimates
**Operation and Maintenance, _____**

|  | ($ in Thousands) | | |
| --- | --- | --- | --- |
|  | FY PY | FY CY | FY BY |

Budget Activity 1, Operating Forces

Activity Group
  Subactivity
  Subactivity
  etc.
    Subtotal
 Total Activity Group

Activity Group
  Subactivity
  Subactivity
  etc.
    Subtotal
 Total Activity Group

Budget Activity 2, Mobility Operations
 etc.

Budget Activity 3, Training and Recruiting
 etc.

Budget Activity 4, Administration and Servicewide Support
 etc.

Total Operation and Maintenance, _____

Provide Budget Activity, Activity Group, and Subactivity subtotals funding levels.

All O&M Components including Defense Agencies must submit an automated O-1 for both the OSD/OMB and congressional submissions through the Program Resources Collection Process (PRCP). Components will submit data that shows the prior year (PY) through budget year +4 (BY+4). Automated submission requirements for the PCRP are provided in Chapter 1, section 010502.

Exhibit O-1 O&M Funding by Budget Activity/Activity Group/Subactivity Group
(Page 1 of 2)

Exhibit OP-5 Instructions

<u>INSTRUCTIONS FOR PREPARATION OF OP-5</u>

1.   Agencies/Activities are required to submit this exhibit at the lowest level of their budget structure.  The purpose of the OP-5 is to provide a summary of and justification for changes in the level of resources required for each SAG.

2.   The Combat Support Agent will submit an OP-5 for the new SAGs created by the Military Service, in accordance with the Joint Task Assignment Process business rules, for its Combatant Commands.  Each Combat Support Agent will create two new SAGs, one SAG for Combatant Command Headquarters Functions and one for Combatant Command Missions.  These SAGS will include only Combatant Command justification data and will include all Combatant Commands under the purview of the Combat Support Agent.  Do not create separate SAGs for each Combatant Command.   Price and Program changes will be reported separately by COCOM.

3.   Each of the O&M appropriations listed below, will be supported by OP-5 Exhibits.

>        Operation & Maintenance, Army, Army Reserve, and Army National Guard
>        Operation & Maintenance, Navy and Navy Reserve
>        Operation & Maintenance, Marine Corps and Marine Corps Reserve
>        Operation & Maintenance, Air Force, Air Force Reserve, and Air National Guard
>        Operation & Maintenance, Defense-Wide
>        Defense Health Program
>        Former Soviet Union Threat Reduction
>        Office of the Inspector General
>        United States Court of Military Appeals for the Armed Forces
>        Wildlife Conservation, Etc., Military Reservations
>        Overseas Humanitarian, Disaster, and Civic Aid
>        Support of International Sporting Competition, Defense

4.    The OP-5 provides essential information for justification of the OSD and President's budget estimates.  The "Reconciliation of Increases and Decreases" portions of Section III should identify what changes are occurring and provide programmatic reason for the changes and explain why they are necessary.

5..   The FY PY estimate column of the OSD submit should reflect actual data through the first three quarters plus a realistic projection for the remaining quarter.  For the PB submit, the FY PY column will reflect actuals and agree with the data reflected in the certified DD Comp 1002 report for September.

6.    The "Reconciliation of Increases and Decreases" section will be included in the OP-5 for <u>both</u> the OSD budget submission and the President's budget submission. Reconciliations will show all changes from fiscal year to fiscal year and, for the current year, a track from the estimate requested in the previous President's budget.  Specifically display:

- The FY BY estimate included in the previous President's budget submission to the current FY CY estimate included in this submission,
- The current FY CY estimate to FY BY estimate reflected in this submission.

(Page 1 of 2)

INSTRUCTIONS FOR PREPARATION OF OP-5

6.   Performance criteria must be provided for each OP-5 at the subactivity level and should support the dollar amounts being requested in the subactivity. Performance criteria for some subactivity groups are specified in the attachments to the OP-5 but additional criteria and metrics are encouraged.  These data and metrics are critical to the successful defense of the budget request.

7.   Personnel summaries are required for each subactivity group and for each Defense Agency.

8.   With the exception of selected Defense Agencies, all Components will submit unclassified O&M justification materials.

Exhibit O-1 O&M Funding by Budget Activity/Activity Group/Subactivity Group
(Page 2 of 2)

<u>**DoD 7000.14-R**</u>                    **Financial Management Regulation**                    **Volume 2A, Chapter 3**
<span style="color:blue">**\* December 2010**</span>

Exhibit OP-5 Detail by Subactivity Group

**COMPONENT NAME \***
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**I.**    <u>**Description of Operations Financed**</u>:  Provide a narrative explanation characterizing the mission and major functions funded in the subactivity group.  Include a separate explanation for each subactivity shown in Section IIIA. below.  These explanations should address significant program initiatives/actions included in the budget.

**II.**    <u>**Force Structure Summary:**</u>  Provide a narrative explanation and identification of force structure supported by funding in this subactivity group.

**III.**    <u>**Financial Summary ($ in Thousand)**</u>

| | | | FY CY | | | |
| | **FY PY** | **Budget** | <u>**Congressional Action**</u> | | **Current** | **FY BY** |
| **A.    Subactivity Group** | **Actuals** | **Request** | **Amount** | **Percent** | **Appropriation** | **Estimate** |
| **Estimate** | | | | | | |
| 1.    Subactivity  (example, COCOM X) | | | | | | |
| 2.    Subactivity | | | | | | |
| 3.    Etc. | | | | | | |
| Total | | | | | | |

| | **Change** | | **Change** |
| **B.    Reconciliation Summary:** | **FY CY/FY CY** | | **FY CY/FY BY** |
| Baseline Funding | | | |
| <span style="color:blue">Congressional Adjustments (Distributed)</span> | <span style="color:blue">.....................................</span> | | <span style="color:blue">**n/a**</span> |
| Congressional Adjustments (Undistributed) | | | n/a |
| Adjustments to Meet Congressional Intent | | | n/a |
| Congressional Adjustments (General Provisions) | | | n/a |
| _Subtotal Appropriated Amount_ | | | _n/a_ |
| Fact-of-Life Changes (CY to CY Only) | | | n/a |
| **Subtotal Baseline Funding** | | | n/a |
| Anticipated Overseas Contingency Operations | | | n/a |
| Reprogrammings | | | n/a |
| Price Changes | | | |
| Functional Transfers | n/a | | |
| Program Changes | n/a | | |
| Current Estimate | | | |

<u>**Reconciliation Summary Instructions**</u>:  For the changes in the Current Fiscal Year (FY CY), provide information from the President's budget request for that fiscal year to the current estimate in this submission for that same fiscal year.  For the changes from the FY CY to the FY BY, use the current estimate in this submission.

\* The O&M budget is generally stratified into three levels:  Level 1, Budget Activity (BA); Level 2, Budget Activity Group (BAG); and Level 3, Subactivity Group (SAG) (also referred to as O-1 line items).  The O&M budget structure for some Defense Agencies/Activities stops at the BA or BAG level.  The Defense Agencies/Activities are required to submit this exhibit at the lowest level of their budget structure.

**Exhibit OP-5 Detail by Subactivity Group**
(Page 1 of 9)

**COMPONENT NAME** \*
**Operation and Maintenance, _____**
  **Budget Activity_____**
  **Activity Group_____**
  **Detail by Subactivity Group_____**

    **C. Reconciliation of Increases And Decreases**: Provide a trail of changes from the previous President's budget request for the current fiscal year in this submission to the appropriated amount for the current FY CY in this submission to the current estimate for FY CY in this submission; and from the FY CY current estimate to the FY BY estimate. Provide a single entry in each year for price changes. Itemize and justify the major program changes in each year (**provide the baseline in dollars to which the increase or decrease applies**). Such justification should clearly explain **programmatic** changes in resource levels including why increases are required or decreases occur. Additionally, the narrative justification should relate cost to force structure changes, performance criteria, workload and manpower data, as well as identify the impact if requested changes are not funded. The DoD Components should report in thousands.

In the reconciliation of changes from the previous President's budget request for the FY CY to the estimate for FY CY in the current submission, the DoD Components should include the following adjustments:

- <u>Distributed Congressional Adjustments</u>: Adjustments that Congress specifically makes to the President's budget request. These adjustments must match the Appropriation Conference Report table and the FY CY Rebaseline Report (for Active Military Components only) at the subactivity group level.

- <u>Undistributed Congressional Adjustments</u>: Adjustments outlined on the tables contained in the statement of managers accompanying the appropriations conference report. The Components must use discretion as to how these adjustments are applied to minimize negative impacts on force readiness. These adjustments must match the Appropriation Conference Report table and the FY CY Rebaseline Report at the appropriation level and subactivity group level, respectively.

- <u>Adjustments to Meet Congressional Intent</u>: Adjustments that are required in order to align funding for a congressionally approved program into the proper budget activity and subactivity in order to carry out the intent of the Congress. These adjustments must match the FY CY Rebaseline Report at the subactivity group level.

- <u>General Provisions</u>: Adjustments directed by the Congress in appropriations law, the distribution of which is not explicitly stated. The OP-5 should separately display each General Provision adjustment. These adjustments must match the FY CY Rebaseline Report at the subactivity group level.

- <u>Fact-of-Life Changes</u>: The Operation and Maintenance (O&M) fact of life changes are programmatic, intra-appropriation adjustments made by DoD Components to address significant, unforeseen operational readiness issues within the following categories:

  1. Functional Transfers – Funding realignments to reflect a transfer of function, responsibility, or duty from one major command to another within each Military Department or Defense Agency. These adjustments do <u>not</u> change the purpose for which the funds were appropriated.

  2. Technical Adjustments – Accounting adjustments to properly align funding with the appropriate O&M subactivity group (SAG) where costs are actually accrued and executed. These adjustments do <u>not</u> change the purpose for which the funds were appropriated.

**Exhibit OP-5 Detail by Subactivity Group**
(Page 2 of 9)

3. Emergent Requirements – Adjustments to funding requirements resulting from changes in policy, legal direction, or other unforeseen (e.g., operational readiness, health or safety, etc. related) events that occurred <u>after</u> the submission of the President's Budget.

**These adjustments must <u>not</u> change the congressional priorities and are subject to congressional review as reported in the Rebaseline Report.  The Rebaseline Report, as amended by any congressional action, will be used to develop the DD 1414, Base for Reprogramming Actions.  See Volume 3, Chapter 6 regarding the policies for the reprogramming of O&M funds <u>subsequent</u> to the establishment of the base for reprogramming actions.**

**Exhibit OP-5 Detail by Subactivity Group**
(Page 3 of 9)

**COMPONENT NAME \***
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

<u>($ in Thousands)</u>

**C.  <u>Reconciliation of Increases and Decreases</u>:**                              **Amount**              **Totals**
**FY CY President's Budget Request (Amended, if applicable)**
1.   Congressional Adjustment (List Items)  (Provide the baseline amount for each programmatic change.) (Separate amounts for Combatant Commands.)
    a)   Distributed Adjustments (List Items)
    b)   Undistributed Adjustments (List Items)
    c)   Adjustments to Meet Congressional Intent (List Items)
    d)   General Provisions (List Items)

**Appropriated Amount (subtotal)**
2.   Fact-of-Life Changes (Note:  Specify each item separately. For each adjustment, identify the sources (at the subactivity group level) from which funds were transferred into that activity, and identify the recipients (at the subactivity group level) of the funds transferred out of that activity.  See previous instructions for a definition of the type of changes (emergent requirements, functional transfers, and technical adjustment) included in this section.)
    a)   Functional Transfers
        i)    Transfers In (List and explain the reason for each functional transfer.)
        ii)   Transfers Out (List and explain the reason for each functional transfer.)
    b)   Emergent Requirements
        i)    One-Time Costs (List and provide complete and sufficiently detailed programmatic justification for each item.)
        ii)   Program Growth (List and provide complete and sufficiently detailed programmatic justification for each item.)
        iii)  Program Reductions (List and provide complete and sufficiently detailed programmatic justification for each item.)

**Baseline Funding (subtotal)  (Must agree with the "Revised Baseline" column of the FY CY Rebaseline Report.)**
3.   Reprogrammings/Overseas Contingency Operations
    a)   Anticipated Overseas Contingency Operations
    b)   Reprogrammings (Requiring 1415 Actions)
        i)    Increases
        ii)   Decreases

**Revised FY CY Estimate**  (Must agree with the CY column of the FY BY President's budget.)

**Exhibit OP-5 Detail by Subactivity Group**
(Page 4 of 9)

**DoD 7000.14-R**                    **Financial Management Regulation**                    **Volume 2A, Chapter 3**
                                                                                           **\* December 2010**

<u>COMPONENT NAME</u> \*
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

($ in Thousands)

| **C. <u>Reconciliation of Increases and Decreases</u>:** | **Amount** | **Totals** |
|---|---|---|

4. Price Change
5. Transfers (Note: Must explain the reason for each transfer in and out.)
   a) Transfers In
      i)
      ii)
      iii) etc.
   b) Transfers Out
      i)
      ii)
      iii)  etc.
6. Program Increases (Note: Each change must show the CY baseline and include complete and sufficiently detailed, programmatic explanation.)
   a) Annualization of New FY CY Program
      i)
      ii)
      iii) etc.
   b) One-Time FY BY Costs
      i)
      ii)
      iii) etc.
   c) Program Growth in FY BY
      i)
      ii)
      iii) etc.
7. Program Decreases (Note: Each change must show the CY baseline and include complete and sufficiently detailed, programmatic explanation.)
   a) One-Time FY CY Costs
      i)
      ii)
      iii) etc.

**Exhibit OP-5 Detail by Subactivity Group**
(Page 5 of 9)

<u>**COMPONENT NAME**</u> *

**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

<u>($ in Thousands)</u>

**C.** <u>**Reconciliation of Increases and Decreases**</u>:                                    <u>**Amount**</u>                    <u>**Totals**</u>

    b)    Annualization of FY CY Program Decreases
         i)
         ii)
         iii)  etc.
    c)    Program Decreases in FY BY
         i)
         ii)
         iii) etc.

**FY BY Budget Request**

**NOTE:**  Substitute appropriate fiscal years to show current year (CY) and budget year (BY).

**Exhibit OP-5 Detail by Subactivity Group**
(Page 6 of 9)

**COMPONENT NAME \***
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**Performance Criteria and Evaluation Summary:**  The Performance Criteria and Evaluation Summary (OP-5, Part IV) must provide supporting detail sufficient to demonstrate how the budgeted resources for each subactivity group contribute to the Department's mission.  The Components must provide meaningful performance and work load data by SAG for each year FY PY, FY CY, and FY BY, where appropriate.  Performance criteria must be displayed for each subactivity group.  The goal is for the performance criteria to justify the budget request.  If no performance criteria are provided, then a statement must be included explaining why there is no performance criteria.

The House of Representatives Report (Report 108-106, page 303) on the National Defense Authorization Act for Fiscal Year 2004 directed the Office of the Secretary of Defense (Comptroller) and the service's assistant secretaries of financial management to improve the current performance criteria to reflect measurable metrics.  In response, the Department modified the performance criteria for some SAGs supporting the O&M and DHP justification materials and reported the improvements in a report to the Congress in January 2004 and the FY 2005 President's Budget submission in February 2004.  The Components must continue to report these improved performance measures in the Performance Criteria section of the OP-5 justification book.  The following subactivity groups have specific performance criteria required.

    Flying Hour Program (Attachment 1)
    Ship Operations (Attachment 2)
    Land Forces (Attachment 3)
    FSRM (Attachment 4)
    Depot Maintenance (Attachment 5)
    Defense Health Program (Attachment 6)

The following programs also have specific performance criteria required (See attachments 1-4 to the OP-5 in the FMR):

    JCS Exercise Program (Attachment 7)

    Base Operations Support (Attachment 8)

    Transportation (Attachment 9)

    Training (includes multiple subactivity groups) (Attachment 10)

                                                                **Exhibit OP-5 Detail by Subactivity Group**
                                                                                        (Page 7 of 9)

**COMPONENT NAME** \*
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

|  | | | | Change |
|---|---|---|---|---|
| **V.  Personnel Summary:** | **FY PY** | **FY CY** | **FY BY** | **FY CY/FY BY** |
| Active Military End Strength (E/S) (Total) | | | | |
| Officer | | | | |
| Enlisted | | | | |
| | | | | |
| Reserve Drill Strength (E/S) (Total) | | | | |
| Officer | | | | |
| Enlisted | | | | |
| | | | | |
| Reservists on Full Time Active Duty (E/S)  (Total) | | | | |
| Officer | | | | |
| Enlisted | | | | |
| | | | | |
| Active Military Average Strength (A/S) (Total) | | | | |
| Officer | | | | |
| Enlisted | | | | |
| Reserve Drill Strength (A/S) (Total) | | | | |
| Officer | | | | |
| Enlisted | | | | |

**Exhibit OP-5 Detail by Subactivity Group**
(Page 8 of 9)

**COMPONENT NAME** *

Operation and Maintenance, _____
**Budget Activity**_____
**Activity Group**_____
**Detail by Subactivity Group**_____

|  | | | Change |
|---|---|---|---|
| **V.**  **Personnel Summary (Cont'd):**  **FY PY** | **FY CY** | **FY BY** | **FY CY/FY BY** |

Reservists on Full Time Active Duty (A/S)  (Total)
  Officer
  Enlisted

Civilian FTEs (Total)
  U.S. Direct Hire
  Foreign National Direct Hire
   Total Direct Hire
  Foreign National Indirect Hire
  (Military Technician Included (Memo))
  (Reimbursable Civilians Included Above (Memo))

   *Contractor FTEs (Total)

| **VI.**  **Outyear Summary:** | **FY BY+1** | **FY BY+2** | **FY BY+3** | **FY BY+4** |
|---|---|---|---|---|

  O&M (($ in Thousands)
  Military End Strength
  Reserve Drill End Strength
  Reservists on Full Time Active Duty (E/S)          (Include Part VI in the OSD/OMB submission only)
  Civilian FTEs
  *Contractor FTEs

**VII.    OP 32 Line Items as Applicable (Dollars in Thousands):**

|  | **Change from FY PY to FY CY** | | | | **Change from FY CY to FY BY** | | | |
|---|---|---|---|---|---|---|---|---|
| **FY PY Actuals** | **Foreign Currency Rate Diff** | **Price Growth** | **Program Growth** | **FY CY Estimate** | **Foreign Currency Rate Diff** | **Price Growth** | **Program Growth** | **FY BY Estimate** |

1.  List each applicable OP-32 line item number and title.          **To be submitted for both the OSD and President's budget submissions.  For the President's budget submission, number the OP-32 section "VI" since the "Outyear Summary" is not provided.**

2.  Do <u>not</u> include the percentage of price growth.

**Exhibit OP-5 Detail by Subactivity Group**
(Page 9 of 9)

Exhibit OP-5 Flying Hours (Attachment 1)

**COMPONENT NAME \***
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**(FY PY, FY CY, FY and BY)**

**IV. Performance Criteria and Evaluation (Flying Hours)**

|  | FY PY | | FY CY | | FY BY |
|---|---|---|---|---|---|
| **Program Data (All Services)** | **Budgeted\*** | **Actual** | **Budgeted** | **Estimate** | **Estimate** |

\* Information for the Prior Year (FY PY) Budgeted will reflect the amount requested in the President's Budget for that fiscal year, not the updated column reflecting congressional adjustments.

**Total Aircraft Inventory (TAI) (End of FY)** [1/]    Total of all aircraft in the inventory including Primary Authorized Aircraft, Back-up Aircraft Inventory, and the Attrition Reserve.

**Primary Aircraft Authorized (PAA) (End of FY)** [1/]    Aircraft authorized for the performance of the unit's mission. The PAA forms the basis for allocation of operating resources including manpower, support equipment, and flying hour funding.

**Backup Aircraft Inventory (BAI) (End of FY)** [1/]    Aircraft above the primary aircraft inventory that permits scheduled and unscheduled depot level maintenance, modifications, inspections and repairs, and other circumstances without reduction of aircraft available for the assigned mission.

**Attrition Reserve (AR) (End of FY)** [1/]    Aircraft required to replace anticipated losses of primary authorized aircraft due to peacetime accidents or wartime action. Also includes aircraft stored or on the ramp that are planned for return to the operating forces in the event of mobilization, replacement, or reconstitution

[1/]Memo entry detail should show breakout by major platform.

| Flying Hours | | | | | |
|---|---|---|---|---|---|
| Percent Executed | n/a | | n/a | n/a | n/a |
| Flying Hours | | | | | |
| Percent Executed | n/a | | n/a | n/a | n/a |

**Exhibit OP-5 Flying Hours (Attachment 1)**
(Page 1 of 3)

**COMPONENT NAME \***
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

|  | FY PY | | FY CY | | FY BY |
|---|---|---|---|---|---|
|  | **Budgeted\*** | **Actual** | **Budgeted** | **Estimate** | **Estimate** |

Crew Ratio (Average)          Crew Ratio:  The average number of pilots required to staff an aircraft.
  Bombers
  Fighters

OPTEMPO (Hrs/Crew/Month)
  Bombers
  Fighters

Navy Average T-Rating          T Rating:  T-rating (or C rating) is the training component of SORTS (Status of Resources and Training System).  The average required readiness level throughout the year is determined by the number of Prioritized Primary Mission Area (PRMAR) points achieved per training interval.

ICBM Inventory
  Minuteman I
  Minuteman II
  Peacekeeper

**Army Aviation Battalions** [1]
[1] Memo entry detail should show breakout by major platform.

**Army (Joint Air Ground Center)**
**Number of Deep Attack Rotations**
  Combat Maneuver Training Center (CMTC) (Victory Strike-Battalions)
  Western Army National Guard Aviation Training Site (WAATS) (Battalions)
  National Training Center (NTC) (Battalions)
  Joint National Training Capability (JNTC) (Battalions)

**Variance Reporting:**  Describe all variances in quantities and dollars from the original President's Budget submission for both the Prior Year and the Current Year.  In addition to the explanations as to the reasons for the variances, this area should also be used to discuss how the variances contributed to/hindered achievement of activity goal.

**Exhibit OP-5 Flying Hours (Attachment 1)**
(Page 2 of 3)

<u>**COMPONENT NAME** \*</u>
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

<u>**Explanation of Performance Variances**</u>

**Prior Year:**

**Current Year:**

**Exhibit OP-5 Flying Hours (Attachment 1)**
(Page 3 of 3)

Exhibit OP-5 Ship Operations (Attachment 2)

**COMPONENT NAME  ***
Operation and Maintenance, _____
Budget Activity_____
Activity Group_____
Detail by Subactivity Group_____

**(FY PY, FY CY, and FY BY)**

**IV.  Performance Criteria and Evaluation (Ship Operations)**

|  | FY PY | | FY CY | | FY BY |
|---|---|---|---|---|---|
|  | **Budgeted*** | **Actual** | **Budgeted** | **Estimate** | **Estimate** |
| **Ship Years Supported** | | | | | |

**OPTEMPO (Days Underway per Quarter)**
  Deployed
  Non-Deployed

\* Information for the Prior Year (FY PY) Budgeted will reflect the amount requested in the President's Budget for that fiscal year, not the updated column reflecting congressional adjustments.

**Ship Operating Months Supported**
  Deployed
  Non-Deployed

**Ship Steaming Days Per Quarter**
  Deployed
  Non-Deployed

**Barrels of Fossil Fuel Required (000)**

**Nuclear Material Consumption ($000)**

**MSC Charter Inventory**

**Per Diem Days Chartered**
  Full Operating Status
  Reduced Operating Status

**Variance Reporting:**  Describe all variances in quantities and dollars from the original President's Budget submission for both the Prior Year and the Current Year.  In addition to the explanations as to the reasons for the variances, this area should also be used to discuss how the variances contributed to/hindered achievement of activity goal.

**Exhibit OP-5 Ship Operations (Attachment 2)**
(Page 1 of 2)

<u>**COMPONENT NAME**</u>  **\***
**Operation and Maintenance, _____**
 **Budget Activity_____**
 **Activity Group_____**
 **Detail by Subactivity Group_____**

<u>**Explanation of Performance Variances**</u>

**Prior Year:**

**Current Year:**

**Exhibit OP-5 Ship Operations (Attachment 2)**
(Page 2 of 2)

Exhibit OP-5 Land Forces – Army Ground & Air OPTEMPO (Attachment 3)

**COMPONENT NAME  \***
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**(FY PY, FY CY, and FY BY)**

**IV.  Performance Criteria and Evaluation (Army Ground OPTEMPO)**

|                              | **FY PY** | | **FY CY** | | **FY BY** | |
|------------------------------|-----------|---------|-----------|---------|-----------|---------|
| **Tactical Unit MTOE Systems** | **Qty** | **$000** | **Qty** | **$000** | **Qty** | **$000** |
| **a.  Tracked Combat Vehicles** | | | | | | |
| (Memo Entry [1/]) | | | | | | |

\* Information for the Prior Year (FY PY) Budgeted will reflect the amount requested in the President's Budget for that fiscal year, not the updated column reflecting congressional adjustments.

**b.  Combat Support Pacing Teams**
(Memo Entry [1/])

**c.  Maneuver Battalions/Squadrons**
(Memo Entry [1/])

**d.  Combat Support Battalions**
(Memo Entry [1/])

|                              | **FY PY** | **FY CY** | **FY BY** |
|------------------------------|-----------|-----------|-----------|
| **Ground OPTEMPO Measures** | | | |
| Average Tank Miles Budgeted | | | |
| Average Tank Miles Executed | | | |
| Percent of Tank Miles Executed | | | |
| Ground OPTEMPO Funds Budgeted ($000) | | | |
| Ground OPTEMPO Funds Executed ($000) | | | |
| Percent of Ground OPTEMPO Funds Executed | | | |

**Exhibit OP-5 Land Forces – Army Ground & Air OPTEMPO (Attachment 3)**
(Page 1 of 4)

**COMPONENT NAME  ***

**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**(FY PY, FY CY, and FY BY)**

**IV.  Performance Criteria and Evaluation** (Army Air OPTEMPO)

|  | FY PY | | FY CY | | FY BY | |
|---|---|---|---|---|---|---|
|  | **Qty** | **$000** | **Qty** | **$000** | **Qty** | **$000** |
| **Aircraft** | | | | | | |
| (Memo Entry [1]) | | | | | | |
| | | | | | | |
| **Aviation Battalions** | | | | | | |
| (Memo Entry [1]) | | | | | | |

|  | FY PY | FY CY | FY BY |
|---|---|---|---|
| **Air OPTEMPO Measures** | | | |
| Flying Hours Budgeted (000) | | | |
| Flying Hours Executed (000) | | | |
| Percent of Budgeted Hours Executed | | | |
| Air OPTEMPO Funds Budgeted ($000) | | | |
| Air OPTEMPO Funds Executed ($000) | | | |
| Percent of Air OPTEMPO Funds Executed | | | |

1/ Memo entry detail should show the systems under each category.

**Exhibit OP-5 Land Forces – Army Ground & Air OPTEMPO (Attachment 3)**
(Page 2 of 4)

COMPONENT NAME *
Operation and Maintenance, _____
Budget Activity_____
Activity Group_____
Detail by Subactivity Group_____

(FY PY, FY CY, and FY BY)

IV. **Performance Criteria and Evaluation** (Army Combat Training Center Training)

| | FY PY | | FY CY | | FY BY | |
|---|---|---|---|---|---|---|
| **Combat Training Centers (CTCs)** | **Qty** | **$000** | **Qty** | **$000** | **Qty** | **$000** |

a.  **Throughput (Inventory Numbers)**
   - BCTP (Divisions/Corps)
   - CMTC (Battalions)
   - JRTC (Battalions)
   - NTC (Battalions)
   - JNTC (Battalions)

b.  **Rotations (Number of Rotations)**
   - BCTP (Divisions/Corps)
   - CMTC (Battalions)
   - JRTC (Battalions)
   - NTC (Battalions)
   - JNTC (Battalions)

Notes:  BCTP – Battle Command Training Program, CMTC – Combat Maneuver Training Center, JRTC – Joint Readiness Training Center, NTC – National Training Center, JNTC – Joint National Training Capability

**Variance Reporting:**  Describe all variances in quantities and dollars from the original President's Budget submission for both the Prior Year and the Current Year.  In addition to the explanations as to the reasons for the variances, this area should also be used to discuss how the variances contributed to/hindered achievement of activity goal.

**Explanation of Performance Variances**

**Prior Year:**

**Current Year:**

**Exhibit OP-5 Land Forces – Army Ground & Air OPTEMPO (Attachment 3)**
(Page 3 of 4)

<u>**COMPONENT NAME**</u> **\***
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**(FY PY, FY CY, and FY BY)**

**IV.**  <u>**Performance Criteria and Evaluation**</u> **(Marine Corps Land Forces)**

|  | **FY PY** | | **FY CY** | | **FY BY** |
|---|---|---|---|---|---|
|  | **Budgeted\*** | **Actual** | **Budgeted** | **Estimate** | **Estimate** |

**Funds Allocated to Training & Equipment Maintenance**

**Combat Ready Days (Equipment and Training) CRED-ET**

\* Information for the Prior Year (FY PY) Budgeted will reflect the amount requested in the President's Budget for that fiscal year, not the updated column reflecting congressional adjustments.

**Cost per CRED-ET**

**Total Possible Combat Ready Days**
**Percent Achieved**

**Variance Reporting:**  Describe all variances in quantities and dollars from the original President's Budget submission for both the Prior Year and the Current Year.  In addition to the explanations as to the reasons for the variances, this area should also be used to discuss how the variances contributed to/hindered achievement of activity goal.

<u>**Explanation of Performance Variances**</u>

**Prior Year:**


**Current Year:**


Exhibit OP-5 Land Forces – Army Ground & Air OPTEMPO (Attachment 3)
(Page 4 of 4)

**DoD 7000.14-R**      **Financial Management Regulation**      **Volume 2A, Chapter 3**

**\* December 2010**

Exhibit OP-5 Facilities Sustainment and Restoration/Modernization (Attachment 4)

<u>**COMPONENT NAME \***</u>

**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**(FY PY, FY CY, and FY BY)**

★**IV.** <u>**Performance Criteria and Evaluation**</u> **(Facilities Sustainment and Restoration/Modernization)**

| | <u>FY PY</u> | | <u>FY CY</u> | | <u>FY BY</u> |
|---|---|---|---|---|---|
| | <u>Actual</u>[1] | <u>OCO Funding</u>[2] | <u>Estimate</u>[1] | <u>OCO Funding</u>[2] | <u>Estimate</u> |

**Funding Levels ($ in thousands)**

**Sustainment**[3]

**Narrative justification of sustainment funding; this section should provide a greater level of detail than that provided in the description of operations financed (Part I of the OP-5).**

**Restoration/Modernization**[3]

**Narrative justification of restoration/modernization funding; this section should provide a greater level of detail than that provided in the description of operations financed (Part I of the OP-5).**

**Demolition**

**Narrative justification of demolition funding; this section should provide a greater level of detail than that provided in the description of operations financed (Part I of the OP-5).**

| **TOTAL O&M FUNDING**[4] | $ | $ | $ | $ | $ |
|---|---|---|---|---|---|

[1]Should exclude Overseas Contingency Operations (OCO) funding and Title IX funds.
[2]Memo entry which reflects any OCO funding received or requested. Metric data does not need to be provided for this entry, only provide funding levels.
[3]Must be consistent with information contained within the Facilities Data Quality Assurance application.
[4]Total funding for Facilities Sustainment and Restoration/Modernization must be consistent with estimates identified for the Facilities Sustainment and Restoration/Modernization subactivity group in the automated OP-32 submit.

**NOTE:  Information on this exhibit** <u>**must**</u> **be consistent with information on the PBA-7 Exhibits, Facilities Sustainment and Restoration/ Modernization, and Demolition Programs,** as well as information contained within the Facilities Data Quality Assurance website.

Exhibit OP-5 Facilities Sustainment and Restoration/Modernization (Attachment 4)

(Page 1 of 1)

**DoD 7000.14-R** **Financial Management Regulation** **Volume 2A, Chapter 3**
**\* December 2010**

Exhibit OP-5 Depot Maintenance (Attachment 5)

**COMPONENT NAME \***
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**(FY PY, FY CY, and FY BY)**

IV. **Performance Criteria and Evaluation** (Depot Maintenance)

| | Prior Year (FY PY) | | | | | | Current Year (FY CY) | | | | | FY BY | |
| | | | Actual Inductions | | Completions | | Budget ($ in M) | | Estimated Inductions | | Carry-In | Budget ($ in M) | |
| | Budget ($ in M) | | | | Prior Yr | Cur Yr | | | | | | | |
| | Qty | M) | Qty | ($ in M) | Yr | Yr | Qty | M) | Qty | ($ in M) | Qty | Qty | M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Type of Maintenance Commodity (Aircraft, Combat Vehicles, etc)** | **0** | **0** | **0** | **0** | **n/a** | **n/a** | **0** | **0** | **0** | **0** | **n/a** | **0** | |
| (Memo Entry[2] ) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Commodity** | **0** | **0** | **0** | **0** | **n/a** | **n/a** | **0** | **0** | **0** | **0** | **n/a** | **0** | |
| (Memo Entry[2] ) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Commodity** | **0** | **0** | **0** | **0** | **n/a** | **n/a** | **0** | **0** | **0** | **0** | **n/a** | **0** | |
| (Memo Entry[2] ) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **DEPOT MAINTENANCE TOTAL[1]** | **0** | **0** | **0** | **0** | **n/a** | **n/a** | **0** | **0** | **0** | **0** | **n/a** | **0** | **0** |

[1] Commodity totals should match the commodity totals on the service OP-30 exhibit

[2] Memo entry detail should show the substantial, major systems being repaired under each commodity category, not necessarily EVERY system.

**Exhibit OP-5 Depot Maintenance (Attachment 5)**
(Page 1 of 2)

DoD 7000.14-R                    **Financial Management Regulation**                    Volume 2A, Chapter 3

<u>**COMPONENT NAME**</u> *
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**
**(FY PY, FY CY, and FY BY)**

**Variance Reporting:**  Describe all variances in quantities and dollars from the original President's Budget submission for both the Prior Year and the Current Year.  In addition to the explanations as to the reasons for the variances, this area should also be used to discuss how the variances contributed to/hindered achievement of activity goal.

<u>**Explanation of Performance Variances**</u>

**Prior Year:**


**Current Year:**


<u>**Instructions and Definitions**</u>
**Exhibit Scope:**
Report detailed information only on major end items of equipment.  Use the other category for minor items.  Fill in only the area for funding for the other category.


**Definitions:**
Budget Qty (Columns B, H, M and O):  The quantities contained in the President's budget submission for the fiscal year indicated.  Info for the Prior Year will reflect the amount requested in the President's Budget for that fiscal year, not the updated column reflecting congressional adjustments.
Budget $ (Columns C, I, N and P):  The funding requested in the President's Budget submission for the fiscal year indicated.   Info for the Prior Year will reflect the amount requested in the President's Budget for that fiscal year, not the updated column reflecting congressional adjustments.
Actual Inductions Qty (Column D): The number of units actually funded for induction during the Prior Year.
Actual Inductions $ (Column E): The cost of the items contained in Column D.
Completions Prior Year (Column F):  Items completed during the Prior Year that were funded in a previous fiscal year.
Completions Current Year (Column G):  Items in Column D that were completed during the Prior Year.
Estimated Inductions Qty (Column J):  Revised Current Year quantity estimate.
Estimated Inductions $ (Column K):  The cost of the items contained in Column J.
Carry-In QTY (Column L):  The number of items funded in prior years that have not been delivered.

**Exhibit OP-5 Depot Maintenance (Attachment 5)**
(Page 2 of 2)

Exhibit OP-5 Defense Health Program (Attachment 6)

<u>**COMPONENT NAME**</u> **\***
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**(FY PY, FY CY, and FY BY)**

**IV.** <u>**Performance Criteria and Evaluation**</u> **(Defense Health Program)**

|  | <u>FY PY</u> | | <u>FY CY</u> | <u>FY BY</u> |
|---|---|---|---|---|
|  | <u>Budgeted\*</u> | <u>Actual</u> | <u>Budgeted</u> | <u>Estimate</u> |

**Beneficiary Satisfaction with Health Plan**
**Inpatient Production Targets (Relative Weighted Products) \***
**Outpatient Production Targets (Relative Value Units)**
**Primary Care Productivity**
**Medical Per Member Per Year - Annual Cost Growth\***

Information for the Prior Year (FY PY) Budgeted will reflect the amount requested in the President's Budget for that fiscal year, not the updated column reflecting congressional adjustments

\* As compared with private sector health care plan increases

**Variance Reporting:**  Describe all variances in quantities and dollars from the original President's Budget submission for both the Prior Year and the Current Year.  In addition to the explanations as to the reasons for the variances, this area should also be used to discuss how the variances contributed to/hindered achievement of activity goal.

<u>**Explanation of Performance Variances**</u>

**Prior Year:**


**Current Year:**


**Exhibit OP-5 Defense Health Program (Attachment 6)**
(Page 1 of 3)

*These performance metrics will be used to focus on the overall performance of the health benefit plan offered to DoD beneficiaries. Measuring performance to goals allows the DHP to track internal effectiveness as well as effectiveness relative to other health plan benefits in the private sector. Results of these performance metrics will be reported annually in Defense Health Program O&M Overview Exhibit.*

| Questions | Ans. | Explanation | Evidence/Data |
|---|---|---|---|
| Is the satisfaction with the TRICARE Health Plan increasing, decreasing, or staying the same? | Increasing = 10, Steady = 5, Decreasing = 0 | An increase in the satisfaction with the TRICARE Health Plan indicates that actions being taken are improving the overall functioning of the plan from the beneficiaries perspective. Goal is to improve overall satisfaction level to that of civilian plans using a standardized survey instrument. | Satisfaction with the TRICARE Health Plan is related to two primary functional areas: timeliness of claims adjudication and access to medical services for beneficiaries. Improvements in either of these functions generally improves the measures, where as problems will cause a decline. |
| Did the DHP achieve its inpatient production targets (number of Relative Weighted Products (RWPs))? | At or above target = 10, = or > 95% target = 5, Below 95% target = 0 | Achieving the production targets ensures that the initial plans for allocation of personnel and resources are used appropriately in the production of inpatient workload | Failing to achieve production target suggests that facilities may not be appropriately using their resources and may signal need to align assets to other areas within the facility or other facilities that are not at capacity. Surpassing the target signifies opportunities to achieve saving through recapture of purchased care workload. |
| Did the DHP achieve its outpatient production targets (number of Relative Value Units (RVU's))? | At or above target = 10, = or > 95% target = 5, Below 95% target = 0 | Achieving the production targets ensures that the initial plans for allocation of personnel and resources are used appropriately in the production of outpatient workload | Failing to achieve production target suggests that facilities may not be appropriately using their resources and may signal need to align assets to other areas within the facility or other facilities that are not at capacity. Surpassing the target signifies opportunities to achieve saving through recapture of purchased care workload. |

**Exhibit OP-5 Defense Health Program (Attachment 6)**
(Page 2 of 3)

| Is the productivity of the Primary Care Providers increasing, decreasing, or staying the same? | Increasing = 10, Steady = 5, Decreasing = 0 | In order to run a premier Health Maintenance Organization (HMO), the critical focus area is primary care.  The primary care provider frequently represents the first medical interaction between the beneficiary and the HMO. In this role the primary care provider is responsible for the majority of the preventive care to keep beneficiaries healthy and away from more costly specialty care. | This metric looks at the complexity of care and the number of patients seen by the primary care providers each day, with a goal of increasing the complexity and/or number of patients seen each day by the provider.  As more care is provided by the direct care facilities, there is better utilization of the assets, and the average cost per encounter will decrease.  Goal is to increase productivity to levels comparable to the civilian sector while still maintaining readiness. |
| Is the Medical Per Member Per Year (PMPY) cost growth rate at or below private sector health care plan rate increases? | At or below Nat'l Rate = 10, Up to 105% of Nat'l Rate = 5, Above 105% of Nat'l Rate = 0 | The medical cost per member per year looks at the overall cost of the Prime enrollees for the DHP.  This tracks all costs related to care delivered to enrollees.  The objective is to keep the rate of cost growth for the treatment of TRICARE enrollees to a level at or below the civilian health care plan rate increases at the national level. | The cost has multiple components that all must be operating properly to effectively deliver the appropriate health care services to the enrollee.  This measure incorporates the cost of producing the care in the direct care facilities, as well as issues of utilization for both direct care and purchased care.  If the cost to produce the individual units of care in the direct care system is high, then the cost per enrollee will increase.  Similarly, if the enrollees receive high numbers of encounters, then the cost will also increase.  The objective is to properly manage both the production of care in the direct care facilities, and the utilization of health care services for the enrollees to effectively keep the enrollee healthy. |

**Exhibit OP-5 Defense Health Program (Attachment 6)**
(Page 3 of 3)

**DoD 7000.14-R**                    **Financial Management Regulation**                    **Volume 2A, Chapter 3**
**\* December 2010**

Exhibit OP-5 CE2T2 Program (Attachment 7)

**COMPONENT NAME** \*
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**(FY PY, FY CY, and FY BY)**

**IV.  Performance Criteria and Evaluation** (Combatant Commander's Exercise Engagement and Training Transformation (CE2T2) Program

| Exercise Name & Location [1/] | Time Period of Exercise | Work Load Measure [2/] | Cost ($ in Thousands) | | |
|---|---|---|---|---|---|
| | | | Transportation | Other | Total [3/] |

Directed Exercises
(List by exercise)
    Total

1/   Identify each initiative by category, CINC, and exercise name.

2/   Airlift:  Reflect C-130, C-141, C-17, or C-5 hours, as appropriate, for transportation costs.  Separately identify C-130, C-141, C-17, or C-5 hour requirements, as appropriate, for commercial augmentation effort.  Indicate in footnote JCS Exercise rate used for pricing.

Sealift:  Express work measurement tons (differentiate between break bulk and containers) to be transported via MSC and MSC per diem ship days as applicable.  In footnote indicate rates used for each.

Land Transportation:  Express program values, in measurement tons to be transported overland.  Indicate rates used in footnote.

Coordinated Exercises
(List by exercise)
    Total

Port Operations:

CONUS:  Express work load in terms of measurement tons to be transported through CONUS Ports.  Indicate rates used in footnote.

Overseas:  Express work load in terms of measurement tons to be transported through Overseas Ports.  Indicate rates used in footnote.

Total Directed
and Coordinated
Exercises

3/   For FY PY and FY CY:  Show by footnote both the amount appropriated for FY PY and the amount requested for the FY CY in the FY CY President's budget.  For FY CY, explain the difference between the amount requested in the President's budget and the current estimate.

For FY BY:  Briefly describe changes in the program from that of the previous year.  To the extent that specific exercises have not been approved at the time of the budget submission, estimate total program levels.  Estimated amounts should be distributed between transportation and other costs, as applicable, and should be related to estimated work load.  Explanations of changes in both costs and work load are required between the FY CY and FY BY.  This information should be provided in sufficient detail to justify the budget estimate.

**Exhibit OP-5 CE2T2 Program (Attachment 7)**
(Page 1 of 1)

Exhibit OP-5 Base Support Program (Attachment 8)

**COMPONENT NAME**                         *
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**IV.    Performance Criteria and Evaluation: (Base Operations)**

| | FY PY | FY CY | FY BY |
|---|---|---|---|
| A.  Administration ($000) | | | |
|     Military Personnel Average Strength | | | |
|     Civilian Personnel FTEs | | | |
|     Number of Bases, Total | | | |
|      (CONUS) | | | |
|      (Overseas) | | | |
|     Population Served, Total | | | |
|      (Military, Average Strength) | | | |
|      (Civilian, FTEs) | | | |
| | | | |
| B.    Retail Supply Operations ($000) | | | |
|     Military Personnel Average Strength | | | |
|     Civilian Personnel FTEs | | | |
| | | | |
| C.    Bachelor Housing Ops/Furn. ($000) | | | |
|     Military Personnel Average Strength | | | |
|     Civilian FTEs | | | |
|     No. of Officer Quarters | | | |
|     No. of Enlisted Quarters | | | |
| | | | |
| D.    Other Morale, Welfare and Recreation ($000) | | | |
|     Military Personnel Average Strength | | | |
|     Civilian FTEs | | | |
|     Population Served, Total | | | |
|      (Military, Average Strength) | | | |
|      (Civilian/Dependents, FTEs) | | | |

**Exhibit OP-5 Base Support Program (Attachment 8)**
(Page 1 of 3)

**COMPONENT NAME**                    *
 **Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

| IV. | **Performance Criteria and Evaluation**: | **FY PY** | **FY CY** | **FY BY** |

E.    Maintenance of Installation Equipment ($000)
       Military Personnel Average Strength
       Civilian Personnel FTEs
F.    Other Base Services ($000)
       Military Personnel Average Strength
       Civilian Personnel FTEs
       Number of Motor Vehicles, Total
          (Owned)
          (Leased)
G.    Other Personnel Support ($000)
       Military Personnel Average Strength
       Civilian Personnel FTEs
       Population Served, Total
          (Military, Average Strength)
          (Civilian, FTEs)
H.    Payments to Defense Finance and Accounting Service ($000)
I.    Payments to GSA ($000)
       Leased Space (000 sq. ft)
       Recurring Reimbursements ($000)
       One-time Reimbursements ($000)
J.    Non-GSA Lease Payments for Space
       Leased Space (000 sq. ft)
       Recurring Reimbursements ($000)
       One-time Reimbursements ($000)
K.    Other Engineering Support ($000)
       Military Personnel Average Strength
       Civilian Personnel FTEs

**Exhibit OP-5 Base Support Program (Attachment 8)**
(Page 2 of 3)

**COMPONENT NAME**                    \*
 **Operation and Maintenance, _____**
 **Budget Activity_____**
 **Activity Group_____**
 **Detail by Subactivity Group_____**

| IV. | **Performance Criteria and Evaluation**: | **FY PY** | **FY CY** | **FY BY** |
|---|---|---|---|---|

L.    Operation of Utilities ($000)
           Military Personnel Average Strength
           Civilian Personnel FTEs
           Electricity (MWH)
           Heating (MBTU)
           Water, Plants & Systems (000 gals)
           Sewage & Waste Systems (000 gals)
           Air Conditioning and Refrigeration (Ton)

M.    Environmental Services ($000)

N.    Child and Youth Development Programs
           Number of Child Development Centers
           Number of Family Child Care (FCC) Homes
           Total Number of Children Receiving Care
           Percent of Eligible Children Receiving Care
           Number of Children on Waiting List
           Total Military Child Population (Infant to 12 years)
           Number of Youth Facilities
           Youth Population Serviced (Grades 1 to 12)

           **Total Base Support** (The sum of A –N amounts must match the Base Support total in O-1, O&M Funding by Budget Activity/Activity Group/Subactivity Group Exhibit.)

ADDITIONAL INSTRUCTIONS

This schedule should <u>exclude</u> those funds supporting maintenance and repair of real property and minor construction (which should be reported on Attachment 4).
- Additional performance criteria and work load indicators may be included for any of the above functional categories as applicable.  Additional criteria/indicators are
- Especially encouraged for "Other Base Services" and "Other Personnel Support" categories as they relate to more important or unique support functions.
Include direct Operation and Maintenance funds only.  (<u>Exclude</u> amounts funded from Military Personnel appropriations.)
- This format should be followed in preparing an OP-5 Exhibits for Base Support.
**NOTE:  Information on this exhibit must be consistent with information on Exhibit PBA-10, Base Support.**

**Exhibit OP-5 Base Support Program (Attachment 8)**
(Page 3 of 3)

Exhibit OP-5 Transportation Program (Attachment 9)

**COMPONENT NAME**                          \*
  Operation and Maintenance, _____
  Budget Activity_____
  Activity Group_____
  Detail by Subactivity Group_____

**IV.    Performance Criteria and Evaluation (Transportation)**

|  | **FY PY** | | **FY CY** | | **FY BY** | |
|---|---|---|---|---|---|---|
|  | **Units** | **($ in 000)** | **Units** | **($ in 000)** | **Units** | **($ in 000)** |

First Destination Transportation (FDT) (by Mode of Shipment):
    This should include only FDT supporting O&M purchases.

Military Traffic Management Command:          NOTE:  Abbreviate units of measure as follows:
  Port Handling (MT)                                Short Tons= ST
                                                    Measurement Tons = MT
Military Sealift Command:                          Missions = MSN
  Regular Routes (MT)                               Ship Days = SD
  Per Diem (SD)

Air Mobility Command:                         Provide <u>subtotals</u> for all modes of shipment (MTMC, MSC, AMC & Commercial)
  Regular Channel (ST)
  SAAM (MSN)

Commercial:                                   Amounts should be consistent with amounts shown in applicable OP-5 Exhibits
  Air (ST)                                    in each Service's/Components budget justification books and agree with amounts
  Surface (ST)                                provided in PBA-13, Transportation.

    TOTAL FDT

Exhibit OP-5 Transportation Program (Attachment 9)
(Page 1 of 2)

**DoD 7000.14-R**         **Financial Management Regulation**         **Volume 2A, Chapter 3**
                                                                        **\* December 2010**

<u>**COMPONENT NAME**</u>  **\***
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

| IV. | <u>Performance Criteria and Evaluation</u> | FY PY | | FY CY | | FY BY | |
|---|---|---|---|---|---|---|---|
| | (continued) | <u>Units</u> | <u>($ in 000)</u> | <u>Units</u> | <u>($ in 000)</u> | <u>Units</u> | <u>($ in 000)</u> |

<u>Second Destination Transportation (SDT) (by Mode of Shipment)</u>:

Military Traffic Management Command:          Provide <u>subtotals</u> for all modes of shipment (MTMC, MSC, AMC & Commercial)
  Port Handling (MT)

Military Sealift Command:
  Regular Routes (MT)
  Per Diem (SD)

Air Mobility Command:
  Regular Channel (ST)
  SAAM (MSN)

Commercial:
  Air (ST)
  Surface (ST)

    TOTAL SDT

<u>Second Destination Transportation by Selected Commodities)</u>:

  Cargo (Military Supplies and Equipment)          For each commodity, show amounts separately by Short Tons (ST),
  Base Exchanges                                   Measurement Tons (MT), Missions (MSN), or Ship Days of Per Diem (SD),
  Subsistence                                      as applicable.
  Overseas Mail

    TOTAL FDT AND SDT

**Exhibit OP-5 Transportation Program (Attachment 9)**
(Page 2 of 2)

Exhibit OP-5 Training (Attachment 10)

**COMPONENT NAME  \***
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**IV.    Performance Criteria and Evaluation (Training)**

| | FY PY | | | FY CY | | | FY BY | |
|---|---|---|---|---|---|---|---|---|
| **Input** | **Output** | **Work Load** | **Input** | **Output** | **Work Load** | **Input** | **Output** | **Work Load** |

**Recruit Training:**
    Active
    Guard
    Reserve
    Other
       Subtotal

**One Station Unit Training:**
    Active
    Guard
    Reserve
    Other
       Subtotal

*For each training category, an explanation of how work load is calculated should be included and an example or explanation should be provided to demonstrate the relevance of the relationship between workload and funding.*

**Specialized Skill Training:**
    **Initial Skill**
    Active
    Guard
    Reserve
    Other
       Subtotal

    **Skill Progression**
    Active
    Guard
    Reserve
    Other
       Subtotal

    **Functional**
    Active
    Guard
    Reserve
    Other
       Subtotal

Exhibit OP-5 Training (Attachment 10)
(Page 1 of 4)

<u>**COMPONENT NAME \***</u>

**Operation and Maintenance,** _____

**Budget Activity**_____

**Activity Group**_____

**Detail by Subactivity Group**_____

**IV.**    <u>**Performance Criteria and Evaluation (continued)**</u>**:**

|  | **FY PY** | | | **FY CY** | | | **FY BY** | | |
|---|---|---|---|---|---|---|---|---|---|
|  | **Input** | **Output** | **Work Load** | **Input** | **Output** | **Work Load** | **Input** | **Output** | **Work Load** |

<u>**Specialized Skill Training (continued)**</u>**:**

     Other
     Active
     Guard
     Reserve
     Other
        Subtotal

<u>**Officer Acquisition:**</u>

**Officer Candidate School/**
     **Officer Training School**

**Academy Preparatory School**

**BOOST (Navy)**

**Flight Screening (AF)**

**Other College Commissioning Programs**

<u>**Senior ROTC:**</u>

     Scholarship
     College

| <u>**Service Academy:**</u> | <u>**FY PY**</u> | <u>**FY CY**</u> | <u>**FY BY**</u> |
|---|---|---|---|
| Beginning End Strength (1 October) | | | |
| Attrition | | | |
| Graduates | | | |
| Entries | | | |
| End Strength (30 September) | | | |
| Average Onboard | | | |

Exhibit OP-5 Training (Attachment 10)
(Page 2 of 4)

Case 1:16-cv-00784-MBH    Document 105-1    Filed 10/19/16    Page 412 of 608

COMPONENT NAME *

Operation and Maintenance, _____
Budget Activity_____
Activity Group_____
Detail by Subactivity Group_____

**IV.** **Performance Criteria and Evaluation (continued):**

| | FY PY | | | FY CY | | | FY BY | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Input** | **Output** | **Work Load** | **Input** | **Output** | **Work Load** | **Input** | **Output** | **Work Load** |

**Specialized Skill Training (continued):**
**Professional Military Education: (Identify schools separately)**

Active

Guard

Reserve

Other

    Subtotal


**Flight Training:**
  **Undergraduate Pilot Training - Active**
    STRIKE/Jet
    Helicopter
    Maritime
      Subtotal
  **Undergraduate Pilot Training - Guard**
    STRIKE/Jet
    Helicopter
    Maritime
      Subtotal
  **Undergraduate Pilot Training - Reserve**
    STRIKE/Jet
    Helicopter
    Maritime
      Subtotal
  **Undergraduate NFO/Navigator Training (by type):**

Exhibit OP-5 Training (Attachment 10)
(Page 3 of 4)

<u>**COMPONENT NAME**</u>  *

**Operation and Maintenance,** _____

**Budget Activity**_____

**Activity Group**_____

**Detail by Subactivity Group**_____

IV.    <u>**Performance Criteria and Evaluation (continued)**</u>:

| | FY PY | | | FY CY | | | FY BY | | |
|---|---|---|---|---|---|---|---|---|---|
| | <u>Input</u> | <u>Output</u> | <u>Work Load</u> | <u>Input</u> | <u>Output</u> | <u>Work Load</u> | <u>Input</u> | <u>Output</u> | <u>Work Load</u> |

<u>**Specialized Skill Training (continued)**</u>:

<u>**Flight Training (cont)**</u>:

**Advanced Flight Training**
     Active
     Guard
     Reserve
     Other
        Subtotal

**Other Flight Training**
     Active
     Guard
     Reserve
     Other
        Subtotal

| | <u>**FY PY**</u> | <u>**FY CY**</u> | <u>**FY BY**</u> |
|---|---|---|---|

**Flying Hours**
     Undergraduate Pilot Tng
        STRIKE/Jet
        Helicopter
        Maritime

     Undergraduate NFO/Navigator Tng
      (by type)

     Other Flying Hours

**NOTE:  Information on this exhibit must be consistent with information on Exhibit PBA-8, Training and Education.**

**Exhibit OP-5 Training (Attachment 10)**
(Page 4 of 4)

Exhibit OP-5 Navy Shipyards (Attachment 11)

**Navy Shipyards (Direct Funded)**
**Integrated Intermediate & Depot Level Maintenance**

**Description**
**Activity Group Function:**  Provide a narrative explanation of mission and major functions being performed.

**Activity Group Composition:**  Provide a list of activities and location.

**Exhibit OP-5 Navy Shipyards (Attachment 11)**
(Page1 of 10)

(Page 1 of 10)

Case 1:16-cv-00784-MBH     Document 105-1     Filed 10/19/16     Page 415 of 608

Navy Shipyards (Direct Funded)
Integrated Intermediate & Depot Level Maintenance

**Activity**

Provide the location of Activity and its function.

**1. Funding Summary**

SOURCE OF FUNDING ($000)

|  | **FY PY** | **FY CY** | **FY BY** |
|---|---|---|---|
| **Department of the Navy** | | | |
| **Direct** | | | |
| Operation &Maintenance, Navy  (Fleet) | | | |
| **Reimbursable** | | | |
| Operation &Maintenance, Navy  (NAVSEA) | | | |
| Shipbuilding & Conversion, Navy | | | |
| Other Procurement, Navy | | | |
| Other Department of Navy | | | |
| | | | |
| **Department of Defense** | | | |
| | | | |
| **Other Orders** | | | |
| Other Federal Agencies | | | |
| Foreign Military Sales | | | |
| Other | | | |

**Exhibit OP-5 Navy Shipyards (Attachment 11)**
(Page 2 of 10)

**Navy Shipyards (Direct Funded)**
**Integrated Intermediate & Depot Level Maintenance**

Performance Metrics (See glossary for definitions)

**METRICS**

| Item | **FY PY** | **FY CY** | **FY BY** |
|---|---|---|---|
| Quality of Work | | | |
| Unit Cost ($ per manday) | | | |
| Administrative efficiency | | | |
| CNO Availabilities Complete | | | |
| CNO Availabilities in process at end of FY | | | |
| Homeported Aircraft Carriers Supported (non-depot) | | | |
| Homeported Submarines Supported (non-depot) | | | |
| Homeported Surface Ships Supported (non-depot) | | | |
| Capacity Utilization Rate | | | |

**3. Performance Information (See glossary for definitions)**

| Estimates ($ 000) | **FY PY** | **FY CY** | **FY BY** |
|---|---|---|---|
| Direct Civilian Labor | | | |
| Direct Military Labor | | | |
| Direct Material | | | |
| Direct Contracts | | | |
| Other Direct Costs | | | |
| Overhead Civilian Labor | | | |
| Overhead Military Labor | | | |
| Overhead Non-Labor | | | |
| Total | | | |

*Note: Direct Contracts and Other Direct Costs included in Direct Material.*

**Exhibit OP-5 Navy Shipyards (Attachment 11)**
(Page 3 of 10)

**Navy Shipyards (Direct Funded)**
**Integrated Intermediate & Depot Level Maintenance**

**4. Workload**

Provide a narrative explanation of increases and decreases from fiscal year to fiscal year.

| **Mandays** | **FY PY** | **FY CY** | **FY BY** |
|---|---|---|---|
| Total Direct Mandays | | | |
| Shipbuilding and Conversion, Navy (ERO, RCOH, etc…) | | | |
| Surface Ship | | | |
| Submarines | | | |
| Inactivation Work | | | |
| Non-CNO availability Depot Work (RA/TA, CM, Emergent Repair, etc…) | | | |
| Regional Maintenance Center (Non-Depot) | | | |
| | | | |
| Total Indirect Mandays | | | |
| Production and General Overhead | | | |
| | | | |
| **Total Mandays** | | | |
| Straight Time Mandays | | | |
| Overtime Mandays | | | |

**Exhibit OP-5 Navy Shipyards (Attachment 11)**
(Page 4 of 10)

**Navy Shipyards (Direct Funded)**
**Integrated Intermediate & Depot Level Maintenance**

| Workload Schedule | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **FY** | **Hull** | **Name** | **Planned Start Date** | **Planned End Date** | **Actual Start Date** | **Actual End Date** | **Avail Type** | **Budgeted Mission Direct Labor MD** | **Budgeted Reimb Direct Labor MD** | **Actual Mission Direct Labor MD** | **Actual Reimb Direct Labor MD** |
| **FY PY** | | | | | | | | | | | |
| **FY CY** | | | | | | | | | | | |
| **FYBY1** | | | | | | | | | | | |
| **FYBY2** | | | | | | | | | | | |
| | Maximum | Percent Late | | Maximum | | Percent Over Manday Budget | | | | | |
| | Average | Percent Late | | Average | | Percent Over Manday Budget | | | | | |

**Exhibit OP-5 Navy Shipyards (Attachment 11)**
(Page 5 of 10)

**Navy Shipyards (Direct Funded)**
**Integrated Intermediate & Depot Level Maintenance**

**5. Workforce**
Provide a narrative explanation and identification of workforce.

WORKFORCE

| Item | FY PY | FY CY | FY BY |
|---|---|---|---|
| Civilian End Strength | | | |
| Military End Strength | | | |
| **Total Workforce** | | | |

**Apprentice Program**
Provide a narrative explanation.

| Item | FY PY | FY CY | FY BY |
|---|---|---|---|
| First year apprentices | | | |
| Second year apprentices | | | |
| Third year apprentices | | | |
| Fourth year apprentices | | | |
| **Total Workforce** | | | |

Apprentice program costs include apprentice salaries while in a training status, tuition, books, and other instructional costs:

| $K | FY PY | FY CY | FY BY |
|---|---|---|---|
| **Apprentice Program Cost** | | | |

**Exhibit OP-5 Navy Shipyards (Attachment 11)**
(Page 6 of 10)

**Navy Shipyards (Direct Funded)**
**Integrated Intermediate & Depot Level Maintenance**

**6. Infrastructure Accounts (See glossary for definitions)**

INFRASTRUCTURE SUPPORT ACCOUNT SUMMARY ($K)

| Estimates ($000)) | FY PY | FY CY | FY BY |
|---|---|---|---|
| Base Operating Support (OMN) | | | |
| Capital Equipment (OPN) | | | |
| Facilities Sustainment, Restoration, & Modernization (OMN) | | | |
| Military Construction (MILCON) | | | |
| Total | | | |

Provide the following information for each Capital Equipment and MILCON project by fiscal year (FY 2006 – 2009):

| CAPITAL EQUIPMENT PROJECT SUMMARY ($K) | | |
|---|---|---|
| Project Title | FY | COST |
| | FY TOTAL | |

**Exhibit OP-5 Navy Shipyards (Attachment 11)**
(Page 7 of 10)

Case 1:16-cv-00784-MBH   Document 105-1   Filed 10/19/16   Page 421 of 608

**Navy Shipyards (Direct Funded)**
**Integrated Intermediate & Depot Level Maintenance**

| MILCON PROJECTS SUMMARY ($K) | | |
|---|---|---|
| **Project Title** | **FY** | **COST** |
| | | |
| **FY TOTAL** | | |

**Navy Shipyards (Direct Funded)**
**Integrated Intermediate & Depot Level Maintenance**

**Glossary**

**Performance Metrics:**

Schedule Adherence:  Two metrics, Average Percentage Late and Maximum Percentage Late.  The percentage late is calculated by dividing the availability actual duration by the scheduled duration (as stated in the last Presidential Budget).

Manday Budget Performance:  Two metrics, Average Percentage Over Manday Budget and Maximum Percentage Over Manday Budget.  The percentage over manday budget is calculated by dividing the availability actual mandays by the budgeted mandays (as stated in the last Presidential Budget).

Quality of Work:  This metric reports the number of post delivery discrepancies per 1,000 mandays of actual expenditures.

Unit Cost:  This metric reports the total cost less direct material, direct contract, other direct, and MILCON per direct labor manday delivered.  CY and BY reflect the budgeted values.

Administrative Efficiency:  This metric reports the total cost less direct material and direct labor divided by total cost less direct material.  CY and BY reflect the budgeted values.

CNO Availabilities Complete:  This metric reports the total number of CNO availabilities completed during the PY.

CNO Availabilities in Progress at end of FY:  The metric reports the number of CNO availabilities in progress at the end of the PY.

Homeported Aircraft Carriers Supported:  Number of homeported aircraft carriers supported by activity.  Determines activities non-depot workload.

Homeported Submarines Supported:  Number of homeported submarines supported by activity.  Determines activities non-depot workload.

Homeported Surface Ships Supported:  Number of homeported surface ships supported by activity.  Determines activities non-depot workload.

Shipyard Capacity Utilization:  This metric reports the total workload compared to the modified dry-dock capacity index.  CY and BY reflect the budgeted values.

**Exhibit OP-5 Navy Shipyards (Attachment 11)**
(Page 9 of 10)

**Navy Shipyards (Direct Funded)**
**Integrated Intermediate & Depot Level Maintenance**

**Performance Information:**

<u>Direct Civilian Labor</u>:  Includes actual direct civilian labor cost (accelerated by benefits) plus direct overtime cost.

<u>Direct Military Labor</u>:  Total military salary cost times percentage of military mandays spent on direct work.

<u>Direct Material</u>:  Actual material (piece-part) costs.

<u>Direct Contracts</u>:  Includes all contract labor costs.

<u>Other Direct Costs</u>:  Includes direct costs not included in direct material and direct contracts.  Examples include travel costs and equipment rental costs.

<u>Overhead Civilian Labor</u>:  Includes actual overhead civilian labor cost (accelerated by benefits), overhead overtime, differential costs, bonuses, lump sum leave costs, and transportation incentive program costs.  .

<u>Overhead Military Labor</u>:  Total military salary cost less that reported as direct military labor.

<u>Overhead Non-Labor</u>:  Includes such non-labor costs as overhead travel, telecommunications, office, shop, and furniture purchases less than OPN $250,000 threshold, crane maintenance, and Janitorial services. …

**Infrastructure Accounts**: These accounts provide the funding for infrastructure operation, maintenance, and replacement as follows:

<u>Base Operating Support (OMN)</u>:  Base Operating Support finances utilities, maintenance, security, transportation, and port operations costs required to support industrial operations.

<u>Capital Expenditures (OPN)</u>: The Capital Budget Authority reflects the financing of essential fleet support equipment and other capital improvements critical to sustaining shipyard operations, improving productivity, meeting health, safety and environmental requirements and lowering production costs.

<u>Facilities Sustainment, Restoration, & Modernization (OMN)</u>:  The Sustainment, Restoration, and Modernization Budget Authority reflect the financing of essential infrastructure maintenance and modernization.

<u>Military Construction (MILCON)</u>: Budget Authority reflects the financing of essential infrastructure replacement critical to sustaining shipyard operations, improving productivity, meeting health, safety and environmental requirements and lowering production costs.

**Exhibit OP-5 Navy Shipyards (Attachment 11)**
(Page 10 of 10)

Exhibit OP-5 Overseas Contingency Operations (Attachment 12)

**COMPONENT NAME**
**Summary Information**
**Overseas Contingency Operation(s):  Operation Enduring Freedom (OEF) and Operation Iraqi Freedom/Operation New Dawn (OIF/OND)**
**Operation and Maintenance, _____**

**I.**    **Description of Operations Financed:**  Provide a narrative explanation for <u>each</u> contingency operation (Operation Enduring Freedom (OEF) and Operation Iraqi Freedom/Operation New Dawn (OIF/OND)), characterizing the mission and major functions funded in this appropriation.

**II.**    **Force Structure Summary:**  Provide a narrative explanation and identification of force structure (e.g., quantity number of operational and support units, numbers of Active, Reserve and Guard personnel deployed, or in-training for rotation into theater-of-operation, and other types of assistance) supported by funding in this appropriation.

**III.**    **O-1 Line Item Summary:**  Provide a tabular O-1 line item summary.

**IV.**    **OP-32 Summary:**  Provide a summary OP-32 for the appropriation.

Exhibit OP-5 Overseas Contingency Operations (Attachment 12)
(Page 1 of 5)

<u>COMPONENT NAME</u>
Overseas Contingency Operation(s):  <u>Operation Enduring Freedom (OEF) and Operation Iraqi Freedom/Operation New Dawn (OIF/OND)</u>

Operation and Maintenance, _____
Budget Activity_____
Activity Group_____
Detail by Subactivity Group_____

I.    <u>Description of Operations Financed by Subactivity Group</u>:  Provide a narrative explanation for <u>each</u> contingency operation (Operation Enduring Freedom (OEF), Operation Iraqi Freedom/Operation New Dawn (OIF/OND)), characterizing the mission and major functions funded in this subactivity group.

II.    <u>Financial Summary ($ in Thousand) by Cost Breakdown Structure (CBS)</u>

| CBS No. | CBS Title | FY PY Actual | FY CY Total | Delta | FY BY Total |
|---|---|---|---|---|---|
| **OEF** | | | | | |
| 1.XX | **Personnel** | $ | $ | $ | $ |
| 2.XX | **Personnel Support** | $ | $ | $ | $ |
| 3.XX | **Operating Support** | $ | $ | $ | $ |
| 4.XX | **Transportation** | $ | $ | $ | $ |
| | Total | $ | $ | $ | $ |
| | | | | | |
| **OIF/OND** | **(FY 2010 will be OIF/OND)** | $ | $ | $ | $ |
| 1.XX | **Personnel** | $ | $ | $ | $ |
| 2.XX | **Personnel Support** | $ | $ | $ | $ |
| 3.XX | **Operating Support** | $ | $ | $ | $ |
| 4.XX0 | **Transportation** | $ | $ | $ | $ |
| | Total | $ | $ | $ | $ |
| | SAG Total | $ | $ | $ | $ |

Exhibit OP-5 Overseas Contingency Operations (Attachment 12)
(Page 2 of 5)

DoD 7000.14-R       **Financial Management Regulation**     **Volume 2A, Chapter 3**

Case 1:16-cv-00784-MBH  Document 105-1  Filed 10/19/16  Page 426 of 608

\* December 2010

**COMPONENT NAME**
Overseas Contingency Operation(s):  <u>Operation Enduring Freedom (OEF) and Operation Iraqi Freedom/Operation New Dawn (OIF/OND)</u>
Operation and Maintenance, _____
Budget Activity_____
Activity Group_____
Detail by Subactivity Group_____

III.  <u>**Description of Operations Financed by Operation and CBS**</u>:  Provide a separate narrative explanation by Operation and CBS for each CBS category as shown in Section II.  Additionally, these explanations should address significant program initiatives/actions included in the budget.

| | FY PY Actual | FY CY Total | Delta | FY BY Total |
|---|---|---|---|---|
| **OEF** | | | | |
| 1. Cost Breakdown Structure (CBS) Category/Subcategory 1.XX Personnel | $ | $ | $ | $ |

 **a.** <u>**Narrative Justification**</u>:  Explanation of what is purchased.  Provide narrative justification in the CBS format detailing what specific activities are supported by funding in this subactivity group, itemizing and justifying major category and subcategory changes within each subactivity group.  Provide sufficient narrative justification and other details (comparable to the baseline budget) to fully explain the underlying program dynamics and cost drivers.  The narrative justification should relate cost to force structure changes, performance criteria, and workload and manpower data.  These force structure changes, performance criteria, workload and manpower data can be extracts from the baseline budget OP-5 exhibit attachments, but tailored to this contingency operation.

 **b.** <u>**Explanation of Change Between FY CY and FY BY**</u>:  Explain year to year changes, itemizing and justifying major financial changes within each operation, subactivity group, and CBS.

| | FY PY Actual | FY CY Total | Delta | FY BY Total |
|---|---|---|---|---|
| **OND (FY2010 will be OIF/OND)** | | | | |
| 2. Cost Breakdown Structure (CBS) Category/Subcategory 1.0 Personnel | $ | $ | $ | $ |

 **a.** <u>**Narrative Justification**</u>:  Explanation of what is purchased.  Provide narrative justification in the CBS format detailing what specific activities are supported by funding in this subactivity group, itemizing and justifying major category and subcategory changes within each subactivity group.  Provide sufficient narrative justification and other details (comparable to the baseline budget) to fully explain the underlying program dynamics and cost drivers.  The narrative justification should relate cost to force structure changes, performance criteria, and workload and manpower data.  These force structure changes, performance criteria, workload and manpower data can be extracts from the baseline budget OP-5 exhibit attachments, but tailored to this contingency operation.

 **b.** <u>**Explanation of Change Between FY CY and FY BY**</u>:  Explain year to year changes, itemizing and justifying major financial changes within each operation, subactivity group, and CBS.

Exhibit OP-5 Overseas Contingency Operations (Attachment 12)
(Page 3 of 5)

**COMPONENT NAME**
Overseas Contingency Operation(s):  **Operation Enduring Freedom (OEF) and Operation Iraqi Freedom/Operation New Dawn (OIF/OND)**
**Operation and Maintenance, _____**
**Budget Activity_____**
**Activity Group_____**
**Detail by Subactivity Group_____**

**IV.    Performance Criteria:**

Overseas Contingency Operations Performance Evaluation

| Budget Activity | Platform | Base | | | | | | OCO | | | | Total Force Costs (000,000) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # of Flying Hours | Flying Hour Program (000,000) | Inventory | DPEM, CLS, SE & TO (000,000) | Total Base Costs (000,000) | # of Flying Hours | Flying Hour Costs (000,000) | Reconsituion (DPEMs, CLS) (000,000) | Total OCO Costs (000,000) | |
| BA1 | | | | | | | | | | | |
| | A-10 | | | | | | | | | | |
| | XXX | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| BA2 | | | | | | | | | | | |
| | C-5 | | | | | | | | | | |
| | XXX | | | | | | | | | | |
| | | | | | | | | | | | |
| Other | | | | | | | | | | | |
| | ISR | | | | | | | | | | |
| | Missiles | | | | | | | | | | |
| | Others | | | | | | | | | | |
| TOTALS | | | | | | | | | | | |

| | | Base | | | | | | OCO | | | | Total Force Costs (000,000) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # of Ship Steaming Days Deployed | # of Ship Steaming Days Non-Deployed | Steaming Days Program (000,000) | Inventory | DPEM, CLS, SE & TO (000,000) | Total Base Costs (000,000) | # of Ship Steaming Days Deployed | # of Ship Steaming Days Non-Deployed | Steaming Days Costs (000,000) | Reconsituion (PDEMs, CLS) (000,000) | Total OCO Costs (000,000) | |
| BA1 | | | | | | | | | | | | |
| | Aircraft Carrier | | | | | | | | | | | |
| | XXX | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | |

Exhibit OP-5 Overseas Contingency Operations (Attachment 12)
(Page 4 of 5)

<u>COMPONENT NAME</u>
Overseas Contingency Operation(s):  <u>Operation Enduring Freedom (OEF) and Operation Iraqi Freedom/Operation New Dawn (OIF/OND)</u>
Operation and Maintenance, _____
Budget Activity_____
Activity Group_____
Detail by Subactivity Group_____

V.    **Price and Program Changes, OP-32**:  Provide an OP-32 by subactivity group.

Exhibit OP-5 Overseas Contingency Operations (Attachment 12)
(Page 5 of 5)

Exhibit OP-8 Part 1, Civilian Personnel Costs

Appropriation Title                                                                                                                    Date: Month Year

DEPARTMENT OF _____ or _____ AGENCY
CIVILIAN PERSONNEL COSTS
FY BY1/FY BY2 Budget Submit/President's Budget
(FY PY, FY CY, FY BY, FY BY2 as appropriate)

($ in Thousands)

| | a Begin Strength | b End Strength | c FTEs | d Basic Comp | e Overtime Pay | f Holiday Pay | g Other O.C.11 | h e+f+g Total Variables | i d+h Comp O.C.11 | j Benefits O.C.12/13 | k i+j Comp & Benefits | d/c l Basic Comp | i/c m Total Comp | j/c n Comp & Benefits | h/d o % BC Variables | j/d p % BC Benefits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Rates** | | | | |
| **Direct Funded Personnel (includes OC 13)** | **142,506** | **140,612** | **141,402** | **6,333,785** | **186,733** | **12,222** | **182,829** | **381,784** | **6,715,568** | **1,864,020** | **8,579,588** | **$44,791** | **$47,493** | **$60,675** | **6.0%** | **29.4%** |
| **D1. US Direct Hire (USDH)** | 117,401 | 115,904 | 116,505 | 5,830,599 | 176,937 | 11,697 | 180,562 | 369,196 | 6,199,794 | 1,755,851 | 7,955,645 | $50,046 | $53,215 | $68,286 | 6.3% | 30.1% |
| D1a. Senior Executive Schedule | 194 | 191 | 188 | 24,719 | - | - | 4,954 | 4,954 | 29,673 | 4,472 | 34,145 | $131,484 | $157,835 | $181,622 | 20.0% | 18.1% |
| D1b. General Schedule | 104,778 | 104,940 | 105,369 | 5,361,835 | 138,728 | 9,563 | 159,360 | 307,651 | 5,669,485 | 1,632,285 | 7,301,770 | $50,886 | $53,806 | $69,297 | 5.7% | 30.4% |
| D1c. Special Schedule | - | - | - | - | - | - | - | - | - | - | - | | | | | |
| D1d. Wage System | 12,429 | 10,773 | 10,948 | 444,045 | 38,209 | 2,134 | 16,248 | 56,591 | 500,636 | 119,094 | 619,730 | $40,559 | $45,729 | $56,607 | 12.7% | 26.8% |
| D1e. Highly Qualified Experts | - | - | - | - | - | - | - | - | - | - | - | | | | | |
| D1f. Other | - | - | - | - | - | - | - | - | - | - | - | | | | | |
| **D2. Direct Hire Foreign Nationals (DHFN)** | **7,587** | **7,631** | **7,597** | **84,825** | **4,085** | **525** | **2,267** | **6,877** | **91,702** | **20,354** | **112,056** | **$11,166** | **$12,071** | **$14,750** | **8.1%** | **24.0%** |
| **D3. Total Direct Hire** | **124,988** | **123,535** | **124,102** | **5,915,424** | **181,022** | **12,222** | **182,829** | **376,073** | **6,291,496** | **1,776,205** | **8,067,701** | **$47,666** | **$50,696** | **$65,009** | **6.4%** | **30.0%** |
| **D4. Indirect Hire Foreign Nationals (IHFN)** | **17,518** | **17,077** | **17,300** | **418,361** | **5,711** | **-** | **-** | **5,711** | **424,072** | **-** | **424,072** | **$24,183** | **$24,513** | **$24,513** | **1.4%** | **0.0%** |
| *Subtotal - Direct Funded (excludes OC 13)* | *142,506* | *140,612* | *141,402* | *6,333,785* | *186,733* | *12,222* | *182,829* | *381,784* | *6,715,568* | *1,776,205* | *8,491,773* | *$44,791* | *$47,493* | *$60,054* | *6.0%* | *28.0%* |
| **D5. Other Object Class 13 Benefits** | | | | | | | | | | **87,815** | **87,815** | | | | | |
| D5a. USDH - Benefits of Former Employees | | | | | | | | | | 66,071 | 66,071 | | | | | |
| D5b. DHFN - Benefits of Former Employees | | | | | | | | | | 1,586 | 1,586 | | | | | |
| D5c. Voluntary Separation Incentive Pay (VSIP) | | | | | | | | | | - | - | | | | | |
| D5d. Foreign National Separation Liability Accrual | | | | | | | | | | 20,158 | 20,158 | | | | | |
| **Reimbursable Funded Personnel (includes OC 13)** | **41,246** | **45,340** | **45,253** | **2,098,909** | **64,297** | **4,514** | **61,575** | **130,386** | **2,186,606** | **601,907** | **2,788,513** | **$46,382** | **$48,320** | **$61,621** | **6.2%** | **28.7%** |
| **R1. US Direct Hire** | **39,400** | **39,565** | **39,615** | **2,000,654** | **61,796** | **4,396** | **61,337** | **127,529** | **2,085,494** | **589,078** | **2,674,572** | **$50,502** | **$52,644** | **$67,514** | **6.4%** | **29.4%** |
| R1a. Senior Executive Schedule | - | - | - | - | - | - | - | - | - | - | - | | | | | |
| R1b. General Schedule | 35,000 | 35,153 | 35,200 | 1,802,595 | 45,540 | 3,155 | 53,102 | 101,797 | 1,870,930 | 538,421 | 2,409,351 | $51,210 | $53,151 | $68,447 | 5.6% | 29.9% |
| R1c. Special Schedule | - | - | - | - | - | - | - | - | - | - | - | | | | | |
| R1d. Wage System | 4,400 | 4,412 | 4,415 | 198,059 | 16,256 | 1,241 | 8,235 | 25,732 | 214,564 | 50,657 | 265,221 | $44,860 | $48,599 | $60,073 | 13.0% | 25.6% |
| R1e. Highly Qualified Experts | - | - | - | - | - | - | - | - | - | - | - | | | | | |
| R1f. Other | - | - | - | - | - | - | - | - | - | - | - | | | | | |
| **R2. Direct Hire Foreign Nationals** | **587** | **2,064** | **2,042** | **28,535** | **1,889** | **118** | **238** | **2,245** | **30,780** | **5,195** | **35,975** | **$13,974** | **$15,073** | **$17,618** | **7.9%** | **18.2%** |
| **R3. Total Direct Hire** | **39,987** | **41,629** | **41,657** | **2,029,189** | **63,685** | **4,514** | **61,575** | **129,774** | **2,116,274** | **594,273** | **2,710,547** | **$48,712** | **$50,802** | **$65,068** | **6.4%** | **29.3%** |
| **R4. Indirect Hire Foreign Nationals** | **1,259** | **3,711** | **3,596** | **69,720** | **612** | **-** | **-** | **612** | **70,332** | **-** | **70,332** | **$19,388** | **$19,558** | **$19,558** | **0.9%** | **0.0%** |
| *Subtotal - Reimbursable Funded (excludes OC 13)* | *41,246* | *45,340* | *45,253* | *2,098,909* | *64,297* | *4,514* | *61,575* | *130,386* | *2,186,606* | *594,273* | *2,780,880* | *$46,382* | *$48,320* | *$61,452* | *6.2%* | *28.3%* |
| **R5. Other Object Class 13 Benefits** | | | | | | | | | | **7,634** | **7,634** | | | | | |
| R5a. USDH - Benefits of Former Employees | | | | | | | | | | 7,463 | 7,463 | | | | | |
| R5b. DHFN - Benefits of Former Employees | | | | | | | | | | - | - | | | | | |
| R5c. Voluntary Separation Incentive Pay (VSIP) | | | | | | | | | | 171 | 171 | | | | | |
| R5d. Foreign National Separation Liability Accrual | | | | | | | | | | - | - | | | | | |
| **Total Personnel (includes OC 13)** | **183,752** | **185,952** | **186,655** | **8,432,694** | **251,030** | **16,736** | **244,404** | **512,170** | **8,902,174** | **2,465,927** | **11,368,101** | **$45,178** | **$47,693** | **$60,904** | **6.1%** | **29.2%** |
| **T1. US Direct Hire** | **156,801** | **155,469** | **156,120** | **7,831,253** | **238,733** | **16,093** | **241,899** | **496,725** | **8,285,288** | **2,344,929** | **10,630,217** | **$50,162** | **$53,070** | **$68,090** | **6.3%** | **29.9%** |
| T1a. Senior Executive Schedule | 194 | 191 | 188 | 24,719 | - | - | 4,954 | 4,954 | 29,673 | 4,472 | 34,145 | $131,484 | $157,835 | $181,622 | 20.0% | 18.1% |
| T1b. General Schedule | 139,778 | 140,093 | 140,569 | 7,164,430 | 184,268 | 12,718 | 212,462 | 409,448 | 7,540,415 | 2,170,706 | 9,711,121 | $50,967 | $53,642 | $69,084 | 5.7% | 30.3% |
| T1c. Special Schedule | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - |
| T1d. Wage System | 16,829 | 15,185 | 15,363 | 642,104 | 54,465 | 3,375 | 24,483 | 82,323 | 715,200 | 169,751 | 884,951 | $41,795 | $46,553 | $57,603 | 12.8% | 26.4% |
| T1e. Highly Qualified Experts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - |
| T1f. Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - | - | - |
| **T2. Direct Hire Foreign Nationals** | **8,174** | **9,695** | **9,639** | **113,360** | **5,974** | **643** | **2,505** | **9,122** | **122,482** | **25,549** | **148,031** | **$11,761** | **$12,707** | **$15,358** | **8.0%** | **22.5%** |
| **T3. Total Direct Hire** | **164,975** | **165,164** | **165,759** | **7,944,613** | **244,707** | **16,736** | **244,404** | **505,847** | **8,407,770** | **2,370,478** | **10,778,248** | **$47,929** | **$50,723** | **$65,024** | **6.4%** | **29.8%** |
| **T4. Indirect Hire Foreign Nationals** | **18,777** | **20,788** | **20,896** | **488,081** | **6,323** | **0** | **0** | **6,323** | **494,404** | **0** | **494,404** | **$23,358** | **$23,660** | **$23,660** | **1.3%** | **0.0%** |
| *Subtotal - Total Funded (excludes OC 13)* | *183,752* | *185,952* | *186,655* | *8,432,694* | *251,030* | *16,736* | *244,404* | *512,170* | *8,902,174* | *2,370,478* | *11,272,652* | *$45,178* | *$47,693* | *$60,393* | *6.1%* | *28.1%* |
| **T5. Other Object Class 13 Benefits** | | | | | | | | | | **95,449** | **95,449** | | | | | |
| T5a. USDH - Benefits of Former Employees | | | | | | | | | | 73,534 | 73,534 | | | | | |
| T5b. DHFN - Benefits of Former Employees | | | | | | | | | | 1,757 | 1,757 | | | | | |
| T5c. Voluntary Separation Incentive Pay (VSIP) | | | | | | | | | | 0 | 0 | | | | | |
| T5d. Foreign National Separation Liability Accrual | | | | | | | | | | 20,158 | 20,158 | | | | | |

**CIVILIAN PERSONNEL COSTS)**

**CIVILIAN PERSONNEL COSTS**
**OP-8 Instructions**

All Components, to include the classified components, must submit an automated OP 8 Civilian Personnel Costs exhibit for all appropriations that fund civilian personnel (e.g., RDT&E appropriations, DWCF). For this year's budget submission, funding requirements related to personnel under the National Security Personnel System (NSPS) must be identified. Therefore, separate OP-8 data must be submitted for the NSPS and non-NSPS personnel and the PRCP system will create the Component appropriation total OP-8.

Separate OP-8 exhibits must be prepared for PY, CY, BY for each Military Department in total and for each appropriation/fund in which civilian personnel are funded. Each Defense Agency, including those Defense Agencies that have only RDT&E funded civilian personnel must also provide a separate exhibit. If a Defense Agency has civilian personnel financed in more than one appropriation/fund then a total for the Defense Agency must be provided.

The same level of detail will be reflected for direct funded and reimbursable funded civilian personnel. For each fiscal year covered by the budget submission, a "direct funded" section, a "reimbursable funded" section, and a "total (direct + reimbursable)" funded section will be included.

**OP-8 Automated Exhibit. The Program Resources Collection Process (PRCP) System is used as the central collection point for the OP-8. Submission of the OP-8 will be through the PRCP System.**

To calculate the required rate data, use the formulas displayed on the OP-8 exhibit. Show the average rates for Basic Compensation, Total Compensation, and Compensation and Benefits. Also show rates reflecting total variables and benefits as a percentage of basic compensation.

End strength onboard as of September 30 vice end strength authorizations will be displayed for all beginning and ending end strengths. The beginning end strength <u>must</u> agree with previous FY's September 30 end strength. For the <u>PY</u> supporting the FY BY President's budget request, the end strength data must agree with the SF-113A, Monthly Report of Federal Civilian Employment, provided to OPM to report military functions employment levels as of September 30.

In accordance with OMB Circular A-11, full-time equivalent (FTE) employment is the total number of hours (worked or to be worked) divided by the number of compensable hours applicable to each fiscal year. FTE is synonymous with workyear.

Total full-time equivalents must agree with the amounts reflected in the Comptroller Information System (CIS).

Include in the OP-8 the category of US Direct Hire personnel for Highly Qualified Experts as authorized in Section 9903 of title 5, United States Code (U.S.C.), as enacted by section 1101 of the National Defense Authorization Act for FY 2004, P.L. 108-136. The total number of highly qualified experts DoD-wide may not exceed 2,500 at any one time. The Deputy Under Secretary of Defense (Civilian Personnel Policy) will manage allocation reserves and approve cross leveling of allocations.

**Exhibit OP-8 Part 1, Civilian Personnel Costs**
(Page 2 of 6)

**CIVILIAN PERSONNEL COSTS**
**OP-8 Instructions**
(Continued)

In accordance with the Federal Employees Part-time Career Employment Act of 1978 (Public Law 95-437), part-time underline{permanent} employees are counted on a full time equivalent basis, i.e., an individual working 30 hours a week becomes .75 of an FTE.  There is no adjustment for other part-time or intermittent employees - these employees would be counted on an individual basis not on a fractional basis.

All Benefits for Former Employees must be reported under the Object Class 13 sections (D5. for direct funded and R5. for reimbursable funded).  Voluntary separation incentives must be reported in Benefits for Former Employees (Object Class 13).

Do underline{not} include overtime workyears in FTE totals.  The FTEs on the OP-8 are for straight time workyears only.

FTEs (direct and reimbursable) in the OP-8 exhibits must agree with the FTEs reported in the OMB galleys used for the printed budget.  (OMB Circular A-11.)

Direct hire end strength data on the OP-8 must agree with data provided on the September 30th underline{supplement} to the SF-113A report.  This supplement is entitled, Report of Part-Time Permanent Employees on a Fractional Basis.  Indirect hire end strength data must agree with the Indirect Hire supplement to the September 30th SF-113A report.

The OP-8, Part 2, Reimbursable Civilian Personnel Costs will provide reimbursable sources by appropriation, and by Component/Agency.

Department of Defense Education Activity (DoDEA) will submit separate OP-8 exhibits for:  Department of Defense Dependents Schools (DoDDS) and DoD Domestic Dependent Elementary and secondary Schools (DDESS), in addition to providing a consolidated OP-8 exhibit for the total Department of Defense Dependents Education (DoDDE) program.  For the required automated submission, DoDEA is only required to submit the consolidated DoDDE OP-8 exhibit, not individual exhibits for DoDDS and DDESS.

**Exhibit OP-8 Part 1, Civilian Personnel Costs**
(Page 3 of 6)

**Reimbursable Civilian Personnel Costs, Part 2**

Fiscal Year:  FY _____ (PY, CY, BY)
Appropriation Account _____

**A.        SUMMARY OF CIVILIAN PAY:        ($ in Thousands)**
   1.    Total Civilian Pay                                                        _____

   2.    Reimbursable Civilian Pay                                      _____

**B.    REIMBURSABLE CIVILIAN PAY DISTRIBUTION BY SOURCE:**
   3.    INTRA ACCOUNT                                                     _____

   4.    INTRA SERVICE                                                      _____
      4a.                                                                             _____
      4b.                                                                             _____
      4c.                                                                             _____

   5.    INTER SERVICE                                                      _____
      5a.                                                                             _____
      5b.                                                                             _____
      5c.                                                                             _____

   6.    ALL OTHER                                                           _____
      6a.                                                                             _____
      6b.                                                                             _____

**C.   CIVILIAN PAY REIMBURSED TO OTHER SERVICES/DEFENSE-WIDE AGENCIES:**
   7.    Civilian Pay <u>REIMBURSED</u> from _____ to                  _____
      7a.                                                                             _____
      7b.                                                                             _____
      7c.                                                                             _____

**Exhibit OP-8 Part 1, Civilian Personnel Costs**
(Page 4 of 6)

**Reimbursable Civilian Personnel Costs, Part 2**

**Instructions for Preparation of the OP-8 Part 2 Reimbursable Pay**

This is mandatory for the Military Departments and the Defense Agencies.  If a Service shows that civilian pay is to be reimbursed from a Defense Agency that does not submit this form, then the agency coordination must be shown on this form.  This is required only for the Program and Budget Review Submission (BES).

Each appropriation account in the prior year (PY), current year (CY), and budget year (BY) for which civilian pay is reimbursed must identify the following in thousands of dollars:

On line 1, total civilian pay \*.

On line 2, total reimbursable pay \*.

On line 3, the amount of line 2 that is reimbursed within the account.

On line 4, the amount by account of line 2 that is reimbursed from accounts within the Service or Defense Agency.  The sum of all accounts must equal the total intra service.

On line 5, the amount by account of line 2 that is reimbursed from other Services or Defense Agency accounts.  The sum of all accounts must equal the total inter service.

On line 6, the amount of line 2 that is reimbursed from all other sources.  The sum from all accounts must equal the total all other.

On line 7, the total civilian pay that is reimbursed to other Services or Defense Agencies \*\*.

Notes:

\*       Lines 1 and 2 MUST agree with the totals reported by the Service or Defense Agency on the
        OP-8 and the sum of lines 3 through 6 of this must equal line 2.

\*\*      Any amounts identified on line 5 **MUST** appear on line 7 of the reimbursing Service or Defense Agency
        submission of this exhibit.

**Exhibit OP-8 Part 1, Civilian Personnel Costs**
(Page 5 of 6)

Exhibit OP-8 Part 2, Reimbursable Civilian Personnel Costs (Continued)

**Reimbursable Civilian Personnel Costs, Part 2**
**SAMPLE**
**Fiscal Year:  FY 20XX**

**Appropriation Account:  Operation & Maintenance, Army**

A.    SUMMARY OF CIVILIAN PAY:

| | | |
|---|---|---:|
| 1. | Total Civilian Pay | 7,599,374 |
| 2. | Reimbursable Civilian Pay | 2,086,470 |

B.    REIMBURSABLE CIVILIAN PAY DISTRIBUTION BY SOURCE**:**

| | | |
|---|---|---:|
| 3. | INTRA ACCOUNT | <u>1,500,000</u> |
| 4. | INTRA SERVICE | <u>286,470</u> |
| | 4a.  O&M, Army Reserve | 136,470 |
| | 4b.  O&M, Army Guard | 50,000 |
| | 4c.  RDT&E, Army | 50,000 |
| | 4d.  Mil Con, Army | 50,000 |
| 5. | INTER SERVICE | <u>200,000</u> |
| | 5a.  Defense Health Program (DHP) | 50,000 |
| | 5b.  RDT&E, Navy | 50,000 |
| | 5c.  Mil Con, Air Force | 50,000 |
| | 5d.  USSOCOM | 50,000 |
| 6. | ALL OTHER | <u>100,000</u> |
| | 6a.  GSA | 50,000 |
| | 6b.  OPM | 50,000 |

C.  CIVILIAN PAY REIMBURSED TO OTHER SERVICES/DEFENSE AGENCIES:

| | | |
|---|---|---:|
| 7. | Civilian Pay <u>REIMBURSED</u> from O&M Army to | <u>650,000</u> |
| | 7a.  O&M, Navy Reserve | 200,000 |
| | 7b.  O&M, Air Force Guard | 250,000 |
| | 7c.  RDT&E, Defense Mapping Agency | 150,000 |
| | 7d.  OMB | 50,000 |

**Exhibit OP-8 Part 1, Civilian Personnel Costs**
(Page 6 of 6)

Exhibit OP-9 Analysis of Changes in FTE Costs

<u>Appropriation</u>                              **DEPARTMENT OF _____**                    Date: _____

**ANALYSIS OF CHANGES IN FULL-TIME EQUIVALENT (FTE) COSTS**

| | **SES/GS** | | **WS** | | **FNDH** | |
|---|---|---|---|---|---|---|
| **FY PY (No. Compensable Days)** | **Amount** | **Rate** | **Amount** | **Rate** | **Amount** | **Rate** |
| 1.   End Strength | | | | | | |
|    A.   Budgeted | XX | | | | | |
|    B.   Actual | XX | | | | | |
| 2.   FTEs | | | | | | |
|    A.   Budgeted | XX | | | | | |
|    B.   Actual | XX | | | | | |
| 3.   Basic Compensation ($ in Thousands) | | | | | | |
|    A.   Budgeted | XX | | | | | |
|    B.   Actual | XX | | | | | |
| 4.   Average Basic Annual Salary (Basic Comp) | | | | | | |
|    A.   Budgeted | XX | | | | | |
|    B.   Actual | XX | | | | | |
| 5.   Average Other OC-11 Variables Adjustments | | | | | | |
|    A.   Budgeted | XX | XX <u>1</u>/ | | | | |
|    B.   Actual | XX | XX <u>1</u>/ | | | | |
| 6.   Overall Average Annual Salary (OC-11) | | | | | | |
|    A.   Budgeted | XX | | | | | |
|    B.   Actual | XX | | | | | |
| 7.   Average Benefits | | | | | | |
|    A.   Budgeted | XX | XX <u>1</u>/ | | | | |
|    B.   Actual | XX | XX <u>1</u>/ | | | | |
| 8.   Average FTE Cost (OC-11 & OC-12) | | | | | | |
|    A.   Budgeted | XX | | | | | |
|    B.   Actual | XX | | | | | |

9.   Separately identify factors that account for
changes in average basic salary, other OC-11
variables, benefits, and workyear cost between
the budgeted rates and the actual rates.

**Exhibit OP-9 Analysis of Changes in FTE Costs**
(Page 1 of 5)

Appropriation　　　　　　　　　　**DEPARTMENT OF _____**　　　　　　　　　Date:_____
**ANALYSIS OF CHANGES IN FULL-TIME EQUIVALENT (FTE) COST**

| | SES/GS | | WS | | FNDH | |
|---|---|---|---|---|---|---|
| | **Amount** | **Rate** | **Amount** | **Rate** | **Amount** | **Rate** |

**Adjustment to PY Average Salary**

| | | Amount | Rate | | |
|---|---|---|---|---|---|
| 10 | + Annualization of PY Pay Raise(s) | XX | XX 2/ | | |
| 11. | +/- Extra Day | XX | XX 3/ | | |
| 12. | Total Other Adjustments (if applicable) | XX | XX 3/ | | |
| 12a. | Within Grade Adjustments | (XX) | | | |
| 12b. | High Grade Reduction | (XX) | | | |
| 12c. | Separately identify other factors that account for changes in the basic average salary from the PY to the CY. | (XX) | | | |
| 13. | Subtotal Adj. to PY Basic Average Salary | XX | (Total of lines 10, 11, and 12) | | |
| 14. | Adjusted Basic Average Salary for CY | XX | (Total of lines 4B and 13) | | |

**Other Adjustments to Derive FY CY FTE Cost**

| | | | | | |
|---|---|---|---|---|---|
| 15. | CY Pay Raise (Basic Comp) | XX | XX 2/ | (Rate times line 14) | |
| 16. | Other OC-11 Variables Adjustments 4/ | XX | XX 1/ | | |
| 17. | Benefits 4/ | XX | XX 1/ | | |
| 17a. | Health Insurance Increase | (XX) | | | |
| 17b. | FERS | (XX) | | | |
| 17c. | Separately identify other factors that account for major changes in benefits from the PY to the CY. | (XX) | | | |
| 18. | Change in Foreign Currency Budget Rates | XX | | | |
| 19. | Total CY Adjustments to FTE Cost | XX | (Total of lines 15, 16, 17, and 18) | | |
| 20. | Average FTE Cost in CY | XX | (Total of lines 8, 13, and 19) | | |
| 21. | Total FTE Cost in CY (¤ in Thousands) (line 23 x line 20) | XX | | | |

**FY CY (No. Compensable Days)**

| | | | | | |
|---|---|---|---|---|---|
| 22. | End Strength | XX | | | |
| 23. | FTEs | XX | | | |
| 24. | Average Basic Annual Salary (Basic Comp) | XX | (Total of lines 14 and 15) | | |
| 25. | Overall Average Annual Salary (OC-11) | XX | (Total of lines 6, 13, 15 and 16) | | |
| 26. | Average FTE Cost (OC-11 & OC-12) | XX | (Same as line 20) | | |

**Exhibit OP-9 Analysis of Changes in FTE Costs**
(Page 2 of 5)

<u>Appropriation</u>                              **DEPARTMENT OF _____**                          **Date: _____**
**ANALYSIS OF CHANGES IN FULL-TIME EQUIVALENT (FTE) COST**

|  | SES/GS | | WS | | FNDH | |
|---|---|---|---|---|---|---|
|  | **Amount** | **Rate** | **Amount** | **Rate** | **Amount** | **Rate** |

**Adjustment to CY Average Salary**

| | | | |
|---|---|---|---|
| 27    + Annualization of CY Pay Raise(s) | XX | XX <u>2/</u> | |
| 28.    +/- Extra Day | XX | XX <u>3/</u> | |
| 29.    Total Other Adjustments (if applicable) | XX | XX <u>3/</u> | |
| 29a.  Within Grade Adjustments | (XX) | | |
| 29b.  High Grade Reduction | (XX) | | |
| 29c.  Separately identify other factors that account for changes in the basic average salary from the CY to the BY. | (XX) | | |
| 30    Subtotal Adj. to CY Basic Average Salary | XX | (Total of lines 27, 28, and 29) | |
| 31.    Adjusted Basic Average Salary for BY | XX | (Total of lines 24 and 30) | |

**Other Adjustments to Derive FY BY FTE Cost**

| | | | |
|---|---|---|---|
| 32.    BY Pay Raise (Basic Comp) | XX | XX <u>2/</u> | (Rate times line 31) |
| 33.    Other OC-11 Variables Adjustments 4/ | XX | XX <u>1/</u> | |
| 34.    Benefits <u>4/</u> | XX | XX <u>1/</u> | |
| 34a.  Health Insurance Increase | (XX) | | |
| 34b.  FERS | (XX) | | |
| 34c.  Separately identify other factors that account for major changes in benefits from the CY to the BY. | (XX) | | |
| 35.    Change in Foreign Currency Budget Rates | XX | | |
| 36.    Total BY Adjustments to WY Cost | XX | (Total of lines 32, 33, 34, and 35) | |
| 37.    Average FTE Cost | XX | (Total of lines 26, 30, and 36) | |
| 38.    Total FTE Cost in BY (¤ in Thousands) (line 37 x line 40) | XX | | |

**FY BY (No. Compensable Days)**

| | | | |
|---|---|---|---|
| 39.    End Strength | XX | | |
| 40.    FTEs | XX | | |
| 41.    Average Basic Annual Salary (Basic Comp) | XX | (Total of lines 31 and 32) | |
| 42.    Overall Average Annual Salary (OC-11) | XX | (Total of lines 25, 30, 32, and 33) | |
| 43.    Average FTE Cost | XX | (Same as line 37) | |

**Exhibit OP-9 Analysis of Changes in FTE Costs**
(Page 3 of 5)

Appropriation                 **DEPARTMENT OF**             Date: _____

**ANALYSIS OF CHANGES IN FULL-TIME EQUIVALENT (FTE) COST**

| | SES/GS | | WS | | FNDH | |
|---|---|---|---|---|---|---|
| | **Amount** | **Rate** | **Amount** | **Rate** | **Amount** | **Rate** |
| **Adjustment to BY Average Salary** | | | | | | |
| 44   + Annualization of BY Pay Raise(s) | XX | XX 2/ | | | | |
| 45.   +/- Extra Day | XX | XX 3/ | | | | |
| 46.   Total Other Adjustments (if applicable) | XX | XX 3/ | | | | |
| 46a. Within Grade Adjustments | (XX) | | | | | |
| 46b. High Grade Reduction | (XX) | | | | | |
| 47   Subtotal Adj. to BY Basic Average Salary | XX | (Total of lines 44, 45, and 46) | | | | |

**Exhibit OP-9 Analysis of Changes in FTE Costs**
(Page 4 of 5)

DoD 7000.14-R                **Financial Management Regulation**                **Volume 2A, Chapter 3**
                                                                                      **\* December 2010**

**ANALYSIS OF CHANGES IN FULL-TIME EQUIVALENT (FTE) COST**
**INSTRUCTIONS**

1.  The intent of the OP-9 is to identify the factors that have an impact on changes in average salary and average FTE cost from fiscal year to fiscal year.
2.  Prepare separately for each appropriation and Fund account for U.S. direct hire, classified and wage system, and Foreign National Direct Hire (FNDH). Complete amounts and rates for WS, etc., as in SES/GS column.
3.  All end strength will be displayed as actual or planned to be onboard as of September 30.  Do not use end strength authorizations.
4.  Cost, FTEs, and end strength should be consistent with those shown on OP-8, Analysis of Civilian Personnel Costs.
5.  Show each classified pay raise in separate stub.
6.  Data is to be reflected at appropriation or account.
7.  The "Average Basic Annual Salary" for a FY is computed by dividing the "Basic Compensation" total by the number of straight time workyears.
8.  The "Overall Average Annual Salary" for a FY is computed by dividing the "Total Compensation" (Object Class 11) by the number of straight time workyears.
9.  The "Average FTE Cost" for a FY is computed by dividing "Total Compensation and Benefits" (Object Class 11 and 12) by the number of straight time FTEs.
10. The OP-9 will be prepared for both the Budget Submission and the President's budget.  However, for the latter, the OP-9 will be submitted separately to OSD and will <u>not</u> be included in the congressional justification material.

**Footnotes**

1/  Reflect as % rate of basic compensation.
2/  Express as decimal to five places.  Develop effective pay raise as ratio of No. of applicable days to total compensable days in year times pay raise percentage.  Identify computation in footnote.
3/  Show computation - derivation of rate.
4/  Provide an explanation if the rate is different from the previous fiscal year rate, e.g. changes in overtime rate, changes in health benefits, FERS, etc.

**Exhibit OP-9 Analysis of Changes in FTE Costs**
(Page 5 of 5)

Exhibit OP-14 Part A: Service Academy Attrition by Class

**INDIVIDUAL TRAINING DATA FOR FY __ BUDGET  (SERVICE**
**PART A:  SERVICE ACADEMY ATTRITION BY CLASS**

|  | PY Actual | | | CY Estimate | | | BY Estimate | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Entrs | Grads | Loads | Entrs | Grads | Loads | Entrs | Grads | Loads |
| **ACADEMY NEW ENTRANTS** | | | | | | | | | |
| New Entrants Lost Before Autumn Term | | | | | | | | | |
| Fourth Class Loss | | | | | | | | | |
| Fourth Class Carryover | | | | | | | | | |
| Third Class Loss | | | | | | | | | |
| Third Class Carryover | | | | | | | | | |
| Second Class Loss | | | | | | | | | |
| Second Class Carryover | | | | | | | | | |
| First Class Loss | | | | | | | | | |
| Graduates | | | | | | | | | |
| Graduates Commissioned | | | | | | | | | |
| Cadet/Midshipman End Strength | | | | | | | | | |
| Graduation Load | | | | | | | | | |
| Autumn Load | | | | | | | | | |
|  | | | | | | | | | |
| **PREP SCHOOL** | | | | | | | | | |
| Entrants To Prep School | | | | | | | | | |
| Grads Entered Academy | | | | | | | | | |
| Prep School Load | | | | | | | | | |
| Prep School Grads Attrit As Fourth Classmen | | | | | | | | | |

_____

NOTE:   Carryover is to be calculated as of graduation (unless another time is specified uniformly for an academy).
"Graduation Load" is the sum of carryover for each class plus graduates.
"Autumn Load" is the sum of carryover for each class plus net new entrants at the beginning of the autumn term.
Reconcile and explain in footnotes differences between Autumn Load and "Cadet/Midshipman End Strength" reflected here and in the FYDP update.
"Prep School Load" is to be a forecast of average onboard students on a "best estimate" basis (specify formula).
If this table is presented on an academic year basis, so state.

**Exhibit OP-14 Part B: Training Manpower**
(Page 1 of 16)

Exhibit OP-14 Part B: Training Manpower

**INDIVIDUAL TRAINING DATA FOR FY __ BUDGET**
(Service)                                                    Page _____
**PART B:  TRAINING MANPOWER**

Program Element:_____

|  | Actual (PY) | | | Estimated (CY) | | | Estimated (BY) | | |
|---|---|---|---|---|---|---|---|---|---|
|  | **Off.** | **Enl.** | **Civ.** | **Off.** | **Enl.** | **Civ.** | **Off.** | **Enl.** | **Civ.** |
| FTEs/AS\* | | | | | | | | | |
| Instructors | | | | | | | | | |
| Trng And Ed Supp | | | | | | | | | |
| Total FTEs | | | | | | | | | |

NOTE:    A basic Part B format will be submitted for each of the other Program Elements listed at Attachment 1 in Mission Program Elements (Load-Related) and for institutions in Attachment 2.


\*  Report full-time equivalents (FTEs) for civilians and average strength (AS) for military personnel.

**Exhibit OP-14 Part B: Training Manpower**
(Page 2 of 16)

Exhibit OP-14 Part C: Undergraduate Flight Training Requirements

**INDIVIDUAL TRAINING DATA FOR FY __ BUDGET  (SERVICE)**
**PART C-1:  UNDERGRADUATE FLIGHT TRAINING REQUIREMENTS (End Strength)**

| | **ACTUAL (PY)** | **ESTIMATE (CY)** | **ESTIMATE (BY)** |
|---|---|---|---|

Pilot, Navigators/Naval Flight Office (NFO) (Specify)
<u>Authorized Rated Wartime Requirements</u> (0-5 and below; yearend)
    Force
      Seat factor flying billets <u>1</u>/
      Other flying billets <u>2</u>/
    Training <u>3</u>/
    Supervision/staff <u>4</u>/
    Individuals
      Students <u>5</u>/
      Others

    Total Requirement


<u>Inventories</u> (0-5 and below; end strength basis)
    Active force
    Reserve
    National Guard

    Total Inventory


Undergraduate Pilot Training (UPT)/Undergraduate Navigator Training (UNT) Graduates of Year Included in Inventory
  <u>1</u>/   Based upon aircraft x pilots per crew x crew ratio.
  <u>2</u>/   Other operational flying includes overhead operational flying, miscellaneous support logistics, and research and development (R&D).
  <u>3</u>/   Includes instructor and staff positions in undergraduate and advanced flight training.
  <u>4</u>/   Includes non-flying billets requiring aviation expertise in administration, command/control and operational supervision/staff above the squadron level.
  <u>5</u>/   Include advance flight students only.

Exhibit OP-14 Part C: Undergraduate Flight Training Requirements
(Page 3 of 16)

**INDIVIDUAL TRAINING DATA FOR FY __ BUDGET  (SERVICE)**
**PART C-2:  FLIGHT TRAINING**

| | Syllabus Course Length (In calendar days) | Number of Flight Instructors | | | Output | | | |
|---|---|---|---|---|---|---|---|---|
| | | Mil | Civ | Contractor | Active Duty | Reserve | Guard | Other (Specify) |
| A.  Undergraduate Training | | | | | | | | |
| Jet | | | | | | | | |
| Propeller (including turbo prop) | | | | | | | | |
| Rotary Wing | | | | | | | | |
| TOTAL | | | | | | | | |
| B.  Advanced Training | | | | | | | | |
| First Seat (i.e., post-UFT training prior to first operational unit assignment) | | | | | | | | |
| Transition (i.e., conversion from one aircraft type to another or upgrading of skills in the same aircraft type) | | | | | | | | |
| Instructor Training Course | | | | | | | | |
| Other (Specify) | | | | | | | | |
| TOTAL | | | | | | | | |

Notes:  (1)    Display pilot and navigator/NFO training separately.

(2)    Submit data for PY, CY, BY.

(3)    If instructors for any course are other than U.S. active duty military, so indicate.

(4)    Separately indicate output of another Service's personnel or foreign military.  For the Navy and Marine Corps, this should be on consolidated undergraduate flight training displays.  "Instructor" means instructor pilots and navigator/NFO instructors only.

(5)    For advanced training, show a weighted average syllabus course length for each subcategory (first seat, transition, etc.)

Exhibit OP-14 Part C: Undergraduate Flight Training Requirements
(Page 4 of 16)

**INDIVIDUAL TRAINING DATA FOR FY __ BUDGET  (SERVICE)**
**PART C-3:  UNDERGRADUATE PILOT TRAINING PHASE FACTORS**
**(LINE:  Specify Jet, Prop, Helo)**
**(YEAR:  Provide data for PY, CY, BY)**

| | **PREFLIGHT** | **PRIMARY** | **BASIC** | **PRIMARY** | **ADVANCED** | **TOTAL** |
|---|---|---|---|---|---|---|
| Student Calendar Days to Complete | | | | | | |
| Student Flight Hours to Complete | | | | | | |
|     Aircraft (Specify Model) | | | | | | |
|     Simulator (Specify Model) | | | | | | |
| Student Input * | | | | | | |
| Student Output * | | | | | | |
| Percent Phase Attrition | | | | | | |
| Average Load * | | | | | | |
| Instructor Pilots * | | | | | | |
| Other Officers * | | | | | | |
| Enlisted * | | | | | | |
| Aircraft Hours* | | | | | | |
| O&M Cost/Hour | | | | | | |
| Instructor Hours Per Student | | | | | | |

NOTE:  Omit phases not applicable.

* Factors per graduate (final completion)

Exhibit OP-14 Part C: Undergraduate Flight Training Requirements
(Page 5 of 16)

**INDIVIDUAL TRAINING DATA FOR FY __ BUDGET  (SERVICE)**

**PART C-4:  FLIGHT TRAINING RESOURCE DATA**
(LINE)

| | <u>ACTUAL (PY)</u> | <u>ESTIMATE (CY)</u> | <u>ESTIMATE (BY)</u> |
|---|---|---|---|
| AIRCRAFT AND FLYING | | | |
| HOURS BY TYPE/MODEL/SERIES | | | |
| Authorized | | | |
| Assigned | | | |
| | | | |
| Flying Hours | | | |
| | | | |
| | | | |
| | | | |
| Total Flying Hours | | | |

Exhibit OP-14 Part C: Undergraduate Flight Training Requirements
(Page 6 of 16)

Exhibit OP-14 Part D: ROTC Program Data

**INDIVIDUAL TRAINING DATA FOR FY __ BUDGET (SERVICE)**

**PART D:  ROTC PROGRAM DATA (PE 847230)**

**ROTC** (Note:  Parenthetical numbers refer to paragraphs in instructions following this portion of Exhibit.)

|  | (2) | __FY PY__ Avg. No. ($000) | __FY CY__ Avg. No. ($000) | (1)  ROTC __FY BY__ Avg. No. ($000) | |
|---|---|---|---|---|---|
| A. | ROTC Unit Staff | | | | |
| | Officers | | (3) | (4) | |
| | Enlisted Personnel | | (3) | (4) | |
| | Civilians | | (3) | (4) | |
| | Total   (3) | | (4) | | |
| | Avg. Staff/Cost per Unit | | (5) | (5) | |
| | | | | | |
| B. | ROTC Command Level Staff | | | | |
| | Officers | | (3) | (4) | |
| | Enlisted Personnel | | (3) | (4) | |
| | Civilians | | (3) | (4) | |
| | Total   (3) | | (4) | | |
| | Avg. Staff/Cost per Unit | | (5) | (5) | |
| | | | | | |
| C. | Units   (6) | | | | |
| | | | | | |
| D. | ROTC Program Costs | | | | |
| | 1.    O&M | | | (7) | |
| | a.    Scholarships | | | (8) | |
| | b.    Administrative Expense | | | | |
| | (1)    Unit Operating. Expense | | | | |
| | (2)    Unit Texts and Ref. | | | (9) | |
| | (3)    Admin. Travel | | | (9) | |
| | 2.    Reserve Personnel | | | (10) | |
| | a.    Scholarships | | | (11) | |
| | b.    Summer Training | | | (12) | |
| | c.    Other | | | (13) | |
| | 3.    Other | | | (14) | |
| | TOTAL | | | (15) | |

Exhibit OP-14 Part D: ROTC Program Data
(Page 7 of 16)

**INDIVIDUAL TRAINING DATA FOR FY __ BUDGET (SERVICE)**

**PART D:  ROTC PROGRAM DATA (PE 847230)**

<u>ROTC</u> (Note:  Parenthetical numbers refer to paragraphs in instructions following this portion of Exhibit.)

|  |  | **(1)** | **ROTC** |
|---|---|---|---|
| **(2)** | **FY PY** | **FY CY** | **FY BY** |
|  | **Avg. No. ($000)** | **Avg. No. ($000)** | **Avg. No. ($000)** |

| | | | |
|---|---|---|---|
| E. | <u>Flight Instruction Program</u> | (16) | (16) |
| F. | <u>Aviation Indoctrination Program</u> | (16) | (16) |
| G. | <u>Average Enrollment</u> | | |
| | 1.  Scholarship | | (17) |
| | MS   I | | (17) |
| | II | | (17) |
| | III | | (17) |
| | IV | | (17) |
| | Subtotal | | (17) |
| | 2.  Non-Scholarship | | |
| | MS   I | | (17) |
| | II | | (17) |
| | III | | (17) |
| | IV | | (17) |
| | Subtotal | | (17) |

**Exhibit OP-14 Part D: ROTC Program Data**
(Page 8 of 16)

**INDIVIDUAL TRAINING DATA FOR FY __ BUDGET (SERVICE)**

**PART D:  ROTC PROGRAM DATA (PE 847230)**
**(Continued)**

| ($000) | FY PY Avg. No. ($000) | FY CY | FY BY | Avg. No. ($000) Avg. No. |
|---|---|---|---|---|
| H. Total Costs | | | (18) | |
| I. Cost Per Graduate | | | | |
| Scholarship | | | (19) | |
| Non-Scholarship | | | (19) | |
| Combined | | | (19) | |
| J. Cost Per Grad Commissioned | | | | |
| Scholarship | | | (19) | |
| Non-Scholarship | | | (19) | |
| Combined | | | (19) | |

**Instructions for Completion of Preceding**

1.  Enter Army, Navy, or Air Force, as applicable.

2.  Enter the appropriate fiscal year (data should be shown for the Prior, Current, and Budget fiscal years).

3.  Enter the average number (average strength) of officers, enlisted personnel, civilians (Full-Time Equivalents), and combined total, respectively, assigned to ROTC units and ROTC command level staffs, respectively.  The ROTC command level staff should include all personnel up to the departmental level who are associated with the ROTC program but are not assigned to a ROTC unit.

4.  Enter the total costs of pay and allowances/salary of military and civilian personnel, as applicable, plus any related O&M support costs. Pay and allowances/salaries will be determined through the use of standard rates for military and civilian personnel, respectively.

5.  Enter the average staff and the average cost of the staff per unit. Average staff will be determined by dividing the applicable total staff (unit or command level) by the number of units shown in item C (see paragraph 6, below).  The average cost of staff per unit will be arrived at by dividing the applicable total costs for the unit and command level staffs, respectively, by the number of units shown in item C.

6.  Enter the applicable number of operating units.

7.  Enter the total ROTC costs, other than those shown in A or B, included in the Service's O&M appropriation(s).  (This should be equal to the sum of D.1.a and b discussed below in paragraphs 8 and 9.)

8.  Show in parenthesis ( ) the total applicable costs of ROTC scholarships (include only tuition, fees, books, and other related student expenses).

9.  Show in parenthesis ( ) the applicable O&M administrative costs, by categories shown, related to the ROTC program.

**Exhibit OP-14 Part D: ROTC Program Data**
(Page 9 of 16)

**INDIVIDUAL TRAINING DATA FOR FY \_\_ BUDGET (SERVICE)**

**PART D:  ROTC PROGRAM DATA (PE 847230)**
**(Continued)**

10.    Enter the total ROTC costs included in the Service's applicable Reserve Component appropriations.  This should be equal to the sum of D.2.a, b, and c, as discussed in paragraphs. 11, 12, and 13 below.

11.    Enter in parenthesis ( ) the total costs relative to the monthly subsistence allowance paid to college freshmen and sophomores who are recipients of ROTC scholarships.

12.    Enter in parenthesis ( ) the aggregate sum included in the Service's applicable Reserve Component appropriations for ROTC Pay and Allowance (Summer Training), Subsistence of Reserve Officer Candidates (Summer Training), and Travel of Reserve Officer Candidates (Summer Training).

13.    Enter in parenthesis ( ) all costs of the ROTC program, other than those discussed in paragraphs. 11 and 12, above, included in the Service's Reserve Component appropriations.

14.    Enter and detail by appropriation, and explain by footnote, any costs attributable to the ROTC program which have not been included in either A, B, or D (1 and 2).

15.    Enter the total cost data shown in D.1, 2, and 3.

16.    Enter in parenthesis ( ) the number of candidates participating in and total costs of Flight Instruction Program and the Aviation Indoctrination Program, respectively, included in the above data.

17.    Enter by the scholarship and non-scholarship programs, respectively, the average number of candidates participating in MS I, II, III, IV, and applicable totals, respectively.  Leave dollar columns blank.

18.    Enter the total costs of the ROTC program.  Total costs should be equal to the aggregate sum of A, B, and D, above.

**Exhibit OP-14 Part D: ROTC Program Data**
(Page 10 of 16)

Exhibit OP-14 Part E: Junior ROTC Data

**INDIVIDUAL TRAINING DATA FOR FY __ BUDGET  (SERVICE)**

**PART E:  JUNIOR ROTC PROGRAM DATA (PE 897210)**

**(1)  JUNIOR ROTC (HIGH SCHOOL) PROGRAM**

|  | **(2)** | **FY PY** | **FY CY** | **FY BY** |
|---|---|---|---|---|
| A. | Average Enrollment | | | |
| | Freshman | | (3) | |
| | Sophomore | | | |
| | Junior | | | |
| | Senior | | | |
| | Total | | | |
| B. | Number of Units | | (4) | |
| C. | Total Program Cost | | (5) | |
| D. | Average Cost/Unit | | (6) | |

**Instructions for Completion of Preceding**
1.    Enter Army, Navy, Marine Corps, or Air Force, as applicable.

2.    Enter the appropriate fiscal year (data should be shown for the Prior-1, Prior, Current, and Budget years).

3.    Enter the average enrollment during the year by year (of high school) and in total.

4.    Enter the number of JROTC units.

5.    Enter by appropriation, and in the total, the costs to DoD of the JROTC program.

6.    Enter the average costs per JROTC unit.  (Total costs in 5 divided by units in 4.)

**Exhibit OP-14 Part E: Junior ROTC Data**
(Page 11 of 16)

Exhibit OP-14 Part F: Off Duty and Voluntary Education

**INDIVIDUAL TRAINING DATA FOR FY \_\_\_    (SERVICE)**
**PART F:  OFF DUTY AND VOLUNTARY EDUCATION**
**PROGRAM DATA (PE 897320)**

| | **PY/CY/BY \*** | |
|---|---|---|
| | **Number** | **Funding ($000)** |
| Post-Secondary Programs | | |
| Tuition Assistance | | |
| Graduate Level Course Enrollments | | |
| Undergraduate Level Course Enrollments | | |
| Vocational/Technical Course Enrollments | | |
|     Totals | | |
| Instructor Hire (Group Study) | | |
| Enrollments | X | |
| Instructor Funding | X | |
| Other Funding | X | |
| Total Funding | X | |
| Contract Education (e.g., PACE) | | |
| (Detail by program) | | |
| Education Services Personnel (counselors, ESOs, enlisted clerical, etc.) | | |
| Full-time equivalent Civilian | | |
| Average Strength Military | | |
| Testing – DANTES | | |
| CLEP Tests Administered | | |
| DSST Tests Administered | | |
| Other (Specify) Test Administered | | |
| Other Education-Related Supplies and Materials | | |
| Total Post-Secondary Program Funding | X | X |
| High School Programs | | |
| Tuition Assistance | | |
| Free/Nominal Course Enrollments | | |
| Group Study Course Enrollments | | |
| Other (Specify) Course Enrollments | | |
| GED Tests Administered | | |
|     Total | | |

**Exhibit OP-14 Part F: Off Duty and Voluntary Education**

(Page 12 of 16)

**INDIVIDUAL TRAINING DATA FOR FY ____    (SERVICE)**
**PART F:  OFF DUTY AND VOLUNTARY EDUCATION**
**PROGRAM DATA (PE 897320)**

**(Continued)**
_____**PY/CY/BY***_____

| **Number** | **Funding ($000)** |
| --- | --- |

High School Programs (Continued)

Basic Skills Development
Free/Nominal Course Enrollments
Group Study Course Enrollments
Other (Specify) Course Enrollments

     Total
    Total High School Program Funding

New Educational Levels Reported Achieved
During Past Year (FY   ) Through
Voluntary Programs

| **Officer** | **Enlisted** |
| --- | --- |

High School Completion
  Diploma
  GED

2-Year College
Baccalaureate Degree
Masters Degree
Doctorate Degree
Professional Degree (e.g., JD)
Other (Specify)

*  Provide the required data for each fiscal year.

**Exhibit OP-14 Part F: Off Duty and Voluntary Education**
(Page 13 of 16)

Exhibit OP-14 Attachment 1: Individual Training Program Elements

### PROGRAM 8 INDIVIDUAL TRAINING ELEMENTS
Mission Program Elements (Load Related)

| | |
|---|---|
| 08047110 | Recruit Training Units |
| 08047210 | Service Academies |
| 08047220 | Officer Candidate/Training Schools (OCS/OTS) |
| 08047230 | Reserve Officers Training Corps (ROTC) |
| 08047240 | Other College Commissioning Programs |
| 08047310 | General Skill Training |
| 08047330 | General Intelligence Skill Training |
| 08047340 | Crypto/SIGINT-Related Skill Training |
| 08047350 | Undergraduate Space Training |
| 08047410 | Undergraduate Pilot Training (UPT) |
| 08047420 | Undergraduate Navigator/NFO Training (UNT) |
| 08047430 | Other Flight Training |
| 08047440 | Euro-NATO Jet Joint Pilot Training |
| 08047450 | Undergraduate Pilot Training (UPT) Strike |
| 08047460 | Undergraduate Pilot Training (UPT) Maritime |
| 08047470 | Undergraduate Pilot Training (UPT) Rotary |
| 08047480 | Flight Screening |
| 08047510 | Professional Military Education |
| 08047520 | Other Professional Education |
| 08047530 | Acquisition Training |
| 08047610 | Integrated Recruit and Skill Training Units |

Submitting Components should refer to the FYDP Structure Management (FSM) System as described in section 010702 of Chapter 1 of this volume to ensure that training program elements listed above are current.

**Exhibit OP-14 Attachment 1: Individual Training Program Elements**
(Page 14 of 16)

Exhibit OP-14 Attachment 2: DoD Institutions

**DOD PROFESSIONAL DEVELOPMENT EDUCATION INSTITUTIONS**

**Service Institutions**
**Army**
   Sergeants Major Academy, Ft Bliss, TX
   Command and General Staff College, Ft Leavenworth, KA
   War College, Carlisle, PA
   Army Management Staff College, Ft Belvoir, VA
**Navy**
   College of Naval Command and Staff, Newport, RI
   College of Naval Warfare, Newport, RI
   Naval Postgraduate School, Monterey, CA\*
   Senior Enlisted Academy, Newport, RI
**Marine Corps**
   Staff NCO Academy, Quantico, VA
   Command and Staff College, Quantico, VA
**Air Force**
   Senior NCO Academy, Gunter AFS, AL
   Air Command and Staff College, Maxwell AFB, AL
   Air War College, Maxwell AFB, AL
   Air Force Institute of Technology, Dayton, OH\*
**Other Defense Institutions** (Component Providing Budgetary Support)
   Africa Center for Security Studies, Arlington, VA
   Armed Forces Staff College, Norfolk, VA
   Asia-Pacific Center for Security Studies, Honolulu, HI
   Center for Civil-Military Relations, Monterey, CA
   Center for Hemispheric Defense Studies, Ft McNair, DC
   Defense Acquisition University, Alexandria, VA
   Defense Contract Audit Institute, Memphis, TN
   Defense Equal Opportunity Employment Institute, Patrick AFB, FL
   Defense Information School, Ft Meade, MD
   Defense Institute of International Legal Studies, Newport RI
   Defense Institute of Security Assistance Management, Dayton, OH
   Defense Language Institute - English Language Center, Lackland AFB, TX

**Exhibit OP-14 Attachment 2: DoD Institutions**
(Page 15 of 16)

### DOD PROFESSIONAL DEVELOPMENT EDUCATION INSTITUTIONS

**Other Defense Institutions** (Component Providing Budgetary Support) (continued)

    Defense Language Institute - Foreign Language Center, Monterey, CA
    Defense Polygraph Institute, Ft Jackson, SC
    Defense Resources Management Institute, Monterey, CA
    Defense Security Service Academy, Linthicum, MD
    George C. Marshall European Center for Security Studies, Germany
    Industrial College of the Armed Forces, Ft McNair, DC
    Information Resources Management College, Ft. McNair, DC
    Institute for National Strategic Studies, Ft. McNair, DC
    Interagency Training Center, Ft Washington, MD
    Joint Military Intelligence College, Washington DC
    Joint Military Intelligence Training Center, Washington DC
    Joint Military Packaging Training Center, Aberdeen, MD
    National Cryptologic School, Ft Meade, MD
    National Geospatial-Intelligence College, Ft Belvoir, VA
    National War College, Ft McNair, DC
    Near East-South Asia Center for Security Studies, Falls Church, VA
    Uniformed Services University of the Health Services, Bethesda, MD

\*Prepare separate exhibits for resident and civilian institution programs.

**Exhibit OP-14 Attachment 2: DoD Institutions**
(Page 16 of 16)

Exhibit OP-15 DoD Dependents Education Cost Summary

**DEPARTMENT OF DEFENSE OVERSEAS DEPENDENTS EDUCATION**
**COST SUMMARY**
(\$ in Thousands)

|  | | | | | | Change |
|---|---|---|---|---|---|---|
| Administrative Costs | | | FY PY | FY CY | FY BY | FY CY/BY |
| 1. | A. | Salaries of Personnel Above School Level | | | | |
| | B. | Personnel Benefits | | | | |
| | C. | Temporary Duty Travel (TDY) | | | | |
| | | (1)  Per Diem | | | | |
| | | (2)  Other Travel Costs | | | | |
| | | (3)  AMC Passenger | | | | |
| | D. | Supplies & Materials (non-ADP) | | | | |
| | E. | Equipment Purchases (non-ADP) | | | | |
| | | (1)  Furniture | | | | |
| | | (2)  All Others | | | | |
| | F. | Rental & Contractual Services (non-ADP) | | | | |
| | | (1)  Rents | | | | |
| | | (2)  Maintenance Contracts | | | | |
| | | (3)  Other Service Contracts | | | | |
| | G. | ADP-Management Information System | | | | |
| | | (1)  Supplies & Materials | | | | |
| | | (2)  Equipment Purchases | | | | |
| | | (3)  Equipment Rental Contracts | | | | |
| | | (4)  Maintenance Contracts | | | | |
| | | (5)  Software Purchases | | | | |
| | | (6)  Contract Consultants | | | | |
| | | (7)  Studies & Analysis Contracts | | | | |
| | | (8)  Professional & Management Services and Contracts | | | | |
| | H. | Special Analyses (non-ADP) | | | | |
| | | (1)  Contract Consultants | | | | |
| | | (2)  Studies & Analysis Contracts | | | | |
| | | (3)  Professional & Management Services and Contracts | | | | |
| | I. | Other | | | | |
| | | (1)  Training | | | | |
| | | (2)  Advertising | | | | |
| | | (3)  Other | | | | |

**Exhibit OP-15 DoD Dependents Education Cost Summary**
(Page l of 11)

**DEPARTMENT OF DEFENSE OVERSEAS DEPENDENTS EDUCATION
COST SUMMARY**
(\$ in Thousands)

|  |  |  | FY PY | FY CY | FY BY | Change FY CY/BY |
|---|---|---|---|---|---|---|
| Administrative Costs |  |  |  |  |  |  |
| 2. | A. | Salaries of Teaching Personnel |  |  |  |  |
|  |  | (1) Teaching Personnel |  |  |  |  |
|  |  | (2) Substitutes |  |  |  |  |
|  | B. | Salaries of Principals |  |  |  |  |
|  | C. | Salaries of Clerical Personnel |  |  |  |  |
|  |  | (1) Clerical Personnel |  |  |  |  |
|  |  | (2) Paraprofessionals |  |  |  |  |
|  | D. | Salaries of Others |  |  |  |  |
|  | E. | Personnel Benefits |  |  |  |  |
|  | F. | Textbooks and Library Books |  |  |  |  |
|  |  | (1) Textbooks |  |  |  |  |
|  |  | (2) Library Books (Newspaper/Periodicals) |  |  |  |  |
|  | G. | Educational Supplies |  |  |  |  |
|  |  | (1) Educational Supplies |  |  |  |  |
|  |  | (2) Audiovisual Supplies |  |  |  |  |
|  |  | (3) ADP-School Administration |  |  |  |  |
|  |  | (4) ADP-Classroom |  |  |  |  |
|  | H. | Educational Equipment |  |  |  |  |
|  |  | (1) Educational Equipment |  |  |  |  |
|  |  | (a) Equipment Rental |  |  |  |  |
|  |  | (b) Equipment Purchases |  |  |  |  |
|  |  | (c) Maintenance Contracts |  |  |  |  |
|  |  | (2) Audiovisual Equipment |  |  |  |  |
|  |  | (a) Equipment Rental |  |  |  |  |
|  |  | (b) Equipment Purchases |  |  |  |  |
|  |  | (c) Maintenance Contracts |  |  |  |  |
|  |  | (3) ADP-School Administration |  |  |  |  |
|  |  | (a) Equipment Rental |  |  |  |  |
|  |  | (b) Equipment Purchases |  |  |  |  |
|  |  | (c) Maintenance Contracts |  |  |  |  |
|  |  | (4) ADP-Classroom |  |  |  |  |
|  |  | (a) Equipment Rental |  |  |  |  |
|  |  | (b) Equipment Purchases |  |  |  |  |
|  |  | (c) Maintenance Contracts |  |  |  |  |

**Exhibit OP-15 DoD Dependents Education Cost Summary**
(Page 2 of 11)

### DEPARTMENT OF DEFENSE OVERSEAS DEPENDENTS EDUCATION
### COST SUMMARY
($ in Thousands)

| Administrative Costs | | FY PY | FY CY | FY BY | Change FY CY/BY |
|---|---|---|---|---|---|
| 2. | I. | Contractual Services | | | |
| | | (1) Contract Instructional Services | | | |
| | | (2) Non-Instructional Contract Services | | | |
| | | (a) Contract Consultants | | | |
| | | (b) Studies & Analysis Contracts | | | |
| | | (c) Professional & Management Services | | | |
| | | (d) Contract Engineering & Technical Services Contracts | | | |
| | | (e) Other Contracts (Specify) | | | |
| | J. | Research & Innovation | | | |
| | | (1) TDY | | | |
| | | (a) Per Diem | | | |
| | | (b) Other Travel Costs | | | |
| | | (c) AMC Passenger | | | |
| | | (2) Projects (Specify) | | | |
| | K. | Summer School | | | |
| | | (1) Salaries of Teaching Personnel | | | |
| | | (2) Educational Activities | | | |
| | L. | Other Temporary Duty Travel | | | |
| | | (1) Itinerant Education Services | | | |
| | | (a) Per Diem | | | |
| | | (b) Other Travel Costs | | | |
| | | (c) AMC Passenger | | | |
| | | (2) Recruiting | | | |
| | | (a) Per Diem | | | |
| | | (b) Other Travel Costs | | | |
| | | (c) AMC Passenger | | | |
| | | (3) Accreditation | | | |
| | | (a) Per Diem | | | |
| | | (b) Other Travel Costs | | | |
| | | (c) AMC Passenger | | | |

**Exhibit OP-15 DoD Dependents Education Cost Summary**
(Page 3 of 11)

**DEPARTMENT OF DEFENSE OVERSEAS DEPENDENTS EDUCATION
COST SUMMARY**
(\$ in Thousands)

|  |  | Change |
|---|---|---|
| Administrative Costs | FY PY        FY CY        FY BY | FY CY/BY |

2.    L.    (4)  Curriculum Review
           (a)  Per Diem
           (b)  Other Travel Costs
           (c)  AMC Passenger
      (5)  Union Deliberation/Negotiation
           (a)  Per Diem
           (b)  Other Travel Costs
           (c)  AMC Passenger
      (6)  Other
           (a)  Per Diem
           (b)  Other Travel Costs
           (c)  AMC Passenger
   M.    In-Service Training
      (1)  Temporary Duty Travel
           (a)  Per Diem
           (b)  Other Travel Cost
           (c)  AMC Passenger
      (2)  Contracts
           (a)  Contract Consultant
           (b)  Professional & Management
               Services Contracts
           (c)  Other Contracts (Specify)
      (3)  Tuition Assistance
      (4)  Other (Specify)
   N.    Other Costs & Compensation
      (1)  Compensation for Extra-Curricular
          School Activities
      (2)  Cost for Correspondence Courses
      (3)  Other (Specify)

**Exhibit OP-15 DoD Dependents Education Cost Summary**
(Page 4 of 11)

**DEPARTMENT OF DEFENSE OVERSEAS DEPENDENTS EDUCATION
COST SUMMARY**
(\$ in Thousands)

| Administrative Costs | FY PY | FY CY | FY BY | Change<br>FY CY/BY |
|---|---|---|---|---|
| 3.   A.   Salaries | | | | |
| (1)   Salaries of Logistics Personnel | | | | |
| (2)   Benefits | | | | |
| B.   Custodial/Maintenance | | | | |
| (1)   Contracts | | | | |
| (2)   Non-Contract Supplies | | | | |
| C.   Repair and Maintenance | | | | |
| (1)   R&M of School Facilities | | | | |
| (a)   Less than \$100,000 | | | | |
| (b)   More than \$100,000 | | | | |
| (2)   Minor Construction Projects | | | | |
| (b)   More than \$100,000 | | | | |
| (a)   Less than \$100,000 | | | | |
| (3)   Recurring R&M | | | | |
| (4)   Other (Specify) | | | | |
| D.   Transportation Services | | | | |
| (1)   Transportation of Things | | | | |
| (a)   AMC Cargo | | | | |
| (b)   MSC Cargo | | | | |
| (c)   Commercial Land | | | | |
| (d)   Commercial Ship | | | | |
| (e)   Commercial Air | | | | |
| (f)   Other | | | | |
| (2)   Second Destination Transportation | | | | |
| (a)   AMC Cargo | | | | |
| (b)   MSC Cargo | | | | |
| (c)   Commercial Land | | | | |
| (d)   Commercial Ship | | | | |
| (e)   Commercial Air | | | | |
| (f)   Other | | | | |
| (3)   Transportation of People | | | | |
| (a)   Per Diem | | | | |
| (b)   Other Travel Costs | | | | |
| (c)   AMC Passengers | | | | |

**Exhibit OP-15 DoD Dependents Education Cost Summary**

(Page 5 of 11)

**DEPARTMENT OF DEFENSE OVERSEAS DEPENDENTS EDUCATION
COST SUMMARY**
(\$ in Thousands)

| Administrative Costs | FY PY | FY CY | FY BY | Change<br>FY CY/BY |
|---|---|---|---|---|
| 3.  D.  (4)  Daily Student Commuting | | | | |
| (a)  Reimbursable | | | | |
| (b)  Contract | | | | |
| (5)  Bus Monitors | | | | |
| E.  Rents, Communications and Utilities | | | | |
| (1)  Rents & Leases | | | | |
| (2)  Utilities | | | | |
| (3)  Communications | | | | |
| F.  Local Costs and Purchases | | | | |
| (1)  Supplies & Materials | | | | |
| (2)Equipment | | | | |
| (a)  Furniture | | | | |
| (b)  All Others | | | | |
| (3)  Printing & Reproduction | | | | |
| (4)  Other | | | | |
| G.  Reimbursable for Services Received | | | | |
| (1)  ADP Automated Supply System | | | | |
| (2)  Accounting/Payroll | | | | |
| (3)  Civilian Personnel Services | | | | |
| (4)  Other Base Support | | | | |
| (5)  NATO/SHAPE/AFCENT Contributions | | | | |
| (6)  Furniture Maintenance | | | | |
| (7)  Equipment Maintenance | | | | |
| (8)  Section Six Schools | | | | |
| 4.  DoDDS-Unique Costs | | | | |
| A  Salaries for Host Nation Personnel | | | | |
| (1)  Salaries | | | | |
| (2)  Benefits | | | | |
| B.  Allowance | | | | |
| (1)  Cost of Living Allowance | | | | |
| (2)  Housing Allowance | | | | |
| (3)  Area Differentials | | | | |

**Exhibit OP-15 DoD Dependents Education Cost Summary**
(Page 6 of 11)

### DEPARTMENT OF DEFENSE OVERSEAS DEPENDENTS EDUCATION
### COST SUMMARY
($ in Thousands)

| Administrative Costs | FY PY | FY CY | Change FY BY | FY CY/BY |
|---|---|---|---|---|

4.    C.    Permanent Change of Station Costs
        (1)  Transportation of People
            (a)  Per Diem
            (b)  Other Travel Costs
            (c)  AMC Passengers
        (2)  Transportation of Things
            (a)  AMC Cargo
            (b)  MSC Cargo
            (c)  Commercial Land
            (d)  Commercial Ship
            (e)  Commercial Air
            (f)  Other
    D.    DoDDS-Operated Dormitories
        (1)  Salaries of Dormitory Personnel
            (a)  Dormitory Counselors
            (b)  Dormitory Aides
            (c)  Compensation for Irregular Hours
        (2)  Benefits
        (3)  Student Room & Board
        (4)  Transportation Services
            (a)  Activity Transportation
            (b)  To/Fro 5-day Dormitories
            (c)  To/From 7-day Dormitories
        (5)  Equipment
            (a)  Furniture
            (b)  All Others

Exhibit OP-15A DoD Dependents Education:  Schools and Enrollment Data

**DEPARTMENT OF DEFENSE DEPENDENTS EDUCATION**
**NUMBER OF SCHOOLS AND ENROLLMENT DATA***

| | | 0 to 124 | 125 to 349 | 350 to 499 | 500 to 749 | 750 to 999 | 1,000 to 1,299 | 1,300 to 1,599 | 1,600 to 1,899 | 1,900 to 2,199 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Elementary Schools (K-8) | | | | | | | | | | | |
| No. of Schools | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Total Enrollment | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Middle Schools (4-8) | | | | | | | | | | | |
| No. of Schools | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Total Enrollment | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Junior High Schools (7-10, must have 9th grade) | | | | | | | | | | | |
| No. of Schools | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Total Enrollment | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |

*Excludes Tuition-Fee Schools and Section Six Schools

**Exhibit OP-15A DoD Dependents Education: Schools and Enrollment Data**
(Page 8 of 11)

**DEPARTMENT OF DEFENSE DEPENDENTS EDUCATION**
**NUMBER OF SCHOOLS AND ENROLLMENT DATA\***

| | | 0 to 124 | 125 to 349 | 350 to 499 | 500 to 749 | 750 to 999 | 1,000 to 1,299 | 1,300 to 1,599 | 1,600 to 1,899 | 1,900 to 2,199 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Secondary Schools (7-12) | | | | | | | | | | | |
| No. of Schools | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Total Enrollment | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| High Schools (9 or 10-12) | | | | | | | | | | | |
| No. of Schools | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Total Enrollment | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Combined Schools (K-9, K-10) or K-12) | | | | | | | | | | | |
| No. of Schools | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Total Enrollment | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |

**Exhibit OP-15A DoD Dependents Education: Schools and Enrollment Data**
(Page 9 of 11)

**DEPARTMENT OF DEFENSE DEPENDENTS EDUCATION**
**NUMBER OF SCHOOLS AND ENROLLMENT DATA\***

| | | 0 to 124 | 125 to 349 | 350 to 499 | 500 to 749 | 750 to 999 | 1,000 to 1,299 | 1,300 to 1,599 | 1,600 to 1,899 | 1,900 to 2,199 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Junior College (Non-Add) | | | | | | | | | | | |
| No. of Locations | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Total Enrollment\* | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Kindergarten (Memo Entry) | | | | | | | | | | | |
| No. of Locations | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Total Enrollment | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| No. of Locations | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |
| Total Enrollment | FY PY | | | | | | | | | | |
| | FY CY | | | | | | | | | | |
| | FY BY | | | | | | | | | | |

\* Provide data in terms of Full-Time Equivalents

**Exhibit OP-15A DoD Dependents Education: Schools and Enrollment Data**
(Page 10 of 11)

Exhibit OP-15B DoD Dependents Education:  Pupil/Teacher Ratio

### DEPARTMENT OF DEFENSE DEPENDENTS EDUCATION
### PUPIL ENROLLMENT TO TEACHER RATIOS
### (Full-Time Equivalents (FTEs))

|  | PY | CY | BY | Change CY/BY |
|---|---|---|---|---|
| **I.  Summary** | | | | |
| Elementary School (K-8) | | | | |
| Middle School (4-8) | | | | |
| Jr. High (7-10, must have 9th grade) | | | | |
| Secondary Schools (7-12) | | | | |
| High Schools (9 or 10-12) | | | | |
| Combined (K-9, K-10 or K-12) | | | | |
| Special Education Program (Self-Contained) | | | | |
| Junior College | | | | |
| TOTAL | | | | |
| **II.  Detail of Special Education Classes** | | | | |
| Self Contained Environment | | | | |
| Physically Handicapped | | | | |
| Hearing Impaired | | | | |
| Mentally Handicapped (Educ./Trainable) | | | | |
| Emotionally Handicapped | | | | |
| Multi-handicapped (at least two categories) | | | | |
| Pre-School Handicapped | | | | |
| TOTAL | | | | |
| Non-Self Contained Environment | | | | |
| Physically Handicapped | | | | |
| Hearing Impaired | | | | |
| Visually Handicapped | | | | |
| Learning Disabled | | | | |
| Mildly Handicapped | | | | |
| Mentally Handicapped (Educ./Trainable) | | | | |
| Emotionally Handicapped | | | | |
| Multi-handicapped | | | | |
| TOTAL | | | | |
| **III.  Certain Special Programs Teachers** | | | | |
| Speech Therapist | | | | |
| ESL | | | | |
| Compensatory Education | | | | |
| Talented & Gifted | | | | |
| TOTAL | | | | |

**Exhibit OP-15B DoD Dependents Education: Pupil/Teacher Ratio**
(Page 11 of 11)

Exhibit OP-16 DoD Defense Agencies Section 6 Schools

**DEPARTMENT OF DEFENSE DEPENDENTS EDUCATION
SECTION 6 SCHOOLS COST SUMMARY**
(\$ in Thousands)

|  | PY | CY | BY | Change CY/BY |
|---|---|---|---|---|

**1.  ADMINISTRATION COST**
    a.  Salaries for Administration
        (1)  Superintendent
        (2)  Associate Superintendent
        (3)  Other Administrators
        (4)  Secretaries and Clerks
    b.  Other Expenses for Administration
        (1)  TDY Travel
        (2)  Supplies

**2.  INSTRUCTION COSTS**
    a.  Salaries of Principals
        (1)  Supervising Principals
            (a)  Elementary
            (b)  Secondary
        (2)  Assistant Principals
    b.  Salaries of Teachers
        (1)  Elementary
            (a)  Kindergarten
            (b)  Specialists (Special Subject matter Areas)
            (c)  Classroom Teachers
        (2)  Secondary
        (3)  Special Education Teachers
        (4)  Summer School
    c.  Salaries of Other Instructional Staff
        (1)  Librarian Salaries
            (a)  Librarians
            (b)  Assistant Librarians
        (2)  Counselors

Exhibit OP-16 DoD Defense Agencies Section 6 Schools
(Page 1 of 5)

**DEPARTMENT OF DEFENSE DEPENDENTS EDUCATION
SECTION 6 SCHOOLS COST SUMMARY**
($ in Thousands)

|  | PY | CY | BY | Change CY/BY |
|---|---|---|---|---|

2. <u>INSTRUCTION COSTS (continued)</u>
   d.  Salaries of Secretarial and
       Clerical Staff
       (1)  Principal's Office Secretarial and Clerical Staff
       (2)  Library Clerks
   e.  Other Salaries for Instruction
       (1)  Teacher Aides
       (2)  Substitute Teachers
   f.  Student Fees
       (1)  Special Education (EMR)
            and Special Education (LD)
       (2)  Reading & Motor Perception
            Program
   g.  School Library & Audio
       Visual Materials
       (1)  Library Books
            (a)  Replacement
            (b)  Rebinding
       (2)  Periodicals and Newspapers
       (3)  Audio Visual Materials
       (4)  Library Supplies
   h.  Teaching Supplies
       (1)  Kindergarten
       (2)  Elementary School
       (3)  Secondary School
       (4)  Special Education Supplies

**Exhibit OP-16 DoD Defense Agencies Section 6 Schools**
(Page 2 of 5)

**DEPARTMENT OF DEFENSE DEPENDENTS EDUCATION
SECTION 6 SCHOOLS COST SUMMARY**
(\$ in Thousands)

|  | PY | CY | BY | Change CY/BY |
|---|---|---|---|---|

**2.  INSTRUCTION COSTS (continued)**
i.   Other Expenses for Instruction
(1)  Professional Library
(2)  Supplies (Office Supplies Related
to Instruction)
(3)  Workshop
(4)  Outdoor Education Program Supplies
(5)  TDY for Instruction

**3.  AUXILIARY**
a.   Health Services
(1)  Salaries
(2)  Supplies and expenses
b.   School Lunch Service Salaries
(Cafeteria Manager)

**4.  PUPIL TRANSPORTATION SERVICES**
a.   Salaries for Pupil Transportation
b.   Contracted Services for Pupil
Transportation

**5.  OPERATION OF PLANT**
a.   Salaries for Operation of Plant
(1)  Salary of Head Custodian
(2)  Salaries of Assistant Custodians
b.   Contracted Services for Operation of Plant

**Exhibit OP-16 DoD Defense Agencies Section 6 Schools** (Page 3 of 5)

**DEPARTMENT OF DEFENSE DEPENDENTS EDUCATION
SECTION 6 SCHOOLS COST SUMMARY**
($ in Thousands)

| | PY | CY | BY | Change CY/BY |
|---|---|---|---|---|

**5.  OPERATION OF PLANT (continued)**
    c.  Utilities
        (1)  Heat
        (2)  Water
        (3)  Electricity
        (4)  Gas
        (5)  Sewage and/or Trash
             Removal Service
        (6)  Phone
    d.  Supplies for Operation of Plant

**6.  MAINTENANCE OF PLANT**
    a.  Salaries for Maintenance of School
       Plant
    b.  Contracted Services for Maintenance
        (1)  Pest Control
        (2)  Rug, Mop, and Linen
        (3)  Fire Control
    c.  Replacement of Equipment
        (1)  Administrative Equipment
        (2)  Instructional Equipment
        (3)  Non-Instructional Equipment
        (4)  Audio Visual Equipment
    d.  Supplies for Maintenance of Plant
        (1)  Supplies for Building Maintenance
        (2)  Supplies for Equipment Maintenance

**7.  FIXED CHARGES**
    a.  Government Contribution to Retirement
        (1)  Civil Service Retirement (CSRS and FERS)
        (2)  FICA

**Exhibit OP-16 DoD Defense Agencies Section 6 Schools**
(Page 4 of 5)

**DEPARTMENT OF DEFENSE DEPENDENTS EDUCATION**
**SECTION 6 SCHOOLS COST SUMMARY**
($ in Thousands)

|  | PY | CY | BY | Change CY/BY |
|---|---|---|---|---|
| **7.** FIXED CHARGES (continued) | | | | |
|    b.  Government Contribution to Insurance | | | | |
|       (1)  FEGLI | | | | |
|       (2)  FEHB | | | | |
|       (3)  Fidelity Bond Premiums | | | | |
|    c.  Workmen's Compensation | | | | |
|    d.  Rental of Land and Buildings | | | | |
|       (1)  Rent for Instructional Purposes | | | | |
|       (2)  Rent for Non-Instructional Purposes | | | | |
| SUBTOTAL (costs for Section 6 Schools) | | | | |
|    Less reimbursements for non-Section 6 School pupils | | | | |
|    (This Pertains to Puerto Rico Schools Only) | | | | |
| NET Section 6 Schools Costs | | | | |
|    (Estimated number of pupils in Section 6 Schools) | | | | |
|    (Costs per pupil) | | | | |
| **8.** COSTS UNIQUE TO SECTION 6 SCHOOLS | | | | |
|    (Puerto Rico Schools Only) | | | | |
|    a.  Overseas Allowances | | | | |
|       (cost of living, quarters, and post | | | | |
|       differential) | | | | |
|    b.  Permanent Change of Station (PCS) Costs | | | | |
| **TOTAL SECTION 6 SCHOOLS COSTS** | | | | |
|    Estimated Number of Pupils (including Tuition Paying Pupils) | | | | |
|       Per Pupil Cost | | | | |

INSTRUCTIONS:  Exhibit OP-16 in its entirety will be submitted for both the OSD and the President's budget submissions.  This exhibit will be incorporated into the OP-5 Exhibit for the Section 6 Schools.

**Exhibit OP-16 DoD Defense Agencies Section 6 Schools**
(Page 5 of 5)

Exhibit OP-20 Flying Hours Program

**Exhibit OP-20**
**Flying Hours Program**
**Operation and Maintenance,** Component

| | PY-1 | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|---|
| Component, derived from Treasury Code, Bold | | | | | | | | |
| F-16 Weapon System, Underline | | | | | | | | |
| Quantity Weapon System Detail | | | sum of all quantities by SAG and PE | | | | | |
| | | | | | | | | |
| Flying Hours Required Weapon System Detail | | sum of all required flying hours by SAG and PE | | | | | | |
| Flying Hours Funded Weapon System Detail | | sum of all funded flying hours by SAG and PE | | | | | | |
| **Flying Hour Difference** | | Required less Programmed +/-, **Bold** | | | | | | |
| | | | | | | | | |
| Flying Hours Funded/Crew/Month Weapon System Detail | | sum of all reported by SAG and PE | | | | | | |
| Number of Crews Weapon System Detail | | sum of all reported by SAG and PE | | | | | | |
| Crew Ratio Weapon System Detail | | sum of all reported by SAG and PE | | | | | | |
| | | | | | | | | |
| Fuel Funded Weapon System Detail | | sum of all fuel funded by SAG and PE | | | | | | |
| Reparables Funded Weapon System Detail | | sum of all reparables funded by SAG and PE | | | | | | |
| Consumables Funded Weapon System Detail | | sum of all consumables funded by SAG and PE | | | | | | |
| Contract Funded Weapon System Detail | | sum of all contracts funded by SAG and PE | | | | | | |
| Maintenance Funded Weapon System Detail | | sum of all maintenance funded by SAG and PE | | | | | | |
| Other Funded Weapon System Detail | | sum of all other funded by SAG and PE | | | | | | |
| **Total Direct Funded** | | Sum all direct funded types above, **Bold** | | | | | | |
| Indirect Funded Weapon System Detail | | sum of all indirect funded by SAG and PE | | | | | | |
| **Total Funded** | | Sum all funded types above, **Bold** | | | | | | |
| | | | | | | | | |
| **Total TOA Required** | | sum of all reported by SAG and PE, **Bold** | | | | | | |

**Instructions for creating the display**

The OP-20 data will be **submitted via the Select and Native Programming Data Input System (SNaP) located at https://snap.pae.osd.mil.  The most current version of this exhibit will be found at this site**.  Once loaded the data will be available in the Operations & Support Data Center.  Program/Budget data displays will be produced through the Data Center.  Questions regarding the OP-20 should be referred to (703) 697-3248.  Questions about the SNaP interface should be referred to the Office of the Director (Program Analysis & Evaluation) Programming and Fiscal Economics Division  (703) 693-0223.
 1) Display the Organization and Component under the report title
 2) For each Weapon System display the weapon system detail as organized above
 3) Sum all weapon detail reported by SAG and PE at weapon system level
**Data Center**: Operations and Support, Program/Budget
**Display Variations for Warehouse**: In addition to Organization breaks create one Department wide Display including all organizations, no grand totals.
**Database Requirement:** One XLS of all data for all organizations as provided-- no calculations

**Exhibit OP-20 Flying Hours Program**
(Page 1 of 3)

**OP-20 Flying Hours Summary**

| Appropriation | SAG | Program Element | Weapon System Type | Weapon System Detail | PY-1 | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Treasury Code List Provided | List Provided | | Type/Model/Series | Quantity | # | # | # | # | # | # | # | # |
| | Add Capability | | List Provided with add capability | Flying Hours Required | # | # | # | # | # | # | # | # |
| | | | | Flying Hours Funded | # | # | # | # | # | # | # | # |
| | | | | Flying Hours Funded/Crew/Month | # | # | # | # | # | # | # | # |
| | | | | Number of Crews | # | # | # | # | # | # | # | # |
| | | | | Crew Ratio | # | # | # | # | # | # | # | # |
| | | | | Utilization Rate | # | # | # | # | # | # | # | # |
| | | | | Fuel Funded (Direct) | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | DLRs Funded (Direct) | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | Consumables Funded (Direct) | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | Contract Funded (Indirect) | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | Maintenance Funded (Indirect) | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | Other Funded (Indirect) | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | Total TOA Required | $ | $ | $ | $ | $ | $ | $ | $ |

**Instructions for Completing the Weapon Systems Readiness-Flying Hour Summary**

1) For Army, Navy and Air Force, provide the funding level--by Active, Reserve, and Guard--for the Flying Hour Program (FHP) by SAG, PE, Treasury Code and weapon system type. The funding levels reported here should be the same as those reported in Budget Exhibit OP-20.
2) Provide Narrative in a Word Document that discusses reasons for cost growth from the PB 03 position for any major weapons systems whose cost per flying hour increased more than 10 percent. Discuss any accounting changes in the flying hour program made since the PB 03 position.
3) For Navy, provide a list of Program Elements included in each of the following: TACAIR/ASW, Fleet Training, and Fleet Air Support

**Definitions:**
Organization: The Military Departments, All components
Appropriation: Treasury Code, Defined set of four-digit numeric codes from the Comptroller that identifies resources by type, organization and component.

**Exhibit OP-20 Flying Hours Program**
(Page 2 of 3)

**OP-20 Flying Hours Summary (Continued)**

<u>SAG:</u> Sub-Activity Group, budget term denoting groupings of resources
      Army SAGs:  111, 112, 113, 114, 121, 135, 311, 321, 322, 423, 434, and 441.
      Navy SAGs:  1A1A, 1A2A, and 1C1C
      Air Force SAGs:  By appropriate SAGs.
<u>Program Element:</u> Identify the PE containing the weapon system described by the detail.
<u>Weapon System Type:</u> Provide Type/Model/Series detail for the weapon system described by the detail.
<u>Weapon System Detail:</u>
      Quantity-Identify the number of weapon system type used to determine flying hour program funding
      Flying Hours: - flying hour per Aircraft per Month, required and funded
      Utilization Rate:
      Crew Ratio: - number of crews funded per weapon system
      Funded: Identify direct funding level for Fuel, DLRs, Consumables, and Indirect funding for Contract, Maintenance and Other OPTEMPO.
            Army  -- See definition of Indirect OPTEMPO in Notes section below.
            Navy--Special Interest Codes
            Air Force--Consumables (General Support (GS) + System Support (SS))
      Total TOA Required: Provide total TOA required to meet the flying hour requirement

<u>Notes:</u>
1)  Indirect OPTEMPO is the portion of the Army's total OPTEMPO that is structure based, or those costs that are based on the number of personnel supported rather than the costs that vary directly with training activities/events (called Direct OPTEMPO).  Some examples of Indirect OPTEMPO costs include organizational clothing and equipment, civilian pay, and contract logistic support.  If it is not possible to report Indirect OPTEMPO costs by PE and weapon system, report total Indirect OPTEMPO costs for the Army flying hour program and include a narrative in a word document explaining how this number is achieved and what steps will be taken to provide more detailed data in the next POM submission
2)  For each PE/Treasury Code/SAG combination, the sum of DLRs and Consumables will be compared with the O&M FYDP Expense Aggregate, Repair Parts, for the same combination.
3)  For each PE/Treasury Code/SAG combination, the Fuel entered will be compared with the O&M FYDP Expense Aggregate, Fuel, for the same combination.

**Technical Issues:** If you are having difficulty with the data collection system—SNaP, contact the SNaP administrators via the email link at the web site.

**Exhibit OP-20 Flying Hours Program**
(Page 3 of 3)

Exhibit OP-24 Emergency and Extraordinary Expense Limitation

INSTRUCTIONS FOR OP-24

**Emergency and Extraordinary Expense Limitation**

    A.   <u>Purpose</u>

    1.   This section provides guidance for the submission of Exhibit OP-24 (Emergency and Extraordinary Expense Limitation) and the quarterly emergency and extraordinary expenses expenditure report required by section 127 of Title 10, United States Code.

    2.   This section supersedes OASD(C) memorandum, 14 August 1975, subject: Quarterly Reporting of Emergency and Extraordinary Expenses, and OASD(C) memorandum, 6 August 1976, subject: Quarterly Reporting of Emergency and Extraordinary Expenses.

    B.   <u>Submission Requirements</u>

    1.   <u>General</u>.  In the annual DoD appropriations acts, Congress provides the Secretary of Defense, secretaries of the military departments, DoD Inspector General, and the US Court of Appeals for the Armed Forces, the authority to make obligations and expenditures for emergency and extraordinary expenses.  These authorities are provided in terms of dollar limitations and are available for the fiscal year in which they are provided in the DoD appropriations act.  Defense agencies, the office of the Secretary of Defense, the office of the Joint Chiefs of Staff, and Combatant Commands are allocated (usually via a Deputy Secretary of Defense memorandum) a portion of the Secretary of Defense's annual emergency and extraordinary expenses authority.

    The use of emergency and extraordinary expenses authority is limited to those expenditures which cannot be anticipated or classified, or are not specifically appropriated for such purposes, and includes expenditures for emergent confidential military requirements and official representation activities.

    In order to strengthen the management of, and budgeting for, emergency and extraordinary expense authority, and continue to comply with 10 USC 127 for the submission of required reports to Congress, it is necessary to improve the emergency and extraordinary expense data collection process.  Therefore, the following guidance is provided:

    2.   <u>OP-24</u>

    a.   This exhibit will be submitted by each military department and Defense activity that require emergency and extraordinary expense authority, or authority to expend funds for official representation activities, for both the OSD budget review and the President's budget submit.  In addition to the budgetary data, the OP-24 must include a full and complete narrative justification to support the request.

    b.   If more space is required, the justification material may be continued on a second page, or additional information may be attached to OP-24, as appropriate.

**Exhibit OP-24 Emergency and Extraordinary Expense Limitation**
(Page 1 of 4)

c.    The Defense components that submit an OP-24 with only the budgetary data, but inadequate or no narrative justification risk not receiving any, or significantly reduced, emergency and extraordinary expense authority.

d.    For the President's budget submission, the OP-24 should be submitted concurrently but separately to OUSD (Comptroller) Operations Directorate (Pentagon, Room 3C749).

3.    Quarterly Reports

a.    10 USC 127 requires the Secretary of Defense to submit an annual report of expenditures made under the authority of this statute. (Although Congress requires an annual submission, quarterly inputs are required for management purposes.)

b.    The categories of expenditure for reporting the quarterly emergency and extraordinary expenses were defined in the 14 August 1975 ASD(Comptroller) memorandum, and are shown below (Mapping and Charting Activity has been changed to Geospatial Intelligence):

Emergency and Extraordinary Expenses
Expenditures through _____

|     |                                                          | Obligation | Expenditure |
|-----|----------------------------------------------------------|:----------:|:-----------:|
| 1.  | Cryptologic Intelligence                                 | x          | x           |
| 2.  | HUMINT                                                    | x          | x           |
| 3.  | Counterintelligence and Investigative Activities         | x          | x           |
| 4.  | Scientific and Technical                                 | x          | x           |
| 5.  | Intelligence and Management Support                      | x          | x           |
| 6.  | Geospatial Intelligence                                  | x          | x           |
| 7.  | Attaché Activities                                       | x          | x           |
| 8.  | Tactical Intelligence                                    | x          | x           |
| 9.  | Other Intelligence \*                                    | x          | x           |
| 10. | Representation Allowance                                  | x          | x           |
| 11. | Criminal Investigations                                  | x          | x           |
| 12. | Other Non-Intelligence Activities \*                     | x          | x           |
|     | Total                                                    | xx         | xx          |

\*  "Other" categories should be specifically identified with their related expenditures in separate lines below lines 9 and/or 12.

c.    The quarterly expenditure amounts reported are expenditures made against recorded obligations for the fiscal year being reported. If current fiscal year expenditures being reported are expenditures made against prior year obligations, provide a separate expenditure listing for each fiscal year for which expenditures in the current fiscal year are being reported.  The quarterly expenditure amounts will be on a cumulative basis for the fiscal year for which the expenditures are being reported.

**Exhibit OP-24 Emergency and Extraordinary Expense Limitation**
(Page 2 of 4)

   d.  In addition, the Defense components shall also report to the Office of the Under Secretary of Defense (Comptroller) the obligation amounts made against the emergency and extraordinary expense authority for the fiscal year being reported.

   e.  The military departments, DoD Inspector General, and the US Court of Appeals for the Armed Forces shall submit quarterly reports of all emergency and extraordinary expense obligation and expenditures to the Office of the Under Secretary of Defense (Comptroller) no later than 31 days following the close of the quarter being reported.

   f.  Defense agencies and other DoD activities that receive their emergency and extraordinary expense authority from the Secretary of Defense (usually via a Deputy Secretary of Defense memorandum) shall continue to submit their quarterly expenditure data for official representation activities to the Director of Administration and Management no later than 25 days following the close of the quarter, in accordance with DoD Directive 7250.13 (Official Representation Funds).  Defense agencies and DoD activities must also include their obligation data for official representation activities, in addition to the expenditure data, in their quarterly submissions to the Director of Administration and Management.

   g.  Relative to the emergency and extraordinary expense expenditures for confidential military purposes, Defense agencies and other DoD activities, including the Washington Headquarters Services, that receive their emergency and extraordinary expense authority from the Secretary of Defense, shall submit their quarterly obligation and  expenditure report for confidential military purposes directly to the Office of the Under Secretary of Defense (Comptroller) no later than 31 days following the close of the quarter being reported.

**Exhibit OP-24 Emergency and Extraordinary Expense Limitation**
(Page 3 of 4)

**Operation and Maintenance, _____**

**EMERGENCY AND EXTRAORDINARY EXPENSE LIMITATION**

Scope:  Covers all expenses subject to the congressional limitation on "Emergency and Extraordinary Expenses"

|  | | FY PY | FY CY | FY BY |
|---|---|---|---|---|
| 1. | Cryptologic Intelligence | | | |
| 2. | HUMINT | | | |
| 3. | Counterintelligence and Investigative Activities | | | |
| 4. | Scientific and Technical | | | |
| 5. | Intelligence and Management Support | | | |
| 6. | Geospatial Intelligence | | | |
| 7. | Attaché Activities | | | |
| 8. | Tactical Intelligence | | | |
| * 9. | Other Intelligence | | | |
| | **Subtotal, Intelligence Type** | | | |
| 10. | Representation Allowance | | | |
| 11. | Criminal Investigations | | | |
| * 12. | Other Non-Intelligence Activities | | | |
| | Total | | | |

*   "Other" categories should be specifically identified with their related purpose as a footnote.  The DoD Components are invited to provide additional appropriate standard categories in lieu of using "Other" category.

**NARRATIVE EXPLANATION OF CHANGE**.  Provide written explanation/justification for changes from one FY to the next.

**Exhibit OP-24 Emergency and Extraordinary Expense Limitation**
(Page 4 of 4)

Exhibit OP-25 Ground Vehicle Operations

**NEW Exhibit OP-25**
**Ground Vehicle Operations**
**Operation and Maintenance,** Component

| | PY-1 | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|---|
| Component, derived from Treasury Code, Bold | | | | | | | | |
| M-1 Weapon System, Underline | | | | | | | | |
| Quantity Weapon System Detail | | | sum of all quantities by SAG and PE | | | | | |
| Barrels of Fuel Weapon System Detail | | | sum of all quantities by SAG and PE | | | | | |
| Tank Miles Required Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Tank Miles Funded Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Tank Miles Difference | | | Required less Programmed +/-, **Bold** | | | | | |
| Fuel Funded Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Reparable Parts Funded Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Consumables Funded Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Contract/Other Funded Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| **Total Direct Funded** | | | Sum all funded types above, **Bold** | | | | | |
| Indirect Funded Weapon System Detail | | | sum of all indirect funded by SAG and PE | | | | | |
| Total Funded | | | Sum all funded types above, **Bold** | | | | | |
| Total Requirement | | | sum of all reported by SAG and PE, **Bold** | | | | | |

**Instructions for creating the display**
The OP-25 data will **be submitted via the Select and Native Programming Data Input System (SNaP) located at https://snap.pae.osd.mil.  The most current version of this exhibit will be found at this site**.  Once loaded the data will be available in the Operations & Support Data Center.  Program/Budget data displays will be produced through the Data Center.  Questions regarding the OP-20 should be referred to the Operations Directorate at OPSDirectorate@osd.mil.  Questions about the SNaP interface should be referred to the Office of the Director (Program Analysis & Evaluation) Programming and Fiscal Economics Division  (703) 693-7825.  Technical questions regarding SNaP should be referred to the Information Management and Analysis Group (703) 604-6349.
1) Display the Organization and Component under the report title
2) For each Weapon System display the weapon system detail as organized above
3) Sum all weapon detail reported by SAG and PE at weapon system level
**Crystal Reports Sort Order**: Organization, Component then Weapon System
**Data Center**: Operations and Support, Program/Budget
**Data Source**: SNaP
Display Variations for Warehouse: In addition to Organization breaks create one Department wide Display including all organizations, no grand totals.
**Database Requirement:** One XLS of all data for all organizations as provided-- no calculations

**Exhibit OP-25 Ground Vehicle Operations**
Page 1 of 3)

| Appropriation | SAG | Program Element | Weapon System Type | Weapon System Detail | PY-1 | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Treasury Code List | List Provided | | Major Fighting Vehicle | Quantity | # | # | # | # | # | # | # | # |
| | Add Cap. | | List Provided with add capability | Barrels of Fuel | # | # | # | # | # | # | # | # |
| | | | | OPTEMPO Miles Required | # | # | # | # | # | # | # | # |
| | | | | OPTEMPO Miles Funded | # | # | # | # | # | # | # | # |
| | | | | Fuel Funded | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | DLRs Funded | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | Consumables Funded | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | Contract Funded | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | Indirect Funded | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | Total TOA Required | $ | $ | $ | $ | $ | $ | $ | $ |

**Instructions for Completing the Weapon Systems Ground Vehicle Operations Summary**
1) For Army, Marine Corps and SOCOM, provide the funding level--by Active, Reserve, and Guard--for Ground Vehicle Operations.  Provide as much of the PE, Treasury Code, SAG and Weapon System Type information as possible
2) Provide a list of Weapon Systems and the type of OPTEMPO miles (Tank, Battalion, etc.).  Include a definition for each type of OPTEMPO mile with the derivation/calculations used.  Can be in either Word or Excel.

**Definitions:**
Organization: The POM reporting entities directed to submit this data requirement.  For a complete list of organizations by data requirement see Appendix A of the PDR.
Appropriation: Treasury Code, Defined set of four-digit numeric codes from the Comptroller that identifies resources by type, organization and component.
SAG: Sub-Activity Group, budget term denoting groupings of resources
Program Element: Identify the PE containing the weapon system described by the detail.

**Exhibit OP-25 Ground Vehicle Operations**
(Page 2 of 3)

<u>Weapon System Type:</u> Provide Major Fighting Vehicles by type for the weapon system described by the detail.  For each type of major combat vehicle in an Excel document, provide the average number of annual tank miles budgeted and executed, and cost per average tank mile for Fuel, DLRs and Consumables by the warfighting units in the following training/operational categories:

- Combatants (exclude CCTT, CTCs & Contingency Operations)
- Close Combat Tactical Training (CCTT)
- National Training Center (NTC)
- Other Combat Training Centers (CTCs)
- Contingency Operations (i.e., Bosnia)
- Other (Please specify)
- Total Ground OPTEMPO (should be consistent with Weapon System Readiness total)

Include direct Operation and Maintenance funds only.  (<u>Exclude</u> amounts funded from other appropriations or other source of funding (e.g. reimbursement from foreign government).)

<u>Weapon System Detail:</u>
      Quantity-Identify the number of major fighting vehicle weapon systems by type used to determine the tank miles program funding
      OPTEMPO Miles: -Annual number of OPTEMPO Miles driven for Major Fighting Vehicles, required and funded
      Funded: Identify funding level for Fuel, DLRs, Consumables, and Contract Funding and Indirect OPTEMPO costs (Army only).
      Total TOA Required: Provide total TOA required to meet the ground vehicle operations requirement

**Business Rules:**
For Ground Vehicles only,  for each PE/Treasury Code/SAG combination, include vehicles not on the starter list or considered major combat vehicles in Weapon System Type = Other Vehicles.

**Notes:**
1) Indirect OPTEMPO is the portion of the total OPTEMPO that is structure based, or those costs that are based on the number of personnel supported rather than the costs that vary directly with training activities/events (called Direct OPTEMPO).  Some examples of Indirect OPTEMPO costs include organizational clothing and equipment, civilian pay, and contract logistic support.  If it is not possible to report Indirect OPTEMPO costs by PE and weapon system, report Indirect OPTEMPO costs for the Army ground operations program by cost category and include a narrative in a word document explaining how this number is achieved and what steps are taken to provide more detailed data in the next POM submission
2) For each PE/Treasury Code/SAG combination, the sum of DLRs and Consumables will be compared with the O&M FYDP Expense Aggregate, Repair Parts, for the same combination.
3) For each PE/Treasury Code/SAG combination, the Fuel entered will be compared with the O&M FYDP Expense Aggregate, Fuel, for the same combination.

**Technical Issues:**  If you are having difficulty with the data collection system – SNAP, contact the SNAP administrators via the email link at the web site.

**Exhibit OP-25 Ground Vehicle Operations**
(Page 3 of 3)

Exhibit OP-26A POL Consumption and Costs (Flying Hours)

**DEPARTMENT of_____**
**FY BY OSD Submit/President's Budget**
**POL Consumption and Costs**
**(Flying Hours, Barrels and $ in Thousands)**

**Appropriation/Fund**

| Activity | FY PY Actual | | | FY CY Estimate | | | FY BY Estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| | **F/H** | **BBLs** | **$** | **F/H** | **BBLs** | **$** | **F/H** | **BBLs** | **$** |
| Aircraft Operations | | | | | | | | | |
| Separately identify each petroleum product | | | | | | | | | |
| Ship Operations | | | | | | | | | |
| Separately identify each petroleum product | | | | | | | | | |
| Vehicle Operations | | | | | | | | | |
| Separately identify each petroleum product | | | | | | | | | |
| Other (Identify each activity separately) | | | | | | | | | |
| Separately identify each petroleum product | | | | | | | | | |
| Total | | | | | | | | | |
| Separately identify each petroleum product | | | | | | | | | |

**Instructions:**     This exhibit will be submitted by each Military Department and Defense Agency.  Complete for each appropriation and fund, including the Defense Working Capital Fund, family housing, and RDT&E accounts.  Customer accounts should include direct consumption only and should <u>not</u> include Working Capital Fund (WCF) consumption.  Provide for each type of petroleum product consumed (for example: JP-4, MOGAS, Leaded, Navy Reclaim, distillate, etc.).  Provide for each of the following appropriations/funds and when more than one appropriation/fund provides a total for the Component.

1.     Subtotals
   a.  Operation and Maintenance Appropriations
   b.  Research, Development, Test and Evaluation Appropriations
   c.  Family Housing Appropriations
   d.  Defense Working Capital Fund (Provide a breakout for each Working Capital Fund activity group and a total for the Working Capital Fund.)
       (1)  Depot Maintenance
       (2)  MSC
       (3)  Other Working Capital Fund Activities (Separately identify each Defense Working Capital Fund activity group.)
2.     Total Military Service or Defense Agency

The OP-26A exhibit will also be submitted by each Military Department and Defense Agency concurrently with the submission of congressional justification materials.  The OP-26A exhibit will <u>not</u> be included in justification material forwarded to the Congress.

**Exhibit OP-26A POL Consumption and Costs (Flying Hours)**

Exhibit OP-26B POL Consumption and Costs (Unit Cost)

**Department of** _____

**FY BY OSD Submit President's Budget**
**POL Consumption and Costs**
**(Barrels, Unit Cost and $ in Thousands)**

**Appropriation/Fund**

| | FY PY Actual | | | FY CY Estimate | | | FY BY Estimate | | |
|---|---|---|---|---|---|---|---|---|---|
| **Activity** | **BBLs** | **Unit Cost** | **$** | **BBLs** | **Unit Cost** | **$** | **BBLs** | **Unit Cost** | **$** |
| Aircraft Operations | | | | | | | | | |
|   Separately identify each petroleum product | | | | | | | | | |
| Ship Operations | | | | | | | | | |
|   Separately identify each petroleum product | | | | | | | | | |
| Vehicle Operations | | | | | | | | | |
|   Separately identify each petroleum product | | | | | | | | | |
| Other (Identify each activity separately) | | | | | | | | | |
|   Separately identify each petroleum product | | | | | | | | | |
| Total | | | | | | | | | |
|   Separately identify each petroleum product | | | | | | | | | |

**Instructions:**    This exhibit will be submitted by each Military Department and Defense Agency.  Complete for each appropriation and fund, including Defense Working Capital Fund, family housing and RDT&E accounts.  Customer accounts should include direct consumption only and should <u>not</u> include Defense Working Capital Fund consumption.  Provide for each type of petroleum product consumed (for example: JP-4, MOGAS, Leaded, Navy Reclaim, distillate, etc.).  Provide for each of the following appropriations/funds and when more than one appropriation/fund provides a total for the Component.

1.   Subtotals
    a.   Operation and Maintenance Appropriations
    b.   Research, Development, Test and Evaluation Appropriations
    c.   Family Housing Appropriations
    d.   Defense Working Capital Fund (Provide a breakout for each Defense Working Capital Fund activity group and a total for the Defense Working Capital Fund.)
        (1)          Depot Maintenance
        (2)          MSC
        (3)  Other Defense Working Capital Fund Activities (Separately identify each Defense Working Capital Fund activity group.)

2.   Total Military Service or Defense Agency

The OP-26B exhibit will also be submitted by each Military Department and Defense Agency concurrently with the submission of congressional justification materials.  The OP-26B exhibit will <u>not</u> be included in justification material forwarded to the Congress.

**Exhibit OP-26B POL Consumption and Costs (Unit Cost)**

Exhibit OP-26C Sources of Purchases for POL Consumption

**Department of**
**FY BY OSD Submit/President's Budget**
**Source of Purchases for POL Consumption**
**(Barrels in Thousands)**

**Appropriation/Fund**

| **Activity** | **WCF** | FY PY Actual Local **Sources** | **Total** | `**WCF** | FY CY Estimate Local **Sources** | **Total** | **WCF** | FY BY Estimate Local **Sources** | **Total** |
|---|---|---|---|---|---|---|---|---|---|
| Aircraft Operations | | | | | | | | | |
|    Separately identify each petroleum product | | | | | | | | | |
| Ship Operations | | | | | | | | | |
|    Separately identify each petroleum product | | | | | | | | | |
| Vehicle Operations | | | | | | | | | |
|    Separately identify each petroleum product | | | | | | | | | |
| Other (Identify each activity separately) | | | | | | | | | |
|    Separately identify each petroleum product | | | | | | | | | |
| Total | | | | | | | | | |
|   Separately identify each petroleum product | | | | | | | | | |

**Instructions:**  This exhibit will be submitted by each Military Department and Defense Agency for both the OSD Submit and the President's budget submit. Complete for each appropriation and fund, including working capital funds, family housing and RDT&E accounts. Customer accounts should include direct consumption only and should not include industrial fund consumption.  Provide for each type of petroleum product consumed (for example: JP-4, MOGAS, Leaded, Navy Reclaim, distillate, etc.).  Provide for each of the following appropriations/funds and when more than one appropriation/fund provides a total for the Component.  **The total purchases will agree with the barrels consumed or planned for consumption reflected on the OP-26 exhibit.**

    1.     Subtotals
      a.   Operation and Maintenance Appropriations
      b.   Research, Development, Test and Evaluation Appropriations
      c.   Family Housing Appropriations
      d.   Defense Working Capital Fund (Provide a breakout for each Defense Working Capital Fund activity group and a total for the Defense Working Capital Fund.)
         (1) Depot Maintenance
         (2) MSC
         (3) Other Defense Working Capital Fund Activities (Separately identify each Defense Working Capital Fund activity group.
    2.     Total Military Service or Defense Agency

The OP-26C exhibit will also be submitted by each Military Department and Defense Agency concurrently with the submission of congressional justification materials.  The OP-26C exhibit will <u>not</u> be included in justification material forwarded to the Congress.  **Include a copy of the Fund 15, Fuel Data, exhibit.**
                                         **Exhibit OP-26C Sources of Purchases for POL Consumption**

Exhibit OP-30 Depot Maintenance Program

Depot Maintenance Program
**Operation and Maintenance,** Component

| | PY-1 | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|---|
| **Active** Component derived from Treasury Code | | | | | | | | |
| **Aircraft** Maintenance Activity, **Bold** | | | | | | | | |
| <u>F-16 Weapon System</u>, Underline | | | | | | | | |
| | | | **Airframe Maintenance Type** | | | | | |
| Units | | | Data provided | | | | | |
| Programmed | | | Data provided | | | | | |
| Required | | | Data provided | | | | | |
| **Delta** | | | **Calculate: Programmed TOA less Required TOA** | | | | | |

Engine Maintenance Type

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Units | | | Data provided | | | | | |
| Programmed | | | Data provided | | | | | |
| Required | | | Data provided | | | | | |
| **Delta** | | | **Calculate: Programmed TOA less Required TOA** | | | | | |

**Instructions for creating the display**
The OP-30 data will be **submitted via the Select and Native Programming Data Input System (SNaP)** located at **https://snap.pae.osd.mil**. **The most current version of this exhibit will be found at this site**. Once loaded the data will be available in the Operations & Support Data Center. Program/Budget data displays will be produced through the Data Center. Questions regarding the OP-30 should be referred to (703) 697-3248. Questions about the SNaP interface should be referred to the Office of the Director (Program Analysis & Evaluation) Programming and Fiscal Economics Division (703) 693-0223.

1) Display the Organization and Component under the report title
2) For each Maintenance Activity report Resource Type and Maintenance Types by Weapon System
3) Display Units as reported
4) Display TOA as follows—Programmed then Required, and a delta line (Programmed less Required)
**Data Center**: Operations and Support, Program/Budget
**Data Source**: SNaP
**Display Variations for Warehouse**: In addition to Organization breaks create one Department wide Display, do not break on Organization, no grand totals
**Database Requirement:** One XLS of all data for all organizations as provided-- no calculations

**Exhibit OP-30 Depot Maintenance Program**
(Page 1 of 3)

| Component | Maintenance Activity | Weapon System | Maintenance Type | Resource Type | PY-1 | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Active | Closed List Provided | List Provided with Add Capability | Closed List Provided | Required | $K | $K | $K | $K | $K | $K | $K | $K |
| Reserve | | | | Funded | $K | $K | $K | $K | $K | $K | $K | $K |
| Guard | | | | Units | # | # | # | # | # | # | # | # |

**Instructions for Completing the Depot Level Maintenance Database**
1)    For each component provide resource type for each maintenance type within each maintenance activity.

**Definitions**
Organization: The POM reporting entities directed to submit this data requirement.  For a complete list of organizations by data requirement see Appendix A of the PDR.
Component: Identify Active, Guard or Reserve
Resource Level
    Required: The portion of the total requirement that could be executed if funds were available.  Do not include work that cannot be performed due to operational commitments, capacity constraints, or any other constraints except funding.
    Funded: This reflects funding, by appropriation, for work that is programmed to be available.  Includes both contract orders and organic maintenance activities.
    Units: Number of systems being overhauled

**Business Rules:**
Where Maintenance Activity = Aircraft, Maintenance Type = Airframe, Engine, Software and Other
Where Maintenance Activity = Combat Vehicles, Maintenance Type = Vehicle, Software and Other
Where Maintenance Activity = Ships, Maintenance Type = Overhauls, Selected Restricted Availability, Phased Maintenance Availability, Software and Other
Where Maintenance Activity = Missiles, Maintenance Type = Strategic Missiles, Tactical Missiles, Software and Other
Where Maintenance Activity = Ordnance, Maintenance Type = Ordnance, Engine, Software and Other
Where Maintenance Activity = Other, Maintenance Type = Other End-item, Software, Other, Missiles, Non-DWCF Exchangeables

**Exhibit OP-30 Depot Maintenance Program**
(Page 2 of 3)

DoD 7000.14-R    **Financial Management Regulation**    **Volume 2A, Chapter 3**
**\* December 2010**

| Maintenance Activity and Type Relationship Matrix | |
|---|---|
| **Maintenance Activity** | **Maintenance Type** |
| Aircraft | Airframe<br>Engine<br>Software<br>Other |
| Combat Vehicles | Vehicle<br>Software<br>Other |
| Ships | Overhauls Selected<br>Restricted Availability<br>Phased Maintenance Availability<br>Software<br>Other |
| Missiles | Strategic Missile<br>Tactical Missile<br>Software<br>Other |
| Ordnance | Ordnance<br>Engine<br>Software<br>Other |
| Other | Other End-Item<br>Other Missiles<br>Non-DWCF Exchangeables<br>Software<br>Other |

**Exhibit OP-30 Depot Maintenance Program**
(Page 3 of 3)

Exhibit OP-30S Ship Depot Maintenance Program

**New Exhibit OP-30S**

**Navy Ship Depot Maintenance
Operation and Maintenance,**

**Ship Depot Maintenance Detail**

| Weapon System | Appropriation | SAG | PE | Funding Level | Resource Type | | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ship Class | Treasury Code List Provided | List Provided | List Provided | Required | Funding | | $K | $K | $K | $K | $K | $K | $K |
| | | | | Programmed | Man Days | | $K | $K | $K | $K | $K | $K | $K |
| | | | | | Man Day Rate | | | | | | | | |
| | | | | | Labor | | | | | | | | |
| | | | | | Material | | | | | | | | |
| | | | | | Other Material | | | | | | | | |
| | | | | | Advanced Planning | | | | | | | | |
| | | | | | Induction Year Requirement | | | | | | | | |
| | | | | | | | | | | | | | |

Ship Detail

| Ship Type | Hull Number | Name | Avail Type | Start Date | End Date | Prev Avail End date | Prev Avail Type | Yard | Repair Act'y |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Instructions for creating the display**
The OP-30S data will be **submitted via the Select and Native Programming Data Input System (SNaP) located at https://snap.pae.osd.mil.  The most current version of this exhibit will be found at this site**.  Once loaded, the data will be available in the Operations & Support Data Center.  Program/Budget data displays will be produced through the Data Center.  Questions regarding the OP-30S should be referred to (703) 697-3248.  Questions about the SNaP interface should be referred to the Office of the Director (Program Analysis & Evaluation) Programming and Fiscal Economics Division (703) 693-0223.

**Exhibit OP-30S Ship Depot Maintenance Program**
(Page 1 of 2)

1) Display the Organization and Component under the report title
2) For each Weapon System display the weapon system detail as organized above
3) Sum all weapon detail reported by SAG and PE at weapon system level
**Data Center**: Operations and Support, Program/Budget
**Data Source**: SNaP
**Display Variations for Warehouse**:  In addition to Organization breaks create one Department wide Display including all organizations, no grand totals.
**Database Requirement:** One XLS of all data for all organizations as provided-- no calculations

**Definitions**
Organization: The POM reporting entities directed to submit this data requirement.  For a complete list of organizations by data requirement see Appendix A of the PDR.
Component: Identify Active, Guard or Reserve
Resource Level **Definitions (All funding in $ thousands except Manday Rate in dollars, Manyears in thousands)**
APPN : OMN or OMNR
FY: Fiscal Year of ship induction
Ship Type:  Ship class
Hull:  Ship hull number
Availability Type:  SRA, PMA, PIA, Overhaul, Other (Describe)
Start Date: Induction date
End Date: Completion date
Previous Availability End date:
Previous Availability Type:  SRA, PMA, PIA, Overhaul, Other (Describe)
Yard: Public/Private Shipyard where availability is accomplished (Abbreviation)
Repair Activity: As appropriate
Total Mandays:  Total number of required mandays (in thousands) to accomplish availability
Unfunded Mandays:  Total number of mandays (in thousands) not funded in current request
Funded Mandays:  Total Mandays minus Unfunded Mandays
Manday Rate:  Budgeted manday rate
Labor Costs: Total Mandays times Manday Rate
Material Costs:
Other Costs:
Advanced Planning: Design and other costs associated with preparations for availability
Total Requirement: Labor Costs + Material Costs + Other Costs + Advanced Planning
PY Funding:  Sum of prior year funds expended in support of availability (Including advanced planning)
Induction Year Requirement: Total funding required in induction FY (equals budget request amount)
Unfunded:  Total unfunded requirement in induction FY

**Exhibit OP-30S Ship Depot Maintenance Program**
(Page 2 of 2)

Exhibit OP-31 Spares and Repair Parts

**DEPARTMENT OF _____**

**OPERATION AND MAINTENANCE, _____**

**SPARES AND REPAIR PARTS**

**(Dollars in Millions)**

| | FY PY | | FY CY | | FY BY | | CY-BY CHANGE | |
|---|---|---|---|---|---|---|---|---|
| | Qty | ($ in M) | Qty | ($ in M) | Qty | ($ in M) | Qty | ($ in M) |
| DEPOT LEVEL REPARABLES (DLRs) | | | | | | | | |
| COMMODITY: (As appropriate for each Component) | | | | | | | | |
| SHIPS | | | | | | | | |
| AIRFRAMES | | | | | | | | |
| AIRCRAFT ENGINES | | | | | | | | |
| COMBAT VEHICLES | | | | | | | | |
| OTHER | | | | | | | | |
| MISSILES | | | | | | | | |
| COMMUNICATIONS EQUIPMENT | | | | | | | | |
| OTHER MISC. | | | | | | | | |
| TOTAL | | | | | | | | |
| | | | | | | | | |
| CONSUMABLES | | | | | | | | |
| COMMODITY: (As appropriate for each Component) | | | | | | | | |
| SHIPS | | | | | | | | |
| AIRFRAMES | | | | | | | | |
| AIRCRAFT ENGINES | | | | | | | | |
| COMBAT VEHICLES | | | | | | | | |
| OTHER | | | | | | | | |
| MISSILES | | | | | | | | |
| COMMUNICATIONS EQUIPMENT | | | | | | | | |
| OTHER MISC. | | | | | | | | |
| TOTAL | | | | | | | | |

The FY PB estimate column of the OSD submit should reflect actual data through the first three quarters plus a realistic projection for the remaining quarter.  For the PB submit, the FY PY column will reflect actuals as of September 30th.  Include an explanation of changes in quantity and funding between years and deviations between actual and program data.

Provide the quantity and funding for each commodity group within each O&M appropriation used to purchase depot level reparables and consumable supplies from the Defense Working Capital Fund·

**Exhibit OP-31 Spares and Repair Parts**

Exhibit OP-32 Summary of Price and Program Change

**OPERATION AND MAINTENANCE** _____ **(1)**
**SUMMARY OF PRICE AND PROGRAM CHANGES**
**FY ___(2)**
**($ in Thousands)**

| | FY ___(3) Program (4) | Foreign Currency Rate Difference (5) | Price Growth Percent (6) | Price Growth Amount (7) | Program Growth (8) | FY ___(3) Program (9) |
|---|---|---|---|---|---|---|
| **CIVILIAN PERSONNEL COMPENSATION** | | | | | | |
| 101  Executive, General and Special Schedules | | (11) | | | | |
| 103  Wage Board | | (11) | | | | |
| 104  Foreign National Direct Hire (FNDH) | | (11) | | | | |
| 106  Benefits to Former Employees | | (11) | | | | |
| 107  Voluntary Separation Incentive Pay | | (11) | | | | |
| 110  Unemployment Compensation | | (11) | | | | |
| 111  Disability Compensation | | (11) | | | | |
| 121  Permanent Change of Station (PCS) | | (11) | | | | |
| 199  Total Civilian Personnel Compensation | | (10) | | | | |
| | | | | | | |
| **TRAVEL** | | | | | | |
| 308  Travel of Persons | | (12) | | | | |
| 399  Total Travel | | (10) | | | | |
| | | | | | | |
| **DEFENSE WORKING CAPITAL FUND SUPPLIES & MATERIALS PURCHASES** | | | | | | |
| 401  DLA Energy (Fuel Products) | | (15) | | | | |
| 402  Service Fund Fuel | | (15) | | | | |
| 411  Army Managed Supplies & Materials | | (16) | | | | |
| 412  Navy Managed Supplies & Materials | | (16) | | | | |
| 413  Marine Corps Supply | | (16) | | | | |
| 414  Air Force Consolidated Sustainment Activity Group (Supply) | | (16) | | | | |
| 415  DLA Managed Supplies & Materials | | (16) | | | | |
| 416  GSA Managed Supplies & Materials | | (17) | | | | |
| 417  Local Purchase Managed Supplies & Materials | | (16) | | | | |
| 418  Air Force Retail Supply | | (16) | | | | |
| 499  Total Fund Supplies & Materials Purchases | | (10) | | | | |

All O&M Components including Defense Agencies must submit an automated OP-32 for <u>both</u> the OSD/OMB and congressional submissions through the Program Resources Collection

Exhibit OP-32 Summary of Price and Program Change
(Page 1 of 13)

**OPERATION AND MAINTENANCE _____ (1)**
**SUMMARY OF PRICE AND PROGRAM CHANGES**
**FY ___(2)**
**($ in Thousands)**

| | FY ___(3) Program (4) | Foreign Currency Rate Difference (5) | Price Growth Percent (6) | Price Growth Amount (7) | Program Growth (8) | FY ___(3) Program (9) |
|---|---|---|---|---|---|---|
| **DEFENSE WORKING CAPITAL FUND EQUIPMENT PURCHASES** | | | | | | |
| 502  Army Fund Equipment | | | (18) | | | |
| 503  Navy Fund Equipment | | | (18) | | | |
| 505  Air Force Fund Equipment | | | (18) | | | |
| 506  DLA Fund Equipment | | | (18) | | | |
| 507  GSA Managed Equipment | | | (19) | | | |
| 599  Total Fund Equipment Purchases | | | (10) | | | |
| | | | | | | |
| **OTHER FUND PURCHASES (EXCLUDE TRANSPORTATION)** | (23), (13) | | | | | |
| 601-699 (As applicable/see schedule for Element of Expense for Purchases from DWCF) | | | (24) | | | |
| 699  Total Purchases | | | (10) | | | |
| | | | | | | |
| **TRANSPORTATION** | | | | | | |
| 701  AMC Cargo (Fund) | | | (13) | | | |
| 702  AMC SAAM (Fund) (Now 703) | | | (13) | | | |
| 703  JCS Exercises | | | (14) | | | |
| 705  AMC Channel Cargo | | | (13) | | | |
| 706  AMC Channel Passenger | | | (13) | | | |
| 707  AMC Training | | | (13) | | | |
| 708  MSC Chartered Cargo | | | (13) | | | |

**Exhibit OP-32 Summary of Price and Program Change**
(Page 2 of 13)

OPERATION AND MAINTENANCE _____ (1)
SUMMARY OF PRICE AND PROGRAM CHANGES
FY ___(2)
($ in Thousands)

| | FY ___(3) Program (4) | Foreign Currency Rate Difference (5) | Price Growth Percent (6) | Price Growth Amount (7) | Program Growth (8) | FY ___(3) Program (9) |
|---|---|---|---|---|---|---|
| 711 MSC Cargo (Fund) | | | (13) | | | |
| 714 MSC POL Tankership | | | (13) | | | |
| 715 MSC APF (Army, DLA & Air Force Preposition) | | | (13) | | | |
| 716 MSC Surge Sealift (FSS & LMSR) | | | (13) | | | |
| 717 SDDC Global POV | | | (13) | | | |
| 718 SDDC Liner Ocean Transportation | | | (13) | | | |
| 719 SDDC Cargo Operations (Port Handling) | | | (13) | | | |
| 720 DSC Pounds Delivered | | | (13) | | | |
| 721 SDDC (Port Handling-Fund) | | | (13) | | | |
| 725 SDDC (Liner Ocean Transportation) | | | (22) | | | |
| 771 Commercial Transportation | | | (28) | | | |
| 799 Total Transportation | | | (10) | | | |
| **OTHER PURCHASES** | | | | | | |
| 901 Foreign National Indirect Hire (FNIH) | | | (29) | | | |
| 902 Separation Liability (FNIH) | | | (29) | | | |
| 912 Rental Payments to GSA (SLUC) | | | (30) | | | |
| 913 Purchased Utilities (non-Fund) | | | (31), (32) | | | |
| 914 Purchased Communications (Non-Fund) | | | (31), (33) | | | |
| 915 Rents (Non-GSA) | | | (31), (34) | | | |
| 917 Postal Services (U.S.P.S.) | | | (31), (35) | | | |
| 920 Supplies & Materials (Non-Fund) | | | (36) | | | |
| 921 Printing & Reproduction | | | (37) | | | |
| 922 Equipment Maintenance by Contract | | | (38) | | | |
| 923 Facility Sustainment, Restoration, and Modernization by Contract | | | (39) | | | |
| 924 Pharmaceutical Drugs | | | (52) | | | |
| 925 Equipment Purchases (Non-Fund) | | | (40) | | | |

Exhibit OP-32 Summary of Price and Program Change
(Page 3 of 13)

OPERATION AND MAINTENANCE _____ (1)
SUMMARY OF PRICE AND PROGRAM CHANGES
FY ___(2)
($ in Thousands)

| | | | **Foreign Currency Rate Difference** (5) | **Price Growth** | | **Program Growth** (8) | **FY ___(3) Program** (9) |
|---|---|---|---|---|---|---|---|
| | | **FY ___(3) Program** (4) | | **Percent** (6) | **Amount** (7) | | |
| 926 | Other Overseas Purchases | | | (41) | | | |
| 927 | Air Defense Contracts & Space Support (AF) | | | (42) | | | |
| 928 | Ship Maintenance by Contract | | | (43) | | | |
| 929 | Aircraft Reworks by Contract | | | (44) | | | |
| 930 | Other Depot Maintenance (Non-Fund) | | | (45) | | | |
| 932 | Management & Professional Support Services | | | (46) | | | |
| 933 | Studies, Analysis, & Evaluations | | | (46) | | | |
| 934 | Engineering & Technical Services | | | (46) | | | |
| 937 | Locally Purchased Fuel (Non-Fund) | | | (15), (51) | | | |
| 940 | Defense Security Service | | | (59) | | | |
| 955 | Other Costs (Medical Care) | | | (60) | | | |
| 957 | Lands and Structures | | | (60) | | | |
| 959 | Insurance Claims and Indemnities | | | (60) | | | |
| 960 | Interest and Dividends | | | (60) | | | |
| 964 | Subsistence and Support of Persons | | | (60) | | | |
| 984 | Equipment Contracts | | | (40) | | | |
| 986 | Other Contracts (Medical Care) | | | (57) | | | |
| 987 | Other Intra-government Purchases | | | (56) | | | |
| 988 | Grants | | | (47) | | | |
| 989 | Other Services | | | (48) | | | |
| 990 | IT Contract Support Services | | | (58) | | | |
| 991 | Foreign Currency Variance | | | (49) | | | |
| 998 | Other Costs (SOCOM only) | | | (61) | | | |
| 999 | Total Other Purchases | | | (10) | | | |
| 9999 | **TOTAL** | | | (50) | | | |

**Note:** Include support for value engineering in applicable line item elements of expense.

Exhibit OP-32 Summary of Price and Program Change
Page 4 of 13)

**Elements of Expense for Purchases from
Defense Working Capital Fund (Fund)\***

|  | Element of Expense |
|---|---|
| **DEPOT MAINTENANCE** | |
| Army Industrial Operations (Armament) | 601 |
| Army Industrial Operations (Depot Maintenance) | 602 |
| DLA Distribution | 603 |
| Naval Fleet Readiness Centers (Aviation) | 613 |
| Marine Corps Depot Maintenance | 640 |
| Air Force Consolidated Sustainment Activity Group (Maint) | (25) 661 |
| Depot Maintenance (Air Force): Contract | 662 |
| | |
| **BASE SUPPORT** | |
| Navy Base Support (NAVFEC:Utilities & Sanitation) | 634 |
| Navy Base Support (NAVFEC: Other Support Services) | 635 |
| | |
| **RESEARCH AND DEVELOPMENT ACTIVITIES** | |
| Naval Air Warfare Center | 610 |
| Naval Surface Warfare Center | 611 |
| Naval Undersea Warfare Center | 612 |
| Space & Naval Warfare Center | 614 |
| Naval Research Laboratory | 630 |
| Navy Base Support (NFESC) | 631 |
| | |
| **INFORMATION SERVICES** | |
| DISA Telecommuncations/Enterprise Acquisition Services | (53) 671 |
| DISA Enterprise Computing Centers | 647 |
| Communication Services (DISA) Tier 2 | 677 |

**Exhibit OP-32 Summary of Price and Program Change**
(Page 5 of 13)

**Elements of Expense for Purchases from
Defense Working Capital Fund (Fund)\***

Element
of Expense

**TRANSPORTATION**
Military Sealift Command (MSC):
    Fleet Auxiliary Force (Navy Transportation)                    620
    Afloat Prepositioning Ships (Navy Transportation)              621
    Special Mission Support (Navy Transportation)                  623


**PRINTING AND PUBLICATION SERVICES**
DLA Document Services                                                  633

**FINANCIAL OPERATIONS**
Financial Operations (DFAS)                                            673

**OTHER**
Purchases from Pentagon Reservation Maintenance Revolving Fund    672
DLA Disposition Services                                              675
Defense Commissary Operations                                        676
Industrial Mobilization Capacity                            (55)     682
Cost Reimbursable Purchases                                  (27)     679
Purchases from the Buildings Maintenance Fund               (27)     680
Other Activity Groups (List)                                         680-689

\* These lines should include only Defense Working Capital Fund purchases made at stabilized rates.  Cost reimbursable purchases should be included in line 679.

**Exhibit OP-32 Summary of Price and Program Change**
(Page 6 of 13)

**INSTRUCTIONS FOR COMPLETION OF OP-32**

(1)   Enter the applicable component, i.e., Army, Navy, Marine Corps Reserve, Air National Guard, etc.

(2)   Enter the fiscal year for which this exhibit is being prepared.

   **NOTE:**  A separate exhibit should be submitted for each O&M appropriation at the total appropriation level for the President's Budget

(3)   Enter the prior year (PY), current year (CY), and budget year (BY), as applicable.

(4)   For the CY exhibit, amounts entered in this column should agree with the prior year actual costs as shown in the prior year column of the applicable budget submission.  For the BY exhibit, these amounts should agree with the far right hand column of the CY exhibit.

(5)   This column should show the rate (percent) of price growth for various items.  The price escalation indices prescribed by OSD (and rates  provided by OMB) should be used for all lines, particularly fuel and civilian pay.  Other price growth rates may be used for other items when actual experience supports a rate of increase different from that prescribed for the OSD/OMB submit.  In those instances, supporting documentation for the rate used should be provided.  If the rate is approved during the budget review, the revised rate may be used in the President's budget.  To the extent that a separate rate of increase is used for any portion of a line item, for example, Equipment Maintenance by Contract, the applicable item should be subdivided into appropriate subcategories for each separate rate of increase used.  The rate of price change for lines 401, 402, 411-415, 502-506, 601-693, and 701-721 should agree with applicable rates approved by OSD.  Applicable rates of price growth, as prescribed by OSD, or as estimated and justified, as appropriate, should be shown for all items where there is a price change.  The rate of price growth included in the President's budget will in all instances reflect the rate of increase approved during the OSD budget review.

(6)   The amount shown for each appropriate line (exclusive of line 991), the Foreign Currency Rate Difference column will reflect the difference in the budgeted foreign currency exchange rates between the two years.  For the prior and current years, the budgeted foreign currency exchange rates are the exchange rates that have been approved for recording obligations during execution.  If the current year execution rates have not yet been established by the Congress in time for the budget submission, the foreign currency exchange rates reflected in that fiscal year's President's budget request will be used – unless changed by subsequent guidance from the OUSD (COMPTROLLER).  For the biennial budget years, the budgeted foreign currency exchange rates are the exchange rates reflected in the OUSD (C) budget call memorandum for the budget submission or in the PBD issued during the budget review in the formulation of the President's budget request.  (Note:  Variances from the budgeted rates will be reflected only on line 991.  These variances do not enter into the calculation on any of the other lines.)  The column total, including line 991, will reflect (1) for the PY to the CY:  the difference between prior year actuals and the current year budgeted rates, and (2) for the CY to the BY:  the difference between budgeted rates in each year.  If transfers are approved for the current year, the column total will reflect (1) for the PY to the CY:  the difference between budgeted rates in each year.  If transfers are approved for the current year, the column total will reflect (1) for the PY to the CY:  the difference between PY actuals and CY anticipated expenditures and (2) for the CY to the BY:  the difference between the CY anticipated expenditures and the BY budgeted rates.  No foreign currency rate difference will be shown for Defense Working Capital Fund Purchases and Travel or Transportation for AMC, MSC or MTMC.  Only in unusual circumstances should an amount for foreign currency rate difference shown for other travel and/or transportation costs.  (See end notes for further discussion of foreign currency entries.)

                                                                    **Exhibit OP-32 Summary of Price and Program Change**
                                                                    (Page 7 of 13)

**INSTRUCTIONS FOR COMPLETION OF OP-32 (CONTINUED)**

(7)  The price growth column should show the amount of price growth for various items. **Where a percent increase by line item is shown in column 6, the amount included in column 7 will be the sum/difference of the previous fiscal year's program amount (column 4) and the foreign currency rate difference amount (column 5) times the percent shown in column 6.** The amount of the price growth will be consistent with the rate of change prescribed by OSD. The price increase for all items should be the additional/reduced funds, as a result of price changes, that would be required to accomplish the previous year's program at applicable fiscal year rates.

(8)  Enter the amount of program growth for each item. Program growth is to be priced in current year dollars for the current year exhibit, biennial budget year 1 dollars for the biennial budget year 1 exhibit, and biennial budget year 2 dollars for the biennial budget year 2 exhibit.

(9)  Enter the sum of (4), (5), (7) and (8) for each item.

(10)  Subtotals should be included in (4), (5), (7), (8) and (9) for Civilian Personnel, Travel, Defense Working Capital Fund Supplies and Materials Purchases, Defense Working Capital Fund Equipment Purchases, Other Defense Working Capital Fund Purchases, Transportation, and Other Purchases, as applicable.

(11)  Program amounts for Civilian Personnel compensation should be consistent with amounts shown in both the object class distribution reflected in the Program and Financing Schedules for Object Classes 11, 12 and 13 (Direct Obligations only) and in the OP-8 Exhibit, Civilian Personnel Costs (Direct Funded), Chapter 3 of the Financial Management Regulation for the applicable fiscal year. Payments made to the Department of Labor for expenses associated with employee's disability compensation are included in Object Class 12. Change in the number of compensable days per fiscal year will be reflected as program growth, <u>not</u> price growth. The annualization of the prior year's pricing changes (i.e., the previous fiscal year's pay raise), merit pay, bonuses, FERS participation, etc. will be reflected as changes in price growth. (See Vol. 2A, Chapter 3)

(12)  Program amounts for travel should be consistent with amounts shown in Object Class 21 (including subclasses), for the applicable fiscal year.

(13)  AMC, MSC, and MTMC costs displayed for items; 701, 702, 703, 705, 706, 707, 708, 711, 714, 715, 716, 717, 718, 719, 720, 721, 725, and 771 should include all purchases from these transportation funds. These amounts should exclude all non-Defense Working Capital Fund purchases such as reimbursement to MTMC of non-Defense Working Capital Fund (overseas) port operations.

(14)  Line 703 JCS Exercises includes only those services in support of JCS exercises and <u>paid only</u> by The Joint Staff (TJS).

(15)  The total of the program amounts for Defense Energy Support Center (DESC) Fuel, Defense Working Capital Fund Fuel, and Locally Procured Fuel (Non-Fund) line items must agree with the amounts shown on the OP-26 Exhibit, POL Consumption and Costs, Chapter 3, Financial Management Regulation.

**Exhibit OP-32 Summary of Price and Program Change**
(Page 8 of 13)

**INSTRUCTIONS FOR COMPLETION OF OP-32 (CONTINUED)**

(16)  Include Object Class 26 supplies and materials purchased from each Defense Working Capital Fund, including DLA.

(17)  Include Object Class 26 supplies and materials purchased from GSA.

(18)  Include all equipment (including furniture) purchased from Defense Working Capital Fund, including DLA.

(19)  Include all equipment (including furniture) purchased from GSA.

(20)  Include amounts to be paid for motor vehicles leased from both commercial services and the General Services Administration (GSA) Interagency Fleet Management System (IFMS).  .

(21)  Includes centrally managed items procured by the Defense Working Capital Fund from sources other than Defense Working Capital Fund or non-Defense Stock Funds.

(22)  Include purchases of MTMC services for non-Fund services such as overseas port terminal operations.

(23)  Program amounts should be consistent with Fund purchases included in Object Class 25.3.

(24)  Budget year (BY program amounts should reflect stabilized rates as requested by the Service (OSD submission) or as approved by OSD (President's Budget), as applicable, to include the impact of biennial budget years' pay raises. Cost reimbursable purchases should be included on line 679.  Separate elements of expense for each Defense Working Capital Fund activity group are shown on page 3.  Include only those elements of expense for Defense Working Capital Fund activity groups from which purchases were made or are planned, as applicable.

(25)  Includes the Aerospace Maintenance & Regeneration Center (AMARC).

(26)  Line 653, Airlift Services, Other AMC Purchases, includes Medical Evacuation Operations, Training, Search and Rescue, and other AMC costs not provided for in lines 701, or 702.

(27)  Includes all Defense Working Capital Fund purchases made on a cost reimbursable (rather than stabilized rate) basis.

**Exhibit OP-32 Summary of Price and Program Change**
(Page 9 of 13)

**INSTRUCTIONS FOR COMPLETION OF OP-32 (CONTINUED)**

(28) Includes contractual charges for transportation of things via commercial air, sea, or surface mode and payments for commercial port operations and other transportation services exclusive of payments to the Defense Working Capital Fund.

(29) Program amounts should be consistent with direct obligation amounts shown in the OP-8 Exhibit, Civilian Personnel Costs, Chapter 3. (See Vol. 2A, Chapter 3)

(30) Charges for rental of space and related services assessed by GSA as Standard Level User Charge (SLUC) charges. Program amounts will be consistent with the amount shown in Object Class 23.1.

(31) Program amounts included for items 913-915 and 917 will be consistent with the amounts shown in Object Class 23.

(32) Purchases from non-Defense Working Capital Fund sources heat, light, power, water, gas, electricity and other utility services, exclusive of transportation and communication services.

(33) Purchases of communication services from non-Defense Working Capital Fund sources.

(34) Payments for possession and use of land, structures, and equipment (other than transportation equipment) owned by another, except for SLUC charges assessed by GSA.

(35) Purchases from the U.S. Postal Service including postage (other than Parcel Post), rental of post office boxes, postage meter machines and mailing machines. Also includes payments made to the U.S. Postal Service for handling of officially franked mail (i.e., Indicia Mail).

(36) Includes supplies and materials purchased from other than Defense and non-Defense Working Capital Fund.

(37) Program amounts should be consistent with the amounts shown in Object Class 24.

(38) Covers contractual equipment maintenance other than depot level (e.g., ADP/office equipment, etc.) not otherwise covered under IT Contract Support Services.

(39) Includes costs for sustainment and restoration/modernization of buildings, facilities, pavement, airfields and like items when done by contracts with the private sector.

(40) Equipment purchased from the private sector, including equipment included in Federal Supply Group 71, Furniture. Program amounts should be consistent with amounts reported under Object Class 31.01.

**Exhibit OP-32 Summary of Price and Program Change**
(Page 10 of 13)

INSTRUCTIONS FOR COMPLETION OF OP-32 (CONTINUED)

(41) Covers overseas contractor operated installation costs when covered in a single contractual agreement or when service is provided by a single contractor (excludes separate contracts for specific, limited services such as contract ADP services).

(42) Covers contracted service cost of Air Force Air Defense Systems (e.g., BMEWS, DEW Line, Spacetrack, Thule AFB base maintenance contracts, DSP) and Space Support programs.

(43) Includes the cost of ship related repair and the performance of regularly scheduled ship overhauls at commercial shipyards.

(44) Includes the cost to Depot Maintenance to purchase aircraft maintenance from commercial sources.

(45) Includes payments for all other non-Defense Working Capital Fund depot maintenance costs whether performed in-house or by contracts which have not been reported under lines 928 or 929.

(46) Program amounts should be consistent with Exhibit PB-15, (Advisory and Assistance Services), Chapter 19 of the Financial Management Regulation). The amounts reflected should agree with Object Class 25.1.

(47) Program amounts should be consistent with the amounts shown in Object Class 41.

(48) Charges for contractual services not otherwise reported elsewhere and consistent with amounts shown in Object Class 25.2.

(49) Amounts on line 991 will reflect variances from budgeted rates, as prescribed by OUSD (COMPTROLLER) guidance, which have actually occurred in the prior year or which have been approved (by DD-1415 or PBD) for the current year. There will be no amounts reflected on line 991 in the price and program growth columns. For the President's budget, the amount in the prior year column will be the realized variance on the 30 Sep DD Comp(M) 1506 report. Under no circumstances will there be an entry on line 991 in the biennial budget year. (For a further discussion, see Foreign Currency notes at the end of these instructions).

(50) Total program amounts, in (4) and (9), will be equal to the total direct program for prior year (PY), current year (CY), and budget year (BY), as applicable.

(51) Includes fuel purchased from sources other than the Defense Working Capital Fund.

(52) Includes funds for the purchase of pharmaceutical drugs budgeted in the Defense Health Program.

(53) Usage of long distance communications comparable to commercial services.

**(54) Exhibit OP-32 Summary of Price and Program Change**
(Page 11 of 13)

## INSTRUCTIONS FOR COMPLETION OF OP-32 (CONTINUED )

(55)  Include costs of long distance communications mandated by military readiness, security and interoperability.

(56)  Funding supports critical Army production capabilities and maintains essential infrastructure to meet mobilization surge requirements for ammunitions processing, ordnance, and depot maintenance activities during national emergencies.

(57)  Other Intra-government purchase includes purchases between other Components not already included in another OP-32 line item.

(58)  Program amounts should be consistent with the amounts shown in Object Class 25.6

(59)  Program amounts should be consistent with Section 803 of Public Law 111-84 (FY 2010 National Defense Authorization Act).

(60)  Program amounts should reflect reimbursements to the Defense Security Service for personal security investigations.

**(61)**  Includes amounts reported, repectively, under Object Classes: 25.6, 25.8; 32.0; 42.0; 43.0; and 91.0.

**(62)**  For use by SOCOM only to record MFP-11 civilian pay reimbursements.

**Note:  In order to be consistent with the OMB A-11, all Components are required to comply with the Crosswalk of OP-32 Line Items to CIS Object Classes.**

**Exhibit OP-32 Summary of Price and Program Change**
(Page 12 of 13)

**INSTRUCTIONS FOR COMPLETION OF OP-32 (CONTINUED)**
<u>Foreign Currency Notes</u>

A. The <u>Total for Foreign Currency Rate Difference (Column 2 )</u> must reflect the difference between:

    1.   PY to CY:   Prior year actuals and current year budgeted rates or anticipated expenditures in the current year if transfers have also been approved for the Current Year.   (For the latter, individual line items in column 2 (except for line 991) will reflect the difference in budgeted rates and line 991 in column 2 will reflect the transfer amount.)

    2   .CY to BY:   Current year budgeted rates or anticipated expenditures in the current year if transfers have also been approved for the current year, and biennial budget year 1 budgeted rates.

B. Individual line items in Column 2 (<u>except</u> for line 991) must reflect the difference in program costs that are caused <u>only</u> by a difference in <u>budgeted</u> foreign currency exchange rates between fiscal years.

C. Line 991 - Foreign Currency Variance

    1.   <u>Prior Year (PY) to Current Year (CY)</u>

        a.   PY column equal Realized variance (DD Comp (M) 1506 Report 30 Sep).   Column 2 equal <u>Reverse</u> the realized variance amount in the PY column. CY column equal zero

        b.   If transfers have been approved in the CY, PY column equal Realized variance (DD Comp (M) 1506 Report 30 Sep).   Column 2 equal <u>Reverse</u> the realized variance amount in the PY column and add the transfer amount approved for the CY to determine the total.   CY column equal the transfer amount approved for the CY.

    2.   <u>Current Year (CY) to Budget Year (BY)</u>

        a.   If the budgeted rates change between the CY and the BY and transfers from the Foreign Currency Fluctuations, Defense (FCF, D) appropriation are <u>not</u> reflected in the budget, then the CY column, Column 2 , and the BY column for line 991 are all zero.

        b.   If budgeted rates change between the CY and the BY and the FCF,D transfers have been reflected in the budget for the CY, then the CY column for line 991 will reflect the value of the transfers and Column 2 for line 991 will reflect the reversal of the transfers.   The BY column for line 991 will be zero.

**Exhibit OP-32 Summary of Price and Program Change**
(Page 13 of 13)

CROSSWALK OF OP32 LINE ITEMS/CIS OBJECT CLASS

| OP32 - Lines | | CIS Lines Relationship | |
|---|---|---|---|
| | **CIVILIAN PERSONNEL COMPENSATION** | | |
| 101 | Executive, General and Spec. Schedules | 11.11 | Full-time permanent |
| 101 | Executive, General and Spec. Schedules | 11.31 | Other than full-time permanent |
| 101 | Executive, General and Spec. Schedules | 11.51 | Other personnel compensation |
| 101 | Executive, General and Spec. Schedules | 11.81 | Special personal services payments |
| 101 | Executive, General and Spec. Schedules | 12.11 | Civilian Personnel Benefits |
| | | | |
| 103 | Wage Board | 11.11 | Full-time permanent |
| 103 | Wage Board | 11.31 | Other than full-time permanent |
| 103 | Wage Board | 11.51 | Other personnel compensation |
| 103 | Wage Board | 12.11 | Civilian Personnel Benefits |
| | | | |
| 104 | Foreign National Direct Hire (FNDH) | 11.11 | Full-time permanent |
| 104 | Foreign National Direct Hire (FNDH) | 11.31 | Other than full-time permanent |
| 104 | Foreign National Direct Hire (FNDH) | 11.51 | Other personnel compensation |
| 104 | Foreign National Direct Hire (FNDH) | 12.11 | Civilian Personnel Benefits |
| | | | |
| 106 | Benefits to Former Employees | 13.01 | Benefits for Former Personnel |
| 107 | Voluntary Separation Incentive Pay | 13.01 | Benefits for Former Personnel |
| 110 | Unemployment Compensation | 13.01 | Benefits for Former Personnel |
| 111 | Disability Compensation | 12.11 | Civilian Personnel Benefits |
| 121 | Permanent Change of Station (PCS) | 12.11 | Civilian Personnel Benefits |
| 199 | Total Civilian Personnel Compensation | | |
| | | | |
| | **TRAVEL** | | |
| 308 | Travel of Persons | 21.01 | Travel and transportation of persons |
| 399 | Total Travel | | |

(Page 1 of 6)

CROSSWALK OF OP32 LINE ITEMS/CIS OBJECT CLASS (Continued)

| OP32 - Lines | | CIS Lines Relationship | |
|---|---|---|---|
| | **DEFENSE WORKING CAPITAL FUND (WCF) SUPPLIES & MATERIALS PURCHASES** | | |
| 401 | DLA Energy (Fuel Products) | 26.01 | Supplies and Materials |
| 402 | Service Fund Fuel | 26.01 | Supplies and Materials |
| 411 | Army Managed Supplies & Materials | 26.01 | Supplies and Materials |
| 412 | Navy Managed Supplies & Materials | 26.01 | Supplies and Materials |
| 413 | Marine Corps Supply | 26.01 | Supplies and Materials |
| 418 | Air Force Retail Supply | 26.01 | Supplies and Materials |
| 414 | Air Force Consolidated Sustainment Activity Group (Supply) | 26.01 | Supplies and Materials |
| 415 | DLA Managed Supplies and Materials | 26.01 | Supplies and Materials |
| 416 | GSA Managed Supplies & Materials | 26.01 | Supplies and Materials |
| 417 | Locally Purchased Managed Supplies and Materials | 26.01 | Supplies and Materials |
| 499 | Total Fund Supplies & Materials Purchases | | |
| | | | |
| | **DEFENSE WCF EQUIPMENT PURCHASES** | | |
| 502 | Army Fund Equipment | 31.01 | Equipment |
| 503 | Navy Fund Equipment | 31.01 | Equipment |
| 505 | Air Force Fund Equipment | 31.01 | Equipment |
| 506 | DLA Fund Equipment | 31.01 | Equipment |
| 507 | GSA Managed Equipment | 31.01 | Equipment |
| 599 | Total Fund Equipment Purchases | | |
| | | | |
| | **OTHER FUND PURCHASES (EXCLUDE TRANSPORTATION)** | | |
| | **DEPOT MAINTENANCE** | | |
| 601 | Army Industrial Operations (Armament) | 25.33 | Purchases from revolving funds (WCF) |
| 602 | Army Industrial Operations (Depot Maintenance) | 25.33 | Purchases from revolving funds (WCF) |

(Page 2 of 6)

CROSSWALK OF OP32 LINE ITEMS/CIS OBJECT CLASS *(Continued)*

| OP32 - Lines | | CIS Lines Relationship | |
|---|---|---|---|
| 603 | DLA Distribution | 25.33 | Purchases from revolving funds (WCF) |
| 613 | Naval Fleet Readiness Centers (Aviation) | 25.33 | Purchases from revolving funds (WCF) |
| 640 | Marine Corps Depot Maintenance | 25.33 | Purchases from revolving funds (WCF) |
| 661 | Air Force Consolidated Sustainment Activity Group (Maint) | 25.33 | Purchases from revolving funds (WCF) |
| 662 | Air Force Contract Depot Maintenance | 25.33 | Purchases from revolving funds (WCF) |
| | | | |
| | **BASE SUPPORT** | | |
| 634 | Navy Base Support (NAVFEC: Utilities & Sanitation) | 25.33 | Purchases from revolving funds (WCF) |
| 635 | Navy Base Support (NAVFEC: Other Services) | 25.33 | Purchases from revolving funds (WCF) |
| | | | |
| | **RESEARCH AND DEVELOPMENT ACTIVITIES** | | |
| 610 | Naval Air Warfare Center | 25.33 | Purchases from revolving funds (WCF) |
| 611 | Naval Surface Warfare Center | 25.33 | Purchases from revolving funds (WCF) |
| 612 | Naval Undersea Warfare Center | 25.33 | Purchases from revolving funds (WCF) |
| 614 | Space & Naval Warfare Center | 25.33 | Purchases from revolving funds (WCF) |
| 630 | Naval Research Laboratory | 25.33 | Purchases from revolving funds (WCF) |
| 631 | Navy Base Support (NFESC) | 25.33 | Purchases from revolving funds (WCF) |
| | | | |
| | **INFORMATION SERVICES** | | |
| 671 | DISA Telecommunications/Enterprise Acquisition Services) | 25.33 | Purchases from revolving funds (WCF) |
| 677 | Communication Services (DISA) Tier 1 | 23.31 | Communications, Utilities and Misc Charges |
| 647 | DISA Enterprise Computing Centers | 25.33 | Purchases from revolving funds (WCF) |
| | | | |
| | **TRANSPORTATION** | | |
| | Military Sealift Command (MSC): | | |
| 620 | Navy Transportation (Fleet Auxiliary Force) | 25.33 | Purchases from revolving funds (WCF) |
| 621 | Navy Transportation (Afloat Prepositioning Ships) | 25.33 | Purchases from revolving funds (WCF) |

(Page 3 of 6)

CROSSWALK OF OP32 LINE ITEMS/CIS OBJECT CLASS *(Continued)*

| OP32 - Lines | | CIS Lines Relationship | |
|---|---|---|---|
| 623 | Navy Transportation (Special Mission Ships) | 25.33 | Purchases from revolving funds (WCF) |
| | | | |
| | **PRINTING AND PUBLICATIONS SERVICES** | | |
| 633 | DLA Document Services | 25.33 | Purchases from revolving funds (WCF) |
| | | | |
| | **FINANCIAL OPERATIONS** | | |
| 673 | Defense Finance & Accounting Svc | 25.33 | Purchases from revolving funds (WCF) |
| | | | |
| | **OTHER** | | |
| 672 | Pentagon Reservation Maintenance Revolving Fund | 25.33 | Purchases from revolving funds (WCF) |
| 675 | DLA Disposition Services | 25.33 | Purchases from revolving funds (WCF) |
| 676 | Defense Commissary Operations | 25.33 | Purchases from revolving funds (WCF) |
| 682 | Industrial Mobilization Capacity | 25.33 | Purchases from revolving funds (WCF) |
| 679 | Cost Reimbursable Purchases | 25.33 | Purchases from revolving funds (WCF) |
| 680 | Purchases from Building Maintenance Fund | 25.33 | Purchases from revolving funds (WCF) |
| 699 | Total Purchases | | |
| | | | |
| | **TRANSPORTATION** | | |
| 701 | AMC Cargo (Fund) | 25.33 | Purchases from revolving funds (WCF) |
| 702 | AMC SAAM (Fund) | 25.33 | Purchases from revolving funds (WCF) |
| 703 | JCS Exercises | 25.33 | Purchases from revolving funds (WCF) |
| 705 | AMC Channel Cargo | 25.33 | Purchases from revolving funds (WCF) |
| 706 | AMC Channel Passenger | 25.33 | Purchases from revolving funds (WCF) |
| 707 | AMC Training | 25.33 | Purchases from revolving funds (WCF) |
| 708 | MSC Chartered Cargo | 25.33 | Purchases from revolving funds (WCF) |
| 711 | MSC Cargo (Fund) | 25.33 | Purchases from revolving funds (WCF) |

(Page 4 of 6)

CROSSWALK OF OP32 LINE ITEMS/CIS OBJECT CLASS *(Continued)*

| OP32 - Lines | | CIS Lines Relationship | |
|---|---|---|---|
| 714 | MSC POL Tankership | 25.33 | Purchases from revolving funds (WCF) |
| 715 | MSC APF (Army, DLA & Air Force Preposition) | 25.33 | Purchases from revolving funds (WCF) |
| 716 | MSC Surge Sealift (FSS & LMSR) | 25.33 | Purchases from revolving funds (WCF) |
| 717 | SDDC Global POV | 25.33 | Purchases from revolving funds (WCF) |
| 718 | SDDC Liner Ocean Transportation | 25.33 | Purchases from revolving funds (WCF) |
| 719 | SDDC Cargo Operations (Port Handling) | 25.33 | Purchases from revolving funds (WCF) |
| 720 | DSC Pounds Delivered | 25.33 | Purchases from revolving funds (WCF) |
| 721 | SDDC (Port Handling-Fund) | 25.33 | Purchases from revolving funds (WCF) |
| 725 | SDDC (Other-Non-Fund) | 25.33 | Purchases from revolving funds (WCF) |
| 771 | Commercial Transportation | 22.01 | Transportation of things |
| 799 | Total Transportation | | |
| | | | |
| | **OTHER PURCHASES** | | |
| 901 | Foreign National Indirect Hire | 25.32 | Payments to Foreign National IH Personnel |
| 902 | Separation Liability FNIH | 25.32 | Payments to Foreign National IH Personnel |
| 912 | Rent Payments to GSA (SLUC) | 23.11 | Rental Payments to GSA |
| 913 | Purchased Utilities (Non-Fund) | 23.31 | Communications, Utilities and Misc Charges |
| 914 | Purchased Communications (Non-Fund) | 23.31 | Communications, Utilities and Misc Charges |
| 915 | Rents (Non-GSA) | 23.21 | Rental payments to others (for space, land and structures) |
| 917 | Postal Services (U.S.P.S.) | 23.31 | Communications, Utilities and Misc Charges |
| 920 | Supplies & Materials (Non-Fund) | 26.01 | Supplies and Materials |
| 921 | Printing & Reproduction | 24.01 | Printing and reproduction |
| 922 | Equipment Maintenance - Contract | 25.71 | Operation and maintenance of equipment |
| 923 | Facility Maintenance - Contract | 25.41 | Operation and maintenance of facilities |
| 924 | Pharmaceutical Drugs | 26.01 | Supplies and Materials |

(Page 5 of 6)

CROSSWALK OF OP32 LINE ITEMS/CIS OBJECT CLASS *(Continued)*

| OP32 - Lines | | CIS Lines Relationship | |
|---|---|---|---|
| 925 | Equipment Purchases (Non-Fund) | 31.01 | Equipment |
| 926 | Other Overseas Purchases | 25.21 | Other Services |
| 927 | Air Defense Contracts & Space Support (AF) | 25.71 | Operation and maintenance of equipment |
| 928 | Ship Maintenance by Contract | 25.71 | Operation and maintenance of equipment |
| 929 | Aircraft Reworks by Contract | 25.71 | Operation and maintenance of equipment |
| 930 | Other Depot Maintenance (Non-Fund) | 25.71 | Operation and maintenance of equipment |
| 932 | Management & Professional Spt Svc | 25.11 | Advisory and Assistance Services |
| 933 | Studies, Analysis & Eval | 25.11 | Advisory and Assistance Services |
| 934 | Engineering & Technical Services | 25.11 | Advisory and Assistance Services |
| 937 | Locally Purchased Fuel (Non-Fund) | 26.01 | Supplies and Materials |
| 940 | Defense Security Service | 25.31 | Purchase of goods/services from government accounts |
| 955 | Other Costs (Medical Care) | 25.61 | Medical Care |
| 957 | Lands and Structures | 32.01 | Lands and structures |
| 959 | Insurance Claims and Indemnities | 42.01 | Insurance Claims and indemnities |
| 960 | Interest and Dividends | 43.01 | Interest and dividends |
| 964 | Subsistence and Support of Persons | 25.81 | Subsistence and support of persons |
| 984 | Equipment Contracts | 31.01 | Equipment |
| 986 | Medical Care | 25.61 | Medical Care |
| 987 | Other Intra-government Purchases | 25.31 | Purchase of goods/services from government accounts |
| 988 | Grants | 41.01 | Grants, subsidies, and contributions |
| 989 | Other Services | 25.21 | Other Services |
| 990 | IT Contract Support Services | 25.21 | Other Services |
| 991 | Foreign Currency Variance | 25.21 | Other Services |
| 998 | Other Costs (SOCOM Only) | 25.31 | Purchase of goods/services from government accounts |
| 999 | Total Other Purchases | | |
| 9999 | **TOTAL** | | |

(Page 6 of 6)

Exhibit OP-34 Fund Support for Selected Quality of Life Activities

**Fund Support for Selected Quality of Life Activities**

| Program | Category | Fund Source | Activity | Appropriation | Resource Type | PY-1 | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed See List Below | Closed See List Below | Direct Program Operation | Closed See List Below | Treasury Code List Provided | Funding | $K | $K | $K | $K | $K | $K | $K | $K |
| | | Direct Overhead (Category level only) | | | Civilian Direct FTE | # | # | # | # | # | # | # | # |
| | | Indirect Support (Category level only) | | | Civilian Foreign Direct FTE | # | # | # | # | # | # | # | # |
| | | URD Practice (Memo entry – Category only) | | | Civilian Foreign Indirect FTE | # | # | # | # | # | # | # | # |
| | | USA Practice (Memo entry – Category only) | | | Civilian URD/USA FTE | # | # | # | # | # | # | # | # |
| | | | | | Officer | # | # | # | # | # | # | # | # |
| | | | | | Enlisted | # | # | # | # | # | # | # | # |

**Definitions**

Component:  All DoD Military Departments, active and reserve components, including the Defense Activities and Agencies that have Selected Quality of Life resources, are to submit the OP-34 Exhibit each year.

Programs:

    Military MWR Program -- as defined in DoDI 1015.10, "Programs for Military Morale, Welfare, and Recreation (MWR)"

    Civilian MWR Program -- as defined in DoDD 1015.8, "DoD Civilian Employee Morale, Welfare, and Recreation (MWR) Activities and Supporting Non-Appropriated Fund Instrumentalities (NAFIs)"

    Lodging Program -- as defined in DoDI 1015.12, "Lodging Program Resource Management"

    Overseas Contingency Operations Mission NAFI -- as defined in DoDD 1015.1, "Establishment, Management and Control of NAFIs"

    Armed Services Exchange -- as defined in DoDD 1015.1, "Establishment, Management and Control of NAFIs" and DoDD 1330.9, "Armed Services Exchanges"

    Family Support -- as defined in DoDI 1342.22, "Family Centers"

    Off Duty and Voluntary Education -- as defined in DoDI 1322.25, "Voluntary Education Programs" includes tuition assistance and other voluntary education programs.

**Exhibit OP-34 Fund Support for Selected Quality of Life Activities**
(Page 1 of 6)

Exhibit OP-34 Fund Support for Selected Quality of Life Activities (Continued)

Category:
    Military MWR Category A -- Mission Sustaining Programs
    Military MWR Category B -- Basic Community Support Programs
    Military MWR Category C -- Revenue-Generating Programs
    TDY Lodging -- Temporary Duty (TDY) Lodging is official travel quarters for TDY personnel
    PCS Lodging -- Permanent Change of Station (PCS) Lodging is official travel quarters for PCS personnel and their families and normally provides some type of kitchen facilities.
    Tuition Assistance -- Funds provided solely for direct, enrollment-related military tuition assistance
    Other Voluntary Education -- Other costs not identified or captured under the tuition assistance category above; voluntary education-related personnel, equipment, supplies, travel and conference attendance should be included here.  PACE, DANTES, VEAP, eArmyU and any other similar programs not paid for directly from tuition assistance funding should be included here.

Fund Source:  Direct Support is direct program operation and direct overhead as defined below.
    Direct Program Operation: All appropriated fund costs (in-house and contract) provided to directly operate an individual MWR program, such as physical fitness, libraries, or recreation (as defined in enclosure 4 of DoDI 1015.10 for military MWR programs).  Costs include military and civilian personnel including benefits; travel; training; supplies; equipment (includes rental and maintenance); contracted services; and Family Child Care subsidy.  For Overseas Contingency Operations Mission NAFIs include only the appropriated funds related directly to the operation of the NAFI.  Do not include appropriated fund costs of the mission program.
    Direct Overhead:  At installation and headquarters, overhead is appropriated fund direct costs that are attributable to more than one MWR program and are associated with the general management or administrative support of MWR programs.  Overhead costs include military and civilian personnel including benefits; travel; training; supplies; equipment (includes rental and maintenance); contracted services; and other support related to all levels of managerial staff functions and positions located above the direct program managerial and operational level of individual MWR programs.  These resources support planning, organizing, directing, coordinating, and controlling the overall operations of MWR programs.  It consists of program, fiscal, logistical, and other managerial functions that are required to ensure oversight.
    Indirect Support: All appropriated fund Base Operations support costs to MWR programs and activities.  Base Operation costs are budgeted and executed by a non-MWR activity that supports installation-wide services.  Costs include military personnel support; civilian personnel services; facility and infrastructure support (including fire, health, safety); equipment operation; financial and accounting services; installation procurement and common warehousing; communication; installation information systems; legal services; transportation services; second destination transportation; utilities and real property rents; refuse collection; custodial and janitorial services.

Activity:  Individual MWR programs within Military MWR Categories listed above.
Appropriation:  Treasury Code, defined set of four-digit numeric codes from the Comptroller that identifies funding resources by type, organization and components.
Resource Type:  Identify Funding by Appropriation (i.e., O&M and dollars in thousands) or Appropriation and Manpower type (i.e., O&M and Civilian FTE and number)

Exhibit OP-34 Fund Support for Selected Quality of Life Activities
(Page 2 of 6)

Exhibit OP-34 Fund Support for Selected Quality of Life Activities (Continued)

**Instructions for Completing the Quality of Life Resources Database**

1) For PY-1 through BY provide direct funding for Fund Source=Direct Program Operation by QOL Category, **Activity**, Appropriation and Resource Type. Provide funding for all other Fund Sources where specified in the matrix below by QOL Category, Appropriation, and Resource Type. Provide Manpower using Fund Source= Direct Program Operation by QOL Category , Appropriation and Resource Type. Do not enter any cost more than once.

2) For BY+1 through BY+4 provide direct funding for Fund Source =Direct Program Operation by Appropriation and Resource Type rolled up at the QOL Category level except for the following Activities in the matrix below—A.3, and B.1.1 through B.1.5. Provide funding for all other Fund Sources where specified in the matrix below by QOL Category, Appropriation, and Resource Type. Provide Manpower using Fund Source= Direct Program Operation, by QOL Category, Appropriation and Resource Type. Do not enter any cost more than once.

3) Choose an appropriation with each resource type reported on -- for example O&M and funding for dollars or O&M and Civilian FTES, and Military Personnel and Officer and Military Personnel and TOA for funding.

4) Provide Indirect Support at the MWR Category level for PY-1 to BY.

5) Provide URD Practice and USA Practice (considered memo entries) dollars at the MWR Category level for PY-1 to BY.

6) In preparing the OP-34 detail the Services/Defense Agencies should use the program definitions contained in the DoDI 1015.10, "Programs for Military Morale, Welfare, and Recreation (MWR)"; DoDI 1015.12, "Lodging Program Resource Management"; DoDD 1015.8, "DoD Civilian Employee Morale, Welfare, and Recreation (MWR) Activities and Supporting Non-Appropriated Fund Instrumentalities (NAFIs)"; DoDD 1015.1, "Establishment, Management and Control of NAFIs"; DoDI 1342.22, "Family Centers"; and DoDI 1322.25, "Voluntary Education Programs."

7) **MWR only:** Provide in Microsoft Word document a short narrative description of resource changes between CY, and BY, identified separately by MWR category, if 10 percent above or below inflation.

The OP-34 Budget Exhibit must be included in the Budget Estimates Submission and the Congressional justification book each year. The OP-34 data will be **submitted via the Select and Native Programming Data Input System (SNaP) located at https://snap.pae.osd.mil. The most current version of this exhibit will be found at this site**. Once loaded the data will be available in the Operations & Support Data Center. Program/Budget data displays will be produced through the Data Center. Questions regarding the OP-20 should be referred to (703) 697-3101. The **SNaP system will generate this display** from the data provided for MWR programs (military, civilian, lodging, Overseas Contingency Operations mission NAFIs, and armed services exchanges) that includes a title page with the following description of the exhibit: "The Exhibit OP-34 displays total appropriated fund support for the Department of \_\_\_\_\_ managed Morale, Welfare, and Recreation (MWR) programs." The title page will also include the following definition of MWR programs (from DoDI 1015.10): "The MWR programs are vital to mission accomplishment and form an integral part of the non-pay compensation system. These programs provide a sense of community among patrons and provide support services commonly furnished by other employers, or other State and local governments to their employees and citizens. The MWR programs encourage positive individual values, and aid in recruitment and retention of personnel. They provide the physical, cultural, and social needs, and general well-being of Service members and their families, providing community support systems that make DoD bases temporary hometowns for a mobile military population."

**Business Rules**

Refer to the table below to identify Program, Category, Fund Source, and Activity Relationships

Indirect Support, URD Practice, and USA Practice (memo) are reported at the MWR Category level only

**Subject Matter Experts:** Questions regarding this data requirement should be directed to Ms. Carol Potter 703-602-4997 and Major Greg Wise 703-692-8046.

**Technical Issues:** If you are having difficulty with the data collection system—SNaP, contact the SNaP administrators via the email link at the Web site: https:\\snap.pae.osd.mil

**Exhibit OP-34 Fund Support for Selected Quality of Life Activities**
(Page 3 of 6)

Case 1:16-cv-00784-MBH    Document 105-1    Filed 10/19/16    Page 513 of 608

Exhibit OP-34 Fund Support for Selected Quality of Life Activities (Continued)

| Program, Category, Fund Source and Activity Relationship Matrix | | | |
|---|---|---|---|
| **Program** | **Category** | **Fund Source** | **Activity** |
| Military MWR Programs | A--Mission Sustaining Programs | Direct Program Operation | A.1. Armed Forces Professional Entertainment Overseas |
| | | | A.2. Free Admission Motion Pictures |
| | | | A.3. Physical Fitness and Aquatic Training |
| | | | A.4. Library Programs & Information Services (Recreation) |
| | | | A.5. On-Installation Parks and Picnic Areas |
| | | | A.6.  Basic Social Recreation (Center) Programs |
| | | | A.7. Shipboard, Company, and/or Unit Level Programs |
| | | | A.8. Sports and Athletics |
| | | | A.9. Single Service Member Program |
| | | Direct Overhead | N/A |
| | | Indirect Support | N/A |
| | | URD Practice (memo) | N/A |
| | | USA Practice (memo) | N/A |
| | B-- Basic Community Support Programs | Direct Program Operation | B.1.1 Child Development Centers<br>B.1.2 Family Child Care<br>B.1.3 Overseas Contingency Operations Program/Resource & Referral/Other<br>B.1.4 School Age Care<br>B.1.5 Youth Program |
| | | | B.2.1 Cable and/or Community Television (TV)<br>B.2.2 Recreation Information, Tickets, and Tours Services<br>B.2.3 Recreational Swimming |
| | | | B.3.1 Directed Outdoor Recreation<br>B.3.2 Outdoor Recreation Equipment Checkout<br>B.3.3 Boating w/o Resale or Private Berthing<br>B.3.4 Camping (Primitive and/or tents)<br>B.3.5 Riding Stables, Government-owned or -leased |
| | | | B.4.1 Amateur Radio (MARS)<br>B.4.2 Performing Arts (Music, Drama, and Theater)<br>B.4.3 Arts and Crafts Skill Development<br>B.4.4 Automotive Crafts Skill Development<br>B.4.5 Bowling (12 lanes or less) |
| | | | B.5. Sports Programs (Above Intramural Level) |
| | | Direct Overhead | N/A |
| | | Indirect Support | N/A |
| | | URD Practice (memo) | N/A |
| | | USA Practice (memo) | N/A |

(Page 4 of 6)

Exhibit OP-34 Fund Support for Selected Quality of Life Activities (Continued)

| Program, Category, Fund Source and Activity Relationship Matrix | | | |
|---|---|---|---|
| Program | Category | Fund Source | Activity |
| Military MWR Programs (continued) | C-- Revenue-Generating Programs | Direct Program Operation | C.1.1 Military Open Mess (Clubs) |
| | | | C.1.2 Restaurants, snack bars, & other food outlets |
| | | | C.2.1 PCS Lodging |
| | | | C.2.2 Recreational Lodging |
| | | | C.2.3 Joint Service Facilities and/or AFRCs |
| | | | C.3.1 Flying Program |
| | | | C.3.2 Parachute and Sky Diving Program |
| | | | C.3.3 Rod and Gun Program |
| | | | C.3.4 Scuba and Diving Program |
| | | | C.3.5 Horseback Riding |
| | | | C.3.6 Video Program |
| | | | C.4.1 Resale activities (i.e., audio, photo, recycling, car wash, etc.) |
| | | | C.4.2 Amusement & Recreation Machines and/or Gaming |
| | | | C.4.3 Bowling (Over 12 lanes) |
| | | | C.4.4 Golf |
| | | | C.4.5 Boating (with resale or private boat berthing) |
| | | | C.4.6 Equipment Rental (other than outdoor recreation equipment rental) |
| | | | C.4.7 Unofficial Commercial Travel Services |
| | | | C.4.8 Other |
| | | Direct Overhead | N/A |
| | | Indirect Support | N/A |
| | | URD Practice (memo) | N/A |
| | | USA Practice (memo) | N/A |
| Civilian MWR | | Direct Program Operation | N/A |
| | | Direct Overhead | N/A |
| | | Indirect Support | N/A |
| Lodging Program | TDY Lodging | Direct Program Operation | N/A |
| | | Direct Overhead | N/A |
| | | Indirect Support | N/A |
| | PCS Lodging (Not MWR Category C) | Direct Program Operation | N/A |
| | | Direct Overhead | N/A |
| | | Indirect Support | N/A |

**Exhibit OP-34 Fund Support for Selected Quality of Life Activities**
(Page 5 of 6)

Exhibit OP-34 Fund Support for Selected Quality of Life Activities (Continued)

| | | | |
|---|---|---|---|
| Overseas Contingency Operations Mission NAFIs | | Direct Program Operation | N/A |
| | | Direct Overhead | N/A |
| | | Indirect Support | N/A |
| Armed Services Exchange | | Direct Program Operation | N/A |
| | | Direct Overhead | N/A |
| | | Indirect Support | N/A |
| | | URD Practice (memo) | N/A |
| | | USA Practice (memo) | N/A |

| Program, Category, Fund Source and Activity Relationship Matrix | | | |
|---|---|---|---|
| **Program** | **Category** | **Fund Source** | **Activity** |
| Family Support | N/A | Direct Program Operation | N/A |
| Off Duty and Voluntary Education Programs | Tuition Assistance | Direct Program Operation | N/A |
| | Other Voluntary Education Programs | Direct Program Operation | N/A |

**Exhibit OP-34 Fund Support for Selected Quality of Life Activities**
(Page 6 of 6)

Exhibit OP-34(MWR) Appropriated Fund Support for Morale, Welfare and Recreation (MWR) Activities

### APPROPRIATED FUND SUPPORT FOR MORALE, WELFARE AND RECREATION ACTIVITIES (MWR)
### ($ in Thousands)

INSTRUCTIONS:

1.    The OP-34 must contain a title page that includes the following description of the exhibit: "The Exhibit OP-34 displays total appropriated fund support (APF) for Dept. of the _____ managed Morale, Welfare, and Recreation (MWR) programs and joint services managed programs."

The title page must also include the following definition of MWR programs (from DoDI 1015.10): "The MWR programs are vital to mission accomplishment and form an integral part of the non-pay compensation system.  These programs provide a sense of community among patrons and provide support services commonly furnished by other employers, or other State and local governments to their employees and citizens.  The MWR programs encourage positive individual values, and aid in recruitment and retention of personnel.  They provide for the physical, cultural, and social needs, and general well-being of Service members and their families, providing community support systems that make DoD bases temporary hometowns for a mobile military population."

The title page must also include a short narrative description of all major program changes, identified separately by MWR category.

2.  In preparing the OP-34 Exhibit, the Services/Defense Agencies must use the program definitions contained in the DoD Directive 1015.10, subject: Programs for Military Morale, Welfare, and Recreation (MWR), DoDI 1015.12, subject: Lodging Program Resource Management; and DoDD 1015.8, subject: DoD Civilian Employee Morale, Welfare, and Recreation (MWR) and Supporting Nonappropriated Fund Instrumentalities (NAFIs).

3.  APF support should include both direct and indirect APF support provided to MWR activities and should include the cost categories reported on the Appropriated and Nonappropriated Fund Expense Summary required by DoDI 7000.12.  Direct costs include those costs that can be directly attributable to the activity and include civilian  and military pay and benefits, travel, training, supplies and equipment, contracts, and Family Child Care subsidy.  Indirect costs include costs that are attributed to more than one activity and include rents, utilities, communications, minor construction, repair and maintenance, contracts, engineering support, etc.

4. APF Common Support - That appropriated fund support, identified as APF support used in the management, administration and operation of more than one MWR program, however, that support or cost is not easily nor readily identifiable to a specific MWR program.

Some examples of APF common support would include:  managerial operational functions and positions at an installation, major command or Service, executive and upper management supervision that is functionally located above the operating program manager level and having responsibility for several MWR programs; an installation's civilian personnel functions; and central accounting office functions.

5. The OP-34 Exhibits must be submitted for the OSD/OMB budget submission each year.  The OP-34 exhibit should also be included in the congressional justification books (Volume II - Data Book) each year.

**Exhibit OP-34 Appropriated Fund Support for Morale, Welfare and Recreation (MWR) Activities**
(Page 1 of 7)

**APPROPRIATED FUND SUPPORT FOR MORALE, WELFARE AND RECREATION ACTIVITIES (MWR)**

($ in Thousands)

FY: **Prior Year**

| MWR CATEGORY | Appropriations | | | | Total APF Oper. | Mil Constr. | Total APF Spt |
|---|---|---|---|---|---|---|---|
| Category A | | | | | | | |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Category B | | | | | | | |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Category C | | | | | | | |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Category D | | | | | | | |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Total APF Support | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Direct Support | $_____ | $_____ | | $_____  $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |

FY: **Current Year**

| MWR CATEGORY | Appropriations | | | | Total APF Oper. | Mil Constr. | Total APF Spt |
|---|---|---|---|---|---|---|---|
| Category A | | | | | | | |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Category B | | | | | | | |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Category C | | | | | | | |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Category D | | | | | | | |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |

**Exhibit OP-34 Appropriated Fund Support for Morale, Welfare and Recreation (MWR) Activities**

(Page 2 of 7)

Exhibit OP-34(MWR) Appropriated Fund Support for Morale, Welfare and Recreation (MWR) Activities( Continued)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total APF Support | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |

| MWR CATEGORY | FY: **Budget** | Appropriations | | | Total APF Oper. | Mil Constr. | Total APF Spt |
|---|---|---|---|---|---|---|---|
| Category A | | | | | | | |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Category B | | | | | | | |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Category C | | | | | | | |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Category D | | | | | | | |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Total APF Support | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |

**Exhibit OP-34 Appropriated Fund Support for Morale, Welfare and Recreation (MWR) Activities**
(Page 3 of 7)

**APPROPRIATED FUND SUPPORT FOR MORALE, WELFARE AND RECREATION ACTIVITIES (MWR)**
**($ in Thousands)**

Provide for PY, CY, & BY

| | | Appropriations | | | Total APF Oper. | Mil Constr. | Total APF Spt |
|---|---|---|---|---|---|---|---|
| **MWR CATEGORY** | | | | | | | |
|   Category A | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| | | | | | | | |
| **MISSION SUSTAINING PROGRAMS** | | | | | | | |
| | | | | | | | |
| A.1 Armed Forces Prof. Entertainment O/S | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| A.2 Physical Fitness | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| A.3 Free Admission Motion Picture | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| A.4 Libraries (REC) | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| A.5 Rec Centers Prog. | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| A.6 Parks/Picnic areas | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| A.7 Shipboard/Company/ Unit level prog./activities | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| A.8 Sports/Athletics-self directed, unit level and intramural | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Common Support | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| TOTAL APF SUPPORT | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|   Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|   Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |

**Exhibit OP-34 Appropriated Fund Support for Morale, Welfare and Recreation (MWR) Activities**
(Page 4 of 7)

**APPROPRIATED FUND SUPPORT FOR MORALE, WELFARE AND RECREATION ACTIVITIES (MWR)**
($ in Thousands)

Provide for PY, CY, & BY

| | | Appropriations | | | Total APF Oper. | Mil Constr. | Total APF Spt |
|---|---|---|---|---|---|---|---|
| **MWR CATEGORY** | | | | | | | |
| Category B | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| **BASIC COMMUNITY SUPPORT PROGRAMS** | | | | | | | |
| B.1   Child Care Programs | | | | | | | |
|    Child Dev. Centers | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Family Child Care | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Supp Program/Resource & Referral/Other | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    School Aged Care | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| B.2    Youth Activities | | | | | | | |
| B.3   Community Programs | | | | | | | |
|    Cable/Community TV | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Rec/tickets/tour | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Rec Swimming | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| B 4   Outdoor Recreation | | | | | | | |
|    Outdoor Recreation | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Outdoor Rec Equip Checkout | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Boating w/o Resale | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Camping (Primitive) | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Riding Stables (Gov't owned/ or Leased | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| B.5   Individual Skill Recreation | | | | | | | |
|    Amateur Radio | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Performing Arts | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Arts and Crafts | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Automotive Crafts | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Bowling <12 lanes | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| B.6   Sports Programs | | | | | | | |
|    (Above Intramural) | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| Common Support | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| TOTAL APF SUPPORT | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|   Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|   Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |

**Exhibit OP-34 Appropriated Fund Support for Morale, Welfare and Recreation (MWR) Activities** Page 5 of 7

**APPROPRIATED FUND SUPPORT FOR MORALE, WELFARE AND RECREATION ACTIVITIES (MWR)**

($ in Thousands)

Provide for PY, CY, & BY

| | | Appropriations | | | Total APF Oper. | Mil Constr. | Total APF Spt |
|---|---|---|---|---|---|---|---|
| **MWR CATEGORY** | | | | | | | |
| Category C | $ | $ | $ | $ | $ | $ | $ |
| **REVENUE-GENERATING PROGRAMS** | | | | | | | |
| C.1  Food, Beverage, & Entertainment | | | | | | | |
|     Military Open Mess (Clubs) | $ | $ | $ | $ | $ | $ | $ |
|     Other Food Outlets | $ | $ | $ | $ | $ | $ | $ |
| C.2  Lodging Programs (Part of MWR NAFI) | | | | | | | |
|     Joint Service/Armed | | | | | | | |
|     Forces/Serv Rec Ctrs | $ | $ | $ | $ | $ | $ | $ |
|     PCS Lodging | $ | $ | $ | $ | $ | $ | $ |
|     Recreational Lodging | $ | $ | $ | $ | $ | $ | $ |
| C.3  Special Interest Clubs: | | | | | | | |
|     Flying Program | $ | $ | $ | $ | $ | $ | $ |
|     Parachute/Sky Diving | $ | $ | $ | $ | $ | $ | $ |
|     Rod and Gun Program | $ | $ | $ | $ | $ | $ | $ |
|     Scuba/Diving Program | $ | $ | $ | $ | $ | $ | $ |
|     Horseback Riding | $ | $ | $ | $ | $ | $ | $ |
|     Video Program | $ | $ | $ | $ | $ | $ | $ |
|     Other | $ | $ | $ | $ | $ | $ | $ |
| C.4  Other Revenue Generating Activities | | | | | | | |
|     Resale | $ | $ | $ | $ | $ | $ | $ |
|     Amusement/Rec Machines | $ | $ | $ | $ | $ | $ | $ |
|     Bowling (over 12 lanes) | $ | $ | $ | $ | $ | $ | $ |
|     Golf | $ | $ | $ | $ | $ | $ | $ |
|     Boating  (With Resale or | | | | | | | |
|     Private Boat Berthing | $ | $ | $ | $ | $ | $ | $ |
|     Equipment Rental | $ | $ | $ | $ | $ | $ | $ |
|     Unofficial Comm Tvl Service | $ | $ | $ | $ | $ | $ | $ |
|     Other | $ | $ | $ | $ | $ | $ | $ |
| Common Support | $ | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| TOTAL APF SUPPORT | $ | $ | $ | $ | $ | $ | $ |
|   Direct | $ | $ | $ | $ | $ | $ | $ |
|     Indirect | $ | $ | $ | $ | $ | $ | $ |

**Exhibit OP-34 Appropriated Fund Support for Morale, Welfare and Recreation (MWR) Activities**

(Page 6 of 7)

**APPROPRIATED FUND SUPPORT FOR MORALE, WELFARE AND RECREATION ACTIVITIES (MWR)**
($ in Thousands)

**Provide for PY, CY, & BY**

| | Appropriations | | | | Total APF Oper. | Mil Constr. | Total APF Spt |
|---|---|---|---|---|---|---|---|
| **Other MWR And NAFI Programs Category D** | | | | | | | |
| D.2  Armed Serv Exchange | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| D.3 Civilian MWR Programs | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| D.4  Stars and Stripes | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| D.5  TDY Lodging | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| D.6  PCS Lodging | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| D.7  Mission Overseas Contingency Operations | | | | | | | |
|      Programs | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
| TOTAL APF SUPPORT | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|    Direct | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |
|     Indirect | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ | $_____ |

**Exhibit OP-34 Appropriated Fund Support for Morale, Welfare and Recreation (MWR) Activities**
(Page 7 of 7)

Exhibit OP-40 Ship Fuel and Operating Tempo Data

**Department of the Navy**
**OPERATION AND MAINTENANCE, NAVY/NAVY RESERVE**
**SHIP FUEL AND OPERATING TEMPO DATA**

| | **Deployed Fleet** | | | | **Non-Deployed Fleet** | | |
|---|---|---|---|---|---|---|---|
| | **FY PY** | **FY CY** | **FY BY** | | **FY PY** | **FY CY** | **FY BY** |

Operating Tempo
  (Hours/Quarter)

**Conventional**
    Total Steaming Hours
    Cost of Fuel Consumed ($000)

**Nuclear**
    Total Steaming Hours
    Cost of Fuel Expended ($000)

At the end of the OP-40 exhibit, provide a memo entry reflecting the amounts provided or programmed in support of the drug interdiction program for conventional and nuclear ships.

**Exhibit OP-40 Ship Fuel and Operating Tempo Data**

Exhibit OP-41 Ship Operations Program

**Exhibit OP-41**
**Ship Operations**
**Operation and Maintenance,** Component

| | PY-1 | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|---|
| SBN Weapon System, Underline | | | | | | | | |
| Quantity Weapon System Detail | | | sum of all quantities by SAG and PE | | | | | |
| Steaming Days Required Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Steaming Days Funded Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Ship Op Months Funded Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| | | | | | | | | |
| Repair Parts1 (SR) Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Fuel (SF) Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Consumables (SO) Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Utilities (SU) ) Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Nuclear Fuel (SN) ) Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Charter (SC) ) Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| Other (NSI) Weapon System Detail | | | sum of all reported by SAG and PE | | | | | |
| **Total Funded** | | | Sum all funded types above, **Bold** | | | | | |
| | | | | | | | | |
| **Total Requirement** | | | sum of all reported by SAG and PE, **Bold** | | | | | |

Instructions for creating the display Instructions for creating the display
The OP-41 data will be **submitted via the Select and Native Programming Data Input System (SNaP) located at https://snap.pae.osd.mil. The most current version of this exhibit will be found at this site.** Once loaded the data will be available in the Operations & Support Data Center. Program/Budget data displays will be produced through the Data Center. Questions regarding the OP-20 should be referred to (703) 697-2609. Once loaded the data will be available in the Operations & Support Data Center. Program/Budget data displays will be produced through the Data Center. Questions regarding the OP-30S should be referred to the Operations Directorate at OPSDirectorate@osd.mil. Questions about the SNaP interface should be referred to the Office of the Director (Program Analysis & Evaluation) Programming and Fiscal Economics Division (703) 693-7825. Technical questions regarding SNaP should be referred to the Information Management and Analysis Group (703) 604-6349.
   1) Display the Organization and Component under the report title
   2) For each Weapon System display the weapon system detail as organized above
   3) Sum all weapon detail reported by SAG and PE at weapon system level
**Crystal Reports Sort Order**: Organization, Component then Weapon System
**Data Center**: Operations and Support, Program/Budget
**Data Source**: SNaP
**Database Requirement:** One XLS of all data for all organizations as provided-- no calculations

**Exhibit OP-41 Ship Operations**
(Page 1 of 3)

OP-41 Ship Operations Program

| Component | SAG | Program Element | Weapon System Type | Weapon System Detail | PY-1 | PY | CY | BY | BY+1 | BY+2 | BY+3 | BY+4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Active | | | Type | Quantity | # | # | # | # | # | # | # | # |
| Reserve | Starter List Provided in SNaP | | Starter List Provided in SNaP to be updated by owning org | Steaming Days Required | # | # | # | # | # | # | # | # |
| | | | | Steaming Days Funded | # | # | # | # | # | # | # | # |
| | | | | Ship Op Months Funded | # | # | # | # | # | # | # | # |
| | | | | Repair Parts[1] (SR) | $K | $K | $K | $K | $K | $K | $K | $K |
| | | | | Fuel (SF) | $K | $K | $K | $K | $K | $K | $K | $K |
| | | | | Consumables (SO) | $K | $K | $K | $K | $K | $K | $K | $K |
| | | | | Utilities (SU) | $K | $K | $K | $K | $K | $K | $K | $K |
| | | | | Nuclear Fuel (SN) | $K | $K | $K | $K | $K | $K | $K | $K |
| | | | | Charter (SC) | $K | $K | $K | $K | $K | $K | $K | $K |
| | | | | Other (NSI) | $K | $K | $K | $K | $K | $K | $K | $K |
| | | | | Total TOA Required | $K | $K | $K | $K | $K | $K | $K | $K |

**Instructions for Completing the Weapon Systems Readiness Database--Ship Operations**

1) For Navy only, provide the funding level--by Active and Reserve--for Ship Operations as defined by the Budget Exhibit OP-41 (described in the DoD Financial Management Regulation). Identify the relevant Navy SAG for Ship Operations.
2) If OPTEMPO Types are constant for all ships across the program, provide narrative in a word document explaining why.

**Definitions:**
Organization: The POM reporting entities directed to submit this data requirement. For a complete list of organizations see by data requirement see Appendix A of the PDR.
Component: Active, Guard, and Reserve
SAG: Sub-Activity Group, budget term denoting groupings of resources e.g., Navy SAG: 1B1B.
Program Element: Identify the PE containing the weapon system described by the detail.
Weapon System Type: Provide Ship Type detail for the weapon system described by the detail.

Exhibit OP-41 Ship Operations
(Page 2 of 3)

OP-41 Ship Operations Program (Continued)

Weapon System Detail:
 Quantity-Identify the number of ships per Ship Type used to determine the steaming days program funding
 Steaming Days: -This OPTEMPO Type is the number of steaming days per Ship per Quarter for Deployed and Non-Deployed for both required and funded.  For inventory, PEs will be pulled from the Forces FYDP and compared to the Inventory values provided by the Navy.)
 Ship Operational (Op) Months - This OPTEMPO Type is the number of months a ship is "operational" (i.e., not in a major repair period)
 Funded: Identify funding level for Repair Parts (including reparable parts), Fuel, Consumables, Utilities, Nuclear Fuel, Charter and Other using the OP-41 guidelines, generally defined by Navy Special Interest Codes
 Total TOA Required: Provide total TOA required to meet the funded steaming days.

**Technical Issues:** If you are having difficulty with the data collection system—SNaP, contact the SNaP administrators via the email link at the web site.

Exhibit OP-41 Ship Operations
(Page 3 of 3)

Exhibit OP-50 Units by Program Element

**Operation and Maintenance, Air Force**
**FY  ESTIMATE**
**UNITS BY PROGRAM ELEMENT**
**($ in Thousands)**

Program Element: _____

| | PY-1 Actuals | PY Actuals | CY Estimate | BY Estimate | BY+1 Estimate | BY+2 Estimate | BY+3 Estimate | BY+4 Estimate |
|---|---|---|---|---|---|---|---|---|
| **Program Units** | | | | | | | | |
| Forces Wings | | | | | | | | |
| Forces Squadrons | | | | | | | | |
| Unit Equipment | | | | | | | | |
| Flying Hour Total | | | | | | | | |
| Manpower (End Strength) | | | | | | | | |
|   Officers | | | | | | | | |
|   Enlisted | | | | | | | | |
|   Academy Cadets | | | | | | | | |
|    Total Military Personnel | | | | | | | | |
|   U.S. Direct Hire | | | | | | | | |
|   FN Direct Hire | | | | | | | | |
|   FN Indirect Hire | | | | | | | | |
|    Total Civilian Personnel | | | | | | | | |
| Manpower (Average Strength/FTE) | | | | | | | | |
|   Officers | | | | | | | | |
|   Enlisted | | | | | | | | |
|   Academy Cadets | | | | | | | | |
|    Total Military Personnel | | | | | | | | |
|   U.S. Direct Hire | | | | | | | | |
|   FN Direct Hire | | | | | | | | |
|   FN Indirect Hire | | | | | | | | |
|    Total Civilian Personnel | | | | | | | | |
| **Cost Data** | | | | | | | | |
|  Operation and Maintenance | | | | | | | | |
|   Provide by DoD Element of Expense | | | | | | | | |
|   Total Operation and Maintenance | | | | | | | | |
| | | | | | | | | |
|  Total Military Personnel | | | | | | | | |
| | | | | | | | | |
|  Total O&M and Military Personnel | | | | | | | | |

**This Exhibit should be provided for:**
1.　　　　**Total Operations Air Force**
2.　　　　**Major Force Program**
3.　　　　**Program Element**

**Exhibit OP-50 Units by Program Element**

Exhibit OP-58 Analysis of Aircraft POL

**Operation and Maintenance, Air Force**
**ANALYSIS OF AIRCRAFT POL**
**($ in Thousands)**

**Analysis of Aircraft Petroleum, Oil and Lubricants (POL)**

|  |  | | **FY PY** | **FY CY** | **FY BY** |
|---|---|---|---|---|---|
| A. | Flying Hour Program Requirements: | | | | |
|  | 1. | Number of Flying Hours | | | |
|  |  | a.    Active Forces (excl. FGO and SOF) | | | |
|  |  | b.    Foreign Gov't Owned | | | |
|  | 2. | Flying Hours at Std. Price | | | |
|  |  | Adjustments:  (Explain) | | | |
|  | 3. | Funding for Flying Hour Program | | | |
|  |  | a.    Active Forces (excl. FGO and SOF) | | | |
|  |  | b.    Foreign Gov't Owned | | | |
| B. | Non-Fly | | | | |
| C. | Special Fuels | | | | |
| D. | Grand Total-Aircraft POL | | | | |
|  | 1. | Direct | | | |
|  | 2. | Reimbursements | | | |

**Exhibit OP-58 Analysis of Aircraft POL**
(Page 1 of 2)

**Financial Management Regulation**

**Operation and Maintenance, Air Force**
**ANALYSIS OF AIRCRAFT POL**
**FY_____ Estimate**
**($ in Thousands)**

**Analysis of Non-Fly Program**

| | FY PY | | FY CY | | FY BY | |
|---|---|---|---|---|---|---|
| | **QTY(bbls)** | **Cost** | **QTY(bbls)** | **Cost** | **QTY(bbls)** | **Cost** |

Major Force Program:
1.    a.    Offensive Forces
       b.    Defensive Forces
Total Strategic Forces

2.    General Purpose Forces

3.    a.    Intelligence
       b.    Communications
       c.    Other
Total Program 3

4.    Airlift

5.    Reserves

7.    Central Supply and Maintenance

8.
       a.    Training
       b.    Other
Total Program 8

9.    Administration

10.    Support of Other Nations

TOTAL

**Exhibit OP-58 Analysis of Aircraft POL**
(Page 2 of 2)

Exhibit OP-73 Repair Parts, Army Reserve Components

**Operation and Maintenance**
**Repair Parts, Army Reserve Components 1/**
($ in Millions)

| ITEM | FY PY | FY CY | FY BY | FY BY+1 | FY BY+2 | FY BY+3 | FY BY+4 |
|------|-------|-------|-------|---------|---------|---------|---------|
| 1. Backlog carried forward from prior years | | | | | | | |
| Less: | | | | | | | |
| 2. Backlog of obsolete parts | | | | | | | |
| Add: | | | | | | | |
| 3. Inflation | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| 4. Adjusted prior year backlog | | | | | | | |
| **Add:** | | | | | | | |
| 5. Recurring requirements | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
|    a. Annual consumption | | | | | | | |
|    b. Change in equipment inventories | | | | | | | |
|    c. Change in stockage levels | | | | | | | |
| 6. Nonrecurring requirements | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
|    a. Force modernization initiatives | | | | | | | |
|    b. Introduction of other new equipment | | | | | | | |
| 7. Total funding required | | | | | | | |
| **Less:** | | | | | | | |
| 8. Funds budgeted for repair parts | _____ | _____ | _____ | _____ | _____ | _____ | _____ |
| 9. Backlog, end of year | | | | | | | |

**Exhibit OP-73 Repair Parts, Army Reserve Components**
(Page 1 of 2)

**INSTRUCTIONS FOR COMPLETION OF OP-73**

1.      **Backlog carried forward from prior years -** unfunded requirements at the end of the previous fiscal year.

2.      **Backlog of obsolete parts -** backlog of repair parts associated with equipment that is being retired from the Reserve Forces.

3.      **Inflation -** backlog carried over from prior years less backlog associated with equipment being retired from the Reserve Forces times the OSD rate for "general purchases inflation--O&M" or the Defense Working Capital Fund, whichever is applicable.

4.      **Adjusted prior year backlog -** backlog carried over from prior years less backlog associated with equipment being retired from the Reserve Forces plus inflation (1-2+3)

5.      **Recurring requirements -** annual repair parts requirements to support equipment fielded in previous years.

        a.      **Annual consumption -** those parts consumed annually to support weapons systems fielded in previous years.

        b.      **Change in equipment inventories -** increases or decreases in annual consumption requirements necessary to reflect changes in equipment inventory levels (e.g., retirement of equipment).

        c.      **Change in stockage levels -** increases or decreases in requirements due to changes in the level of repair parts support required annually for a particular equipment.

6.      **Nonrecurring requirements -** one time requirements associated with introduction of new equipment to the Reserve Force.

        a.      **Force modernization initiatives -** initial inventory of repair parts associated with fielding of force modernization systems.

        b.      **Introduction of other new equipment -** introduction of other equipment not previously provided to the Reserve Force.

7.      **Total funding required -** adjusted prior year backlog plus recurring requirements and nonrecurring requirements.

8.      **Funds budgeted for repair parts -** amount budgeted for repair parts each year.

9.      **Backlog, end of year -** "total funding required" less "funds budgeted for repair parts".


**Exhibit OP-73 Repair Parts, Army Reserve Components**
(Page 2 of 2)

Exhibit OP-78 Force Structure Data

**OPERATION AND MAINTENANCE**
**FORCE STRUCTURE DATA**

| PE | MDS | CMD | PURPOSE |
|----|-----|-----|---------|

| PY | | | CY1 | | | | | | BY | | | BY+1 | BY+2 | BY+3 | BY+4 |
|----|----|----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | | |

**INSTRUCTIONS**

Report force structure for each model/design/series (MDS) aircraft within each program element. Also identify the command to which the equipment is assigned and the purpose code for the equipment. The force structure should be reported at end of year for the prior year and the outyears and at the end of each quarter for the current year and the budget year (BY). Totals should be provided for MDS and each PE.

Separate exhibits are required for Active Air Force, Air Force Reserve, and Air National Guard.

**Exhibit OP-78 Force Structure Data**

Exhibit OP-80 Aircraft Repair/Modification and Engine Overhaul

**AIRCRAFT REPAIR/MODIFICATION AND ENGINE OVERHAUL**
**OPERATION AND MAINTENANCE, _____**
Aircraft Type/Summary _____

|  | Number Of Aircraft | | | Depot Hours | | | Cost ($ in Thousands) | | |
|---|---|---|---|---|---|---|---|---|---|
|  | PY | CY | BY | PY | CY | BY | PY | CY | BY |
| ACI Tasks |  |  |  |  |  |  |  |  |  |
| PDM Tasks |  |  |  |  |  |  |  |  |  |
| Strip/Paint |  |  |  |  |  |  |  |  |  |
| Other |  |  |  |  |  |  |  |  |  |
| Total |  |  |  |  |  |  |  |  |  |
| Depot Rates Per Hour |  |  |  |  |  |  |  |  |  |

Provide a brief explanation of changes between the CY and BY.  Summary totals should agree with the OP-30.

**Exhibit OP-80 Aircraft Repair/Modification and Engine Overhaul**
(Page 1 of 2)

**AIRCRAFT REPAIR/MODIFICATION AND ENGINE OVERHAUL**
**OPERATION AND MAINTENANCE, _____**
Engine Overhauls/Other Depot Maintenance

| Engine Type | Number Of Engines | | | Depot Hours | | | Cost ($ in Thousands) | | |
|---|---|---|---|---|---|---|---|---|---|
| | PY | CY | BY | PY | CY | BY | PY | CY | BY |
| Total | | | | | | | | | |
| Depot Rates Per Hour | | | | | | | | | |

Provide an explanation of changes between the CY and the BY.  Totals should agree with the OP-30.

**Exhibit OP-80 Aircraft Repair/Modification and Engine Overhaul**
(Page 2 of 2)

**DoD 7000.14-R**                **Financial Management Regulation**                **Volume 2A, Chapter 3**
**\* December 2010**

Exhibit OP-81 O&M Monthly Obligation Phasing Plan

## Monthly Obligation PHASING Plan
## Current year (CY)

Appropriation: _____
Component: _____

**Total Obligation Authority**
**(Dollars in Thousands)**

| Budget Activity | Description | Subactivity Group | Description | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **(Example)** | | | | | | | | | | | | | | |
| 01 | Operating | **1A5A** | **Air Depot** | Month | | | | | | | | | | | | |
| | Forces | | **Main.** | Cum. | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | **BSS1** | **Base Op.** | Month | | | | | | | | | | | | |
| | | | **Support** | Cum. | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | Total | | Month | | | | | | | | | | | | |
| | | | | Cum. | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| 02 | Mobilization | Total | | Month | | | | | | | | | | | | |
| | | | | Cum. | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| 03 | Training & | Total | | Month | | | | | | | | | | | | |
| | Recruiting | | | Cum. | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| 04 | Admin. & | Total | | Month | | | | | | | | | | | | |
| | Servicewide | | | Cum. | | | | | | | | | | | | |
| | | | | | \_\_\_ | \_\_\_ | \_\_\_ | \_\_\_ | \_\_\_ | \_\_\_ | \_\_\_ | \_\_\_ | \_\_\_ | \_\_\_ | \_\_\_ | \_\_\_ |
| Total | | | | Month | | | | | | | | | | | | |
| | | | | Cum. | | | | | | | | | | | | |

Directions:  For each appropriation in the Operation and Maintenance Title, submit a monthly phased obligation plan by Subactivity Group.

**OP-81 O&M Monthly Obligation Phasing Plan**
(Page1of 2)

**Monthly Obligation Phasing Plan**
**Current Year (CY)**
(continued)

**Definitions:**

Appropriation:  Submit a separate exhibit for each appropriation in the O&M Title.  Enter the name of the appropriation in this line.

Component:  DoD Component that is the holder of the appropriation.

Total Obligation Authority (TOA):  Provide the phased obligation plan for anticipated current year (CY) obligation authority using the TOA as shown in the Comptroller Information System (CIS).

Budget Activity:  The phased monthly obligation plan by Budget Activity matching the Budget Activity TOA shown in CIS.

Subactivity Group:  Provide all phased monthly obligation plans by relevant Subactivity Group.  Totals for Subactivity Groups should reconcile to the phased monthly obligation plan by Budget Activity matching the Budget Activity TOA shown in CIS.

Month:  Enter the estimated monthly obligations.

Cum.:  Enter the cumulative obligations (current month's obligations plus the sum of previous month's obligations).

**OP-81 O&M Monthly Obligation Phasing Plan**
(Page 2 of 2)

Exhibit PBA-2 Air Operations

**AIR OPERATIONS**
**COMPONENT TITLE**
(\$ in Millions)

| | FY PY Actual | Price Change | Program Change | FY CY Estimate | Price Change | Program Change | FY BY Estimate |
|---|---|---|---|---|---|---|---|
| **Army** | | | | | | | |
| **Army Reserve** | | | | | | | |
| **Army National Guard** | | | | | | | |
| **Navy** | | | | | | | |
| **Navy Reserve** | | | | | | | |
| **Air Force** | | | | | | | |
| **Air Force Reserve** | | | | | | | |
| **Air National Guard** | | | | | | | |
| **USSOCOM** | | | | | | | |
| **Defense Health Program** | | | | | | | |
| **Total** | | | | | | | |

(Report on this exhibit all flying hours costs direct funded in the O&M appropriations including those funded in the Air Operations Activity Groups as well as those funded in the flying hour programs of the Army, USSOCOM, and the Defense Health Program.  Include all other direct funded flying hour-related costs (fuel, supplies/DLRs, consumables).  Do not include indirect support costs such as Base Operations, Facilities Sustainment Repair and Modernization etc.  Price and Program changes should agree with those on the Summary of Price and Program Changes (OP-32) and the Detail by Budget Activity and Activity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and the OP-5.)

**Description of Operations Financed:**  (Provide an explanation of the air operations financed by each Component.  Break out each component by Budget Activity, Activity Group, and Subactivity Group.  List each subactivity group for Air Operations Activity Groups and include separate lines for Mobility Operations, Training Operations, and Other to identify all the flying hour-related costs (fuel, supplies/DLRs, depot maintenance) included in all other Activity Groups that are direct funded in the O&M appropriation.  See example below.)

Budget Activity 1
    Activity Group:  Air Operations
        Mission/Flight Operations
        Intermediate Maintenance
Budget Activity 3
    Activity Group:  Basic Skills and Advance Training
        Flight Training
        Training Support
    Total

Exhibit PBA-2 Air Operations
(Page 1 of 3)

**COMPONENT TITLE**
**(Cont'd)**

| **PROGRAM DATA** | **FY PY** | | **FY CY** | | **FY BY** |
|---|---|---|---|---|---|
| Primary Aircraft Authorized (PAA) (End of FY) | **Actual** | **Change** | **Estimate** | **Change** | **Estimate** |
| Bombers | | | | | |
| Fighters | | | | | |
| Training | | | | | |
| Mobility | | | | | |
| Other (e.g., Army Flight Pgm) | | | | | |

Total Aircraft Inventory (TAI) (End of FY)
  Bombers
  Fighters
  Training
  Mobility
  Other (e.g., Army Flight Pgm)

O&M Funded Flying Hours (000)
Cost of O&M Funded Flying Hours
Average Cost of O&M Funded Flying Hour

Tac Fighter Wing Equivalents

Crew Ratio (Average)
  Bombers
  Fighters
OPTEMPO (Hrs/Crew/Month)
  Bombers
  Fighters
  Total

Primary Mission Readiness (%)

**ICBM Inventory**
  Minuteman I
  Minuteman II
  Peacekeeper

**Exhibit PBA-2 Air Operations**
(Page 2 of 3)

**AIR OPERATIONS**
**COMPONENT TITLE**
**(Cont'd)**

|  | **FY PY** | | **FY CY** | | **FY BY** |
|---|---|---|---|---|---|
|  | **Actual** | **Change** | **Estimate** | **Change** | **Estimate** |
|  | | **PERSONNEL DATA** | | | |

**Active Force Personnel**                                **End Strength**
  Officer
  Enlisted
  Cadets
    Total

**Selected Reserve and Guard Personnel**              **End Strength**
  Officer
  Enlisted
    Total

**Civilian Personnel**                                    **Full-Time Equivalents**
  U.S. Direct Hires
  Foreign National Direct Hire
    Total Direct Hire
  Foreign National Indirect Hire
    Total

**Narrative Explanation of Changes:**  (Explain/describe/narrate by subactivity, the major program changes reflected in the budget (for $ provide in nearest tenths of millions). Separately identify major transfers among appropriations, budget activities, activity groups, and subactivity groups.  Explain changes in price and program from the current estimate (CY) to the BY, as appropriate. The narrative should agree with the explanation of changes and functional transfers shown in the (OP-5).  Identify on the bottom of the exhibit the preparation date and a point of contact (with telephone number) who is knowledgeable about the content of the data reflected on the exhibit.  Data entered on this exhibit must match the corresponding data entered on the Reserve Components (PBA-11), Appropriation Highlights (PBA-19), Key Activity Indicators (PBA-21), and Special Operations Forces (PBA-26) Exhibits.  In addition, the data contained in the O&M Overview should match the data reported in other budget justification material such as the performance criteria of the Detail by Budget Activity and Activity Group (OP-5), Analysis of Flying Hour Program (OP-20), Funding for Depot Level Reparables (OP-31), and Special Operations Forces (OP 52).)

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-2 Air Operations**
(Page 3 of 3)

Exhibit PBA-3 Ship Operations

**SHIP OPERATIONS**
**COMPONENT TITLE**
(\$ in Millions)

| | FY PY Actual | Price Change | Program Change | FY CY Estimate | Price Change | Program Change | FY BY Estimate |
|---|---|---|---|---|---|---|---|

**Appropriation Summary**
**Active Forces**
  (List by subactivity group Operation and Maintenance, Navy funding for Activity Group Ship Operations.  Total O&M,N funding (including price and program changes) must match the O-1 total for Ship Operations.)

**Reserve Forces**
  (List by subactivity group Operation and Maintenance, Navy Reserve funding for Activity Group Ship Operations.  Total O&M,NR funding (including price and program changes) must match the O-1 total for Ship Operations.)

**Grand Total**

**Description of Operations Financed:**  (Provide narrative explanation of activities included and succinctly describe significant price and program changes from the current year (CY) to budget year (BY) for each subactivity group).

**PROGRAM DATA**
(Provide applicable program data and explain program changes.)

| | FY PY Actual | Change | FY CY Estimate | Change | FY BY Estimate |
|---|---|---|---|---|---|

**Ship Inventory** (End of Year)
  Navy Active
  MSC Charter/Support
Battle Force Ships (Active)

  Reserve Battle Force
  Reserve Non Battle Force

  Battle Force Ships  (Active plus Reserve Battle Force)

**Exhibit PBA-3 Ship Operations**
(Page 1 of 4)

**SHIP OPERATIONS**
**COMPONENT TITLE**
**(Con't)**

**Battle Force Ships Inventory Adjustments by Category**

Between FY CY and FY BY

|  | FY CY Inventory | Gains | Losses | FY BY Inventory |
|---|---|---|---|---|
| Strategic |  |  |  |  |
| Carriers |  |  |  |  |
| Surface Combatants |  |  |  |  |
| Submarines |  |  |  |  |
| Amphibious |  |  |  |  |
| Mine Warfare, Patrol |  |  |  |  |
| Support Ships |  |  |  |  |
| Total |  |  |  |  |

**Exhibit PBA-3 Ship Operations**
(Page 2 of 4)

**SHIP OPERATIONS**
**COMPONENT TITLE**
**(Con't)**

| | FY PY Actual | Change | FY CY Estimate | Change | FY BY Estimate |
|---|---|---|---|---|---|

**Operating Tempo (Days per Quarter)**
  Non-Deployed Fleet
  Deployed Fleet
  Reserve Fleet (except CV)
  Reserve Fleet (CV)

**Shipyears**
  Conventional, O&M, N
  Nuclear, O&M, N
  Conventional, O&M, NR

**Operating Months (Less Charter Ships)**
  Conventional, O&M, N
  Nuclear, O&M, N
  Conventional, O&M, NR

**Deployed Operating Months (%)**       Note:  Deployed Operating Months (%) captures the ratio of deployed months to the total number of operating
  Conventional, O&M, N                              months.  This illustrates trends in the employment of the fleet and is normalized to account for fluctuations
  Nuclear, O&M, N                                       in repair schedule or force structure changes.
  Conventional, O&M, NR

**Ship Operating Tempo**
**Days Underway Per Quarter:**
  **Deployed**
  **Non-Deployed**
**Steaming Days  ($ Millions)**
**Depot Maintenance**
Active
      Overhauls
  Selected Restricted Availabilities
  Phased Maintenance Availabilities
**Reserve**
  Overhauls
  Selected Restricted Availabilities
  Phased Maintenance Availabilities

**Exhibit PBA-3 Ship Operations**
(Page 3 of 4)

**SHIP OPERATIONS**
**COMPONENT TITLE**
**(Con't)**

**Instructions**

Reflect program data under "Description of Operations Financed" and "Program Data" sections.

**Narrative Explanation of Changes:**  Provide a succinct narrative explanation of total resource changes (for $ provide in nearest tenth of a million) between the Current Year (CY) and Budget Year 1 (BY) by relating it to program changes (force structure, end strength, etc.) for the period.  Also, identify any applicable major pricing changes between years.  Explanation of price and program changes should be provided separately for the Active Fleet as well as the Reserve Fleet.  Include all other direct ship operations related costs (fuel, supplies/DLRs, consumables).  Do not include indirect support costs such as Base Operations, Facilities Sustainment Repair and Modernization etc.

Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32) and the Detail by Budget Activity and Activity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and the OP-5 exhibits.  Data entered on this exhibit must match the corresponding data entered on the Reserve Components (PBA-11), Appropriation Highlights (PBA-19), Key Activity Indicators (PBA-21), and Special Operations Forces (PBA-26) Exhibits.  In addition, the data contained in the O&M Overview should match the data reported in other budget justification material such as the OP-5 (performance criteria), Ship Fuel Data and OPTEMPO Data (OP-40), Ship Operating Cost Data (OP-4), Funding for Depot Level Reparables (OP-31), and Special Operations Forces (OP-52).

Identify on the bottom of the exhibit the preparation date and a point of contact who is knowledgeable about the content of the data reflected on the exhibit as well as a telephone number for the individual.

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-3 Ship Operations**
(Page 4 of 4)

Exhibit PBA-4 Land Forces

**LAND FORCES**
**COMPONENT TITLE**
(\$ in Millions)

| | FY PY Actual | Price Change | Program Change | FY CY Estimate | Price Change | Program Change | FY BY Estimate |
|---|---|---|---|---|---|---|---|

**Appropriation Summary**

    List by Budget Activity, Activity Group, and Subactivity Group.

**Description of Operations Financed:**  Provide a narrative explanation of the land operations financed by each Component.  List each subactivity group and include separate descriptions for each functional program within the subactivity group.  Identify land forces operating costs by major category of costs (repair parts, fuel, contractor logistics support, etc.) and explain changes for specific program increases/decreases (for \$ provide in nearest tenth of a million).

**PROGRAM DATA**

**ARMY Ground Operating Tempo (OPTEMPO) MILES**

| | FY-PY | | FY-CY | | FY-BY | |
|---|---|---|---|---|---|---|
| | T-1/T-2 Reqmnt | Actual | T-1/T-2 Reqmnt | Budgeted | T-1/T-2 Reqmnt | Budgeted |
| **Live Training (Home Station & National Training Center)** | | | | | | |
| OPTEMPO Miles | | | | | | |
| Current Funding Estimate | | | | | | |
| | | | | | | |
| **Virtual Training (Close Combat Tactical & Unit Conduct of Fire Trainers)** | | | | | | |
| OPTEMPO Miles | | | | | | |
| Current Funding Estimate | | | | | | |
| | | | | | | |
| **Other Training (be specific)** | | | | | | |
| OPTEMPO Miles | | | | | | |
| Current Funding Estimate | | | | | | |
| | | | | | | |
| **Total Ground OPTEMPO (Must equal the sum of Live, Virtual, and Other categories above.)** | | | | | | |
| OPTEMPO Miles | | | | | | |
| Current Funding Estimate (Must total the President's Budget estimates.) | | | | | | |

**Exhibit PBA-4 Land Forces**
(Page 1 of 3)

LAND FORCES
COMPONENT TITLE (Con't)

MARINE CORPS COMBAT READY DAYS

|  | FY-PY | | FY-CY | | FY-BY |
|---|---|---|---|---|---|
|  | **Budgeted** | **Actual** | **Budgeted** | **Estimate** | **Estimate** |
| **Funds Allocated to Training & Equipment ($M)** | | | | | |
| **Combat Ready Days-Equipment & Training (CRED-ET)** | | | | | |
| **Cost per CRED-ET ($000)** | | | | | |
| **Total Possible CRED-ETs** | | | | | |
| **% Achieved** | | | | | |

|  | FY PY | | FY CY | | FY BY |
|---|---|---|---|---|---|
|  | **Actual** | **Change** | **Estimate** | **Change** | **Estimate** |
|  | **PERSONNEL DATA** | | | | |
| **Active Force Personnel** | **End Strength** | | | | |
| Officer | | | | | |
| Enlisted | | | | | |
|   Total | | | | | |
| **Selected Reserve and Guard Personnel** | **End Strength** | | | | |
| Officer | | | | | |
| Enlisted | | | | | |
|   Total | | | | | |
| **Civilian Personnel** | **Full-Time Equivalents** | | | | |
| U.S. Direct Hires | | | | | |
| Foreign National Direct Hire | | | | | |
|   Total Direct Hire | | | | | |
| Foreign National Indirect Hire | | | | | |
|     Total | | | | | |

**Exhibit PBA-4 Land Forces**
(Page 2 of 3)

**LAND FORCES**
**COMPONENT TITLE (Con't)**

**Narrative Explanation of Changes**:
Provide a succinct narrative explanation of total resource changes (for $ provide in nearest tenth of a million) between the current year (CY) and budget year (BY) by relating it to program changes (force structure, end strength, etc.) for the period.  Also, identify any applicable major pricing changes between years.  For program and personnel data, explain the changes in terms of programs affected and identify changes in functional requirements. .  Include all other direct funded land forces-related costs (fuel, supplies/DLRs, consumables).  Do not include indirect support costs such as Base Operations, Facilities Sustainment Repair and Modernization etc.

Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32) and the Detail by Subactivity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and the OP-5 exhibits).  Data entered on this exhibit must match the corresponding data entered on the Reserve Components (PBA-11), Appropriation Highlights (PBA-19), Key Activity Indicators (PBA-21), and Special Operations Forces (PBA-26) Exhibits as appropriate.  In addition, the data contained in the O&M Overview should be consistent with the data reported in the performance criteria of the Detail by Subactivity Group (OP-5).

Identify on the bottom of the exhibit preparation date and a point-of-contact who is knowledgeable about the content of the data reflected on the exhibit, as well as a telephone number for the individual.

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-4 Land Forces**
(Page 3 of 3)

Exhibit PBA-5 Depot Maintenance

**DEPOT MAINTENANCE PROGRAM**
**COMPONENT TITLE**
**(\$ in Millions)**

| Funded Executable Rqmt* | Executable Unfunded Deferred Rqmt* | Change in Unfunded Rqmt | Funded Executable Rqmt* | Executable Unfunded Deferred Rqmt* | Change in Unfunded Change | Funded Executable Rqmt* | Executable Unfunded Deferred Rqmt* | Change in Unfunded Change | Funded Executable Rqmt* | Executable Unfunded Deferred Rqmt* |
|---|---|---|---|---|---|---|---|---|---|---|

*Requirements

**Description of Operations Financed:** (Provide a narrative explanation of activities included.)

**Operation & Maintenance** (2)
    **Aircraft**
    **Combat Vehicles**
    **Ships** (3)
    **Other** (Specify)
      Missiles, Software, Ordnance, Other end-item maintenance, other
    **Total**
    (1)  Follow the general guidelines that apply to the OP-30 Exhibit, Chapter 3 of the DoD Financial Management Regulation.
    (2)  Indicate appropriation (Army, Army Reserve, etc.).  Show amounts for each appropriation separately.
    (3)  Navy and Navy Reserve only.  Ship maintenance for all other Components should be included in "Other".
    % of Requirement Funded
    $ in Millions

**Exhibit PBA-5 Depot Maintenance**
(Page 1 of 2)

**DEPOT MAINTENANCE PROGRAM**
**COMPONENT TITLE**
**($ in Millions)**

**Narrative Explanation of Changes**:  Show changes in the funded requirement by price and program using the following format:

**($ in Millions)**

| Category | FY PY Actual | Price Change | Program Change | FY CY Estimate | Price Change | Program Change | FY BY Estimate |
|---|---|---|---|---|---|---|---|
| Aircraft | | | | | | | |
| Combat Vehicles | | | | | | | |
| Ships | | | | | | | |
| Other | | | | | | | |
| Total | | | | | | | |

Succinctly explain any program change of plus or minus $5 million in any category (for $ provided in nearest tenth of a million) between the current year (CY) and the budget year (BY).  Relate the change to the number of units if applicable.  For example, "Aircraft depot maintenance increase of $11.2 million funds an additional ten airframes required because of the increasing average age of the aircraft inventory."  Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32) and the Detail by Budget Activity and Activity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and the OP-5 exhibits and with the corresponding data entered on the Appropriation Highlights (PBA-19 exhibit).  In addition, data contained in the O&M Overview should match the data reported in other budget justification material such as the OP-5 and the OP-30 exhibits.  Identify on the bottom of the exhibit preparation date and a point of contact who is knowledgeable about the content of the data reflected on the exhibit as well as a telephone number for the individual.

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-5 Depot Maintenance**
(Page 2 of 2)

Exhibit PBA-7 Facilities Sustainment and Restoration/Modernization and Demolition Programs

**FACILITIES SUSTAINMENT AND RESTORATION/MODERNIZATION AND DEMOLITION PROGRAMS**
**COMPONENT TITLE**
($ in Thousands)

| | FY PY | | FY CY | | FY BY |
|---|---|---|---|---|---|
| | Actual[1/] | OCO Funding[2/] | Actual[1/] | OCO Funding[2/] | Estimate |

**Appropriation Summary**

Military Personnel[3/]
Operation and Maintenance[4/]
Defense Health Program
RDT&E
Revolving Funds
Military Construction
Host Nation Support[5/]
Non-Federal Domestic Funding[6/]

**TOTAL**

**Description of Operations Financed**:

*Sustainment* – Component should provide a **detailed** description of resources supporting sustainment. Include relevant data such as number of facilities or installations

**Restoration/modernization** – Component should provide a **detailed** description of resources supporting sustainment.

**Demolition**.- Component should provide a **detailed** description of resources supporting sustainment.

**Exhibit PBA-7 Facilities Sustainment and Restoration/Modernization and Demolition Programs**
(Page 1 of 5)

## PROGRAM DATA
### ($ in Thousands)

| | FY PY Actual | OCO Funding | FY CY Actual | OCO Funding | FY BY Estimate |
|---|---|---|---|---|---|
| **Facilities Sustainment** | $ | | | | |

**Appropriation Summary**

Military Personnel[3/]
Operation and Maintenance[4/]
Defense Health Program
RDT&E
Revolving Funds
Military Construction
Host Nation Support[5/]
Non-Federal Domestic Funding[6/]

**TOTAL**

**Category Summary**

| | | |
|---|---|---|
| Life Safety/Emergency repairs | $ | |
| Critical infrastructure maintenance | $ | |
| Admin facilities/Headquarters maint | $ | |
| Other preventive maintenance | $ | |

**Facilities Sustainment Model Requirement**[7/]    $

**Component Sustainment Metric**[8/]    %

**Department Sustainment Goal**    %

**Exhibit PBA-7 Facilities Sustainment and Restoration/Modernization and Demolition Program**
(Page 2 of 5)

|  | FY PY | | FY CY | | FY BY |
|---|---|---|---|---|---|
|  | **Actual** | **OCO Funding** | **Actual** | **OCO Funding** | **Estimate** |

**Facilities Restoration/Modernization**

**Appropriation Summary**

Military Personnel[3/]
Operation and Maintenance[4/]
Defense Health Program
RDT&E
Revolving Funds
Military Construction
Host Nation Support[5/]
Non-Federal Domestic Funding[6/]

**TOTAL**

**Category Summary**

Repair work for damaged facilities
Building component replacement
Enhanced force protection standards
New mission modernization

Plant Replacement Value of
Inventory Recapitalized

**Demolition Costs**

**Total**[9/]

**Exhibit PBA-7 Facilities Sustainment and Restoration/Modernization and Demolition Program**
(Page 3 of 5)

**Narrative Explanation of Changes:** Provide a succinct narrative explanation of total resource changes (for $ provide in nearest tenth of a million) between the current year (CY) and budget year (BY) by relating it to program changes (force structure, end strength, etc.) and pricing changes for the period. Also, identify any applicable major pricing changes between years. Identify on the bottom of the exhibit the preparation date and a point of contact who is knowledgeable about the content of the data reflected on the exhibit as well as a telephone number for the individual.

**PERSONNEL DATA**

| | FY PY Actual | Change | FY CY Estimate | Change | FY BY Estimate |
|---|---|---|---|---|---|
| **Active Force Personnel** | **End Strength** | | | | |
| Officer | | | | | |
| Enlisted | | | | | |
| Cadets | | | | | |
| Total | | | | | |
| | | | | | |
| **Selected Reserve and Guard Personnel** | **End Strength** | | | | |
| Officer | | | | | |
| Enlisted | | | | | |
| Total | | | | | |
| **Civilian Personnel** | **Full-Time Equivalents** | | | | |
| U.S. Direct Hires | | | | | |
| Foreign National Direct Hire | | | | | |
| Total Direct Hire | | | | | |
| Foreign National Indirect Hire | | | | | |
| Total | | | | | |

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-7 Facilities Sustainment and Restoration/Modernization and Demolition Program**
(Page 4 of 5)

[1] Should include Overseas Contingency Operations (OCO) funding and Title IX funds.

[2] Memo entry which reflects any Overseas Contingency Operations funding received or requested. Metric data does not need to be provided for this entry, only provide funding levels.

[3] Use 49% of any military pay appropriations programmed in the facilities sustainment FYDP program elements.

[4] Total funding for Facilities Sustainment and Restoration/Modernization must be consistent with estimates identified for the Facilities Sustainment and Restoration/Modernization subactivity group in the automated OP-32 submit.

[5] Include any sustainment funding received or expected from foreign governments or international organizations.

[6] Include any sustainment funding received or expected from state governments or other domestic entity.

[7] Should reflect requirement generated from the Facility Sustainment Model.

[8] Displayed as percent of requirement funded. Component must provide explanation for variances greater or less than 5% from the Department goals for sustainment and recapitalization. Definitions for sustainment and recapitalization metrics can be found in Chapter 8, Facilities Sustainment and Restoration/Modernization.

[9] Should match appropriation summary. Must also be consistent with information contained within the Facilities Data Quality Assurance application.

**Exhibit PBA-7 Facilities Sustainment and Restoration/Modernization and Demolition Program**
(Page 5 of 5)

Exhibit PBA-8 Training and Education

**TRAINING AND EDUCATION**
**COMPONENT TITLE**
(\$ in Millions)

|  | **FY PY Actual** | **Price Change** | **Program Change** | **FY CY Estimate** | **Price Change** | **Program Change** | **FY BY Estimate** |
|---|---|---|---|---|---|---|---|

**Appropriation Summary:**

    Operation and Maintenance,  SEPARATE FORMAT IS REQUIRED FOR EACH APPLICABLE APPROPRIATION.

**Description of Operations Financed:**  (List each subactivity group and include separate descriptions for each functional program within the subactivity group.)

**Individual Training by Category by Service**
(\$ in Millions)

|  | **FY PY Actual** | **Price Change** | **Program Change** | **FY CY Estimate** | **Price Change** | **Program Change** | **FY BY Estimate** |
|---|---|---|---|---|---|---|---|

**Recruit Training**
  Army (1)
  Navy
  Marine Corps
  Air Force
    Total

 **Specialized Skill Training**
  Army
  Navy
  Marine Corps
  Air Force
  Defense Health Program
  SOCOM
    Total

**Professional Development**
  Army
  Navy
  Marine Corps
  Air Force
  Defense Health Program
  SOCOM
  Defense-Wide (i.e. AFIS, DAU, DFAS, DHRA, DTRA, and DSS)
    Total

**Exhibit PBA-8 Training and Education**
(Page 1 of 4)

**TRAINING AND EDUCATION**
COMPONENT TITLE
($ in Millions)

| | FY PY Actual | Price Change | Program Change | FY CY Estimate | Price Change | Program Change | FY BY Estimate |
|---|---|---|---|---|---|---|---|
| **Officer Acquisition** | | | | | | | |
| Army | | | | | | | |
| Navy | | | | | | | |
| Marine Corps | | | | | | | |
| Air Force | | | | | | | |
| Defense Health Program (2) | | | | | | | |
| Total | | | | | | | |
| **Flight Training** | | | | | | | |
| Army | | | | | | | |
| Navy | | | | | | | |
| Marine Corps | | | | | | | |
| Air Force | | | | | | | |
| Total | | | | | | | |
| **Training Support** | | | | | | | |
| Army | | | | | | | |
| Navy | | | | | | | |
| Marine Corps | | | | | | | |
| Air Force | | | | | | | |
| Total | | | | | | | |
| **Senior ROTC** | | | | | | | |
| Army | | | | | | | |
| Navy | | | | | | | |
| Air Force | | | | | | | |
| Total | | | | | | | |
| **Base Operating Support (3)** | | | | | | | |
| Army | | | | | | | |
| Navy | | | | | | | |
| Marine Corps | | | | | | | |
| Air Force | | | | | | | |
| SOCOM | | | | | | | |
| Total | | | | | | | |

(1) Includes Army One Station Unit Training (OSUT).
(2) Includes Uniformed Services University of Health Sciences (USUHS).
(3) Includes Base Operations and Real Property Maintenance in support of training.

**Exhibit PBA-8 Training and Education**
(Page 2 of 4)

<u>**TRAINING AND EDUCATION**</u>
**COMPONENT TITLE**
(<u>Hours in Thousands</u>)

| | **FY PY** <br> <u>**Actual**</u> | <u>**Change**</u> | **FY CY** <br> <u>**Estimate**</u> | <u>**Change**</u> | **FY BY** <br> <u>**Estimate**</u> |
|---|---|---|---|---|---|

**Flying Hours**  (Include hours flown in Flight Training.)
  Army
  Navy
  Air Force
   Total

<u>**(Student/Trainee Workyears)**</u>

| | **FY PY** <br> <u>**Actual**</u> | <u>**Change**</u> | **FY CY** <br> <u>**Estimate**</u> | <u>**Change**</u> | **FY BY** <br> <u>**Estimate**</u> |
|---|---|---|---|---|---|

(Include data by Component for Army, Navy, Marine Corps, Air Force, Defense Health Program, SOCOM, American Forces Information Services, Defense Acquisition University, Defense Financial Accounting Service, Defense Human Resources Activity, Defense Security Service, and Defense Threat Reduction Agency)

Recruit Training
One Station Unit Training
Specialized Skill <u>2</u>/
Officer Acquisition <u>3</u>/
Flight Training
Professional Development

**Exhibit PBA-8 Training and Education**
(Page 3 of 4)

<u>**TRAINING AND EDUCATION**</u>
**COMPONENT TITLE**

<u>1</u>/ Training workload should agree with the Military Manpower Training Report (MMTR) and reflect direct and reimbursable workload associated with the dollars reported under training and education.

<u>2</u>/ Specialized skill includes initial skill, skill progression, and functional training for both officer and enlisted.

<u>3</u>/ Officer Acquisition includes Service academies, Platoon Leaders Course, Officer Candidate/Training Schools, and other enlisted commissioning programs. Also includes USUHS and the Health Professional Scholarship Program..

**<u>Narrative Explanation of Changes</u>:**  Provide a succinct narrative explanation of total resource changes (for $ provide in nearest tenth of a million) between the current year (CY) and budget year (BY) by relating it to program changes (force structure, end strength, etc.) and pricing changes for the period.  Also, identify any applicable major pricing changes between years. Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32) and the Detail by Budget Activity and Activity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and the OP-5 exhibits and with the corresponding data entered on the Appropriation Highlights (PBA-19),.  Identify on the bottom of the exhibit the preparation date and a point of contact who is knowledgeable about the content of the data reflected on the exhibit as well as a telephone number for the individual**.**

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-8 Training and Education**
(Page 4 of 4)

Exhibit PBA-9 Defense Health Program

**DEFENSE HEALTH PROGRAM**
**COMPONENT TITLE**
(\$ in Millions)

| | **FY PY Actual** | **Price Change** | **Program Change** | **FY CY Estimate** | **Price Change** | **Program Change** | **FY BY Estimate** |
|---|---|---|---|---|---|---|---|
| Operation and Maintenance | | | | | | | |
| Procurement | | | | | | | |
| RDT&E | | | | | | | |
| Total Defense Health Program | | | | | | | |

**Description of Operations Financed:**  (Provide narrative explanation of activities)

**WORKLOAD AND PERFORMANCE INDICATORS**

| | **FY PY Actual** | **Change** | **FY CY Estimate** | **Change** | **FY BY Estimate** |
|---|---|---|---|---|---|
| **Direct Care System** | | | | | |
|   Hospitals/Medical Centers | | | | | |
|   Operating Beds | | | | | |
|   Medical Clinics | | | | | |
|   **Inpatient Admissions (000)** | | | | | |
|   Occupied Bed Days (000) | | | | | |
|   Inpatient Relative Weighted Product (WPGs) | | | | | |
|   Ambulatory Visits (000) | | | | | |
|   Average Length of Stay (Days) | | | | | |
|   Outpatient Relative Value Units (RVUs) | | | | | |
|   Outpatient Ambulatory Patient Groups (APGs) | | | | | |
| | | | | | |
| Private Sector Workload | | | | | |
| **Managed Care Support Contracts (TRICARE Prime)** | | | | | |
|   Inpatient Admissions (000) | | | | | |
|   Inpatient Relative Weighted Product (RWPs) | | | | | |
|   Outpatient Visits (000) | | | | | |

**Exhibit PBA-9 Defense Health Program**
(Page 1 of 4)

### DEFENSE HEALTH PROGRAM
**COMPONENT TITLE**

### WORKLOAD AND PERFORMANCE INDICATORS

| | FY PY Actual | Change | FY CY Estimate | Change | FY BY Estimate |
|---|---|---|---|---|---|
| TRICARE Extra/Standard | | | | | |
| Inpatient Admissions (000) | | | | | |
| Inpatient Relative Weighted Product (RWPs) | | | | | |
| Outpatient Visits (000) | | | | | |
| | | | | | |
| Overseas CHAMPUS | | | | | |
| Inpatient Admissions (000) | | | | | |
| Inpatient Relative Weighted Product (RWPs) | | | | | |
| Outpatient Visits (000) | | | | | |
| | | | | | |
| **Training Workloads** | | | | | |
| USUHS | | | | | |
| Other Education and Training | | | | | |
| Health Professionals Scholarship Program/ | | | | | |
| Finanacial Assistance Program | | | | | |
| | | | | | |
| **Managed Care Support (MCS) Contracts (000)** | | | | | |
| Total CHAMPUS Eligibles | | | | | |
| Total CHAMPUS Users | | | | | |

**Exhibit PBA-9 Defense Health Program**
(Page 2 of 4)

<u>DEFENSE HEALTH PROGRAM</u>
COMPONENT TITLE

<u>PERSONNEL DATA</u>

|  | **FY PY** |  | **FY CY** |  | **FY BY** |
|---|---|---|---|---|---|
|  | <u>**Actual**</u> | <u>**Change**</u> | <u>**Estimate**</u> | <u>**Change**</u> | <u>**Estimate**</u> |

**Active Force Personnel**                    **End Strength**
  Officer
  Enlisted
  Cadets
    Total

**Selected Reserve and Guard Personnel**                    **End Strength**
  Officer
  Enlisted
    Total

**Civilian Personnel**                    **Full-Time Equivalents**
  U.S. Direct Hires
  Foreign National Direct Hire
    Total Direct Hire
  Foreign National Indirect Hire
    Total

**Exhibit PBA-9 Defense Health Program**
(Page 3 of 4)

DEFENSE HEALTH PROGRAM
COMPONENT TITLE

PERSONNEL DATA

| | FY PY Actual | Change | FY CY Estimate | Change | FY BY Estimate |
|---|---|---|---|---|---|
| **Eligible Beneficiary Population (000)** | | | | | |
| Active Duty Personnel | | | | | |
| Dependents of Active Duty Personnel | | | | | |
| Dependents of Retirees Under 65 | | | | | |
| Retirees Under 65 | | | | | |
| Beneficiaries Over 65 | | | | | |
| Total | | | | | |
| **User Population (000)** | | | | | |
| Active Duty Personnel | | | | | |
| Dependents of Active Duty Personnel | | | | | |
| Dependents of Retirees Under 65 | | | | | |
| Retirees Under 65 | | | | | |
| Beneficiaries Over 65 | | | | | |
| Total | | | | | |

**PROGRAM NARRATIVE EXPLANATION OF CHANGES.**  For all DHP, O&M programs, provide a succinct narrative explanation of total resource changes (for $ provide in nearest tenth of a million) between the current year and biennial budget year 1 and between biennial budget year 1 and biennial budget year 2 by relating it to program changes (force structure, end strength, etc.) and pricing changes for the period.  Also, identify any applicable major pricing changes between years.  Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32) and the Detail by Budget Activity and Activity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and OP-5 exhibits and with data included in other justification material.  Identify on the bottom of the exhibit the preparation date and a point of contact who is knowledgeable about the content of the data reflected on the exhibit as well as a telephone number for the individual**.**
**NOTE:  Procurement, RDT&E and Major OT&E justification material should be presented in accordance with the requirements in the applicable chapters of the Financial Management Regulation.**
**NOTE:  Information on this exhibit must be consistent with information on PB 11, PB 11A, and PB 11B (Defense Health Program Summary Data).**

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-9 Defense Health Program**
(Page 4 of 4)

**DoD 7000.14-R**                    **Financial Management Regulation**                    **Volume 2A, Chapter 3**
                                                                                          **\* December 2010**

Exhibit PBA-10 Base Operations Support

**BASE SUPPORT**
**COMPONENT TITLE**
(\$ in Millions)

| | **FY PY**<br>**Actual** | **Price**<br>**Change** | **Program**<br>**Change** | **FY CY**<br>**Estimate** | **Price**<br>**Change** | **Program**<br>**Change** | **FY BY**<br>**Estimate** |
|---|---|---|---|---|---|---|---|

**Appropriation**  (Submit a separate exhibit for each O&M appropriation.)

   Operation and Maintenance, _____ (Breakout by Base Support subactivity group (SAG).)

        SAG _____

        SAG _____

        Etc.

        Total Base Support (The total funding must match the sum of all Base Support SAGs identified in the O-1 exhibit.))

**Description of Operations Financed** - Discuss by BOS functional categories.  Note that Facilities Sustainment and Restoration/Modernization (FSRM) functions are <u>excluded</u> from this exhibit.  The FSRM functions are reflected in Exhibit PBA-7.  Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32) and the Detail by Subactivity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and the OP-5 exhibits and with the corresponding data entered on the Appropriation Highlights (PBA-19 exhibit).

**PROGRAM DATA**

| | **FY PY** | | **FY CY** | | **FY BY** | |
|---|---|---|---|---|---|---|
| Number of Installations | **CONUS** | **Overseas** | **CONUS** | **Overseas** | **CONUS** | **Overseas** |
| Active Forces | | | | | | |
| Reserve Forces | | | | | | |

**Narrative Explanation of Changes:**  Provide succinct narrative explanation of the changes in the number of installations between fiscal years.  Be specific.

**Exhibit PBA-10 Base Operations Support**
(Page 1 of 3)

## BASE OPERATIONS SUPPORT (BOS)
### COMPONENT TITLE

### PERSONNEL DATA

| | FY PY Actual | Change | FY CY Estimate | Change | FY BY Estimate |
|---|---|---|---|---|---|
| **Active Force Personnel** | **End Strength** | | | | |
| Officer | | | | | |
| Enlisted | | | | | |
| Cadets | | | | | |
| Total | | | | | |
| | | | | | |
| **Selected Reserve and Guard Personnel** | **End Strength** | | | | |
| Officer | | | | | |
| Enlisted | | | | | |
| Total | | | | | |
| | | | | | |
| **Civilian Personnel** | **Full-Time Equivalents** | | | | |
| U.S. Direct Hires | | | | | |
| Foreign National Direct Hire | | | | | |
| Total Direct Hire | | | | | |
| Foreign National Indirect Hire | | | | | |
| Total | | | | | |

**Narrative Explanation of Changes**: Provide succinct narrative explanation of the changes in the number of personnel between fiscal years.

**Exhibit PBA-10 Base Operations Support**
(Page 2 of 3)

## BASE OPERATION SUPPORT (BOS)

**Narrative Explanation of Changes:** Explain/describe/narrate by functional category of Base Support and provide succinct narrative explanation of total resource changes reflected in the budget (for $ provide in nearest tenths of millions). Separately identify major transfers among appropriations, budget activities, activity groups, and subactivity groups and provide programmatic reason for each transfer. Specifically identify by base, name and location, any change in the number of installations. Explain changes in price and program from the current estimate (CY) to the budget year (BY) as appropriate. The narrative should agree with the explanation of changes and functional transfers shown in the OP-5 exhibit. Data entered on this exhibit must match the corresponding data entered on the Reserve Components (PBA-11), Appropriation Highlights (PBA-19), Key Activity Indicators (PBA-21), and Special Operations Forces (PBA-26) Exhibits. In addition, the data contained in the O&M Overview should match the data reported in the performance criteria of the Detail by Subactivity Group (OP-5)). The total price and program changes must match the sum of Base Support subactivity groups (O-1 line items). Identify on the bottom of the exhibit the preparation date and a point of contact (POC) (with telephone number) who is knowledgeable about the content of the data reflected on the exhibit.

1/ This category includes those Operation and Maintenance program elements normally ending as follows: "95", Base Communications; "96", Base Operating Support; "19", Child Development Centers; "20", Family Centers; "90", Visual Information Activities; "53", Environmental Conservation; and "54" Pollution Prevention. This includes those costs associated with utility operations and Other Engineering Support. This category specifically <u>excludes</u> those activities associated with FSRM, as reported in the PBA-7, FSRM exhibit.

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-10 Base Operations Support**
(Page 3 of 3)

**DoD 7000.14-R**                **Financial Management Regulation**                **Volume 2A, Chapter 3**

Exhibit PBA-11 Reserve Forces

**RESERVE FORCES**
**COMPONENT TITLE**
<u>($ in Millions)</u>

| | **FY PY** **Actual** | **Price** **Change** | **Program** **Change** | **FY CY** **Estimate** | **Price** **Change** | **Program** **Change** | **FY BY** **Estimate** |
|---|---|---|---|---|---|---|---|

**Appropriation Summary**
A SEPARATE FORMAT IS REQUIRED FOR EACH APPLICABLE APPROPRIATION.

**Description of Operations Financed:**  (Provide narrative explanation of activities.)

**PROGRAM DATA**
(Provide applicable program data)

       Primary Aircraft Authorized (PAA) (End FY)
       Total Aircraft Inventory (TAI) (End FY)
       Flying Hours
       Air Wings
       Air Squadrons
       Flying Units
       Operating Tempo (List separately applicable ground, flying, steaming)
       Ship Inventory (End FY)
       Steaming Hours  (000)
       Divisions
       Brigades
       Student Training Loads
       Major Installations
       Reserve Centers
       Training Centers
       Other Operating Locations

       Depot Maintenance Repair Backlog ($)
       Backlog of Maintenance and Repair ($)
       Backlog of Repair Parts
       Backlog of Organizational Clothing and Equipment

**Exhibit PBA-11 Reserve Forces**
(Page 1 of 3)

RESERVE FORCES
**COMPONENT TITLE**


**PERSONNEL DATA**

|                                                              | **FY PY** **Actual** | **Change** | **FY CY** **Estimate** | **Change** | **FY BY** **Estimate** |
|--------------------------------------------------------------|----------------------|------------|------------------------|------------|------------------------|
| Military Selected Reserve and National Guard Personnel       |                      |            |                        | (End Strength) |                    |
|    Drill Strength (Pay Groups A, F and P)      |                      |            |                        |            |                        |
|    Individual Mobilization Augmentees          |                      |            |                        |            |                        |
|    Full Time Duty                              |                      |            |                        |            |                        |
|     Total                                 |                      |            |                        |            |                        |

| Selected Reserve |   |   |   |   |   |
|------------------|---|---|---|---|---|
|                  |   |   | (Average Strength) |   |   |
|   Full-time Included (Memo) |   |   |   |   |   |

| Civilian Personnel |   |   |   |   |   |
|--------------------|---|---|---|---|---|
|                    |   |   | (Full-Time Equivalents(FTEs) |   |   |
|   U.S. Direct Hires |   |   |   |   |   |
|   Foreign National Direct Hire |   |   |   |   |   |
|   Total Direct Hire |   |   |   |   |   |
|   Foreign National Indirect Hire |   |   |   |   |   |
|    Total |   |   |   |   |   |
|   (Military Technicians Included (Memo) |   |   |   |   |   |

Military Technicians Assigned to USSOCOM (FTEs)

| Civilian Personnel |   |   |   |   |   |
|--------------------|---|---|---|---|---|
|                    |   |   | (End Strength) |   |   |
|   U.S. Direct Hires |   |   |   |   |   |
|   Foreign National Direct Hire |   |   |   |   |   |
|    Total Direct Hire |   |   |   |   |   |
|   Foreign National Indirect Hire |   |   |   |   |   |
|    Total |   |   |   |   |   |
|   (Military Technicians Included (Memo) |   |   |   |   |   |

Military Technicians Assigned to USSOCOM (E/S)

**Exhibit PBA-11 Reserve Forces**
(Page 2 of 3)

**RESERVE FORCES**
**COMPONENT TITLE**

|                                          |        | CY-BY |
|------------------------------------------|--------|-------|
| **Summary of Increases/Decreases**       |        | Change |

**Total Changes**

**Instructions:**  Identify specific increases/decreases to the Component's military end strength levels by major program.  The total for each column will be the difference between fiscal years.  **Stub entries such as "OSD/OMB reduction" are not acceptable.**

**Narrative Explanation of Changes:**  (Provide a succinct narrative explanation of total resource changes reflected in the budget (for $ provide in nearest tenths of millions).  Separately identify major transfers among appropriations, budget activities, activity groups, and subactivity groups.  Explain changes in price and program from the current estimate (CY) to the budget year (BY) as appropriate.  The narrative should agree with the explanation of changes and functional transfers shown in the (OP-5).  Data entered on this exhibit must match the corresponding data entered on the Appropriation Highlights (PBA-19), Key Activity Indicators (PBA-21), and Special Operations Forces (PBA-26) Exhibits.  In addition, the data contained in the O&M Overview should match the data reported in other budget justification material such as the performance criteria of the Detail by Budget Activity and Activity Group (OP-5), Civilian Personnel Costs (OP-8); Analysis of Flying Hour Program (OP-20), Funding for Depot Level Reparables (OP-31), and Special Operations Forces (OP-52).  Identify on the bottom of the exhibit the preparation date and a point of contact (POC) (with telephone number) who is knowledgeable about the content of the data reflected on the exhibit.

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-11 Reserve Forces**
(Page 3 of 3)

Exhibit PBA-12 Command, Control, and Communications

### COMMAND, CONTROL, AND COMMUNICATIONS (C3)
**COMPONENT TITLE**
(\$ in Millions)

| | FY PY<br>Actual | Price<br>Change | Program<br>Change | FY CY<br>Estimate | Price<br>Change | Program<br>Change | FY BY<br>Estimate |
|---|---|---|---|---|---|---|---|

**Appropriation Summary**
   Operation and Maintenance, _____

**Description of Operations Financed:**  A separate format is required for each appropriation which has $C^3$ identifiable costs.  Provide narrative explanation of activities by category as listed below.  Explain each category and associated funding and identify by Budget Activity, Activity Group, and Subactivity Group. Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32) and the Detail by Budget Activity and Activity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and the OP-5 exhibits.  Data should be consistent with the guidance provided in Chapter 19, Section 1910.

### PROGRAM DATA

| | FY PY<br>Actual | | Change | | FY CY<br>Estimate | | Change | | FY BY<br>Estimate |
|---|---|---|---|---|---|---|---|---|---|

- Communications
  - -- Sustaining Base Communications
  - -- Long Haul Communications
  - -- Deployable and Mobile Communications
- Command and Control
  - -- National
  - -- Operational
  - -- Tactical
- C3 Related
  - -- Navigation
  - -- Meteorology
  - -- Combat Identification
  - -- Information Assurance Activities
      - Total

**Exhibit PBA-12 Command, Control, and Communications**
(Page 1 of 2)

## COMMAND, CONTROL, AND COMMUNICATIONS
### COMPONENT TITLE

**Narrative Explanation of Changes:**  Provide a succinct narrative explanation of total resource changes reflected in the budget (for $ provide in nearest tenths of millions).  Separately identify major transfers among appropriations, budget activities, activity groups, and subactivity groups.  Explain changes in price and program from the current estimate (CY) to the budget year (BY).  The narrative should agree with the explanation of changes and functional transfers shown in the (OP-5).  In addition, the data contained in the O&M Overview should match the data reported in other budget justification material such as the performance criteria of the Detail by Budget Activity and Activity Group (OP-5) and the data provided to support preparation of the $C^3$ Congressional Justification Book.  Identify on the bottom of the exhibit the preparation date and a point of contact (POC) (with telephone number) who is knowledgeable about the content of the data reflected on the exhibit.

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-12 Command, Control, and Communications**
**Exhibit PBA-11 Reserve Forces**
(Page 2 of 2)

Exhibit PBA-13 Transportation

**TRANSPORTATION**
**COMPONENT TITLE**
(\$ in Millions)

| | FY PY Actual | Price Change | Program Change | FY CY Estimate | Price Change | Program Change | FY BY Estimate |
|---|---|---|---|---|---|---|---|

**Appropriation Summary**
Operation and Maintenance, _____ (Separately identify each appropriation)

**Description of Operations Financed.**  Provide a separate exhibit for each O&M appropriation (including Guard, Reserve, and Defense-wide).  For purposes of this exhibit, transportation amounts for the active components include only those funded from the Servicewide Transportation Subactivity Group (SAG) in Budget Activity 4 of the operation and maintenance appropriations.

(\$ in Millions)

| | FY PY Actual | Price Change | Program Change | FY CY Estimate | Price Change | Program Change | FY BY Estimate |
|---|---|---|---|---|---|---|---|

**FIRST DESTINATION TRANSPORTATION (FDT)**        Only FDT supporting O&M purchases should be included.

Major Commodity (Commodity Transported)
  Military Supplies and Equipment

Mode of Shipment
  Military Commands
    Military Traffic
      Surface
      Sealift
      Airlift
    Commercial
      Surface
      Sea
      Air
    Total Mode of Shipment FDT

**Exhibit PBA-13 Transportation**
(Page 1 of 2)

**TRANSPORTATION**
**COMPONENT TITLE**
(\$ in Millions)

| | FY PY Actual | Price Change | Program Change | FY CY Estimate | Price Change | Program Change | FY BY Estimate |
|---|---|---|---|---|---|---|---|

**SECOND DESTINATION TRANSPORTATION (SDT)**    JCS exercises are included in Second Destination Transportation.
Major Commodity (Commodity Transported)
   Military Supplies & Equipment
   Mail Overseas
   Subsistence
   Base Exchanges
     Total Major Commodity SDT

Mode of Shipment
    Military Commands
       Military Traffic
      Surface
      Sealift
      Airlift
    Commercial
      Surface
      Sea
      Air
   Total Mode of Shipment SDT

**Narrative Explanation of Changes:**  Provide a succinct narrative explanation of total resource changes (for \$ provide in nearest tenth of a million) between the Current Year (CY) and Budget Year (BY) by relating it to program changes (force structure, end strength, etc.) for the period.  Also, identify any applicable major pricing changes between years.  Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32) and the Detail by Budget Activity and Activity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and the OP-5 exhibits.  Identify on the bottom of the exhibit the preparation date and a point of contact (POC) who is knowledgeable about the content of the data reflected on the exhibit as well as a telephone number for the individual.

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-13 Transportation**
(Page 2 of 2)

Exhibit PBA-17 Recruiting, Advertising, and Examining

**RECRUITING, ADVERTISING, AND EXAMINING**
**COMPONENT TITLE**
(\$ in Millions)

| | FY PY Actual | Price Change | Program Change | FY CY Estimate | Price Change | Program Change | FY BY Estimate |
|---|---|---|---|---|---|---|---|

**Appropriation Summary**
   Operation and Maintenance          A SEPARATE FORMAT IS REQUIRED FOR EACH APPLICABLE APPROPRIATION.

**Description of Operations Financed:**  Provide narrative description of Recruiting, Advertising, and Examining activities.  In addition, provide brief description of the principal functions performed under each category.

**PROGRAM DATA**

| | FY PY Actual | Change | FY CY Estimate | Change | FY BY Estimate |
|---|---|---|---|---|---|

The following program data shows workload indicators for Recruiting, Advertising and Examining.

A.      Recruiting:
         Show enlisted accession plan, by appropriation, included in the O&M congressional justification books.  Include non-prior and prior service in the same detail as for the O&M Congressional Justification books.

B.      Advertising:  Provide total advertising dollars.

C.      Examining:  Provide Production Testing Workload and Medical Testing Workload (# in 000) for each Service)

**Exhibit PBA-17 Recruiting, Advertising, and Examining**
(Page 1 of 2)

**RECRUITING, ADVERTISING, AND EXAMINING**
COMPONENT TITLE


**Narrative Explanation of Changes:**  Provide narrative explanation of total resource change (tenths of $ millions) between the current year (CY) and budget year (BY) by relating it to program changes (force structure, average strength, etc.) for the period.  Also identify any applicable major pricing changes between years.  The discussion of program growth should address recruiting, advertising and examining separately.  Financial data <u>excludes</u> Command, Control, Communications; Real Property Maintenance; and Base Operations costs that are reflected separately in the overview.  Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32) and the Detail by Budget Activity and Activity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and the OP-5 exhibits.  Identify on the bottom of the exhibit the preparation date and a point of contact (POC) who is knowledgeable about the content of the data reflected on the exhibit as well as a telephone number for the individual.


                                                                DATE PREPARED:
                                                                POC:
                                                                TELEPHONE:


                                                                **Exhibit PBA-17 Recruiting, Advertising, and Examining**
                                                                (Page 2 of 2

Exhibit PBA-19 Appropriation Highlights

**APPROPRIATION HIGHLIGHTS**
**COMPONENT TITLE**
($ in Millions)

| | **FY PY Actual** | **Price Change** | **Program Change** | **FY CY Estimate** | **Price Change** | **Program Change** | **FY BY Estimate** |
|---|---|---|---|---|---|---|---|
| **Appropriation Summary** | | | | | | | |
| Operation and Maintenance, _____ | | | | | | | |

   A separate exhibit must be provided for each appropriation included in the O&M Title.

**Description of Operations Financed**:  Provide a narrative description of the type of functions financed by the Appropriation, explain the major reasons for price growth, and separately identify significant inter-appropriation transfers-in and transfers-out of program growth.

| | | | ($ in Millions) | | | | |
|---|---|---|---|---|---|---|---|
| | **FY PY Actual** | **Price Change** | **Program Change** | **FY CY Estimate** | **Price Change** | **Program Change** | **FY BY Estimate** |
| **Budget Activity 1:  Operating Forces** | | | | | | | |
| **Budget Activity 2:  Mobilization** | | | | | | | |
| **Budget Activity 3:  Training and Recruiting** | | | | | | | |
| **Budget Activity 4:  Administration and Servicewide Activities** | | | | | | | |

**Narrative Explanation of Changes**:  For each budget activity, provide a succinct narrative explanation of total resource change (for $ provide in nearest tenth of a million) between the current year (CY) and budget year (BY) by relating it to program changes (force structure, average strength/FTEs, etc.) for the period.  Also, identify any applicable major pricing changes between years.  Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32), O&M Funding by Budget Activity/Activity Group/Subactivity Group (O-1), and the Detail by Budget Activity and Activity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and the OP-5 exhibits.

Identify on the bottom of the exhibit the preparation date and a point of contact who is knowledgeable about the content of the data reflected on the exhibit as well as a telephone number for the individual.

**NOTE:  Every Component is required to submit the PBA-19 Exhibit.**

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-19 Appropriation Highlights**

Exhibit PBA-20A Civilian Manpower Tables

**MANPOWER TABLES**
DEPARTMENT OF _____

**Civilian Personnel**

**Instructions:** Civilian Personnel data is to be displayed by U.S. Direct Hire, Foreign Direct Hire, Foreign National, and Indirect Hire, and by type of appropriation. All civilian personnel are to be shown as full-time equivalents.

| | **(Full-Time Equivalents (FTEs)** | | | | |
|---|---|---|---|---|---|
| | **FY PY** | | **FY CY** | | **FY BY** |
| | **Actual** | **Change** | **Estimate** | **Change** | **Estimate** |

**By Appropriation and Type of Hire**
**Operation and Maintenance, Active**
  U.S. Direct Hire
  Foreign National Direct Hire
   Total Direct Hire
  Foreign National Indirect Hire
      Total
**Operation and Maintenance, Reserve**
  U.S. Direct Hire
  Foreign National Direct Hire
   Total Direct Hire
  Foreign National Indirect Hire
      Total
**Operation and Maintenance, National Guard**
  U.S. Direct Hire
  Foreign National Direct Hire
   Total Direct Hire
  Foreign National Indirect Hire
      Total

**Exhibit PBA-20A Civilian Manpower Tables**
(Page 1 of 3)

MANPOWER TABLES
DEPARTMENT OF _____

Civilian Personnel

| | FY PY Actual | Change | FY CY Estimate | Change | FY BY Estimate |
|---|---|---|---|---|---|
| **Defense Working Capital Fund** | | | | | |
| U.S. Direct Hire | | | | | |
| Foreign National Direct Hire | | | | | |
| Total Direct Hire | | | | | |
| Foreign National Indirect Hire | | | | | |
| Total | | | | | |
| **Research, Development, Test and Evaluation** | | | | | |
| U.S. Direct Hire | | | | | |
| Foreign National Direct Hire | | | | | |
| Total Direct Hire | | | | | |
| Foreign National Indirect Hire | | | | | |
| Total | | | | | |

**(Full-Time Equivalents (FTEs)** appears as column group header over the Change/Estimate columns)

Etc.  (Identify all appropriations/funds that finance civilian personnel.)

**Component Total**
U.S. Direct Hire
Foreign National Direct Hire
 Total Direct Hire
Foreign National Indirect Hire
 Total

**Exhibit PBA-20A Civilian Manpower Tables**
(Page 2 of 3)

**MANPOWER TABLES**
DEPARTMENT OF _____

## Civilian Personnel

|  | CY-BY |
|---|---|
| **Summary of Increases/Decreases** | **Change** |

**Total Changes**

**Instructions:**  Identify specific increases/decreases to the Component's civilian full-time equivalent strength levels by major program (e.g. B-1B, TRIDENT, MICOM, etc.).  Do **not** provide changes by Defense Planning and Programming Category (DPPC).  Changes are to address all appropriations/funds that finance civilian personnel as well as direct and indirect hires employees.  The total for each column will be the difference between fiscal years.  All numbers shown will be full-time equivalent strength.  **Stub entries such as "OSD/OMB reduction" are not acceptable.**  Identify on the bottom of the exhibit the preparation date and a point of contact who is knowledgeable about the content of the data reflected on the exhibit as well as a telephone number for the individual.

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-20A Civilian Manpower Tables**
(Page 3 of 3)

Exhibit PBA-22 Mobilization

**MOBILIZATION**
**COMPONENT TITLE**
**Operation and Maintenance, (Service)**
(\$ in Millions)

| | FY PY Actual | Price Change | Program Change | FY CY Estimate | Price Change | Program Change | FY BY Estimate |
|---|---|---|---|---|---|---|---|

This exhibit includes all of Budget Activity 2, Mobilization plus the Marine Corps Prepositioning activity group included in Budget Activity 1.  Dollar amounts for Army, Navy, and Air Force shown in this table should match the total of Budget Activity 2.

**Army**
**Navy**
**Marine Corps**
**Air Force**
**Defense-Wide**
**Total**

**Narrative Description**:  Provide a succinct narrative explanation of total resource changes (for \$ provide in nearest tenth of a million) between the current year (CY) and budget year (BY) by relating it to program changes (force structure, end strength, etc.) for the period.  Also, identify any applicable major pricing changes between years.  For personnel data, explain the changes in terms of programs affected and identify changes in functional requirements.

Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32) and the Detail by Subactivity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and the OP-5 exhibits).  Data entered on this exhibit must match the corresponding data entered on the Reserve Components (PBA-11), Appropriation Highlights (PBA-19), Key Activity Indicators (PBA-21), and Special Operations Forces (PBA-26) Exhibits as appropriate.  In addition, the data contained in the O&M Overview should match the data reported in other budget justification material such as the OP-5 performance criteria.

(\$ in Millions)

| | FY PY Actual | Change | FY CY Estimate | Change | FY BY Estimate |
|---|---|---|---|---|---|
| **AIRLIFT AND SEALIFT PROGRAMS** | | | | | |

**Airlift Forces:**
AIR FORCE:
Show the amount of the direct payment (subsidy) made for airlift to the U.S. Transportation Command.

**Sealift Forces:**

| | | | | | |
|---|---|---|---|---|---|
| ARMY: | | | | | |
| Afloat Prepositioned Fleet (#/\$) | 1/ | | | | |
| Training Exercises (#/\$) | 2/ | | | | |
| Other | | | | | |
| Total | | | | | |

**Exhibit PBA-22 Mobilization**  (Page 1 of 5)

DoD 7000.14-R                    **Financial Management Regulation**                    **Volume 2A, Chapter 3**

**MOBILIZATION**
**COMPONENT TITLE**
**Operation and Maintenance, (Service)**

|  |  | ($ in Millions) |  |  |
|---|---|---|---|---|
|  | **FY PY** |  | **FY CY** |  | **FY BY** |
|  | **Actual** | **Change** | **Estimate** | **Change** | **Estimate** |

NAVY:
  Maritime Prepositioned Ships (#/$)                1/
  Fast Sealift Ships (#/$)                          1/
  Hospital Ships (#/C)                              1/
  Aviation Logistics Support (#/$)                 1/
  Prepositioned Fleet Hospital (#/$)               1/
  Training Exercises (#/$)                          2/
  Other

AIR FORCE:
Afloat Prepositioned Fleet (#/$)                     1/
Training Exercises (#/$)                              2/
Other                                                3/

    Total  (There is no corresponding subactivity group within the Air Force O-1 structure.)

DEFENSE-WIDE:
  Afloat Prepositioned Fleet (#/$)                 1/
  Training Exercises (#/$)                          2/
  Other                                            3/
    Total  (There is no corresponding subactivity group within the Defense-Wide O-1 structure.)

**c**
(Page 2 of 5)

**MOBILIZATION**
**COMPONENT TITLE**
**Operation and Maintenance, (Service)**

($ in Millions)

| | FY PY<br>Actual | Change | FY CY<br>Estimate | Change | FY BY<br>Estimate |
|---|---|---|---|---|---|

**OTHER MOBILIZATION PROGRAMS - Budget Activity 2**

(Do <u>not</u> include dollars in this section that are shown in the Airlift or Sealift Forces above.)

    Activations/Inactivations
    War Reserve Activities
    Industrial Preparedness
    Fleet Hospital Program
    Industrial Readiness
    Coast Guard Support
    Airlift Operations
    Airlift Operations C3I
    Airlift Operations Training
    Mobilization Preparedness
    Base Support

**Memo Entries - Not Funded in Mobilization Budget Activity**

Show as a memo entry funding in other than Budget Activity 2 for the maintenance or replacement of equipment and supplies on board prepositioned ships or POMCUS.  Also show funding (outside of BA 2) for exercises of the fast sealift ships, the hospital ships, the aviation logistics support ships, or any of the prepositioning ships.

    USMC Prepositioning
    Joint Exercise Program
    Other (e.g., preposition exercises)

**Exhibit PBA-22 Mobilization**
(Page 3 of 5)

**MOBILIZATION**
**COMPONENT TITLE**
**Operation and Maintenance, (Service)**

| | FY PY Actual | Change | FY CY Estimate | Change | FY BY Estimate |
|---|---|---|---|---|---|

**PERSONNEL DATA**

**Active Force Personnel**                                **End Strength**
  Officer
  Enlisted
  Cadets
    Total

**Selected Reserve and Guard Personnel**                  **End Strength**
  Officer
  Enlisted
    Total

**Civilian Personnel**                                    **Full-Time Equivalents**
  U.S. Direct Hires
  Foreign National Direct Hire
    Total Direct Hire
  Foreign National Indirect Hire
    Total

**Exhibit PBA-22 Mobilization**
(Page 4 of 5)

**MOBILIZATION**
**COMPONENT TITLE**
**Operation and Maintenance, (Service)**

Footnotes/Additional Guidance:

1/  Show the total number of ships (at the end of the fiscal year) for this category and the total amount of per diem payments made to the National Defense Sealift Fund (NDSF) or the U.S. Transportation Command.  The Defense Logistics Agency (DLA) should report the cost of afloat prepositioned tankers used by the Defense Fuel Supply Center.

2/  Show the number of planned exercises and the total amount budgeted.  Do not include JCS funded exercises in the Service submissions.  JCS exercises and funding will be reported as Defense-Wide.

3/  Show Service-funded costs not included as part of the per diem payment to the NDSF but which are directly related to the sealift program.  This would include enhancements and modifications to on-board systems.

Identify on the bottom of the exhibit the preparation date and a point of contact who is knowledgeable about the content of the data reflected on the exhibit as well as a telephone number for the individual.

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-22 Mobilization**
(Page 5 of 5)

Exhibit PBA-26 Special Operations Forces

**SPECIAL OPERATIONS FORCES**
(\$ in Millions)

| | **FY PY Actual** | **Price Change** | **Program Change** | **FY CY Estimate** | **Price Change** | **Program Change** | **FY BY Estimate** |
|---|---|---|---|---|---|---|---|

**Description of Operations Financed:**

(Provide narrative explanation of activities included.)

**PROGRAM FUNDING DATA**

| | **FY PY Actual** | **Price Change** | **Program Change** | **FY CY Estimate** | **Price Change** | **Program Change** | **FY BY Estimate** |
|---|---|---|---|---|---|---|---|

Instruction:  Operation and Maintenance funding by Budget Activity and Budget Activity Group

Budget Activity 1 – Operating Forces

Special Operations Operational Forces
Flight Operations
Ship/Boat Operations
Combat Development Activities
Other Operations

**Exhibit PBA-26 Special Operations Forces**
(Page 1 of 3)

**SPECIAL OPERATIONS FORCES**
(\$ in Millions)

|  | FY PY Actual | Price Change | Program Change | FY CY Estimate | Price Change | Program Change | FY BY Estimate |
|---|---|---|---|---|---|---|---|
| **Special Operations Operational Support** | | | | | | | |
| Force Related Training | | | | | | | |
| Operational Support | | | | | | | |
| Intelligence & Communication | | | | | | | |
| Management/Operational Headquarters | | | | | | | |
| Depot Maintenance | | | | | | | |
| Base Support | | | | | | | |
| **Budget Activity 3 – Training and Recruiting** | | | | | | | |
| Skill and Advanced Training | | | | | | | |
| Specialized Skill Training | | | | | | | |
| Professional Development Education | | | | | | | |
| Base Support | | | | | | | |
| **Budget Activity 4 – Administrative and Servicewide Activities** | | | | | | | |
| Logistics Operations | | | | | | | |
| Acquisition/Program Management | | | | | | | |
| Total Special Operations Command | | | | | | | |

**Narrative Explanation of Changes**:
Instruction:  Provide a succinct narrative explanation of resource changes (\$ in tenths of millions) between current year (CY) and budget year (BY).  Explanations are to be provided in terms of price and program. Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32) and the Detail by Subactivity Group (OP-5).  Show functional transfers as program changes consistent with the OP-32 and the OP-5 exhibits).  This explanation is to be provided by Budget Activity and by Budget Activity Group as appropriate.  Price and Program changes should agree with those displayed on the Summary of Price and Program Changes (OP-32) and the Detail by Budget Activity and Activity Group (OP-5).

**Exhibit PBA-26 Special Operations Forces**
(Page 2 of 3)

**SPECIAL OPERATIONS FORCES**

**USSOCOM FLYING OPERATIONS**

Instruction:  Provide a succinct narrative explanation of total SOF dedicated aviation assets.

| | **FY PY** **Actual** | **Change** | **FY CY** **Estimate** | **Change** | **FY BY** **Estimate** |
|---|---|---|---|---|---|
| **Aircraft Inventory (End FY)** | | | | | |
| | | | | | |
| Air Force Special Operations Command (AFSOC) | | | | | |
|    Tactical/Mobility | | | | | |
|    Training | | | | | |
|      Total | | | | | |
| | | | | | |
| United States Army Special Operations Command (USASOC) | | | | | |
|    Aircraft (PAA End FY) | | | | | |
|    Tactical/Mobility | | | | | |
|    Training | | | | | |
|      Total | | | | | |

DATE PREPARED:
POC:
TELEPHONE:

**Exhibit PBA-26 Special Operations Forces**
(Page 3 of 3)

Exhibit PBA-27 Psychological Operations

Instructions
Exhibit PBA-27 Psychological Operations (Information Operations)

1.  Purpose.  This exhibit identifies funding for Psychological Operations (Information Operations) programs.  The data is used to prepare the overall Psychological Operations (Information Operations) budget exhibit for the O&M Overview Book.

2.  Submission.

   a.  Exhibit PBA-27 should identify all Psychological Operations (Information Operations) funding by Combatant Command for all PSYOP activities. PSYOPS are planned operations to convey selected information and indicators to foreign audiences to influence their emotions, motives, objective reasoning, and ultimately the behavior of foreign governments, organizations, groups, and individuals.  The execution of the PSYOP includes conducting research on various foreign audiences; developing, producing, and disseminating products to influence these audiences; and conducting evaluations to determine the effectiveness of the PSYOPS activities.

   b.  Data are to be provided in millions of dollars, using 3 decimal points and will include both Baseline and Overseas Contingency Operation funding for all appropriations.

   c.  Submission of the required exhibit will be made in hard paper copy and in an Excel format.

   d.  The submission of the completed exhibit is required for both the Program Budget Review and with the President's Budget submissions.  Both submissions must be provided and emailed to the OUSD(Comptroller), Operations Directorate, at OPSMAIL@OSD.MIL .  The President's Budget Submit must be submitted no later than January 15 in order to be included in the "Operations and Maintenance Overview" Justification Book.

3.  Entries.

Exhibit PB-27 Psychological Operations (Information Operations)

   a.  Header:  Classification of the Document:  Unclassified, if at all possible keep the information unclassified if not indicate what portions of the document is classified.

   b.   Description of Operations Financed.  Brief description of items funded, i.e., COCOM Voice Programs, MIST, Media/Video Print Production, Web initiatives, surveys, audience/media analysis, radio broadcasting.

   c.  Appropriation/COCOM.  List the COCOM that has oversight of the funding and the appropriation.  Also indicate if the funds are budgeted in OCO or Baseline programs.

Exhibit PBA-27 Psychological Operations
(Page 1 of 4)

d.  <u>Sub Activity Group (SAG).</u>  List the SAG where the funding is budgeted.

e.  <u>Comments:</u>  Provide detail explanations of the changes from FY CY to FY BY1 and FY BY1 to FY2 for each COCOM.

Exhibit PBA-27 Psychological Operations
(Page 2 of 4)

**Unclassified**
**Department of XXXXXX**
**Psychological Operations (Information Operations)**

I.  **Description of Operations Financed:**

| Appropriation/COCOM | SAG | FY PY | Program Change+/- | FY CY | Program Change+/- | FY BY | FY BY+1 | FY BY+2 | FY BY+3 | FY BY +4 | FY BY +5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **O&M Army** | | | | | | | | | | | |
| USAFRICOM | | | | | | | | | | | |
| USEUCOM | | | | | | | | | | | |
| USSOUTHCOM | | | | | | | | | | | |
| | | | | | | | | | | | |
| **O&M Army, OCO** | | | | | | | | | | | |
| USAFRICOM | | | | | | | | | | | |
| USEUCOM | | | | | | | | | | | |
| USSOUTHCOM | | | | | | | | | | | |
| USCENTCOM | | | | | | | | | | | |
| Afghanistan | | | | | | | | | | | |
| Iraq | | | | | | | | | | | |
| | | | | | | | | | | | |
| **O&M Air Force** | | | | | | | | | | | |
| USCENTCOM | | | | | | | | | | | |
| USNORTHCOM | | | | | | | | | | | |
| | | | | | | | | | | | |
| **O&M Air Force, OCO** | | | | | | | | | | | |
| USCENTCOM | | | | | | | | | | | |
| USNORTHCOM | | | | | | | | | | | |
| | | | | | | | | | | | |
| **O&M Navy** | | | | | | | | | | | |
| USJFCOM | | | | | | | | | | | |
| USPACOM | | | | | | | | | | | |
| | | | | | | | | | | | |
| **O&M, Navy OCO** | | | | | | | | | | | |
| USJFCOM | | | | | | | | | | | |
| USPACOM | | | | | | | | | | | |
| | | | | | | | | | | | |
| **Totals** | | | | | | | | | | | |

Exhibit PBA-27 Psychological Operations  (Page 3 of 4)

Exhibit PBA-27 Psychological Operations (Continued)

**II.  Comments:**  Provide detail explanation of the changes from FY CY to FY BY1 and FY BY1 to FY BY2 for each COCOM.

Exhibit PBA-27 Psychological Operations
(Page 4 of 4)

Exhibit PBA-28 Body Armor and Other Personal Protective Gear

|  |  |  | Department of _____ | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Body Armor and Other Personal Protective Gear | | | | | |
|  |  |  |  | | | | | |
| **I.  Description of Operations Financed:**  Body Armor and Other Personal Protective Gear | | | | | | | | |
|  |  |  |  | | | | | |
|  | **$ Thousands** | **Appropriation** | **PY Base** | **PY OCO** | **PY Supplemental** | **CY Base** | **CY OCO** | **BY Base** | **BY OCO** |
|  | **Body Armor ($)** | O&M |  | | | | | |
|  | **Body Armor ($)** | Other Procurement |  | | | | | |
|  |  |  |  | | | | | |
| Note 1. | **Body Armor Set (Quantities)** |  |  | | | | | |
| Note 2. | **Body Armor Set Requirements** |  |  | | | | | |
|  |  |  |  | | | | | |
|  | **Other Personal Protective Gear** | O&M |  | | | | | |
|  | **Other Personal Protective Gear** | Other Procurement |  | | | | | |
|  |  |  |  | | | | | |
|  | **Total $** |  | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  |  |  | | | | | |
|  | Note 1: Include Quantities :  Body armor is purchased in both individual sets and replacement parts/components.  The specific composition | | | | | | | |
|  |  of individual sets also varies according to operational specialty. | | | | | | | |
|  | Note 2: Include Total Body Armor Requirements (Quantities) | | | | | | | |
|  |  |  |  | | | | | |
|  | **Comments:**  Provide comments that describe the changes to the program.  New type of body armor? Congressional Interest? | | | | | | | |

Exhibit PBA-28 Body Armor and Other Personal Protective Gear
(Page 1 of 1)

Exhibit PB-20 Aircraft Inventory

**Aircraft Inventory**
Component _____
(use for Army and Air Force)

| Type Aircraft/TMS* | Category | **Prior Year (PY)** Active  Reserve  Guard | **Current Year (CY)** Active  Reserve  Guard | **Budget Year 1 (BY)** Active  Reserve  Guard |
|---|---|---|---|---|

Automated submission required in Excel format.

* TMS = Type Model Series

**Exhibit PB-20 Aircraft Inventory**
(Page 1 of 2)

**Aircraft Inventory**
Component _____

| Type Aircraft/TMS\* | Category | Prior Year (PY) | | | | Current Year (CY) | | | | Budget Year 1 (BY) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Active Navy | Navy Reserve | Marine Corps | MC Reserve | Active Navy | Navy Reserve | Marine Corps | MC Reserve | Active Navy | Navy Reserve | Marine Corps | MC Reserve |

Automated submission required in Excel format.

\* TMS = Type Model Series

Exhibit PB-31D Summary Increases/Decreases

**Operation and Maintenance, _____**
**Summary of Increases and Decreases**
(\$ in Thousands)

|  | BA 1 | BA 2 | BA 3 | BA 4 | Total |
|---|---|---|---|---|---|
| **FY CY President's Budget Request** | | | | | |

1. Congressional Adjustment (List items)
   a) Distributed
   b) Undistributed
   c) Adjustments to Meet Congressional Intent
   d) General Provisions

**FY CY Appropriated Amount**

2. Program Changes (CY to CY only)

**FY CY Baseline Funding**

3. Reprogrammings/Overseas Contingency Operations (OCO)
   a) Anticipated OCO (Show Pay Separately)
   b) Reprogrammings

**Revised FY CY Estimate**

4. Price Change
5. Transfers
   a) Transfers In
   b) Transfers Out
6. Program Increases
   a) Annualization of New FY CY Program
   b) One-Time FY BY Costs
   c) Program Growth in FY BY
7. Program Decreases:
   a) One-Time FY CY Costs
   b) Annualization of FY CY Program Decreases
   c) Program Decreases in FY BY

**FY BY Budget Request**

**NOTE:** Substitute appropriate fiscal years to show current year and budget year.

**Exhibit PB-31D Summary Increases/Decreases**
(Page 1 of 2)

**Operation and Maintenance, _____**
**SUMMARY OF INCREASES AND DECREASES**

**INSTRUCTIONS:**

1.  Report by Budget Activity and total for the appropriation ($ in Thousands).

2.  Line 7 will reflect the FY CY column of the FY BY President's budget including Overseas Contingency Operations requests.

3.  Detailed explanations of specific increases and decreases are not required on this exhibit.  The document is submitted in hardcopy and electronically in Microsoft Excel format.

**Exhibit PB-31D Summary Increases/Decreases**
(Page 2 of 2)

Exhibit PB-31Q Manpower Changes in Full-Time Equivalent

DEPARTMENT OF_____
FY BY PRESIDENT'S BUDGET
MANPOWER CHANGES IN FULL-TIME EQUIVALENT
FY PY through FY BY

| | US Direct Hire | Foreign National Direct Hire | Indirect Hire | Total |
|---|---|---|---|---|

1.   FY PY FTEs a/ b/
     --
     -- (changes)
     --
     --
2.   FY CY FTEs
     --
     --
     --
**3.   FY BY FTE**

a/Civilian personnel data includes both direct and indirect full time equivalent (FTE) end strength for all appropriations.

b/FTEs  reported under Direct Hire will include full-time equivalent end strength financed on a direct and reimbursable basis.

**Changes must be in sufficient detail to give the Congress an idea as to what specific programs are being impacted (e.g. TRIDENT, B-1B, MICOM Support, etc.).  Do not provide data by Defense Planning, Programming Category (DPPC) or in broad generic categories (e.g., Force Modernization).  Identify military-to-civilian conversions, insourcing actions, and transfers separately.  Stub entries such as "OSD/OMB Directed Reduction" are unacceptable.** A narrative explanation is required for all changes in Direct and Indirect hires.

4.   SUMMARY (Summarize FTEs by Fiscal Year, by Appropriation/Fund, and Total.)
     FY PY
     O&M Total
        Direct Funded
        Reimbursable Funded
     Other appropriations (Reserve, Guard, RDT&E, Defense Working Capital Fund, etc..  Identify each appropriation/fund separately.)
        Direct Funded
        Reimbursement Funded
     Total Component
        Direct Funded
        Reimbursable Funded
(Repeat for FY CY, and FY BY)

NOTE:  The Full-Time Equivalent (FTE) on this exhibit will agree with the FTE data provided on the OP-8, Civilian Personnel Costs.

**Exhibit PB-31Q Manpower Changes in Full-Time Equivalent**

Exhibit PB-31R Personnel Summary

OPERATION AND MAINTENANCE, _____

PERSONNEL SUMMARY

| | FY PY | FY CY | FY BY | Change FY CY/FY BY |
|---|---|---|---|---|

Active Military End Strength (E/S) (Total)
   Officer
   Enlisted
Reserve Drill Strength (E/S) (Total)
   Officer
   Enlisted
Reservists on Full Time Active Duty (E/S)  (Total)
   Officer
   Enlisted

Civilian End Strength (Total)
U.S. Direct Hire
Foreign National Direct Hire
 Total Direct Hire
Foreign National Indirect Hire
(Military Technician Included Above (Memo))
(Reimbursable Civilians Included Above (Memo))

Additional Military Technicians Assigned to USSOCOM

Civilian end strength and Full-Time Equivalent (FTE) data will agree with the direct and reimbursable funded data reflected on lines 1 through 5 of the OP-8 entitled, "Civilian Personnel Costs." The reimbursable civilian end strength and FTE data will agree with the data reflected on line 6 of the OP-8 exhibit.

military technicians are included in the civilian end strength and average strength to USSOCOM.

Active Military Average Strength (A/S) (Total)
   Officer
   Enlisted
Reserve Drill Strength (A/S) (Total)
   Officer
   Enlisted
Reservists on Full Time Active Duty (A/S)  (Total)
   Officer
   Enlisted

Civilian FTEs (Total)
U.S. Direct Hire
Foreign National Direct Hire
  Total Direct Hire
Foreign National Indirect Hire
(Military Technician Included (Memo))
(Reimbursable Civilians Included Above (Memo))
*Contractor FTEs (Total)

Provide an explanation of changes between the years for military and civilian personnel for the BES submission only.

**Exhibit PB-31R Personnel Summary**
(Page 1 of 2)

**OPERATION AND MAINTENANCE, _____**
**PERSONNEL SUMMARY**

| **Outyear Summary:** | **FY BY+1** | **FY BY+2** | **FY BY+3** | **FY BY+4** |
|---|---|---|---|---|

(Include Outyear Summary in the OSD/OMB submission only)

Military End Strength
Reserve Drill End Strength
Reservists on Full Time Active Duty (E/S)
Civilian FTEs
(Military Technician Included (Memo))
(Reimbursable Civilians Included Above (Memo))
\*Contractor FTEs

**Exhibit PB-31R Personnel Summary**
(Page 2 of 2)

Exhibit PB-58 COCOM Direct Funding

Combatant Command Direct Funding

**Instructions for completing the PB-58 Exhibit**

The PB-58 will not be required for either the Budget Estimate Submission or the President's Budget if the Joint Task Assignment Process Business Rules have been incorporated to include the Military Service's creation of a SAG for the Combatant Commands headquarters functions and a SAG for the mission set.

Component/Agencies are required to submit this exhibit for programs funded in Operation and Maintenance appropriations and obligated by the Commanders of the Combatant Command (COCOMs). The purpose of the PB-58 is to provide program and budget justification and visibility for changes in the level of resources required for each COCOM.

The PB-58 provides essential information for justification of the OSD/OMB Program and Budget Review Submission and the President's budget. Section III; The "Reconciliation of Increases and Decreases" should identify changes that are occurring. Each change must be explained with programmatic reasons and an explanation as to why the change is necessary.

The PY column of the OSD/OMB Program and Budget Review submission should reflect actual data through the first three quarters plus a realistic projection for the remaining quarter. For the PB submission, the PY column will reflect actuals and agree with the data reflected in the certified annual yearend DD Comp 1002 report.

The "Reconciliation of Increases and Decreases" section will be included in the PB-58 for both the OSD/OMB Program and Budget Review Submission and the President's budget submission. Reconciliations will show all changes from fiscal year to fiscal year and, for the current year, a track from the estimate requested in the previous President's budget. Specifically display:

> The BY estimate included in the previous President's budget submission to the current CY estimate included in this submission,
> The current FY CY estimate to BY estimate reflected in this submission.

Personnel summaries are required for each subactivity group and for each Defense Agency.

Copy requirements are identified in Chapter 1. In addition, one electronic copy (each) of the PB-58 Exhibit is to be provided to the OUSD(C) P/B Operations directorate, (OPSMAIL@osd.mil).

This exhibit includes five sections:
  I.   Financial Summary: (O&M and Other Appropriations)
  II.  Individual COCOM Financial/Program Data

*Exhibit PB-58 COCOM Direct Funding*
Page 1 of 10)

III.  Reconciliation of Increases and Decreases:
    A.  COCOM level of detail
IV.  Personnel Summary
    A.  COCOM level of detail
    B.  Financial Summary:  Non-O&M (COCOM Appropriation, Budget Activity (BA) and sub-BA level of detail)

*Exhibit PB-58 COCOM Direct Funding*
(Page 2 of 10)

**COCOM Direct Funding**

COMPONENT/AGENCY NAME _____

I.   **Total O&M Sub Activity (SAG) Financial Summary ($ in Thousand)**

| Exhibit PB-58, Budget Item Justification | | | | | Budget (BES, Congressional, Mid Year) and Date (MM/YR) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Appropriation: <br> Budget Activity | | | | | | | | | | |
| O-1 SAG Number: (For O&M portions, if more than one SAG, state all involved) <br> O-1 SAG Title: (") | | | | | Program Elements | | | | | |
| Category/CoCom Detail | Approp | PY <br> FY | CY <br> FY | BY <br> FY | BY+1 <br> FY | BY+2 <br> FY | BY+3 <br> FY | BY+4 <br> FY | | Total |
| Total Cost | | | | | | | | | | |
| Total HQ Support | | | | | | | | | | |
| Total Mission Programs Spt | | | | | | | | | | |
| | | | | | | | | | | |
| CoCom A | | | | | | | | | | |
| HQ Support | | | | | | | | | | |
| Mission Programs Spt | | | | | | | | | | |
| Total CoCom A | | | | | | | | | | |
| | | | | | | | | | | |
| CoCom B | | | | | | | | | | |
| HQ Support | | | | | | | | | | |
| Mission Programs Spt | | | | | | | | | | |
| Total CoCom B | | | | | | | | | | |
| | | | | | | | | | | |
| CoCom C | | | | | | | | | | |
| HQ Support | | | | | | | | | | |
| Mission Programs Spt | | | | | | | | | | |
| Total CoCom C | | | | | | | | | | |
| | | | | | | | | | | |
| Description: <br><br> (Use continuation pages, as necessary) | | | | | | | | | | |

*Exhibit PB-58 COCOM Direct Funding*
(Page 3 of 10)

**COCOM Direct Funding**

COMPONENT/AGENCY NAME _____

**II.    Individual CoCom Financial Summary ($ in Thousand)**

| CoCom: _____ | | | | | | | | Budget (BES, Congressional, Mid Year) and Date (MM/YR) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Appropriation:<br>Budget Activity | | | | | | | | | | | |
| O-1 SAG Number: (For O&M portions, if more than one, state all involved)<br>O-1 SAG Title: (") | | | | Program Elements | | | | | | | |
| | Approp | PY<br>FY | CY<br>FY | BY<br>FY | BY+1<br>FY | BY+2<br>FY | BY+3<br>FY | BY+4<br>FY | | Total | |
| Total Cost COCOM A | | | | | | | | | | | |
| Total HQ Support | | | | | | | | | | | |
| Total Mission Programs Spt | | | | | | | | | | | |
| | | | | | | | | | | | |
| COCOM A Mission One | | | | | | | | | | | |
| COCOM A Mission Two | | | | | | | | | | | |
| COCOM A Mission Three | | | | | | | | | | | |
| | | | | | | | | | | | |
| Description:  Provide a description of each mission for each COCOM being supported.<br><br>COCOM A Mission One:<br><br>COCOM A Mission Two:<br><br><br>Notes:<br>1.  Provide P-58 Section II detail for each COCOM separately.<br>2.  Use continuation pages, as necessary for mission descriptions.<br>3.  The CY/BY amounts include all funds appropriated/budgeted in this appropriation for execution by this COCOM. | | | | | | | | | | | |

*Exhibit PB-58 COCOM Direct Funding*
(Page 4 of 10)

**COCOM O&M Direct Funding**

**COMPONENT/AGENCY NAME** _____
**Operation and Maintenance,** _____


**III.   Reconciliation of Increases And Decreases (O&M only)**:      (Provide Section IIIA as a total summary of all COCOMs supported, and a separate one for each COCOM)

Provide a trail of changes from the previous President's budget request for the current fiscal year in this submission to the appropriated amount for the CY in this submission to the CY in this submission; and from the CY current estimate to the FY BY estimate.  Provide a single entry in each year for price changes.  Itemize and justify the major program changes in each year (**provide the baseline in dollars to which the increase or decrease applies**).  Such justification should clearly explain programmatic changes in resource levels including why increases are required or decreases occur.  The DoD Components should report in thousands.

In the reconciliation of changes from the previous President's budget request for the CY to the estimate for CY in the current submission, the DoD Components should include the following adjustments:

Distributed Congressional Adjustments:  Adjustments that Congress specifically makes to the President's budget request.

Undistributed Congressional Adjustments:  Adjustments outlined on the tables contained in the statement of managers accompanying the appropriations conference report.  The Components must use discretion as to how these adjustments are applied to minimize negative impacts on force readiness.

Adjustments to Meet Congressional Intent:  Adjustments that are required in order to align funding for a congressionally approved program into the proper budget activity and subactivity to carry out the intent of the Congress.

General Provisions:  Adjustments directed by the Congress in appropriations law, the distribution of which is not explicitly stated.  The PB-58 should separately display each General Provision adjustment.

Program Increases and Decreases:  The Operation and Maintenance (O&M) fact of life changes (functional transfers and emergent requirements) are programmatic, intra-appropriation adjustments made by DoD Components to address significant, unforeseen operational readiness issues.


This section needs to be provided by Military Department for each COCOM supported.


*Exhibit PB-58 COCOM Direct Funding*
(Page 5 of 10)

**COCOM O&M Direct Funding**

**COMPONENT/AGENCY NAME** _____

**Operation and Maintenance,** _____

($ in Thousands)

**III.  Reconciliation of Increases and Decreases (O&M Only)**:                    **Amount**                    **Totals**

**FY CY President's Budget Request (Amended, if applicable)**

Congressional Adjustment  (List Items)  (Provide the baseline amount for each programmatic change.)

    Distributed Adjustments (List Items)

    Undistributed Adjustments (List Items)

    Adjustments to Meet Congressional Intent (List Items)

    General Provisions (List Items)


**Appropriated Amount (subtotal)**


Program Increases and Decreases  (Specify each item separately.)

    Transfers

        Transfers In (List Items)

        Transfers Out (List Items)

    Program Increases

        One-Time Costs (List Items)

        Program Growth (List Items)

    Program Decreases

        One-Time Costs (List Items)

        Program Reductions (List Items)


**Baseline Funding (subtotal)**


Reprogrammings/Overseas Contingency Operations

    Anticipated Overseas Contingency Operations

    Reprogrammings (Requiring 1415 Actions)

        Increases

        Decreases


**Revised CY Estimate**  (Must agree with the CY column of the BY President's budget.)

*Exhibit PB-58 COCOM Direct Funding*
(Page 6 of 10)

**COCOM O&M Direct Funding**

**COMPONENT/AGENCY NAME** _____
**Operation and Maintenance,** _____

($ in Thousands)

**III.  Reconciliation of Increases and Decreases (O&M Only):**                     **Amount**                     **Totals**

Price Change
Transfers
     Transfers In


          etc.
     Transfers Out


          etc.
Program Increases (Note:  Each programmatic change must show the CY baseline.)
     Annualization of New FY CY Program


          etc.
     One-Time BY Costs


          etc.
     Program Growth in BY


          etc.
Program Decreases:  (Note:   Each programmatic change must show the CY baseline.)
     One-Time CY Costs


          etc.

*Exhibit PB-58 COCOM Direct Funding*
(Page 7 of 10)

**COCOM O&M Direct Funding**

**COMPONENT/AGENCY NAME** _____
**Operation and Maintenance,** _____

($ in Thousands)

**III.  Reconciliation of Increases and Decreases (O&M Only)**:                 **Amount**                          **Totals**
          Annualization of CY Program Decreases


                etc.
          Program Decreases in BY


                etc.

**BY Budget Request**


**NOTE:**  Substitute appropriate fiscal years to show current year (CY) and budget year (BY).

*Exhibit PB-58 COCOM Direct Funding*
(Page 8 of 10)

COCOM Personnel
**COMPONENT/AGENCY NAME** _____

**IV. Personnel Summary:**

| COCOM | PY FY | CY FY | BY FY | BY+1 FY | BY+2 FY | BY+3 FY | BY+4 FY | | Total |
|---|---|---|---|---|---|---|---|---|---|
| Active Military End Strength (E/S) (Total) | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Reserve Drill Strength (E/S) (Total) | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Active Duty Full Time Reservists (E/S)  (Total) | | | | | | | | | |
| Officer | | | | | | | | | |
| Enlisted | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Civilian End Strength (Total) | | | | | | | | | |
| U.S. Direct Hire | | | | | | | | | |
| Foreign National Direct Hire | | | | | | | | | |
| Total Direct Hire | | | | | | | | | |
| | | | | | | | | | |
| Civilian Full-Time Equivalents | | | | | | | | | |
| | | | | | | | | | |
| Contractor Strength | | | | | | | | | |
| | | | | | | | | | |
| Individual Augmentees | | | | | | | | | |
| | | | | | | | | | |
| Other Manpower (List) | | | | | | | | | |

This section needs to be provided by Military Department as a summary and one for each COCOM supported.

*Exhibit PB-58 COCOM Direct Funding*
(Page 9 of 10)

**COCOM Non-O&M Direct Funding**

**COMPONENT/AGENCY NAME** _____

**V.    Non-O&M Funding Summary:**

| COCOM: _____ | | | | | | | Budget (BES), Congressional), Mid Year and Date (MM/YR) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Appropriation:<br>Budget Activity | | | | | | | Related Program Elements: | | | |
| Appropriation | BA | PY<br>FY | CY<br>FY | BY<br>FY | BY+1<br>FY | BY+2<br>FY | BY+3<br>FY | BY+4<br>FY | To<br>Complet<br>e | Total |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

This section needs to be provided by Military Department for each COCOM supported.
A roll up of all CoCom related data must also be provided.

*Exhibit PB-58 COCOM Direct Funding*
(Page 10 of 10)

**Budget Formulation and Presentation**

**Volume 2 Structure**

| Chapter | Title |
|---|---|
| | **Volume 2A** |
| 1 | General Information |
| 2 | Military Personnel Appropriations |
| 3 | Operation and Maintenance Appropriations |
| | **Volume 2B** |
| 4 | Procurement Appropriations |
| 5 | Research, Development, Test, and Evaluation Appropriations |
| 6 | Military Construction/Family Housing Appropriations |
| 7 | Base Realignment and Closure Appropriations |
| 8 | Facilities Sustainment, Restoration and Modernization |
| 9 | Defense Working Capital Funds Activity Group Analysis |
| 10 | Public Enterprise, Management and Trust Funds |
| 11 | Offsetting Receipts |
| 12 | Defense Health Program |
| 13 | Defense Environmental Restoration |
| 14 | Drug Interdiction and Counter-drug Activities |
| 15 | Overseas Cost Report |
| 16 | Intelligence Programs/Activities |
| 17 | Contingency Operations |
| 18 | Information Technology (IT)/National Security Systems (NSS) |
| 19 | Other Special Analyses |

Volume 2 has been divided into two books for the convenience of the user because of the Volume size. Volume 2A and 2B are both necessary for the formulation and preparation of the budget. Chapter detailed Table of Contents provided at the beginning of each chapter. Chapter page numbers are preceded by the number of the chapter (e.g., 9-2 and 19-5).