DCGS-A Increment 2
Acquisition Strategy Report                                November 2015

190  The contract(s) to be used for DCGS-A Increment 2, Release 2 will be decided at a Decision Point
191  approximately 24 months into the Increment 2, Release 1 effort.  This Decision Point will
192  determine whether the follow-on releases will either use the PM managed IDIQ contract, request
193  capabilities from existing Multiple Award Task Oder Contracts (MATOCs) or selectively compete
194  for the development and test of other Increment 2 applications. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[remainder of page redacted]

DCGS-A Increment 2
Acquisition Strategy Report                                              November 2015



654  ▮▮▮▮▮▮▮▮▮▮▮ Follow-on Releases focused on the incorporation of modernized DCGS-A
655  capabilities running on the new Data Infrastructure will leverage the PM managed IDIQ contract,
656  request capabilities from existing Contracts or selectively compete for the development and test
657  of Increment 2 capabilities.

**A125**